# EXHIBIT A

# AFFIDAVIT OF TROY CLOWDUS

I, Troy Clowdus, being duly sworn, am of sound mind, am over 18 years of age, and have personal knowledge of and can testify to the matters contained herein:

1. I have been a customer of American Airlines for over 30 years, during which time I have easily flown on more than 100 occasions.

2. Due to this loyalty, I achieved Gold Status and flew exclusively with American.

3. Currently I have been averaging more than $2000@month spent with American, and I pay a yearly fee for American's lounge benefits.

4. In 30 years traveling with American Airlines, I have never had an incident or complaint about my conduct.

5. In my entire life, I have never had a legal incident concerning my conduct.

6. In my entire life, I have never struck someone in anger or given them the apprehension of being struck in anger – not even as a child.

7. There are a dozen character witnesses who will testify to these facts

8. On the morning of June 10th, 2021 I boarded AA flight 1303 to Mexico City. I was seated in the front row window in business class.

9. While boarding I noticed the flight attendant in question was in a somewhat "manic" mood. He appeared anxious and in an extreme hurry.

10. When I moved into my row to be seated the flight attendant said to me with a loud condescending voice that I needed to place my leather satchel in the overhead bin. I nodded yes and proceeded to sit down believing from past experience flying business that he meant once we were preparing to take off and not immediately upon boarding.

1

11. During boarding the flight attendant stood in my row and in a loud and manic voice kept exhorting passengers to "Move, Move, Move" and "Let's go, let's go, let's go".

12. This was unpleasant and unnecessary behavior especially given how early in the morning it was, but I tuned it out and went about getting situated.

13. A few minutes later I was listening to music and writing an email on my phone when it registered, belatedly, that I was being spoken to by the flight attendant, who appeared angry that I wasn't responding to him immediately.

14. Once I realized I was being addressed, I looked up while taking out my earphones and he in a loud and angry voice said "Give me the bag!"

15. It was then I realized he was upset I had not placed my satchel in the overhead as he had ordered me when I first boarded.

16. I was so caught off guard by his demeanor and tone of voice that I froze and struggled to respond. At which point he repeated his demand to "give me the bag!" with the same demeaning tone of voice.

17. In all my years flying with American this was the first time I had ever experienced something like this and I didnt know how to respond. So I said nothing. I shook my head slowly back and forth in disbelief and rolled my eyes.

18. To avoid antagonizing him further I looked back down at my phone in my right hand while with my left hand pulled my small leather satchel out from under my seat and extended it over the aisle seat in a single motion without looking and said nothing to him.

19. While extending my bag I felt it make slight contact with the flight attendant. I thought he was taking it from me but after a moment I realized he wasn't lifting it from my hand and I was still holding it.

2

20. I looked up to see what happened and the flight attendant was glaring at me with what felt like hate in his eyes and in a loud voice bordering on yelling said "you hit me".

21. I was again speechless and frozen. In my head I questioned if I was in the twilight zone. At which point the flight attendant again with a loud voice bordering on shouting said "you hit me!".

22. This time I started getting angry and frustrated with how he continued to speak to me so I said "What is wrong with you? Seriously, what the f is wrong with you?"

23. This made him even angrier and this time he yelled at me "you hit me!".

24. I then reflexively blurted out "No I didn't! I handed you my bag!

25. He responded "That's it! I'm not taking your crap anymore!" and stormed to the front of the plane.

26. A few seconds later he returned and told me I wasn't flying on "his" plane. Seeing how angry he was I attempted to speak to him in a calm voice and to deescalate the situation. I started to apologize for not understanding earlier that he wanted me to put my satchel away immediately upon boarding the plane. (I should not have waited and made him think I was ignoring him) But before I could apologize he cut me off and said "I don't care" and walked away again.

27. A few moments later I heard him speaking to someone in the front in an elevated voice repeatedly saying "I will not fly with him".

28. I thought it was the pilot he was speaking to so I looked around the cabin for anyone that might be a witness. There was no one behind me, or in the seat beside me or anywhere near enough to see what was happening. The only other passengers in business I could

3

see were across the aisle from me behind where the flight attendant had been standing and blocked from seeing anything.

29. Shortly after, another American Airlines employee approached me and said he was a supervisor. He apologized for the inconvenience but asked to speak to me privately outside of the plane. He asked me to bring my bags with me.

30. I immediately did as he requested and spoke to no one or said anything to anyone as I disembarked. I never saw or spoke to the pilot.

31. When we reached the counter in the boarding area he again apologized and asked me what had happened and told me he tried to calm the flight attendant down but was unsuccessful because he was too irate.

32. I asked the supervisor if the flight attendant did this often? Was he this difficult on every flight? The supervisor said he didn't know because he hadn't worked with him before but the flight attendant had not acted strange when they started the shift. He said he didn't understand why he was acting this way. He said he had never seen a business class customer removed from a flight before and that he was just as baffled as me by the flight attendant's behavior.

