UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO.: 1:21-CV-23155-KMM

TROY CLOWDUS

   Plaintiff,

vs.

AMERICAN AIRLINES, INC.

   Defendant.
_____/

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT AMERICAN AIRLINES, INC. AND DESIGNATION OF E-MAIL ADDRESSES**

Kelly Kolb, Esq., and the law firm of Buchanan Ingersoll & Rooney, PC hereby file this appearance as counsel for Defendant, **AMERICAN AIRLINES, INC.**, in the above-styled action, and request that they be served with copies of all pleadings, briefs, notices, order, motions and documents of any kind including all electronic filings.

Additionally, pursuant to Florida Rule of Judicial Administration 2.516 (b)(1)(A), the undersigned attorneys hereby designate the following e-mail addresses to be used for the purpose of receiving service of all papers and filings in this matter:

PRIMARY e-mail address:              kelly.kolb@bipc.com
SECONDARY email addresses:      robert.pecchio@bipc.com
                                               dawn.nunziato@bipc.com
                                               joshua.king@bipc.com
                                               stephanie.joseph@bipc.com

Dated: September 14, 2021              Respectfully submitted,

                                              **BUCHANAN INGERSOLL & ROONEY, PC**
                                              401 East Las Olas Boulevard, Suite 2250
                                              Fort Lauderdale, Florida 33301
                                              Telephone: (954) 703-3944
                                              By:   */s/ Kelly H. Kolb*

Kelly H. Kolb  
Florida Bar No.: 0343330  
kelly.kolb@bipc.com  
Robert D. Pecchio  
Florida Bar No.: 1005955  
robert.pecchio@bipc.com

*Attorneys for Defendant, American Airlines, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via the Florida Courts E-Filing Portal on September 14, 2021 to:

William T. Woodrow III  
*Pro Hac Vice Admission Pending*  
STONE & WOODROW LLP  
250 West Main Street, Suite 201  
Charlottesville, VA 22902  
Email: will@stoneandwoodrowlaw.com

Rook Elizabeth Ringer, Esq.  
LENTO LAW GROUP, P.A.  
222 San Marco Avenue, Suite C  
St. Augustine, FL 32084  
Email: reringer@lentolawgroup.com  
*Attorneys for Plaintiff*

By: */s/ Kelly H. Kolb*  
     Kelly H. Kolb