UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:21-cv-23155-KMM

Troy Clowdus

    Plaintiff,

v.

American Airlines, Inc.

    Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of William T Woodrow III of the law firm of Stone & Woodrow LLP, 250 West Main St, Suite 201, Charlottesville, VA 22902, (855) 275- 7378, for purposes of appearance as co-counsel on behalf of Troy Clowdus in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit William T. Woodrow III to receive electronic filings in this case, and in support thereof states as follows:

    1.    William T. Woodrow III is not admitted to practice in the Southern District of Florida and is a member in good standing of the Virginia Bar and Eastern and Western Districts of Virginia.

    Movant, Rook Ringer, Esquire, of the law firm Lento Law Group, P.A., 222 San Marco Ave, Ste. C, St. Augustine, FL, 32084, (904) 602- 9400, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with

the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, William T. Woodrow III has made payment of this Court's $_200___ admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. William T. Woodrow III, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to William T. Woodrow III at email address: will@stoneandwoodrowlaw.com.

WHEREFORE, Rook Ringer, moves this Court to enter an Order William T. Woodrow III, to appear before this Court on behalf of Troy Clowdus, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to William T. Woodrow III.

Date: 9/14/2021                              Respectfully submitted,

                                             _____
                                             Rook Ringer
                                             Fla Bar ID #1015698
                                             reringer@lentolawgroup.com
                                             Lento Law Group, P.A.
                                             222 San Marco Ave., Ste. C
                                             St. Augustine, FL 32084
                                             (904) 602- 9400

                                             Attorneys for Troy Clowdus

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:21-cv-23155

Troy Clowdus

      Plaintiff,

v.

American Airlines, Inc.

      Defendant.

_____/

## **CERTIFICATION OF William T. Woodrow III**

William T. Woodrow III, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of Virginia Bar, Western and Eastern Districts; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                                                    William T. Woodrow III

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

**Case No.: 1:21-cv-23155**

Troy Clowdus

    Plaintiff,

vs.

American Airlines, Inc.

    Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*****, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for William T. Woodrow III, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. William T. Woodrow III, may appear and participate in this action on behalf of Troy Clowdus. The Clerk shall provide electronic notification of all electronic filings to William T. Woodrow III, at will@stoneandwoodrowlaw.com.

DONE AND ORDERED in Chambers at _____, Florida, this ___ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record