UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TROY CLOWDUS,

        Plaintiff,

                                                                         CASE NO.: 1:21-cv-23155-KMM

v.

AMERICAN AIRLINES, INC.

        Defendant.

_____/

## DEFENDANT AMERICAN AIRLINES, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant, AMERICAN AIRLINES, INC. ("AA") by and through its undersigned counsel, hereby files this Corporate Disclosure Statement pursuant to the provisions of Federal Rule of Civil Procedure 7.1.

1.    The parent corporation of American Airlines, Inc. is American Airlines Group, Inc., a publicly held corporation. American Airlines Group, Inc. owns 100% of American Airlines, Inc.'s stock.

DATED on this 27th day of October, 2021.

                                                    Respectfully submitted,

                                    By: */s/ Kelly H. Kolb*
                                               Kelly H. Kolb, Esq.
                                               Florida Bar No. 0343330
                                             Robert D. Pecchio, Esq.
                                             Florida Bar Number: 1005955
                                             **BUCHANAN INGERSOLL & ROONEY, PC**
                                             401 E. Las Olas Boulevard, Suite 2250
                                             Fort Lauderdale, FL 33301-4251
                                             Tel:  (954) 468-2300
                                             Fax:  (954) 527-9915
                                             E-mail: kelly.kolb@bipc.com

## CERTIFICATE OF SERVICE

  I hereby certify that on October 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

             By: */s/ Kelly H. Kolb*

**SERVICE LIST:**

William T. Woodrow, III
Stone & Woodrow, LLP
Lewis & Clark Plaza
250 West Main Street, Suite 201
Charlottesville, VA 22902
Tel:  (855) 275-7378
E-mail: will@stoneandwoodrowlaw.com
*Counsel for Plaintiff*

Rook Elizabeth Ringer, Esq.
Lento Law Group, P.A.
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
reringer@lentolawgroup.com
Tel: (904) 602-9400