UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TROY CLOWDUS,<br><br>                     Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>                     Defendant. | Civil Action No.<br><br>1:21-cv-23155-KMM |

## REQUEST FOR CLERK TO APPOINT MEDIATOR

Pursuant to this Court's Order of Referral to Mediation (DE 13) and Local Rule 16.2, the parties request that the Clerk appoint a mediator from the List of Certified Mediators. Defendant and Plaintiff, ("the **Parties**") have conferred on the issue of selecting a mediator, and the Parties have been unable to reach agreement.

Respectfully submitted,

By: */s/ Rook Elizabeth Ringer*
Rook Elizabeth Ringer, Esq.
LENTO LAW GROUP
222 San Marco Ave., Ste. C
San Augustine, FL 32084
Tel: (855) 275-7378
E-Mail: reringer@lentolawgroup.com

By: */s/ William T. Woodrow, III*
William T. Woodrow III, Esq.
STONE AND WOODROW LAW
250 West Main Street, Suite 201
Charlottesville, VA 22902
E-Mail: will@stoneandwoodrowlaw.com

*Counsel for Plaintiff*

By: */s/ Kelly H. Kolb*
Kelly H. Kolb, Esq.
Florida Bar No. 0343330
Robert D. Pecchio, Esq.
Florida Bar No. 1005955
**BUCHANAN INGERSOLL & ROONEY**
401 East Las Olas Blvd, Suite 2250
Ft. Lauderdale, FL 33301
Phone: (954) 703-3944
E-Mail: Kelly.kolb@bipc.com
E-Mail: Robert.pecchio@bipc.com

*Counsel for Defendant*

-2-

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on November 22, 2021 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

      Respectfully submitted,

      /s/ *Robert Pecchio*
      Robert Pecchio