## **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:21-CV-23155-MM

Plaintiff:
**TROY CLOWDUS**

vs.

Defendant:
**AMERICAN AIRLINES INC**


BII2022001523

For:
Kelly H. Kolb, Esq.
Buchanan Ingersoll & Rooney, PC
401 E. Las Olas Boulevard
Suite 2250
Fort Lauderdale, FL 33301

Received by Burke Process Service, Inc on the 7th day of February, 2022 at 7:50 am to be served on **SOUTHEAST OFFSET INC C/O TROY CLOWDUS, REGISTERED AGENT, 4880 NW 157 ST, MIAMI, FL 33014**.

I, Moraima Ponce, do hereby affirm that on the **9th day of February, 2022** at **11:30 am, I:**

**CORPORATE:** served by delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises In a Civil Action, Exhibit "A" and Notice of Non-Party Subpoena for Production of Documents** with the date and hour of service endorsed thereon by me, to: **Gabriella Silvestre** as **Secretary, employed therein and authorized to accept service** for **SOUTHEAST OFFSET INC C/O TROY CLOWDUS, REGISTERED AGENT**, at the address of: **4880 NW 157 ST, MIAMI, FL 33014**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of marital status the party served refused to advise if they are or are not married.

**Description** of Person Served: Age: 36, Sex: F, Race/Skin Color: Hispanic, Height: 5'4", Weight: 150, Hair: Black, Glasses: N

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

_____
**Moraima Ponce**
CPS # 2138

**Burke Process Service, Inc
7200 W. Camino Real
Suite 102
Boca Raton, FL 33433
(954) 514-0116**

Our Job Serial Number: BII-2022001523

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2e