# AAdvantage terms and conditions

Updated June 30, 2020

## AAdvantage® program reservation of rights

These reservations of rights apply to all aspects of the AAdvantage® program, including without limitation, all elite status programs such as AAdvantage® Gold, Platinum, Platinum Pro, Executive Platinum, ConciergeKey and the AAdvantage® Million Miler℠ program.

American Airlines may, in its discretion, change the AAdvantage® program rules, regulations, travel awards and special offers at any time with or without notice. This means that the accumulation of mileage credit does not entitle members to any vested rights with respect to such mileage credits, awards or program benefits.

In accumulating mileage or awards, members may not rely upon the continued availability of any award or award level, and members may not be able to obtain all offered awards for all destinations or on all flights. Any award may be withdrawn or subject to increased mileage requirements or new restrictions at any time.

American Airlines may, among other things, (i) withdraw, limit, modify, or cancel any award; (ii) change program benefits, mileage levels, participant affiliations, conditions of participation, rules for earning, redeeming, retaining or forfeiting mileage credit, or rules for the use of travel awards; (iii) rename or redefine program elements or benefits; (iv) add travel embargo dates, limit the number of seats available for award travel (including, but not limited to, allocating no seats on certain flights) or otherwise restrict the continued availability of travel awards or special offers; or (v) end any of its elite status programs.

American Airlines may make any one or more of these changes at any time even though such changes may affect your ability to use the mileage credit or awards that you have already accumulated. Program services and benefits available through the **one**world® alliance or other participating partners in connection with the AAdvantage® program are subject to change without notice. American Airlines reserves the right to end the AAdvantage® program with six months' notice. AAdvantage® travel awards, accrued mileage credits and special offers are subject to government regulations.

### General AAdvantage® program terms and conditions

- You are responsible for reading the AAdvantage® Program Terms and Conditions, additional member information, AAdvantage® newsletters and account summaries online at aa.com in order to understand your rights, responsibilities, and status under the AAdvantage® program. American Airlines may amend its rules of the Program at any time without notice. American Airlines has no liability for correspondence that is misdirected, lost, stolen, damaged or delayed.
- Any departure fee, immigration fee, security fee, tax liability surcharge, passenger facility charge or any other fee or surcharge (whether enacted by a governmental authority or otherwise) is the responsibility of the passenger and/or the AAdvantage® member.
- AAdvantage® members must have mileage earning or redeeming activity once every 18 months in order to retain their miles. If your account has no qualifying activity in any 18-month period, all miles in the account will expire. Qualifying activity extends the expiration date of all unexpired mileage credit in your account for 18 months from the date of the qualifying activity. Qualifying activity is defined as redeeming any AAdvantage® award or accruing mileage credit on any eligible American, American Eagle® or AAdvantage® airline participant as well as accruing mileage credit with participating hotels, car rental

EXHIBIT 3

AA00063

companies, credit cards, telecommunication providers and other service providers offering AAdvantage® mileage credit. Starting, July 1, 2020, the 18-month activity requirement will not apply to AAdvantage® members under age 21. For those members who turned 21 years of age prior to July 1, 2020, the 18-month qualifying activity period will be applied on a pro rata basis.

- AAdvantage® members may reactivate AAdvantage® miles by paying a reactivation fee determined by the number of miles to be reactivated. Eligible AAdvantage® members can find the fee amounts at aa.com/reactivatefee. AAdvantage® mileage will only be eligible for reactivation if done so within 18 months of the date of expiration. AAdvantage® members will only be allowed 1 mileage reactivation transaction within 18 months of mileage expiration. A maximum of 500,000 miles may be reactivated during any mileage activation transaction. Any miles not reactivated at that time will be forfeited. AAdvantage® members can reactivate their miles either on aa.com or with AAdvantage® Customer Service.
Reactivate fee

- At no time may AAdvantage® mileage credit or award tickets be purchased, sold, advertised for sale or bartered (including but not limited to transferring, gifting, or promising mileage credit or award tickets in exchange for support of a certain business, product or charity and/or participation in an auction, sweepstakes, raffle or contest). Any such mileage or tickets are void if transferred for cash or other consideration. Violators (including any passenger who uses a purchased or bartered award ticket) may be liable for damages and litigation costs, including American Airlines attorneys' fees incurred in enforcing this rule.

