## Kolb, Kelly

**From:** William Woodrow <will@stoneandwoodrowlaw.com>
**Sent:** Friday, March 11, 2022 6:22 PM
**To:** Kolb, Kelly; Pecchio, Robert D.
**Subject:** RE: Merino Personnel Records

Ok, that wasn't my understanding. I thought we discussed it thoroughly

I'm looking for every instance in his personnel file in the last five years where he has been critiqued by passenger, co-worker, or supervisor in any respect for issues having to do with attitude – including but not limited to passenger complaints about rudeness or poor treatment, abrasion with co-workers, discipline, etc.

I believe the deadline is Monday to file, so I will need a firm response quickly

Thanks

Will

**From:** Kolb, Kelly <Kelly.Kolb@bipc.com>
**Sent:** Friday, March 11, 2022 6:15 PM
**To:** William Woodrow <will@stoneandwoodrowlaw.com>; Pecchio, Robert D. <robert.pecchio@bipc.com>
**Subject:** RE: Merino Personnel Records

You were to provide me with an email outlining what you are looking for.
K

**From:** William Woodrow <will@stoneandwoodrowlaw.com>
**Sent:** Friday, March 11, 2022 5:53 PM
**To:** Kolb, Kelly <Kelly.Kolb@bipc.com>; Pecchio, Robert D. <robert.pecchio@bipc.com>
**Subject:** Merino Personnel Records

[This Email Originated From will@stoneandwoodrowlaw.com Which Is External To The Firm]

Kelly,

On our phone call Wed we discussed Merino's personnel record and you indicated likely agreement to give us what we asked for from the last five years. Is it your intent to do so?

Will

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

EXHIBIT "B"