## William Woodrow

| | |
|---|---|
| **From:** | Kolb, Kelly <Kelly.Kolb@bipc.com> |
| **Sent:** | Wednesday, December 8, 2021 2:08 PM |
| **To:** | William Woodrow |
| **Cc:** | Thatcher A. Stone; Pecchio, Robert D. |
| **Subject:** | RE: Clowuds v. AA/Confidentiality Agreement |

That's not really what's at work here. Perhaps I should be more blunt. Absent an early resolution, there will likely be no desire to do so later as AA will pursue relief against your client and (as it stands) your law firm.

Kelly

---

**From:** William Woodrow <will@stoneandwoodrowlaw.com>
**Sent:** Wednesday, December 08, 2021 1:55 PM
**To:** Kolb, Kelly <Kelly.Kolb@bipc.com>
**Cc:** Thatcher A. Stone <thatcher@stoneandwoodrowlaw.com>; Pecchio, Robert D. <robert.pecchio@bipc.com>
**Subject:** RE: Clowuds v. AA/Confidentiality Agreement

Kelly,

I understand that perfectly.  My comments were a polite way of calling out your insinuation that it was.  Perhaps I should be more blunt.

Will

---

**From:** Kolb, Kelly <Kelly.Kolb@bipc.com>
**Sent:** Wednesday, December 8, 2021 1:49 PM
**To:** William Woodrow <will@stoneandwoodrowlaw.com>
**Cc:** Thatcher A. Stone <thatcher@stoneandwoodrowlaw.com>; Pecchio, Robert D. <robert.pecchio@bipc.com>
**Subject:** RE: Clowuds v. AA/Confidentiality Agreement

Will:

Please understand that costs of defense are not and will never be an issue with the world's largest airline.

Kelly

---

**From:** William Woodrow <will@stoneandwoodrowlaw.com>
**Sent:** Wednesday, December 08, 2021 12:22 PM
**To:** Kolb, Kelly <Kelly.Kolb@bipc.com>
**Cc:** Thatcher A. Stone <thatcher@stoneandwoodrowlaw.com>; Pecchio, Robert D. <robert.pecchio@bipc.com>
**Subject:** RE: Clowuds v. AA/Confidentiality Agreement

We would happily go to mediation tomorrow if we thought AA would engage with us.  That said, we don't need a mediator to talk settlement today.  If AA is sensitive to the money it will spend in the coming months, lets figure out how to end this thing now.

Will

**From:** Kolb, Kelly <Kellyi.Kolb@bipc.com>
**Sent:** Wednesday, December 8, 2021 12:03 PM
**To:** William Woodrow <will@stoneandwoodrowlaw.com>
**Cc:** Thatcher A. Stone <thatcher@stoneandwoodrowlaw.com>; Pecchio, Robert D. <robert.pecchio@bipc.com>
**Subject:** RE: Clowuds v. AA/Confidentiality Agreement

I am not sure that mediation will have much value at that point, but I'll see what my folks want to do.
Kelly

**From:** William Woodrow <will@stoneandwoodrowlaw.com>
**Sent:** Wednesday, December 08, 2021 11:51 AM
**To:** Kolb, Kelly <Kelly.Kolb@bipc.com>
**Cc:** Thatcher A. Stone <thatcher@stoneandwoodrowlaw.com>; Pecchio, Robert D. <robert.pecchio@bipc.com>
**Subject:** RE: Clowuds v. AA/Confidentiality Agreement

Kelly,

How about we try for early mediation in late February after depositions are out of the way

Will

**From:** Kolb, Kelly <Kelly.Kolb@bipc.com>
**Sent:** Wednesday, December 8, 2021 11:21 AM
**To:** William Woodrow <will@stoneandwoodrowlaw.com>
**Cc:** Thatcher A. Stone <thatcher@stoneandwoodrowlaw.com>; Pecchio, Robert D. <robert.pecchio@bipc.com>
**Subject:** RE: Clowuds v. AA/Confidentiality Agreement

Will:

In light of your comments below, I will table efforts to schedule early mediation.

Kelly

**From:** William Woodrow <will@stoneandwoodrowlaw.com>
**Sent:** Thursday, December 02, 2021 11:03 PM
**To:** Kolb, Kelly <Kelly.Kolb@bipc.com>
**Cc:** Thatcher A. Stone <thatcher@stoneandwoodrowlaw.com>; Pecchio, Robert D. <robert.pecchio@bipc.com>
**Subject:** Re: Clowuds v. AA/Confidentiality Agreement

Kelly,

Thank you for the edits. I will look at these and get back to you promptly.

We welcome the idea of mediating early. However, judging by the utter dismissiveness we have encountered so far and AA's refusal to dialogue, we don't see any value in it prior to depositions. Why would AA see reason from a mediatior with all else being unchanged?

Incidentally, my client is willing to undergo a polygraph examination if Mr. Merino is as well, and willing to stipulate to the admissibility of both into evidence. Let me know your thoughts.