# William Woodrow

| | |
|---|---|
| **From:** | San Martin, Sonia N. <sonia.sanmartin@bipc.com> |
| **Sent:** | Wednesday, March 9, 2022 5:02 PM |
| **To:** | reringer@lentolawgroup.com; William Woodrow; William Woodrow |
| **Cc:** | Kolb, Kelly; Pecchio, Robert D.; Nunziato, Dawn |
| **Subject:** | SERVICE OF COURT DOCUMENTS - CASE NO. 1:21-cv-23155 |

Court: IN THE UNITED STATES DISTRICT COURT IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:21-cv-23155

Case Style: Clowdus vs. American Airlines

Documents:
1. Correspondence enclosing Motion for Rule 11
2. Defendant's Motion for Rule 11 Sanctions and Incorporated Memorandum In Support

**Kind regards,**

**Sonia San Martin**
**Practice Assistant**

401 East Las Olas Blvd.
Suite 2250
Fort Lauderdale, FL  33301
954 468 2320 (o)
sonia.sanmartin@bipc.com

BIPC.com | Twitter | LinkedIn

**Buchanan Ingersoll & Rooney PC**

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.