# William Woodrow

| | |
|---|---|
| **From:** | Kolb, Kelly <Kelly.Kolb@bipc.com> |
| **Sent:** | Tuesday, December 14, 2021 4:05 PM |
| **To:** | William Woodrow |
| **Cc:** | Thatcher A. Stone; Pecchio, Robert D.; San Martin, Sonia N. |
| **Subject:** | RE: Clowuds v. AA/Confidentiality Agreement |
| **Attachments:** | Scan - 2021-12-14 16.01.10.pdf |

Will:

I have signed off on the Confidentiality Agreement and it is attached. Please provide your signature when you can.

Kelly

---

**From:** Kolb, Kelly
**Sent:** Wednesday, December 08, 2021 11:15 AM
**To:** 'William Woodrow' <will@stoneandwoodrowlaw.com>
**Cc:** Thatcher A. Stone <thatcher@stoneandwoodrowlaw.com>; Pecchio, Robert D. <robert.pecchio@bipc.com>
**Subject:** RE: Clowuds v. AA/Confidentiality Agreement

Will:

I have accepted your edits and mine from the draft you sent below. A final Word version is attached if you want to compare it to your latest draft. I need to run this by my client for approval, but he is out of the office until next week.

Second, because he is out this week and has not approved our discovery answers due this Friday, I need a 1 week discovery extension to 12/17. This would also give him the time to approve the Confidentiality Agreement and allow me to withdraw a number of confidentiality objections and disclose more information and documents. Let me know if you agree to the extension.

Kelly

---

**From:** William Woodrow <will@stoneandwoodrowlaw.com>
**Sent:** Monday, December 06, 2021 9:43 AM
**To:** Kolb, Kelly <Kelly.Kolb@bipc.com>
**Cc:** Thatcher A. Stone <thatcher@stoneandwoodrowlaw.com>; Pecchio, Robert D. <robert.pecchio@bipc.com>
**Subject:** RE: Clowuds v. AA/Confidentiality Agreement

Kelly,

This looks mostly good.  A couple of minor edits

Will

---

**From:** Kolb, Kelly <Kelly.Kolb@bipc.com>
**Sent:** Thursday, December 2, 2021 6:28 PM
**To:** William Woodrow <will@stoneandwoodrowlaw.com>