# William Woodrow

| | |
|---|---|
| **From:** | Kolb, Kelly <Kelly.Kolb@bipc.com> |
| **Sent:** | Friday, January 21, 2022 4:56 PM |
| **To:** | William Woodrow; Pecchio, Robert D. |
| **Cc:** | Thatcher A. Stone |
| **Subject:** | RE: AA/Clowdus - Discovery Conferral |

Will:

Thank you for the clarifications below. From you I am looking for:
1. Withholding statements for the objections in AA's Rogs 1, 4-7 & 9 and RFPs 5, 16 & 18;
2. Amended Disclosures:
    a. Confirming Plaintiff has not incurred any lost business opportunities - obviously with the ability (and obligation) to amend that response if and when he can identify a lost business opportunity
    b. With concrete calculations for damage categories 2-5

On our side:
1. We have provided whatever passenger contact information we have for those in Rows 1-4
2. We have produced the Plaintiff's complaints submitted to AA on the date in question (AA 96-97)
3. The personnel file we were provided for FA Merino is apparently incomplete, as it contains nothing newer than 2013. I have expedited an inquiry into this but I doubt I will hear back from my contacts before his scheduled deposition. Please let me know if you want to press ahead with his deposition or push it off until I get to the bottom of this
4. I do not agree that FA Marino's non-party status renders his personal identifiers discoverable. The comments to Rule 4-4.2 state - "In the case of a represented organization, this rule prohibits communications with a constituent of the organization…whose act or omission…may be imputed to the organization…" However, consistent with Federal Rule ~~[redacted]~~

Kelly

---

**From:** William Woodrow <will@stoneandwoodrowlaw.com>
**Sent:** Thursday, January 06, 2022 4:30 PM
**To:** Kolb, Kelly <Kelly.Kolb@bipc.com>; Pecchio, Robert D. <robert.pecchio@bipc.com>
**Cc:** Thatcher A. Stone <thatcher@stoneandwoodrowlaw.com>
**Subject:** RE: AA/Clowdus - Discovery Conferral

See purple below

---

**From:** Kolb, Kelly <Kelly.Kolb@bipc.com>
**Sent:** Wednesday, January 5, 2022 7:08 PM
**To:** William Woodrow <will@stoneandwoodrowlaw.com>; Pecchio, Robert D. <robert.pecchio@bipc.com>
**Subject:** RE: AA/Clowdus - Discovery Conferral

Will:

This will confirm the substance of our call earlier today. Chime in if I missed anything.

1