**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| Troy Clowdus | |
| PLAINTIFF | |
| VS. | Civil Action No.: 1:21-cv-23155-MM |
| American Airlines Inc., | |
| DEFENDANT. | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that the Plaintiff, TROY CLOWDUS, by counsel, will take the deposition upon oral examination of CARLOS MERINO on Friday, February 4, 2021, at 10:00 a.m., by remote conferencing software.

The deposition will be taken before an officer authorized by law to administer oaths and take testimony and will be transcribed by a certified Court Reporter and/or videographer. The deposition will continue until concluded, and will be used for all lawful purposes.

   /s/ William T. Woodrow   .
*pro hac vice*
Stone & Woodrow LLP
250 West Main St. Suite 201
Charlottesville, VA 22902
will@stoneandwoodrowlaw.com
Fax:     646 873-7529
Voice:  855-275-7378
Attorney for Plaintiff