# William Woodrow

| | |
|---|---|
| **From:** | Kolb, Kelly <Kelly.Kolb@bipc.com> |
| **Sent:** | Friday, February 11, 2022 3:12 PM |
| **To:** | William Woodrow; Pecchio, Robert D. |
| **Cc:** | Thatcher A. Stone |
| **Subject:** | RE: a few items |

Will –

My comments appear below.

KK

**From:** William Woodrow <will@stoneandwoodrowlaw.com>
**Sent:** Thursday, February 10, 2022 12:26 PM
**To:** Kolb, Kelly <Kelly.Kolb@bipc.com>; Pecchio, Robert D. <robert.pecchio@bipc.com>
**Cc:** Thatcher A. Stone <thatcher@stoneandwoodrowlaw.com>
**Subject:** a few items

[This Email Originated From will@stoneandwoodrowlaw.com Which Is External To The Firm]


Hi Kelly,

A few things to push forward:

Do you have an update for us on Ms. Gray's condition/availability?
> She is still testing positive, at home, sick.

Could you clarify if the IRL packet referenced in #11 of your interrogatories is what we were given in AA0028-0047? If so, we won't bother with an additional request.
> It is.

We'd like 5 more depositions: both remaining flight attendants (these should be quick), Maldonado, Kirby, and Gonzalez's shift supervisor (the upline recipient of the "tour report"). I think he gave us his name but I'm not sure now where I wrote it down. If you know, we can make a clean notice. Could you please check on dates and let us know. We don't want the remaining two flight attendants until after Gray is complete. I have a brief due in the Second Circuit at the end of February, so that last week is no good for me, but anything in the next 10 days is good and first couple weeks in March is also good.
> We will work on this.

Just to clarify regarding passenger contact details: did you give us everything you have *including email addresses*? Some of the phone numbers provided are not even the right number of digits and a number of others do not connect. We have had some very interesting responses, and we are trying in good faith to generate our own work product, but we may end up needing to ask the court for your fact-based work product in instances where you have successfully obtained statements and we have not. If there are email addresses that you haven't given us, provide them please, and we will continue making our own effort.

1

> We gave you what you asked for to the extent we had what you asked for. You have not previously asked for passenger email addresses. The phone numbers we provided are all we have and they are the correct numbers, certainly as to those passengers who have taken our calls. Those numbers with a 2 letter prefix are international numbers – have you tried calling any of those numbers? I am not certain that a witness' refusal to speak with you is good cause for work product disclosure, but I suppose you are free to make new law.

When are you available to confer about Mr. Merino's personnel record and Mr. Clowdus' PNR (and possibly passenger statements)?

> Ready when you are.

In light of Mr. Merino's admission, it may make sense to schedule our mediation soon… unless AA is still committed to a hard line fight.

> I am not sure what admission you are referring to. Perhaps you can help me out here. If you want to set up mediation now, I will leave that to you to facilitate since I made that effort earlier in the case.

Regards,

Will

---

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.