# William Woodrow

| | |
|---|---|
| **From:** | Kolb, Kelly <Kelly.Kolb@bipc.com> |
| **Sent:** | Wednesday, February 23, 2022 3:42 PM |
| **To:** | William Woodrow |
| **Cc:** | Pecchio, Robert D. |
| **Subject:** | RE: phone call summary |

My corrections/updates appear below.
Kelly

---

**From:** William Woodrow <will@stoneandwoodrowlaw.com>
**Sent:** Thursday, February 17, 2022 9:38 PM
**To:** Kolb, Kelly <Kelly.Kolb@bipc.com>
**Subject:** phone call summary

Kelly,

Just want to summarize our conversation today while it is still fresh. Correct me if I misremember anything.

We spoke about Mr. Clowdus' history with AA. You agreed to give us a printout of the mileage report referenced in your answer to our interrogatory and a history of flights from 2019- present referenced in your answer to our document request.

> I have approval for this and I am waiting on the data. I hope to have it by early next week.

We spoke about passenger statements and our efforts to generate our own before we need to ask the judge to give us whatever you have obtained. To this effect you gave us phone numbers for the passengers in the past but no email addresses. A fair percentage of the numbers did not work. We have now asked for email addresses as a last good faith effort to generate our own work product. You are discussing with client and will give us a response Monday or Tuesday of next week.

> We have approval to disclose the 1st class PAX email addresses and we are awaiting receipt of those email addresses. I hope to have it by early next week.

==We were unable to agree on limited production of Mr. Merino's personnel file.==

We asked about the status of the Gray deposition that was cancelled due to COVID. You said you would call her again and we will try to reschedule it ASAP
> We have not been able to make contact with Ms. Gray since she want out on FMLA leave for Covid. We will continue our efforts.

Will

---

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.