IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

------------------------x

TROY CLOWDUS,                    :

        Plaintiff,     : Civil Action No.:

  -vs-                           : 1:21-cv-23155-MM

AMERICAN AIRLINES INC.,:

        Defendant.     :

------------------------x


VIDEORECORDED VIDEOCONFERENCE DEPOSITION OF

CARLOS ADAN MERINO

APPEARING REMOTELY FROM

FORT LAUDERDALE, FLORIDA

February 4, 2022

10:02 a.m.


REPORTED BY:

Renee A. McDermed, RPR

APPEARING REMOTELY FROM FLOYD, VIRGINIA

```
 1                THE WITNESS:  There are some gaps in
 2   between, guys.
 3                MR. KOLB:  Go ahead.  Finish your
 4   answer.
 5                THE WITNESS:  Yes.
 6        A       Yeah, that's it.
 7   BY MR. WOODROW:
 8        Q       Okay.  I'm going to ask you a few
 9   questions about your -- your personnel file now, Mr.
10   Merino.  In your time at American Airlines, have you
11   ever been disciplined or reprimanded for your
12   interactions with a passenger?
13        A       No, sir.
14                MR. KOLB:  Objection, form.
15   BY MR. WOODROW:
16        Q       Have you ever been disciplined for
17   your interactions with a passenger?
18                MR. KOLB:  Objection to form.
19                MR. WOODROW:  What's the objection,
20   Kelly?
21                MR. KOLB:  Outside the scope of
22   discovery, vague, and ambiguous.
23                MR. WOODROW:  That's not -- that's not
24   a good -- that's not a good objection.  That's not
25   form.
```

```
 1                MR. KOLB:  I agree.  The objection is
 2   sustained.  You can move on.
 3                MR. WOODROW:  The objection is not
 4   sustained.
 5   BY MR. WOODROW:
 6        Q       Have you ever been disciplined in your
 7   time at AA for your interactions with a passenger?
 8                MR. KOLB:  Objection, form.
 9   BY MR. WOODROW:
10        Q       You can answer, Mr. Merino.
11        A       No, sir.
12        Q       Never once since 1998?
13                MR. KOLB:  Objection, asked and
14   answered.
15   BY MR. WOODROW:
16        Q       Have you ever been reprimanded in any
17   respect for your interactions with a passenger?
18                MR. KOLB:  Objection to form.
19        A       I don't know, sir.
20   BY MR. WOODROW:
21        Q       Have you ever been the subject of a
22   passenger complaint about your behavior towards
23   them?
24                MR. WOODROW:  Objection, form.
25                THE WITNESS:  Should I answer?
```

```
 1  BY MR. WOODROW:
 2       Q         Yes, yes, please answer.
 3       A         I see your hands, but --
 4       Q         I was just waving at somebody, I'm
 5  sorry.
 6       A         Oh, okay.  Not that I recall, sir.
 7       Q         Not that you recall or not at all?
 8       A         No, sir --
 9                 MR. KOLB:  Objection, asked and
10  answered.
11  BY MR. WOODROW:
12       Q         In the -- in the past year, Mr.
13  Merino, how many -- how many passengers have you
14  personally asked the captain to remove?
15       A         Just your client, sir.
16       Q         Okay.  How many -- how many passengers
17  have been removed while you were working as a flight
18  attendant on the flight in the past year?
19       A         Just your client, sir.
20       Q         No other passengers have been removed
21  for any reason on any of your flights in the last
22  year?
23                 MR. KOLB:  Objection, form,
24  misconstrues testimony.
25
```

```
 1                MR. WOODROW:  That's not true.
 2                MR. KOLB:  Yeah, it is.
 3                MR. WOODROW:  It's not true, Kelly.
 4                MR. KOLB:  It's very true.  It's very
 5   true, yeah.
 6   BY MR. WOODROW:
 7        Q       In the past year -- in the past five
 8   years, Mr. Merino, how many passengers have been
 9   removed under your watch?
10                MR. KOLB:  Objection, form.
11   BY MR. WOODROW:
12        Q       Answer verbally, please, Mr. Merino.
13                MR. KOLB:  What was the question, the
14   past year?
15                THE WITNESS:  Five years.
16   BY MR. WOODROW:
17        Q       In the past five years, how many
18   passengers have you personally asked the captain to
19   remove?
20                MR. KOLB:  Objection, form.
21   BY MR. WOODROW:
22        Q       Have you personally asked the captain
23   to remove any passengers in the last five years?
24                MR. KOLB:  Objection, form.
25                Go ahead.
```

```
 1      A         No, sir, none.  Just your client.
 2   BY MR. WOODROW:
 3      Q         In your entire career with American
 4   Airlines, how many passengers have you personally
 5   asked the captain to remove, if any?
 6               MR. KOLB:  Objection, form.
 7               MR. WOODROW:  What's the objection,
 8   Kelly?
 9               MR. KOLB:  You're asking him to recall
10   24 years of service.
11               MR. WOODROW:  I just said if you
12   recall.
13               MR. KOLB:  Yeah, okay.  If you recall
14   what happened in the last 24 years, let him have it.
15      A         Just your client, sir.  The best of my
16   recall, like you say.
17   BY MR. WOODROW:
18      Q         Okay.  At Mr. Clowdus's deposition, he
19   testified that that week, the incident with you
20   was -- was a really bad week and -- and Mr. Kolb
21   made a comment that might have been a throwaway that
22   that was a really bad week for you, too.  Do you
23   know why he would have said that?
24               MR. KOLB:  That's a misrepresentation
25   of the record.  I said --
```

```
 1        CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
 2               I, Renee A. McDermed, Registered
 3   Professional Reporter and Notary Public in and for
 4   the Commonwealth of Virginia, the officer before
 5   whom the foregoing Remote Deposition was taken, do
 6   hereby certify that the foregoing transcript is a
 7   true and correct record of the testimony given; that
 8   said testimony was taken by me stenographically and
 9   thereafter reduced to typewriting under my direction
10   and that I am neither counsel for, related to, nor
11   employed by any of the parties to this case and have
12   no interest, financial or otherwise, in its outcome.
13              IN WITNESS WHEREON, I have hereunto set my
14   hand and affixed my notarial seal this 16th day of
15   February 2022.
16   [signature: Renee A. McDermed]
17   My commission expires:
18   December 31, 2025
19
20
21
22
23
24
25
```