IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Troy Clowdus<br><br>PLAINTIFF<br><br>VS.<br><br>American Airlines Inc.,<br><br>DEFENDANT. | Civil Action No.: 1:21-cv-23155-MM |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that the Plaintiff, TROY CLOWDUS, by counsel, will take the deposition upon oral examination of CARLOS MERINO on Friday, February 4, 2021, at 10:00 a.m., by remote conferencing software.

The deposition will be taken before an officer authorized by law to administer oaths and take testimony and will be transcribed by a certified Court Reporter and/or videographer. The deposition will continue until concluded, and will be used for all lawful purposes.

\_\_\_/s/ William T. Woodrow\_\_\_.
*pro hac vice*
Stone & Woodrow LLP
250 West Main St. Suite 201
Charlottesville, VA 22902
will@stoneandwoodrowlaw.com
Fax:    646 873-7529
Voice: 855-275-7378
Attorney for Plaintiff