IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Troy Clowdus<br><br>PLAINTIFF<br><br>VS.<br><br>American Airlines Inc.,<br><br>DEFENDANT. | Civil Action No.: 1:21-cv-23155-MM |

**NOTICE OF STRIKING**

Please take notice that Plaintiff moves to strike the documents filed under Docket Entry #23 for the reason that it is missing the signature block of local counsel and it was inadvertently filed as a response in opposition instead of a reply in support of the motion.

Respectfully Submitted,

_____/s/ William Woodrow_____
William T. Woodrow III (*pro hac vice*)
Stone & Woodrow LLP
250 West Main Street, Ste 201
Charlottesville, VA 22902
Email: will@stoneandwoodrowlaw.com
Phone: (855) 275-7378

_____/s/ Rook Ringer_____
Rook Ringer (Fla Bar ID #1015698)
reringer@lentolawgroup.com
Lento Law Group, P.A.
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
Phone: (904) 602- 9400