IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Troy Clowdus <br><br> PLAINTIFF <br><br> VS. <br><br> American Airlines Inc., <br><br> DEFENDANT. | Civil Action No.: 1:21-cv-23155-MM |

**PLAINTIFF'S RESPONSES TO DEFENDANT'S SECOND REQUEST FOR PRODUCTION**

Plaintiff, by and through his attorney, and pursuant to Rule 34 of the Federal Rules of Civil Procedure and the Local Rules of this Court, responds and objects to Defendant's Second Request for Documents as follows:

**DOCUMENTS TO BE PRODUCED**

1.      Please produce all cell phone records and logs reflecting phone use by Plaintiff during boarding and while onboard American Airlines flight AA1303 on June 10, 2021, including, but not limited to, text messages sent, received, or reviewed; video messages sent, received or reviewed; voice messages sent, received, or reviewed; social media activity; instant messages sent, received, or reviewed (including while using social media instant messaging and other instant messaging application or software e.g. WhatsApp, Marco Polo, etc.); video calls and/or video streams (including FaceTime, Zoom, Skype, etc.) made and/or participated in; internet history; and call records.

1

**RESPONSE:** Plaintiff objects that this request is not relevant and seeks to discover information that would have no bearing on the Plaintiff's claims or any defenses thereof. Whatever the Plaintiff was engaged in before the incident transpired could not logically shed any light upon the incident itself. Plaintiff also objects inasmuch as this request seeks to require the Plaintiff to collect information from an outside party.

Plaintiff has no documents in his possession and is not withholding documents based upon his objections

Respectfully Submitted,

  /s/ William T. Woodrow  .
*pro hac vice*
Stone & Woodrow LLP
250 West Main St. Suite 201
Charlottesville, VA 22902
will@stoneandwoodrowlaw.com
Voice: 855-275-7378
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon the following attorneys of record by EMAIL on this 4th day of April, 2022.

Kelly Kolb
Robert D. Pecchio
Labor & Employment Practice Group
401 East Las Olas Boulevard
Suite 2250
Ft. Lauderdale, FL 33301
954 703 3900 (office)
954 703 3944 (direct)
kelly.kolb@bipc.com

_____
William T. Woodrow III