Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
         IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                       CIVIL ACTION
                  CASE NO.: 1:21-cv-23155
 3
 4
 5    TROY CLOWDUS,
 6           Plaintiff,
 7    vs.
 8    AMERICAN AIRLINES, INC.,
 9           Defendant.
      _____/
10
11
12
                 DEPOSITION OF TROY CLOWDUS
13
14
15      TAKEN BY:       Attorney for Defendant
16      DATE:           Tuesday, February 1, 2022
17      TIME:           Commencing 10:00 a.m.
                        To 2:00 p.m.
18
        PLACE:          Veritext Legal Solutions
19                      Zoom Videoconference
20      REPORTED BY:    Dawn Neukomm, RPR
                        Registered Professional Reporter
21                      State of Florida at Large
22
23
        Job No. CS5002471
24
25
```

Page 65

1   assuming he saw it, but I can't tell you.  I'm not
2   Mr. Marino, but he saw me place my bag at my feet.  He
3   was there standing beside me.
4        Q.   And then sometime later as your bag is behind
5   your legs, and you're looking at your phone with your
6   earphones, you look up, and you hear Mr. Marino again
7   asking you to stow your bag in the overhead bin; is
8   that correct?
9        A.   No.
10       Q.   What happened?
11       A.   ==I'm sitting in my seat.  I'm answering text==
12  ==messages from my step-daughter.  I'm preoccupied.  I==
13  ==feel him staring at me.  I have my earphones in.  I'm==
14  ==not sure if he's talking to me or not.==  But I look up,
15  and he's glaring at me.  I take out my earphones, and
16  he barks at me, give me the bag.  That's what
17  happened.  He used like give me the bag.  Like he was
18  extremely angry, irritated and annoyed.
19       Q.   And was there any confusion at that point as
20  to whether he wanted you to stove your bag in the
21  overhead bin immediately?
22       A.   No confusion.  He was pissed off.
23       Q.   All right.  And what did you do after you
24  heard that second clear instruction to stow your bag?
25       A.   I reached under and picked up my bag and

Page 70

1   to me, and it was more like just a shake of disbelief
2   just like I'm doing now.
3       Q.   And you turned away from Mr. Marino because
4   why?
5       A.   He was yelling at me.
6       Q.   Any other reason that you weren't looking at
7   Mr. Marino as you handed him your bag?
8       A.   The primary reason was the way he was
9   speaking to me.  I mean I just -- you know, I don't
10  know if you've ever had someone yelling at you or
11  talking to you in a demeaning voice, but it's
12  difficult.  I'm not a confrontational person.  It's not
13  something that -- I find it very unpleasant.  And it
14  was also 6:30 in the morning, and, you know, you're not
15  fully awake at 6:30 in the morning.
16      Q.   Other than Mr. Marino in your words yelling,
17  was there any reason that you did not look at him when
18  you moved your bag in his direction?
19      A.   Well, I had been on my phone, and I was still
20  working on my phone when this happened, so the
21  combination of the two.
22      Q.   What would have prevented you from putting
23  your phone down and looking at Mr. Marino as you handed
24  the bag to him?
25      A.   Nothing would have prevented me.