UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TROY CLOWDUS,

        Plaintiff,

                              CASE NO.: 1:21-cv-23155

v.

AMERICAN AIRLINES, INC.,

        Defendant.
_____/

**STIPULATION REGARDING DEFENDANT'S MOTION TO COMPEL DISCOVERY**

Defendant, AMERICAN AIRLINES, INC. ("**Defendant**" or "**AA**"), and Plaintiff, TROY CLOWDUS, ("**Plaintiff**" or "**Clowdus**"), by and through their undersigned counsel, hereby stipulate and agree, as follows:

WHEREAS, on April 12, 2022, Defendant filed its Motion to Compel Discovery from Plaintiff [DE 28].  This motion flowed from a dispute regarding Plaintiff's objection(s) to Defendant's Second Request for Production, and more specifically, Defendant's request for "all cell phone records and logs reflecting phone use by Plaintiff during boarding and while onboard American Airlines flight AA1303 on June 10, 2021[.]"

WHEREAS, in response, Plaintiff objected to this request on various grounds, including impossibility, cost, burdensomeness, and relevance, and produced no records or other documents.

WHEREAS, following multiple conferrals between counsel on this issue, the parties have agreed to resolve the dispute that flowed from this request and its associated objection(s).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE UNDERSIGNED COUNSEL FOR PLAINTIFF AND DEFENDANT:

1. Defendant hereby withdraws its Motion to Compel Discovery from Plaintiff [DE 28] filed on April 12, 2022.

2. Plaintiff agrees that he will not forensically examine or retrieve data from his cell phone (on his person during the incident in question) for use at trial.

SO STIPULATED:

DATED: April 26, 2022

| **Buchanan Ingersoll & Rooney, PC** | **Stone & Woodrow LLP** |
|---|---|
| By: */s/ Kelly H. Kolb*<br>Kelly H. Kolb, Esq.<br>kelly.kolb@bipc.com<br>401 E Las Olas Boulevard, Suite 2250<br>Fort Lauderdale, FL 33301<br>Tel: 954-468-2300<br>Fax: 954-527-9915<br>*Counsel for Defendant* | By: */s/ William T. Woodrow*<br>William T. Woodrow III<br>will@stoneandwoodrowlaw.com<br>250 West Main Street, Suite 201<br>Charlottesville, VA 22902<br>Tel: 855-275-7378<br>Fax: 646-873-7529<br>*Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this the 26th day of April 2022, a true and correct copy of the above and foregoing has been filed with the Clerk of Court using the CM/ECF system. I FURTHER CERTIFY that the foregoing document is being served this date, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic filing on the counsel of record or *pro se* parties identified on the attached Service List.

By: /s/Kelly H. Kolb
Kelly H. Kolb

**SERVICE LIST:**

William T. Woodrow III
250 West Main Street, Suite 201
Charlottesville, VA 22902

Rook Elizabeth Ringer, Esq.
LENTO LAW GROUP
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
Tel: (855) 275-7378
Tel: (904) 602-9400
E-mail: reringer@lentolawgroup.com
E-mail: will@stoneandwoodrowlaw.com
*Counsel for Plaintiff*