UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23155-KMM

TROY CLOWDUS

   Plaintiff,

vs.

AMERICAN AIRLINES, INC.

   Defendant.
_____/

## DEFENDANT'S MOTION FOR CLARIFICATION AS TO THIS COURT'S ORDER ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant, AMERICAN AIRLINES, ("**Defendant**" or "**AA**"), by and through undersigned counsel, files this Motion for Clarification as to the Court's Order Granting in Part and Denying in Part Defendant's Motion for Judgment on the Pleadings [DE 32] ("**Order on Defendant's Motion for Judgment on the Pleadings**"), and states as follows:

1. On April 29, 2022, the Court entered its Order on Defendant's Motion for Judgment on the Pleadings [DE 32], dismissing Counts I, III, IV, and V of Plaintiff's Complaint with prejudice. The order also dismissed Plaintiff's Count II *without prejudice* but provided Plaintiff with one more opportunity to amend his pleadings as to Count II.

2. As the order dismissed all five counts in Plaintiff's Complaint, this Court instructed the Clerk of Court to administratively close the case, but Plaintiff was given until May 13, 2022, to file an Amended Complaint as to Count II [DE 32].

3. Prior to the dismissal of the action, this matter was set for the two-week trial period beginning September 12, 2022 and was subject to the usual other pre-trial deadlines including the close of discovery on June 3, 2022 [DE 12].

4.	Defendant seeks clarification as to whether, once Plaintiff files his Amended Complaint, the Court will reset the deadlines contained in the Joint Scheduling Report [DE 11] of November 8, 2021, and the trial schedule contained in the Court's Paperless Order Scheduling Trial in Miami [DE 12] entered on November 10, 2021.

5.	Further, Defendant seeks clarification as to the status of pending discovery, including whether the responses/objections to discovery that was propounded, but not yet answered, prior to the dismissal of this action on April 29, 2022, must nevertheless be responded to within 30 days after the original date of service, pursuant to Federal Rule of Civil Procedure 33 and Federal Rule of Civil Procedure 34.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7(a)(3)

Undersigned counsel hereby certifies that he conferred with counsel for Plaintiff on May 6, 2022, and Plaintiff does not oppose the relief requested in this Motion.

Respectfully submitted,

By: ___/s/Kelly H. Kolb_____
Kelly H. Kolb, Esq.
kelly.kolb@bipc.com
Robert D. Pecchio, Esq.
Robert.pecchio@bipc.com
Buchanan Ingersoll & Rooney, PC
401 E Las Olas Boulevard, Suite 2250
Fort Lauderdale, FL 33301
Tel: 954-468-2300
Fax: 954-527-9915
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this the 6th of May 2022, a true and correct copy of the above and foregoing has been filed with the Clerk of Court using the CM/ECF system. I FURTHER CERTIFY that the foregoing document is being served this date, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic filing on the counsel of record or *pro se* parties identified on the attached Service List.

By: */s/Kelly H. Kolb*
Kelly H. Kolb

**SERVICE LIST:**

William T. Woodrow III
250 West Main Street, Suite 201
Charlottesville, VA 22902

Rook Elizabeth Ringer, Esq.
LENTO LAW GROUP
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
Tel: (855) 275-7378
Tel: (904) 602-9400
E-mail: reringer@lentolawgroup.com
E-mail: will@stoneandwoodrowlaw.com
*Counsel for Plaintiff*