UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TROY CLOWDUS,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　CASE NO.: 1:21-cv-23155

AMERICAN AIRLINES, INC.,

    Defendant.
_____/

### NOTICE OF SUPPLEMENTAL FILING IN SUPPORT OF DEFENDANT'S *EXPEDITED* MOTION FOR SANCTIONS PURSUANT TO RULE 30(d)(2) [DE 34]

Defendant American Airlines ("**AA**" or "**Defendant**"), by and through undersigned counsel, hereby files this Notice of Supplemental Filing in Support of Defendant's *Expedited* Motion for Sanctions Pursuant to Rule 30(d)(2) ("**Expedited Motion**"), which was filed May 9, 2022 [DE 34].

**Attached as Exhibit E** is Plaintiff counsel's further communication with unrepresented witness, Angelica Cookson, of May 3, 2022, which was not attached to the Expedited Motion [DE 34] filed yesterday through inadvertence.

**Attached as Exhibit F** is Plaintiff's subpoena for deposition sent for service on May 10, 2022 to Ms. Cookson, which includes (presumably) Plaintiff's counsel's warning to Ms. Cookson, **"Another Reminder! All is being documented for the judge!"**

DATED on this 10th day of May 2022.

Respectfully submitted,

By: */s/ Kelly H. Kolb*
Kelly H. Kolb, Esq.
Florida Bar No. 0343330
Robert Pecchio, Esq.
Florida Bar No. 1005955
**BUCHANAN INGERSOLL & ROONEY, PC**
401 E. Las Olas Boulevard, Suite 2250
Fort Lauderdale, FL 33301-4251
Tel: (954) 468-2300
Fax: (954) 527-9915
E-mail: kelly.kolb@bipc.com
E-mail: Robert.pecchio@bipc.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2022, a true and correct copy of the above and foregoing has been filed with the Clerk of Court using the CM/ECF system. I FURTHER CERTIFY that the foregoing document is being served this date, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic filing on the counsel of record or pro se parties identified on the attached Service List

By: */s/Kelly H. Kolb*
Kelly H. Kolb

**SERVICE LIST:**

William T. Woodrow III
250 West Main Street, Suite 201
Charlottesville, VA 22902

Rook Elizabeth Ringer, Esq.
LENTO LAW GROUP
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
Tel: (855) 275-7378
Tel: (904) 602-9400
E-mail: reringer@lentolawgroup.com
E-mail: will@stoneandwoodrowlaw.com
*Counsel for Plaintiff*