From: **William Woodrow** <will@stoneandwoodrowlaw.com>
Date: Tue, May 3, 2022 at 16:24
Subject: Re: your deposition
To: Angelica Cookson <███████████████>

Ms Cookson, I have having a new subpoena sent out tomorrow.  Should I put the address of the court reporters office or would you like to appear by zoom?  If I allow you to appear by zoom, will you commit to sending me the documents described in the subpoena by email before the start of the deposition?

I'm happy to work with you but I have to know that you are out there…

 If I don't hear back, I will have to default into the reporters office

Regards,

Will Woodrow

Sent from my iPhone

> On May 2, 2022, at 10:42 AM, Angelica Cookson <███████████████> wrote:
>
> I had every intention to appear

EXHIBIT E