*Another Reminder! All is being documented for the judge!*

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida ☒

Troy Clowdus
*Plaintiff*
v.
American Airlines, Inc.
*Defendant*

Civil Action No. 1:21-cv-23155-MM

*5-10-22*
*8:53am*

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Angelica Cookson, 1871 NW South River Dr., Unit 1504, Miami, FL 33125

*(Name of person to whom this subpoena is directed)*

☒ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Witness/reporter appear at:1 Southeast 3rd Avenue, Suite 2500, Miami, FL. 33131. Attorneys for parties appear remotely by video-conferencing software(Zoom) | Date and Time: 05/13/2022 10:00 am |
|---|---|

The deposition will be recorded by this method: Court reporter

☒ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: Provide in paper and electronic form before start of deposition: Any emails/texts between yourself and American Airlines or your son concerning this action, the underlying incident, or efforts to subpoena you or your son. Copies of any statements prepared by your son in your possession, or emails from AA forwarded by your son to you. Your record of ticket purchase for flight at issue in this litigation.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/05/2022

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Troy Clowdus, who issues or requests this subpoena, are:

William Woodrow, Stone & Woodrow LLP, 250 W Main St, STE 201, Charlottesville, VA 22902
will@stoneandwoodrowlaw.com, 301 928 7665

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

EXHIBIT F