Page 1

1              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF FLORIDA
2
3

    TROY CLOWDUS,
4
        Plaintiff,
5                                          CASE NO.
    v.                                    1:21-CV-23155(MM)
6
                                          CIVIL ACTION
7
    AMERICAN AIRLINES, INC.,
8
        Defendant.
9    ------------------------------/
10
11

     VIDEOTAPED DEPOSITION OF FEDERICO QUINTANA-VALLEJO
12            (Conducted Via Videoconference)
13
14
        DATE:           March 22, 2022
15
16
17      TIME:           1:05 p.m. to 3:25 p.m.
18
19
        REPORTED BY:    TRICIA J. MARCH
20                      Notary Public
                        State of Florida
21
22
23
24
25    Job No. CS5141192

Page 2

```
 1    APPEARANCES:
 2
      WILLIAM T. WOODROW III, ESQUIRE
 3    Stone & Woodrow, LLP
      250 West Main Street
 4    Suite 201
      Charlottesville, VA 22902
 5            Attorney for Plaintiff
 6
 7    KELLY H. KOLB, ESQUIRE
      Buchanan Ingersoll & Rooney, PC
 8    401 East Las Olas Boulevard
      Suite 2250
 9    Fort Lauderdale, FL 33301
              Attorney for Defendant
10
11
      ALSO PRESENT:
12
      TIMOTHY LENZ, VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 26

```
1        A.     Yes.
2        Q.     Okay.  I was -- I was not certain of that.
3               On -- on the flight that morning, were you --
4        were you flying on a buddy pass?
5        A.     What does that mean?
6        Q.     Had anybody given you a ticket that would
7        enable you to fly?
8        A.     Yes.  My -- my mother paid -- paid; paid for
9        my plane ticket home.
10       Q.     Your mother paid for it.
11              And do you have -- do you have an American
12       Advantage account?
13       A.     What does that mean?
14       Q.     Are you a member of American Airlines'
15       frequent flyer program?
16       A.     No.
17       Q.     Okay.  All right.  Have you ever worked for
18       American Airlines?
19       A.     I have not.
20       Q.     Have you ever met the -- the flight attendant,
21       who you described this morning, before the flight in
22       question?
23       A.     No, I have not.
24       Q.     Do you know any of the flight attendants or
25       other staff on the plane that morning?
```

```
1    the -- I don't decide who goes into which boarding group.
2         Q.    When you -- when you fly back and forth to
3    Mexico, do you normally fly business class?
4         A.    No.
5         Q.    Why were you flying business class today --
6    that day?
7         A.    It's just -- that's -- that's -- that's the --
8    that's the seat that I was assigned.
9         Q.    Well, it's a much more expensive ticket, and
10   I'm asking you if you normally spend money on that much
11   more expensive ticket for --
12        A.    It's my mother who buys my tickets for me.
13              MR. KOLB:   Objection.
14              Asked and answered, yet again.
15        Q.    Do you know why she bought you business class
16   that day?
17        A.    I do not know.
18        Q.    Okay.  Have you flown in business class
19   before?
20        A.    Yes, I have.
21        Q.    Okay.  About how many times?
22        A.    Maybe four -- five or six, maybe.
23        Q.    Okay.  So out of all the times you fly, would
24   you say it's -- it's fifty-fifty or most of the time
25   business class?
```