Page 1

1           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF FLORIDA
2
3

    TROY CLOWDUS,
4
        Plaintiff,
5                                           CASE NO.
    v.                                      1:21-CV-23155(MM)
6
                                            CIVIL ACTION
7
    AMERICAN AIRLINES, INC.,
8
        Defendant.
9   ------------------------------/
10
11

    VIDEOTAPED DEPOSITION OF FEDERICO QUINTANA-VALLEJO
12          (Conducted Via Videoconference)
13
14
        DATE:           March 22, 2022
15
16
17      TIME:           1:05 p.m. to 3:25 p.m.
18
19
        REPORTED BY:    TRICIA J. MARCH
20                      Notary Public
                        State of Florida
21
22
23
24
25      Job No. CS5141192

```
 1    APPEARANCES:
 2
      WILLIAM T. WOODROW III, ESQUIRE
 3    Stone & Woodrow, LLP
      250 West Main Street
 4    Suite 201
      Charlottesville, VA 22902
 5          Attorney for Plaintiff
 6
 7    KELLY H. KOLB, ESQUIRE
      Buchanan Ingersoll & Rooney, PC
 8    401 East Las Olas Boulevard
      Suite 2250
 9    Fort Lauderdale, FL 33301
            Attorney for Defendant
10
11
      ALSO PRESENT:
12
      TIMOTHY LENZ, VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                Page 12
1    boarding process was, in any way, inappropriate?

2        A.    No.

3        Q.    All right.  So the boarding process is

4    proceeding.  This gentleman in the first row sits down,

5    you sit down, and the rest of the plane boards, I guess,

6    after business class boarded.  Is that correct?

7        A.    I was one of the last persons to board the

8    plane.

9        Q.    Okay.  After you boarded the plane, were there

10   any overhead PA instructions to stow carry-on baggage,

11   that you recall?

12       A.    Yeah.

13       Q.    About how many of those do you recall?

14       A.    More than two, less than ten.

15       Q.    As a flyer of commercial passenger aircraft

16   for 15 years, did you need an overhead instruction to

17   stow your personal belongings before departure?

18       A.    No, I did not.

19       Q.    Okay.  Do you recall this male flight

20   attendant approaching the gentleman who we'll refer to

21   as -- as Mr. Clowdus, in the first row, to specifically

22   provide him any instructions during the boarding process

23   or after?

24       A.    I do, yes.

25       Q.    All right.  On how many occasions did you see
```

```
 1      this flight attendant approach Mr. Clowdus?
 2           A.    At least three.
 3           Q.    All right.  Can you describe what you observed
 4      during the first occasion?
 5           A.    Yeah.  He went over to this gentleman and
 6      asked him to please put on his face mask properly and
 7      to -- to please put whatever it was that he was carrying
 8      on as a carry-on on the overhead bins.
 9           Q.    Okay.  And what was the flight attendant's
10      demeanor during that conversation if -- if -- if you
11      recall?
12           A.    None so different from him having to give
13      instructions to other passengers.
14           Q.    Okay.  Was his conduct -- was his demeanor on
15      that occasion, in any way, inappropriate in your
16      experience?
17           A.    I don't think so, no.
18           Q.    Were you able to tell if Mr. Clowdus complied
19      with those instructions?
20           A.    He didn't comply.
21           Q.    How could you tell that?
22           A.    He was still wearing his face covering
23      incorrectly.
24           Q.    All right.  And what about the bag?  Did you
25      see if he had stowed his bag?
```

