Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF FLORIDA
 2
 3
     TROY CLOWDUS,
 4
          Plaintiff,
 5                                          CASE NO.
     v.                                     1:21-CV-23155(MM)
 6
                                            CIVIL ACTION
 7
     AMERICAN AIRLINES, INC.,
 8
          Defendant.
 9   ------------------------------/
10
11
         VIDEOTAPED DEPOSITION OF FEDERICO QUINTANA-VALLEJO
12              (Conducted Via Videoconference)
13
14
          DATE:             March 22, 2022
15
16
17        TIME:             1:05 p.m. to 3:25 p.m.
18
19
          REPORTED BY:      TRICIA J. MARCH
20                          Notary Public
                            State of Florida
21
22
23
24
25     Job No. CS5141192
```

```
 1    APPEARANCES:
 2
      WILLIAM T. WOODROW III, ESQUIRE
 3    Stone & Woodrow, LLP
      250 West Main Street
 4    Suite 201
      Charlottesville, VA 22902
 5         Attorney for Plaintiff
 6
 7    KELLY H. KOLB, ESQUIRE
      Buchanan Ingersoll & Rooney, PC
 8    401 East Las Olas Boulevard
      Suite 2250
 9    Fort Lauderdale, FL 33301
           Attorney for Defendant
10
11
      ALSO PRESENT:
12
      TIMOTHY LENZ, VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 21

```
 1        A.    Other than the fact that he -- he swung around
 2   the thing to hit the flight attendant, he -- like, he
 3   didn't argue at all when he was asked to deboard the
 4   plane, so he complied peacefully.
 5        Q.    Okay.  Would it be fair to describe his
 6   conduct as an angry toddler being forced to give up his
 7   favorite toy?
 8        A.    Yeah.
 9              MR. WOODROW:  Objection.
10        Q.    Mr. Woodrow, who's -- who's attending this
11   deposition has attempted to communicate with you on a few
12   occasions and you've declined those -- those invitations.
13   Can you tell the jury why that was?
14        A.    Of course.  I have -- I have his email right
15   here.  Can I read out some -- a piece of the email he
16   sent me?
17        Q.    What I would like to do is -- is -- is get
18   your general impression first and then we may be able to
19   read the email.
20        A.    Okay.  So my first interaction with him was
21   through a text message where he asked me to verify
22   whether or not my email -- the email address that he had
23   been provided by American Airlines was correct or not.
24   So I -- I provided the correct email account because he
25   had a typo on the email he was attempting to -- to
```