**William Woodrow**

| | |
|---|---|
| **From:** | willlam Woodrow <willtwoodrow@icloud.com> |
| **Sent:** | Tuesday, March 8, 2022 5:22 PM |
| **To:** | William Woodrow |



Sent from my iPhone

# William Woodrow

**From:** William Woodrow
**Sent:** Tuesday, March 8, 2022 5:43 PM
**To:**
**Subject:** RE: American Airlines flight from Miami to Mexico, June 10, 2021

Mr.

Thank you very much for your reply.  American Airlines has tried to intimidate us from the start by acting as if they have many people who support their (false) version of events.  You were one of those people.  Sorry for having to bother you.

Best Regards,

Will

**From:**
**Sent:** Tuesday, March 8, 2022 5:37 PM
**To:** William Woodrow <will@stoneandwoodrowlaw.com>
**Subject:** Re: American Airlines flight from Miami to Mexico, June 10, 2021

Good afternoon Mr. Woodrow,

As I told your client, yes AA contacted me and I told them that I really did not notice or witness anything at all other than that a passenger was led off the plane. I had and have no idea why.

I have also asked everyone to leave me out of this. I was just a passenger on the same flight, one of many, many flights.

Best regards,





**From:** William Woodrow <will@stoneandwoodrowlaw.com>
**Date:** Tuesday, March 8, 2022 at 3:14 PM
**To:**
**Subject:** American Airlines flight from Miami to Mexico, June 10, 2021

Good afternoon

I am an attorney for Troy Clowdus, who you spoke with in the past about him getting kicked off the flight that you shared that morning and subsequently getting banned for life (essentially for rubbing a flight attendant the wrong way.)  I believe that you told him you had no memory of any incident.

1

American Airlines has provided us with your contact information and represented to us that you did witness the incident and that you provided to them at least a verbal statement. Out of about 20 passengers in business class, AA singled you out, along with two others, as witnesses to the incident.

We have reason to doubt AA's credibility.

Could you please confirm whether anyone from AA ever contacted you about the incident before takeoff last June 10, and if so, what you told them, and whether you provided them with a written statement?

Thank you so much for just taking a minute and letting us know one way or the other. We have no desire to bother you any further about this.

Best Regards,

Will Woodrow