# William Woodrow

| | |
|---|---|
| **From:** | William Woodrow |
| **Sent:** | Wednesday, March 9, 2022 3:14 PM |
| **To:** | ████████████ |
| **Subject:** | American Airlines flight from Miami to Mexico last June 10, 2021 |

Good afternoon Mr. Quintana,

Thank you for clarifying that my prior email address for you was incorrect.  It was the one given to me by AA.

As you know by now, I am a lawyer for Troy Clowdus, a fellow passenger on a flight you took last year to Mexico.  He was kicked off the flight and banned for life because he accidentally bumped the flight attendant with his bag while handing it to him.  Knowing you have spoken with AA, I'm sure that is not the story they tell, but it is the unfortunate truth and it has been a long legal fight so far in search of justice.

AA has informed us that you gave them a statement about what you remember of what occurred, and *I have no desire to make your life miserable by subpoenaing you for a deposition.*  However, I just got off the phone with AA counsel, and they continue to maintain two positions:  one, that your statement is very damaging to our client  (having the advantage of knowing for sure what actually occurred, we doubt them on this point); and two, they refuse to share the statement with us – claiming that it is privileged work product.  They are adamant:  if the guy wont respond to you, you'll just have to subpoena him and depose him…We aren't telling you what he told us.

This, in our view, is a bullying tactic – everyone's life would be much simpler if we all just shared the evidence we uncover, add it together, and figure out the sum.  But unfortunately, litigation isn't always a search for truth.  We, frankly aren't interested in deposing you because we don't think that from your position in Seat 4A you could have observed much of value.  And we would not be bothering you like this if AA had not put us in this position.  But AA's claims leave us little choice in the matter now.

If you will give us a copy of everything you sent to AA and recount to us everything that you told AA about what you remembered from that morning, and then answer a couple of follow-up questions if we have them, we can contain our nuisance of you to this email interaction.

Please let's take this route.  It will be cheaper for us (and we have already spent a lot on this case), and it will be far less of an inconvenience to you.  And that is important to us as well.

Best Regards,

Will Woodrow