**William Woodrow**

| | |
|---|---|
| **From:** | William Woodrow |
| **Sent:** | Wednesday, May 4, 2022 6:11 PM |
| **To:** | Kolb, Kelly |
| **Cc:** | Pecchio, Robert D. |
| **Subject:** | RE: Clowdus v AA |

I see that Ms. Cookson is communicating with someone at least. Perhaps I should leave it to you to ensure that she shows up.

You will get our updated disclosures before her deposition.

I Intend to reissue her for next Friday, but if that day is inconvenient, I am open all week. Let me know

**From:** Kolb, Kelly <Kelly.Kolb@bipc.com>
**Sent:** Wednesday, May 4, 2022 2:08 PM
**To:** William Woodrow <will@stoneandwoodrowlaw.com>
**Cc:** Pecchio, Robert D. <robert.pecchio@bipc.com>; Nunziato, Dawn <dawn.nunziato@bipc.com>
**Subject:** Clowdus v AA

Will:

Does your client have a revised demand following last week's order?

Separately, a subtle reminder of your discovery supplementation obligations and in particular as to AA's First RFP #3.

Kelly

**Mr. Kelly Kolb**
**Shareholder**
**Labor & Employment Practice Group**
401 East Las Olas Boulevard
Suite 2250
Ft. Lauderdale, FL 33301
954 703 3900 (office)
954 703 3944 (direct)
kelly.kolb@bipc.com

vCard | Bio | BIPC.com | Twitter | LinkedIn

**Buchanan Ingersoll & Rooney** PC

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.