**William Woodrow**

---

**From:** willlam Woodrow <willtwoodrow@icloud.com>
**Sent:** Tuesday, May 10, 2022 6:20 PM
**To:** William Woodrow





Sent from my iPhone