# William Woodrow

| | |
|---|---|
| **From:** | William Woodrow |
| **Sent:** | Wednesday, April 20, 2022 2:17 PM |
| **To:** | Kolb, Kelly |
| **Cc:** | Pecchio, Robert D. |
| **Subject:** | RE: deposition dates |

I screwed up and issued the subpoena for May 2.  Is that date ok?  If not, I don't think it has been re-served yet so I can change

**From:** Kolb, Kelly <Kelly.Kolb@bipc.com>
**Sent:** Tuesday, April 19, 2022 4:06 PM
**To:** William Woodrow <will@stoneandwoodrowlaw.com>
**Cc:** Pecchio, Robert D. <robert.pecchio@bipc.com>
**Subject:** RE: deposition dates

May 3 is fine with us for Ms. Cookson's deposition.
KK

**From:** William Woodrow <will@stoneandwoodrowlaw.com>
**Sent:** Friday, April 15, 2022 3:32 PM
**To:** Kolb, Kelly <Kelly.Kolb@bipc.com>
**Cc:** Pecchio, Robert D. <robert.pecchio@bipc.com>
**Subject:** RE: deposition dates

The mother is out of the country on the 25th.  How does May 3 work for you?

**From:** Kolb, Kelly <Kelly.Kolb@bipc.com>
**Sent:** Tuesday, April 12, 2022 8:15 PM
**To:** William Woodrow <will@stoneandwoodrowlaw.com>
**Cc:** Pecchio, Robert D. <robert.pecchio@bipc.com>
**Subject:** Re: deposition dates

4/25 is fine. I have no availability on 4/27.

Sent from my phone

> On Apr 12, 2022, at 7:18 PM, William Woodrow <will@stoneandwoodrowlaw.com> wrote:
>
> [This Email Originated From will@stoneandwoodrowlaw.com Which Is External To The Firm]
>
> Please let me know as soon as possible if you have a conflict with the 25th and 27th of this month for Quintana's mother and the passenger seated next to him.  I plan on serving these tomorrow

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are

hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.