# William Woodrow

**From:** William Woodrow
**Sent:** Friday, April 29, 2022 4:36 PM
**To:** Kolb, Kelly
**Subject:** call to discuss 12c ruling

Kelly,

You around for a quick call before closing time?

Will

# William Woodrow

| | |
|---|---|
| **From:** | William Woodrow |
| **Sent:** | Friday, April 29, 2022 4:51 PM |
| **To:** | Kolb, Kelly; Pecchio, Robert D. |
| **Subject:** | logistics |

Guys,

Congratulations on the breach of contract claim.  I don't quite understand how in one breath we didn't breach, but in the other AA can breach regardless, but so it goes.  Simplifies things anyhow.

We are going to amend and refile promptly.  I would suggest we continue with discovery as scheduled and conduct our depositions next week.

What are your thoughts?

It may be easier to take a moment for planning on the phone.  I'm available this evening on my cell.  301 928 7665

Will

## William Woodrow

| | |
|---|---|
| **From:** | William Woodrow |
| **Sent:** | Friday, April 29, 2022 5:41 PM |
| **To:** | Kolb, Kelly |
| **Cc:** | Pecchio, Robert D. |
| **Subject:** | Re: logistics |

Ok you do that.

Meanwhile, let's discuss next week

Sent from my iPhone

> On Apr 29, 2022, at 5:34 PM, Kolb, Kelly <Kelly.Kolb@bipc.com> wrote:
>
> As you wish. We will get our Rule 11 on file promptly.
> K
>
> Sent from my phone
>
>> On Apr 29, 2022, at 4:50 PM, William Woodrow <will@stoneandwoodrowlaw.com> wrote:
>>
>> [This Email Originated From will@stoneandwoodrowlaw.com Which Is External To The Firm]
>>
>> Guys,
>>
>> Congratulations on the breach of contract claim.  I don't quite understand how in one breath we didn't breach, but in the other AA can breach regardless, but so it goes.  Simplifies things anyhow.
>>
>> We are going to amend and refile promptly.  I would suggest we continue with discovery as scheduled and conduct our depositions next week.
>>
>> What are your thoughts?
>>
>> It may be easier to take a moment for planning on the phone.  I'm available this evening on my cell.  301 928 7665
>>
>> Will

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you

**William Woodrow**

| | |
|---|---|
| **From:** | William Woodrow |
| **Sent:** | Friday, April 29, 2022 7:19 PM |
| **To:** | Kolb, Kelly |
| **Cc:** | Pecchio, Robert D. |
| **Subject:** | Re: logistics |

Kelly,

In case you haven't realized, this was a big win for us. We had a defective pleading: we don't have a defective claim.

I can assure you that the moment you file a rule 11 motion, I will begin working on our own. I'm getting really sick of these threats. Litigation is fractious enough without people like you making it even uglier.

Judges don't like bullies. And they don't like frivolous rule 11 motions. This tactic may work for you sometimes but all it is doing here is pissing me off.

And if you bring a motion, it won't have the chance to go off in your face until, worst case for us, the 11th circuit rules. Because we are in it through the next 12b6, through your summary judgement, and on to trial or appeal.

All I need from you this weekend is to know whether you would like to go forward with depositions next week, so I can cancel the Monday deposition if need be.

Will

Sent from my iPhone

> On Apr 29, 2022, at 5:34 PM, Kolb, Kelly <Kelly.Kolb@bipc.com> wrote:
>
> As you wish. We will get our Rule 11 on file promptly.
> K
>
> Sent from my phone
>
>> On Apr 29, 2022, at 4:50 PM, William Woodrow <will@stoneandwoodrowlaw.com> wrote:
>>
>> [This Email Originated From will@stoneandwoodrowlaw.com Which Is External To The Firm]
>>
>> Guys,
>>
>> Congratulations on the breach of contract claim. I don't quite understand how in one breath we didn't breach, but in the other AA can breach regardless, but so it goes. Simplifies things anyhow.

1

We are going to amend and refile promptly.  I would suggest we continue with discovery as scheduled and conduct our depositions next week.

What are your thoughts?

It may be easier to take a moment for planning on the phone.  I'm available this evening on my cell.  301 928 7665

Will

---

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.