# William Woodrow

**From:** William Woodrow
**Sent:** Saturday, April 30, 2022 10:28 AM
**To:** Kolb, Kelly; Pecchio, Robert D.
**Subject:** deposition

Since you have not responded, I am cancelling Monday's deposition. I will re-issue it for the following week after we file our amended complaint.

Please be aware that I will be largely unavailable for the last two weeks of May, and will be out of the country entirely for the last. Plan your discovery accordingly.

If you would like to move to extend discovery, we are amenable

Will

1