# William Woodrow

| | |
|---|---|
| **From:** | William Woodrow |
| **Sent:** | Tuesday, May 3, 2022 2:14 PM |
| **To:** | Kolb, Kelly; Pecchio, Robert D. |
| **Subject:** | RE: deposition |

Oh, are you not sure? My three emails asking you to confirm that you were still of a mind that we could proceed even though the case had been dismissed didn't clue you in? My three requests for confirmation didn't clue you in? Your silence, in the face of my multiple requests, spoke.

I am of a mind that technically we cannot procced with sworn testimony in an action that temporarily no longer exists. In any event, I have now rescheduled my week and am no longer available

**From:** Kolb, Kelly <Kelly.Kolb@bipc.com>
**Sent:** Tuesday, May 3, 2022 2:08 PM
**To:** William Woodrow <will@stoneandwoodrowlaw.com>; Pecchio, Robert D. <robert.pecchio@bipc.com>
**Subject:** RE: deposition

I am not sure why you cancelled Monday's deposition – 48 hours before it was to go forward. That was your decision, unprompted by any comments from me.
I have given you no indication I would or could cancel Wednesday's and Thursday's depositions, which were noticed almost 3 weeks ago. Each depo (my part, at least) will be 30-40 minutes tops.
Kelly

**From:** William Woodrow <will@stoneandwoodrowlaw.com>
**Sent:** Tuesday, May 03, 2022 1:18 PM
**To:** Kolb, Kelly <Kelly.Kolb@bipc.com>; Pecchio, Robert D. <robert.pecchio@bipc.com>
**Subject:** RE: deposition

That's rich. I suggested going forward this week and I asked you three times what you wanted to do, until I finally cancelled my own deposition, which I assure you was harder to set up than any of yours. I'm now going to have to spend money on a new subpoena. You can reset your depositions

**From:** Kolb, Kelly <Kelly.Kolb@bipc.com>
**Sent:** Tuesday, May 3, 2022 1:16 PM
**To:** William Woodrow <will@stoneandwoodrowlaw.com>; Pecchio, Robert D. <robert.pecchio@bipc.com>
**Subject:** RE: deposition

The Wednesday and Thursday depos are of the Admiral's club people Mr. Clowdus talked about in his depo. It was hard setting up their depositions for some reason, and they need to go forward regardless of how you might plead the defamation claim.
Kelly

**From:** William Woodrow <will@stoneandwoodrowlaw.com>
**Sent:** Tuesday, May 03, 2022 1:12 PM
**To:** Kolb, Kelly <Kelly.Kolb@bipc.com>; Pecchio, Robert D. <robert.pecchio@bipc.com>
**Subject:** RE: deposition

I agree.  Unless we agree to ask for more time.

I'm not sure why I'm receiving deposition links for wed and thurs.  We have not yet re-filed and will not do so until probably Friday

**From:** Kolb, Kelly <Kelly.Kolb@bipc.com>
**Sent:** Tuesday, May 3, 2022 10:23 AM
**To:** William Woodrow <will@stoneandwoodrowlaw.com>; Pecchio, Robert D. <robert.pecchio@bipc.com>
**Subject:** RE: deposition

Will:

Given your schedule in May and my unavailability in June (6/3-16), you may want to work on scheduling mediation so we don't run afoul of the 6/24 deadline. I can give you names of local mediators if that would help.

Kelly

**From:** William Woodrow <will@stoneandwoodrowlaw.com>
**Sent:** Saturday, April 30, 2022 10:28 AM
**To:** Kolb, Kelly <Kelly.Kolb@bipc.com>; Pecchio, Robert D. <robert.pecchio@bipc.com>
**Subject:** deposition

[This Email Originated From will@stoneandwoodrowlaw.com Which Is External To The Firm]

Since you have not responded, I am cancelling Monday's deposition.  I will re-issue it for the following week after we file our amended complaint.

Please be aware that I will be largely unavailable for the last two weeks of May, and will be out of the country entirely for the last.  Plan your discovery accordingly.

If you would like to move to extend discovery, we are amenable

Will

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.