# William Woodrow

| | |
|---|---|
| **From:** | William Woodrow |
| **Sent:** | Tuesday, May 10, 2022 6:08 PM |
| **To:** | Angelica Cookson; Kolb, Kelly |
| **Subject:** | Subpoena proof of service |
| **Attachments:** | subpoena proof of service.pdf |

Please see attached