# William Woodrow

| | |
|---|---|
| **From:** | Kolb, Kelly <Kelly.Kolb@bipc.com> |
| **Sent:** | Monday, May 9, 2022 8:24 PM |
| **To:** | William Woodrow |
| **Cc:** | Pecchio, Robert D. |
| **Subject:** | Re: Clowdus v AA |

I cant speak to any of this as I believe she is hiring her own attorney.

Sent from my phone

> On May 9, 2022, at 7:09 PM, William Woodrow <will@stoneandwoodrowlaw.com> wrote:
>
> [This Email Originated From will@stoneandwoodrowlaw.com Which Is External To The Firm]
>
> I understand. I've been distracted today with your current motion. I want to give it the attention it deserves and hopefully get legal fees.
>
> Incidentally, since it seems you are the only party that Ms. Cookson will communicate with, if you can confirm that she will appear for deposition this Friday as subpoenaed and transmit the documents in her possession that have been requested, I have no problem with her taking it remotely.
>
> I do have a problem with giving her that option and then her not showing up and claiming to have never received it, computer problems, etc. But you can read more about that tomorrow.
>
> If you really care about this woman's convenience, though, you should use your quasi-representative power to set things up for her now
>
> **From:** Kolb, Kelly <Kelly.Kolb@bipc.com>
> **Sent:** Monday, May 9, 2022 7:00 PM
> **To:** William Woodrow <will@stoneandwoodrowlaw.com>
> **Cc:** Pecchio, Robert D. <robert.pecchio@bipc.com>
> **Subject:** Clowdus v AA
>
> Will:
>
> I can't meaningfully respond to a request to schedule a 30b6 until I know what the topics are so I know who to try to find to present on those issues. Also, I want to see your Amended Complaint before agreeing to present a 30b6 witness for deposition, for obvious reasons. Regardless, I have serious doubts that anyone at AA who would be qualified to present as a 30b6 deponent will be available on a little as a week's notice, particularly given that the witness(es) will need time to meet with me, and I may have to arrange travel, to prepare for the deposition(s). Similarly, I am not in a position to make myself available for an unknown second deponent. If you can be a little transparent, I will get back with you.
>
> Also, it would facilitate communications if you could refer to the lawsuit in the subject lines of your emails, in lieu of referring to whatever it is you are seeking to discuss.

Kelly

---

**From:** William Woodrow <will@stoneandwoodrowlaw.com>
**Sent:** Monday, May 09, 2022 11:28 AM
**To:** Kolb, Kelly <Kelly.Kolb@bipc.com>
**Cc:** Pecchio, Robert D. <robert.pecchio@bipc.com>
**Subject:** 2 more depositions

Kelly

I have a 30b6 and 1 more deponent to notice.  How is next week?  I'll get you our subjects later today

Also, you still have time to respond to our request for an inspection, but since it may be logistically challenging, it would make since if we started discussing it now

Will

---

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

---

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.