**William Woodrow**

| | |
|---|---|
| **From:** | Admin <admin@proserveusa.com> |
| **Sent:** | Tuesday, May 10, 2022 4:47 PM |
| **To:** | William Woodrow |
| **Subject:** | Re: Affidavits |

Yes, I wrote that on the subpoena because every time I have been there to serve her and waited for hours she has been home and will not answer. Not to mention the other times I served her she gave me a hard time and cursed at me. I just wanted to let her know it doesn't help her with the judge and a lot easier to just answer and accept as she stated she would. Sorry, I was just trying to make things easier helpful and figured she didn't understand.

John Brady
ProServe USA
813-781-2006
Admin@proserveusa.com

Sent from my iPhone

> On May 10, 2022, at 2:14 PM, William Woodrow <will@stoneandwoodrowlaw.com> wrote:
>
> I'll have to look it up when back in office.  I had you serve it together with one for deposition a few weeks ago.
>
> Did you write "another reminder. All is being recorded for the judge" on top of the latest subpoena?  It has come up in the context of this latest motion…
>
> Sent from my iPhone
>
>> On May 10, 2022, at 12:20 PM, Admin <admin@proserveusa.com> wrote:
>>
>> Those were printed from the two recent emails you sent me. Is that from the original one I served to her?
>>
>> John Brady
>> ProServe USA
>> 813-781-2006
>> Admin@proserveusa.com
>>
>> Sent from my iPhone
>>
>>> On May 10, 2022, at 10:36 AM, William Woodrow <will@stoneandwoodrowlaw.com> wrote:
>>>
>>> These both are returns for subpoenas to testify at deposition.  Do you have the one for trial?

1

**From:** Admin <admin@proserveusa.com>
**Sent:** Tuesday, May 10, 2022 9:30 AM
**To:** William Woodrow <will@stoneandwoodrowlaw.com>
**Subject:** Affidavits




John Brady
ProServe USA
813-781-2006
[Admin@proserveusa.com](mailto:Admin@proserveusa.com)

Sent from my iPhone