# Tour Report

### THURSDAY, JUNE 10TH, 2021

CSM:   D. GONZALEZ         Shift 0600-1430      Gates: D42 – D51.

CSC:    I. Mohamed / J. Henriquez / E. Espinal

Operational Review: busy morning, missing an average of 10-15 customers on domestic departures.

Employee Engagement: Coaching new agents to start developing dependability, safety and security best practices. Spoke about using an appropriate tone of voice.

Irregularities: T2416MEX received a call from Corporate Security to deny board passenger Clowdus/Troy. He was travelling on trip 1303 MEX on seat 1A and allegedly he hit the purser while relocating a laptop briefcase from the floor into the next to him. According to the customers his laptop case hit the purser accidently because it's a heavy bag. CSC Jose Henriquez was present and he felt that removing the customers was not proper as to his understanding the FA unnecessary escalated the situation. The CSC then rebooked him on the next departure and once again was surprised when he learned that the customer had been removed for a 2nd time. I spoke to Corporate security and he stated that 3 different flight attendants filed a CERS report where they witnessed the purser getting hit. CSC stated, well that is not possible because I was closest to the purser and when the incident occurred with the FA were on back of the aircraft. Passengers stated he travels every week, he still confused about why the purser took that approach.

Delays: T2422 CUN 1 min PR2. Contested

Weight Restricted flights: None reported.

Over Sold Flights:3, paid none.