IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Troy Clowdus<br><br>PLAINTIFF<br><br>VS.<br><br>American Airlines Inc.,<br><br>DEFENDANT. | Civil Action No.: 1:21-cv-23155-MM |

**PLAINTIFF'S MOTION TO RESCHEDULE HEARING ON DEFENDANT'S MOTION FOR SANCTIONS**

Plaintiff's attorney, William Woodrow hereby respectfully requests this Court to delay the May 17 hearing on Defendant's motion by one week due to exigent circumstances and offers an explanation below, supported by his sworn declaration and exhibit.

First, Plaintiff's attorney offers a sincere apology for failing to appear at the May 11 emergency hearing and causing both the Court and Defendant's attorney to waste their time. It was due to the careless assumption that the hearing would be by Zoom, based upon the fact of the prior hearing being held by Zoom. Plaintiff's attorney should have paid closer attention to the docket text and noticed that Zoom instructions had not been provided prior to an hour before the hearing start time.

With respect to the May 17 hearing, Plaintiff's attorney's spouse will be in London for the entire week on a work trip with the senior leaders of Deloitte, and she would suffer severe repercussions if she attempted to cancel it. Her travel itinerary is attached as exhibit A.

This leaves the problem of three children who need to be watched; the duty of which has fallen upon the undersigned for this week. Plaintiff's attorney has no options to entreat family, friends, or help to take on this responsibility for even one night. All support of that nature resides at a distance of multiple states away.

Plaintiff's attorney has checked the options of flying from Charlottesville, Virginia on the morning of May 17 and then flying back later in the day, but there are no flights that would arrive in time for the hearing.

As such, Plaintiff's attorney respectfully requests this Court to postpone the hearing on Defendant's emergency motion for one week, and apologizes to the Court for the necessity to do so.

Defendant's attorney does not oppose this motion.

Respectfully Submitted,

_/s/ William T. Woodrow III_
_____

William T. Woodrow III (*pro hac vice*)
Stone & Woodrow LLP
250 West Main St. Suite 201
Charlottesville, VA 22902
will@stoneandwoodrowlaw.com
Fax:    646 873-7529
Voice: 855-275-7378
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing document was served upon the following attorneys of record by CM/ECF on this 12th day of May, 2022.

Kelly Kolb
Robert D. Pecchio
Labor & Employment Practice Group
401 East Las Olas Boulevard
Suite 2250
Ft. Lauderdale, FL 33301
954 703 3900 (office)
954 703 3944 (direct)
kelly.kolb@bipc.com
robert.pecchio@bipc.com

                                                William T. Woodrow III