

**Want to learn more about the COVID-19 guidelines for your upcoming trip? Visit our COVID-19 Info Hub for country entry regulations, mandatory testing and health certification requirements, quarantine details and other important travel information.**

**Stay informed. Stay safe.**

TRAVEL INFORMATION PROVIDED BY BCD TRAVEL SHOULD NOT BE RELIED UPON AS LEGAL OR MEDICAL ADVICE. TRAVELERS SHOULD VISIT THE WORLD HEALTH ORGANIZATION OR LOCAL SITES FOR THE LATEST AND MOST ACCURATE INFORMATION ON SPECIFIC TRAVEL REQUIREMENTS AND RESTRICTIONS. BCD TRAVEL DISCLAIMS ANY AND ALL LIABILITY FOR ANY LOSS RESULTING FROM RELIANCE ON SUCH INFORMATION.

**You may be required to provide a negative COVID-19 test for your upcoming trip. Make sure you know what is required and consider using our partner, Azova, to purchase your test.**

\*\*Important Deloitte Return2Travel Requirements and Guidance\*\*

- It is the responsibility of each traveler to understand and follow local, state, and country orders and travel supplier policies regarding mask and test requirements, quarantine procedures, and contract tracing, etc. prior to embarking on any travel

- More information on local, state and country orders and travel suppliers can be found in BCD's COVID-19 Information Hub

- If you become ill while traveling for business or are contacted by local health authorities about potential exposure, please immediately notify US Emergency Support for next steps regarding contact tracing and self-quarantine protocols

- Additional information can be accessed via COVID-19 Resource Center

Make VPN and DeloitteNet login a breeze with the

**Planning to work on your flight?\*\***

multi-factor authentication (MFA) mobile app. Download the multi-factor authentication mobile app today if you

plan to work during your flight. Remember to log onto Deloitte VPN before using public internet, (refer to Deloitte's [Public Site Wireless Policy](#) for more information).

**This is a send only email address. Please do not reply to this email.**

**TOTAL FARE FOR THIS TRIP:** ▇▇▇▇
**LOWEST AVAIL FARE ON A PREFERRED CARRIER:** ▇▇▇▇
**REASON FOR SELECTION: OTHER/NON-QUALIFYING FOR FEDPRAC** - I didn't choose the lowest available airfare acceptable per the FAR and no other reason code applies (e.g. a higher class than coach, carrier preference, refundable fare). I understand that the Firm can only claim up to the lowest available airfare and the balance of the airfare is unallowable per the FAR.

Please review this itinerary for accuracy and report any errors immediately. Failure to notify the [Deloitte Travel Center](#) of errors within 24 hours may result in additional costs.

WBS Element: GAA19850-01-01-01-0000, GAA19850-01-01-01-0000

## 🚶 London, United Kingdom

| Passenger | Agency Record Locator |
|---|---|
| **WOODROW MELANIE G** | ▇▇▇▇▇▇ |

📘 **BE PREPARED!** Your trip may require a **VISA OR PASSPORT** [Check here.](#) If it does, make sure your passport has **sufficient** validity beyond your return date and at least **2** blank pages.

## 📄 Ticket Receipt                                 Total Amount: 0.00 USD

## 🧳 Travel Summary

| Date | From/To | Flight/Vendor | Status | Depart/Arrive | Class/Type | Baggage Allowance |
|---|---|---|---|---|---|---|
| 05/15/2022 | CHO-IAD | UA 3799* | Confirmed | 06:35 AM/07:24 AM | Premium Economy/B | 2PC |
| 05/15/2022 | IAD-LHR | UA 122 | Confirmed | 08:20 AM/08:55 PM | Business/C | 2PC |
| 05/15/2022 | LON London |  | Confirmed | 05/15-05/20 | | |
| 05/20/2022 | LHR-IAD | UA 919 | Confirmed | 12:15 PM/03:30 PM | Business/Z | 2PC |
| 05/20/2022 | IAD-CHO | UA 3946* | Confirmed | 06:30 PM/07:20 PM | Premium Economy/B | 2PC |

 Get additional flight details and mobile flight alerts with [**TripSource.**](#)
For additional trip details, including maps and amenities, go to [**TripSource.**](#)

---

## ✈ Flight                       Total duration 9 h 19 min            📅 [Not working?](#)

**United Airlines UA3799**                                **Airline Record Locator** 
[Online check-in](#)                                      **Loyalty Number** ▇▇▇▇

| CHO |  | IAD |
|---|---|---|
| Albemarle<br>Charlottesville, Virginia, United States | 0 h 49 min | Dulles International<br>Washington, District of Columbia, United States |

| Departure | Seat | Arrival |
|---|---|---|
| Sunday<br>May 15 2022<br>**Weather**<br>**6:35 AM** | **03D Confirmed**<br><br>Premium Economy / B<br>Confirmed | Sunday<br>May 15 2022<br>**Weather**<br>**7:24 AM** |

