IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Troy Clowdus<br><br>PLAINTIFF<br><br>VS.<br><br>American Airlines Inc.,<br><br>DEFENDANT. | Civil Action No.: 1:21-cv-23155-MM |

**Declaration of William T. Woodrow III**

William T. Woodrow, Esq., attorney for the Plaintiff in this action, declares the following to be true under penalties of perjury pursuant to 28 USC §1746.

1. I did not realize that the Court intended to hold the May 11 hearing in person until an hour before the hearing was to commence, when I called the Court's clerk to inquire about a link for the remote proceeding.
2. My wife is gone for the week on a work trip that she cannot reschedule.
3. I have no child care that I can call upon for the rescheduled May 17 hearing, and I have no feasible options to comply with this schedule.
4. I am not in any way playing games with the Court for my own convenience.

I, William Woodrow, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____

William T. Woodrow, Esq.

Executed the 12th day of May, 2022 in Charlottesville, Virginia.