IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Troy Clowdus<br><br>PLAINTIFF<br><br>VS.<br><br>American Airlines Inc.,<br><br>DEFENDANT. | Civil Action No.: 1:21-cv-23155-MM |

## **DECLARATION OF ROOK RINGER**

I, Rook Elizabeth Ringer, Esq., hereby declare and state as follows:

1. I am an attorney at law, duly licensed to practice in various courts, and am appearing in this case as the sponsor and local attorney for William Woodrow, Esq., who is appearing *pro hac vice* and as the lead counsel for the Plaintiff, Troy Clowdus.

2. I have personal knowledge of the information set forth below, except those things set forth on information and belief and to those things, I believe them to be true.

3. On March 11, 2022, the Court in Cunningham v. City of Los Angeles, et al., 2:18-cv-08146-AB-PLA, before the U.S. District Court for the Central District of California, Western Division (hereinafter, "Cunningham"), set the trial in that matter to May 31, 2022.

4. The undersigned is counsel for the Plaintiff in Cunningham.

5. On May 9, 2022, the Court in Cunningham, in response to a request from the Defendants due to their expert witness's availability, changed the trial date to begin on May 18, 2022, instead of May 31, 2022.

6. As a result, the undersigned has to leave for Los Angeles early this Sunday morning, May 15th, 2022, to prepare for trial.

7. Due to this unforeseen (and unwelcome) change of plans, it is impossible for me to appear in place of Mr. Woodrow, as I will be in court in Los Angeles from May 15, 2022, to at minimum, May 21, 2022.

8. I am not making this declaration for the purposes of unnecessary delay, or for any other untoward reason.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed May 12, 2022, in St. Augustine, Florida.

Respectfully Submitted,

Dated: 12 MAY 2022

ROOK ELIZABETH RINGER, ESQ.
Florida Bar No. 1015698
LENTO LAW GROUP, P.A.
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
904.602.9400 (Office)
904.299.5400 (Fax)
reringer@lentolawgroup.com
*Attorney for Plaintiff*