UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 2021-cv-23153

TROY CLOWDUS,

    Plaintiff,
v.

AMERICAN AIRLINES, INC.,

    Defendant.
_____/

**NOTICE OF APPEARANCE**

THE LAW OFFICE OF DAVID H. POLLACK, LLC files its appearance as co-counsel for Plaintiff TROY CLOWDUS.

    Respectfully Submitted,

    **THE LAW OFFICE OF**
    **DAVID H. POLLACK, LLC**
    75 Valencia Avenue, Suite 100
    Coral Gables, FL 33134
    Tel. No.:   (305) 372-5900
    Fax No.:   (305) 372-5904

    BY:   /s/David H. Pollack
          **DAVID H. POLLACK**
          Fla. Bar No. 0955840

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system and plaintiff was served by U.S. Mail at the address on file with the Court on May 23, 2022.

                                        THE LAW OFFICE OF
                                        DAVID H. POLLACK, LLC
                                        75 Valencia Avenue, Suite 100
                                        Coral Gables, FL 33134
                                        Tel. No.:     (305) 372-5900
                                        Fax No.:      (305) 372-5904

                                        BY:     /s/David H. Pollack
                                                   **DAVID H. POLLACK**
                                                   Fla. Bar No. 0955840
                                                 **MATTHEW STREET**
                                                 Fla. Bar No. 1013945