# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TROY CLOWDUS, | : |
| *Plaintiffs,* | : Case No. 1:21-CV-23155 (MM) |
| v. | : CIVIL ACTION |
| AMERICAN AIRLINES, INC., | : |
| *Defendant.* | : |

## NOTICE OF TAKING VIDEO-TAPED DEPOSITION VIA ZOOM

TO: William T. Woodrow III
250 West Main Street, Suite 201
Charlottesville, VA 22902

Rook Elizabeth Ringer, Esq.
LENTO LAW GROUP
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
*Counsel for Plaintiff*

COUNSEL:

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant American Airlines, Inc. ("AA" or "Defendant") will proceed before a Notary Public or other officer duly authorized to administer oaths to take the testimony upon oral examination of **Federico Quintana**. The deposition will take place via Zoom[1] **on [2]Tuesday, March 22, 2022, beginning at 1:00 p.m. EST.** The deposition will be recorded by stenographic means and will be videotaped and taken for all purposes allowed by the Federal Rules of Civil Procedure.

---

[1] Zoom link to be provided by counsel and/or court-reporter prior to scheduled deposition
[2] Date and time agreed to by the parties

**PLEASE TAKE FURTHER NOTICE** that:

1. The deposition will be conducted remotely, using audio-visual conference technology.

2. The court reporter will report the deposition from a location separate from the witness.

3. Counsel for the parties and their clients will be participating from various, separate locations.

4. The court reporter will administer the oath to the witness remotely.

5. The witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera.

6. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants.

7. All exhibits will be provided simultaneously and electronically to the witness and all participants.

8. The court reporter will record the testimony.

9. The deposition may be recorded electronically.

10. Counsel for all parties will be required to stipulate on the record:

    a. Their consent to this manner of deposition; and

    b. Their waiver of any objection to this manner of deposition, including any objection to the admissibility at trial of this testimony based on this manner of deposition.

11. The court reporting service will arrange, coordinate, and host the deposition through a secure and password-protected videoconference technology. The witness must have available a device compatible with Zoom technology or a similar platform, including required audio, webcam, and a quality Wi-Fi connection.

12. Upon request, the court reporting service may be available to test the videoconference technology time before the deposition if the witness requests such assistance.

13. The witness shall ensure that no one be physically present in the same room as witness during the taking of the deposition. The witness is also prohibited from having any documents (either paper or electronic) in the witness's presence or from

consulting any such documents at any time during the deposition, except for any exhibits provided by Defense counsel.

14. All cellphones shall be placed in the silent mode or turned off. The witness and counsel will disable notification on their devices to avoid disruption of the audio and video stream during the depositions.

15. If there are any objections to this notice, the witness or counsel must notify the undersigned counsel in writing at least two weeks in advance of the scheduled deposition to determine if alternative arrangement can be made, such as socially distancing in an agreed to location

All counsel of record is invited to attend. The deposition will continue pursuant to Federal Rules of Civil Procedure.

Dated: March 15, 2022

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

*s/ Robert Pecchio*
Kelly H. Kolb, Esq.
Florida Bar Number: 0343330
kelly.kolb@bipc.com
Robert D. Pecchio, Esq.
Florida Bar Number: 1005955
Robert.pecchio@bipc.com
401 East Las Olas Boulevard, Suite 2250
Fort Lauderdale, FL  33301
Telephone:     (954) 703-3944
Facsimile:      (954) 703-3939
*Counsel for Defendant*
*American Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March, 2022, I caused a true and correct copy of the foregoing Notice of Video-Taped Deposition of Federico Quintana by email upon counsel of record and witness as indicated herein:

**SERVICE LIST:**

William T. Woodrow III
250 West Main Street, Suite 201
Charlottesville, VA 22902

Rook Elizabeth Ringer, Esq.
222 San Marco Ave., Ste. C
St. Augustine, FL 32084

Tel: (855) 275-7378
Tel: (904) 602-9400
E-mail: reringer@lentolawgroup.com
E-mail: will@stoneandwoodrowlaw.com
*Counsel for Plaintiff*

By:   */s/ Robert Pecchio*
      Robert Pecchio

Cc: Veritext
calendar-corp@veritext.com
800-567-8658