Page 1

1        IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF FLORIDA
2
3
     TROY CLOWDUS,
4
          Plaintiff,
5                                          CASE NO.
     v.                                    1:21-CV-23155(MM)
6
                                           CIVIL ACTION
7
     AMERICAN AIRLINES, INC.,
8
          Defendant.
9    ------------------------------/
10
11
       VIDEOTAPED DEPOSITION OF FEDERICO QUINTANA-VALLEJO
12              (Conducted Via Videoconference)
13
14
         DATE:            March 22, 2022
15
16
         TIME:            1:05 p.m. to 3:25 p.m.
17
18
19
         REPORTED BY:     TRICIA J. MARCH
20                        Notary Public
                          State of Florida
21
22
23
24
25    Job No. CS5141192

```
 1    APPEARANCES:
 2
      WILLIAM T. WOODROW III, ESQUIRE
 3    Stone & Woodrow, LLP
      250 West Main Street
 4    Suite 201
      Charlottesville, VA 22902
 5         Attorney for Plaintiff
 6
 7    KELLY H. KOLB, ESQUIRE
      Buchanan Ingersoll & Rooney, PC
 8    401 East Las Olas Boulevard
      Suite 2250
 9    Fort Lauderdale, FL 33301
           Attorney for Defendant
10
11
      ALSO PRESENT:
12
      TIMOTHY LENZ, VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 1 | A. | No, I do not. |
| 2 | Q. | Are you -- do you know anyone who works for |
| 3 | American Airlines? | |
| 4 | A. | Yes.  I used to know one but not -- not |
| 5 | current. | |
| 6 | Q. | Describe that relationship to me. |
| 7 | A. | He is my mother's late husband. |
| 8 | Q. | Okay.  And how long did he work for American |
| 9 | Airlines? | |
| 10 | A. | I don't know. |
| 11 | Q. | Was it a matter of months or years? |
| 12 | A. | I don't know. |
| 13 | Q. | What position did he -- did he hold at |
| 14 | American Airlines? | |
| 15 | A. | He was a mechanic. |
| 16 | Q. | Okay.  And did you know him well? |
| 17 | A. | Not -- not really, no. |
| 18 | Q. | Okay.  After the -- the passenger was removed |
| 19 | from the flight, did you have a conversation with anyone | |
| 20 | about it? | |
| 21 | A. | No, I did not. |
| 22 | Q. | Did you ever speak to the flight attendant |
| 23 | about it? | |
| 24 | A. | No, I did not. |
| 25 | Q. | Did you see any other flight attendants in the |