**FEDERICO QUNITANA (Los Angeles County, CA, Miami-Dade County, FL)**                                                                                                                                   **MIAMI-DADE COUNTY) (06/18/2021)**

| **Subject Information** | **Address History (7)** | **Possible Phones** |
|---|---|---|
| **FEDERICO QUNITANA (02/16/2010 to 08/12/2011)** | 870 W[REDACTED], LOS ANGELES, CA 90037-1205 (LOS ANGELES COUNTY) (02/16/2010 to 03/25/2022) | |
| | Subdivision Name: **EXPOSITION PARK SQUARE** | |
| Other Observed Names | Current Private Phones at address | |
| **FEDERICO QUINTANA (08/01/2011 to 08/12/2011)** | [REDACTED] - ANGELICA V COOKSON | |
| | [REDACTED] - GREGORY E COOKSON | |
| Gender: **Male** | | |
| Dates at Searched Location **06/18/2021 to 06/18/2021** | | |





Deceased    **GREGORY EDWARD COOKSON, Deceased - Born 71 Years Ago (California, Florida, Maryland)**

| **Subject Information** | **Address History (14)** | **Possible Phones** |
|---|---|---|
| **GREGORY EDWARD COOKSON** (06/17/1995 to 04/03/2022) **GREG EDWARD COOKSON** (08/28/2004 to 04/01/2019) Other Observed Names **GREGORY G COOKSON** (10/19/2001) | 870 W ███████ LOS ANGELES, CA 90037-1205 (LOS ANGELES COUNTY) (10/01/2001 to 05/03/2022) Subdivision Name: **EXPOSITION PARK SQUARE** Subject's Phones at address ███ - ANGELICA V COOKSON ███ - GREGORY E COOKSON | |
| Last Residence: **870 W ███████, LOS ANGELES, CA 90037-1205 (LOS ANGELES COUNTY)** | | |