Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

TROY CLOWDUS,

    Plaintiff,

                                       CASE NO.
v.                               1:21-CV-23155(MM)

                                       CIVIL ACTION

AMERICAN AIRLINES, INC.,

    Defendant.
-------------------------------/

VIDEOTAPED DEPOSITION OF FEDERICO QUINTANA-VALLEJO
(Conducted Via Videoconference)

DATE:            March 22, 2022

TIME:            1:05 p.m. to 3:25 p.m.

REPORTED BY:    TRICIA J. MARCH
                  Notary Public
                  State of Florida

Job No. CS5141192

```
 1   APPEARANCES:
 2
     WILLIAM T. WOODROW III, ESQUIRE
 3   Stone & Woodrow, LLP
     250 West Main Street
 4   Suite 201
     Charlottesville, VA 22902
 5         Attorney for Plaintiff
 6
 7   KELLY H. KOLB, ESQUIRE
     Buchanan Ingersoll & Rooney, PC
 8   401 East Las Olas Boulevard
     Suite 2250
 9   Fort Lauderdale, FL 33301
           Attorney for Defendant
10
11
     ALSO PRESENT:
12
     TIMOTHY LENZ, VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 26

```
 1        A.    Yes.
 2        Q.    Okay.  I was -- I was not certain of that.
 3              On -- on the flight that morning, were you --
 4   were you flying on a buddy pass?
 5        A.    What does that mean?
 6        Q.    Had anybody given you a ticket that would
 7   enable you to fly?
 8        A.    Yes.  My -- my mother paid -- paid; paid for
 9   my plane ticket home.
10        Q.    Your mother paid for it.
11              And do you have -- do you have an American
12   Advantage account?
13        A.    What does that mean?
14        Q.    Are you a member of American Airlines'
15   frequent flyer program?
16        A.    No.
17        Q.    Okay.  All right.  Have you ever worked for
18   American Airlines?
19        A.    I have not.
20        Q.    Have you ever met the -- the flight attendant,
21   who you described this morning, before the flight in
22   question?
23        A.    No, I have not.
24        Q.    Do you know any of the flight attendants or
25   other staff on the plane that morning?
```

```
 1     the -- I don't decide who goes into which boarding group.
 2         Q.   When you -- when you fly back and forth to
 3     Mexico, do you normally fly business class?
 4         A.   No.
 5         Q.   Why were you flying business class today --
 6     that day?
 7         A.   It's just -- that's -- that's -- that's the --
 8     that's the seat that I was assigned.
 9         Q.   Well, it's a much more expensive ticket, and
10     I'm asking you if you normally spend money on that much
11     more expensive ticket for --
12         A.   It's my mother who buys my tickets for me.
13              MR. KOLB:  Objection.
14              Asked and answered, yet again.
15         Q.   Do you know why she bought you business class
16     that day?
17         A.   I do not know.
18         Q.   Okay.  Have you flown in business class
19     before?
20         A.   Yes, I have.
21         Q.   Okay.  About how many times?
22         A.   Maybe four -- five or six, maybe.
23         Q.   Okay.  So out of all the times you fly, would
24     you say it's -- it's fifty-fifty or most of the time
25     business class?
```