IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

- - -

| | |
|---|---|
| TROY CLOWDUS, | : |
| Plaintiff, | : |
| | : |
| vs. | : Civil Action No.: |
| | : 1:21-cv-23155-MM |
| AMERICAN AIRLINES, INC., | : |
| | : |
| Defendant, | : |

- - -

FEBRUARY 3, 2022

Zoom deposition of JOSE HENRIQUEZ, held via remote teleconference hosted by U.S. LEGAL SUPPORT, located at 1818 Market Street, Suite 1400, Philadelphia, Pennsylvania, on Thursday, February 3, 2022, at approximately 9:58 a.m., before Erin Gaffney, Stenographer and Notary Public in and of the Commonwealth of Pennsylvania.

Jose Henriquez
February 03, 2022

```
 1    APPEARANCES:

 2

 3    ON BEHALF OF THE PLAINTIFF:

 4    STONE & WOODROW LLP

 5    BY:  WILLIAM T. WOODROW, ESQUIRE

 6    250 West Main Street, Suite 201

 7    Charlottesville, Virginia 22902

 8    (855) 275-7378

 9    will@stoneandwoodrowlaw.com

10    (Zoom appearance)

11

12    ON BEHALF OF THE DEFENDANT:

13    LABOR & EMPLOYMENT PRACTICE GROUP

14    BY:  KELLY KOLB, ESQUIRE

15    401 East Las Olas Boulevard, Suite 2250

16    Fort Lauderdale, Florida 33301

17    (954) 703-3944

18    kelly.kolb@bipc.com

19    (Zoom appearance)

20

21

22

23

24

25
```

```
 1    the alleged assault claimed by Mr. Marino occurred?
 2    A.      I was outside the aircraft at the door, just
 3    waiting for the flight attendant to close the door.  So
 4    we were ready for departure.
 5    Q.      Okay.  So you -- you were at the aircraft then
 6    at the time?
 7    A.      Yes.  The reason is it's -- we call the Right
 8    Start.  It's -- some particular flights in the morning
 9    that American Airlines they want to make sure that they
10    leave on time because that'll do the domino effect for
11    the entire day.  So they call it the Right Starts.
12    Q.      The Right, R-i-g-h-t?
13    A.      What is it?  Repeat --
14    Q.      Did you say "Right Start"?
15    A.      Yeah, Right.
16    Q.      Okay.  Okay.
17    A.      It has to be perfect.  So we the GSCs or the
18    CSCs in the morning, first time in the morning, we are
19    assigned specifically to some flights.  And I was
20    assigned to that one particular.
21    Q.      Okay.  So describe to the best of your
22    recollection -- your recollection the events that led up
23    to you escorting from Mr. Clowdus from that first
24    flight.
25    A.      Well, as I said before, we were standing at the
```

1    door of the aircraft in the jet bridge, the agents and
2    myself waiting for the door to be closed.  Few seconds
3    later that's when I -- we heard someone saying, "You hit
4    me.  You hit me."  We heard it twice.
5           Immediately, my reaction was to go inside the
6    aircraft to find out what was going on.  And that's when
7    I noticed Flight Attendant Marino standing in the middle
8    of the aisle in business class telling me that this
9    passenger needs to come off.
10          So he now came to the galley and I went to the
11   passenger, Mr. Clowdus, to try to get more information,
12   to find out what happened because at that point I was
13   not getting too much information from the flight
14   attendant.  All I heard is, "He needs to come off."
15          So I go to Mr. Clowdus and I ask him, "What
16   happened?"  And the impression I got at that point was,
17   like, he was confused.  He didn't know exactly what was
18   going on and we start from there.  So he said, "I don't
19   know what's going on.  I don't know what's going on."
20          I went back now to the captain and to the flight
21   attendant, to the galley, that's right in the front of
22   the door.  And the flight attendant mentioned again, "He
23   hit me with a bag.  He needs to come off."
24          I then asked the chief in command, the pilot,
25   because he has a final word, I asked him, "What do you