IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

------------------------x

TROY CLOWDUS,        :

      Plaintiff,  : Civil Action No.:

  -vs-             : 1:21-cv-23155-MM

AMERICAN AIRLINES INC.,:

      Defendant.  :

------------------------x


VIDEORECORDED VIDEOCONFERENCE DEPOSITION OF

CARLOS ADAN MERINO

APPEARING REMOTELY FROM

FORT LAUDERDALE, FLORIDA

February 4, 2022

10:02 a.m.


REPORTED BY:

Renee A. McDermed, RPR

APPEARING REMOTELY FROM FLOYD, VIRGINIA

Carlos Adan Merino
February 04, 2022

1        R E M O T E   A P P E A R A N C E S

2

3   ON BEHALF OF PLAINTIFF:

4        WILLIAM T. WOODROW, ESQUIRE

5        STONE & WOODROW LLP

6        250 West Main Street, Suite 201

7        Charlottesville, Virginia 22902

8        will@stoneandwoodrowlaw.com

9        (855) 275-7378

10

11  ON BEHALF OF DEFENDANT:

12       KELLY H. KOLB, ESQUIRE

13       BUCHANAN INGERSOLL & ROONEY

14       401 E. Las Olas Boulevard, Suite 2250

15       Fort Lauderdale, Florida 33301-4251

16       kelly.kolb@bipc.com

17       (954) 468-2300

18

19  VIDEOGRAPHER:  Darrak Lighty

20

21

22

23

24

25

```
 1  testimony today?
 2       A      Yes, sir.
 3       Q      All right.  We're going to go to
 4  Exhibit A here.  First tell me a little bit about
 5  this laughing that you're claiming Mr. Clowdus did.
 6  When did he do that?
 7              MR. KOLB:  Objection to form.
 8  BY MR. WOODROW:
 9       Q      When did Mr. Clowdus laugh at you?
10       A      When I told him that he hit me.
11       Q      And how many times did you tell him
12  that he hit you?
13       A      Three times, sir.
14       Q      Three times?
15       A      Uh-huh.
16       Q      And how many times did he laugh at
17  you?
18       A      Three times, sir.
19       Q      All right.  So explain to me how --
20  how that went again.  I'm just not quite clear.  Was
21  that his response?
22       A      The response was, "No, I didn't," and
23  he hit me and -- I'm sorry, after he hit me, the
24  response was, like, "Sir, you just hit me?"
25              And he was, "No, I didn't," and he was
```

```
 1      A        It was.  Yes, I just stepped back for
 2   just a little bit, but I grab -- I had the time to
 3   grab the bag.
 4      Q        You grabbed the bag?
 5      A        His bag.
 6      Q        And what did you do with it?
 7      A        Hold it until I was trying to catch my
 8   breath.
 9      Q        Did you -- did you catch yourself with
10   his bag?
11      A        He hits me, and I grab the bag, and
12   that was it.  I was trying to catch my breath, sir.
13   I just stepped back just one step, and it was a big
14   hit.  You were right.
15      Q        Did you -- did you pull the bag out of
16   his hands or --
17      A        No.
18      Q        -- did you eject the bag?  What
19   happened?
20      A        No.  When he toss it, he tossed the
21   bag on my -- on my stomach, and I hold it because he
22   left it -- let it go, just like hit me and let it
23   go.  And I hold the bag like that (indicating).
24   That was it.
25      Q        Well, if he let it go, then how did
```

```
 1  you stabilize your balance with the bag?
 2       A         Sir, I don't know how.  I was standing
 3  there, and I was trying to catch my breath, but I
 4  hold the bag.
 5       Q         Did you fall back into the other seat
 6  or anything?
 7       A         Oh, no, no, no, sir, no, no, no, no,
 8  no, no.  I just stepped back with one of my legs.
 9  That was it.  But it was a big hit.  It was a big
10  hit.
11       Q         And then what did you do with the bag
12  after that?
13       A         After I catch my breath, that's when I
14  started asking him and telling him, "Sir, you just
15  hit me."
16       Q         Were you holding the bag the entire
17  time?
18       A         I had the bag -- I never let the bag
19  go.  I always had the evidence in my hand.
20       Q         And -- and -- and what did you
21  ultimately do with the bag?
22       A         By the third time, I told hill him,
23  and he laughed.  And he said, "No, I didn't,"
24  without apologizing.  I just put it on the seat and
25  I said, "Good enough."  He never has the intention
```