Deon Gray
March 23, 2022

```
TROY CLOWDUS                          IN THE
                                      UNITED STATES
          Plaintiff                   DISTRICT COURT

vs.                                   FOR THE SOUTHERN
                                      DISTRICT OF FLORIDA

AMERICAN AIRLINES Inc.,

          Defendant                   CIVIL ACTION NO.
                                      1:21-cv-23155-MM

_____/
```

The deposition of DEON GRAY was held on Wednesday, March 23, 2022 commencing at 10:00 a.m. Via Zoom before Eric Leichter, Notary Public.

REPORTED BY:  Eric Leichter

Deon Gray
March 23, 2022

```
 1   APPEARANCES:

 2

 3      ON BEHALF OF THE PLAINTIFF:

 4      WILLIAM T. WOODROW, ESQUIRE

 5          Stone & Woodrow LLP

 6          250 West Main St. Suite 201

 7          Charlottesville, VA 22902

 8          855-275-7378

 9          will@stoneandwoodrowlaw.com

10

11      ON BEHALF OF THE DEFENDANT:

12      KELLY KOLB, ESQUIRE

13          Labor & Employment Practice Group

14          401 East Las Olas Boulevard, Suite 2250

15          Ft. Lauderdale, FL 33301

16          954-703-3900

17          kelly.kolb@bipc.com

18

19

20

21
```

```
 1   words that you've relayed?  That he said, I didn't do
 2   it.
 3        A     He just looked angry.  Why -- before you
 4   were asking me what happened before the incident, now
 5   you're saying how did he look after it happened.  Which
 6   one?
 7        Q     That's what I'm asking.  How did he look
 8   after it happened?  In the moments after the bag struck,
 9   what was his reaction?  Was he surprised?  Confused?
10        A     I'm sorry.  Say again.
11        Q     Was that -- for example, was he surprised?
12   Was he confused?  Did he -- menacing?  Did he laugh?
13        A     To me, he looked menacing.  Because he --
14   like he was just glaring at him.  Like he was really
15   pissed off.
16        Q     Did he laugh at him?
17        A     I don't recall that.
18        Q     Did he say any words?  Other than, I didn't
19   do it?
20        A     I don't recall anything else.
21        Q     How many times did Carlos say you hit me?
```

```
 1       A      Twice.
 2       Q      And what was Mr. Clowdus's response each of
 3   those times?
 4       A      He just glared at him.
 5       Q      And did he say no, I didn't?
 6              MR. KOLB:  Objection.  Asked and answered.
 7       Q      Did he say or do anything else than what
 8   you've already answered to say, he said, no I didn't?
 9       A      I don't recall.
10       Q      Okay.  And now why do you say that Mr.
11   Clowdus intentionally hit Mr. Marino?
12       A      Because the force at which the bag came up
13   -- the force at which the bag came up, it wasn't like he
14   was just taking the bag to hand it to him.  He was just
15   glaring at his face and he started looking down at his
16   chest area and he literally grabbed the bag and just
17   aiming -- just the force it came up.  He -- the narrow
18   edge of the bag, the case, you know, went exactly kind
19   of where he was looking and really forcibly.  It's not
20   -- that's not how it happens when you're handing it --
21   handing something to someone.  You hold it differently.
```