Page 1

```
1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA
2

3

      TROY CLOWDUS,
4

          Plaintiff,
5                                        CASE NO.
      v.                                 1:21-CV-23155(MM)
6

                                         CIVIL ACTION
7

      AMERICAN AIRLINES, INC.,
8

          Defendant.
9     ------------------------------/

10

11

        VIDEOTAPED DEPOSITION OF FEDERICO QUINTANA-VALLEJO
12             (Conducted Via Videoconference)

13

14

        DATE:            March 22, 2022
15

16

17      TIME:            1:05 p.m. to 3:25 p.m.

18

19

        REPORTED BY:     TRICIA J. MARCH
20                       Notary Public
                         State of Florida
21

22

23

24

25    Job No. CS5141192
```

Page 2

```
 1    APPEARANCES:
 2
      WILLIAM T. WOODROW III, ESQUIRE
 3    Stone & Woodrow, LLP
      250 West Main Street
 4    Suite 201
      Charlottesville, VA 22902
 5          Attorney for Plaintiff
 6
 7    KELLY H. KOLB, ESQUIRE
      Buchanan Ingersoll & Rooney, PC
 8    401 East Las Olas Boulevard
      Suite 2250
 9    Fort Lauderdale, FL 33301
            Attorney for Defendant
10
11
      ALSO PRESENT:
12
      TIMOTHY LENZ, VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 43

```
 1        Q.    How many times did you call them instead of
 2   them calling you?
 3        A.    Three times, maybe.
 4        Q.    You -- you called them three times.
 5              And explain to me the reasons for you reaching
 6   out in those instances.
 7        A.    Confirming the date of my deposition,
 8   returning texts and messages, calling back to missed
 9   phone calls.
10        Q.    Okay.  And how many times did you -- did you
11   initiate email communications with them?
12        A.    Never.  Not that I recall.
13        Q.    Okay.  You -- you've testified that you have
14   three or four emails with them; is that correct?
15        A.    Yes.
16        Q.    Okay.  And we would like to have those,
17   Mr. Quintana, and we have a legal right to them.
18              Will you commit to sending them to me after
19   the -- this deposition is over today?
20              MR. KOLB:  Objection.
21        A.    I do have to --
22              MR. KOLB:  Objection to the threat.
23        Q.    You -- you -- you do.  I mean, I -- I -- I may
24   have to issue a subpoena, just like American Airlines did
25   for this deposition today.  But if you just send them to
```

Page 44

```
 1     me, I won't.
 2          A.     Okay.
 3                 MR. KOLB:   Objection.
 4     Q.     Okay?
 5     A.     I understand.
 6     Q.     Okay.  And will you do that, please?
 7     A.     Do I have to answer that?
 8     Q.     Yes.
 9     A.     I don't know if I will.
10     Q.     Okay.  Now, Mr. Quintana, you -- you said that
11     I -- I threatened you in my email.  And -- and let's go
12     to that email and -- well, I'm going to have to find it
13     here.
14                 Okay.  I'm going to read this email, and you
15     tell me if I misrepresent anything --
16     A.     Okay.
17     Q.     -- okay, Mr. Quintana?
18                 All right.  I say, "Good afternoon,
19     Mr. Quintana.  Thank you for clarifying that my prior
20     email address for you is incorrect.  It was the one given
21     to me by AA.
22                 "As you know by now, I am a lawyer for Troy
23     Clowdus, a fellow passenger on a flight you took last
24     year to Mexico.  He was kicked off the flight and banned
25     for life because he accidently bumped the flight
```