**William Woodrow**

**From:**          Admin <admin@proserveusa.com>
**Sent:**          Sunday, May 22, 2022 8:27 PM
**To:**            William Woodrow
**Subject:**       Cookson


When I attempted the address I was denied access by phone from Mrs. Cookson. Security called her and put on speaker for me to talk with her. She told me I could not enter the building and that her son was in Mexico. She did not come across as honest and from my experience it would be best to try again. Especially considering, I had just served Federico directly next door to the building and he had a local phone number.

I had to show security that Florida law does require security to grant process servers access if they have legal documents to serve.

All of my interactions with her have been unpleasant and I have been lied to and mislead multiple times. She has cursed at me and security said that she also yelled at them because they let me in and followed the statute.

One security officer told me that Federico was living there and he would see him daily.


John Brady
ProServe USA
813-781-2006
Admin@proserveusa.com

Sent from my iPhone

1