# William Woodrow

| | |
|---|---|
| **From:** | William Woodrow |
| **Sent:** | Thursday, February 17, 2022 9:38 PM |
| **To:** | Kolb, Kelly |
| **Subject:** | phone call summary |

Kelly,

Just want to summarize our conversation today while it is still fresh.  Correct me if I misremember anything.

We spoke about Mr. Clowdus' history with AA.  You agreed to give us a printout of the mileage report referenced in your answer to our interrogatory and a history of flights from 2019- present referenced in your answer to our document request.

We spoke about passenger statements and our efforts to generate our own before we need to ask the judge to give us whatever you have obtained.  To this effect you gave us phone numbers for the passengers in the past but no email addresses.  A fair percentage of the numbers did not work.  We have now asked for email addresses as a last good faith effort to generate our own work product.  You are discussing with client and will give us a response Monday or Tuesday of next week.

We were unable to agree on limited production of Mr. Merino's personnel file.

We asked about the status of the Gray deposition that was cancelled due to COVID.  You said you would call her again and we will try to reschedule it ASAP

Will

1