# William Woodrow

| | |
|---|---|
| **From:** | William Woodrow |
| **Sent:** | Wednesday, March 9, 2022 9:30 AM |
| **To:** | Kolb, Kelly |
| **Subject:** | RE: passenger statements |

We have three items to put before the judge: personnel records for Merino, CERS reports filed by Merino, and passenger statements. I believe we have conferred by phone on all of these and reached an impasse.

If you now think another phone call would be productive, I'm happy to do so.

Depositions are not a realistic option for Mexican passengers, and even for domestic, multiple phone numbers do not work and emails bounce back. So even assuming it was not a sufficient hardship to hold a dozen depositions to find the one passenger with knowledge, finding and serving subpoenas on these passengers would be hardship enough.

==You represented to us early in the litigation that you had at least one passenger statement that was damaging to our case. You then identified by interrogatory and initial disclosures 3 out of about 15 passengers who "witnessed the incident." We managed to contact two of those passengers, who said they did not witness the incident. Once we informed you of this, you amended your initial disclosures to remove the affirmative statement that any passenger "witnessed the incident" but to now include every passenger in first class as an individual likely to have discoverable information. So the damaging statement that you claimed to have could now be hiding anywhere within the entire group. We're ready to let the judge decide what's fair in light of these circumstances.==

**From:** Kolb, Kelly <Kelly.Kolb@bipc.com>
**Sent:** Wednesday, March 9, 2022 8:47 AM
**To:** William Woodrow <will@stoneandwoodrowlaw.com>
**Subject:** RE: passenger statements

Not really. I was trying to continue a substantive discussion (which would be more effective on the phone) about whether there is a substantial need to pierce work product if you have not utilized available discovery procedures to discover what the witnesses know.

**From:** William Woodrow <will@stoneandwoodrowlaw.com>
**Sent:** Tuesday, March 08, 2022 9:07 PM
**To:** Kolb, Kelly <Kelly.Kolb@bipc.com>
**Subject:** Re: passenger statements

Ok, is that your final answer?

Sent from my iPhone

> On Mar 8, 2022, at 8:47 PM, Kolb, Kelly <Kelly.Kolb@bipc.com> wrote:
>
> Depose them
>
> Sent from my phone

On Mar 8, 2022, at 7:19 PM, William Woodrow <will@stoneandwoodrowlaw.com> wrote:

Ok thanks. I believe I have a filing deadline of Friday, so I'm working on an expedited schedule. I have no non-party witness statements to share, and the compelling need is self-evident enough: you've claimed that passengers witnessed the incident. We have been unable to duplicate your efforts

**From:** Kolb, Kelly <Kelly.Kolb@bipc.com>
**Sent:** Tuesday, March 8, 2022 6:12 PM
**To:** William Woodrow <will@stoneandwoodrowlaw.com>; Pecchio, Robert D. <robert.pecchio@bipc.com>
**Subject:** RE: passenger statements

Waiving work product is something I would need client consent for. So I can have that conversation, what substantial need do you think you can demonstrate and do you have any non-party witness statements you would be willing to produce?
KK

**From:** William Woodrow <will@stoneandwoodrowlaw.com>
**Sent:** Tuesday, March 08, 2022 5:46 PM
**To:** Kolb, Kelly <Kelly.Kolb@bipc.com>; Pecchio, Robert D. <robert.pecchio@bipc.com>
**Subject:** passenger statements

[This Email Originated From will@stoneandwoodrowlaw.com Which Is External To The Firm]

Kelly,

We do intend to move for whatever passenger statements you have collected. I believe we have met and conferred on this issue sufficiently to satisfy the court. Are you of the same mind?

Will

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is

prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.