

Sent from my iPhone



# William Woodrow

**From:** willlam Woodrow <willtwoodrow@icloud.com>
**Sent:** Tuesday, May 10, 2022 12:16 PM
**To:** William Woodrow

