Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

TROY CLOWDUS,

    Plaintiff,

                                  CASE NO.
v.                            1:21-CV-23155(MM)

                                CIVIL ACTION

AMERICAN AIRLINES, INC.,

    Defendant.
------------------------------/

VIDEOTAPED DEPOSITION OF FEDERICO QUINTANA-VALLEJO
(Conducted Via Videoconference)

DATE:          March 22, 2022

TIME:          1:05 p.m. to 3:25 p.m.

REPORTED BY:   TRICIA J. MARCH
               Notary Public
               State of Florida

Job No. CS5141192

```
 1   APPEARANCES:
 2
     WILLIAM T. WOODROW III, ESQUIRE
 3   Stone & Woodrow, LLP
     250 West Main Street
 4   Suite 201
     Charlottesville, VA 22902
 5        Attorney for Plaintiff
 6
 7   KELLY H. KOLB, ESQUIRE
     Buchanan Ingersoll & Rooney, PC
 8   401 East Las Olas Boulevard
     Suite 2250
 9   Fort Lauderdale, FL 33301
          Attorney for Defendant
10
11
     ALSO PRESENT:
12
     TIMOTHY LENZ, VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 116

1   occasions where he was asked to stow his bag, but, in
2   fact, you only observed two occasions where he was asked
3   to stow his bag, and on one of those occasions he moved
4   to comply; is that correct?
5       A.   I wouldn't say he moved to comply.
6       Q.   Well, he -- he --
7            MR. KOLB:  Objection.
8            Misconstrues testimony.
9       Q.   And one of the occasions was the occasion
10  where he moved to comply and bumped the flight attendant
11  with his bag; correct?
12           MR. KOLB:  Objection.
13           Misconstrues testimony.
14      A.   Yeah.  Again, I wouldn't -- I wouldn't say he
15  moved to comply.  But if -- if that's what -- if that's
16  what happened and it -- indeed, it was an accident, then
17  I don't understand what he was complying to.
18      Q.   Well -- and I'll tell you another -- another
19  difference between your testimony and -- and the flight
20  attendant's testimony, in fact, and his testimony is the
21  flight attendant said, "Give me the bag."
22      A.   Oh, okay.
23      Q.   And he -- he even wrote that in his report.
24  And he said it twice, "Give me the bag" twice.
25      A.   Okay.

Page 117

1   Q.   And so -- so Mr. Clowdus was reaching down
2   under and swinging the bag over to give it to him.  And
3   so that -- that was -- and does that make it a little
4   more clear how this could have conceivably been an
5   accident?
6          MR. KOLB:  Objection.  Form.
7   A.   I mean, sure.  But I'm under the impression
8   that accidental assault is still assault.
9   Q.   -- well -- well, don't worry about the
10  legal --
11  A.   Okay.
12  Q.   -- the legal definitions of assault.
13         But just -- just for -- for the narrative in
14  your own mind of how this would have played out -- and --
15  and so nobody has alleged that he just gratuitously took
16  his bag and hit the flight attendant.  The contention has
17  always been was it --
18         MR. KOLB:  That -- that's a misrepresentation
19     of our position, Mr. Woodrow.
20  Q.   (Inaudible) or you're hitting me with the bag.
21         MR. KOLB:  Let me object --
22  Q.   So --
23         MR. KOLB:  -- to the misrepresentation of our
24     position.  If you can't be honest with the witness,
25     I'll make you wish you had.