## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TROY CLOWDUS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | Case No.: 1:21-cv-23155-KMM |

### PROPOSED AGREED ORDER GRANTING DEFENDANT AMERICAN AIRLINES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

THIS CAUSE came before the Court upon American Airlines, Inc.'s ("Defendant" or "AA") Unopposed Motion for Extension of Time to Respond to Amended Complaint [DE # 40], and the Court being advised as to the agreement between the parties in this regard and being otherwise duly advised, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Unopposed Motion is GRANTED.

2. American Airlines, Inc. shall respond to the Amended Complaint by June 2nd, 2022.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of May, 2022.

_____
Magistrate Judge Lauren Fleischer Louis

Copies furnished to:
*All Counsel of Record*