UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TROY CLOWDUS,

        Plaintiff,

CASE NO.: 1:21-cv-23155

v.

AMERICAN AIRLINES, INC.,

        Defendant.
_____/

**STIPULATION REGARDING**
**PLAINTIFF'S MOTION TO COMPEL DISCOVERY [DE 44]**

Defendant, AMERICAN AIRLINES, INC. ("**Defendant**" or "**AA**"), and Plaintiff, TROY CLOWDUS, ("**Plaintiff**" or "**Clowdus**"), by and through their undersigned counsel, hereby stipulate and agree, as follows:

WHEREAS, on May 23, 2022, Plaintiff filed his Motion to Compel Discovery from Defendant American Airlines, Inc. [DE 44] (the "Motion"). This Motion sought three categories of documents: 1) witness statements obtained from passengers on the flight at issue; 2) records of pension and flight benefits enjoyed by passenger Quintana's mother as the surviving widow of an AA mechanic; and 3) records of pension and flight benefits enjoyed by passenger Quintana's step-father upon his retirement from employment with AA.

WHEREAS, in response, Defendant objected to production of passenger witness statements on the basis of attorney work product privilege and provided a privilege log to the court;

WHEREAS, at a June 24, 2022 hearing on the Motion, the Court ordered AA to brief the claim of work product privilege and provide evidentiary support for same by May 31, 2022;

WHEREAS, at a June 24, 2022 hearing on the Motion, the Court ordered AA to produce records of pension and flight benefits enjoyed by passenger Quintana's mother as the surviving widow of an AA mechanic by June 7, 2022, but denied the portion of the Motion seeking records of pension and flight benefits enjoyed by passenger Quintana's step-father upon his retirement from employment with AA;

WHEREAS, following multiple conferrals between counsel on the issue of the discoverability of the passenger witness statements, the parties have agreed as stated below.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE UNDERSIGNED COUNSEL FOR PLAINTIFF AND DEFENDANT:

1. Plaintiff withdraws the portion of his Motion seeking witness statements obtained from passengers on the flight at issue.

2. Plaintiff and Defendant will, within seven (7) days of the date of this stipulation, produce all draft and signed witness statements obtained from passengers on the flight at issue;

3. Such production shall not constitute a subject matter waiver of any privileges either party wishes to assert with respect to documents, communications or other materials related to the draft and signed witness statements obtained from passengers on the flight at issue

SO STIPULATED:

DATED: May 31, 2022

| **Buchanan Ingersoll & Rooney, PC** | **Stone & Woodrow LLP** |
|---|---|
| By: */s/ Kelly H. Kolb* <br> Kelly H. Kolb, Esq. <br> Florida Bar Number: 0343330 <br> kelly.kolb@bipc.com <br> Robert D. Pecchio, Esq. <br> Florida Bar Number: 1005955 <br> Robert.pecchio@bipc.com <br> 401 E Las Olas Boulevard, Suite 2250 <br> Fort Lauderdale, FL 33301 <br> Tel: 954-703-3900 <br> Fax: 954-527-9915 <br> *Counsel for Defendant* | By: */s/ William T. Woodrow* <br> William T. Woodrow III <br> will@stoneandwoodrowlaw.com <br> 250 West Main Street, Suite 201 <br> Charlottesville, VA 22902 <br> Tel: 855-275-7378 <br> Fax: 646-873-7529 <br> *Counsel for Plaintiff* <br><br> David H. Pollack, Esq. <br> THE LAW OFFICE OF DAVID H. POLLACK, LLC <br> 75 Valencia Avenue, Suite 100 <br> Coral Gables, FL 33134 <br> Tel. No. 305-372-5900 <br> Fax No. 305-372-5904 <br> david@davidpollacklaw.com <br> *Co-Counsel for Plaintiff* |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this the 31st day of May 2022, a true and correct copy of the above and foregoing has been filed with the Clerk of Court using the CM/ECF system. I FURTHER CERTIFY that the foregoing document is being served this date, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic filing on the counsel of record or *pro se* parties identified on the attached Service List.

By: */s/Kelly H. Kolb* 
      Kelly H. Kolb

**SERVICE LIST:**

William T. Woodrow III
will@stoneandwoodrowlaw.com

250 West Main Street, Suite 201
Charlottesville, VA 22902
Tel: 855-275-7378
Fax: 646-873-7529
*Counsel for Plaintiff*

Rook Elizabeth Ringer, Esq.
LENTO LAW GROUP
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
Tel: (855) 275-7378
Tel: (904) 602-9400
E-mail: reringer@lentolawgroup.com
E-mail: will@stoneandwoodrowlaw.com
*Co-Counsel for Plaintiff*

David H. Pollack, Esq.
THE LAW OFFICE OF DAVID H. POLLACK, LLC
75 Valencia Avenue, Suite 100
Coral Gables, FL 33134
Tel. No. 305-372-5900
Fax No. 305-372-5904
david@davidpollacklaw.com
*Co-Counsel for Plaintiff*