

April 22, 2022

```
          IN THE UNITED STATES DISTRICT COURT

          FOR THE SOUTHERN DISTRICT OF FLORIDA
-----------------------x
TROY CLOWDUS,            :

          Plaintiff,    : Civil Action No.

     -vs-               : 1:21-cv-23155-MM

AMERICAN AIRLINES INC., :

          Defendant.    :
-----------------------x
```

VIDEORECORDED VIDEOCONFERENCE DEPOSITION OF

APPEARING REMOTELY FROM

ECUADOR

April 22, 2022

10:54 a.m.

REPORTED BY:

Renee A. McDermed, RPR

APPEARING REMOTELY FROM FLOYD, VIRGINIA

U.S. Legal Support | www.uslegalsupport.com

EXHIBIT "A"

April 22, 2022

```
 1      Q       Okay.  So did you see -- during this
 2   interaction, did you see the flight attendant
 3   holding a bag, holding a satchel?
 4      A       I don't recall.
 5      Q       Okay.  And did you -- did you at any
 6   point ever hear the flight attendant say, "You hit
 7   me"?
 8      A       I don't recall that.  As I mentioned
 9   before, I even asked the guy sitting next to me,
10   like, "What happened," because I just heard from,
11   "Please get off the plane," because I was with my
12   EarPods.  So I heard, like -- I took my EarPods off,
13   and that's -- that's when I heard the flight
14   attendant saying, "Please get off the plane."
15      Q       And did you see any other individuals
16   come onto the plane to -- to take him off the plane?
17      A       I don't recall.
18      Q       Now -- now, did you watch him exit the
19   plane?
20      A       Yes.
21      Q       And what was his demeanor while he was
22   exiting the plane?
23      A       It was quite fast.  So he just stand
24   up.  I think he had, like, his laptop or something,
25   and then he just got off the plane.  I think they
```