```
 1                     UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF FLORIDA
 2                               (MIAMI)
                          CASE NO.  21-CV-23155
 3

 4   TROY CLOWDUS,
              Plaintiff,                   Miami, Florida
 5   vs.                                   May 24, 2022

 6   AMERICAN AIRLINES,
              Defendant.
 7   --------------------------------------------------------
                     HEARING TRANSCRIBED FROM THE
 8                     AUDIO TAPED RECORDING
           HELD BEFORE THE HONORABLE LAUREN FLEISCHER LOUIS
 9                 UNITED STATES MAGISTRATE JUDGE

10   APPEARANCES:
     FOR THE PLAINTIFF:    STONE & WOODROW, LLP, by:
11                         William T. Woodrow, Esq.,
                           Lewis & Clark Plaza
12                         250 West Main Street, Suite 201
                           Charlottsesville, Virginia  22902
13
     and                David H. Pollack, Esq.
14                      2600 Douglas Road, Suite 1007
                        Coral Gables, Florida  33134
15

16   FOR THE DEFENDANT:   BUCHANAN, INGERSOLL, ROONEY, by:
                           Kelly Haze Kolb, Esq.
17                         401 E. Las Olas Boulevard, Suite 2250
                           Ft. Lauderdale, Florida  33301
18
     and                RICHARD CELLER LEGAL, P.A., by:
19                      Robert Daniel Pecchio, Esq.
                        10368 West State Road 84, Suite 103
20                      Davie, Florida  33324

21

22

23   TRANSCRIBED BY:    ELLEN A. RASSIE, RMR-CRR
                         Official Court Reporter to the
24                       Honorable Rodney Smith
                         299 E. Broward Blvd., Room 202B
25                       Ft. Lauderdale, Florida  33301
```

```
1                TUESDAY MORNING SESSION, MAY 24, 2022

2                     P-R-O-C-E-E-D-I-N-G-S

3                          - - -

4               (Call to the Order of the Court.)

5               THE COURTROOM DEPUTY:  All rise.  The United States

6   District Court for the Southern District of Florida is now in

7   session.  The Honorable Lauren Louis presiding.

8               THE COURT:  Good morning.  Please be seated.

9               THE COURTROOM DEPUTY:  Calling case number 23155,

10  civil, Judge Moore.  Troy Clowdus versus American

11  Airlines, Inc.  Counsel, would you note your appearances for

12  the record?

13              MR. WOODROW:  William Woodrow for the plaintiff.

14              MR. POLLACK:  Good morning, Your Honor.  David

15  Pollack, also appearing as co-counsel for the plaintiff.

16              THE COURT:  Okay.

17              MR. KOLB:  Kelly Kolb for the defendant, Your Honor.

18              MR. PECCHIO:  Good morning, Your Honor.  Robert

19  Pecchio for the defendant.

20              THE COURT:  Okay.  All right.  So, I know you weren't

21  here when we started this, at first.  I think -- I hope -- I

22  expect Mr. Kolb reported back to you why we're in person and

23  why we'll continue to be in person for discovery disputes in

24  this case.

25              It is weirdly not bringing out the best in the
```

1    attorneys in this case, but we're going to get it back on

2    track.

3            There are at least two disputes that I know of and the

4    one that you emailed about last night, that if I can

5    understand, is your request to the plaintiff that you want

6    time -- Mr. Pecchio at least is nodding.  You want to bring to

7    the Court's attention, and we will make sure to do that, as

8    well.  I don't obviously have source materials for that so I'm

9    not prepared, frankly, to -- unless you've brought them, in

10   which case we could do it.

11           I don't know whether or not we've covered this before,

12   but you have two options.  You have filed motions and we can

13   continue to brief, and notwithstanding the fact that I intend

14   to at least touch on plaintiff's motion to compel because it is

15   so related to the motion for sanctions, it involves work

16   product, which -- or at least came from work product.  That's

17   why I asked you to bring your privilege log.

18           I always afford you an opportunity to brief when

19   privilege is at issue and anything else that you ask the

20   opportunity to brief for, not withstanding the fact that you

21   can also as you've asked to do, shortcut the motions and just

22   ask for a discovery conference.

23           It is without prejudice to anybody who says this

24   requires more wholesome attention than a discovery hearing

25   without briefing.  We want a chance to brief it before you

1    rule.

2            I just want to make sure you understand that out of

3    the gate but the -- I understand the allegations here are

4    emotional, but it doesn't need to bring that to the litigation.

5    It just somehow has to abate.  Okay.

6            But the motion for sanctions is predicated really on

7    the communications plaintiff's counsel had with the witnesses,

8    which I agree is inappropriate.

9            I don't know that I agree that for the reasons that

10   you put in your motion.  I think that it is hard for me to make

11   the observation, or conclude as you have, that it was

12   threatening without hearing that from the witness, but it

13   absolutely infected them with your version of the facts.

14           The correspondence went so far beyond what was

15   appropriate to try to get a witness' untainted perspective of

16   what actually occurred.  But then at the deposition, the

17   coaching was outrageous.  Just outrageous.

18           And so I need you to both stop, okay?  We're going to

19   get the witness' testimony without prejudicing them one way or

20   the other.

21           Now, the problem is that there also is an incredibly

22   weird thing with brewing with these two witnesses.  What's his

23   name, Quintana, and his mother?  And the problem that I have,

24   as I come into this hearing, where I am both addressing the

25   motion for sanctions and the motion to compel, we're going to

1   globally figure out what discovery remains to be taken with

2   respect to these two witnesses, is the tangential nature of

3   what is being pursued.

4           The witnesses' bias is discoverable.  The extent of

5   the discovery, I'm having trouble with and how far askew from

6   the events, how much discovery into discovery we're going to

7   take.

8           So, it seems to me that the extent to which this

9   passenger has a present or future benefit that he expects to

10  derive, or could derive from American that could be taken away

11  from him seems discoverable.

12          The extent to which the requests to seek all benefits

13  his mother has ever obtained, I don't even -- I don't even see

14  the connection.  Like, how that could even be argued to be

15  biased.

16          I don't think that he views himself as part of the AA

17  family is something we're taking discovery into.  It's too

18  unattenuated.  It wasn't supported by his testimony.

19          So, at heart, we need to figure out what we're doing

20  with these two witnesses, and the document production.  I

21  assume you brought a privileged log?

22          MR. WOODROW:  Yes, Your Honor.  We're also prepared

23  to submit the witness deposition in camera.

24          THE COURT:  Okay.  So, you knew where I was headed

25  with that because there's -- there is going to be sort of an

1    outside limit of how much of that is work product and how much
2    of it is discoverable.  The witness behaved oddly at
3    deposition.
4           And just everything about this just doesn't feel
5    right, but we're not going to -- I don't want to take a lot of
6    tangential discovery into that which just doesn't feel right.
7           At heart, this is a pretty narrow case and the
8    discovery should not be motions for sanctions and motions to
9    quash, like, we should know what our discovery plan is and get
10   to it.
11          I'm going to start by asking the plaintiff to tell me
12   with respect to these two witnesses, that which you
13   realistically would still seek to discover by way of deposition
14   or documents, and then I'm going to ask you, Mr. Kolb, to tell
15   me, again, realistically, what it is that you are seeking, what
16   relief from this Court.  Right?
17          We've talked about the motion for sanctions.  It's
18   hard to cry foul when there was so many fouls, okay?  So,
19   realistically, what it is that you are on now asking for with
20   respect to either those witnesses or with respect to
21   plaintiff's counsel.
22          But I, hopefully, have conveyed to you the problems
23   that I've seen, and just my intention to cut a clear path to
24   how we finish the discovery in this case that has to be taken
25   so lead me off and tell me where you are.

1          MR. WOODROW:  Where would you like me to --

2          THE COURT:  It's up to you.

3          MR. WOODROW:  You don't mind if I sit?

4          THE COURT:  I don't.

5          MR. WOODROW:  Your Honor, I first, just want to

6    apologize.  Just this last week I wasted your time, I wasted

7    Mr. Kolb's time and it was careless and unavoidable and I feel

8    bad about that.

9          THE COURT:  Listen, I appreciate that you

10   acknowledged that.  It's hard to look at a docket ten minutes

11   before the hearing starts and just find out then, but it's

12   water under the bridge and we're here today.

13         MR. WOODROW:  Thank you, Your Honor.  And I take this

14   the motion against me, I take it very seriously and I take it

15   personally because I do not make it my practice to threaten

16   witnesses or threaten the other side.  I try to treat everyone

17   with kindness even if they're a hostile witness.

18         Hopefully, that at least came through in my

19   communications that you reviewed I understand what you're

20   saying about how email may have suggested to Mr. Quintana and

21   all I can say with that, I had just contacted the two other

22   witnesses and they said we didn't see anything.

23         And so I was operating under the initial disclosures

24   that with the three witnesses who witnessed the incident, and I

25   got to the first two and they said we didn't see anything.  So,

```
 1    I was operating under the assumption I was just checking this
 2    guy off the list.  I wasn't threatening him.  I was just trying
 3    to eliminate him.
 4            So, in my email, I said I wasn't anticipating a
 5    deposition.  I was just -- I was saying I don't think that you
 6    could have seen it so if you just tell me in your email, I
 7    won't bother you again.  That was my heart in communicating
 8    with him at that point.
 9            THE COURT:  Okay.  Well, let me be clearer then in
10    the type of the language that caught my eye, and that I thought
11    was problematic -- again, I think it is difficult for me to
12    make the assessment -- Mr. Kolb's going to have an opportunity
13    to tell me why I'm wrong -- but that this man felt threatened
14    particularly because of how gratuitously in his deposition, and
15    I know I didn't watch the video and so maybe I lose a lot for
16    tone or body language, but he seemed awfully spring-loaded to
17    cater to American's point of view, which at least for this
18    motion for my perspective, made it very difficult to say, look,
19    this is a neutral witness who felt threatened.
20            But from your perspective, your email tells him your
21    version of the facts.  He was kicked off the flight and banned
22    for life because he accidentally bumped the flight attendant
23    with his bag while handing it to him.
24            MR. WOODROW:  Yeah, that's what he said.
25            THE COURT:  Knowing you have spoken to AA.  I'm sure
```

1   that is not the story they tell, but it is the unfortunate

2   truth.  So, like, right out of the gate, this -- this advances

3   an advocacy, for an unrepresented witness who's not a lawyer,

4   and just right out of the gate, the correspondence that I've

5   seen has this witness in a peculiar, precarious position.

6       And it didn't get better from there, okay?  So, when I

7   read this, I was, like, we're going to have to talk in person

8   but then I read the deposition and I was, oh, God, we're all

9   going to have to talk in person.

10      So, I did not view -- I didn't have the base to make a

11  finding that Mr. Quintana was threatened by you, but he -- I

12  don't think he has been treated fairly or neutrally as a

13  witness, as an unrepresented lay witness.

14      MR. WOODROW:  Okay.  I understand that, Your Honor, I

15  understand.  That makes sense.  As far as what you've asked

16  what do I hope to get out of further discovery?  So, when

17  Mr. Quintana -- he testified, I asked him.  I was trying to

18  explore whether he had a connection with AA.

19      So, I asked a number of questions.  Did you know

20  anybody on the flight?  Did you know any flight attendants?  Do

21  you know anybody who worked for AA?  He said, well, I used to

22  know somebody, my mother's new husband, but I don't know.  And

23  so I pursued that a bit and I said, well, how well do you know

24  him?  Not well at all.

25      Do you know how many years he worked for AA?  Months,

1    years?  He didn't know.  Do you know how long?  He said no, I

2    don't know.  Do you know if it was months or years?  I don't

3    know.  So I dropped that, I shouldn't have, but then so after

4    the deposition ended, we were this kind of like what happened

5    with this guy?  This feels like, you know, there was something

6    going on.  So we got an investigator.

7         And when the investigator looked into it, then we

8    started to realize, oh, that the mother's probably getting

9    death benefits and then when we did a search for the new

10   husband, and Quintana, it shows that they both lived at the

11   same address or have the same address at least for twelve years

12   in California.

13        THE COURT:  Can I interrupt to you ask a question?  I

14   did read your motion, and so I'm familiar with the facts that

15   you're proffering, but it would help to know where you're

16   going.  You're telling me why but not what.  Tell me the "what"

17   first.

18        MR. WOODROW:  So, I'm not able to get ahold of

19   Quintana now, but I do think that he downplayed his connection

20   to AA for some reason, and I think that's the clearest way to

21   demonstrate to the jury if he said, hey, I don't even know if

22   this guy worked for AA for months or years, and then we

23   establish, well, but you lived with the guy for twelve years

24   while he worked with AA -- for AA.  So, that wasn't true, was

25   it?  You do know that he worked for a number of years?  So,

 1   then why did you downplay that?  Why would this disinterested

 2   witness care if we knew his connections?

 3         THE COURT:  So, I'm not sure if I'm asking a bad

 4   question.  Are you asking to depose him a second time?

 5         MR. WOODROW:  I am, and the mother, the mother will

 6   know how well he knew the stepfather.  That's one of the

 7   important things we want to ask her.  His history with the

 8   stepfather and how well he knew about her benefits and that

 9   she's being taken care of by AA, and how much that might give

10   him a sense of gratitude.  Hey, our family can still stay in

11   touch.  Because we get these free tickets, they're taking care

12   of my mother in her old age.  Those are all things that can

13   really influence you to want to give favorable testimony to

14   help out AA, so that's one thing that we want.

15         Another is we've tried every way to get this statement

16   and he was staying with her during the time, so it's very

17   possible that he had her statement, or he gave her a copy of

18   it.  We wanted to ask her for the statement and any other

19   non-privileged communications that AA might have had him with

20   him or her which might reveal a coziness that would also be

21   something to remark upon.

22         And then we don't want any -- how they've

23   characterized it like we want their bank statements and all

24   these private things.  We said, look, if you just stipulate

25   she's getting a pension and she gets life benefits, that's all

1   we care about.  We don't want to have deep discovery into all

2   that invasive stuff.

3          I mean, I think really the only important thing is

4   just, well, this is family, they are the jury can decide to

5   what degree part of the AA family, and she's being taken care

6   of in her old age by AA, and their family is able to stay

7   connected through flight benefits.

8          And I don't know if that necessarily translates into,

9   well, what does he personally get out of it.  How many tickets

10  does he get, how many dollars does he save.  I think the bias

11  can come from gratitude, he's getting something and they've

12  always taken good care of him and I grew up with knowing that

13  AA was paying the bills.  That's all stuff that could make you

14  want to get back as much as you can.

15         And, frankly, that's the only thing that makes sense

16  to us because his testimony was so perplexing and, you know,

17  but one of the things he said -- and if you read, you know, I

18  mean, he came up with these three conversations that he heard

19  crystal clear that even the flight attendant never claim

20  happened, and then he was paying such close attention, but then

21  he didn't hear the flight attendant say very loudly "you hit me

22  three times" and the flight attendant said he said it, the

23  other flight attendant who claimed to be there said he said it

24  and another AA employee who was on the jet bridge and he came

25  inside to see what was going on, he said it was so loud, yet

1   Quintana said, no, he didn't say anything.  He just looked in

2   shock and then he walked up to the front.

3          But meanwhile, the conversation just before this, this

4   alleged hit, he's giving in precise detail, oh, he came in and

5   he said, sir, you need to put on your mask again.  And the guy

6   refused to pull it up over his nose, and that's plausible and

7   he came at him again and he said you need to pull your mask up,

8   you need to put your bag up.

