# COMPOSITE EXHIBIT A



   

< 3   +52 473 107 7756

lunes

📞 Llamada perdida a las 17:01

Buenas tardes Juan, espero te encuentres muy bien.

Tal como te comentaba hace unos días, mi nombre es Mauricio Fernández y represento una de las Firma Legales en temas de Inversión extranjera más prestigiadas en México. El motivo de la presente es comentarte que somos corresponsales de Buchanan Ingersoll & Rooney PC., Firma Legal importante en Fort Lauderdale, Estados Unidos, que representa a la Aerolinea American Airlines en el Estado de Florida. A solicitud de la Firma Legal Buchanan Ingersoll & Rooney PC nos han encomendado la tarea de comunicarnos contigo de la manera mas respetuosa a fin de solicitar de tu colaboración para hacer justicia en el incidente sucedido en el vuelo de American Airlines en el que tengo entendido tu viajabas, en donde una persona reaccionó inexplicablemente de manera violenta arrojando su l an

  


viajabas, en donde una persona reaccionó inexplicablemente de manera violenta arrojando su Lap Top contra una de las sobrecargos de dicho vuelo, persona que resulto lastimada y quien presentó cargos contra la persona que la lastimo.

Concretamente solo requeriríamos que manifestaras como testigo de calidad, lo que presenciaste el día del lamentable suceso ante la autoridad correspondiente, ya sea de manera presencial, o mediante una videoconferencia por medio de una plataforma oficial que utiliza la Autoridad Local en Estados Unidos. De optar por la primera opción nos pondríamos de acuerdo en la fecha de la Audiencia y se te pagaría de manera integra el vuelo (ida y vuelta), viáticos y hospedaje a la Ciudad de Miami para poder llevar a cabo tu testimonial, o en el segundo caso sería robarte únicamente el tiempo necesario para el desahogo de la audiencia de manera virtual en el lugar que te resulte conveniente.

Por favor te ruego el que consideres las opciones anteriormente

:21-cv-23155-KMM   Document 55-1   Entered on FLSD Docket 06/16/2022   Page

> Por favor te ruego el que consideres las opciones anteriormente planteadas, ya que es importante que se haga justicia en este asunto y tu evidencia es determinante. Si te parece bien y te sientes cómodo pudiéramos tener una videoconfer…
>
> Leer más
>
> 17:05

**Ayer**

> Buen día Juan, nuevamente saludándote. Crees que pudiéramos hablar a alguna hora (no más de 5 mins)? De vdd te lo agradecería mucho.
>
> 10:43

> Mauricio buen día! La verdad no me gustaría meterme en esa situación, ahorita estoy un poco ocupado
>
> 10:51 ✓✓

> Una disculpa   10:51 ✓✓

> Hola Juan, gracias por comunicarte. Respeto mucho tu decisión, créeme que lo último que pretendemos es molestarte, sin embargo te ruego el que al menos pudiéramos o pudieras platicar no más de 5 minutos con el


tu evidencia es determinante. Si te parece bien y te sientes cómodo pudiéramos tener una videoconfer…

**Leer más**                                    17:05

Ayer

Buen día Juan, nuevamente saludándote. Crees que pudiéramos hablar a alguna hora (no más de 5 mins)? De vdd te lo agradecería mucho.
                                                10:43

> Mauricio buen día! La verdad no me gustaría meterme en esa situación, ahorita estoy un poco ocupado
> 10:51 ✓✓

> Una disculpa   10:51 ✓✓

Hola Juan, gracias por comunicarte. Respeto mucho tu decisión, créeme que lo último que pretendemos es molestarte, sin embargo te ruego el que al menos pudiéramos o pudieras platicar no más de 5 minutos con el Licenciado Ernesto Velarde, Titular de nuestra firma legal.

Tienes oportunidad?          11:04

+ | [              ] | 🏷️ 📷 🎤

**2:11pm** .il **5G**

## +52 473 107 7756

information.

Hello Juan, good afternoon. 4:14 pm

Good afternoon 4:25 pm√√

I'm sorry, who is this? 4:25 pm

Nice to meet you, my name is Mauricio Fernandez, they did me the favor of giving me your number so I could contact you for an important matter. May I take 5 mins of your time over the telephone? 4:29 pm

Lost call at 4:40 pm

Right now, I'm tied up. You can send a voice message if you wish

4:44 pm

Thank you, Juan 5:41 pm

Friday

Good afternoon, Juan. Sorry to bother you again. This is to talk to you about an important matter, perhaps I could take 5 mins? 5:08 pm

2:11pm 5G

+52 473 107 7756

Monday

Lost call at 5:01 pm

Good afternoon, Juan, I hope you are well.

