# EXHIBIT C

## VERIFIED DECLARATION OF DR. EDUARDO MURIEL

I, Eduardo Muriel, declare as follows:

1. I am a criminologist registered with the United States Embassy in Mexico City. I also work as a detective for private clients.

2. The statements made in this declaration are based on my personal knowledge.

3. On March 30, 2022, I was retained by Troy Clowdus to try and locate five first class passengers who were travelling on American Airlines Flight 1303 to Mexico City on June 10, 2021: Juan Pablo Hernandez Ramirez, Jairo Espinoza Jimenez, Alberto Cojab, Jose Cohenmenum, and Federico Quintana Vallejo.

4. After I was retained, I reached out to Mr. Ramirez, Mr. Jimenez, Mr. Cojab, and Mr. Cohenmenum to try and obtain sworn statements from them about what they observed that day and to verify whether Mr. Quintana was a resident of Mexico City.

5. On May 8, 2022, I first spoke with Mr. Ramirez by telephone. At the time we spoke I was in Mexico City and Mr. Ramirez was in Austin, Texas.

6. I later spoke again with Mr. Ramirez on May 20, 2022. During that conversation he told me what he remembered about the incident in Spanish. I then prepared an affidavit in English for him to sign using Google Translate based on what he told me, which I forwarded to him to sign and have notarized. A copy of the affidavit is attached as Exhibit A to this declaration.

7. Mr. Ramirez returned the signed affidavit to me, which I then sent to Mr. Clowdus.

8. The contents of the affidavit accurately reflect what Mr. Ramirez told me during our conversation on May 20, 2022.

9. On June 8, 2022, Mr. Ramirez contacted me to tell me that he had received text messages from Maurcio Fernandez, a Mexican lawyer working with the attorneys for American Airlines in Mr. Clowdus's case. Mr. Ramirez forwarded the text message communications between him and the Mexican lawyer to me, copies of which are attached to this declaration as Exhibit B.

10. Mr. Ramirez also sent me an email on June 8, 2022 stating that in early February or March, 2022, he received a call from someone claiming to be with American Airlines asking him to sign a statement they had drafted describing what occurred on the June 10, 2021 flight. The person he spoke with asked him about what he remembered and then told him they would send him a statement reflecting what he told them. The following day he received the statement prepared by American, but did not sign it because it did not accurately reflect what he told the representative from American. A copy of the e-mail is attached hereto as Exhibit C.

11. Over the next 15 days, Mr. Ramirez received two more e-mails from American reminding him to sign the statement they had prepared.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Eduardo Muriel

1