# EXHIBIT K

## William Woodrow

| | |
|---|---|
| **From:** | William Woodrow |
| **Sent:** | Wednesday, December 8, 2021 11:47 AM |
| **To:** | Kolb, Kelly |
| **Cc:** | Thatcher A. Stone; Pecchio, Robert D. |
| **Subject:** | RE: Clowuds v. AA/Confidentiality Agreement |

The agreement looks ok.  You can have the extension.

**From:** Kolb, Kelly <Kelly.Kolb@bipc.com>
**Sent:** Wednesday, December 8, 2021 11:15 AM
**To:** William Woodrow <will@stoneandwoodrowlaw.com>
**Cc:** Thatcher A. Stone <thatcher@stoneandwoodrowlaw.com>; Pecchio, Robert D. <robert.pecchio@bipc.com>
**Subject:** RE: Clowuds v. AA/Confidentiality Agreement

Will:

I have accepted your edits and mine from the draft you sent below. A final Word version is attached if you want to compare it to your latest draft. I need to run this by my client for approval, but he is out of the office until next week.

Second, because he is out this week and has not approved our discovery answers due this Friday, I need a 1 week discovery extension to 12/17. This would also give him the time to approve the Confidentiality Agreement and allow me to withdraw a number of confidentiality objections and disclose more information and documents. Let me know if you agree to the extension.

Kelly

**From:** William Woodrow <will@stoneandwoodrowlaw.com>
**Sent:** Monday, December 06, 2021 9:43 AM
**To:** Kolb, Kelly <Kelly.Kolb@bipc.com>
**Cc:** Thatcher A. Stone <thatcher@stoneandwoodrowlaw.com>; Pecchio, Robert D. <robert.pecchio@bipc.com>
**Subject:** RE: Clowuds v. AA/Confidentiality Agreement

Kelly,

This looks mostly good.  A couple of minor edits

Will

**From:** Kolb, Kelly <Kelly.Kolb@bipc.com>
**Sent:** Thursday, December 2, 2021 6:28 PM
**To:** William Woodrow <will@stoneandwoodrowlaw.com>
**Cc:** Thatcher A. Stone <thatcher@stoneandwoodrowlaw.com>; Pecchio, Robert D. <robert.pecchio@bipc.com>
**Subject:** RE: Clowuds v. AA/Confidentiality Agreement

Will:

A redlined Confidentiality Agreement is attached. I accepted your edits to the 1st Whereas paragraph, and generally accepted your idea that the party asserting the confidentiality designation should bear the burden of sustaining that designation. I added additional clarifying language throughout.

I have reached out to the mediator to ascertain his short term availability, since I don't think this case will resolve once the parties have incurred meaningful fees and expenses. He has 1/24 & 25 and 2/2 & 3 available. His office has cleared conflicts. Let me know your thoughts when you can.

Kelly

**From:** William Woodrow <will@stoneandwoodrowlaw.com>
**Sent:** Tuesday, November 16, 2021 10:23 AM
**To:** Pecchio, Robert D. <robert.pecchio@bipc.com>
**Cc:** Kolb, Kelly <Kelly.Kolb@bipc.com>; Thatcher A. Stone <thatcher@stoneandwoodrowlaw.com>
**Subject:** RE: Clowuds v. AA/Confidentiality Agreement

[This Email Originated From will@stoneandwoodrowlaw.com Which Is External To The Firm]

Hi Robert,

Please see my attached edits. As I indicated before, any burden-shifting is a no go for us. It is the responsibility of the producing party to seek protection if challenged. This keeps everyone honest, and is why the burden is set where it is to begin with.

Regards,

Will

(by the way, do you go by Rob or Robert?)

**From:** Pecchio, Robert D. <robert.pecchio@bipc.com>
**Sent:** Friday, November 12, 2021 12:47 PM
**To:** William Woodrow <will@stoneandwoodrowlaw.com>
**Cc:** Kolb, Kelly <Kelly.Kolb@bipc.com>
**Subject:** RE: Clowuds v. AA/Confidentiality Agreement

Will:

Please see attached drafted Confidentiality Order. I believe it should cover your suggestions/proposals.

Of course, if not, please leave any proposed edits, etc. in redline for further discussion.

Thank you,

**Robert D. Pecchio**
**Associate**

401 East Las Olas Boulevard
Suite 2250
Fort Lauderdale, FL  33301-4251
954 468 2314 (o)
robert.pecchio@bipc.com

vCard | Bio | BIPC.com | Twitter | LinkedIn

**Buchanan Ingersoll & Rooney** PC

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.