# EXHIBIT N

**CONFIDENTIAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO.: 1:21-CV-23155-KMM

TROY CLOWDUS

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.

    Defendant.
_____/

## DECLARATION OF FEDERICO QUINTANA

Federico Quintana, pursuant to 28 U.S.C. §1746, does hereby state under penalty of perjury that the following is true and correct:

1. My name is Federico Quintana. I am over 18 years of age. I have personal knowledge of the matters stated below.

2. On June 10, 2021, I was a passenger on American Airlines flight AA1303 with scheduled departure from Miami, FL at 7:10AM, with scheduled arrival in Mexico City, Mexico at 9:37AM.

3. My seat on this flight was 4A, in the Business class section of the airplane.

4. I am an experienced flyer, and I have flown internationally with American Airlines on multiple occasions prior to Flight AA1303.

5. On this particular flight, I did not observe any discourteous or otherwise concerning behavior by any of the flight attendants serving our flight while the passengers and I boarded and took our assigned seats.

*FQV*

6. A few minutes after I was seated, however, I noticed a male passenger ("Male Passenger") seated in the first row, window seat, on the right side of the plane (when facing forward), speaking aggressively with the flight attendant, who was standing in the aisle while being spoken to by the Male Passenger.

7. I would describe this flight attendant's physical description as thin and significantly smaller than the Male Passenger.

8. After this conversation, the flight attendant moved away from the first row to attend to other duties. However, after a few moments, I observed this same flight attendant return to the first row to speak with this Male Passenger again.

9. I was able to observe these interactions between the flight attendant and the Male Passenger because my seat was just three rows back from the Male Passenger's seat, and I was seated at a diagonal angle to the Male Passenger's seat.

10. Although I could not hear what was being discussed between the Male Passenger and the flight attendant, I easily observed the Male Passenger's body language, which showed, that as the interactions progressed, the Male Passenger was growing more and more agitated.

11. The flight attendant was not speaking loudly or aggressively while addressing the Male Passenger.

12. In the final interaction between the two, the Male Passenger picked up his carry-on bag and took an aggressive and harsh swat with it toward the body of the flight attendant.

13. From my angle, I could tell that the Male Passenger did this on purpose, as he was looking at the flight attendant when he swung his bag toward the flight attendant.

14. Clearly upset by the Male Passenger's aggressively physical actions, the flight attendant walked to the front of the plane toward the cockpit.

15. Within minutes, an American Airlines official entered the plane and escorted the Male Passenger off the aircraft.

16. The Male Passenger left the aircraft without issue.

17. Thereafter, the flight proceeded forward as normal, and we arrived safely and uneventfully in Mexico City.

18. Throughout the entire event/interaction, I would liken the Male Passenger's behavior to that of an angry toddler being forced to turn over a toy to a supervising adult.

19. Throughout the entire flight, including in my interactions with him while he served the cabin, I would describe the flight attendant's behavior as courteous, calm, and professional.

20. I declare under penalty of perjury that the foregoing is true, correct and within my personal knowledge.

DATED on this the _12_ th day of ___January___ 20_22_

_____
Federico Quintana