# EXHIBIT O

**William Woodrow**

| | |
|---|---|
| **From:** | Pecchio, Robert D. <robert.pecchio@bipc.com> |
| **Sent:** | Wednesday, January 12, 2022 4:04 PM |
| **To:** | William Woodrow; Kolb, Kelly |
| **Cc:** | Thatcher A. Stone |
| **Subject:** | RE: Clowdus v. AA CONFIDENTIAL Discovery Information |

**CONFIDENTIAL** DISCOVERY INFORMATION DISCLOSURE

Will,

Pursuant to the agreement made between the parties regarding the provision of phone contact information for the passengers in Rows 1-4, please find the following phone numbers, and associated seat assignments. Please take reasonable and appropriate means to maintain the confidentiality of this information in accordance with the parties' Confidentiality Agreement.

- 1A
    - ▪ CONFIDENTIAL
- 1B
    - ▪ CONFIDENTIAL
- 2F
    - ▪ CONFIDENTIAL
- 3A
    - ▪ CONFIDENTIAL
- 3B
    - JAIRO ESPINOZA JIMENEZ
        - ▪ 52-222191 CONFIDENTIAL
- 3E
    - JUAN HERNANDEZ RAMIREZ
        - ▪ 52-222191 CONFIDENTIAL
- 3F
    - ▪ CONFIDENTIAL
- 4A
    - FEDERICO QUINTANA
        - ▪ CONFIDENTIAL
- 4B
    - ▪ CONFIDENTIAL
- 4E
    - ▪ CONFIDENTIAL



**Robert D. Pecchio**
Associate

401 East Las Olas Boulevard
Suite 2250
Fort Lauderdale, FL  33301-4251
954 468 2314 (o)
robert.pecchio@bipc.com

vCard | Bio | BIPC.com | Twitter | LinkedIn

**Buchanan Ingersoll & Rooney** PC

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.