# EXHIBIT

# P

# William Woodrow

| | |
|---|---|
| **From:** | William Woodrow |
| **Sent:** | Thursday, February 10, 2022 12:26 PM |
| **To:** | Kolb, Kelly; Pecchio, Robert D. |
| **Cc:** | Thatcher A. Stone |
| **Subject:** | a few items |

Hi Kelly,

A few things to push forward:

Do you have an update for us on Ms. Gray's condition/availability?

Could you clarify if the IRL packet referenced in #11 of your interrogatories is what we were given in AA0028-0047? If so, we won't bother with an additional request.

We'd like 5 more depositions: both remaining flight attendants (these should be quick), Maldonado, Kirby, and Gonzalez's shift supervisor (the upline recipient of the "tour report"). I think he gave us his name but I'm not sure now where I wrote it down. If you know, we can make a clean notice. Could you please check on dates and let us know.   We don't want the remaining two flight attendants until after Gray is complete. I have a brief due in the Second Circuit at the end of February, so that last week is no good for me, but anything in the next 10 days is good and first couple weeks in March is also good.

Just to clarify regarding passenger contact details: did you give us everything you have *including email addresses*? Some of the phone numbers provided are not even the right number of digits and a number of others do not connect. We have had some very interesting responses, and we are trying in good faith to generate our own work product, but we may end up needing to ask the court for your fact-based work product in instances where you have successfully obtained statements and we have not. If there are email addresses that you haven't given us, provide them please, and we will continue making our own effort.

When are you available to confer about Mr. Merino's personnel record and Mr. Clowdus' PNR (and possibly passenger statements)?

In light of Mr. Merino's admission, it may make sense to schedule our mediation soon… unless AA is still committed to a hard line fight.

Regards,

Will

1