# EXHIBIT S

**CONFIDENTIAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO.: 1:21-CV-23155-KMM

TROY CLOWDUS

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.

    Defendant.

_____/

**DECLARATION OF JAIRO ESPINOZA**

Jairo Espinoza, pursuant to 28 U.S.C. §1746, does hereby state under penalty of perjury that the following is true and correct:

1. My name is Jairo Espinoza. I am over 18 years of age. I have personal knowledge of the matters stated below.

2. On June 10, 2021, I was a passenger on American Airlines flight AA1303 with scheduled departure from Miami, FL at 7:10AM, and with scheduled arrival in Mexico City, Mexico at 9:37AM.

3. My seat on this flight was 3B, in the Business class section of the airplane.

4. I am an experienced flyer, and I have flown internationally prior to Flight AA1303.

5. On this particular flight, I did not observe any discourteous or otherwise concerning behavior by any of the flight attendants serving our flight while the passengers and I boarded and took our assigned seats.

6. After taking my seat, I observed a male passenger ("**Male Passenger**") seated in the first row, aggressively and intentionally sling his bag at a male flight attendant ("**Male Flight**

Attendant"), who had appeared to be trying to help this Male Passenger with the bag prior to having the bag forcefully shoved into his body.

7. I was able to observe the Male Passenger slinging his bag at the Male Flight Attendant because my seat was 2 rows back from the Male Passenger's seat.

8. Although I could not hear what was being discussed between the Male Passenger and the Male Flight Attendant, I observed that the Male Flight Attendant remained calm and professional throughout the interaction.

9. I would describe the Male Flight Attendant's behavior as courteous, nice, and professional to everyone, including the Male Passenger.

10. I would describe the Male Passenger's behavior as unmannerly, uncivil, aggressive, and spoiled.

11. The Male Passenger made substantial impact with the Male Flight Attendant's body when he slung the bag at the Male Flight Attendant.

12. Afterward, the Male Passenger was asked to leave the airplane.

13. The flight proceeded as normal after the Male Passenger exited the airplane, and the Male Flight Attendant continued to serve the cabin in a calm and professional manner through the flight.

14. I declare under penalty of perjury that the foregoing is true, correct and within my personal knowledge.

DATED on this the 1st th day of March 2022

_____
Jairo Espinoza