# EXHIBIT U

[Facebook (https://web.facebook.com/Ernesto-Velarde-Danache-Inc-Mexican-International-Lawyers-164733310240797/?_rdc=1&_rdr)] [YouTube (https://www.youtube.com/channel/UC7wY0m-KtrpsM76K0vjpobw)] [LinkedIn (https://www.linkedin.com/in/velardedanache)]

English

CONTACT (/CONTACT)

(/) 

1650 Paredes Line Rd. Ste. No. 101 Brownsville, TX 78521

**+(956) 548 9098**

Office hours: 08.30am - 5.30pm

**admin@velardedanache.com**

# DO YOU NEED LEGAL HELP IN MEXICO?

Inicio (https://velardedanache.com) ▸ About

## WE HAVE ASSISTED MORE THAN
### 300 FOREIGN INVESTORS FROM EUROPE, ASIA AND NORTH AMERICA TO ESTABLISH OPERATIONS IN MEXICO

Our services include but are not limited to consulting in International, Corporate, IMMEX/Maquila regulations, Governmental Relations and Lobbying, In-house Notary Public, Intellectual Property, Real Estate, Labor and Employment, Customs and foreign trade, Incorporation of Mexican Companies, Tax Matters and Working Visas / Immigration.

| +300 companies | 15 attorneys<br>ready to help you | 4 Languages<br>which we are able to speak to our clients | 1 In-house Notary Public in Mexico | 35 years<br>of experience | +300 companies |

↑

had been helped to establish operation in Mexico

had been helped to establish operation in Mexico

CONTACT / CONTACTCONTACT / CONTACT

<   >

We provide legal assistance to our clients in order to make their projects successful, based on our experience for the past 35 years supporting foreign investors in Mexico. We have clients from different countries such as Japan, France, Korea, Italy, China, Australia, England, Finland, Denmark, Austria, Sweden, Spain, Germany, Taiwan, India, United States and Canada.



## Our History

After several years working for an internationally recognized law firm in Mexico City and having completed several post-graduate courses in Europe Ernesto Velarde- Danache founded this Law Firm in 1988.
Our purpose has always been to be a full service Law Firm. No need to go beyond was and is the goal. Real estate due diligence and acquisitions, incorporations, permitting, labor and employment, governmental relations, tax, customs, immigration, environmental, in other words, every basic or ancillary need of a foreign company venturing into Mexico is promptly and diligently addressed.

In addition to our Brownsville office, we have now four Mexican locations, Matamoros and Reynosa, Tamaulipas, some of the most attractive cities on the US-Mexico border where hundreds of foreign owned companies have established operations, as well as an office in Leon, Guanajuato and in Monterrey, Nuevo Leon. To complement our services we have an in-house Notary Public in Mexico and thirteen Mexican licensed lawyers to support our efforts. We are able to work in English, Spanish, French and Italian.

↑

FREE ACCESS (HTTPS://ERNESTOVELARDEDANACHE.ACTIVEHOSTED.COM/F/1)

CONTACT (/CONTACT)

TO OUR VIDEO CONFERENCE IN ENGLISH

**DOING BUSINESS IN MEXICO**

BY ERNESTO VELARDE DANACHE

## Our Team

At Ernesto Velarde-Danache, Inc. we offer our clients an extensive range of legal services. Our practice areas are staffed by attorneys who, in their majority, have between 10 and 35 years of experience in their respective areas of expertise.



(https://velardedanache.com/our_team/ernesto-velarde-danache/)

### Ernesto Velarde Danache
*President & Mexican Notary Public*

- Main Office – Brownsville, Texas & Matamoros, Tamaulipas
- evd@velardedanache.com (mailto:evd@velardedanache.com)
- Descargar V-Card (http://www.velardedanache.com/wp-content/uploads/2018/05/ERNESTO-VELARDE-DANACHE.vcf)

**CONTACT (/CONTACT)**



(https://velardedanache.com/our_team/angel-smith/)

### Ángel Smith
*Senior Associate*

- Reynosa Branch Office
- asmith@velardedanache.com (mailto:asmith@velardedanache.com)
- Descargar V-Card (http://www.velardedanache.com/wp-content/uploads/2018/05/ANGEL-SMITH.vcf)

CONTACT (/CONTACT)

(https://velardedanache.com/our_team/enrique-villarreal/)

### Enrique Villarreal
*Senior Associate*

- Main Office – Brownsville, Texas
- evguajardo@velardedanache.com (mailto:evguajardo@velardedanache.com)
- Descargar V-Card (http://www.velardedanache.com/wp-content/uploads/2018/05/ENRIQUE-VILLARREAL.vcf)

CONTACT (/CONTACT)



(https://velardedanache.com/our_team/carlos-porras/)

### Carlos Porras
*Senior Associate*

- Reynosa Branch Office
- cporrasg@velardedanache.com (mailto:cporrasg@velardedanache.com)
- Descargar V-Card (http://www.velardedanache.com/wp-content/uploads/2018/05/CARLOS-PORRAS.vcf)

CONTACT (/CONTACT)



(https://velardedanache.com/our_team/victor-aguilar/)

### Victor Aguilar
*Senior Associate*

- Main Office – Brownsville, Texas & Reynosa Tamaulipas
- vaguilar@velardedanache.com (mailto:vaguilar@velardedanache.com)
- Descargar V-Card (http://www.velardedanache.com/wp-content/uploads/2018/05/VICTOR-AGUILAR-GARZA.vcf)

