## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TROY CLOWDUS,<br><br>                    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>                    Defendant. | Case No.: 1:21-cv-23155-KMM |

## <u>DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT</u>

Defendant, AMERICAN AIRLINES, INC. ("AA"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), files this Unopposed Motion for Extension of Time to File its Reply in support of its Motion to Dismiss Plaintiff's Amended Complaint [DE #51], and in support thereof, states:

1.      On June 15, 2022, Plaintiff, Troy Clowdus, filed his Response in Opposition to Defendant's Motion to Dismiss Plaintiff's Amended Complaint (DE #54).

2.      The day prior to Plaintiff's filing, AA's lead counsel tested positive for COVID-19 after returning from vacation out of the country and was thus sidelined from the majority of his work that week.

3.      The deadline for AA to respond to Plaintiff's Amended Complaint is June 22, 2022.

4.      AA has not previously sought an extension to Reply Plaintiff's Response in Opposition to Defendant's Motion to Dismiss Plaintiff's Amended Complaint.

5.      AA therefore respectfully requests a 5-day extension of time, through and including June 27, 2022, within which to file its Reply to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss Plaintiff's Amended Complaint.  As detailed in the below Certificate of Good Faith Conferral, undersigned counsel has conferred with Plaintiff's counsel, and Plaintiff's counsel advised that Plaintiff does not oppose the requested extension of time.

6.      Undersigned counsel represents to this Court that this Motion is not being interposed for purposes of delay or harassment.

7.      Pursuant to Local Rule 7.1(a)(2), a copy of the proposed Order granting this Motion is attached hereto as Exhibit "A."

## MEMORANDUM OF LAW

8.      Federal Rule of Civil Procedure 6(b) allows the Court, for good cause, to extend the time to respond when an act may or must done within a specified time if a request is made before the original time expires. The district court has considerable discretion in ruling upon an application for an extension to a filing deadline. *See Chrysler Int'l. Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) (citing *Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001)).

9.      Defendant seeks this extension prior to the expiration of its deadline to file a reply. As this Motion for Extension of Time sets forth good cause for the relief sought, and, as indicated by Plaintiff's consent, neither the parties nor these proceedings would be prejudiced, the granting of this Motion for Extension of Time would be an appropriate exercise of the Court's discretion.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), the undersigned conferred with Plaintiff's counsel by email on June 21, 2022, and Plaintiff's counsel does not object to the relief requested in this motion.

WHEREFORE, Defendant, American Airlines, Inc. respectfully requests that the Court enter an Order extending the time for Defendant to reply Plaintiff's Response in Opposition to Plaintiff's Amended Complaint through and until June 27, 2022.

Dated: June 21, 2022.

By:   */s/Kelly H. Kolb*

Kelly H. Kolb, Esq.
kelly.kolb@bipc.com
Buchanan Ingersoll & Rooney, PC
401 E Las Olas Boulevard, Suite 2250
Fort Lauderdale, FL 33301
Tel: 954-468-2300
Fax: 954-527-9915
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this the 21st day of June, 2022, a true and correct copy of the above and foregoing has been filed with the Clerk of Court using the CM/ECF system.  I FURTHER CERTIFY that the foregoing document is being served this date, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic filing on the counsel of record or *pro se* parties identified on the attached Service List.

By:   */s/Kelly H. Kolb*
Kelly H. Kolb

**SERVICE LIST:**

William T. Woodrow III
250 West Main Street, Suite 201
Charlottesville, VA 22902

Rook Elizabeth Ringer, Esq.
LENTO LAW GROUP
222 San Marco Ave., Ste. C

3

St. Augustine, FL 32084
Tel:  (855) 275-7378
Tel:  (904) 602-9400
E-mail:  reringer@lentolawgroup.com
E-mail:  will@stoneandwoodrowlaw.com

David H. Pollack, Esq.
THE LAW OFFICE OF DAVID H. POLLACK, LLC
75 Valencia Avenue, Suite 100
Coral Gables, FL 33134
Tel. No. 305-372-5900
Fax No. 305-372-5904
david@davidpollacklaw.com
*Counsel for Plaintiff*