UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TROY CLOWDUS, | Case No.: 1:21-cv-23155-KMM |
| Plaintiff, | |
| v. | |
| AMERICAN AIRLINES, INC., | |
| Defendant. | |

**PROPOSED ORDER GRANTING DEFENDANT AMERICAN AIRLINES, INC.'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

THIS CAUSE came before the Court upon American Airlines, Inc.'s ("Defendant" or "AA") Motion for Extension of Time to File Reply in Support of Defendant's Motion to Dismiss Plaintiff's Amended Complaint [DE # 51], and the Court being advised as to the agreement between the parties in this regard and being otherwise duly advised, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Motion is GRANTED.

2. American Airlines, Inc. shall respond to the Amended Complaint by June 27th, 2022.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of June, 2022.

_____
Magistrate Judge Lauren Fleischer Louis

Copies furnished to:
*All Counsel of Record*

EXHIBIT "A"
