UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TROY CLOWDUS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | Case No.: 1:21-cv-23155-KMM |

**PROPOSED ORDER GRANTING DEFENDANT AMERICAN AIRLINES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS**

THIS CAUSE came before the Court upon American Airlines, Inc.'s ("Defendant" or "AA") Unopposed Motion for Extension of Time to File Response in Opposition to Plaintiff's Motion for Sanctions [DE # 55], and the Court being advised as to the agreement between the parties in this regard and being otherwise duly advised, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Unopposed Motion is GRANTED.

2. American Airlines, Inc. shall respond to the Motion for Sanctions by July 6, 2022.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of June, 2022.

_____
Magistrate Judge Lauren Fleischer Louis

Copies furnished to:
*All Counsel of Record*