<div style="text-align:center; color:red;">**EXHIBIT A**</div>

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:21-CV-23155-KMM**

TROY CLOWDUS

   Plaintiff,

vs.

AMERICAN AIRLINES, INC.

   Defendant.
_____/

## **DECLARATION OF KELLY KOLB**

Kelly Kolb, pursuant to 28 U.S.C. §1746, does hereby state under penalty of perjury that the following is true and correct:

1. My name is Kelly Kolb. I am over 18 years of age. I have personal knowledge of the matters stated below.

2. I am Shareholder at Buchanan Ingersoll & Rooney ("BIR"). BIR represents Defendant, American Airlines ("AA"), in the above-captioned matter (the "matter"). Robert Pecchio and I are counsel of record for AA in this matter.

3. During the course of this matter, we attempted to interview as many business class passengers as possible to determine if any of them witnessed the events at issue in this matter. In that regard, we were provided flight information for passenger Juan Hernandez-Ramirez.

4. The flight information for Mr. Hernandez-Ramirez, however, shows he was traveling with another passenger, Jairo Espinoza, such that these two business class passengers were shown to have the same flight information. This flight information contained only one phone number listed for both passengers. It did not contain a phone number specifically identifiable to

Mr. Espinoza, but rather one phone number for both passengers. It was later determined (on February 28, 2022) that the phone number belonged to Mr. Hernandez-Ramirez. The flight information also did not include a physical address for Espinoza.

5. Mr. Hernandez-Ramirez has never, at any point, informed me, Mr. Pecchio or (to my knowledge) anyone else at BIR working on this matter that he declined to sign a draft declaration (provided to him in early March 2022) because it did not accurately reflect what he told BIR when interviewed about his observations during a June 10, 2021 flight from Miami to Mexico City. Mr. Hernandez-Ramirez has never provided any reason to BIR whatsoever explaining why he did not sign the draft declaration.

6. On or about May 25, 2022, BIR engaged the Mexican law firm Ernesto Veldarde Danache ("EVD") to assist with this matter.

7. Specifically, BIR enlisted EVD to reach out to Mr. Espinoza and Mr. Hernandez-Ramirez for the limited purpose of determining if Hernandez-Ramirez would agree to sit for deposition and to arrange for Espinoza's deposition. EVD had no other authority. EVD was not authorized to make any statements about any parties' claims or contentions.

8. In an effort to establish contact with Hernandez-Ramirez, one of EVD's Associate Attorneys, Mauricio Fernandez ("Fernandez"), sent a number of text messages to Hernandez-Ramirez.

9. One of Fernandez' text messages dated June 6, 2022 contains a largely inaccurate summary of AA's contentions in this lawsuit – including contentions that AA has never asserted in this lawsuit such as that the flight attendant was injured and filed charges.

10. Fernandez did not pre-clear the June 6 (or any other) text messages with me or Mr. Pecchio prior to sending these messages to Hernandez-Ramirez. These text messages were not

2

simultaneously sent to me or Mr. Pecchio and we had no knowledge of the content of these text messages until we received Plaintiff's Motion for Sanctions [DE 55].

11. The flight information for passenger Federico Quintana does not reflect a physical address for him or the person who purchased his ticket - his mother, Angelica Cookson. The Quintana flight information includes only a phone number, which was later discovered to belong to his mother, Angelica Cookson.

12. I declare under penalty of perjury that the foregoing is true, correct and within my personal knowledge.

DATED on this the 6th day of July 2022.

_____
Kelly Kolb