# EXHIBIT B

**Communication with Juan Hernandez**

**From Mauricio Fernandez to Juan Hernandez (June 2, 2022)**

Hello Juan, Good afternoon.

**From Juan Hernandez to Mauricio Fernandez (June 2, 2022)**

Good Afternoon, who is this?

**From Mauricio Fernandez to Juan Hernandez (June 2, 2022)**

Nice to "meet" you, my name is Mauricio Fernandez and they asked me to contact you for a very important matter, can I call you for 5 minutes?

**From Juan Hernandez to Mauricio Fernandez (June 2, 2022)**

I am busy now, you can send me a voice note.

**From Mauricio Fernandez to Juan Hernandez (June 2, 2022)**

Thank you Juan

**From Mauricio Fernandez to Juan Hernandez (June 3, 2022)**

Good Afternoon Juan, it is me again, I want to speak with you about this important matter, can I call you 5 mins?

**From Mauricio Fernandez to Juan Hernandez June 6, 2022)**

Good afternoon Juan, hope this "correspondence" finds you very well.

As I told you a couple of days ago, my name is Mauricio Fernández and I represent one of the most prestigious Law Firms in foreign investment matters in Mexico. The reason for this "communication" is to tell you that we are correspondents for Buchanan Ingersoll & Rooney PC., an important legal firm in Fort Lauderdale, United States, which represents American Airlines in the State of Florida. Per Buchanan Ingersoll & Rooney PC Law Firm request, we have been entrusted with the task of communicating with you in the most respectful manner in order to request your collaboration to serve justice in the incident that occurred on the American Airlines flight in which you were traveling, in this flight a person inexplicably reacted violently by throwing his Lap Top at one of the flight attendants, a person who was injured and who filed charges against the person who hurt him.

Specifically, we would only require you to testify as a witness of what you witnessed on the day of the unfortunate event before an authority, either in person, or through a videoconference through an official platform used by the Local Authority in the United States. If you opt for the first option, we would agree on the date of the Hearing and you would be paid in full for the flight (round trip), travel expenses and Hotel in Miami, or in the second option would be only the time for the virtual hearing in the place that is convenient for you.

Please, I beg you to consider the options outlined above, since it is important that justice is served in this matter and your testimony is key for this purpose. If it is ok with you and you feel comfortable, we could have a videoconference with the President of my Law Firm Ernesto Velarde only with the intention that you get to know us and we can talk calmly about this matter.

I thank you in advance for your attention and I hope to hear from you soon.

Greetings,

Mauricio Fernandez

**From Mauricio Fernandez to Juan Hernandez (June 7, 2022)**

Good Afternoon Jua,

Do you think we can speak at any time for no longer than 5 mins? I would really appreciate it.

**From Juan Hernandez to Mauricio Fernandez (June 7, 2022)**

Good Morning Mauricio! Honestly, I don't want to get involved in this situation, I am busy now.

Sorry.

**From Mauricio Fernandez to Juan Hernandez (June 7, 2022)**

Hello Juan, thanks for reaching out. I respect your decision, believe me, the last thing we want is to bother you, however, I beg you to at least talk to Mr. Ernesto Velarde, Head of our law firm for 5 minutes. Do you have a chance?

14:11

< 3    +52 473 107 7756

información.

Hola Juan buenas tardes.   16:14

Buena tarde   16:25

Con quien hablo perdón?   16:25

Mucho gusto mi nombre es Mauricio Fernandez, me hicieron favor de pasarme tu número para contactarte para un tema importante, te puedo robar 5 mins de tu tiempo por teléfono?   16:29

Llamada perdida a las 16:40

Ahorita ando ocupado si quieres mándame nota de voz   16:44

Gracias Juan   17:41

viernes

Juan buenas tardes, nuevamente molestándote, para comentarte un tema importante, ojalá te pueda robar 5 mins?   17:08

14:11

< 3   +52 473 107 7756

lunes

Llamada perdida a las 17:01

Buenas tardes Juan, espero te encuentres muy bien.

Tal como te comentaba hace unos días, mi nombre es Mauricio Fernández y represento una de las Firma Legales en temas de Inversión extranjera más prestigiadas en México. El motivo de la presente es comentarte que somos corresponsales de Buchanan Ingersoll & Rooney PC., Firma Legal importante en Fort Lauderdale, Estados Unidos, que representa a la Aerolinea American Airlines en el Estado de Florida. A solicitud de la Firma Legal  Buchanan Ingersoll & Rooney PC nos han encomendado la tarea de comunicarnos contigo de la manera mas respetuosa a fin de solicitar de tu colaboración para hacer justicia en el incidente sucedido en el vuelo de American Airlines en el que tengo entendido tu viajabas, en donde una persona reaccionó inexplicablemente de

14:11 

  +52 473 107 7756 

viajabas, en donde una persona reaccionó inexplicablemente de manera violenta arrojando su Lap Top contra una de las sobrecargos de dicho vuelo, persona que resulto lastimada y quien presentó cargos contra la persona que la lastimo.

Concretamente solo requeriríamos que manifestaras como testigo de calidad, lo que presenciaste el día del lamentable suceso ante la autoridad correspondiente, ya sea de manera presencial, o mediante una videoconferencia por medio de una plataforma oficial que utiliza la Autoridad Local en Estados Unidos. De optar por la primera opción nos pondríamos de acuerdo en la fecha de la Audiencia y se te pagaría de manera integra el vuelo (ida y vuelta), viáticos y hospedaje a la Ciudad de Miami para poder llevar a cabo tu testimonial, o en el segundo caso sería robarte únicamente el tiempo necesario para el desahogo de la audiencia de manera virtual en el lugar que te resulte conveniente.

Por favor te ruego el que consideres las opciones anteriormente

  

14:12  ...Il 5G

< 3   +52 473 107 7756

**Por favor te ruego el que consideres las opciones anteriormente planteadas, ya que es importante que se haga justicia en este asunto y tu evidencia es determinante. Si te parece bien y te sientes cómodo pudiéramos tener una videoconfer...**
Leer más                                17:05

Ayer

**Buen día Juan, nuevamente saludándote. Crees que pudiéramos hablar a alguna hora (no más de 5 mins)? De vdd te lo agradecería mucho.**                                 10:43

Mauricio buen día! La verdad no me gustaría meterme en esa situación, ahorita estoy un poco ocupado
                                                10:51 ✓✓

Una disculpa  10:51 ✓✓

**Hola Juan, gracias por comunicarte. Respeto mucho tu decisión, créeme que lo último que pretendemos es molestarte, sin embargo te ruego el que al menos pudiéramos o pudieras platicar no más de 5 minutos con el**

14:13

< 3  +52 473 107 7756

tu evidencia es determinante. Si te parece bien y te sientes cómodo pudiéramos tener una videoconfer...

Leer más                                    17:05

Ayer

Buen día Juan, nuevamente saludándote. Crees que pudiéramos hablar a alguna hora (no más de 5 mins)? De vdd te lo agradecería mucho.                              10:43

> Mauricio buen día! La verdad no me gustaría meterme en esa situación, ahorita estoy un poco ocupado                 10:51

> Una disculpa   10:51

Hola Juan, gracias por comunicarte. Respeto mucho tu decisión, créeme que lo último que pretendemos es molestarte, sin embargo te ruego el que al menos pudiéramos o pudieras platicar no más de 5 minutos con el Licenciado Ernesto Velarde, Titular de nuestra firma legal.

Tienes oportunidad?                    11:04