**EXHIBIT C**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:21-CV-23155-KMM

TROY CLOWDUS

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.

    Defendant.

_____/

## DECLARATION OF MAURICIO FERNANDEZ

Mauricio Fernandez, pursuant to 28 U.S.C. §1746, does hereby state under penalty of perjury that the following is true and correct:

1. My name is Mauricio Fernandez. I am over 18 years of age. I have personal knowledge of the matters stated below.

2. I am attorney licensed to practice law in Mexico, since 2004. My practice area is Corporate Law, Labor Law, Immigration.

3. I have been an Associate Attorney at the Mexican law firm Ernesto Velarde Danache since 2014.

4. On or about May 26 of 2022, I received an assignment from Mr. Velarde-Danache to assist the U.S. law firm of Buchanan Ingersoll and Rooney in connection with the above-captioned matter.

5. Specifically, I was tasked with reaching out to two witnesses identified for us - Juan Hernandez-Ramirez and Jairo Espinoza and determine if Hernandez-Ramirez would agree to sit for deposition and to arrange for Mr. Espinoza's deposition.

6. I was not told to or authorized to discuss the claims or contentions of the parties in the above captioned lawsuit with any of these witnesses. I had no authority other than what is described in the preceding paragraph.

7. In an effort to establish contact with Mr. Hernandez-Ramirez, I sent him a number of text messages one of which contained statements regarding what I thought to be American Airlines' contentions in the above captioned lawsuit. I did not pre-clear any text message with the attorneys at Buchanan Ingersoll and Rooney before sending them to Hernandez-Ramirez.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true, correct and within my personal knowledge.

**DATED** on this the 6th day of July 2022

_____
Mauricio Fernandez