# EXHIBIT F

## COMPARISON OF HERNANDEZ- RAMIREZ EMAIL, AA DECLARATION AND CRIMINOLOGIST'S AFFIDAVIT

| Email [DE 55-4] | AA Declaration [Ex G] | Criminologist's Affidavit [DE 55-2] |
|---|---|---|
| Passenger on AA flight #1303 MIA to MEX | Same | Same |
| Saw flight attendant complaining about a blow by a passenger | Observed interactions between flight attendant and a passenger | No reference |
| Heard nothing | Heard nothing | Heard the stewardess tell the passenger that he (the passenger) hit him (the flight attendant) |
| Heard nothing | Heard nothing | Heard the passenger apologize |
| They were not having a normal conversation | Passenger was irritated with the flight attendant | No reference |
| Has no other information since he fell asleep | | Stewardess later discussed the incident with Ramirez-Hernandez |