UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO.: 1:21-CV-23155-KMM

TROY CLOWDUS

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.

    Defendant.

_____/

## DECLARATION OF JUAN HERNANDEZ

Juan Hernandez, pursuant to 28 U.S.C. §1746, does hereby state under penalty of perjury that the following is true and correct:

1. My name is Juan Hernandez. I am over 18 years of age. I have personal knowledge of the matters stated below.

2. On June 10, 2021, I was a passenger on American Airlines flight AA1303 with scheduled departure from Miami, FL at 7:10AM, and with scheduled arrival in Mexico City, Mexico at 9:37AM.

3. My seat on this flight was 3E, in the Business class section of the airplane.

4. I am an experienced flyer, and I have flown internationally with American Airlines prior to Flight AA1303.

5. On this particular flight, I did not observe any discourteous or otherwise concerning behavior by any of the flight attendants serving our flight while the passengers and I boarded and took our assigned seats. They were courteous and polite.

6. When I was seated, I noticed a Male Flight Attendant ("**Male Flight Attendant**") trying to calm down a male passenger ("**Male Passenger**") seated in the first row, window seat, on the right side of the plane (when facing forward).

7. I was able to observe the interaction between the Male Flight Attendant and the Male Passenger because my seat was 2 rows back from the Male Passenger's seat.

8. Although I could not hear what was being discussed between the Male Passenger and the Male Flight Attendant, I observed that the Male Passenger's behavior appeared to demonstrate that he was irritated with the Male Flight Attendant, and that he was speaking aggressively to the Male Flight Attendant.

9. The Male Flight Attendant was not speaking loudly or aggressively while addressing the Male Passenger.

10. After some minutes, the Male Passenger was asked to leave the plane.

11. Throughout the entire flight, including in my interactions with him while he served the cabin, I would describe the Male Flight Attendant's behavior as courteous and professional.

12. I declare under penalty of perjury that the foregoing is true, correct and within my personal knowledge.

**DATED** on this the ____th day of _____ 20___

_____
Juan Hernandez