
EXHIBIT H