```
                                                           Page 1

 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA
 2
 3
       TROY CLOWDUS,
 4
             Plaintiff,
 5                                            CASE NO.
       v.                                     1:21-CV-23155(MM)
 6
                                              CIVIL ACTION
 7
       AMERICAN AIRLINES, INC.,
 8
             Defendant.
 9     ------------------------------/
10
11
         VIDEOTAPED DEPOSITION OF FEDERICO QUINTANA-VALLEJO
12                (Conducted Via Videoconference)
13
14
          DATE:             March 22, 2022
15
16
17      TIME:             1:05 p.m. to 3:25 p.m.
18
19
          REPORTED BY:    TRICIA J. MARCH
20                        Notary Public
                          State of Florida
21
22
23
24
25      Job No. CS5141192
```

```
 1   APPEARANCES:
 2
     WILLIAM T. WOODROW III, ESQUIRE
 3   Stone & Woodrow, LLP
     250 West Main Street
 4   Suite 201
     Charlottesville, VA 22902
 5         Attorney for Plaintiff
 6
 7   KELLY H. KOLB, ESQUIRE
     Buchanan Ingersoll & Rooney, PC
 8   401 East Las Olas Boulevard
     Suite 2250
 9   Fort Lauderdale, FL 33301
           Attorney for Defendant
10
11
     ALSO PRESENT:
12
     TIMOTHY LENZ, VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

|  | INDEX | Page |
|---|---|---|
| 1 | Direct Examination by Mr. Kolb | 05 |
| 2 | Cross-Examination by Mr. Woodrow | 23 |
| 3 | Redirect Examination by Mr. Kolb | 115 |
| 4 | Recross Examination by Mr. Woodrow | 115 |
| 5 | Certificate of Oath | 126 |
| 6 | Certificate of Reporter | 127 |
| 7 | Read & Sign Letter | 128 |
| 8 | Signature Page/Errata Sheet | 129 |

EXHIBITS

| Defendant's | Description | Marked |
|---|---|---|
| Exhibit 1 | SUBPOENA | 06 |

Page 4

1              THE VIDEOGRAPHER:  And we are now on the video
2       record.  Today is Tuesday, March 22nd, 2022, and the
3       time is 1:05 p.m. Eastern.  Excuse me.
4              This is Media Number 1 of the video-recorded
5       deposition of Mr. Federico Quintana taken by counsel
6       for defense in the matter of Troy Clowdus
7       v. American Airlines, Incorporated.  It has been
8       filed in the U.S. District Court for the Southern
9       District of Florida.  The case number is
10      1:21-CV-23155.
11             This deposition is being conducted remotely
12      via Zoom.  My name is Timothy Lenz and I am the
13      videographer for -- representing the firm Veritext
14      Legal Solutions.  The court reporter is Ms. Trish
15      Marsh [sic], also representing Veritext Legal
16      Solutions.
17             Will counsel present, starting with the
18      noticing attorney, please identify yourselves for
19      the record and who you represent?
20             MR. KOLB:  Kelly Kolb, counsel for defendant,
21      American Airlines.
22             MR. WOODROW:  Wil Woodrow, counsel for Troy
23      Clowdus.
24             THE VIDEOGRAPHER:  Thank you.
25             If the court reporter will please swear in the

```
 1            witness, we can then proceed.
 2                    THE COURT REPORTER:  Thank you.
 3                    Mr. Quintana, would you raise your right hand,
 4            please?
 5                    Do you swear or affirm the testimony you give
 6            will be the truth, the whole truth, and nothing but
 7            the truth?
 8                    THE WITNESS:  I do.
 9                    THE COURT REPORTER:  Thank you.
10                        FEDERICO QUINTANA-VALLEJO,
11       the witness herein, being duly sworn under oath, was
12       examined and testified as follows:
13                            DIRECT EXAMINATION
14       BY MR. KOLB:
15            Q.    Can you state your name, please, sir?
16            A.    Yes.  My name is Federico Quintana-Vallejo.
17            Q.    All right.  Mr. Quintana, as you heard a
18       minute ago, my name is Kelly Kolb.  I'm here on behalf of
19       American Airlines, and I'm here to discuss with you your
20       observations on a June 10, 2021 American Airlines flight
21       from Miami to Mexico City.
22                    Do you understand who I am and why we're here
23       today?
