**EXHIBIT M**



Sent from my iPhone