**EXHIBIT N**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:21-CV-23155-KMM

TROY CLOWDUS

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.

    Defendant.

_____/

## DECLARATION OF ERNESTO VELARDE-DANACHE

Ernesto Velarde-Danache, pursuant to 28 U.S.C. §1746, does hereby state under penalty of perjury that the following is true and correct:

1. My name is Ernesto Velarde-Danache. I am over 18 years of age. I have personal knowledge of the matters stated below.

2. I am an Attorney and the Founder of the Mexican law firm Ernesto Velarde Danache. I am licensed to practice law only in Mexico. I have been a practicing attorney in Mexico since 1981.

3. On or about May 25, 2022, my law firm was engaged by Kelly Kolb of Buchanan Ingersoll & Rooney to assist with the above-captioned matter.

4. The limit of my law firm's authority with regard to this matter was to reach out to two witnesses identified for us - Juan Hernandez-Ramirez and Jairo Espinoza and determine if Hernandez-Ramirez would agree to sit for deposition and to arrange for Mr. Espinoza's deposition.

5. My law firm had no authority other than what is described in the preceding paragraph, and my law firm was not authorized to make any statements about any parties' claims or contentions.

6.     I assigned this engagement to one of my associates Mauricio Fernandez whose practice area is corporate law, labor law and Immigration. He has been a licensed attorney for 18 years and has been working for my firms since 2014.

7.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true, correct and within my personal knowledge.

**DATED** on this the 6th day of July 2022.

_____
Ernesto Velarde-Danache