**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

TROY CLOWDUS,

          Plaintiff,                     CASE NO: 2021-cv-23153

v.

AMERICAN AIRLINES, INC.,

          Defendant.

_____/

**Plaintiff's Unopposed Motion for an Extension of Time to File Reply**
**To American Airlines, Inc.'s Response to Motion for Sanctions**
**and Response to Cross Motion for Sanctions**

     Troy Clowdus, by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), files this Unopposed Motion for Extension of Time to file his Reply to American Airlines, Inc's ["AA's] Response to his Motion for Sanctions and Response to AA's Cross Motion for Sanctions and in support thereof, states:

1. On June 16, 2022, Plaintiff, Troy Clowdus, filed his Motion for Sanctions [DE #55].
2. After being granted an extension of time to file, AA filed its Response on July 6, 2022 [DE #61]
3. The deadline for the Plaintiff to file his Reply is July, 13, 2022.
4. Plaintiff's counsel, Mr. Woodrow, also recently contracted COVID and is still suffering the lingering after-effects.
5. The Plaintiff also is still working to obtain an affidavit from Mexico.
6. Consequently, the Plaintiff respectfully requests an enlargement of five (5) days to his time to Reply to AA's Response and its Cross Motion for Sanctions, setting the new deadline as Monday, July 18, 2022.
7. The Plaintiff is not making this request for purposes of harassment or delay.
8. The Plaintiff has not previously requested an extension of time to Reply to his Motion for Sanctions.

9. Plaintiff seeks this extension prior to the expiration of the deadline to file his Reply in Support of Sanctions.

10. Pursuant to Local Rule 7.1(a)(2), a copy of the proposed Order granting this Motion is attached hereto as Exhibit "A."

### Incorporated Memorandum of Law

11. Federal Rule of Civil Procedure 6(b) allows the Court, for good cause, to extend the time to respond when an act may or must done within a specified time if a request is made before the original time expires. The district court has considerable discretion in ruling upon an application for an extension to a filing deadline. See *Chrysler Int'l. Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) (citing *Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001)).

12. As this motion sets out good cause for the granting of an extension of time to the Plaintiff for his Reply and the Defendant does not oppose this motion, neither party will be prejudiced by the Court exercising its discretion and granting the requested relief.

### Certificate of Compliance With Local Rule 7.1

Pursuant to Local Rule 7.1, the undersigned conferred with Defendant's counsel by email on July 8, 2022, whereupon Defendant's counsel indicated that it had no opposition to the requested extension of time.

WHEREFORE, Plaintiff, Troy Clowdus, respectfully requests that the Court enter an Order extending the time for Plaintiff to file his Reply to AA's Response to his Motion for Sanctions and response to AA's Cross Motion for Sanctions to July 18, 2022.

Respectfully Submitted,                                                                                      Dated: July 12, 2022

/s/ William T. Woodrow

William T. Woodrow III (*pro hac vice*)
Stone & Woodrow LLP
250 West Main St. Suite 201
Charlottesville, VA 22902
will@stoneandwoodrowlaw.com

Phone: 855-275-7378
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

    /s/ William T Woodrow
*Attorney for Plaintiff*