UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TROY CLOWDUS,

      Plaintiff,          CASE NO: 2021-cv-23153

v.

AMERICAN AIRLINES, INC.,

      Defendant.

_____/

**Proposed Order Granting Plaintiff Troy Clowdus's Unopposed Motion for an Extension of Time to File Reply to American Airlines, Inc's. Response <u>To Motion for Sanctions and Response to AA's Cross Motion for Sanctions</u>**

  THIS CAUSE came before the Court upon Plaintiff, Troy Clowdus' Unopposed Motion for an Extension of Time to File Reply to AA's Response to Plaintiff's Motion for Sanctions [DE # 55] and AA's Cross Motion for Sanctions, and the Court being advised as to the agreement between the parties in this regard and being otherwise duly advised, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Unopposed Motion is GRANTED.
2. Plaintiff, Troy Clowdus, shall file his Reply to American Airlines, Inc's Response to his Motion for Sanctions and Response to AA's Cross Motion for Sanctions on or before July 18, 2022.

  **DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of July, 2022.

                _____
                UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:

*All Counsel of Record*