# EXHIBIT

# B

# DECLARATION OF WILLIAM WOODROW

I, William Woodrow, pursuant to 28 U.S.C. § 1746, hereby state under penalty of perjury that the following is true and correct:

1. My name is William Woodrow. I am over 18 years of age. I have personal knowledge of the matters stated below.

2. I am co-counsel to Troy Clowdus in the matter captioned *Clowdus v. American Airlines, Inc.*, Case No. 1:21-CV-23155-KMM.

3. I have never met with, spoken to, or communicated in any fashion with Jairo Epinosa or Juan Pablo Hernandez Ramirez.

4. I have never directed or encouraged Eduardo Muriel, Troy Clowdus, or any other person to attempt directly or indirectly to influence the testimony of any witnesses in this case, including Jairo Espinosa, Juan Pablo Hernandez Ramirez, or Federico Quintana Vallejo, or to discourage them from communicating with American Airlines or any of its attorneys or representatives.

5. To my knowledge, neither Eduardo Muriel nor Troy Clowdus have attempted directly or indirectly to influence the testimony of any witnesses in this case, including Jairo Espinosa, Juan Pablo Hernandez Ramirez, or Federico Quintana Vallejo, or to discourage them from communicating with American Airlines or any of its attorneys or representatives.

6. On June 13, 2022, I was on a call with my co-counsel, David Pollack and Eduardo Muriel to verify the facts contained in the Motion for Sanctions filed by Mr. Clowdus and Mr. Muriel's involvement in this matter. The call took place in Spanish without a Spanish speaking

translator.  Mr. Pollack spoke with Mr. Muriel, since I have limited proficiency in Spanish.

7. Based on the information provided by Mr. Muriel, Mr. Pollack prepared a verified declaration for Mr. Muriel to sign.

8. I was not aware until shortly before receiving it that Mr. Espinosa was providing a statement or that he and Mr. Ramirez had retained counsel.

9. I have only ever spoken or communicated with Mr. Ramirez y Villafana in a Spanish-language phone call with Mr. Pollack that occurred after July 4, 2022.

10. When I spoke with Jaewon Kim, prior to scheduling her for deposition, she volunteered to me that the flight attendant who interacted with the Plaintiff (Merino) appeared very angry – so angry that he was "red in the face."

10. Under penalty of perjury, I declare that the foregoing is true, correct and with my personal knowledge.

Dated: July 18, 2022

WILLIAM T. WOODROW III