# EXHIBIT C

 Gmail

**Troy Clowdus <troymf1@gmail.com>**

## Passenger statements

**Troy Clowdus** <troymf1@gmail.com>  Tue, May 24, 1:38 PM
To: Eduardo <eduardo.muriel@detectivesmuriel.com>

Eduardo,

The judge got upset today with my attorney for his communication with passenger witnesses. The judge thought my attorney tried to influence the passenger statements with the way he asked questions.

Please be careful when you interview passengers. Do not coach them. Or make any suggestive comments. Please do not do anything to influence their testimony in any way.

Only ask them what they remember and then ask for a statement in their words. Do not influence the passenger statement in any way or write their statement for them. Otherwise the statement will be worthless to us.

Thank you again for all your efforts helping me in this matter.
[Quoted text hidden]