33. I then told him what had happened and how I thought the flight attendant was very manic when I boarded and that he seemed angry at me for not putting my personal bag away immediately. I also told the supervisor the flight attendant accused me of hitting him but I didn't know why. I told him I was seated and buckled in the window seat and handed him my bag with my left hand when he requested it. And that if he was "hit" it was purely accidental and must have been the leather strap when I swung the satchel over the empty aisle seat while looking at my phone. But, I told the supervisor, I really thought

4

the flight attendant was angry because I had ignored him earlier when he ordered me to put my bag away and that was the real issue animating his anger towards me.

34. The supervisor again apologized and said he would get me on the next flight to Mexico City. He told me the flight was full but he would make sure I got on. He also looked at connecting flight information in Mexico City and reassured me I would have time to make it.

35. I asked him if I should file a complaint against the flight attendant. He said he would be filing a report and that I shouldn't be concerned he would take care of it but gave me the name of the flight attendant and the information for filing a complaint if I wanted to anyway.

36. I then went to the AA executive lounge to wait for the next flight.

37. While in the lounge I spoke to the customer service agents upstairs and told them what happened. They were shocked and also very apologetic. They checked on the next flight for me and when a seat came open they immediately issued me a boarding pass.

38. After helping me with the next flight and hearing what happened the agents advised me to file a complaint and gave me the information for Customer Service. Which I immediately started doing.

39. There is only one place to file a complaint with the airline and that is in a small messenger box with limited length for explanation on their website. I filed the complaint to the best of my ability given the circumstances and the limitations.

40. Three hours later I proceeded to the gate for the next flight and when I arrived the supervisor was there waiting for me as he promised. He asked how I was doing and was very professional and accommodating towards me. He made sure I had the best seat

5

available and walked me onto the plane. He wished me a good rest of my day and thanked me for my patience.

41. After I was on the plane and settled into my seat the plane finished boarding and they started closing the cabin doors.

42. Either right before or right after the doors were closed several men in suits and ties boarded the flight.

43. They proceeded down the aisle to my row and asked the passenger across from me his name. They had mistaken him for me and when I heard them say my name I informed them that I was Mr. Clowdus. They turned around and surrounded me. One of the men informed me he was the head of American Airlines security and he instructed me to stand up and immediately follow them off the plane like I was a criminal or a terrorist.

44. I immediately stood up and followed them off the plane without saying a word.

45. When we reached the counter again in the boarding area he informed me that the flight attendant from the morning flight had filed a report with the airline claiming I had physically assaulted him.

46. For the third time that morning I was left speechless.

47. The security supervisor told me I would not be flying that day with American and I would need to make other arrangements. He said my flying privileges had been suspended until "Security" in Dallas had completed their investigation.

48. He asked me to explain to him what had happened with the flight attendant

49. I once again explained to the best of my ability under the circumstances what I thought had happened.

50. I told him I thought the flight attendant was angry at me for not putting my leather satchel away when I first boarded the plane and then it escalated when he thought I was ignoring him.

51. He asked me if I had assaulted the flight attendant?

52. I explained that I was seated and buckled in the window seat. I explained that I had no interaction and no conversation with the flight attendant prior to him demanding I give him my leather satchel. I explained that when I handed him my bag the leather strap might have bumped his leg or arm but I didn't know because I wasn't looking at him when I handed him my bag. I explained that if it did make contact it was inadvertent and certainly accidental. I explained that I thought the flight attendant was angry with me because I wasn't responding to his commands as promptly as he desired and that all the rest was secondary.

53. The security officer informed me he was filing a report but from what I had told him and given my long standing record with American I shouldn't be concerned and that it should be resolved within a few days.

54. After returning home the realization sunk in that if what the security officer said was true then I had just been accused of a federal crime. I then began questioning if this flight attendant, since he falsely reported I assaulted him to American Airlines, would he now also file a police report? I started questioning if I was going to be arrested and banned from flying on any airline? That day I began arranging legal counsel to protect myself.

55. In the days following, while this incident was being "investigated", I received an email from American Airlines customer service informing me my flying privileges were temporarily suspended for failing to adhere to mask guidelines but once the mask

7

requirements were lifted by the government then my flying privileges would be restored. This was bizarre because I wore a mask the entire time and neither the flight attendant nor his supervisor claimed otherwise.

56. A few days following I received another email telling me the investigation had been completed and my flying privileges were permanently suspended. I was given no reason why. I was given no way to appeal. I was given no one to contact nor any way to find more information.

57. I am incredibly disappointed that American Airlines did not honor my lifetime of dedication to its brand by contacting me and asking what happened before taking the drastic step of banning me for life and revoking all of my benefits.

58. I have secured legal representation with the intent of having my flight privileges and benefits restored.

Further Affiant Sayeth Not.

_____
Troy Clowdus
State of Florida    )
                    ) ss
County of _____ )

Sworn to before me a Notary Public in and for the State of Florida by Troy Clowdus, known by me and known by me to have executed the foregoing as his sworn statement which he under oath confirmed to me on _____July 22_____, 2021.

_____
Notary Public

GABRIELA A. SILVESTRE
Notary Public - State of Florida
Commission # GG 906107
My Comm. Expires Sep 13, 2023
Bonded through National Notary Assn.

8