- Use of award tickets that have been acquired by purchase or for any other consideration may result in the tickets being canceled, confiscated and/or the passenger being denied boarding. If a trip has been started, any continued travel will be at the passenger's expense on a full-fare basis. The passenger and member who attempts to use such a ticket may also be liable to American Airlines for the cost of a full fare ticket for any segments flown on a sold or bartered ticket.

- American Airlines is not responsible for the cancellation of award reservations or changes to any award travel plans made by members.

- Award tickets have no cash value and are non-refundable.

- Fraud, misrepresentation, abuse or violation of applicable rules (including, but not limited to, American or American Eagle® conditions of carriage, tariffs and AAdvantage® program rules) is subject to administrative and/or legal action by appropriate governmental authorities and American Airlines. Such action may include, without limitation, the forfeiture of all award tickets and any accrued mileage in a member's account, as well as termination of the account and the member's future participation in the AAdvantage® program. If your account is terminated due to inappropriate conduct or while under investigation, you may not open a new AAdvantage® account or participate in the AAdvantage® Program in any capacity without obtaining the express written permission of American Airlines. In addition, American Airlines reserves the right to take appropriate legal action to recover damages, including its attorneys' fees incurred in prosecuting any lawsuit.

- American Airlines reserves the right to audit any and all accounts at any time and without notice to the member to ensure compliance with AAdvantage® program rules and applicable conditions of carriage and/or tariffs. In the event that an audit reveals discrepancies or violations, the processing of AAdvantage® awards, mileage accrual and summaries may be delayed until the discrepancies or violations are resolved in a manner satisfactory to American Airlines. Pending such resolution, members may be prohibited from redeeming mileage credits for an AAdvantage® award or ticket as determined in American's sole discretion.

- If American Airlines and/or any AAdvantage® participant improperly denies a member mileage credit, travel award or some other benefit, the member's exclusive remedy shall be the issuance of the improperly denied credit, award or benefit if available, or such other alternative comparable benefit as determined by American, in its sole discretion. American shall have no additional liability whatsoever. In no event shall American Airlines or any AAdvantage® participant be liable to any member, or anyone claiming through a member, for any direct, indirect or consequential damages, or lost revenue or profits, arising out of the acts or omissions of American Airlines or any AAdvantage® participant in connection with the AAdvantage® program.
- American Airlines reserves the right to terminate your AAdvantage® account for inactivity. Your account may be deemed inactive and terminated without notice if: you have not had any mileage earning or redeeming activity for at least 36 consecutive months; your AAdvantage® account has a current balance of zero miles; you do not have an AAdvantage® co-branded credit card open and in good standing associated with your account; and you do not have any lifetime benefits (such as Million Miler or Lifetime AirPass) or an active elite status. In addition, the AAdvantage® account terminates upon death of the member.
- You may voluntarily terminate your AAdvantage® account by providing written notice to AAdvantage® Customer Service. AAdvantage® Account termination is permanent.
- All requests must include the following information to confirm your identity: Your full name, your AAdvantage number, email address on your AAdvantage® account, your country of residence, and your date of birth
- Any voluntary termination will be subject to these AAdvantage® program Terms and Conditions. Contact AAdvantage® Customer Service
- Termination of your AAdvantage® account for any reason will result in the immediate forfeiture of all accrued mileage credits and other benefits, including but not limited to First or Business Class upgrades, baggage fee waivers, priority boarding privileges, and access to preferred seats. If you voluntarily terminate your account, American Airlines will honor award tickets already issued at the time of account termination, but such award tickets or upgrades cannot be modified or transferred.
- If your AAdvantage® account was voluntarily terminated while in good standing, you may open a new AAdvantage® account at any time; however, any miles or benefits which may have been available under your previous AAdvantage® account prior to termination will not be reactivated or transferred to your new AAdvantage® account.
- American Airlines is not responsible for and will have no liability arising from products and services offered by other participating companies.
- Accumulation of AAdvantage® mileage and use of AAdvantage® travel awards with companies other than American Airlines are subject to the continued participation of such companies in the AAdvantage® program.
- The AAdvantage® program Terms and Conditions are governed by and to be interpreted in accordance with the laws of the State of Texas. To the full extent allowed by law, these Terms and Conditions disclaim any duty of good faith and fair dealing as well as any implied contractual terms or obligations.
- AAdvantage® is an individual-oriented program. Your mileage summaries, special promotional materials and tickets will be sent to the address or email address, as applicable, that you provide.
- Members may view their account status and mileage summary on www.aa.com or by subscribing to receive the AAdvantage® eSummary. AAdvantage®eSummary subscribers receive their summary and information every month, regardless of activity level. Your summary includes flight and participant mileage earned, along with AAdvantage® program information and special promotions.