Page 14

```
 1        A.    No, I didn't see if he had stowed his bag or
 2   not -- or not.
 3        Q.    And can you describe, for me, the second
 4   occasion when you observed the male flight attendant
 5   approach Mr. Clowdus?
 6        A.    It went pretty much the same as the first one.
 7        Q.    What was Mr. Clowdus's reaction to this second
 8   occasion of the flight attendant approaching him?
 9        A.    As far as actions are concerned, he, once
10   again, failed to comply with the instruction to put on
11   his face covering correctly.
12        Q.    All right.  What was the -- what was
13   Mr. Clowdus' demeanor if -- if you could see it?
14        A.    Oh, like, he was -- he was pretty calm.
15        Q.    Okay.  And again, what was the flight
16   attendant's demeanor during this conversation?
17        A.    Again, not so different from having to tell
18   other passengers instructions.
19        Q.    Okay.  And describe for me the third occasion
20   when you saw the flight attendant approach Mr. Clowdus.
21        A.    So it was -- it -- like, at -- at this point
22   during the flight I am already paying attention to what's
23   going on.
24              So he -- he approaches the gentleman and says
25   something along the lines of, "Please don't make me tell
```

```
1    you again."  And he asks him, once again, to put on his
2    face covering correctly and to -- and to stow his
3    carry-on in the overhead bin.
4              And -- and, you know, usually when you sit in
5    any given airplane seat, you can stow things under the
6    front seat right -- right in front of you under -- right
7    under where they would have sat down.  But because he was
8    on the front row, there was no space for such storage.
9              And so he -- he grabbed something that looked
10   like a toilet -- toiletry bag, a leather toiletry bag,
11   dark color, maybe brown or black, and he swung it towards
12   the left side, towards -- towards the flight attendant
13   and he -- he -- he sort of hit him with the bag on the --
14   on the flight attendant's left side of his -- of his
15   body.
16        Q.    Okay.  You -- you made a good point earlier
17   and that is that Mr. Clowdus was sitting at that -- that
18   very front bulkhead where there's -- there's no carry-on
19   baggage storage in front of him.
20        A.    Yes.
21        Q.    During these first two interactions with the
22   flight attendant, did you ever -- ever observe
23   Mr. Clowdus making any effort to stow his bag in the
24   overhead bin?
25        A.    No.
```

```
1          Q.    How clear of a view did you have of
2     Mr. Clowdus from where you were sitting?
3          A.    Well, I -- like, I was -- at this point I'm
4     deliberately looking at what's going -- at what is going
5     on, so a pretty clear view.
6          Q.    Okay.  Now, you -- you said that -- that
7     Mr. Clowdus swung his bag into the flight attendant.
8          A.    Uh-huh, yes.
9          Q.    Where was the flight attendant --
10         A.    He was -- he was sitting -- he was -- sorry.
11    He was standing.  Like, at the point I was making my --
12    my reference point to -- to point out where people were
13    sitting, he was standing looking towards the back of the
14    plane with his body slightly to the side.  So -- so his
15    body would have been facing towards the -- the -- the --
16    the seat where Mr. Clowdus was -- was sitting down.
17         Q.    Okay.  And as Mr. Clowdus swung this bag
18    towards the flight attendant, could you see where he was
19    looking?
20         A.    Oh, yeah.  He was looking at the flight
21    attendant.
22         Q.    Okay.  And when he swung this bag over to the
23    flight attendant, was it -- could you tell if it was an
24    effort to hand the bag?  Was it a full arm extension
25    swing?  What -- what exactly did you see?
```

Page 18

```
 1    swung towards the left side, and after the bag makes
 2    contact, the bag recoils towards the front.
 3         Q.    Towards the front of the aircraft?
 4         A.    Yeah.  And then downwards.  You know, gravity.
 5         Q.    All right.  Okay.  As Mr. Clowdus was swinging
 6    his bag towards the flight attendant, did he ever look
 7    away from the flight attendant?
 8         A.    I couldn't tell.  I'm sorry.  I can't tell.
 9         Q.    What was the flight attendant's reaction,
10    if -- if you saw?
11         A.    Oh, yeah.
12         Q.    What was his reaction?
13         A.    He, like, froze for a second and then he -- he
14    left the -- left the area walking towards the cockpit.
15         Q.    Do you know what the flight attendant did in
16    the cockpit area?
17         A.    No.
18         Q.    Okay.  Did you overhear any conversations
19    between the -- the flight attendant and whoever he went
20    to speak with?
21         A.    No.
22         Q.    Okay.  Did you see or hear any other reaction
23    of the flight attendant --
24         A.    No.
25         Q.    -- at that time?
```

Page 20

```
 1        Q.     Yeah, sure.

 2        A.     Okay.  The security guard sort of just stood

 3   there waiting for Mr. Clowdus to gather his belongings

 4   and escorted him out of the plane.

 5        Q.     Okay.  And then did -- did -- did the plane

 6   depart or were there any other events that occurred that

 7   you recall?

 8        A.     Well, the -- like, the -- like, there were

 9   still some -- some, like, preflight checks that were

10   still yet to be done, so the -- like, let's say the

11   boarding -- the boarding process wasn't over --

12        Q.     Okay.

13        A.      -- so to speak.  So, yeah, a couple of minutes

14   later the -- the plane -- the plane left the gate.

15        Q.     Okay.  Can you describe the flight -- the male

16   flight attendant, can you describe his demeanor

17   throughout this entire incident?

18        A.     Yeah.  Like, he was perfectly cordial.

19        Q.     Okay.  Would you describe him as professional?

20        A.     Yes, yes.  I was -- I was actually quite

21   impressed by his reaction once he was hit.  I would -- I

22   would describe him as extremely professional.  Yeah.

23        Q.     Okay.  And the same question with respect to

24   Mr. Clowdus' conduct during this entire incident.  How

25   would you describe his demeanor and conduct?
```