✈ *Operated By: Air Wisconsin Dba United Express
Non-stop
Equipment: Canadair Regional Jet
Baggage Allowance: 2PC

**Notes:**
IF CODE SHARE - CHECK IN WITH OPERATING CARRIER

✈ Layover                                    0 h 55 min

**United Airlines UA122**                     Airline Record Locator
**Online check-in**                           Loyalty Number

| IAD |  | LHR |
|---|---|---|
| Dulles International<br>Washington, District of Columbia, United States | 7 h 35 min | Heathrow<br>London, United Kingdom |

| Departure | Seat | Arrival |
|---|---|---|
| Sunday<br>May 15 2022<br>**Weather**<br>**8:20 AM** | **02F Confirmed**<br><br>Business / C<br>Confirmed | Sunday<br>May 15 2022<br>**Weather**<br>**8:55 PM**<br>Terminal 2 |

✈ Non-stop
Meal: Breakfast
Equipment: Boeing 757-200 Passenger
Baggage Allowance: 2PC

**Notes:**
IF CODE SHARE - CHECK IN WITH OPERATING CARRIER

We're monitoring eligible trips for price drops. If we find a lower fare before travel we'll let you know.

| 🛏 Hotel | | 📅 **Not working?** |
|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓ | **Confirmation** ▓▓▓ | |
| | **Loyalty Number** ▓▓▓ | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | |

| **Check In** | **Rate per night** | **Check Out** |
|---|---|---|
| Sunday | | Friday |
| May 15 2022 | **5 nights** | May 20 2022 |
| **Weather** | | **Weather** |
| | GBP 275.00 additional taxes and fees may apply | |
| | **Confirmed** | |

🛏 Number of Rooms 1
Guaranteed Yes
**Cancellation Policy CANCEL BY 12PM ON 5/15/22**
Fax 44 20 30068607
Number of Persons 1
Corp. Discount XXXXC
Additional Information ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Notes:**
**DELOITTE PREFERRED HOTEL**
APPROXIMATE RATE IN USD IS 345.43 PLUS TAX AND ANY ADDITIONAL FEES
CANCEL BY 12PM ON 5/15/22

| ✈ Flight | Total duration 12 h 4 min | 📅 **Not working?** |
|---|---|---|
| **United Airlines UA919** | | **Airline Record Locator** ▓▓▓ |
| **Online check-in** | | **Loyalty Number** ▓▓▓ |

| **LHR** | ✈ 8 h 15 min | **IAD** |
|---|---|---|
| Heathrow | | Dulles International |
| London, United Kingdom | | Washington, District of Columbia, United States |

| **Departure** | **Seat** | **Arrival** |
|---|---|---|
| Friday | | Friday |
| May 20 2022 | **10A Confirmed** | May 20 2022 |
| **Weather** | | **Weather** |
| **12:15 PM** | Business / Z | **3:30 PM** |
| Terminal 2 | **Confirmed** | |

✈ Non-stop
Meal: Lunch

Equipment: Boeing 777
Baggage Allowance: 2PC

**Notes:**
IF CODE SHARE - CHECK IN WITH OPERATING CARRIER

✈ Layover                                3 h 0 min

**United Airlines UA3946**                          Airline Record Locator 
**Online check-in**                                 Loyalty Number

# IAD                                               # CHO
Dulles International                                Albemarle
Washington, District of        0 h 50 min           Charlottesville, Virginia, United
Columbia, United States                             States

**Departure**                  **Seat**             **Arrival**
Friday                                              Friday
May 20 2022                   **06A Confirmed**     May 20 2022
**Weather**                                         **Weather**
6:30 PM                        Premium Economy / B  7:20 PM
                               Confirmed

✈ *Operated By: Air Wisconsin Dba United Express
Non-stop
Equipment: Canadair Regional Jet
Baggage Allowance: 2PC

**Notes:**
IF CODE SHARE - CHECK IN WITH OPERATING CARRIER

🤲 We're monitoring eligible trips for price drops. If we find a lower fare before travel we'll let you know.

## 🧳 Remarks

YOUR STATUS UPGRADE WILL BE CONFIRMED AUTOMATICALLY
BY THE CARRIER IF ELIGIBLE
**

CONTACT THE DESIGNATED GOVERNMENT AGENCY IN YOUR
COUNTRY OF CITIZENSHIP FOR PASSPORT/VISA REQUIREMENTS.
TRAVEL INTO U.S. MAY REQUIRE ESTA AUTHORIZATION.
VISIT HTTPS://ESTA.CBP.DHS.GOV FOR DETAILS.
**