9          And how could you know what you were hearing and he's,

10  like, he went right in, he was paying really close attention.

11  Meanwhile, he said give me the bag, so that wasn't true.  But

12  then he doesn't hear the shout moments later and that's why

13  when I first said, you know, I never accused him of lying in

14  that whole deposition.  I reasserted what perjury was, and the

15  ramifications of it, and I never said you lied or you're

16  committing perjury.

17         But this is after I heard stuff like this and I'm,

18  like, what is going on here?  I wanted him to know the

19  seriousness of what is happening but if you read my email

20  afterwards, I was almost nauseated and I mean, I didn't say

21  anything remotely like you lied or I mean anything like that.

22         So, really, all we want is -- we want to look at the

23  statement because we think, well, either the statement will say

24  that he heard something or if it will probably say things that

25  just conflict with this really detailed testimony that he just

1   spun off the cuff with like, oh, he had a black mask with white

2   motifs and we -- since he's already testified, I mean, we only

3   get one crack at him through this video deposition.  We're not

4   going to get a chance to impeach him at the trial.  The jury's

5   is not going to get a chance to hear him in person.

6        The authorities that we cited we think stands for the

7   proposition that if the statement confirms what he says,

8   there's no harm done, and if it doesn't, there's value in a

9   jury being able to see the discrepancy.

10       THE COURT:  I'm going to try to read back what I

11  understand the "ask" to be.  You want to depose Ms. Cookson and

12  you want the Quintana's statement to AA?

13       MR. WOODROW:  And any communications between

14  Ms. Cookson and Quintana and AA, and I think that -- and

15  Mr. Pecchio brought up there was an outstanding discovery

16  dispute on the radar.  I don't know if we've fully got to the

17  bottom of that because if they're planning -- we have a request

18  for these specific things after that, if they're going to get

19  them to us.

20       I said, you know, if you're going to get that to us,

21  then we'll probably give you what you're asking for here.  But

22  not if you're going to claim work product privilege, but then

23  expect us to give you the exact same thing so I think we may be

24  able to resolve that on our own hopefully.

25       THE COURT:  Okay.  I am going to turn to Mr. Kolb now

1    and ask his position.  It was my understanding from the motion

2    that the deposition of Cookson was opposed just to the degree

3    that he wanted a special master appointed, and so I want to

4    flesh that out now.

5         So, I want to be clear though because when out of the

6    gate when I said what is it that you still want to discover,

7    you led by, I think, proffering how you will use it, and it

8    felt like a pantomimed cross with Quintana who it's my

9    understanding, everyone agrees is not going to be deposed or

10   examined at trial.

11        So, I'll admit that I'm still a little soft on what it

12   is that you are seeking, but I have at least this list.  You

13   want to depose Ms. Cookson and you want communications between

14   her or Quintana with American, and Quintana's statement to

15   American, yes?

16        MR. WOODROW:  Yes, and the most important thing I

17   guess out of that is that we want -- we want to get a usable

18   form of evidence that shows the family connections to AA.

19   That's the bottom line.

20        THE COURT:  Okay.  Mr. Kolb, start with the

21   deposition of Cookson and your position thereon.

22        MR. KOLB:  Yes, Your Honor.  Thank you.  We've

23   requested Ms. Cookson's, her deposition before.  As the Court

24   points out, her knowledge is tangential at best to a non-party

25   credibility, for lack of a better word.  She has no knowledge

1    as to any of the merits of the case.

2         There are rumblings in the plaintiff's filings that we

3    had somehow hid Mr. Quintana from the plaintiff and/or

4    Mr. Quintana was hesitant to give his mother's address because

5    he didn't want her involved in this, and now we know why.  We

6    arranged to have him served with his deposition subpoena at an

7    address he picked.  We have never known his mother's address

8    until Mr. Woodrow disclosed it to us.  I didn't care where the

9    gentleman lived.

10         We know now he's a Mexican national.  And the reason

11   we know that is because his visa application with the United

12   States and the Government is pending and he is restricted to

13   the amount of time he can spend in the United States.

14         THE COURT:  Okay.  Tell me what use American will

15   make of Quintana's deposition testimony?

16         MR. KOLB:  What we make of it?

17         THE COURT:  How you intend to use it?  What testimony

18   Quintana gave that American will make affirmative use of?

19         MR. KOLB:  That he witnessed Mr. Clowdus assaulting a

20   flight attendant on an international flight.

21         THE COURT:  So, the testimony says that Clowdus hit

22   him with the bag.

23         MR. KOLB:  Correct.

24         THE COURT:  Okay.

25         MR. KOLB:  My questioning was about ten minutes on

1   Mr. Quintana.  It was very to the point.

2           THE COURT:  Okay.  And what other witnesses will

3   corroborate the flight attendant's testimony that the plaintiff

4   hit him?

5           MR. KOLB:  There is one other flight attendant,

6   Ms. Gray, who's been deposed, and there's one other passenger

7   that we have a statement from who at the moment doesn't want to

8   be deposed, but that passenger will also corroborate the

9   assault allegation.

10           THE COURT:  Well, I'm asking what evidence you have

11   that's usable.  Do you have a usable admittable statement from

12   this person?

13           MR. KOLB:  No, we'd have to depose this other

14   passenger.  If the flight attendant, Ms. Gray's deposition

15   testimony is admissible, she's be live at trial, as well.

16           THE COURT:  So, that's an employee of American.  The

17   jury will able to clearly see that person's bias.  The other

18   passenger, what's the plan?  Are you going to depose this

19   person?

20           MR. KOLB:  Yes, assuming we have some more discovery

21   time left, and we would ask the Court for some clarification as

22   to what deadlines we have, we would like to depose her.

23           Unlike plaintiff's counsel, we have AA business

24   concerns at issue.  We're not allowed to harass our passengers

25   for purposes of litigation.  If they don't want to be involved,

```
 1   we back away, so we have to walk carefully in setting up that
 2   passenger's deposition.
 3              THE COURT:  Okay.  Well, what I'm getting at is the
 4   importance of Mr. Quintana's deposition testimony at trial.
 5   He'll be the passenger, the non-AA employee, who says that he
 6   witnessed the assault, but not the defamatory statement.
 7              MR. KOLB:  Correct.
 8              THE COURT:  So his bias is critical.
 9              MR. KOLB:  Let me point out one thing about the
10   defamatory statement.  Another passenger has been deposed,
11   Ms. Kim, she didn't hear the defamatory statement.  We've
12   interviewed four other passengers.  They didn't hear the
13   defamatory statement, and the reason is that Mr. Marino, the
14   flight attendant that was assaulted, never screamed at anyone.
15              Every passenger we've interviewed has said there was
16   no screaming by anybody.  So, the fact that Mr. Quintana didn't
17   hear "you hit me" is not an impeachable point because no
18   passenger we've every interviewed or who we deposed said they
19   heard that statement.
20              THE COURT:  There is a conflict in that though,
21   right?  The guy on the jetway said he heard the kerfuffle.
22              MR. KOLB:  He was standing at the aircraft door.  He
23   heard it, yes.  No other passenger heard it.
24              THE COURT:  Okay.  So, your point being that it
25   wasn't heard.  It wasn't heard to anyone who wasn't an American
```

1  employee so it's not publication?  Where are you going with

2  that?  There's a conflict in the evidence about whether or not

3  the statement was made.

4        MR. KOLB:  No.  It's pretty clear that Mr. Clowdus,

5  Ms. Gray, and Mr. Marino, and the gate agent all heard "you hit

6  me, you hit me" either two or three times.  The point is that

7  no passenger heard it.

8        Whether a passenger heard it from our standpoint is

9  not relevant because there's no allegation or third party

10 publication in this case.  The publication that's been alleged

11 is within American Airlines, so the fact that Mr. Quintana

12 didn't hear this publication is a non-impeachable point because

13 it's irrelevant to the current claim that's been pled.

14       THE COURT:  So, for purposes summary judgment, it

15 won't be based on the publication didn't happen, but you're

16 going to move on the affirmative defense of truth?

17       MR. KOLB:  Truth, followed by privilege, yes.

18       THE COURT:  So, Quintana's testimony will be critical

19 because you'll rely on it for the truth of the matter asserted?

20       MR. KOLB:  That he witnessed an assault, yes.  The

21 fact that he didn't hear the publication is completely

22 irrelevant.

23       THE COURT:  Then we're back to where I was which is

24 his bias, his motivation to lie favorably for American is very

25 much at issue.

1          MR. KOLB:  Sure.  I mean, I attempted to clarify this

2    with Mr. Woodrow by making a proffer to him sometime ago.  I

3    put it out that Mr. Quintana has no access and no right to any

4    AA flight benefits, pensions, health insurance, credit union

5    information or anything else.  All of that goes to his mother.

6          I pointed out that her pension benefits are a fraction

7    of her six figure income as a bank vice president.  She will

8    testify she doesn't need the pension.

9          I proffered that she gets eight one-way buddy passes a

10   year split up amongst five family members, and Mr. Quintana's

11   never used more than one roundtrip in any year that he's ever

12   flown on his mother's passes for a subtotal of about $800

13   roundtrips to Mexico City.  The notion that he would perjure

14   himself is ridiculous.

15         THE COURT:  Sounds like an argument to the jury, but

16   not something that you're going to be able to preclude him from

17   discovering.

18         So the -- all right.  So, your position is that

19   Cookson's deposition should be quashed.  I don't agree with

20   you.  I'm not sure either that that relief wasn't sought in the

21   motion.  So, to the extent that, you know, this is an ore tenus

22   motion to quash, I'm not sure how American would have standing

23   for that.

24         MR. KOLB:  Well, that's very good point.  I was also

25   going to point out that Ms. Cookson has now retained counsel, I

```
 1    think it's important for the Court to hear from her before that

 2    deposition goes forward.

 3          THE COURT:  Here's where I am with it.  I'm not on

 4    any motion that's put in front of me that's going to preclude

 5    the plaintiff from serving her with a subpoena and if she is,

 6    in fact, represented and she moves to quash, that's obviously

 7    something that we take up and we'll take up very quickly if it

 8    comes in.

 9          Now, the remaining -- wait, before I move on.  Then

10    with respect to your motion for sanctions, I think, I hope

11    Mr. Woodrow has heard me loud and clear about communicating

12    with witnesses no matter who they are, and telling them a

13    version of events or advocacy or otherwise.

14          Frankly -- and this is not a global statement that

15    would apply across every practice and every witness.  But here,

16    communicating any version of the events to them would be

17    improper.

18          To the extent -- and now that she's represented, you

19    know that you're not going to have contact with her but through

20    thru her counsel.  Has counsel been identified to both of you?

21    Do you know who he is?  Or she is?

22          MR. KOLB:  It's Dan Matlow.

23          THE COURT:  Dan who?

24          MR. KOLB:  Dan Matlow, M-A-T-L-O-W.

25          THE COURT:  So, you'll give to Mr. Woodrow his
```

```
 1   contact information and you'll make arrangements through her
 2   attorney to serve him and we'll go from there.  So, there's not
 3   going to be an issue about going forward about communication
 4   with Ms. Cookson because she's represented.
 5          So, tell me what, if anything else, from your motion
 6   for sanctions remains for me to decide or deal with?
 7          MR. KOLB:  If the Court is correct and Mr. Woodrow's
 8   clearly heard you, I, too, have clearly heard you, I don't
 9   think there's any need for a Court master.  I think that
10   Mr. Woodrow would not hesitate to advise the Court if I'm
11   crossed the line again if it happens again.
12          THE COURT:  Okay.  If the parties notify me of the
13   date in which the deposition is set, or any deposition in this
14   case, then I will make every effort to be available if you
15   needed a telephonic hearing in the middle of it.
16          I have found exactly one time parties took me up on
17   that offer, and they had a legitimate privilege issue that was
18   very weird -- actually, it was a defamation case now that I say
19   that out loud.  It was a very weird, unique issue and it was a
20   well-placed concern, but it's literally the only time, but it's
21   had to come up nonetheless.
22          If it comes up in this case, then we'll deal with it
23   if we have to in the midst of it just considering where we've
24   been.
25          Okay.  Then with the documents, it's my impression
```

1    that I haven't heard from you that present and future

2    expectation of benefits that the family enjoys, whether it

3    is -- it's not like some second cousin.  It's his mom.

4         It's his mom with whom he has lived.  Presumably, who

5    raised him.  There is enough there to be discoverable, and it's

6    my impression that any benefit that she or he could have the

7    belief that American could take away from them, it should be

8    discoverable.

9         And I'm not sure that -- I mean, the objections were

10   essentially, like, privacy information.  We're not looking at

11   health benefits, we're not looking at past -- what do you call

12   it -- medical insurance.

13        As far as I'm concerned, and I think that I understood

14   Mr. Woodrow to agree with me, that past benefits are literally

15   in the past.  I'm talking about incentives to lie.  Present day

16   or future.

17        Why wouldn't that be discoverable?

18        MR. KOLB:  Because they're not his benefits.  I

19   understand the Court's concern that he's the mother's son, but

20   the mother controls those benefits, not him.

21        THE COURT:  Okay.  Well, we have already had

22   proffered a basis for the closeness, his efforts not to reveal

23   her address, to involve her, to protect her, which I think is

24   adequate to support, frankly, a concern that he, you know, is

25   concerned enough about protecting his mother that it should be

1   discoverable.

2          MR. KOLB:  I can also proffer that the terms of the

3   buddy pass would not allow American Airlines to withdraw those

4   benefits for something as innocuous as a deposition, testimony.

5   There's specific rules in the guidelines that apply to those

6   benefits, and they do not allow withdrawal of those benefits

7   for something that's suspected here.

8          THE COURT:  I appreciate that.  And I, again, think

9   that the jury will benefit from knowing that.

10          But what Ms. Cookson and Mr. Quintana believed at the

11  time that Mr. Quintana was deposed is different.  You know, it

12  is.  Whether or not even Ms. Cookson knows it, but explained

13  that to Mr. Quintana, I think is discoverable.

14          MR. KOLB:  Okay.

15          THE COURT:  And then, so, finally, that gets us down

16  to the statements, the privilege log, if you will.  Can I see

17  it?

18          MR. PECCHIO:  May I approach, Your Honor?

19          THE COURT:  Please.

20          MR. KOLB:  What you have in front of you is a draft

21  and the statements of the parties.  They're privileged.

22          THE COURT:  I'm confused by your citation to the

23  local rule because these individuals are not your clients.

24          MR. KOLB:  That's correct, Your Honor.  They're

25  witness statements, and according to the case law we cited,

```
 1   witness statements generally during the course of litigation
 2   are work product.
 3            THE COURT:  Okay.  But the local rule excepts from a
 4   privilege log correspondence or communications between an
 5   attorney and his client.
 6            MR. KOLB:  And work product for a two year period
 7   after the commencement of the action.  All of these were
 8   generated during the course of the lawsuit.
 9            THE COURT:  Okay.  All right.  I'm not sure that I
10   agree that it would apply.  So, I'm having trouble -- is this a
11   different document?  The draft witness statement of passenger,
12   Elja Kaiser?  It's on here twice with the same date and the
13   same entry, I think.  I'm just confused by pages two and three.
14            MR. PECCHIO:  There's more than one draft.
15            THE COURT:  On the same date.
16            MR. PECCHIO:  On the same date, correct.
17            THE COURT:  Sent to Mr. Kaiser?
18            MR. PECCHIO:  Yes, and then a final signed statement
19   from Mr. Kaiser.
20            THE COURT:  So, an attorney wrote his statement and
21   sent it to him?
22            MR. PECCHIO:  Based on an interview that we were
23   having, I recorded his responses to some of the questions that
24   I offered, and asked for his eyewitness account of what
25   occurred and based on that, we drafted together a witness
```

1  statement.  It was sent to him and he requested some changes to

2  be made, and the witness statement was sent back.