As I commented to you the other day, my name is Mauricio Fernández, and I represent one of the Mexico's most prestigious legal firms dealing with foreign investment. The reason for my contact is to comment to you that we are correspondents of Buchanan Ingersoll & Rooney PC., an important legal firm of Fort Lauderdale, United States, that represents American Airlines in the State of Florida. At the request of Legal Buchanan Ingersoll & Rooney PC we have been entrusted to contact you most respectfully to request your cooperation to do justice in the incident occurred in the American Airlines flight on which we understand you were, where a person inexplicably reacted in a

3      +52 473 107 7756

were, where a person inexplicably reacted in a violent way and threw their laptop on one of the flight attendants, who was hurt and filed charges against the person who hurt her.

Specifically, we would just want you to state as a quality witness what you witnessed on the day of the unfortunate event to the appropriate authority, either in person or through a videoconference over an official platform used by the local authority in the United States. If you choose the first option we would arrange for the date of the hearing and we would pay in full for your flight (round trip), travel expenses and hotel to Miami, so we can take your declaration, or in the second case it would just be taking the time necessary to furnish your statement in a virtual fashion at the hearing in a place convenient for you.

Please consider the options stated

3                +52 473 107 7756

Please consider the options stated above, because it is important for justice to be done in this matter and your evidence is decisive, If you think it is all right and you feel comfortable we could hold a videoconfer...

Read more

5:05 pm

Yesterday

Good morning, to say hi again, ¿Do you think we could speak at some time (no more than 5 mins)? I would really appreciate it a lot.

10:43 am

> Good morning, Mauricio! The truth is I wouldn't want to get involved in that matter, I am a little busy right now
>
> 10:51 am √√
>
> I apologize   10:51 √√

Hello Juan, thank you for your message, I respect your decision, believe me, the last thing we want is to bother you. However, I beg you that we could, or you could talk no more than 5 minutes with

2:13pm .il **5G**

> +52 473 107 7756
>
> your evidence is decisive, If you think it is all right and you feel comfortable we could hold a videoconfer...
>
> Read more
>
> 5:05 pm

Yesterday

> Good morning, to say hi again, ¿Do you think we could speak at some time (no more than 5 mins)? I would really appreciate it a lot.
>
> 10:43 am

> Good morning, Mauricio! The truth is I wouldn't want to get involved in that matter, I am a little busy right now
>
> 10:51 am √√

> I apologize  10:51 √√

> Hello Juan, thank you for your message, I respect your decision, believe me, the last thing we want is to bother you. However, I beg you that we could, or you could talk no more than 5 minutes with Mr. Ernesto Velarde, the Head of our Law Firm.
> Do you have a chance?
>
> 11:04 am



# Certificate of Accuracy

Eduardo A. Corona
Translator

Translated document: WhatsApp chat between Mauricio Fernandez, who says works for an unnamed law firm in Mexico which he says is a correspondent of Buchanan Ingersoll & Rooney PC of Fort Lauderdale, Florida, which allegedly represents American Airlines in Florida, and Juan (no last name), where the latter is asked to give a statement in relation to an incident occurred on a flight.

As a translator for Day Translations, Inc., I, Eduardo A. Corona, declare that I am a bilingual translator who is thoroughly familiar with the English and Spanish languages. I have translated the attached document to the best of my knowledge from Spanish into English and the English text is an accurate and true translation of the original document presented to the best of my knowledge and belief.

Signed on June 14, 2022

_____

Eduardo A. Corona

*Professional Translator for Day Translations, Inc.*

    

 

2202 N Westshore Blvd., #200 Tampa, FL 33607 | Toll Free: 1-800-969-6853  Fax: 1-800-856-2759
E-mail: contact@daytranslations.com | www.daytranslations.com

2:33




**Eduardo PI**
online

 

> Buenas tardes Juan, espero te encuentres muy bien.
>
> Tal como te comentaba hace unos días, mi nombre es Mauricio Fernández y represento una de las Firma Legales en temas de Inversión extranjera más prestigiadas en México. El motivo de la presente es comentarte que somos corresponsales de Buchanan Ingersoll & Rooney PC., Firma Legal importante en Fort Lauderdale, Estados Unidos, que representa a la Aerolinea American Airlines en el Estado de Florida. A solicitud de la Firma Legal Buchanan Ingersoll & Rooney PC nos han encomendado la tarea de comunicarnos contigo de la manera mas respetuosa a fin de solicitar de tu colaboración para hacer justicia en el incidente sucedido en el vuelo de American Airlines en el que tengo entendido tu viajabas, en donde una persona reaccionó inexplicablemente de manera violenta arrojando su Lap



   

2:33

 **Eduardo PI**
online

resulte lastimada y quien presento cargos contra la persona que la lastimo.