↑

CONTACT (/CONTACT)

(https://velardedanache.com/our_team/mauricio-fernandez/)

**Mauricio Fernández**
*Junior Associate*

- Guanajuato Branch Office
- mfernandez@velardedanache.com (mailto:mfernandez@velardedanache.com)
- Descargar V-Card (http://www.velardedanache.com/wp-content/uploads/2018/05/MAURICIO-FERNANDEZ.vcf)

CONTACT (/CONTACT)

(https://velardedanache.com/our_team/ana-franco/)

## Ana Franco
*Junior Associate*

- Guanajuato Branch Office
- afranco@velardedanache.com (mailto:afranco@velardedanache.com)
- Descargar V-Card (http://www.velardedanache.com/wp-content/uploads/2018/05/ANA-FRANCO.vcf)

CONTACT (/CONTACT)

(https://velardedanache.com/our_team/grace-gabrielle-garcia/)

### Grace Gabrielle García
*Associate Monterrey*

- Monterrey Branch Office
- ggarcia@velardedanache.com (mailto:ggarcia@velardedanache.com)
- Descargar V-Card (http://www.velardedanache.com/wp-content/uploads/2019/11/Grace-Gabrielle-García-Dávila.vcf)

CONTACT (/CONTACT)

(https://velardedanache.com/our_team/issis-huerta/)

### Issis Huerta
*Junior Associate*

- Matamoros Branch Office – Brownsville, Texas
- info@velardedanache.com (mailto:info@velardedanache.com)
- Descargar V-Card (http://www.velardedanache.com/wp-content/uploads/2018/05/ISSIS-HUERTA.vcf)

CONTACT (/CONTACT)

(https://velardedanache.com/our_team/veronica-delgado/)

### Verónica Delgado
*Junior Associate*

- Matamoros Branch Office
- infoasis@velardedanache.com (mailto:infoasis@velardedanache.com)
- Descargar V-Card (http://www.velardedanache.com/wp-content/uploads/2018/05/VERONICA-DELGADO.vcf)

CONTACT (/CONTACT)

(https://velardedanache.com/our_team/mariana-barthel/)

## Mariana Barthel
*Office Manager And Administrator*

- Main Office – Brownsville, Texas
- mbarthel@velardedanache.com (mailto:mbarthel@velardedanache.com)
- Descargar V-Card (http://www.velardedanache.com/wp-content/uploads/2018/05/MARIANA-BARTHEL.vcf)

CONTACT (/CONTACT)



(https://velardedanache.com/our_team/yamily-garcia/)

### Yamily García

*(Español) Recepcionist And Administrative Assistant Recepcionista Y Asistente Administrativa*

- Main Office – Brownsville, Texas
- admin@velardedanache.com (mailto:admin@velardedanache.com)
- Descargar V-Card (http://www.velardedanache.com/wp-content/uploads/2018/05/YAMILY-GARCIA.vcf)

CONTACT (/CONTACT)

(https://velardedanache.com/our_team/kevin-gonzalez/)

**Kevin González**
*Junior Associate*

- Matamoros Branch Office
- kgonzalez@velardedanache.com (mailto:kgonzalez@velardedanache.com)
- Descargar V-Card (http://www.velardedanache.com/wp-content/uploads/2019/11/Kevin-González.vcf)

## Of Counsel

CONTACT (/CONTACT)

(https://velardedanache.com/our_team/oscar-e-garcia/)

### Óscar E. García
*Junior Associate*

- San Luis Potosi Branch Office
- oscar@holisticajuridica.mx (mailto:oscar@holisticajuridica.mx)
- Descargar V-Card (http://www.velardedanache.com/wp-content/uploads/2018/05/OSCAR-GARCIA.vcf)

CONTACT (/CONTACT)

(https://velardedanache.com/our_team/eduardo-zepeda/)

## Eduardo Zepeda
*Custom, Import & Law*

Guadalajara, Jalisco

**DOWNLOAD (HTTPS://ERNESTOVELARDEDANACHE.ACTIVEHOSTED.COM/F/3)**

OUR FREE EBOOK IN ENGLISH
**DOING BUSINESS IN MEXICO**
BY ERNESTO VELARDE DANACHE

## Request a consultation

↑

CONTACT (/CONTACT)

First Name

Last Name

Phone

Area

Message

SEND NOW

## About.

We provide legal assistance to our clients in order to make their projects successful, based on our experience for the past 35 years supporting foreign investors in Mexico.

## Latest Tweets

Please contact us if you would like to discuss this issue which is causing substantial concern in the North America… https://t.co/Cdo0QYBJCG (https://t.co/Cdo0QYBJCG)

03-06-2022

to get a favorable vote or at least, as some cynical people may think, continue collecting union dues at least unti… https://t.co/tYMm66rTUP (https://t.co/tYMm66rTUP)

03-06-2022

The legitimation of more than 500,000 collective labor agreements in force in Mexico has been going rather slow. I… https://t.co/aqwndnrk5Q (https://t.co/aqwndnrk5Q)

03-06-2022



# Blog

CONTACT (/CONTACT)

@Ernesto Velarde Danache, INC, 2018

Disclaimer (/disclaimer)   Privacy policy (/privacy-policy)