24            A.    Yes.
25            Q.    All right.  I want to show you -- if I can
```

1    Q.   Say again?
2    A.   As I was boarding the plane.
3    Q.   And how did he come to your attention?
4    A.   He wasn't wearing his face mask properly.
5    Q.   Okay.  Did you advise anybody of that?
6    A.   No.
7    Q.   Okay.  Boarding process proceeded normally or
8  was there some aberrations?
9    A.   As far as I could tell, nothing was unusual
10 during the boarding process.
11   Q.   Okay.  And do you recall where this gentleman
12 who was not wearing his mask, where he ultimately sat
13 down?
14   A.   Yes.  Using the same reference point as I did
15 to point out my seat, he was sitting -- from the front
16 looking towards the back -- on the front row seat on the
17 left side hand of the plane on an -- on an aisle seat.
18   Q.   Okay.  So if you're looking towards the front
19 of the aircraft, he was on the right-hand side?
20   A.   Yeah, uh-huh.
21   Q.   Okay.  All right.  And are you positive he was
22 in an aisle seat or was it a -- a window seat?
23   A.   I'm positive he was in an aisle seat.
24   Q.   Okay.  And when you were boarding on that
25 morning, did you encounter a male flight attendant in

Page 56

```
 1                MR. KOLB:  Objection.  Form.
 2         A.   I -- I'd say it's -- it's most of the time
 3    not -- I don't fly business class.
 4         Q.   Okay.  Could you just -- now, you've testified
 5    that the -- that the passenger was seated in -- in the
 6    aisle seat when -- I guess that would be 1D.  I'm not
 7    sure.  As opposed to the window seat, you've testified
 8    that the passenger was seated in the aisle?
 9         A.   Yes.
10         Q.   Okay.  And do -- do you remember what -- what
11    the passenger looked like?
12         A.   Yeah.  Kind of.
13         Q.   Now, describe him a little bit to me.
14         A.   He's -- he's rather tall, I would say at
15    least -- he's at least six feet -- six-foot -- which is
16    the correct way to say that?  Feet, I think.  He's a
17    heavier gentleman, so maybe going towards 150 pounds, and
18    he's rather bulky on -- on his shoulders.
19         Q.   Okay.  What -- what color hair does he have?
20         A.   He has black hair with graying -- with
21    graying -- he has graying hairs.
22         Q.   And beard?  No beard?  Mustache?
23         A.   The -- the beard was -- was halfway covered
24    with -- with -- with the face mask if there was a beard.
25         Q.   So you didn't see if there was a beard?
```

Page 66

1   Q.   And how completely could you see him?
2   A.   I could see maybe -- if we're going through
3   percentage, maybe some 30, 35 percent of him.  A little
4   less than half of -- of -- of his total body.  But I
5   could see him pretty well on -- I could see his -- the --
6   the side -- his side pretty well.
7   Q.   And -- and -- and where were you looking to be
8   able to -- to see him?  Were you looking between the
9   seats? around the seats?
10  A.   From where I was sitting?  Are you asking
11  that?
12  Q.   Yes.
13  A.   I was -- I was sort of peeking up like this to
14  be able to see properly because the -- the -- the -- the
15  seats in -- in business sort of go up to my nose.  So I
16  was, like, trying to get from this vantage point, so
17  under my chin.
18  Q.   So -- so you were very interested in what was
19  going on at this point.
20  A.   Yes.
21  Q.   Okay.  And -- and what was -- what was the
22  second interaction?  Could you describe that to me?
23  A.   Yeah.  The second -- the -- the second
24  interaction was, again, the flight attendant having to go
25  over to his seat to -- to relay instructions.  And -- and

1    A.   I couldn't -- I -- I couldn't hear him reply.
2    Q.   Did you -- did you see if the passenger
3    interacted with him during this exchange?
4    A.   I can only guess that he did interact.  But I
5    couldn't hear his reply.
6    Q.   Could you -- could you see the passenger's
7    face at this point?
8    A.   The -- the left -- the left side of his face,
9    yes.
10   Q.   Could -- could you -- could you observe his
11   demeanor?
12   A.   Not really, no.
13   Q.   So if he was angry, if he was happy, you --
14   you -- you couldn't speak to that?
15   A.   I couldn't speak to that, no.
16   Q.   Okay.  And you -- and you didn't see if he
17   complied at this point?
18   A.   He -- he -- well, he would have -- he failed
19   to comply with both the instructions because he's -- by
20   the third instruction his carry-on was still not stowed
21   in the overhead bin and he was still not wearing his face
22   mask correctly.
23   Q.   Okay.  At this -- at this point was he -- was
24   he seated in his seat?
25   A.   Yes.