- Only individuals are eligible for AAdvantage® program membership. Non-individuals including corporations, other entities, animals or blocked-seat baggage are not eligible to become AAdvantage® members or to accrue AAdvantage® miles. Generally, only the member named on the account will be entitled to access account information.

Privacy policy
All rules are subject to interpretation by designee(s) of American Airlines.

## Earning AAdvantage® miles

To ensure you receive credit for your AAdvantage® transactions, please provide your AAdvantage® number when you make your travel reservations or use the services of our participants. Retain all flight documents until the mileage credit appears on your mileage summary. For transactions with other participants, retain your original paid invoice. You must include your AAdvantage® number in your reservation record for any flight on which you wish to use AAdvantage® elite status benefits.

- Mileage will be credited only to the account of the AAdvantage® member who flies, rents a car, stays at a hotel, or earns mileage utilizing other participating companies. No mileage credit will be awarded for canceled flights and/or through being accommodated on another airline.
- Except as otherwise explained below, mileage credit is not transferable and may not be combined among AAdvantage® members, their estates, successors or assigns. Accrued mileage credit and award tickets do not constitute property of the member. Neither accrued mileage, nor award tickets, nor status, nor upgrades are transferable by the member (i) upon death, (ii) as part of a domestic relations matter, or (iii) otherwise by operation of law. However, American Airlines, in its sole discretion, may credit accrued mileage to persons specifically identified in court approved divorce decrees and wills upon receipt of documentation satisfactory to American Airlines and upon payment of any applicable fees. Mileage credit is transferable between AAdvantage® accounts when offered by American Airlines online, with the ShareMiles program. The member must adhere to the rules and limitations of the ShareMiles program.
- Travel on any eligible purchased, published fare ticket on an American marketed flight (flights sold under an American flight number) will earn mileage credit based on the ticket price (base fare plus any mandatory carrier-imposed fees). Mileage credit will not be earned on government imposed taxes and fees or on optional airline fees such as, but not limited to, change fees, ticketing fees or charges for products such as seats or checked baggage. Some types of fares, such as those sold in conjunction with a vacation package or tickets where the actual fare is not disclosed like consolidator, bulk fare or student tickets, will earn mileage credit based on a percentage of distance flown as determined by the booking code purchased. In the event the necessary ticket/fare details are not available at the time of posting of your mileage credit, you will earn mileage credit based on a percentage of the distance flown as determined by the booking code.
- Partner marketed flights (flights sold under a partner flight number) will earn mileage credit based on a percentage of distance flown as determined by the booking code purchased.
- For any flights that earn mileage credit based on a percentage of distance flown, the distance is determined on the basis of nonstop distances between the airports where your flight originates and terminates. On connecting flights with different flight numbers, the distance of each segment will be used. On single-plane, through, or change of gauge flights, the nonstop origin-destination distance will be used and credit for a single elite qualifying segment will be given.
- On American Airlines and other AAdvantage® airline participants, you'll receive AAdvantage® mileage credit only for the class of service on which your fare is based when you are ticketed. American Airlines is the final