Page 21

```
 1        A.    Other than the fact that he -- he swung around

 2   the thing to hit the flight attendant, he -- like, he

 3   didn't argue at all when he was asked to deboard the

 4   plane, so he complied peacefully.

 5        Q.    Okay.  Would it be fair to describe his

 6   conduct as an angry toddler being forced to give up his

 7   favorite toy?

 8        A.    Yeah.

 9              MR. WOODROW:  Objection.

10        Q.    Mr. Woodrow, who's -- who's attending this

11   deposition has attempted to communicate with you on a few

12   occasions and you've declined those -- those invitations.

13   Can you tell the jury why that was?

14        A.    Of course.  I have -- I have his email right

15   here.  Can I read out some -- a piece of the email he

16   sent me?

17        Q.    What I would like to do is -- is -- is get

18   your general impression first and then we may be able to

19   read the email.

20        A.    Okay.  So my first interaction with him was

21   through a text message where he asked me to verify

22   whether or not my email -- the email address that he had

23   been provided by American Airlines was correct or not.

24   So I -- I provided the correct email account because he

25   had a typo on the email he was attempting to -- to
```

Page 57

```
 1          A.     I do not recall.
 2          Q.     What kind of face mask was he wearing?
 3          A.     He was wearing a cloth face mask.
 4          Q.     Okay.
 5          A.     Black with white motifs.
 6          Q.     Black with white what?
 7          A.     Motifs.
 8          Q.     What's a motif?  Can you describe that?
 9          A.     Yes.  Motifs are little designs that are
10    repeated through a fabric or -- or usually paints or
11    wallpaper.
12          Q.     Okay.  What -- what kind of -- is it, like,
13    herringbone or is it, like, curly?
14          A.     I -- I don't recall so much as that.
15          Q.     Oh, well, you -- well, you have amazing
16    recall, Mr. Quintana, so I'm just trying to see just how
17    deep that goes.
18                 And -- and you say that his -- his mask was
19    being improperly worn at the time when you --
20          A.     It was --
21          Q.     -- saw him.
22          A.     -- indeed.
23          Q.     And how was it being improperly worn?
24          A.     It was only covering his mouth and not his
25    nose.
```

1    Q.    And how completely could you see him?

2    A.    I could see maybe -- if we're going through

3    percentage, maybe some 30, 35 percent of him.  A little

4    less than half of -- of -- of his total body.  But I

5    could see him pretty well on -- I could see his -- the --

6    the side -- his side pretty well.

7    Q.    And -- and -- and where were you looking to be

8    able to -- to see him?  Were you looking between the

9    seats? around the seats?

10   A.    From where I was sitting?  Are you asking

11   that?

12   Q.    Yes.

13   A.    I was -- I was sort of peeking up like this to

14   be able to see properly because the -- the -- the -- the

15   seats in -- in business sort of go up to my nose.  So I

16   was, like, trying to get from this vantage point, so

17   under my chin.

18   Q.    So -- so you were very interested in what was

19   going on at this point.

20   A.    Yes.

21   Q.    Okay.  And -- and what was -- what was the

22   second interaction?  Could you describe that to me?

23   A.    Yeah.  The second -- the -- the second

24   interaction was, again, the flight attendant having to go

25   over to his seat to -- to relay instructions.  And -- and

Page 67

1    this second time the instructions were, "Please put on

2    your face mask.  And, sir, I'm going to need to put

3    that -- I'm going to need you to put that carry-on on --

4    on the overhead bin."

5          Q.    So the second time you heard the flight

6    attendant speak about the -- about the carry-on?

7          A.    Yes.  The -- the plane was a little quieter by

8    then.

9          Q.    Okay.  Now, what -- what was making the plane

10   quieter by then?

11         A.    People -- people finishing setting up their

12   stuff and settling down, finishing up exchanging

13   pleasantries with fellow passengers.

14         Q.    Okay.

15         A.    This is -- this is my guess.

16         Q.    And so what, specifically, did you -- did you

17   hear the flight attendant say?