FOR INFORMATION ON TRAVEL REQUIREMENTS/U.S.EMBASSIES
AND/OR HEALTH IMMUNIZATIONS VISIT HTTP //WWWNC.CDC.GOV/TRAVEL/
HTTPS //DELOITTENET.DELOITTE.COM/WT/SAFETY/TAAOI/PAGES/ISOS.ASPX
AND HTTP //WWW.TRAVEL.STATE.GOV/HOTLINE 202-647-5225
TICKET IS NON REFUNDABLE/NON TRANSFERABLE.
CHANGES SUBJECT TO PENALTIES PLUS FARE INCREASE.
SOME CARRIERS REQUIRE CANCELLATION PRIOR TO DEPARTURE
OR YOUR TICKET MAY HAVE NO VALUE. CALL THE TRAVEL OFFICE
FOR CHANGES OR CANCELLATION OF THIS TRIP
WE RECOMMEND A TWO HOUR CHECK IN FOR DOMESTIC
FLIGHTS AND A THREE HOUR CHECK IN FOR INTERNATIONAL
FLIGHTS. PLEASE NOTE A GOVERNMENT-ISSUED PHOTO
ID IS REQUIRED. YOU WILL WANT TO HAVE YOUR BOARDING
PASS PRIOR TO REACHING THE MAIN SECURITY CHECK POINT.
IF YOU ARE TRAVELING INTERNATIONALLY PLEASE
RECONFIRM 72 HOURS IN ADVANCE.
FOR EMERGENCY TRAVEL ASSISTANCE PLEASE CONTACT THE
DELOITTE TRAVEL CENTER AT 1-877-526-6050
FROM OUTSIDE THE US CALL COLLECT 770-829-2533
CHECKED BAGGAGE POLICIES VARY BASED ON CARRIER AND FINAL
DESTINATION. FOR THE LATEST INFORMATION PLEASE CHECK
WITH YOUR TRAVEL CONSULTANT OR THE AIRLINES WEBSITE.
**
**

29Apr/01:08PM
----------------------------------------------------------------------

# ⓘ Additional trip information

| | |
|---|---|
| **Baggage Policy** | TRAVELER NOTICE - Many airlines charge fees for baggage and other services. Amounts vary by airline and are subject to change.<br>Travelers are responsible for verifying all fees charged by individual carriers.<br>**Please visit the operating carrier website of your ticketed itinerary for applicable fees.** |
| **Traveler Notice** | Please check with your carrier(s) for travel documents required (Passport, VISA, etc.) and security requirements regarding permitted and prohibited articles and goods related to your travel. |
| **Hazardous Materials** | **Advice to Passengers**<br><br>**Transportation of Hazardous Materials**<br><br>Federal law forbids the carriage of hazardous material aboard the aircraft, in your luggage, or on your person. A violation can result in 5 years imprisonment and penalties of $250,000 or more (49 U.S.C 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials.<br><br>**Forbidden Dangerous Items Examples:**<br><br>Paints, lighter fluid, fireworks, tear gases, oxygen bottles and radiopharmaceuticals. There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage and certain smoking materials carried on your person. For further information, contact your airline representative.<br><br>Note: Spare batteries and fuel cells are not permitted in checked or hold baggage. These items MUST be packed in carry-on baggage. If your carry-on bag is gate checked, the spare batteries and fuel cells must be removed and carried in the cabin. |
| **Airline Notification** | In accordance with IATA regulations, BCD Travel will share your mobile phone number and email address included in this reservation with the airline(s) to reach you if flight disruptions occur, excluding travelers who previously requested we not do so. For all others, If you do not want BCD Travel to send this information to the airline(s) for this purpose, please contact a travel consultant to remove it from the reservation and you will not be notified of such disruptions. |



Click here or download the app to get this itinerary on your mobile device.

 

BCD Travel acts only as an agent for the airlines, hotels, bus companies, railroads, tour operators, cruise lines, car rental companies, and other similar third parties providing accommodations, transportation, or other meeting and travel related services ("Suppliers").  Suppliers are independent and do not act for or on behalf of BCD Travel, are not employees of BCD Travel, and do not have a joint venture or partnership with BCD Travel.  Suppliers have their own terms and conditions for the services they provide, and you agree to abide by the terms and conditions set forth in any and all documents for any such Supplier services, including, without limitation, all cancellation fees.  By utilizing the services represented by this itinerary, you agree to the foregoing and also agree that neither BCD Travel or its parent, affiliates, subsidiaries, partners, agents, and their respective officers, directors, employees, and representatives shall be or become liable for any loss, cost, expense, injury, accident, or damage to person or property resulting directly or indirectly from (i) the acts or omissions of Suppliers, including, but not limited to, delays or cancellation of services, cessation of operations, breakdown in machinery or equipment, or changes in fares, itineraries, or schedules; and/or (ii) acts of God, dangers incident to the sea, fires, acts of government or other authorities, wars, acts of terrorism, civil unrest, strikes, riots, thefts, pilferage, epidemics, quarantines, other diseases, climatic aberrations, or from any other cause beyond BCD Travel's control.  Please see additional terms and conditions related to this itinerary at [Terms and Conditions](#).