3         THE COURT:  So, you're asserting privilege over the

4  final signed statements?

5         MR. PECCHIO:  Yes, Your Honor.  Work product

6  privilege.

7         THE COURT:  What are you going to do with those final

8  signed statements?

9         MR. PECCHIO:  We don't plan to use them at trial,

10  Your Honor.

11         THE COURT:  So, why do you have them?

12         MR. KOLB:  Two reasons.  One, to confirm what they'll

13  say if we're allowed to depose them, and two, confirm that the

14  version of events that were being told by other witnesses is

15  accurate and sustainable.

16         THE COURT:  Okay.  It's my strong inclination to let

17  you brief your response to that.  And I appreciate that there

18  is a prepared log, but the -- since you are good and familiar

19  with our local rule, you know that it also requires and

20  evidentiary support.  So, the fact that a statement was taken

21  and from whom or by an attorney, or that litigation has begun,

22  we kind of presume that that's the starting point.

23         There are more facts that are going to have to be

24  fleshed out as to the circumstances and the nature of the

25  questioning.  The purpose, who these people -- like, there's a

```
 1    lot there that if you've cited Bridgewater, you know --
 2              MR. KOLB:  Sure.
 3              THE COURT:  -- that we need.  And I'm going to wait
 4    until I see your written response.  Considering where you are
 5    in the discovery timeline though, I'd like you to expedite that
 6    response.
 7              Can you turn it around in less than the 14 days?  This
 8    has been brewing for some time, so I'm hopeful that this isn't
 9    exactly catching you offguard but I would like to not -- I
10    don't think it's, frankly, fair to push people to deal with
11    privilege on the fly.
12              So, I want to make sure that you have an opportunity
13    to advance whatever evidence you're going to support these
14    privileged logs with.
15              MR. KOLB:  We'll get it done before I leave the
16    country on June 4th, but I don't know if that's two weeks or
17    one and a half.
18              THE COURT:  It's two full business weeks.
19              MR. KOLB:  We can do better than that because I
20    think -- a week from today?
21              THE COURT:  That would be better.  I'd like to
22    tentatively hold oral argument on the 1st then if your response
23    is going to come to us on Tuesday, the 31st, because I think
24    that we need an answer on those.
25              I'm going to be candid with you here.  I'm concerned
```

```
 1   enough about the Quintana issue that I am likely to seek those
 2   statements for in camera inspection, and if you want the
 3   opportunity to brief it before I compel you to turn those
 4   statements in, I would need it before Tuesday.  Well, I'd need
 5   it Tuesday morning in order to ask for the statements on
 6   Tuesday night.
 7           So, you tell me whether you want to turn your response
 8   in earlier or so if you want to know that you're going to be
 9   submitting by via email in tandem.
10           MR. KOLB:  I'm trying to think of another
11   alternative.
12           THE COURT:  Because the other concern that I have
13   that I understand there's also recordings.  You said that there
14   was a recorded statement?
15           MR. KOLB:  No recorded statement.  Notes.
16           THE COURT:  So, I would understand then there to be
17   other documents besides that which is on this privileged log.
18   If there are contemporaneous notes of the attorney that, too,
19   should be logged.
20           So, also, those are just the prepared statements.  The
21   objection to correspondence between Mr. Quintana similarly
22   asserted work product, but I don't see anything logged.
23           MR. KOLB:  That was not the request that was
24   submitted.  If you read that request carefully, it asks for his
25   statement, not correspondence.
```

1        THE COURT:  I understood it to say correspondence.

2        MR. KOLB:  Correspondence is in there, but if read

3   further it says to be clear, looking for anything where he

4   recites the substance of what he observed, we have no

5   correspondence with him that lays that out.  The only thing we

6   have are draft witness statements and signed witness

7   statements.

8        THE COURT:  When you say the only thing you have, you

9   mean the only thing that talks about the event?

10       MR. KOLB:  We have no emails or text messages

11  discussing the substance of what he saw.  It's exchanging the

12  drafts and setting up phone calls, et cetera.

13       THE COURT:  Let me flop tables for a minute.

14  Mr. Woodrow, do you have a request that seeks communications

15  with Quintana.

16       MR. WOODROW:  We do have one that is outstanding

17  right now that has not yet been due and that is the subject

18  of -- because they have the matters that are pending hasn't

19  been looked at with you.  They asked for all the communications

20  that we've had with witnesses.  I said, well, no, you objected

21  to that as early as our first discovery request where we gave a

22  blanket request for all communications with anybody.

23       And they then partially respond with these emails and

24  stuff so now we've had to drill down and be more specific but

25  the request has been given before and they've objected to it as

```
 1   work product.  And we don't know what they're intent to do is
 2   with the emails we've asked for from Quintana that I think are
 3   due next week.
 4          THE COURT:  Okay.  Then if -- when is it due, before
 5   or after Tuesday?
 6          MR. KOLB:  The 1st.
 7          THE COURT:  Okay.  If you would be so kind, if you're
 8   going to assert a privilege over those communications -- you're
 9   shaking your head no, that's not even an issue.
10          MR. KOLB:  They're innocuous.
11          THE COURT:  Okay.  Then I stand corrected.  So then
12   your response on the 31st?
13          MR. KOLB:  Yes, Your Honor.
14          THE COURT:  Okay.  You know, if you choose to
15   expedite things and submit the documents in camera, I will look
16   at them when I get them.  If not, I'll look at your response
17   and make a decision.
18          And what time on the 1st would you all like to conduct
19   that hearing?  Like I said, I'm inclined to have a hearing on
20   it either way, just because alternatively, if you wanted an
21   opportunity to reply, that wouldn't be ripe until the following
22   week.  And you need these documents, so tell me how you want to
23   proceed.
24          MR. WOODROW:  A lot of that is going to depend on
25   what's happened with our discovery cutoff in light of the case
```

1    was dismissed and it was refiled as an amended complaint, which

2    it says that publications had to do with a passenger.  That was

3    one of the issues we amended.

4           At this point, we don't know there's a 30(b)(6)

5    witness we still want.  There's a witness, one more for the

6    plaintiff --

7           THE COURT:  Mr. Woodrow, I've got to focus you to

8    answer my question, please.  Would you rather file a reply or

9    have a hearing on June 1st.  If you file a reply, I don't need

10   a hearing.  What is your pleasure, sir?

11          MR. WOODROW:  If you would like me to come back down

12   here, I think the client would prefer I just let you decide it

13   on the papers.

14          THE COURT:  That's fine.  I'll have the response on

15   the 31st.  I will wait for your reply, which I would prefer to

16   have by Monday, the 6th so that I can get you an answer as

17   quickly as possible.

18          I won't set it for oral argument unless I think it's

19   necessary, and we'll try to get you that one as quick as

20   possible.  I think that then resolves the pending disputes.  Am

21   I wrong, Mr. Woodrow?  Resolves it to the extent that it can.

22   I'm going to have triple --

23          MR. WOODROW:  That's my guess.  Two of the discovery

24   disputes that we still have are a request that we made for them

25   to give us even some sort of stipulation as to her benefits.

```
 1   That being the pension and the flight, and that's separate from
 2   the statement that was --
 3              THE COURT:  I've compelled them to turn that over.
 4              MR. WOODROW:  Okay.  Okay.  I'm sorry.  I wasn't
 5   clear that that had happened.  That is --
 6              THE COURT:  Okay.
 7              MR. WOODROW:  That is the extent of it.
 8              THE COURT:  You can advise simply by email to
 9   chambers the date of the Cookson deposition, if you set it.  As
10   I said, we'll make every effort to stay available.  If you need
11   a telephonic hearing on that date, you know how to set an
12   informal discovery hearing if you prefer in lieu of motions to
13   compel.
14         We do not as a matter of course set things for zoom.
15   That has to be requested, we're back in person.  So you have to
16   talk about that in advance and consider it when you're
17   proposing your dates.  Okay?  All right.  So then --
18              MR. WOODROW:  Would the Court be amenable to that if
19   we request it, Your Honor?
20              THE COURT:  It depends.  Anything that's evidentiary,
21   no.  Evidence is taken in person absent a real compelling
22   reason why, okay?
23         If it is simply oral argument, particularly just on a
24   legal issue, then more often than, not we're going to set it by
25   zoom.  So it depends both on the proceeding, and the case.
```

1          I understand that you have to travel to be here, and

2    yet -- and I'm fortunate that we have zoom that's so normalized

3    now, but it is not, you know, a foregone conclusion that

4    advocacy is better or that justice is better over the virtual

5    platform.  It just depends.  Okay?

6          I know you're out of town and I understand that your

7    wife is sometimes in London and we will the best that we can,

8    but it depends.  Motions for sanctions, no.  That's in person.

9    Okay?

10         Then a written order will follow.  I'm going to set a

11   deadline of 14 days for the responsive documents unless there's

12   a reason, Mr. Kolb, you tell me that that can't be done?

13         MR. KOLB:  A week and a half?  I think we have

14   everything.  Fourteen days should not be a problem.

15         THE COURT:  Terrific.  A written order will follow

16   memorializing -- essentially, it will be an interim order

17   because part of plaintiff's motion to compel remains pending.

18         It will be captioned as an order following discovery

19   hearing.  It will resolve the motion for sanctions and for

20   service and interim order on your motion to compel, which won't

21   be otherwise be determined until we have the complete briefing

22   on the privilege issue.

23         Gentlemen, I appreciate your in-person appearance at

24   the hearing today.  I have tremendous confidence that we'll

25   finish discovery in this case in a way that's constructive and

```
 1    efficient.  Thank you for your appearances here today.

 2              MR. KOLB:  Thank you, Your Honor.

 3              MR. WOODROW:  Thank you, Your Honor.

 4

 5                   C-E-R-T-I-F-I-C-A-T-E

 6         I hereby certify that the foregoing is an accurate

 7    transcription of the proceedings to the best of my ability in

 8    the above-entitled matter.

 9

10

11    JUNE 13, 2022        Ellen A. Rassie
                           ELLEN A. RASSIE, RMR-CRR
12                         Official Court Reporter
                           To the Honorable Rodney Smith
13                         299 East Broward Blvd., Room 202B
                           Ft. Lauderdale, Florida  33301
14                         (954)769-5448

15

16

17

18

19

20

21

22

23

24

25
```

MR. KOLB: [40]  2/17 15/22 16/16
 16/19 16/23 16/25 17/5 17/13 17/20
 18/7 18/9 18/22 19/4 19/17 19/20 20/1
 20/24 21/22 21/24 22/7 23/18 24/2
 24/14 24/20 24/24 25/6 26/12 27/2
 27/15 27/19 28/10 28/15 28/23 29/2
 29/10 30/6 30/10 30/13 33/13 34/2
MR. PECCHIO: [8]  2/18 24/18 25/14
 25/16 25/18 25/22 26/5 26/9
MR. POLLACK: [1]  2/14
MR. WOODROW: [20]  2/13 5/22 7/1
 7/3 7/5 7/13 8/24 9/14 10/18 11/5
 14/13 15/16 29/16 30/24 31/11 31/23
 32/4 32/7 32/18 34/3
THE COURT: [66]  2/8 2/16 2/20 5/24
 7/2 7/4 7/9 8/9 8/25 10/13 11/3 14/10
 14/25 15/20 16/14 16/17 16/21 16/24
 17/2 17/10 17/16 18/3 18/8 18/20
 18/24 19/14 19/18 19/23 20/15 21/3
 21/23 21/25 22/12 23/21 24/8 24/15
 24/19 24/22 25/3 25/9 25/15 25/17
 25/20 26/3 26/7 26/11 26/16 27/3
 27/18 27/21 28/12 28/16 29/1 29/8
 29/13 30/4 30/7 30/11 30/14 31/7
 31/14 32/3 32/6 32/8 32/20 33/15
THE COURTROOM DEPUTY: [2]  2/5
 2/9

## $

$800 [1]  20/12

## 1

1007 [1]  1/14
103 [1]  1/19
10368 [1]  1/19
13 [1]  34/11
14 [2]  27/7 33/11
1st [4]  27/22 30/6 30/18 31/9

## 2

201 [1]  1/12
2022 [3]  1/5 2/1 34/11
202B [1]  1/24 34/13
21-CV-23155 [1]  1/2
2250 [1]  1/17
22902 [1]  1/12
23155 [2]  1/2 2/9
24 [2]  1/5 2/1
250 [1]  1/12
2600 [1]  1/14
299 [2]  1/24 34/13

## 3

30 [1]  31/4
31st [3]  27/23 30/12 31/15
33134 [1]  1/14
33301 [3]  1/17 1/25 34/13
33324 [1]  1/20

## 4

401 [1]  1/17
4th [1]  27/16

## 5

5448 [1]  34/14

## 6

6th [1]  31/16

## 7

769-5448 [1]  34/14

## 8

84 [1]  1/19

## 9

954 [1]  34/14

## A

AA [22]  5/16 8/25 9/18 9/21 9/25 10/20
 10/22 10/24 10/24 11/9 11/14 11/19
 12/5 12/6 12/13 12/24 14/12 14/14
 15/18 17/23 18/5 20/4
abate [1]  4/5
ability [1]  34/7
able [6]  10/18 12/6 14/9 14/24 17/17
 20/16
about [19]  3/4 6/4 6/17 7/8 7/20 11/8
 12/1 16/25 18/9 19/2 20/12 21/11 22/3
 22/3 23/15 23/25 28/1 29/9 32/16
above [1]  34/8
above-entitled [1]  34/8
absent [1]  32/21
absolutely [1]  4/13
access [1]  20/3
accidentally [1]  8/22
according [1]  24/25
account [1]  25/24
accurate [2]  26/15 34/6
accused [1]  13/13
acknowledged [1]  7/10
across [1]  21/15
action [1]  25/7
actually [2]  4/16 22/18
address [6]  10/11 10/11 16/4 16/7 16/7
 23/23
addressing [1]  4/24
adequate [1]  23/24
admissible [1]  17/15
admit [1]  15/11
admittable [1]  17/11
advance [2]  27/13 32/16
advances [1]  9/2
advise [2]  22/10 32/8
advocacy [3]  9/3 21/13 33/4
affirmative [2]  16/18 19/16
afford [1]  3/18
after [5]  10/3 13/17 14/18 25/7 30/5
afterwards [1]  13/20
again [8]  6/15 8/7 8/11 13/5 13/7 22/11
 22/11 24/8
against [1]  7/14
age [2]  11/12 12/6
agent [1]  19/5
ago [1]  20/2
agree [5]  4/8 4/9 20/19 23/14 25/10
agrees [1]  15/9
ahold [1]  10/18
aircraft [1]  18/22
AIRLINES [3]  1/6 19/11 24/3
Airlines, [1]  2/11
Airlines, Inc [1]  2/11
all [21]  2/5 2/20 5/12 7/21 9/8 9/24
 11/12 11/23 11/25 12/1 12/13 13/22
 19/5 20/5 20/18 25/7 25/9 29/19 29/22
 30/18 32/17
allegation [2]  17/9 19/9
allegations [1]  4/3
alleged [2]  13/4 19/10