Concretamente solo requeriríamos que manifestaras como testigo de calidad, lo que presenciaste el día del lamentable suceso ante la autoridad correspondiente, ya sea de manera presencial, o mediante una videoconferencia por medio de una plataforma oficial que utiliza la Autoridad Local en Estados Unidos. De optar por la primera opción nos pondríamos de acuerdo en la fecha de la Audiencia y se te pagaría de manera integra el vuelo (ida y vuelta), viáticos y hospedaje a la Ciudad de Miami para poder llevar a cabo tu testimonial, o en el segundo caso sería robarte únicamente el tiempo necesario para el desahogo de la audiencia de manera virtual en el lugar que te resulte conveniente.

Por favor te ruego el que consideres las opciones anteriormente planteadas, ya que



**Eduardo PI**
online

únicamente el tiempo necesario para el desahogo de la audiencia de manera virtual en el lugar que te resulte conveniente.

Por favor te ruego el que consideres las opciones anteriormente planteadas, ya que es importante que se haga justicia en este asunto y tu evidencia es determinante. Si te parece bien y te sientes cómodo pudiéramos tener una videoconferencia contigo el Presidente de mi Firma Legal Ernesto Velarde y un servidor, con la intención de que nos conozcas y podamos platicar de manera tranquila sobre este tema.

Agradezco de antemano tu atención y espero tener noticias de tu parte pronto.

Saludos

Mauricio Fernández  6:14 PM

Este es el escrito que les mando a Juan y Jairo.  6:15 PM

2:33

**Eduardo PI**
online

Good afternoon Juan, I hope you're well.

Just as I was telling you a few days ago, my name is Mauricio Fernández and I represent one of the most prestigious Foreign Investment Legal Firms in Mexico. I'm writing you because we are correspondents of Buchanan Ingersoll & Rooney PC., an important Legal Firm in Fort Lauderdale, United States, which represents American Airlines in the State of Florida. At the request of the Legal Firm Buchanan Ingersoll & Rooney PC, we have been charged with contacting you and requesting with the utmost respect your cooperation in carrying out justice for the incident which occurred on an American Airlines flight, which I understand you were traveling on, where a person inexplicably reacted in a violent manner by throwing their

2:33 57

 Eduardo PI
online
 

charges against the person who injured you.

Specifically, we would only require that you testify as a witness to what you witnessed the day of that unfortunate event before the competent authority, whether in-person or by videoconference through an official platform used by the Local Authorities in the United States. If you choose the first option we would coordinate with you on the date of the hearing and your flight would be entirely paid for (round trip), as well as travel expenses and lodging in the City of Miami so you can appear for testimony, or in the case of the latter option, it would just be a matter of asking for your time, and only the amount necessary to carry out the hearing virtually at a place convenient for you.

Please, I ask that you consider the options explained above since 

   

2:33 57

 **Eduardo PI**
online

only the amount necessary to carry out the hearing virtually at a place convenient for you.

Please, I ask that you consider the options explained above, since it's important for justice to be done in this matter and your testimony is decisive. If you agree and are comfortable with it, we could have a videoconference with you with the President of my Legal Firm Ernesto Velarde and an assistant, so that you can meet us and we can speak calmly about this.

Thank you in advance for your attention to this and I hope to hear news from you soon.

Greetings

Mauricio Fernández
                                        6:14 PM

This is the message they sent to Juan and Jairo.
                                        6:15 PM



Certified Translation

# Certificate of Accuracy

Jonathan Offenburger
Translator/Interpreter

Translated documents: A text message written to Juan from a person identifying himself as Mauricio Fernandez but saved into the recipient's phone as "Eduardo PI", requesting Juan's testimony regarding a violent incident he experienced on an American Airlines flight.

As a translator for Day Translations, Inc., I, Jonathan Offenburger, declare that I am a bilingual translator who is thoroughly familiar with the English and Spanish languages. I have translated the attached document to the best of my knowledge from Spanish into English and the English text is an accurate and true translation of the original document presented to the best of my knowledge and belief.

Signed on June 9, 2022

_____
Jonathan Offenburger
*Professional Translator for Day Translations, Inc.*








477 Madison Ave., 6th Floor New York, NY 10017 | Toll Free: 1-800-969-6853  Fax: 1-800-856-2759
E-mail: contact@daytranslations.com | www.daytranslations.com