AA00066

authority on the methodology used to calculate mileage and the amount of flight credit for a particular flight or routing. American Airlines is the final authority on qualification for mileage credit and reserves the right to deny or revoke mileage credit at any time if American Airlines determines that mileage credit was improperly given.
- Unless otherwise stated, mileage credit cannot be earned for the same flight, hotel stay, or car rental in more than one of the following programs: the AAdvantage® program or any other loyalty program in which American Airlines participates.
- AAdvantage® flight mileage credit is determined on the basis of nonstop distances between the airports where your flight originates and terminates. On connecting flights with different flight numbers, you'll receive mileage credit for each segment of your trip; on single-plane, through, or change of gauge flights, you'll receive the nonstop origin-destination mileage credit and credit for a single elite qualifying segment. On American Airlines and other AAdvantage® airline participants, you'll receive AAdvantage® mileage credit only for the class of service on which your fare is based when you are ticketed. American Airlines is the final authority on the methodology used to calculate mileage and the amount of flight credit for a particular flight or routing. American Airlines is the final authority on qualification for mileage credit and reserves the right to deny or revoke mileage credit at any time if American Airlines determines that mileage credit was improperly given.
- After your flight departs, you will not be able to change your selection of a frequent traveler program for earning mileage credit with respect to that flight.
- You will not be able to transfer mileage you accumulate in the AAdvantage® program to any other carrier's program, nor can you transfer mileage you accumulate in another carrier's program to the AAdvantage® program.
- You may accrue mileage only for purchased, eligible, published-fare tickets on qualifying routes used in accordance with all applicable conditions of carriage, tariffs, rules and terms of ticketing (including but not limited to compliance with rules prohibiting hidden city, back to back and throwaway ticketing) and travel. AAdvantage® mileage accrual eligibility on airline participant routes is subject to change without notice. Flights to/from Cuba are only eligible for mileage accrual on American Airlines flights.
- You cannot accrue partner airline miles with your partner frequent flyer number if you have already used your AAdvantage® number to obtain AAdvantage® program benefits such as First or Business Class upgrades, baggage fee waivers or complimentary access to Preferred/Main Cabin Extra seats. Additionally, you cannot redeem partner airline miles with your partner frequent flyer number and obtain AAdvantage® program benefits such as priority boarding and access to preferred seats.
- Mileage can only be accumulated one time per flight, regardless of the number of seats purchased.
- You may request mileage credit for past, eligible transactions up to 12 months from the transaction date. Transactions occurring more than 30 days prior to your enrollment date are not eligible for mileage credit.
- You are responsible for ensuring that your mileage earned is properly credited. If you believe that mileage has been earned but not properly credited, you may be required to submit documentation or other proof satisfactory to American Airlines, which may include copies of ticket coupons, boarding passes and receipts. Any claim for uncredited mileage must be received by American Airlines within 12 months after the mileage credit was earned.
- Certain airline tickets are not eligible for earning mileage credit. These include, without limitation, the following: all tickets issued as AAdvantage® awards or other free ticket promotions including free or reduced

rate tickets; companion tickets; charter flight tickets; travel agency/industry reduced rate tickets; infant tickets; items occupying a purchased seat; unpublished fare tickets, including consolidator fares, tickets issued as a result of a fare published inadvertently or by mistake and tickets issued subject to special provisions.
 Redeeming AAdvantage® milesExpand