18               MR. KOLB:  Objection.

19               Asked and answered.

20         A.    I -- I -- I think I already told you that.

21         Q.    You -- you said that he -- he said, "Sir,

22   please -- please situate your mask and your bag will need

23   to go up."  Is that correct?

24         A.    Uh-huh, something along those lines, yes.

25         Q.    And what did the passenger say?

Page 69

```
 1        Q.    And this was the aisle seat?
 2        A.    Yes.
 3        Q.    Okay.  And describe to me the third
 4    interaction, then.
 5        A.    The -- by the time the third interaction
 6    happened the flight attendant approached him and he said
 7    something along the lines of, "Sir, please don't make me
 8    tell you again.  I'm going to need you to put on your
 9    face mask correctly and stow your carry-on on the
10    overhead bin."
11        Q.    This is the third and final interaction that
12    you've overheard; is that correct?
13        A.    Yes, sir.
14        Q.    And so this is the -- this is the interaction
15    that involved the -- the incident with the bag; is that
16    correct?
17        A.    Yes, sir.
18        Q.    Okay.  So is it your testimony that he -- he,
19    once again, instructed him about the mask and then asked
20    him about the bag?
21        A.    Yes.
22        Q.    And please -- please give me the -- the
23    precise words that he used regarding the bag.
24        A.    I don't think I recall the -- the exact words
25    he used.
```

Page 80

```
1    seated?

2         A.    Only very slightly.  It was halfway blocked.

3         Q.    How -- how much of his lap do you recall?

4         A.    Maybe a little bit of the left side of his

5    leg -- of his left leg.

6         Q.    Okay.  And could you hear -- after the

7    incident with the bag, what -- what did the flight

8    attendant do?

9         A.    He -- he sort of -- he sort of froze.  You

10   know, that -- I'm being speculative here; right?  But you

11   know that flight -- or fight or flight -- you know that

12   response?  He sort of froze in place for a second and it

13   took him, like -- like an instant to, like, register what

14   had happened, and then he just left towards the -- the

15   front of the plane.

16        Q.    Now -- now during this -- this incident, as it

17   unfolded, why -- why were you paying such close attention

18   to this interaction prior to knowing that there was some

19   good drama to be observing?

20        A.    Oh, I -- I wanted to make sure that people

21   were wearing their face coverings.

22        Q.    So you testified that the -- the interaction

23   began with him saying, "Put your mask on correctly."

24   Now, could you see whether he was wearing his mask

25   correctly from where you were sitting?
```

1      A.    He -- yeah.  By the time the third interaction

2    happened, he was still not wearing his face mask over --

3    over his nose.

4      Q.    And you could observe that from where you were

5    buckled in 4A --

6      A.    Yes.

7      Q.    -- or 4F?

8      A.    Yeah, uh-huh.

9      Q.    Okay.  And was --

10     A.    Yeah --

11     Q.    -- that bothering you?

12     A.    Yes, very much so, yes.

13     Q.    And so were you -- were you really keyed in on

14   this passenger for -- for this particular reason?

15     A.    No, I don't think so.  I just wanted to make

16   sure that I had a safe flight home.

17     Q.    Okay.  And could you see where the passenger

18   was looking when -- when he was addressed by the flight

19   attendant?

20     A.    As he was being addressed --

21          MR. KOLB:  Object to form.

22     A.    -- by the flight attendant?  I think --

23     Q.    Yes.

24     A.    -- he was looking at the flight attendant.

25     Q.    Okay.  You think he was or you -- or you have

1      A.    Do you want me to -- to retell what I saw?

2      Q.    Yes.  Did -- did you -- did the flight

3  attendant say anything to the passenger at that point or

4  did he -- did he just leave?

5      A.    He just left.

6      Q.    Okay.  And that -- how long did it take him to

7  just leave?

8      A.    Less than a second.  It -- it was just his --

9  his reaction to what happened and then he instantly left.

10      Q.    Okay.  So did you -- did you observe the

11  passenger's response to this interaction?

12      A.    No.

13      Q.    So you didn't observe the passenger's demeanor

14  at this point?

15      A.    No.  I was -- I was -- I was trying to figure

16  out what the flight attendant was going to do, so I was

17  trying to look for him.

18      Q.    Okay.  And then -- and then what did the

19  flight attendant do?  He -- he went -- he went forward,

20  you testified.  And then what -- and then did he say

21  anything?  Did you overhear anything --

22      A.    No.

23      Q.    -- at that point?

24      A.    No, no, no.

25      Q.    Okay.