allow [2]  24/3 24/6
allowed [2]  17/24 26/19
almost [1]  13/20
already [2]  14/2 23/21
also [11]  2/15 3/21 4/21 5/22 11/20
 17/8 20/24 24/2 26/19 28/13 28/20
alternative [1]  28/11
alternatively [1]  30/20
always [2]  3/18 12/12
am [6]  4/24 11/5 14/25 21/3 28/1 31/20
amenable [1]  32/18
amended [2]  31/1 31/3
AMERICAN [14]  1/6 2/10 5/10 15/14
 15/15 16/14 16/18 16/18 18/25 19/11
 19/24 20/22 23/7 24/3
American's [1]  8/17
amongst [1]  20/10
amount [1]  16/13
another [4]  11/15 12/24 18/10 28/10
answer [3]  27/24 31/8 31/16
anticipating [1]  8/4
any [12]  9/20 11/18 11/22 14/13 16/1
 20/3 20/11 21/4 21/16 22/9 22/13 23/6
anybody [5]  3/23 9/20 9/21 18/16 29/22
anyone [2]  18/14 18/25
anything [11]  3/19 7/22 7/25 13/1 13/21
 13/21 20/5 22/5 28/22 29/3 32/20
apologize [1]  7/6
appearance [1]  33/23
appearances [3]  1/10 2/11 34/1
appearing [1]  2/15
application [1]  16/11
apply [3]  21/15 24/5 25/10
appointed [1]  15/3
appreciate [4]  7/9 24/8 26/17 33/23
approach [1]  24/18
appropriate [1]  4/15
are [28]  3/3 4/3 6/15 6/19 6/25 11/4
 11/12 12/4 15/12 16/2 17/18 19/1 20/6
 21/12 23/14 24/23 25/2 26/7 26/18
 26/23 26/23 27/4 28/18 28/20 29/6
 29/18 30/2 31/24
argued [1]  5/14
argument [4]  20/15 27/22 31/18 32/23
around [1]  27/7
arranged [1]  16/6
arrangements [1]  22/1
as [34]  2/15 3/7 3/21 4/11 4/24 5/16
 9/12 9/13 9/15 9/15 12/14 12/14 15/23
 16/1 17/15 17/21 20/7 23/13 23/13
 24/4 24/4 26/24 29/21 29/21 29/25
 31/1 31/16 31/17 31/19 31/19 31/25
 32/9 32/14 33/18
ask [10]  3/19 3/22 6/14 10/13 11/7
 11/18 14/11 15/1 17/21 28/5
asked [8]  3/17 3/21 9/15 9/17 9/19
 25/24 29/19 30/2
askew [1]  5/5
asking [6]  6/11 6/19 11/3 11/4 14/21
 17/10
asks [1]  28/24
assault [3]  17/9 18/6 19/20
assaulted [1]  18/14
assaulting [1]  16/19
assert [1]  30/8
asserted [2]  19/19 28/22
asserting [1]  26/3
assessment [1]  8/12
assume [1]  5/21
assuming [1]  17/20

**A**

assumption [1]  8/1
at [42]  2/21 3/3 3/6 3/14 3/16 3/19 4/16
 5/19 6/2 6/7 7/10 7/18 8/8 8/17 9/24
 10/10 10/11 13/7 13/22 14/3 14/4
 15/10 15/12 15/24 16/6 17/7 17/15
 17/24 18/3 18/4 18/14 18/22 19/25
 23/10 23/11 24/10 26/9 29/19 30/16
 30/16 31/4 33/23
attempted [1]  20/1
attendant [9]  8/22 12/19 12/21 12/22
 12/23 16/20 17/5 17/14 18/14
attendant's [1]  17/3
attendants [1]  9/20
attention [4]  3/25 33/21
attorney [5]  22/2 25/5 25/20 26/21
 28/18
attorneys [1]  3/1
AUDIO [1]  1/8
authorities [1]  14/6
available [2]  22/14 32/10
away [3]  5/10 18/1 23/7
awfully [1]  8/16

**B**

back [9]  2/22 3/1 12/14 14/10 18/1
 19/23 26/2 31/11 32/15
bad [2]  7/8 11/3
bag [4]  8/23 13/8 13/11 16/22
bank [2]  11/23 20/7
banned [1]  8/21
base [1]  9/10
based [3]  19/15 25/22 25/25
basis [1]  23/22
be [51]  2/8 2/23 5/1 5/10 5/14 5/14
 5/25 6/8 6/24 8/9 11/20 12/23 14/11
 14/23 15/5 15/9 17/8 17/15 17/25 18/5
 19/15 19/18 20/16 20/19 21/16 22/3
 22/14 23/5 23/7 23/17 23/25 26/2
 26/23 27/21 27/25 28/8 28/16 28/19
 29/3 29/24 30/7 30/21 32/15 32/18
 33/1 33/12 33/14 33/16 33/18 33/21
 33/21
because [25]  3/14 5/25 7/15 8/14 8/22
 11/11 12/16 13/23 14/17 15/5 16/4
 16/11 18/17 19/9 19/12 19/19 22/4
 23/18 24/23 27/19 27/23 28/12 29/18
 30/20 33/17
been [11]  9/12 17/6 18/10 19/10 19/13
 21/20 22/24 27/8 29/12 29/19 29/25
before [13]  1/8 3/11 3/25 7/11 13/3
 15/23 21/1 21/9 27/15 28/3 28/4 29/25
 30/4
begun [1]  26/21
behaved [1]  6/2
being [7]  5/3 11/9 12/5 14/9 18/24
 26/14 32/1
belief [1]  23/7
believed [1]  24/10
benefit [3]  5/9 23/6 24/9
benefits [16]  5/12 10/9 11/8 11/25 12/7
 20/4 20/6 23/2 23/11 23/14 23/18
 23/20 24/4 24/6 24/6 31/25
besides [1]  28/17
best [4]  2/25 15/24 33/7 34/7
better [6]  9/6 15/25 27/19 27/21 33/4
 33/4
between [4]  14/13 15/13 25/4 28/21
beyond [1]  4/14
bias [5]  5/4 12/10 17/17 18/8 19/24

**biased** [1]  5/15
bills [1]  12/13
bit [1]  9/23
black [1]  14/1
blanket [1]  29/22
Blvd [2]  1/24 34/13
body [1]  8/16
both [5]  4/18 4/24 10/10 21/20 32/25
bother [1]  8/7
bottom [2]  14/17 15/19
Boulevard [1]  1/17
brewing [4]  4/22 27/8
bridge [2]  7/12 12/24
Bridgewater [1]  27/1
brief [6]  3/13 3/18 3/20 3/25 26/17 28/3
briefing [1]  3/25 33/21
bring [3]  3/6 3/17 4/4
bringing [1]  2/25
brought [3]  3/9 5/21 14/15
Broward [2]  1/24 34/13
BUCHANAN [1]  1/16
buddy [2]  20/9 24/3
bumped [1]  8/22
business [2]  17/23 27/18
but [51]  3/1 3/12 4/3 4/4 4/6 4/12 4/16
 6/5 6/22 7/11 8/13 8/16 8/20 9/1 9/8
 9/11 9/22 10/3 10/15 10/16 10/19
 10/23 12/17 12/20 13/3 13/11 13/17
 13/19 14/21 14/22 15/12 17/8 18/6
 19/15 20/15 21/15 21/19 22/20 22/20
 23/19 24/10 24/12 25/3 26/18 27/9
 27/16 28/22 29/2 29/24 33/3 33/8

**C**

C-E-R-T-I-F-I-C-A-T-E [1]  34/5
California [1]  10/12
call [2]  2/4 23/11
Calling [1]  2/9
calls [1]  29/12
came [6]  3/16 7/18 12/18 12/24 13/4
 13/7
camera [3]  5/23 28/2 30/15
can [19]  3/4 3/12 3/21 7/21 10/13
 11/10 11/12 12/4 12/11 12/14 16/13
 24/2 24/16 27/7 27/19 31/16 31/21
 32/8 33/7
can't [1]  33/12
candid [1]  27/25
captioned [1]  33/18
care [7]  11/2 11/9 11/11 12/1 12/5
 12/12 16/8
carefully [2]  18/1 28/24
careless [1]  7/7
case [16]  1/2 2/9 2/24 3/1 3/10 6/7 6/24
 16/1 19/10 22/24 22/18 22/22 24/25
 30/25 32/25 33/25
catching [1]  27/9
cater [1]  8/17
caught [1]  8/10
CELLER [1]  1/18
certify [1]  34/6
cetera [1]  29/12
chambers [1]  32/9
chance [3]  3/25 14/4 14/5
changes [1]  26/1
characterized [1]  11/23
Charlottesville [1]  1/12
checking [1]  8/1
choose [1]  30/14
circumstances [1]  26/24

**citation** [1]  24/22
cited [3]  14/6 24/25 27/1
City [1]  20/13
civil [1]  2/10
claim [3]  12/19 14/22 19/13
claimed [1]  12/23
clarification [1]  17/21
clarify [1]  20/1
Clark [1]  1/11
clear [7]  6/23 12/19 15/5 19/4 21/11
 29/3 32/5
clearer [1]  8/9
clearest [1]  10/20
clearly [3]  17/17 22/8 22/8
client [2]  25/5 31/12
clients [1]  24/23
close [2]  12/20 13/10
closeness [1]  23/22
CLOWDUS [5]  1/4 2/10 16/19 16/21
 19/4
co [1]  2/15
co-counsel [1]  2/15
coaching [1]  4/17
come [5]  4/24 12/11 22/21 27/23 31/11
comes [2]  21/8 22/22
commencement [1]  25/7
committing [1]  13/16
communicating [3]  8/7 21/11 21/16
communication [1]  22/3
communications [10]  4/7 7/19 11/19
 14/13 15/13 25/4 29/14 29/19 29/22
 30/8
compel [6]  3/14 4/25 28/3 32/13 33/17
 33/20
compelled [1]  32/3
compelling [1]  32/21
complaint [1]  31/1
complete [1]  33/4
completely [1]  19/21
concern [4]  22/20 23/19 23/24 28/12
concerned [3]  23/13 23/25 27/25
concerns [1]  17/24
conclude [1]  4/11
conclusion [1]  33/3
conduct [1]  30/18
conference [1]  3/22
confidence [1]  33/24
confirm [2]  26/12 26/13
confirms [1]  14/7
conflict [3]  13/25 18/20 19/2
confused [2]  24/22 25/13
connected [1]  12/7
connection [3]  5/14 9/18 10/19
connections [2]  11/2 15/18
consider [1]  32/16
considering [2]  22/23 27/4
constructive [1]  33/25
contact [2]  21/19 22/1
contacted [1]  7/21
contemporaneous [1]  28/18
continue [2]  2/23 3/13
controls [1]  23/20
conversation [1]  13/3
conversations [1]  12/18
conveyed [1]  6/22
Cookson [10]  14/11 14/14 15/2 15/13
 15/21 20/25 22/4 24/10 24/12 32/9
Cookson's [2]  15/23 20/19
copy [1]  11/17
Coral [1]  1/14

**C**

correct [5]   16/23 18/7 22/7 24/24 25/16
corrected [1]   30/11
correspondence [8]   4/14 9/4 25/4 28/21
  28/25 29/1 29/2 29/5
corroborate [2]   17/3 17/8
could [9]   3/10 5/10 5/10 5/14 8/6 12/13
  13/9 23/6 23/7
counsel [8]   2/11 2/15 4/7 6/21 17/23
  20/25 21/20 21/20
country [1]   27/16
course [3]   25/1 25/8 32/14
COURT [13]   1/1 1/23 2/4 2/6 6/16
  15/23 17/21 21/1 22/7 22/9 22/10
  32/18 34/12
Court's [2]   3/7 23/19
cousin [1]   23/3
covered [1]   3/11
coziness [1]   11/20
crack [1]   14/3
credibility [1]   15/25
credit [1]   20/4
critical [2]   18/8 19/18
cross [1]   15/8
crossed [1]   22/11
CRR [2]   1/23 34/11
cry [1]   6/18
crystal [1]   12/19
cuff [1]   14/1
current [1]   19/13
cut [1]   6/23
cutoff [1]   30/25
CV [1]   1/2

**D**

Dan [3]   21/22 21/23 21/24
Daniel [1]   1/19
date [6]   22/13 25/12 25/15 25/16 32/9
  32/11
dates [1]   32/17
David [2]   1/13 2/14
Davie [1]   1/20
day [1]   23/15
days [3]   27/7 33/11 33/14
deadline [1]   33/11
deadlines [1]   17/22
deal [3]   22/6 22/22 27/10
death [1]   10/9
decide [3]   12/4 22/6 31/12
decision [1]   30/17
deep [1]   12/1
defamation [1]   22/18
defamatory [4]   18/6 18/10 18/11 18/13
defendant [4]   1/6 1/16 2/17 2/19
defense [1]   19/16
degree [2]   12/5 15/2
demonstrate [1]   10/21
depend [2]   30/24
depends [4]   32/20 32/25 33/5 33/8
depose [7]   11/4 14/11 15/13 17/13
  17/18 17/22 26/11
deposed [6]   15/9 17/6 17/8 18/10 18/18
  24/11
deposition [24]   4/16 5/23 6/3 6/13 8/5
  8/14 9/8 10/4 13/4 14/3 15/2 15/21
  15/23 16/6 16/15 17/14 18/2 18/4
  20/19 21/2 22/13 22/23 24/4 32/9
derive [2]   5/10 5/10
detail [1]   13/4
detailed [1]   13/25

**D** (continued / second column)

determined [1]   33/21
did [8]   9/8 9/25 10/9 10/14 11/4
  11/11 14/9 23/22
didn't [17]   7/22 7/25 8/15 9/6 9/10 10/1
  12/21 13/1 13/20 16/5 16/8 18/11
  18/12 18/16 19/12 19/15 19/21
different [2]   24/11 25/11
difficult [2]   8/11 8/18
disclosed [1]   16/8
disclosures [1]   7/23
discover [2]   6/13 15/6
discoverable [8]   5/4 5/11 6/2 23/5 23/8
  23/17 24/1 24/13
discovering [1]   20/17
discovery [23]   2/23 3/22 3/24 5/1 5/5
  5/6 5/6 5/17 6/6 6/8 6/9 6/24 9/16 12/1
  14/15 17/20 27/5 29/21 30/25 31/23
  32/12 33/18 33/25
discrepancy [1]   14/9
discussing [1]   29/11
disinterested [1]   11/1
dismissed [1]   31/1
dispute [1]   14/16
disputes [4]   2/23 3/3 31/20 31/24
DISTRICT [4]   1/1 1/1 2/6 2/6
do [24]   3/7 3/10 3/21 7/15 9/16 9/20
  9/23 9/25 10/1 10/2 10/19 10/25 17/11
  21/21 23/11 24/6 26/7 26/11 27/19
  29/14 29/16 30/1 31/2 32/14
docket [1]   7/10
document [2]   5/20 25/11
documents [6]   6/14 22/25 28/17 30/15
  30/22 33/11
does [3]   12/9 12/10 12/10
doesn't [7]   4/4 6/4 6/6 13/12 14/8 17/7
  20/8
doing [1]   5/19
dollars [1]   12/10
don't [29]   3/8 3/11 4/9 5/13 5/13 5/16
  6/5 7/3 7/4 8/5 9/12 9/22 10/2 10/2
  10/21 11/22 12/1 12/8 14/16 17/25
  20/19 22/8 26/9 27/10 27/16 28/22
  30/1 31/4 31/9
done [3]   14/8 27/15 33/12
door [1]   18/22
Douglas [1]   1/14
down [3]   24/15 29/24 31/11
downplay [1]   11/1
downplayed [1]   10/19
draft [4]   24/20 25/11 25/14 29/6
drafted [1]   25/25
drafts [1]   29/12
drill [1]   29/24
dropped [1]   10/3
due [3]   29/17 30/3 30/4
during [3]   11/16 25/1 25/8