- Flight awards entitle you to one-way travel unless otherwise noted. Certain special awards require round-trip travel and immigration laws in some locations require proof of onward or return travel. One-Way awards can be combined to create a round trip or multi-city trip.
- For each one-way flight award redeemed for travel within the United States and Canada, a maximum of three segments are permitted. For all other destinations (including Puerto Rico and U.S. Virgin Islands), a maximum of four segments are permitted.
- AAdvantage® flight awards may not be used in conjunction with any other promotion, coupon, discount or special offer; and are void where prohibited by law. Members may not combine AAdvantage® flight awards with upgrade awards. Flights to/from Cuba are only eligible for mileage redemption on American Airlines flights.
- Upgrade awards are limited to a one-way award with a maximum of three segments. No stopovers are allowed when using a one-way upgrade award. All upgrade awards are subject to capacity controls.
- Your flight awards are only valid for designated award destinations served at the time you use the ticket. In the event that American or an AAdvantage® participating carrier ceases to serve a destination for which an award has been redeemed, American will redeposit the AAdvantage® miles redeemed for that award into your account.
- Once ticketed, you'll have one year from the date of ticketing to complete all travel unless otherwise noted.
- American Airlines assumes no responsibility for and is not liable for any unauthorized access by third parties to a member's account and/or account information, including but not limited to any unauthorized award transaction made from the account, except as provided under applicable laws. American assumes no obligation or duty to re-credit any unauthorized mileage withdrawal made by third parties; however, American reserves the right to review, in its sole discretion, requests for re-crediting unauthorized mileage withdrawals provided such request is made to American within three months of the unauthorized withdrawal. By accessing your AAdvantage® account on aa.com, you agree to the aa.com site usage policy.
 Legal information
- Subject to the rules prohibiting purchase, sale and barter of AAdvantage® mileage and travel awards as well as the rules pertaining to any special AAdvantage® offers, AAdvantage® award tickets may be issued in any name designated by the AAdvantage® member; however, the recipient of the mileage credit or award ticket must be identified at the time the award reservation is ticketed and cannot be identified at a later point in time, such as a charity to be named later, or conditioned upon the outcome of a future event, such as the winner of a contest.
- Once award tickets are issued they cannot be transferred.
- AAdvantage® flight awards are subject to, and the passenger is responsible for, any applicable departure taxes, security fees, federal inspection fees, passenger facility charges and/or other taxes, fees and surcharges assessed by appropriate authorities or partner carriers. In addition, there may be applicable non-refundable charges under the AAdvantage® program, such as AAdvantage® award charges or upgrade award co-pays.
- Awards for international travel are subject to appropriate governmental approvals.

- Tickets issued as AAdvantage® flight awards are not applicable for travel on American Airlines cooperative codeshare service with other carriers. In addition, selected flights designated as AAdvantage® airline participant flights, but operated by another carrier, may not be valid for award travel.
- Upgrade tickets may be issued through American Airlines reservations or ticketing locations or by your travel agent. For all other airline travel awards, including those for travel on airline participants, your reservations must be made with, and your tickets issued by, an American Airlines reservations or ticketing location. All flight awards must be ticketed on American Airlines ticket stock.
- Flight awards on American Airlines and American Eagle® and our airline participants may be subject to special limitations on seating availability. Seats for award travel may not be available on all flights. Reservations for flight awards will be accepted, and you will have a confirmed seat, as long as award seats are still available for the award you are using when you make your reservation. However, all accommodations are subject to availability at the time reservations are made.
- Each AAdvantage® participant is responsible for its awards only and not for the awards of other participating companies. If an AAdvantage® participant agreement changes or terminates, you may find that AAdvantage® awards for that participant are no longer available. American Airlines is not responsible for any participant withdrawals, award cancellations, discontinued services, changes in any mileage levels, rules or restrictions applying to participant's awards or mileage accrual policies. AAdvantage® award restrictions may be announced by American Airlines or AAdvantage® participants at any time without notice.
- Travel on AAdvantage® tickets will be subject to the tariffs, contract of carriage, ticket terms, and re-accommodation policies of the carrier on which travel is scheduled and may also be subject to the Warsaw Convention or the Montreal Convention. American Airlines and American Eagle®'s conditions of carriage are available on aa.com, from any American airport or Travel Center representative.
- Income tax liability on AAdvantage® travel awards, if any, is the responsibility of the member.