**E**

earlier [1]   28/8
early [1]   29/21
East [1]   34/13
efficient [1]   34/1
effort [2]   22/14 32/10
efforts [1]   23/22
eight [1]   20/9
either [5]   6/20 13/23 19/6 20/20 30/20
eliminate [1]   8/3
Elja [1]   25/12
Elja Kaiser [1]   25/12
ELLEN [3]   1/23 34/11 34/11
else [3]   3/19 20/5 22/9

**E** (continued / third column)

email [7]   7/20 8/4 8/6 8/20 13/19 28/9
  28/11
emailed [1]   3/4
emails [3]   29/10 29/23 30/2
emotional [1]   4/4
employee [4]   12/24 17/16 18/5 19/1
ended [1]   10/4
enjoys [1]   23/2
enough [3]   23/5 23/25 28/1
entitled [1]   34/8
entry [1]   25/13
Esq [4]   1/11 1/13 1/16 1/19
essentially [2]   23/10 33/16
establish [1]   10/23
et [1]   29/12
even [9]   5/13 5/13 5/14 7/17 10/21
  12/19 24/12 30/9 31/25
event [1]   29/9
events [4]   5/6 21/13 21/16 26/14
ever [2]   5/13 20/11
every [7]   11/15 18/15 18/18 21/15
  21/15 22/14 32/10
everyone [2]   7/16 15/9
everything [2]   6/4 33/14
evidence [5]   15/18 17/10 19/2 27/13
  32/21
evidentiary [2]   26/20 32/20
exact [1]   14/23
exactly [2]   22/16 27/9
examined [1]   15/10
excepts [1]   25/3
exchanging [1]   29/11
expect [2]   2/22 14/23
expectation [1]   23/2
expects [1]   5/9
expedite [2]   27/5 30/15
explained [1]   24/12
explore [1]   9/18
extent [7]   5/4 5/8 5/12 20/21 21/18
  31/21 32/7
eye [1]   8/10
eyewitness [1]   25/24

**F**

fact [7]   3/13 3/20 18/16 19/11 19/21
  21/6 26/20
facts [4]   4/13 8/21 10/14 26/23
fair [1]   27/10
fairly [1]   9/12
familiar [2]   10/14 26/18
family [8]   5/17 11/10 12/4 12/5 12/6
  15/18 20/10 23/2
far [4]   4/14 5/5 9/15 23/13
favorable [1]   11/13
favorably [1]   19/24
feel [6]   6/4 6/6 7/7
feels [1]   10/5
felt [3]   8/13 8/19 15/8
figure [3]   5/19 12/19 20/7
file [2]   31/8 31/9
filed [1]   3/12
filings [1]   16/2
final [3]   25/18 26/4 26/7
finally [1]   24/15
find [1]   7/11
finding [1]   9/11
fine [1]   31/14
finish [2]   6/24 33/25
first [6]   2/21 7/5 7/25 10/17 13/13
  29/21

**F**

five [1] 20/10
FLEISCHER [1] 1/8
flesh [1] 15/4
fleshed [1] 26/24
flight [17] 8/21 8/22 9/20 9/20 12/7
 12/19 12/21 12/22 12/23 16/20 16/20
 17/3 17/5 17/14 18/14 20/4 32/1
flop [1] 29/13
FLORIDA [8] 1/1 1/4 1/14 1/17 1/20
 1/25 2/6 34/13
flown [1] 20/12
fly [1] 27/11
focus [1] 31/7
follow [2] 33/10 33/15
followed [1] 19/17
following [2] 30/21 33/18
foregoing [1] 34/6
foregone [1] 33/3
form [1] 15/18
fortunate [1] 33/2
forward [2] 21/2 22/3
foul [1] 6/18
fouls [1] 6/18
found [1] 22/16
four [1] 18/12
Fourteen [1] 33/14
fraction [1] 20/6
frankly [5] 3/9 12/15 21/14 23/24 27/10
free [1] 11/11
front [3] 13/2 21/4 24/20
Ft [3] 1/17 1/25 34/13
full [1] 27/18
fully [1] 14/16
further [2] 9/16 29/3
future [3] 5/9 23/1 23/16

**G**

Gables [1] 1/14
gate [5] 4/3 9/2 9/4 15/6 19/5
gave [3] 11/17 16/18 29/21
generally [1] 25/1
generated [1] 25/8
gentleman [1] 16/9
Gentlemen [1] 33/23
get [22] 3/1 4/15 4/19 6/9 9/6 9/16
 10/18 11/11 11/15 12/9 12/10 12/14
 14/3 14/4 14/5 14/18 14/20 15/17
 27/15 30/16 31/16 31/19
gets [3] 11/25 20/9 24/15
getting [4] 10/8 11/25 12/11 18/3
give [8] 11/9 11/13 13/11 14/21 14/23
 16/4 21/25 31/25
given [1] 29/25
giving [1] 13/4
global [1] 21/14
globally [1] 5/1
go [1] 22/2
God [1] 9/8
goes [2] 20/5 21/2
going [44] 3/1 4/18 4/25 5/6 5/25 6/5
 6/11 6/14 8/12 9/7 9/9 10/6 10/16
 12/25 13/18 14/4 14/5 14/10 14/18
 14/20 14/22 14/25 15/9 17/18 19/1
 19/16 20/16 20/25 21/4 21/19 22/3
 22/3 26/7 26/23 27/3 27/13 27/23
 27/25 28/8 30/8 30/24 31/22 32/24
 33/10
good [6] 2/8 2/14 2/18 12/12 20/24
 26/18

got [4] 7/25 10/6 14/16 31/7
government [1] 10/23
gratitude [2] 11/10 12/11
gratuitously [1] 8/14
Gray [2] 17/6 19/5
Gray's [1] 17/14
grew [1] 12/12
guess [2] 15/17 31/23
guidelines [1] 24/5
guy [6] 8/2 10/5 10/22 10/23 13/5 18/21

**H**

had [14] 4/7 7/21 9/18 11/17 11/19
 14/1 16/3 22/17 22/21 23/21 29/20
 29/24 31/2 32/5
half [2] 27/17 33/13
handing [1] 8/23
happen [1] 19/15
happened [4] 10/4 12/20 30/25 32/5
happening [1] 13/19
happens [1] 22/11
harass [1] 17/24
hard [3] 4/10 6/18 7/10
harm [1] 14/8
has [19] 4/5 5/9 5/13 6/24 9/5 9/12
 15/25 18/10 18/15 20/3 20/25 21/11
 21/20 23/4 26/21 27/8 29/17 29/25
 32/15
hasn't [1] 29/18
have [60] 3/8 3/12 3/12 4/11 4/23 6/22
 7/20 8/6 8/12 8/25 9/7 9/9 9/10 10/3
 10/11 11/19 12/1 14/17 15/12 16/6
 16/7 17/7 17/10 17/11 17/13 17/20
 17/22 17/23 18/1 20/22 21/9 22/8
 22/16 22/23 23/6 23/21 24/20 26/11
 26/23 27/12 28/12 29/4 29/6 29/8
 29/10 29/14 29/16 29/18 30/19 31/9
 31/14 31/16 31/22 31/24 32/15 33/1
 33/2 33/13 33/21 33/24
haven't [1] 23/1
having [3] 5/5 25/10 25/23
Haze [1] 1/16
he [71] 5/9 5/16 8/16 8/21 8/22 8/24
 9/11 9/12 9/17 9/18 9/21 9/25 10/1
 10/1 10/19 10/21 10/24 10/25 11/6
 11/8 11/16 11/17 11/17 12/9 12/10
 12/10 12/17 12/18 12/18 12/20 12/21
 12/22 12/23 12/24 12/25 13/1 13/1
 13/2 13/4 13/5 13/7 13/7 13/10 13/10
 13/11 13/12 13/24 13/25 14/1 14/7
 15/3 16/5 16/7 16/12 16/13 16/19 18/5
 18/21 18/22 18/22 19/20 19/21 20/13
 21/21 23/4 23/6 23/24 26/1 29/3 29/4
 29/11
He'll [1] 18/5
he's [7] 12/11 13/4 13/9 14/2 16/10
 20/11 23/19
head [1] 30/9
headed [1] 5/24
health [2] 20/4 23/11
hear [9] 12/21 13/12 14/5 18/11 18/12
 18/17 19/12 19/21 21/1
heard [16] 12/18 13/17 13/24 18/19
 18/21 18/23 18/23 18/25 18/25 19/5
 19/7 19/8 21/11 22/8 22/8 23/1
hearing [15] 1/7 3/24 4/12 4/24 7/11
 13/9 22/15 30/19 30/19 31/9 31/10
 32/11 32/12 33/19 33/24
heart [3] 5/19 6/7 8/7
HELD [1] 1/8

help [2] 10/15 11/14
her [25] 11/7 11/8 11/12 11/16 11/17
 11/17 11/18 11/20 12/6 15/14 15/23
 15/24 16/5 17/22 20/6 20/7 21/1 21/5
 21/19 21/20 22/1 23/23 23/23 23/23
 31/25
here [12] 2/21 4/3 7/12 13/18 14/21
 21/15 24/7 25/12 27/25 31/12 33/1
 34/1
Here's [1] 21/3
hereby [1] 34/6
hesitant [1] 16/4
hesitate [1] 22/10
hey [2] 10/21 11/10
hid [1] 16/3
him [30] 5/11 8/2 8/3 8/8 8/20 8/23
 9/17 9/24 11/4 11/10 11/19 11/20
 12/12 13/7 13/13 13/18 14/3 14/4 14/5
 16/6 16/22 17/4 20/2 20/16 22/2 23/5
 23/20 25/21 26/1 29/5
himself [2] 5/16 20/14
his [32] 4/22 4/23 5/13 5/18 8/14 8/23
 10/19 11/2 11/7 12/16 13/6 15/1 16/4
 16/6 16/7 16/11 18/8 19/24 19/24 20/5
 20/12 21/25 23/3 23/4 23/18 23/22
 23/25 25/5 25/20 25/23 25/24 28/24
 history [1] 11/7
hit [7] 12/21 13/4 16/21 17/4 18/17
 19/5 19/6
hold [1] 27/22
Honor [16] 2/14 2/17 2/18 5/22 7/5
 7/13 9/14 15/22 24/18 24/24 26/5
 26/10 30/13 32/19 34/2 34/3
HONORABLE [4] 1/8 1/24 2/7 34/12
hope [3] 2/21 9/16 21/10
hopeful [1] 27/8
hopefully [3] 6/22 7/18 14/24
hostile [1] 7/17
how [23] 5/5 5/6 5/14 6/1 6/1 6/24 7/20
 8/14 9/23 9/25 10/1 11/6 11/8 11/9
 11/22 12/9 12/10 13/9 15/7 16/17
 20/22 30/22 32/11
husband [2] 9/22 10/10

**I**

I get [1] 30/16
I have [1] 33/24
I will [3] 22/14 30/15 31/15
I'd [3] 27/5 27/21 28/4
I'll [3] 15/11 30/16 31/14
I'm [36] 3/8 5/5 6/11 6/14 8/13 8/25
 10/14 10/18 11/3 11/3 13/17 14/10
 15/11 17/10 18/3 20/20 20/22 21/3
 22/10 23/9 23/13 23/15 24/22 25/9
 25/10 25/13 27/3 27/8 27/25 27/25
 28/10 30/19 31/22 32/4 33/2 33/10
I've [4] 6/23 9/4 31/7 32/3
identified [1] 21/20
if [56] 3/4 7/3 7/17 8/6 10/2 10/21
 10/21 11/2 11/3 11/24 12/8 12/17
 13/19 13/24 14/7 14/8 14/16 14/17
 14/18 14/20 14/22 17/14 17/25 21/5
 21/7 22/5 22/7 22/10 22/11 22/12
 22/14 22/22 22/23 24/16 26/13 27/1
 27/16 27/22 28/2 28/8 28/18 28/24
 29/2 30/4 30/7 30/7 30/14 30/16 30/20
 31/9 31/11 32/9 32/10 32/12 32/18
 32/23
impeach [1] 14/4
impeachable [2] 18/17 19/12

importance [1]  18/4
important [4]  11/7 12/3 15/16 21/1
impression [2]  22/25 23/6
improper [1]  21/17
in [70]  2/6 2/22 2/23 2/23 2/25 3/1 3/9
4/10 5/23 6/24 7/18 8/4 8/6 8/7 8/9
8/14 9/5 9/7 9/9 10/12 11/10 11/12
12/6 13/1 13/4 13/4 13/10 13/13 14/5
14/8 16/2 16/5 16/13 18/1 18/20 19/2
19/10 20/11 20/20 21/4 21/6 21/8
22/13 22/13 22/15 22/22 22/23 23/15
24/5 24/20 27/5 27/7 28/2 28/4 28/5
28/8 28/9 29/2 30/15 30/25 32/12
32/15 32/16 32/21 33/7 33/8 33/23
33/25 33/25 34/7
in-person [1]  33/23
inappropriate [1]  4/8
Inc [1]  2/11
incentives [1]  23/15
incident [1]  7/24
inclination [1]  26/16
inclined [1]  30/19
income [1]  20/7
incredibly [1]  4/21
individuals [1]  24/23
infected [1]  4/13
influence [1]  11/13
informal [1]  32/2
information [3]  20/5 22/1 23/10
INGERSOLL [1]  1/16
initial [1]  7/23
innocuous [2]  24/4 30/10
inside [1]  12/25
inspection [1]  28/2
insurance [2]  20/4 23/12
intend [2]  3/13 16/17
intent [1]  30/1
intention [1]  6/23
interim [1]  33/16 33/20
international [1]  16/20
interrupt [1]  10/13
interview [1]  25/22
interviewed [3]  18/12 18/15 18/18
into [7]  4/24 5/6 5/17 6/6 10/7 12/1
12/8
invasive [1]  12/2
investigator [2]  10/6 10/7
involve [1]  23/23
involved [2]  16/5 17/25
involves [1]  3/15
irrelevant [2]  19/13 19/22
is [96]  2/6 2/25 3/5 3/6 3/14 3/19 3/23
4/6 4/8 4/10 4/21 4/21 5/2 5/3 5/4 5/17
5/25 6/1 6/2 6/7 6/9 6/15 6/19 8/11
8/19 9/1 9/1 11/15 12/3 12/4 12/6
13/17 13/18 13/19 13/22 14/5 15/6
15/9 15/12 15/17 15/24 16/11 16/12
16/12 17/5 17/15 18/3 18/8 18/13
18/17 18/20 19/6 19/8 19/11 19/12
19/21 19/23 19/24 20/14 20/18 20/21
21/5 21/14 21/21 21/21 22/7 22/13
23/3 23/5 23/23 23/24 24/11 24/12
24/13 24/20 25/10 26/14 26/18 27/23
28/17 29/2 29/16 29/17 30/4 30/4
30/24 31/10 32/5 32/7 32/21 32/23
33/3 33/4 33/4 33/7 34/6
isn't [1]  27/8
issue [10]  3/19 17/24 19/25 22/3 22/17
22/19 28/1 30/9 32/24 33/22

issues [1]  31/3
it [13]  2/25 8/19 10/3 14/5 15/3 23/3
3/25 4/4 4/5 4/10 4/11 4/12 5/8 5/18
6/2 6/10 6/15 6/19 7/7 7/14 7/14 7/15
8/6 8/11 8/18 8/23 9/1 9/6 10/2 10/7
10/10 10/15 10/25 11/18 11/23 12/9
12/22 12/23 12/25 13/6 13/15 13/24
14/8 15/1 15/6 15/7 15/7 15/11 16/8
16/16 16/17 17/1 18/23 18/23 18/24
18/25 19/7 19/8 19/14 19/19 20/3 21/3
21/7 22/11 22/15 22/18 22/19 22/19
22/22 22/22 22/23 23/2 23/7 23/12
23/25 24/11 24/12 24/17 25/10 25/21
26/1 26/19 27/7 27/15 28/3 28/4 28/8
28/24 29/1 29/3 29/25 30/4 30/20 31/1
31/2 31/12 31/18 31/21 31/21 32/7
32/9 32/16 32/19 32/20 32/23 32/24
32/25 33/3 33/5 33/8 33/16 33/18
33/19
it's [25]  5/17 6/17 7/2 7/10 7/11 11/16
15/8 19/1 19/4 19/13 21/1 21/22 22/20
22/20 22/25 23/3 23/3 23/4 23/5 25/12
26/16 27/10 27/18 29/11 31/18