### AAdvantage® award reinstatement / reissuance charges

- Prior to ticketing, you may change your AAdvantage® travel award reservations with no charge incurred. However, if your tickets are reissued after the original ticketing, a flight award change / reinstatement fee may apply for each ticket. This fee is paid at the time your ticket is reissued and is subject to change without notice. Upgrade, companion and discount award travel is subject to restrictions of fare purchased.
- AAdvantage® mileage will be reinstated for wholly unused AAdvantage® awards if the reservation is canceled before departure and if the ticket has not expired. A flight award change / reinstatement fee may apply for each award ticket, and these charges are payable by credit card.
- Expired tickets will not be reinstated. If a portion of the miles used to claim an award ticket has expired, only those miles that have not expired will be reinstated. Partially used awards will not be reinstated.

### 500-mile upgrade Terms and Conditions

#### AAdvantage® promotions terms and conditions
By engaging in this offer to receive bonus American Airlines AAdvantage® miles ("Offer"), you agree to be legally bound by these terms and conditions. In addition, the standard terms and conditions for the AAdvantage® program, which can be found above, shall apply to the Offer.
Offer details:

AA00069

This Offer is not a game of chance, lottery or contest. It is open to certain American Airlines AAdvantage® members, as specified on the designated page for the Offer in the member's AAdvantage® account ("Members") except where prohibited by law. American Airlines is not responsible for the quality or delivery of any goods and/or services provided by participating companies as part of this Offer. All participating company terms and conditions apply. This Offer, participating companies and Qualifying Activities (as defined below) are subject to change without notice. American Airlines may, and at any time and without notice, change, stop or end this promotion in part or full.

Earning bonus miles:

American Airlines will specify the activity that a registered Member needs to take in order to be eligible to receive bonus miles in connection with the Offer on the designated page for the Offer in the Member's AAdvantage® account ("Qualifying Activity"). Activity that occurs before a Member is registered for the Offer will not count toward the Offer. Multiple Qualifying Activities may be required to satisfy the conditions of this Offer. A Member must perform the Qualifying Activity during the period designated by American Airlines ("Offer Period"). The availability of Qualifying Activities may be limited by certain factors, including, but not limited to, transaction history, geographic location, local laws, terms set by participating companies, and other criteria specific to the Offer.
In order to earn bonus miles, a Member must have a valid AAdvantage® number, have an active AAdvantage® account, be in good standing in the AAdvantage® program at the time of the Member's first Qualifying Activity through the remainder of the Offer Period, register for this Offer, and complete the Qualifying Actions within the Offer Period. Members may only participate in this Offer with one (1) AAdvantage® account. If a Member is found to be participating with multiple AAdvantage® accounts, all bonus miles earned from this Offer will be forfeited and removed from the Member's account.
Transacting with a participating company without earning AAdvantage® miles will not count as a Qualifying Activity. If a participating company reverses an award of miles pursuant to the terms and conditions applicable for transacting with that participating company, American Airlines reserves the right to adjust the bonus miles awarded to the Member under the Offer.
In certain circumstances, due to certain factors, including, but not limited to, transaction history, geographic location, local laws, terms set by participating companies, or other criteria specific to the Offer, a Member may be ineligible to receive bonus miles in connection with this Offer even if the Member is notified of the Offer through the Member's AAdvantage® account or the Member registers for the Offer. Age restrictions may apply to certain Qualifying Activities.
Individuals who are not AAdvantage® members may join at no cost online at aa.com/enroll or by calling the AAdvantage® membership desk at 1-800-882-8880.