**J**
jet [1]  12/24
jetway [1]  18/21
JUDGE [2]  1/9 2/10
judgment [1]  19/14
June [3]  27/16 31/9 34/11
June 1st [1]  31/9
jury [6]  10/21 12/4 14/9 17/17 20/15
24/9
jury's [1]  14/4
just [31]  3/21 4/2 4/5 4/17 6/4 6/4 6/6
6/23 7/5 7/6 7/11 7/21 8/1 8/2 8/5 8/6
9/4 11/24 12/4 13/1 13/3 13/25 13/25
15/2 22/23 25/13 28/20 30/20 31/12
32/23 33/5
justice [1]  33/4

**K**
Kaiser [3]  25/12 25/17 25/19
Kelly [2]  1/16 2/17
kerfuffle [1]  18/21
kicked [1]  8/21
Kim [1]  18/11
kind [3]  10/4 26/22 30/7
kindness [1]  7/17
knew [4]  5/24 11/2 11/6 11/8
know [49]  2/20 3/3 3/11 4/9 6/9 8/15
9/19 9/20 9/21 9/22 9/22 9/23 9/25
10/1 10/1 10/2 10/2 10/3 10/5 10/15
10/21 10/25 11/6 12/8 12/16 12/17
13/9 13/13 13/18 14/16 14/20 16/5
16/10 16/11 20/21 21/19 21/21 23/24
24/11 26/19 27/1 27/16 28/8 30/1
30/14 31/4 32/11 33/3 33/6
knowing [8]  8/25 12/12 24/9
knowledge [2]  15/24 15/25
known [1]  16/7
knows [1]  24/12
Kolb [7]  1/16 2/17 2/22 6/14 14/25
15/20 33/12
Kolb's [2]  7/7 8/12

**L**
lack [1]  15/25
language [2]  8/10 8/16
Las [1]  1/17

last [2]  3/4 7/6
later [1]  13/12
Lauderdale [3]  1/17 1/25 34/13
LAUREN [2]  1/8 2/7
law [1]  24/25
lawsuit [1]  25/8
lawyer [1]  9/3
lay [1]  9/13
lays [1]  29/5
lead [1]  6/25
least [8]  3/3 3/6 3/14 3/16 7/18 8/17
10/11 15/12
leave [1]  27/15
led [1]  15/7
left [1]  17/21
legal [2]  1/18 32/24
legitimate [1]  22/17
less [1]  27/7
let [5]  8/9 18/9 26/16 29/13 31/12
Lewis [1]  1/11
lie [2]  19/24 23/15
lied [2]  13/15 13/21
lieu [1]  32/12
life [2]  8/22 11/25
light [1]  30/25
like [26]  5/14 6/9 7/1 9/2 9/7 10/4 10/5
11/23 13/10 13/17 13/18 13/21 13/21
14/1 15/8 17/22 20/15 23/3 23/10
26/25 27/5 27/9 27/21 30/18 30/19
31/11
likely [1]  28/1
limit [1]  6/1
line [2]  15/19 22/11
list [2]  8/2 15/12
Listen [1]  7/9
literally [2]  22/20 23/14
litigation [4]  4/4 17/25 25/1 26/21
little [1]  15/11
live [1]  17/15
lived [2]  10/10 10/23 16/9 23/4
LLP [1]  1/10
loaded [1]  8/16
local [3]  24/23 25/3 26/19
log [6]  3/17 5/21 24/16 25/4 26/18
28/17
logged [1]  28/19 28/22
logs [1]  27/14
London [1]  33/7
long [1]  10/1
look [6]  7/10 8/18 11/24 13/22 30/15
30/16
looked [3]  10/7 13/1 29/19
looking [3]  23/10 23/11 29/3
lose [1]  8/15
lot [4]  6/5 8/15 27/1 30/24
loud [3]  12/25 21/11 22/19
loudly [1]  12/21
LOUIS [2]  1/8 2/7
lying [1]  13/13

**M**
M-A-T-L-O-W [1]  21/24
made [4]  8/18 19/3 26/2 31/24
MAGISTRATE [1]  1/9
Main [1]  1/12
make [15]  3/7 4/2 4/10 7/15 8/12 9/10
12/13 16/15 16/16 16/18 22/1 22/14
27/12 30/17 32/10
makes [2]  9/15 12/15
making [1]  20/2

**M**

man [1]  8/13
many [4]  6/18 9/25 12/9 12/10
Marino [2]  18/13 19/5
mask [3]  13/5 13/7 14/1
master [2]  15/3 22/9
materials [1]  3/8
Matlow [2]  21/22 21/24
matter [4]  19/19 21/12 32/14 34/8
matters [1]  29/18
may [5]  1/5 2/1 7/20 14/23 24/18
may be [1]  14/23
maybe [1]  8/15
me [33]  4/10 5/8 6/11 6/15 6/25 6/25
 7/1 7/14 8/6 8/9 8/11 8/13 10/16 10/16
 12/21 13/11 16/14 18/9 18/17 19/6
 19/6 21/4 21/11 22/5 22/6 22/12 22/16
 23/14 28/7 29/13 30/22 31/11 33/12
mean [8]  12/3 12/18 13/20 13/21 14/2
 20/1 23/9 29/9
meanwhile [2]  13/3 13/11
medical [1]  23/12
members [1]  20/10
memorializing [1]  33/16
merits [1]  16/1
messages [1]  29/10
Mexican [1]  16/10
Mexico [1]  20/13
MIAMI [2]  1/2 1/4
middle [1]  22/15
midst [1]  22/23
might [3]  11/9 11/19 11/20
mind [1]  7/3
minute [1]  29/13
minutes [2]  7/10 16/25
mom [2]  23/3 23/4
moment [1]  17/7
moments [1]  13/12
Monday [1]  31/16
months [3]  9/25 10/2 10/22
Moore [1]  2/10
more [8]  3/24 17/20 20/11 25/14 26/23
 29/24 31/5 32/24
morning [5]  2/1 2/8 2/14 2/18 28/5
most [1]  15/16
mother [8]  4/23 5/13 11/5 11/5 11/12
 20/5 23/20 23/25
mother's [6]  9/22 10/8 16/4 16/7 20/12
 23/19
motifs [1]  14/2
motion [19]  3/14 3/15 4/6 4/10 4/25
 4/25 6/17 7/14 8/18 10/14 15/1 20/21
 20/22 21/4 21/10 22/5 33/17 33/19
 33/20
motions [6]  3/12 3/21 6/8 6/8 32/12
 33/8
motivation [1]  19/24
move [2]  19/16 21/9
moves [1]  21/6
Mr [33]  2/22 3/6 7/7 7/20 8/12 9/11
 14/25 15/20 16/3 16/8 16/19 17/1 18/4
 18/13 18/16 19/4 19/5 19/11 20/2 20/3
 20/10 21/25 22/7 23/14 24/10 24/11
 24/13 25/17 25/19 28/21 31/7 31/21
 33/12
Mr. [7]  6/14 9/17 14/15 16/4 21/11
 22/10 29/14
Mr. Kolb [1]  6/14
Mr. Pecchio [1]  14/15
Mr. Quintana [2]  9/17 16/4

Mr. Woodrow [3]  21/11 22/10 29/14
Ms [2]  14/11 14/11
Ms. [10]  14/14 15/13 15/23 17/6 18/11
 19/5 20/25 22/4 24/10 24/12
Ms. Cookson [6]  14/14 15/13 20/25
 22/4 24/10 24/12
Ms. Cookson's [1]  15/23
Ms. Gray [2]  17/6 19/5
Ms. Kim [1]  18/11
much [6]  5/6 6/1 6/1 11/9 12/14 19/25
my [19]  6/23 7/15 7/18 8/4 8/7 8/10
 8/18 9/22 11/12 13/9 15/1 15/8 16/25
 22/25 23/6 26/16 31/8 31/23 34/7

**N**

name [1]  4/23
narrow [1]  6/7
national [1]  16/10
nature [2]  5/2 26/24
nauseated [1]  13/20
necessarily [1]  12/8
necessary [1]  31/19
need [15]  4/4 4/18 5/19 13/5 13/7 13/8
 20/8 22/9 27/3 27/24 28/4 28/4 30/22
 31/9 32/10
needed [1]  22/15
neutral [1]  8/19
neutrally [1]  9/12
never [6]  12/19 13/13 13/15 16/7 18/14
 20/11
new [2]  9/22 10/9
next [1]  30/3
night [2]  3/4 28/6
no [22]  1/2 10/1 13/1 14/8 15/25 17/13
 18/16 18/17 18/23 19/4 19/7 19/9 20/3
 20/3 21/12 28/15 29/4 29/10 29/20
 30/9 32/21 33/8
nodding [1]  3/6
non [4]  11/19 15/24 18/5 19/12
non-AA [1]  18/5
non-impeachable [1]  19/12
non-party [1]  15/24
non-privileged [1]  11/19
nonetheless [1]  22/21
normalized [1]  33/2
nose [1]  13/6
not [54]  2/25 3/9 3/11 3/20 6/5 6/8 7/15
 9/1 9/3 9/10 9/24 10/16 10/18 11/3
 14/3 14/5 14/22 15/9 17/24 18/6 18/17
 19/1 19/2 19/9 20/16 20/20 20/22 21/3
 21/14 21/19 22/2 22/10 23/3 23/9
 23/10 23/11 23/18 23/20 23/22 24/3
 24/6 24/12 24/23 25/9 27/9 28/23
 28/25 29/17 30/9 30/16 32/14 32/24
 33/3 33/14
note [2]  2/11
notes [2]  28/15 28/18
notify [1]  22/12
notion [1]  20/13
notwithstanding [1]  3/13
now [15]  2/6 4/21 6/19 10/19 14/25
 15/4 16/5 16/10 20/25 21/9 21/18
 22/18 29/17 29/24 33/3
number [3]  2/9 9/19 10/25

**O**

objected [2]  29/20 29/25
objection [1]  28/21
objections [1]  23/9
observation [1]  4/11

observed [1]  29/4
obtained [1]  19/18
obviously [2]  3/8 21/6
occurred [2]  4/16 25/25
oddly [1]  6/2
off [4]  6/25 8/2 8/21 14/1
offer [1]  22/17
offered [1]  25/24
offguard [1]  27/9
Official [2]  1/23 34/12
often [1]  32/24
oh [4]  9/8 10/8 13/4 14/1
okay [34]  2/16 2/20 4/5 4/18 5/24 6/18
 8/9 9/6 9/14 14/25 15/20 16/14 16/24
 17/2 18/3 18/24 22/12 22/25 23/21
 24/14 25/3 25/9 26/16 30/4 30/7 30/11
 30/14 32/4 32/4 32/6 32/17 32/22 33/5
 33/9
Olas [1]  1/17
old [2]  11/12 12/6
on [47]  3/1 3/14 4/6 6/19 9/20 10/6
 12/24 12/25 13/5 13/18 14/16 14/24
 15/11 16/20 16/25 18/21 19/15 19/16
 19/19 20/12 21/3 21/9 22/16 25/12
 25/15 25/16 25/22 25/25 27/11 27/16
 27/22 27/23 27/24 28/5 28/17 30/12
 30/18 30/19 30/24 31/9 31/13 31/14
 32/11 32/23 32/25 33/20 33/22
one [19]  3/4 4/19 11/6 11/14 12/17
 14/3 17/5 17/6 18/9 20/9 20/11 22/16
 25/14 26/12 27/17 29/16 31/3 31/5
 31/19
one-way [1]  20/9
only [7]  12/3 12/15 14/2 22/20 29/5
 29/8 29/9
operating [2]  7/23 8/1
opportunity [6]  3/18 3/20 8/12 27/12
 28/3 30/21
opposed [1]  15/2
options [1]  3/12
or [44]  3/11 3/16 4/11 4/19 5/9 5/10
 6/14 6/20 7/16 8/16 9/12 10/2 10/11
 10/22 11/17 11/20 13/15 13/21 13/24
 15/9 15/14 16/3 18/18 19/2 19/6 19/9
 20/5 21/13 21/13 21/21 22/6 22/13
 23/6 23/16 24/12 25/4 26/21 26/21
 27/16 28/8 29/10 30/5 31/8 33/4
oral [3]  27/22 31/18 32/23
order [7]  2/4 28/5 33/10 33/15 33/16
 33/18 33/20
ore [1]  20/21
other [15]  4/20 7/16 7/21 11/18 12/23
 17/2 17/5 17/6 17/13 17/17 18/23
 18/23 26/14 28/12 28/17
otherwise [2]  21/13 33/21
our [8]  6/9 11/10 14/24 17/24 19/8
 26/19 29/21 30/25
out [22]  2/25 4/2 5/1 5/19 7/11 9/2 9/4
 9/16 11/14 12/9 15/4 15/5 15/17 15/24
 18/9 20/3 20/6 20/25 22/19 26/24 29/5
 33/6
outrageous [2]  4/17 4/17
outside [1]  6/1
outstanding [2]  14/15 29/16
over [5]  13/6 26/3 30/8 32/3 33/4
own [1]  14/24