Enroll in AAdvantage®
American Airlines assumes no responsibility for how participating companies record mileage-earning transactions. Members must check with the participating company to confirm how the partner records mileage-earning transactions. Please note that some participating company's products and/or services are not available in all states. Additional terms may apply.

This offer cannot be combined with any other offer. No substitutions or rain checks are permitted. Theft, diversion, reproduction, transfer, sale or purchase of this offer is prohibited and constitutes fraud. This offer is void if altered, duplicated, copied, reproduced, transferred, sold, exchanged or expired.

AAdvantage® program:
Unless specified, AAdvantage® miles earned through the Offer do not count toward elite-status qualification or AAdvantage® Million Miler℠ status. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit aa.com/aadvantage.

AAdvantage® program
Use of data:

American Airlines will be collecting personal data about participants online, in accordance with its privacy policy. Please review the privacy policy at aa.com/privacy.

Privacy policy
Taxes:

Any valuation of the AAdvantage® miles stated above is based on available information provided to American Airlines. The value of the AAdvantage® miles will be taxable as income. All federal, state and local taxes and any other costs and expenses associated with the acceptance and/or use of AAdvantage® miles not specifically provided for in these Terms and Conditions are solely your responsibility. You are responsible for reporting and paying any and all applicable taxes. You must contact your own tax advisor for any questions concerning taxes.

Other conditions:

By participating, you agree to these Terms & Conditions, which are final and binding in all respects. Subject to all federal, state and local laws and regulations. American Airlines reserves the right, at its sole discretion, to modify or suspend this Offer or any portion hereof, or to disqualify any individual implicated in any of the following actions, if for any reason: (a) infection by computer virus, bugs, tampering, unauthorized intervention, actions by participants, fraud, technical failures, or any other causes which, in American Airlines' sole opinion, corrupt or affect the administration, security, fairness, integrity or proper conduct of the Offer, (b) the Offer or any website associated therewith (or any portion thereof) becomes corrupted or does not allow the proper processing of Participant information per these terms, or (c) the Offer is otherwise not capable of running as planned by American Airlines. By participating, you agree to release and hold harmless American Airlines, its parent(s), subsidiaries, affiliates, divisions, advertising and promotional agencies, wholesalers and retailers, employees, officers, directors, shareholders and agents (collectively the "Released Parties"), from and against any and all claims, actions and/or liability for any injuries or death, loss or damage of any kind arising from or in connection with participation in the Offer or acceptance or use of any AAdvantage® miles and for any claims based on publicity rights, defamation, invasion of privacy and merchandise delivery. The Released Parties are not responsible or liable for any incorrect or inaccurate Participant information, and assume no responsibility for (i) any error, omission, interruption, defect or delay in operation or transmission at any website, (ii) failure of any Participant information to be reported to American Airlines due to technical problems, human error or traffic congestion on the Internet or at any website, (iii) communications line, hardware and/or software failures, (iv) damage to any computer (software or hardware) resulting from participation in the Offer, (v) theft or destruction of, tampering with, unauthorized access to, or alteration of Participant information, or (vi) Participant information or mail which are late, lost, stolen, damaged, illegible, unintelligible, misdirected, mutilated, incomplete and/or lacking postage (or any combination thereof). The use of third-party software or website or automated systems to participate is prohibited, and American Airlines reserves the right to disqualify Participants who engage in the Offer in such fashion. By participating, you agree to comply with these rules. Any participant who attempts to tamper with this Offer in any way shall be disqualified. Additional restrictions may apply.

American Airlines:

American Airlines, Inc., 1 Skyview Dr., Ft. Worth, Texas 76155.

American Airlines® and AAdvantage® are trademarks of American Airlines, Inc.
Copyright 2020 American Airlines, Inc. All Rights Reserved.

Back to top

AA00071