**P**

P-R-O-C-E-E-D-I-N-G-S [1]  2/2
P.A [1]  1/18

**P**

pages [1] 25/13
pantomimed [1] 15/8
papers [1] 31/13
part [3] 5/16 12/5 33/17
partially [1] 29/23
particularly [2] 8/14 32/23
parties [3] 22/12 22/16 24/21
party [2] 15/24 19/9
pass [1] 24/3
passenger [14] 5/9 17/6 17/8 17/14
 17/18 18/5 18/10 18/15 18/18 18/23
 19/7 19/8 25/11 31/2
passenger's [1] 18/2
passengers [2] 17/24 18/12
passes [2] 20/9 20/12
past [3] 23/11 23/14 23/15
path [1] 6/23
paying [3] 12/13 12/20 13/10
Pecchio [4] 1/19 2/19 3/6 14/15
peculiar [1] 9/5
pending [4] 16/12 29/18 31/20 33/17
pension [4] 11/25 20/6 20/8 32/1
pensions [1] 20/4
people [2] 26/25 27/10
period [1] 25/6
perjure [1] 20/13
perjury [2] 13/14 13/16
perplexing [1] 12/16
person [11] 2/22 2/23 9/7 9/9 14/5
 17/12 17/19 32/15 32/21 33/8 33/23
person's [1] 17/17
personally [2] 7/15 12/9
perspective [3] 4/15 8/18 8/20
phone [1] 29/12
picked [1] 16/7
placed [1] 22/20
plaintiff [10] 1/4 1/10 2/13 2/15 3/5 6/11
 16/3 17/3 17/3 21/5 31/6
plaintiff's [6] 3/14 4/7 6/21 16/2 17/23
 33/17
plan [3] 6/9 17/18 26/9
planning [1] 14/17
platform [1] 33/5
plausible [1] 13/6
Plaza [1] 1/11
please [3] 2/8 24/19 31/8
pleasure [1] 31/10
pled [1] 19/13
point [12] 8/8 8/17 17/1 18/9 18/17
 18/24 19/6 19/12 20/24 20/25 26/22
 31/4
pointed [1] 20/6
points [1] 15/24
Pollack [2] 1/13 2/15
position [4] 9/5 15/1 15/21 20/18
possible [3] 11/17 31/17 31/20
practice [2] 7/15 21/15
precarious [1] 9/5
precise [1] 13/4
preclude [2] 20/16 21/4
predicated [1] 6/24
prefer [3] 31/12 31/15 32/12
prejudice [1] 3/23
prejudicing [1] 4/19
prepared [4] 3/9 5/22 26/18 28/20
present [5] 5/9 23/1 23/15
president [1] 20/7
presiding [1] 2/7
Presumably [1] 23/4

presume [1] 26/22
pretty [2] 6/7 19/4
privacy [1] 23/10
private [1] 11/24
privilege [12] 3/17 3/19 14/22 19/17
 22/17 24/16 25/4 26/3 26/6 27/11 30/8
 33/22
privileged [5] 5/21 11/19 24/21 27/14
 28/17
probably [3] 10/8 13/24 14/21
problem [3] 4/21 4/23 33/14
problematic [1] 8/11
problems [1] 6/22
proceed [1] 30/23
proceeding [1] 32/25
proceedings [1] 34/7
product [9] 3/16 3/16 6/1 14/22 25/2
 25/6 26/5 28/22 30/1
production [1] 5/20
proffer [2] 20/2 24/2
proffered [2] 20/9 23/22
proffering [2] 10/15 15/7
proposing [1] 32/17
proposition [1] 14/7
protect [1] 23/23
protecting [1] 23/25
publication [6] 19/1 19/10 19/10 19/12
 19/15 19/21
publications [1] 31/2
pull [2] 13/6 13/7
purpose [1] 26/25
purposes [2] 17/25 19/14
pursued [2] 5/3 9/23
push [1] 27/10
put [5] 4/10 13/5 13/8 20/3 21/4

**Q**

quash [3] 6/9 20/22 21/6
quashed [1] 20/19
question [3] 10/13 11/4 31/8
questioning [2] 16/25 26/25
questions [2] 9/19 25/23
quick [1] 31/19
quickly [2] 21/7 31/17
Quintana [24] 4/23 7/20 9/11 9/17
 10/10 10/19 13/1 14/14 15/8 15/14
 16/3 16/4 16/18 17/1 18/16 19/11 20/3
 24/10 24/11 24/13 28/1 28/21 29/15
 30/2
Quintana's [6] 14/12 15/14 16/15 18/4
 19/18 20/10

**R**

radar [1] 14/16
raised [1] 23/5
ramifications [1] 13/15
RASSIE [3] 1/23 34/11 34/11
rather [1] 31/8
read [8] 9/7 9/8 10/14 12/17 13/19
 14/10 28/24 29/2
real [1] 32/21
realistically [3] 6/13 6/15 6/19
realize [1] 10/8
really [6] 4/6 11/13 12/3 13/10 13/22
 13/25
reason [5] 10/20 16/10 18/13 32/22
 33/12
reasons [2] 4/9 26/12
reasserted [1] 13/14
recites [1] 29/4

record [1] 2/12
recorded [3] 25/23 28/4 28/15
RECORDING [1] 1/8
recordings [1] 28/13
refiled [1] 31/1
refused [1] 13/6
related [1] 3/15
relevant [1] 19/9
relief [2] 6/16 20/20
rely [1] 19/19
remaining [1] 21/9
remains [3] 5/1 22/6 33/17
remark [1] 11/21
remotely [1] 13/21
reply [4] 30/21 31/8 31/9 31/15
reported [1] 2/22
Reporter [1] 1/23 34/12
represented [3] 21/6 21/18 22/4
request [10] 3/5 14/17 28/23 28/24
 29/14 29/21 29/22 29/25 31/24 32/19
requested [3] 15/23 26/1 32/15
requests [1] 5/12
requires [2] 3/24 26/19
resolve [2] 14/24 33/19
resolves [1] 31/20 31/21
respect [5] 5/2 6/12 6/20 6/20 21/10
respond [1] 29/23
response [8] 26/17 27/4 27/6 27/22
 28/7 30/12 30/16 31/14
responses [1] 25/23
responsive [1] 33/11
restricted [1] 16/12
retained [1] 20/25
reveal [2] 11/20 23/22
reviewed [1] 7/19
RICHARD [1] 1/18
ridiculous [1] 20/14
right [13] 2/20 6/5 6/6 6/16 9/2 9/4
 13/10 18/21 20/3 20/18 25/9 29/17
 32/17
ripe [1] 30/21
rise [1] 2/5
RMR [2] 1/23 34/11
RMR-CRR [1] 1/23 34/11
Road [2] 1/14 1/19
Robert [2] 1/19 2/18
Rodney [2] 1/24 34/12
Room [2] 1/24 34/13
ROONEY [1] 1/16
roundtrip [1] 20/11
roundtrips [1] 20/13
rule [4] 4/1 24/23 25/3 26/19
rules [1] 24/5
rumblings [1] 16/2

**S**

said [30] 7/22 7/25 8/4 8/24 9/21 9/23
 10/1 10/21 11/24 12/17 12/22 12/22
 12/23 12/23 12/25 13/1 13/5 13/7
 13/11 13/13 13/15 14/20 15/6 18/15
 18/18 18/21 28/13 29/20 30/19 32/10
same [7] 10/11 10/11 14/23 25/12
 25/13 25/15 25/16
sanctions [9] 3/15 4/6 4/25 6/8 6/17
 21/10 22/6 33/8 33/19
save [1] 12/10
saw [1] 29/11
say [11] 7/21 8/18 12/21 13/1 13/20
 13/23 13/24 22/18 26/13 29/1 29/8
saying [2] 7/20 8/5

**S**

says [6]  3/23 14/7 16/21 18/5 29/3 31/2
screamed [1]  18/14
screaming [1]  18/16
search [1]  10/9
seated [1]  2/8
second [2]  11/4 23/3
see [9]  5/13 7/22 7/25 12/25 14/9
  17/17 24/16 27/4 28/22
seek [3]  5/12 6/13 28/1
seeking [2]  6/15 15/12
seeks [1]  29/14
seemed [1]  8/16
seems [2]  5/8 5/11
seen [3]  6/23 8/6 9/5
sense [3]  9/15 11/10 12/15
sent [4]  25/17 25/21 26/1 26/2
separate [1]  32/1
seriously [1]  7/14
seriousness [1]  13/19
serve [1]  22/2
served [1]  16/6
service [1]  33/20
serving [1]  21/5
session [2]  2/1 2/7
set [7]  22/13 31/18 32/9 32/11 32/14
  32/24 33/10
setting [2]  18/1 29/12
shaking [1]  30/9
she [10]  11/25 15/25 18/11 20/7 20/8
  20/9 21/5 21/6 21/21 23/6
she's [6]  11/9 11/25 12/5 17/15 21/18
  22/4
shock [1]  13/2
shortcut [1]  3/21
should [7]  6/8 6/9 20/19 23/7 23/25
  28/19 33/14
shouldn't [1]  10/3
shout [1]  13/12
shows [2]  10/10 15/18
side [1]  7/16
signed [4]  25/18 26/4 26/8 29/6
similarly [1]  28/21
simply [2]  32/8 32/23
since [2]  14/2 26/18
sir [2]  13/5 31/10
sit [1]  7/3
six [1]  20/7
Smith [2]  1/24 34/12
so [77]  2/20 3/8 3/15 4/14 4/18 5/8
  5/19 5/24 6/18 6/18 6/25 7/23 7/25 8/4
  8/6 8/15 9/2 9/6 9/10 9/16 9/19 9/23
  10/3 10/3 10/6 10/14 10/18 10/24
  10/25 11/3 11/14 11/16 12/16 12/25
  13/11 13/22 14/23 15/3 15/5 15/11
  16/21 17/16 18/1 18/8 18/16 18/24
  19/1 19/11 19/14 19/18 20/18 20/18
  20/21 21/25 22/2 22/5 24/15 25/10
  25/20 26/3 26/11 26/20 27/8 27/12
  28/7 28/8 28/16 28/20 29/24 30/7
  30/11 30/22 31/16 32/15 32/17 32/25
  33/2
soft [1]  15/11
some [8]  10/20 17/20 17/21 23/3 25/23
  26/1 27/8 31/25
somebody [1]  9/22
somehow [2]  4/5 16/3
something [9]  5/17 10/5 11/21 12/11
  13/24 20/16 21/7 24/4 24/7
sometime [1]  20/2

sometimes [1]  33/7
son [1]  29/19
sorry [1]  32/4
sort [2]  5/25 31/25
sought [1]  10/20
Sounds [1]  20/15
source [1]  3/8
SOUTHERN [1]  1/1 2/6
special [1]  15/3
specific [3]  14/18 24/5 29/24
spend [1]  16/13
split [1]  20/10
spoken [1]  8/25
spring [1]  8/16
spring-loaded [1]  8/16
spun [1]  14/1
stand [1]  30/11
standing [2]  18/22 20/22
standpoint [1]  19/8
stands [1]  14/6
start [2]  6/11 15/20
started [2]  2/21 10/8
starting [1]  26/22
starts [1]  7/11
State [1]  1/19
statement [27]  11/15 11/17 11/18
  13/23 13/23 14/7 14/12 15/14 17/7
  17/11 18/6 18/10 18/11 18/13 18/19
  19/3 21/14 25/11 25/18 25/20 26/1
  26/2 26/20 28/14 28/15 28/25 32/2
statements [13]  11/23 24/16 24/21
  24/25 25/1 26/4 26/8 28/2 28/4 28/5
  28/23 29/6 29/7
STATES [5]  1/1 1/9 2/5 16/12 16/13
stay [3]  11/10 12/6 32/10
staying [1]  11/16
stepfather [2]  11/6 11/8
still [6]  6/13 11/10 15/6 15/11 31/5
  31/24
stipulate [1]  11/24
stipulation [1]  31/25
STONE [1]  1/10
stop [1]  4/18
story [1]  9/1
Street [1]  1/12
strong [1]  26/16
stuff [4]  12/2 12/13 13/17 29/24
subject [1]  29/17
submit [2]  5/23 30/15
submitted [1]  28/24
submitting [1]  28/9
subpoena [2]  16/6 21/5
substance [2]  29/4 29/11
subtotal [1]  20/12
such [1]  12/20
suggested [1]  7/20
Suite [4]  1/12 1/14 1/17 1/19
summary [1]  19/14
support [3]  23/24 26/20 27/13
supported [1]  5/18
sure [11]  3/7 4/2 8/25 11/3 20/1 20/20
  20/22 23/9 25/9 27/2 27/12
suspected [1]  24/7
sustainable [1]  26/15

**T**

tables [1]  29/13
take [8]  5/7 6/5 7/13 7/14 7/14 21/7
  21/7 23/7
taken [5]  5/1 5/10 6/24 11/9 12/5 12/12

26/25 32/21
taking [2]  5/7 7/1
talk [3]  9/7 9/9 32/16
talked [1]  6/17
talking [1]  23/15
talks [1]  29/9
tandem [1]  28/9
tangential [3]  5/2 6/6 15/24
TAPED [1]  1/8
telephonic [2]  22/15 32/11
tell [12]  6/11 6/14 6/25 8/6 8/13 9/1
  10/16 16/14 22/5 28/7 30/22 33/12
telling [2]  10/16 21/12
tells [1]  8/20
ten [2]  7/10 16/25
tentatively [1]  27/22
tenus [1]  20/21
terms [1]  24/2
Terrific [1]  33/15
testified [2]  9/17 14/2
testify [1]  9/10
testimony [13]  4/19 5/18 11/13 12/16
  13/25 16/15 16/17 16/21 17/3 17/15
  18/4 18/18 24/4
text [1]  29/10
than [6]  3/24 20/11 25/14 27/7 27/19
  32/24
Thank [5]  7/13 15/22 34/1 34/2 34/3
that [237]  3/3 3/4 3/4 3/4 3/5 3/7 3/8 3/13
  3/19 3/20 4/2 4/4 4/9 4/9 4/9 4/10 4/11
  4/12 4/21 4/23 5/8 5/9 5/10 5/14 5/16
  5/25 6/1 6/6 6/12 6/15 6/19 6/23 6/24
  7/8 7/9 7/10 7/18 7/19 7/21 7/24 8/5
  8/7 8/8 8/10 8/10 8/13 9/1 9/4 9/11
  9/14 9/15 9/23 10/3 10/8 10/10 10/14
  10/19 10/24 10/25 11/1 11/8 11/9
  11/12 11/14 11/17 11/19 11/20 12/2
  12/8 12/12 12/13 12/15 12/18 12/19
  13/11 13/14 13/21 13/24 13/24 13/25
  14/6 14/7 14/14 14/17 14/18 14/20
  14/24 15/2 15/3 15/4 15/6 15/11 15/12
  15/17 15/17 15/18 16/2 16/11 16/18
  16/19 16/21 17/3 17/7 17/8 17/17 18/1
  18/5 18/13 18/14 18/16 18/19 18/20
  18/24 19/2 19/4 19/6 19/11 19/20
  19/21 20/3 20/5 20/6 20/9 20/11 20/13
  20/16 20/18 20/20 20/20 20/21 20/23
  20/25 21/1 21/7 21/14 21/18 21/19
  22/9 22/17 22/17 22/18 22/19 23/1
  23/1 23/2 23/6 23/6 23/7 23/9 23/13
  23/14 23/17 23/19 23/24 23/25 24/2
  24/5 24/8 24/9 24/9 24/11 24/13 24/15
  25/9 25/10 25/22 25/23 25/25 26/13
  26/14 26/17 26/17 26/19 26/20 26/21
  26/22 26/23 27/1 27/3 27/5 27/8 27/12
  27/19 27/21 27/24 28/1 28/8 28/12
  28/13 28/13 28/17 28/18 28/23 28/23
  28/24 29/5 29/5 29/9 29/14 29/16
  29/17 29/17 29/18 29/20 29/21 30/2
  30/19 30/21 30/24 31/2 31/2 31/16
  31/19 31/20 31/21 31/24 31/24 32/1
  32/2 32/3 32/5 32/5 32/5 32/7 32/11
  32/15 32/16 32/18 33/1 33/2 33/3 33/4
  33/6 33/7 33/12 33/12 33/24 34/6
that's [31]  3/16 8/24 10/20 11/6 11/14
  11/25 12/13 12/15 13/6 13/12 15/19
  17/11 17/16 19/10 19/13 20/24 21/4
  21/4 21/6 24/7 24/24 26/22 27/16 30/9
  31/14 31/23 32/1 32/20 33/2 33/8
  33/25

their [2]  11/23 12/6
them [14]  3/9 4/13 4/19 14/19 21/12
21/16 23/7 26/9 26/11 26/13 30/16
30/16 31/24 32/3
then [34]  4/16 6/14 7/11 8/9 9/8 10/3
10/7 10/9 10/22 11/1 11/22 12/20
12/20 13/2 13/12 14/21 14/22 19/23
21/9 22/14 22/22 22/25 24/15 25/18
27/22 28/16 29/23 30/4 30/11 30/11
31/20 32/17 32/24 33/10
there [22]  3/3 4/21 5/25 6/18 9/6 10/5
12/23 14/15 16/2 17/5 18/15 18/20
22/2 23/5 23/5 26/17 26/23 27/1 28/13
28/16 28/18 29/2
there's [15]  5/25 14/8 14/8 17/6 19/2
19/9 22/2 22/9 24/5 25/14 26/25 28/13
31/4 31/5 33/11
thereon [1]  15/21
these [14]  4/22 5/2 5/20 6/12 11/11
11/24 12/18 14/18 24/23 25/7 26/25
27/13 29/23 30/22
they [14]  7/22 7/25 9/1 10/10 12/4
17/25 18/12 18/18 21/12 22/17 24/6
29/18 29/19 29/23
they'll [1]  26/12
they're [9]  7/17 11/11 14/17 14/18
23/18 24/21 24/24 30/1 30/10
they've [3]  11/22 12/11 29/25
thing [10]  4/22 11/14 12/3 12/15 14/23
15/16 18/9 29/5 29/8 29/9
things [8]  11/7 11/12 11/24 12/17 13/24
14/18 30/15 32/14
think [33]  2/21 4/10 5/16 8/5 8/11 9/12
10/19 10/20 12/3 12/10 13/23 14/6
14/14 14/23 15/7 21/1 21/10 22/9 22/9
23/13 23/23 24/8 24/13 25/13 27/10
27/20 27/23 28/10 30/2 31/12 31/18
31/20 33/13
third [1]  19/9
this [52]  2/21 2/24 3/1 3/11 3/23 4/24
5/8 6/4 6/7 6/16 6/24 7/6 7/13 8/1 8/13
8/17 8/19 9/2 9/2 9/5 9/7 10/4 10/5
10/5 10/22 11/1 11/15 12/4 13/3 13/3
13/17 13/17 13/25 14/3 15/12 16/5
17/12 17/13 17/18 19/10 19/12 20/1
20/21 21/14 22/13 22/22 25/10 27/7
27/8 28/17 31/4 33/25
those [12]  6/20 11/12 23/20 24/3 24/5
24/6 26/7 27/24 28/1 28/3 28/20 30/8
though [3]  15/5 18/20 27/5
thought [1]  8/10
threaten [2]  7/15 7/16
threatened [3]  8/13 8/19 9/11
threatening [2]  4/12 8/2
three [5]  7/24 12/18 12/22 19/6 25/13
through [5]  7/18 12/7 14/3 21/19 22/1
thru [1]  21/20
tickets [2]  11/11 12/9
time [12]  3/6 7/6 7/7 11/4 11/16 16/13
17/21 22/16 22/20 24/11 27/8 30/18
timeline [1]  27/5
times [2]  12/22 19/6
today [4]  7/12 27/20 33/24 34/1
together [1]  25/25
told [1]  26/14
tone [1]  8/16
too [3]  5/17 22/8 28/18
took [1]  22/16
touch [2]  3/14 11/11

town [1]  33/6
track [1]  5/2
TRANSCRIBED [2]  1/7 1/23
transcription [1]  34/7
translates [1]  12/8
travel [1]  33/1
treat [1]  7/16
treated [1]  9/12
tremendous [1]  33/24
trial [5]  14/4 15/10 17/15 18/4 26/9
tried [1]  11/15
triple [1]  31/22
trouble [2]  5/5 25/10
TROY [2]  1/4 2/10
true [2]  10/24 13/11
truth [4]  9/2 19/16 19/17 19/19
try [4]  4/15 7/16 14/10 31/19
trying [3]  8/2 9/17 28/10
TUESDAY [6]  2/1 27/23 28/4 28/5 28/6
30/5
turn [5]  14/25 27/7 28/3 28/7 32/3
twelve [2]  10/11 10/23
twice [1]  25/12
two [16]  3/3 3/12 4/22 5/2 5/20 6/12
7/21 7/25 19/6 25/6 25/13 26/12 26/13
27/16 27/18 31/23
type [1]  8/10

## U

unattenuated [1]  5/18
unavoidable [1]  7/7
under [3]  7/12 7/23 8/1
understand [12]  3/5 4/2 4/3 7/19 9/14
9/15 14/11 23/19 28/13 28/16 33/1
33/6
understanding [2]  15/1 15/9
understood [2]  23/13 29/1
unfortunate [1]  9/1
union [1]  20/4
unique [1]  22/19
UNITED [5]  1/1 1/9 2/5 16/11 16/13
unless [3]  3/9 31/18 33/11
Unlike [1]  17/23
unrepresented [2]  9/3 9/13
untainted [1]  4/15
until [4]  16/8 27/4 30/21 33/21
up [16]  7/2 12/12 12/18 13/2 13/6 13/7
13/8 14/15 18/1 20/10 21/7 21/7 22/16
22/21 22/22 29/12
upon [1]  11/21
us [8]  12/16 14/19 14/20 14/23 16/8
24/15 27/23 31/25
usable [3]  15/17 17/11 17/11
use [5]  15/7 16/14 16/17 16/18 26/9
used [2]  9/21 20/11

## V

value [1]  14/8
version [5]  4/13 8/21 21/13 21/16 26/14
versus [1]  2/10
very [10]  7/14 8/18 11/16 12/21 17/1
19/24 20/24 21/7 22/18 22/19
via [1]  28/9
vice [1]  20/7
video [2]  8/15 14/3
view [2]  8/17 9/10
views [1]  5/16
Virginia [1]  1/12
virtual [1]  33/4
visa [1]  16/11

wait [3]  21/9 27/3 31/15
walk [1]  18/1
walked [1]  13/2
want [33]  3/5 3/6 3/25 4/2 6/5 7/5 11/7
11/13 11/14 11/22 11/23 12/1 12/14
13/22 13/22 14/11 14/12 15/3 15/5
15/6 15/13 15/13 15/17 15/17 16/5
17/7 17/25 27/12 28/2 28/7 28/8 30/22
31/5
wanted [4]  11/18 13/18 15/3 30/20
was [59]  4/11 4/14 4/17 5/24 6/18 7/7
7/23 8/1 8/1 8/2 8/5 8/5 8/7 8/11 8/21
9/7 9/8 9/11 9/17 10/2 10/5 10/24
11/16 12/13 12/16 12/20 12/24 12/25
12/25 13/10 13/14 13/20 14/15 15/1
15/2 16/4 16/25 17/1 18/14 18/15
18/22 19/3 19/23 20/24 22/17 22/18
22/19 22/19 24/11 26/1 26/2 26/20
28/14 28/23 28/23 31/1 31/1 31/2 32/2
wasn't [10]  5/18 8/2 8/4 10/24 13/11
18/25 18/25 18/25 20/20 32/4
wasted [2]  7/6 7/6
watch [1]  8/15
water [1]  7/12
way [7]  4/19 6/13 10/20 11/15 20/9
30/20 33/25
we [81]  2/21 3/7 3/10 3/12 3/25 5/19
6/9 6/24 7/22 7/25 10/4 10/6 10/7 10/9
10/22 11/2 11/7 11/11 11/14 11/18
11/22 11/23 11/24 12/1 12/1 13/22
13/22 13/23 14/2 14/2 14/6 14/6 14/17
14/23 15/17 15/17 16/2 16/5 16/5 16/7
16/10 16/11 16/16 17/17 17/20 17/21
17/22 17/22 17/23 18/1 18/1 18/18
21/7 22/23 23/21 24/25 25/22 25/25
26/9 26/22 27/3 27/19 27/24 29/4 29/5
29/10 29/16 29/21 30/1 31/3 31/4 31/5
31/24 31/24 32/14 32/19 33/2 33/7
33/7 33/13 33/21
we'd [1]  17/13
we'll [9]  2/23 14/21 21/7 22/2 22/22
27/15 31/19 32/10 33/24
we're [20]  2/22 3/1 4/18 4/25 5/6 5/17
5/19 5/22 6/5 7/12 9/7 9/8 14/3 17/24
19/23 23/10 23/11 26/13 32/15 32/24
we've [12]  3/11 6/17 11/15 14/16 15/22
18/11 18/15 18/18 22/23 29/20 29/24
30/2
week [5]  7/6 27/20 30/3 30/22 33/13
weeks [2]  27/16 27/18
weird [3]  4/22 22/18 22/19
weirdly [1]  2/25
well [20]  3/8 8/9 9/21 9/23 9/23 9/24
10/23 11/6 11/8 12/4 12/9 13/23 17/10
17/15 18/3 20/24 22/20 23/21 28/4
29/20
well-placed [1]  22/20
went [2]  4/14 13/10
were [6]  10/4 13/9 23/9 25/7 25/22
26/14
weren't [1]  2/20
West [2]  1/12 1/19
what [47]  4/14 4/16 5/1 5/3 5/19 6/9
6/15 6/15 6/19 7/19 8/24 9/15 9/16
10/4 10/16 10/16 12/5 12/9 12/25 13/9
13/14 13/18 13/19 14/7 14/10 14/21
15/6 15/11 16/14 16/16 16/17 17/2
17/10 17/22 18/3 22/5 23/11 24/10
24/20 25/24 26/7 26/12 29/4 29/11

# W

what... [3]  30/1 30/18 31/10
what's [3]  4/22 17/18 30/25
whatever [1]  27/13
when [14]  2/21 3/18 6/18 9/6 9/16 10/7
10/9 13/13 15/5 15/6 29/8 30/4 30/16
32/16
where [13]  4/24 5/24 6/25 7/1 10/15
16/8 19/1 19/23 21/3 22/23 27/4 29/3
29/21
whether [7]  3/11 9/18 19/2 19/8 23/2
24/12 28/7
which [16]  3/10 3/16 4/8 5/8 5/12 6/6
6/12 8/17 11/20 19/23 22/13 23/23
28/17 31/1 31/15 33/20
while [2]  8/23 10/24
white [1]  14/1
who [16]  3/23 7/24 8/19 9/21 12/23
12/24 15/8 17/7 18/5 18/18 18/25
21/12 21/21 21/23 23/4 26/25
who's [2]  9/3 17/6
whole [1]  13/14
wholesome [1]  3/24
whom [2]  23/4 26/21
why [12]  2/22 2/23 3/17 8/13 10/16
11/1 11/1 13/12 16/5 23/17 26/11
32/22
wife [1]  33/7
will [23]  3/7 11/5 13/23 13/24 15/7
16/14 16/18 17/2 17/8 17/17 19/18
20/7 22/14 24/9 24/16 30/15 31/15
33/7 33/10 33/15 33/16 33/18 33/19
William [2]  1/11 2/13
withdraw [1]  24/3
withdrawal [1]  24/6
within [1]  19/11
without [4]  3/23 3/25 4/12 4/19
withstanding [1]  3/20
witness [20]  4/12 5/23 6/2 7/17 8/19
9/3 9/5 9/13 9/13 11/2 21/15 24/25
25/1 25/11 25/25 26/2 29/6 29/6 31/5
31/5
witness' [2]  4/15 4/19
witnessed [4]  7/24 16/19 18/6 19/20
witnesses [13]  4/7 4/22 5/2 5/20 6/12
6/20 7/16 7/22 7/24 17/2 21/12 26/14
29/20
witnesses' [1]  5/4
won't [4]  8/7 19/15 31/18 33/20
WOODROW [12]  1/10 1/11 2/13 16/8
20/2 21/11 21/25 22/10 23/14 29/14
31/7 31/21
Woodrow's [1]  22/7
word [1]  15/25
work [9]  3/15 3/16 6/1 14/22 25/2 25/6
26/5 28/22 30/1
worked [5]  9/21 9/25 10/22 10/24 10/25
would [26]  2/11 6/13 7/1 10/15 11/1
11/20 17/21 17/22 20/13 20/22 21/15
21/16 22/10 24/3 25/10 27/9 27/21
28/4 28/16 30/7 30/18 31/8 31/11
31/12 31/15 32/18
wouldn't [2]  23/17 30/21
written [3]  27/4 33/10 33/15
wrong [2]  8/13 31/21
wrote [1]  25/20

# Y

Yeah [1]  8/24
year [3]  20/10 20/11 25/6

years [7]  9/25 10/1 10/3 10/11 10/22
10/23 10/25
yes [11]  5/22 15/15 15/16 15/22 17/20
18/23 19/17 19/20 25/18 26/5 30/13
yet [3]  12/25 29/17 33/2
you [152]  2/11 2/20 2/22 3/4 3/5 3/6
3/12 3/12 3/17 3/18 3/19 3/20 3/25 4/2
4/10 4/11 4/18 5/21 5/24 6/12 6/14
6/15 6/19 6/22 6/25 7/1 7/2 7/3 7/9
7/13 7/19 8/5 8/6 8/7 8/25 9/11 9/19
9/20 9/21 9/23 9/25 10/1 10/2 10/5
10/13 10/23 10/25 11/1 11/4 11/13
11/24 12/13 12/14 12/16 12/17 12/17
12/21 13/5 13/7 13/8 13/9 13/9 13/13
13/15 13/19 13/21 14/11 14/12 14/20
14/21 14/23 15/6 15/7 15/7 15/12
15/12 15/13 15/22 16/17 17/10 17/11
17/18 18/17 19/1 19/5 19/6 20/20
20/21 21/18 21/20 21/21 22/8 22/8
22/14 23/1 23/11 23/24 24/11 24/16
24/20 24/20 26/7 26/11 26/17 26/18
26/19 27/1 27/4 27/5 27/7 27/9 27/12
27/25 28/2 28/3 28/7 28/7 28/8 28/13
28/24 29/8 29/8 29/8 29/14 29/19
29/20 30/7 30/14 30/14 30/18 30/20
30/22 30/22 31/7 31/8 31/9 31/11
31/12 31/16 31/19 32/8 32/9 32/10
32/11 32/12 32/15 33/1 33/3 33/12
34/1 34/2 34/3
you were [1]  13/9
you'll [3]  19/19 21/25 22/1
you're [18]  7/19 10/15 10/15 10/16
13/15 14/20 14/21 14/22 19/15 20/16
21/19 26/3 27/13 28/8 30/7 30/8 32/16
33/6
you've [4]  3/9 3/21 9/15 27/1
your [51]  2/11 2/14 2/17 2/18 3/5 3/17
4/10 4/13 5/22 7/5 7/6 7/13 8/6 8/20
8/20 8/20 9/14 10/14 13/5 13/7 13/8
15/21 15/22 18/24 20/18 21/10 22/5
24/18 24/22 24/23 24/24 26/5 26/10
26/17 27/4 27/22 28/7 30/9 30/12
30/13 30/16 31/10 31/15 32/17 32/17
33/6 33/20 33/23 34/1 34/2 34/3

# Z

zoom [3]  32/14 32/25 33/2