# EXHIBIT

# D

10:15

 **Eduardo PI**

🔒 Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more.

MARCH 31

Hola  5:32 PM

This Troy  5:33 PM

I will message you shortly?
5:33 PM

Ok I wait  5:34 PM

1 hour  5:34 PM

OK. Thanks  5:35 PM

Tengo dos artículos para ti. Ambos son muy importantes para mí. Voy a empezar con el primero. Tengo cuatro hombres que necesito que localices y luego vayas a entrevistarlos en persona. Necesito que les hagas algunas preguntas por mí y registres sus respuestas. Te mando la informacion de los hombres y luego me puedes dec.. si lo puedes hacer y cuanto me

 

000001

10:15 

 Eduardo PI  

si lo puedes hacer y cuanto me cobraras por este servicio?

7:01 PM

Ok Troy, espero los datos y requerimientos de cada uno para calcular el costo

7:04 PM

Jose Cohenmenun. Address unknown. Cohenmenum was seated in 1A. Phone Number: 55 5251 4561. CONFIDENTIAL Alberto Cojab. Address AMERICAN EXPRESS CO DE MEXICO SA DE CV; EJE 5 NORTE 990; EDIFICIO C 2DO PISO; COL SANTA BARBARA; MEXICO D F 02230. Cojab was seated in 1B. Phone Number: 55 5251 4561; 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-8764; 1-800-002-5225; 1-866-252-5225

7:06 PM

Borraste el mensaje    7:06 PM

18. Jairo Espinoza Jimenez. Piracanto No. 4, Puebla, Mexico 72520. Espinoza Jimenez was

  

10:16 

 Eduardo PI  

18. Jairo Espinoza Jimenez. Piracanto No. 4, Puebla, Mexico 72520. Espinoza Jimenez was seated in 3B. Phone Number 52-2221910692

19. Juan Hernandez Ramirez. Piracanto No. 4, Puebla, Mexico 72520. HernandezRamirez was seated in 3E. Phone Number: 52-2221910692. E-Mail: juan.hernandezr@udlap.mx

7:07 PM

Desde luego que esto y cualquier trabajo que nos solicitan se guardan y custodian los datos para que no haya forma que trscirndan

7:08 PM

Esos son los cuatro hombres. Esa es toda la información que tengo sobre ellos. Viajaban conmigo en un vuelo a la ciudad de México y necesito que los entrevistes en persona. No por teléfono. Los dos primeros viajaban juntos. Y los dos últimos viajaban juntos. ¿Puedes localizarlos y luego ir a visitarlos en persona?

7:09 PM

  

10:16 

 **Eduardo PI**

localizarlos y luego ir a visitarlos en persona?
7:09 PM

Si podemos hacer el trabajo que tu requieras.
7:12 PM

¿Es eso suficiente para empezar? ¿Debería pagarle primero para localizarlos y luego otro precio por viajar para entrevistarlos? En caso de que no pueda localizarlos, ¿no está perdiendo el tiempo ni el dinero?
7:13 PM

No hay problema. Por la mañana te mando la cohizacion por que ahorita estoy fuera de la oficina. Gracias
7:16 PM

Cotización
7:20 PM

Your name?
7:21 PM

My name is Eduardo Muriel Melero
7:22 PM

Gracias
7:27 PM.

We have been registered with the

000004

10:16 

 **Eduardo PI**

 

Gracias  7:27 PM

We have been registered with the US embassy in Mexico for 45 years.  7:30 PM

Tomorrow I will send you the costs and approximately the travel expenses.  7:33 PM

Okay thank you  7:40 PM

But first locate them so you know they there?  I don't want you to travel a long way and then nobody is home?  7:41 PM

That's right, of course we are not going to travel if we do not have a verified address  7:50 PM

**Fri, Apr 1**

Good morning Troy, in relation to the locations of the people you request me, I tell you that the cost for each one is 850 dollars and I give you a complete description of



    

10:16

  **Eduardo PI**  

for each one is 850 dollars and I give you a complete description of addresses and places they visit regularly, friends, activities and marital status. And I provide it to you because within the localization work we need to carry out debugging is that they force us to carry out them to achieve what you want to obtain. I await your comments. Greetings
11:36 AM

Give me two hours?  Okay?
12:06 PM ✓✓

Okay!    12:25 PM

Hi Eduardo I am working now a response
2:42 PM ✓✓

Ok. whenever you like, I'm waiting. Greetings.
2:48 PM

Eduardo creo que me malinterpretaste con estos cuatro hombres. No necesito saber toda esa información. No necesito sal nada sobre ellos excepto la dirección de su casa y si estaban

  

10:16

 **Eduardo PI**

esa información. No necesito saber nada sobre ellos excepto la dirección de su casa y si estaban en el vuelo en el que yo estuve el año pasado. Creo que para este paso todo lo que tendrá que hacer es localizar su dirección y número de teléfono correctos. Les llamarás por teléfono para solicitar una entrevista. Les dirás que estás investigando un incidente en un vuelo en el que estuvieron el año pasado. Y luego pídales que se reúnan con usted para discutir el incidente. Eso es todo. Después de convencerlos de que se reúnan con usted, discutiremos cuánto le costará viajar a donde viven y hacer la entrevista. Eso no será fácil de hacer porque la mayoría de la gente no quiere involucrarse. Realmente te estoy pagando en esta etapa para persuadirlos de que confíen en ti lo suficiente como para reunirse contigo y contarte lo que presenciaron. Entonces, el único trabajo que deberá hacer ahora es encontrar su dirección correcta y luego

10:16

 **Eduardo PI**   

Entonces, el único trabajo que deberá hacer ahora es encontrar su dirección correcta y luego llamarlos por teléfono para programar una cita para la entrevista. Espero que me entiendas. No necesito ninguna vigilancia o saber acerca de sus amigos o familiares. No necesito antecedentes ni información sobre estos cuatro hombres. Solo una dirección y concertar una cita con ellos.   2:53 PM

American Airlines flight # 1303, MIA - MEX on June 10, 2021   3:03 PM

Troy, to obtain the address of these people we have to investigate by many means and those efforts are the ones that give us all the data that I offer you   3:04 PM

And as for the interview, it's not much of a problem for me if the questions don't imply that they have to acknowledge something illegal.   3:08 PM



000008

10:17 

 **Eduardo PI**     

No no.  Nothing illegal.  Nada
3:19 PM

Eduardo la dificultad es que nadie
quiere ser molestado y nadie
quiere ayudarte en mi país. Nos
hemos puesto en contacto con dos
pasajeros aquí en los EE. UU. que
vieron lo que sucedió. Pero se
negaron a ayudar porque tienen
miedo de involucrarse. Espero que
sea diferente en tu país. Estos
cuatro hombres que quiero que
encuentres fueron los más
probables de ver y saber la verdad
de lo que sucedió esa mañana y
me salvarán la vida si dicen la
verdad. Pero me temo que si los
llama por teléfono y les pregunta
por teléfono, dirán que no vieron ni
presenciaron nada. Espero que si
los visitas, sea más probable que
te cuenten lo que pasó ese día.
Necesito que esos hombres me
ayuden. Necesito tu ayuda
urgente. ¿Entender ahora?
3:27 PM  

And, in my opinion, we obtain the
data that I mention if they can help

10:17 ⏷

 

10

 **Eduardo PI**

And, in my opinion, we obtain the data that I mention if they can help me to get to know people and know where to enter them. 3:50 PM

Lets get started 3:59 PM ⁄⁄

tell me how to pay?  Send me via email the invoice and payment information? 4:01 PM ⁄⁄

and a contract and whatever you need me to sign so we can begin 4:01 PM ⁄⁄

Eduardo Muriel Y Melero. The Bank is HSBC, account ~~4066517755~~ clabe ~~021180040665177567~~
**Codigo SWIFT**: BIMEMXMM
**Codigo ABA**: 181900085401*.
4:25 PM

Okay I will send it tonight 4:27 PM ⁄⁄

Ok. And send me the invoice copy, pleace. 4:29 PM 

okay

    

000010

**10:17**

**Eduardo Pl**

Ok. And send me the invoice copy, pleace.

4:29 PM

okay   4:29 PM

Confirmation of Transfer Request to Eduardo Muriel Y Melero

RECEIPT

Your international wire transfer request to Eduardo Muriel Y Melero HSBC

Transfer Request Submitted

April 1, 2022

pdf **Confirmation of Transfer Req...**

2 pages · 101 KB · pdf          8:21 PM

Troy, I received your receipt for the remittance and it will be credited until the 8th of this month, however I am going to start the investigation with the identification of each of the people I have to interview. Greetings and we are pending.

10:25 PM

Gracias   10:51 PM

De nada.   10:52 PM

Sat, Apr 2

10:17 ⌇

**Eduardo PI**

De nada. 10:52 PM

Sat, Apr 2



Eduardo it says unable to process because errors in the information.
3:37 PM ✓✓

If you go to the bank and deposit it in cash or through western union, it would be the fastest way to avoid delaying the investigation. 3:53 PM

I will go to HSBC on Monday and deposit the money. Western Union is much more expensive
3:57 PM ⌄

Send it in 4 parts of 850 dollars to

10:17 ✈

*15*

 **Eduardo PI**

Send it in 4 parts of 850 dollars to see if it arrives well because, what happens is that governments want to control money laundering.

4:03 PM

📞 Missed voice call at 4:15 PM

Okay i will do that    4:54 PM ✓✓

But if you have an HSBC nearby, it would be very wise to deposit there directly to my account

4:56 PM

Eduardo can you email an invoice or a proposal of work?  That way I can show the bank?  And I have for my records?  Please?    4:59 PM ✓✓

Please email me a proposal or invoice via email    5:02 PM ✓✓

I'm not in my office I can do this until Monday    5:11 PM

Okay Monday send it    5:11 PM   ⌄

10:18 

 **Eduardo PI**

Okay Monday send it    5:11 PM

To shorten the time, I suggest you, if possible, try to send it directly from your bank, making the transfer procedures yourself, why, what the authorities intend is to identify the origin of the money.

9:32 PM

**Mon, Apr 4**

I need you to email an invoice and copy of ID and are you licensed by the state?  I need all of that information    12:24 PM

I need your full name, your ID and your address to make you an invoice that has all my registration data.    12:29 PM

When issuing the invoice, I will have to charge you the value added tax that the government charges the recipient of the services.    12:44 PM

10:18 ⏀

  **Eduardo PI**   

When issuing the invoice, I will have to charge you the value added tax that the government charges the recipient of the services.

12:44 PM

> **Eduardo PI**
> When issuing the invoice, I will have to charge you the value added tax that the government charges the recipient of th...

Make the invoice for $850

12:46 PM ✓✓



12:46 PM

  

10:18 ◢

 **Eduardo PI**



12:46 PM ✓✓

And that is 16%, so in total you will have to send 3,400 plus 16% $544 dollars more, or a total of 3,944 dollars.
3:31 PM

When issuing an invoice automatically I have to pay VAT if you don't want to pay it, no invoice was issued.
4:06 PM

> **Eduardo PI**
> When issuing an invoice automatically I have to pay VAT if you don't want to pay it, no invoice was issued.

Okay then issue and invoice for one individual with VAT included. $850 plus VAT
4:09 PM ✓✓

Y el tiempo está corriendo, no se de cuanto dispongas. pero la investigación lleva tiempo.
4:09 PM

We have plenty of time.  Let's do this correctly or it is of no value t  me
4:11 PM ✓✓

＋ 

10:18  

 **Eduardo PI**

We have plenty of time.  Let's do this correctly or it is of no value to me
4:11 PM

I will also be in Mexico City on the 21st.  I would like to meet you while I am there
4:11 PM

And time is running out, I don't know how much you have. but research takes time.
4:11 PM

And I would be happy to have you get started now but I need to verify your license and credential will be accepted by a US court
4:20 PM





  

000017

*18*

10:18

**Eduardo PI**



This is my labor ID.

4:30 PM

If I needed you to testify in court would you be willing to travel to Miami for three days? I would pay of course

4:32 PM

No I can't

4:34 PM

Okay first things first

4:35 PM

I can't leave my job, I control and coordinate more than 120 people throughout the Mexican Republic. To be able to leave it takes me months of accommodation from all the work

4:37 PM

i understand

4:37 PM

Let's wait for you to come and then you will have a clearer semblance of us and there you will see if I can be trusted or not. Greetings

10:18 

<  **Eduardo PI**  

I understand 4:37 PM

Let's wait for you to come and then you will have a clearer semblance of us and there you will see if I can be trusted or not. Greetings
4:39 PM

okay sounds good.  I will see you in three weeks
4:40 PM

Ok. 4:42 PM

**Tue, Apr 5**

Eduardo I arrive in Mexico City the morning of April 22nd.  I can meet that afternoon or the following day on the 23rd.  Let me know your preference?
11:20 AM

I will bring with me all the information I have on the original four individuals and explain in more detail what we need from them to be successful.  Plus I will bring information on a fifth individual who claims to reside in Mexico City that I will need you to do a full

+    

000019

10:18

*20*

  **Eduardo PI**    

information on a fifth individual who claims to reside in Mexico City that I will need you to do a full investigation and background report.

11:23 AM

I look forward to meeting you

11:23 AM

My office is open from Monday to Friday from 9 in the morning to 4 in the afternoon, tell me the day and time that suits you and I'll wait for you.

11:28 AM

Friday the 23rd around 2pm?

11:29 AM

Sorry the 22nd   11:29 AM

Okay, I'll wait for you on Friday the 22nd at 2:00 p.m. We are in Parque España 35 in Colonia Condesa Alcaldia Cuauhtemoc 06140, almost on the corner of Av Veracruz.

11:42 AM

Thank you   11:43 AM   

  

*21*

10:19

**Eduardo PI**

Thank you          11:43 AM

Thu, Apr 7

Eduardo hello          2:54 PM

I'm considering traveling there next Tuesday to meet you          2:55 PM

Would you be available on Tuesday?          2:55 PM

Yes, only that day          2:57 PM

Tuesday around noon?          2:58 PM

I purchased my ticket.  I arrive Tuesday morning around 10.  I can meet with you any time on Tuesday afternoon          3:13 PM

1pm, ok?          3:16 PM

Okay good          3:16 PM

Tue, Apr 12

22

10:19

 **Eduardo PI** 

Thu, Apr 7

Good morning Eduardo.  I'm on my way to Mexico City.  I'll see you this afternoon
9:09 AM

Ok. Troy I' wait for you at 1 pm.
9:17 AM

Gracias   9:18 AM

De nada.   9:18 AM

Hi Eduardo I'm 15 minutes away
1:50 PM

Ok I' wait for you   1:51 PM

Wed, Apr 13

Eduardo, tengo una noticia increíble. Una gran noticia. Mi abogado local localizó y habló con el pasajero sentado en 3A. Ella recordó todo lo que pasó y está dispuesta a testificar a mi favor. También dijo que habló extensamente sobre lo que

⌄

+       

000022



10:19

 Eduardo PI

abogado local localizó y habló con el pasajero sentado en 3A. Ella recordó todo lo que pasó y está dispuesta a testificar a mi favor. También dijo que habló extensamente sobre lo que sucedió con el pasajero sentado a su lado en el asiento 3B. Jairo Espinoza Jiménez. Es uno de los hombres de Pablo México que me ibas a localizar. Creo que ahora es mejor si empiezas con los dos hombres de Pablo primero. El Sr. Jiménez probablemente recordará todo, ya que estaba sentado junto a este pasajero que está testificando ahora.

1:15 PM

18. Jairo Espinoza Jimenez. Piracanto No. 4, Puebla, Mexico 72520. Espinoza Jimenez was seated in 3B. Phone Number 52-7717725364 E-Mail: Jairo.espinozajc@udlap.mx. CONFIDENTIAL
19. Juan Hernandez Ramirez. Piracanto No. 4, Puebla, Mexico 72520. Hernandez Ramirez wa seated in 3E. Phone Number: 52-2221910692. E-Mail:

10:19 

24

<  **Eduardo PI**  

Piracanto No. 4, Puebla, Mexico 72520. Hernandez Ramirez was seated in 3E. Phone Number: 52-2221910692. E-Mail: juan.hernandezra@udlap.mx CONFIDENTIAL

1:16 PM

Hablemos con ellos primero? ¿Sí?

1:18 PM

Ok Troy I'm going to locate those people from Puebla

1:22 PM

**Tue, Apr 19**

Buenos dias Eduardo. ¿Cómo estás? Estaré de vuelta en la Ciudad de México el viernes. Tengo un quinto pasajero que quiero que localices y me hagas un informe de antecedentes completo. Pero no sé si esperar hasta que termines de encontrar y hablar con los dos pasajeros en Pueblo. Esos dos pasajeros en Pueblo son la mayor prioridad. No quiero que te distraigas de encontrarlos y hablarles. Pero si quiere que le traiga la información

+   

000024

10:19 ✈

25

‹    **Eduardo PI**   📹  📞

quiere que le traiga la información sobre el quinto pasajero y el dinero para empezar a buscarlo, entonces puedo hacerlo el viernes. ¿Es tu decision? ¿Cómo es la búsqueda de los dos hombres en Pueblo? ¿Algún progreso todavía?

11:01 AM ✓✓

Si, al parecer hoy corroboramos la localización de uno de ellos, tenemos ya identificados a los dos, ellos viajaron por su universidad y los datos asentados eran de esa institución y por esa razón tuvimos que profundizar en su identificación y localización.

11:23 AM

fantástico. El pasajero que debería ser más valioso es el Sr. Jiménez en el asiento 3B. Sabemos que la pasajera del 3A, la señorita Kim, habló con el señor Jiménez sobre la azafata y lo enojado que estaba. Así que el Sr. Jiménez debe recordar todo.

11:27 AM ✓✓

⌄

Ahora checo cual de los dos es el que localizamos

➕                                      🎤

000025

10:19

 **Eduardo PI**

Ahora checo cual de los dos es el que localizamos.
11:30 AM

Si es jairo Espinoza jimenez, que quieres que haga?
12:53 PM

Go speak with him.  Get a statement
12:54 PM

Ok. Gracias at what time you arrives
3:06 PM

The same flight as last week.  I arrive in the morning.  I can be there at 11 or 12 or 1
3:07 PM

Ok at 12 o'clock
3:10 PM

Okay
3:10 PM

**Thu, Apr 21**

Hola Eduardo.  Any progress with Jimenez and Ramirez?
6:26 PM

Mañana te informo.
6:31 PM

27

10:19

**Eduardo PI**

Hola Eduardo.  Any progress with Jimenez and Ramirez? 6:26 PM

Mañana te informo. 6:31 PM

Ok 7:06 PM

**Fri, Apr 22**

Buenas dias Eduardo 7:41 AM

I'm on my way.  I will see you at 12. 7:41 AM

Please send me your address again? 7:41 AM

Parque España 35 en la colonia Condesa alcaldia cuauhtemoc 06140 casi esquina con Av Veracruz 7:43 AM

Gracias 7:46 AM

Ok. I'wait for you 12:45 PM

I have had to request the telephone lists of Juan CHAVEZ and Jairo

*28*

10:20

**Eduardo PI**

Gracias   7:46 AM

Ok. I'wait for you   12:45 PM

I have had to request the telephone lists of Juan CHAVEZ and Jairo Espinoza Jimenez to locate them by means of their telephone coordinates.   1:02 PM

**Sat, Apr 23**

We have already tried to obtain Jairo's address at the university where he studies, but in no way have they been able to provide it to us.   10:18 AM

tenemos que terminar todo para el 1 de junio. Ese es el plazo para la recogida de pruebas en este caso. espero que puedas hacerlo   10:34 AM

**Tue, Apr 26**

buenos dias Eduardo ¿Cómo estás? Espero que esté

10:20 ✈

29

‹   Eduardo PI   

**Tue, Apr 26**

buenos dias Eduardo ¿Cómo estás? Espero que esté progresando con nuestros estudiantes en Pueblo. No quiero distraerlo de esa misión crítica, pero sería muy útil para mi abogado si pudiera averiguar si el quinto pasajero, Federico Quintana, vive en la dirección en la Ciudad de México que nos dio. Si vive allí, podemos citarlo a través de la convención de La Haya. Si no vive allí, ayudará a nuestro argumento ante el tribunal de que este testigo está cometiendo perjurio. De cualquier manera, sería muy útil saber si esa dirección es correcta o no. ¿Puedes averiguarlo lo antes posible? gracias

9:00 AM ✓✓

Ok Troy. Y del Sr. Quintana ya estuvimos en el edificio pero son muy exclusivos y tienen filtros para la gente muy estrictos y no dan informes de nada pero tenemos formas para conseguir los datos que requerimos. Crea que esto la

+                      

000029

10:20

 **Eduardo PI**

formas para conseguir los datos
que requerimos. Creo que esto lo
termino en esta semana. Saludos

3:56 PM

eduardo tengo otro proyecto para
ti ahora. Pensé que el investigador
privado que tengo en Miami podría
hacer esto, pero hoy descubrí que
no puede. Necesito averiguar algo
sobre Carlos Merino, el asistente
de vuelo que me acusó falsamente
de golpearlo. dice que ahora
trabaja para TV Azteca en la
Ciudad de México. afirma que ha
trabajado para ellos como
presentador de noticias desde
2015. Creo que esto es falso. No
creo que los haya trabajado nunca.
¿Es esto algo que puedas
averiguar por mí? ¿Puedes verificar
el empleo de alguien en TV
Azteca? o conoces a alguien que
pueda hacer esto?

4:47 PM

Voy a tratar de conseguir ese dato.

5:04 PM

Dame el segundo apellido del Sr

*31*

10:20

**Eduardo PI**

Dame el segundo apellido del Sr Carlos Merino y si me puedes conseguir su número de celular mexicano seria extraordinario y este puede estar registrado en la demanda

5:08 PM

Vive en Miami. Y ahora es residente de los Estados Unidos. Tiene un celular americano. No creo que tenga un teléfono mexicano. Te mostraré su perfil de Linkedin y lo entenderás. Dice que ahora trabaja para TV Azteca, pero estoy casi seguro de que no es cierto. Yo le iba a pagar al investigador aquí en miami $850 dólares para verificar que no trabaja allá. Pero no puede hacerlo. Si puede verificar que no trabaja allí, vale más de $ 850. Si no trabaja allí, probará que es un mentiroso.

5:17 PM



*32*

**‹   Eduardo PI   ◻ ☎**



5:17 PM ✓✓

5:18 PM ✓✓

Si miras su educación dice que fue a la Universidad de Miami y la otra escuela de radiodifusión de Carson. Ya hemos descubierto que ambas eran mentiras. Nunca fue a ninguna escuela. Ahora bien, si podemos confirmar que nunca ha trabajado para TV Azteca, entonces probaría con certeza que no puede decir la verdad y su testimonio en el juicio será impugnado. Pero cualquier cosa que descubramos tendrá que ser

10:20 

 **Eduardo PI**

trabajado para TV Azteca, entonces probaría con certeza que no puede decir la verdad y su testimonio en el juicio será impugnado. Pero cualquier cosa que descubramos tendrá que ser documentada de manera que pueda presentarla en la corte. ¿Lo entiendes?

5:24 PM

Por favor consigue el 2 apellido de Carlos Merino

5:32 PM

Solo tengo a Carlos Adán Merino. Tengo su fecha de nacimiento, su domicilio en Miami

5:36 PM

Es que en México se requieren los 2 apellidos por que hay muchos homónimos en las bases de datos nacionales.

5:41 PM

voy a ver lo que puedo encontrar. concéntrese en los estudiantes y después nos centraremos en el sr. merino

5:44 PM

Thu, May 5

10:20

 Eduardo PI

~~despues nos centraremos en el si.~~
merino

5:44 PM ✓✓

Thu, May 5

Al fin, ya tengo la localización de
Jairo y no está ya en Puebla,
cambio de estado y de trabajo,
pero ya lo tengo y voy a ir hasta
donde el está para hablar con él.

2:35 PM

Fantastic   2:35 PM ✓✓

Y primero tengo que serciorarme
que el se encuentre ahí.

2:36 PM

Okay   2:37 PM ✓✓

Troy, buenas noches, Hernandedz
se encuentra en Texas y regresa
hasta  julio.

9:21 PM

donde en texas ¿Podemos visitarlo
allí?

9:22 PM ✓✓

Y esta dispuesto a declarar ante
notario de lo que se enteró y fue
~~que el propio sobrecargo le~~

10:21

35

  **Eduardo Pl**  

donde en texas ¿Podemos visitarlo allí?
9:22 PM

Y esta dispuesto a declarar ante notario de lo que se enteró y fue que el propio sobrecargo le comentó que el pasajero que bajo fue por que no quiso subir su maleta y le pego con ella.
9:25 PM

Qué es mejor? para que te reúnas con él o conmigo?
10:07 PM

Contigo o tu abogado, por que le dije que queríamos que declarará ante un notario de lo que se había enterado
10:10 PM

Prefiero llevarlo a México para reunirme contigo y finalizar todo. es eso posible?
10:16 PM

No!!! El está trabajando en Austin TX. Es ingeniero quimico.
10:18 PM

Aun me falta Jairo que el es el que platico del incidente con la pasajera que tu conseguiste



   

000035

10:21 ⏴

*36*

 **Eduardo PI**

Prefiero llevarlo a México para reunirme contigo y finalizar todo. es eso posible?

10:16 PM ✓✓

No!!! El está trabajando en Austin TX. Es ingeniero quimico.

10:18 PM

Aun me falta Jairo que el es el que platico del incidente con la pasajera que tu conseguiste

10:19 PM

Ok entonces trabajas en Jairo? y voy a Austin?

10:20 PM ✓✓

**Fri, May 6**

eduardo mientras espero a mi abogado, ¿continuarás trabajando con el estudiante en Pueblo? ¿Irás a visitarlo en persona? ¿Ves si puedes persuadirlo para que nos ayude?

10:18 AM ✓✓

Por supuesto que si.

10:51 AM

Fui al pueblo donde se supone que vive y es una zona de muchos comercios que hay que revisar

**10:21** 

*3>*

 **Eduardo PI**  

Por supuesto que si.          10:51 AM

Fui al pueblo donde se supone que vive y es una zona de muchos comercios que hay que revisar para situarlo y poder hablar con el. Creo que el lunes lo podré contactar.

6:51 PM

Sat, May 7

buenos dias eduardo me puedes mandar un mail diciéndome que te dijo hernandez? Una breve declaración es todo lo que necesito. mi correo electrónico si lo ha perdido es –
troymf1@gmail.com

7:56 AM 

Sun, May 8

A que correo y en que ideoma quieres que te lo mande ?

2:08 AM

troymf1@gmail.com   9:38 AM

English is best

  

000037

**10:21** ✈

*38*

 **Eduardo PI**  

A que correo y en que ideoma quieres que te lo mande ?

2:08 AM

troymf1@gmail.com   9:38 AM ✓✓

English is best   9:38 AM ✓✓

Ok.   9:41 AM

No tengo aquí mi computadora

7:00 PM

Esta en mi oficina y yo estoy en Hidalgo tratando de encontrar personalmente a Jairo. Pero ya me voy a regresar a México.   7:01 PM

**Wed, May 11**

hola eduardo Solo te estoy revisando. algun avance mas?

2:39 PM ✓✓

Volvimos a Atotonilco para localizarlo y no está ahí el lugar a donde  se supone que duerme, esta cerrado y es prácticamente un mercado donde se mueve mucha gente y estoy de nuevo revisando



+    



**10:21** 39

< **Eduardo PI**

hola eduardo Solo te estoy revisando. algun avance mas?

2:39 PM ✓✓

Volvimos a Atotonilco para localizarlo y no está ahí el lugar a donde se supone que duerme, esta cerrado y es prácticamente un mercado donde se mueve mucha gente y estoy de nuevo revisando coordenadas para ver sus movimientos y horarios.

2:43 PM

Y esto es en el estado de Hidalgo en la sierra,

2:45 PM

Si no lo localizamos hoy me voy a comunicar con el directamente por su telefono

2:46 PM

Tue, May 17

tambien necesito la informacion de federico quintana-vallejo. ¿Te acuerdas? cuando te conocí en la ciudad de méxico te di su infirmacion y te pedí que confirmaras su dirección. ¿Puedes seguir eso? Realmente necesito

000039

10:21

 Eduardo PI

federico quintana-vallejo. ¿Te acuerdas? cuando te conocí en la ciudad de méxico te di su infirmacion y te pedí que confirmaras su dirección. ¿Puedes seguir eso? Realmente necesito saber dónde reside Quintana.

9:26 AM ✓✓



Es este el Federico Quintana Vallejo que debemos investigar?

1:57 PM

Si

000040

10:22 ⏺

 **Eduardo PI**

Si  1:57 PM ✓✓

Quien es él, por qué es importante?  1:58 PM



Mar 22, 2022 1:05:38 1:58 PM ✓✓

Current photo  1:58 PM ✓✓

lo más importante es encontrar la dirección de su casa. ¿Vive en esa dirección que te di? si no, ¿vive en otra dirección?  1:59 PM ✓✓

Cual es su relación con el acontecimiento?  2:01 PM

él era un pasajero. era amigo de azafata y su padrastro era

+

**10:22** 

 **Eduardo PI**

Cual es su relación con el
acontecimiento?
2:01 PM

él era un pasajero. era amigo de la
azafata y su padrastro era
empleado de la aerolínea. mintió
sobre lo que vio y mintió sobre su
padre. ahora se esconde de
nosotros porque no quiere
testificar en el juicio donde
podemos interrogarlo frente a un
jurado. necesito localizarlo.
Creemos que todavía está en EE.
UU. pero necesitamos saber con
certeza
2:06 PM

El teléfono es mexicano o
Estadounidense
2:24 PM

American
2:25 PM

Debe tener un número mexicano,
podrías conseguirlo, con el puedo
darle seguimiento a donde este.
3:12 PM

Hablamos de esto cuando estuv
allí. el único número que tengo es
~~su celular estadounidense. no creo~~

10:22

 **Eduardo PI**

Hablamos de esto cuando estuve allí. el único número que tengo es su celular estadounidense. no creo que tenga numero de mexico

3:14 PM

Pero, sabes, te pregunto por qué requiero de esa información y en verdad  por mucho que retenga en mi cabeza hay cosas que no se retienen y más cuando tengo múltiples investigaciones y controles. Por esa razón te pregunto para tener la seguridad de lo que estoy haciendo en el momento.

3:19 PM

Y yo si creo que tenga número de México por la dirección que me diste como domicilio de él

3:29 PM

Aquí mucha gente, sobretodo los que tienen domicilio en otro país y en México tienen las 3 líneas para evitar el roming

3:32 PM

entiendo. y por eso no lo seguí. Quería que te concentraras en los estudiantes primero. pero ahora

000043

**10:22** 

 **Eduardo PI**

entiendo. y por eso no lo seguí. Quería que te concentraras en los estudiantes primero. pero ahora necesitamos encontrar a federico si es posible       3:32 PM

Ya estamos en eso.    3:33 PM

entiendo. pero solo tengo su número de EE. UU.    3:33 PM

pero no lo tengo    3:34 PM

Insisto si tuviera número mexicano sería rapidísimo localizarlo y mantenerlo localizado.       3:35 PM

eduardo.  federico testificó que da clases particulares de inglés a personas en la ciudad de méxico. ¿Tal vez puedas hacer arreglos para que una mujer joven lo llame y le pida lecciones de inglés? Pagaré las lecciones y podemos averiguar dónde vive y si está en la ciudad de México ahora.       5:10 PM

Para eso de dar clases requiere un

000044

**10:22** ⌕

 **Eduardo PI**   

de México ahora.

5:10 PM ✓✓

Para eso de dar clases requiere un número de teléfono para contactarlo, trata de conseguirlo.

5:15 PM

sí. Usa el número de celular americano que te di. no lo tienes?

5:16 PM ✓✓

786-593-4057

5:18 PM ✓✓

**Sun, May 22**

Primero hay que localizarlo bien, voy a mandarle un regalo para que lo localicen en el departamento que me mandaste como su domicilio. Ve que más datos tienes de el para facilitar su localización, sobretodo su número de celular.

2:09 PM

Sabes que, tu eres mi cliente y te creo no solo por eso sino por que te tengo catalogado como una buena persona y de carácter, pero no agresiva. Saludos Troy.

2:13 PM



+   

000045

76



10:22

**Eduardo PI**

786-593-4057                    2:15 PM

Only number we have for Federico
2:15 PM

> **Eduardo PI**
> Sabes que, tu eres mi cliente y te creo no
> solo por eso sino por que te tengo
> catalogado como una buena persona y...

Gracias.  It is important   2:15 PM

Pero es gringo el número.    2:16 PM

No es mexicano y ese no lo puedo
pedir                           2:17 PM

**Tue, May 24**

The address you gave me of
Federico Quintana is not correct,
they do not know him and there is
no person in that housing complex
with that name, please check it
12:32 PM

**Fri, Jun 3**

Troy, do you know who a certain

000046

**10:23**

 **Eduardo PI**

Fri, Jun 3

Troy, do you know who a certain Mauricio Fernández is? Why does John tell me That person has tried to contact him, and thinks it is about the same issue.
6:24 PM

Tue, Jun 7

Good news Troy, neither of the 2, Juan and Jairo, had any relationship with this Mauricio Fernández, he wrote them a letter requesting their collaboration and the 2 refused and Juan is going to send me the correspondence he had with him.
5:22 PM

Please ask Juan about any other emails with the airline?  And ask him about the statement on March 1st?  Ask him if the airline is lying?  Or is there an email?  Can he send us that email from March 1st?
5:52 PM

I'm waiting to see what he sends me?

10:23 ✈

 **Eduardo PI**

 

I'm waiting to see what he sends me?
5:56 PM

Okay 5:56 PM

Buenas tardes Juan, espero te encuentres muy bien.

Tal como te comentaba hace unos días, mi nombre es Mauricio Fernández y represento una de las Firma Legales en temas de Inversión extranjera más prestigiadas en México. El motivo de la presente es comentarte que somos corresponsales de Buchanan Ingersoll & Rooney PC., Firma Legal importante en Fort Lauderdale, Estados Unidos, que representa a la Aerolinea American Airlines en el Estado de Florida. A solicitud de la Firma Legal Buchanan Ingersoll & Rooney PC nos han encomendado la tarea de comunicarnos contigo de la manera mas respetuosa a fin de solicitar de tu colaboración para hacer justicia en el incidente



000048

10:23 ✈

 **Eduardo PI**

manera más respetuosa a fin de solicitar de tu colaboración para hacer justicia en el incidente sucedido en el vuelo de American Airlines en el que tengo entendido tu viajabas, en donde una persona reaccionó inexplicablemente de manera violenta arrojando su Lap Top contra una de las sobrecargos de dicho vuelo, persona que resulto lastimada y quien presentó cargos contra la persona que la lastimo.

Concretamente solo requeriríamos que manifestaras como testigo de calidad, lo que presenciaste el día del lamentable suceso ante la autoridad correspondiente, ya sea de manera presencial, o mediante una videoconferencia por medio de una plataforma oficial que utiliza la Autoridad Local en Estados Unidos. De optar por la primera opción nos pondríamos de acuerdo en la fecha de la Audiencia y se te pagaría de manera integra el vuelo (ida y vuelta), viáticos y hospedaje a la

000049

50

**10:23**

 **Eduardo PI**  

manera integra el vuelo (ida y vuelta), viáticos y hospedaje a la Ciudad de Miami para poder llevar a cabo tu testimonial, o en el segundo caso sería robarte únicamente el tiempo necesario para el desahogo de la audiencia de manera virtual en el lugar que te resulte conveniente.

Por favor te ruego el que consideres las opciones anteriormente planteadas, ya que...

Read more

6:14 PM

Este es el escrito que les mando a Juan y Jairo.

6:15 PM

Good afternoon Juan, I hope you are very well. As I told you a few days ago, my name is Mauricio Fernández and I represent one of the most prestigious Law Firms in foreign investment matters in Mexico. The reason for this letter is to tell you that we are correspondents for Buchanan Ingersoll & Rooney PC., an important legal firm in Fort





000050

10:23

 **Eduardo PI**

correspondents for Buchanan Ingersoll & Rooney PC., an important legal firm in Fort Lauderdale, United States, which represents American Airlines in the State of Florida. At the request of the Buchanan Ingersoll & Rooney PC Law Firm, we have been entrusted with the task of communicating with you in the most respectful manner in order to request your collaboration to do justice in the incident that occurred on the American Airlines flight in which I understand your you were traveling, where a person inexplicably reacted violently by throwing his Lap Top at one of the flight attendants of said flight, a person who was injured and who filed charges against the person who hurt her. Specifically, we would only require you to state as a quality witness, what you witnessed on the day of the unfortunate event before the corresponding authority, either in person, or through a videoconference through an

000051

10:23 ⏺

 **Eduardo PI**

corresponding authority, either in person, or through a videoconference through an official platform used by the Local Authority in the United States. If you opt for the first option, we would agree on the date of the Hearing and you would be paid in full for the flight (round trip), travel expenses and lodging to the City of Miami to be able to carry out your testimony, or in the The second case would be to steal only the time necessary for the audience to vent virtually in the place that is convenient for you. Please, I beg you to consider the options outlined above, since it is important that justice is done in this matter and your evidence is decisive. If it seems good to you and you feel comfortable, we could have a videoconference with you, the President of my Law Firm Ernesto Velarde and a server, with the intention that you get to know...

**Read more**

6:15 PM

Wow   6:16 PM

10:24

**Eduardo PI**

Read more                        6:15 PM

Wow  6:16 PM

This is the letter that Mauricio sent
to Juan and Jairo.
6:16 PM

A letter or a text message?
6:17 PM

A message  6:17 PM

No email?  6:17 PM

I'll ask Juan, but I think it was a
WhatsApp
6:19 PM

But I really need the Juan's emails
with the airline
6:20 PM

I've already ordered them and I
think he's going to send them to
me.
6:21 PM

I will tell him that with great tact
because he is a very serious
person.
6:23 PM

I understand

000053

10:24 ✈

**Eduardo PI**

because he is a very serious
person.
6:23 PM

I understand   6:23 PM ✓✓

Mauricio buen día! La verdad no
me gustaría meterme en esa
situación, ahorita estoy un poco
ocupado
Una disculpa
6:52 PM

L
Hola Juan, gracias porm
comunicarte. Respeto mucho tu
decisión, créeme que lo último que
pretendemos es molestarte, sin
embargo te ruego  el que al menos
pudiéramos o pudieras platicar no
más de 5 minutos con el
Licenciado Ernesto Velarde, Titular
de nuestra firma legal.

Tienes oportunidad?   6:53 PM

Aquí tienes lo único que hablo con
el Licenciado Mauricio.
6:54 PM

This is today?   6:54 PM ✓✓

000054

10:24 ✈

 **Eduardo PI**  

This is today? 6:54 PM ✓✓

Good morning Mauritius! The truth is that I would not like to get into that situation, right now I am a bit busy Apologies [7/6 17:53]
Edward: L Hi John, thanks for getting in touch. I very much respect your decision, believe me, the last thing we want is to bother you, however, I beg you to at least talk or talk for no more than 5 minutes with Mr. Ernesto Velarde, Head of our law firm. Do you have a chance? 6:56 PM

Here you have the only thing I talk about with Mr. Mauricio. 7:03 PM

That is from Juan? 7:04 PM ✓✓

Yes 7:05 PM

The first part is what Juan responds to Mauricio's request and the second part is what Mauricio insists to Juan to talk to the head of the law firm and he did not have



   

000055

**10:24** ✈

 **Eduardo PI**  

Yes   7:05 PM

The first part is what Juan responds to Mauricio's request and the second part is what Mauricio insists to Juan to talk to the head of the law firm and he did not have contact with him again.   7:08 PM

Under no circumstances can I think that a person can sign two contradictory documents one in relation to the other and, I believe that the lawyers are falsifying the data, because Jairo, due to his behavior, from my first attempts to contact him, his total ignorance to telephone calls, I think they screwed him up so much, he stopped answering his phone.   9:38 PM

Yes I agree with you that they manipulated him.  But he signed the statement   9:39 PM

That did not happen so I dont understand how the airline got Jairo to sign that statement?   9:45 PM

  

000056

10:24 ⏻

‹  Eduardo PI  📹  📞

That did not happen so I dont understand how the airline got Jairo to sign that statement?
9:45 PM ✓✓

do you think you can find out?
9:46 PM ✓✓

I still think that it is a declaration that it is not true that Jairo signed it. You have wondered why they are presenting those documents right now that we are about them. If they did since last year.
9:57 PM

This was March 1st.  They are showing us now because the judge ordered them to give us the statements
9:57 PM ✓✓

I just spoke with Juan and he tells me that they sent him a document to his email for him to sign approximately 3 months ago and he read it but never signed it or even replied to them.
10:21 PM

I am completely sure that what he has signed me is the truth and only

+  _____  🏷️ 📷 🎤

000057

10:24 ✈

 **Eduardo PI**



even replied to them.   10:21 PM

I am completely sure that what he has signed me is the truth and only to confirm it I am going to ask him for a copy of the document they sent him for him to sign.   10:37 PM

That is the unsigned statement from Juan according to the airline
10:49 PM ✓✓

What Juan has always told me is that the Airline and Mauricio Fernández have written him an email twice, this very recently and it is the letter that I sent you, where Mauricio requests an interview so that his boss discusses the subject of the letter. Which tells me that I did not actually sign anything. I don't know what you think about this.   10:57 PM

That is recently.  But what about in march?  That is when the airline said Juan gave them this statement.  march 1st.  Did Juan write any emails or speak to them

000058

10:25

 **Eduardo PI**    

That is recently.  But what about in march?  That is when the airline said Juan gave them this statement.  march 1st.  Did Juan write any emails or speak to them on the phone in march or in February?  Why did the airline write this statement?  Did Juan tell them this on the phone or write an email in March?

11:00 PM ✓✓

I am sure that the line sent him an email with the statement that favored them and that he never wrote a statement, much less signed it.

11:17 PM

**Wed, Jun 8**

↱ *Forwarded*

≣  Juan Hernandez Declaratio...

2 pages · 25 KB · docx        10:24 AM

↱ *Forwarded*

Ese fue el documento que me mandaron pero nunca lo firmé

10:24 AM



\+          

**10:25**

  **Eduardo PI**  

↱ *Forwarded*

Ese fue el documento que me mandaron pero nunca lo firmé
10:24 AM

Esto me manda Juan
10:25 AM

[6/8 09:24] Eduardo: That was the document they sent me but I never signed it [8/6 09:24] Eduardo: Juan sent me this
10:26 AM

Can you read the document?
10:28 AM ✓✓

Do you see where it says many things that are contradicted in the statement Juan gave to us?
10:29 AM ✓✓

It says Juan never heard anything? And it says Juan witnessed me speaking aggressively to the flight attendant?
10:30 AM ✓✓

Yes, of course
10:30 AM

Can Juan explain his conversatic with the other attorney?  Why dia they write that statement?  Did

+

  

000060

**10:25** ⬈

<  **Eduardo PI**  

Yes, of course     10:30 AM

Can Juan explain his conversations with the other attorney?  Why did they write that statement?  Did Juan tell them those things or did the airline lie?
10:33 AM ✓✓

That document was sent by the airline to his email but HE NEVER SIGNED IT
10:34 AM

I know Eduardo     10:34 AM ✓✓

But did he tell them that in an email or on the phone?
10:34 AM ✓✓

I believe the airline is lying.  But I need to know for certain or else I could get in serious trouble.  I need Juan to confirm they are lying.  Will Juan confirm they are lying?
10:51 AM ✓✓

I just spoke with Juan and he is willing to sign a document in which he denies the line and states that he did not sign the document because what they say in it is not

                      

000061

**10:25** 

 **Eduardo PI**

 

I just spoke with Juan and he is willing to sign a document in which he denies the line and states that he did not sign the document because what they say in it is not true
10:58 AM

Can you get Juan to put in writing everything he told them?  Exactly what he told them?
11:16 AM ✓✓

Yes 11:19 AM

Better than what you want, I am going, in some way, to ask Juan to tell us before a notary that he did not sign anything because he did not agree with what they sent him as a declaration and on the other hand that he never accepted or informed anyone what happened on the plane that day. Reaffirming the statement made before a notary.
12:42 PM

A notary is not necessa
12:42 PM.

Just a signed statement is

   



**10:25**

**Eduardo PI**

A notary is not necessary
12:42 PM

Just a signed statement is sufficient
12:43 PM

So let him write to me as the events unfolded because, according to what Juan says, the airline is lying.
12:45 PM

🩶

I need a screenshot of the message from Mauricio to Juan
1:31 PM

Can you screenshot that message now and send it to me?
1:31 PM

What messages?
1:33 PM

> **Eduardo PI**
> Buenas tardes Juan, espero te encuentres muy bien.

This message
2:02 PM

I need a screenshot showing it's from Juan

000063



10:25

**Eduardo PI**

**Eduardo PI**
Buenas tardes Juan, espero te
encuentres muy bien.

This message                    2:02 PM

I need a screenshot showing it's
from Juan                       2:03 PM

Can you screenshot it in Spanish?
                                2:12 PM

Everything I send you    2:19 PM

Okay don't worry    2:19 PM

My attorney is drafting an affidavit
he will need you to sign
                                2:20 PM

It is for that message.  He wants
you to confirm it is from Juan
                                2:20 PM

Yes okey    2:21 PM

At your service    2:41 PM

I just sent you an email with a
statement from Juan.    2:59 PM

000064

10:26 ✈

65

  **Eduardo PI**

I just sent you an email with a statement from Juan. 2:59 PM

Okay 2:59 PM

But, as Juan says, they pressure them until they sign what they send them. But we have to point out the lie that Juan accepted that same letter and there you have it, from his email what he refers to the intervention of the Airline. I believe that with this you can deduce the pressure of that company on passengers. 3:08 PM

↱ Forwarded

 3:17 PM

  PM

+2

10:26

 Eduardo PI

Sat, Jun 11

buenos dias eduardo Espero que estes teniendo un gran dia. Tengo una petición para ti esta mañana. ¿Puede investigar y recopilar toda la información que pueda sobre este Mauricio y el bufete de abogados mexicano que intenta contactar a Juan? Necesito saber todo sobre ellos. ¿Tanto como te enteras? ¿Quiénes son? ¿Quién es el presidente de la firma que ofrece reunirse con Juan? ¿Quién es Mauricio? ¿Etc? ¿Todo lo que puedes descubrir?

10:22 AM

Y necesito tu opinión sobre la oferta que esta firma le estaba haciendo a Juan. La aerolínea entrevistó y produjo declaraciones falsas para Juan y Jairo en marzo. Pero nunca intentaron deponerlos en video en ese momento. Ahora esta nueva firma está tratando de hacerlo. Esto es muy sospechoso para mí. Si la aerolínea quería un comunicado en video, ¿por qué no

10:26 



‹   Eduardo PI                        📹   📞

Y necesito tu opinión sobre la oferta que esta firma le estaba haciendo a Juan. La aerolínea entrevistó y produjo declaraciones falsas para Juan y Jairo en marzo. Pero nunca intentaron deponerlos en video en ese momento. Ahora esta nueva firma está tratando de hacerlo. Esto es muy sospechoso para mí. Si la aerolínea quería un comunicado en video, ¿por qué no se lo pidieron a Juan y Jairo en marzo? ¿Por qué esperar hasta ahora cuando es casi demasiado tarde para conseguir uno? ¿Y por qué contratarían a un bufete de abogados mexicano cuando podrían encargar uno ellos mismos? Sospecho que la aerolínea contrató a la firma mexicana para sobornar a Juan y Jairo por su testimonio. Los mensajes de Mauricio también me llevan a esa conclusión. ¿Cuál es tu opinión? ¿Crees que también es probable que esta nueva firma esté tratando de sobornar a Juan y Jairo para obtener un testimonio favorable?

+                                  🎤

10:26

 Eduardo PI 

probable que esta nueva firma este tratando de sobornar a Juan y Jairo para obtener un testimonio favorable?

10:29 AM

Yes I can but it takes time and I need to ask for collaborations from databases.

10:30 AM

I am trying to find out who these people are, but it is obvious to me that they represent the American firm because the information they told Juan is true, but I am trying to locate a law firm with the names they gave.

2:48 PM

But today and tomorrow everything is closed and they don't work

2:49 PM

I will await your evaluation

3:05 PM

Tomorrow I will give you my opinion regarding the people who put pressure on Juan and who have already obtained his statement from Jairo.

4:33 PM

**10:26** ✈

← 👤 **Eduardo PI**                 📹 📞

from Jairo.
4:33 PM

👍

Sun, Jun 12

David te llamará por teléfono con un traductor. él también podría pedir su información. no se pero prepárate él podría pedir credenciales o si está certificado por el gobierno. etc.
7:36 PM ✓✓

I am a professional criminologist, I am not an investigator, so I do not require government permission.
7:40 PM

Me dijiste que estás registrado en la embajada de los Estados Unidos?
7:41 PM ✓✓

Yes, as a researcher and they send me work from there.
7:43 PM

For about 50 years I registered.
7:44 PM

⌄

You are a doctor yes?
7:45 PM ✓✓

＋                    🏷 📷 🎤

000069

10:26

**Eduardo PI**

You are a doctor yes?
7:45 PM

Yes. 7:45 PM

What degree?  Criminology?
7:45 PM

Yes 7:46 PM

David needs to make certain Juan
reads English and understood what
he was signing
7:48 PM

Yes, Juan speaks English, writes,
reads and understands it perfectly.
7:53 PM

After we talked and he agreed to
notarize his statement, he went
directly to the notary and there the
notary took his statement and
certified it. What more security do
you want that he did that of his
own free will.
7:58 PM

The concern is the translation.  N
security.  They need to make
certain Juan understood what he

10:26

 **Eduardo PI**

The concern is the translation. Not security. They need to make certain Juan understood what he signed.

7:59 PM

Troy, estoy en una reunión con mi familia, mañana que este en. Mi oficina puedes preguntarme tus inquietudes, por favor. Gracias.

8:21 PM

Disculpa la molestia. ¿Estarás con la familia mañana?

8:23 PM

Te estoy diciendo que mañana Cuando este en mi oficina te responderé tus inquietudes.

8:24 PM

Gracias   8:25 PM

**Mon, Jun 13**

How long will you be in the office? They are trying to finish this now and send it to you to sign

2:50 PM

72

**10:27** 

 Eduardo PI

 

Mon, Jun 13

How long will you be in the office? They are trying to finish this now and send it to you to sign

2:50 PM ✓✓

Estaré aquí hasta las 15:30 hs

2:55 PM

Okay please be watching for this statement. They need it signed and returned today if it is possible. You should get it in the next few moments

2:56 PM ✓✓

I'll be here until 3:30 p.m.

2:57 PM

Okay sign it and email it back to me. Please

3:38 PM ✓✓

Ok no hay problema.

3:39 PM

you have it via email

3:40 PM ✓✓

You sent me 2 sheets. How do I make it go backwards and forwards?



4:03 PM

+   

73



**10:27** ✈

< 　Eduardo PI

You sent me 2 sheets. How do I
make it go backwards and
forwards?
　　　　　　　　4:03 PM

It should be one document
　　　　　　　　4:04 PM ✓✓

Well, put all the writing that fits on
a single sheet
　　　　　　　　4:05 PM

You sent me 2 sheets, not in one.
Send me the one you're showing
me and I'll return that one to you.
　　　　　　　　4:10 PM

I will create a new one and send to
you again
　　　　　　　　4:15 PM ✓✓

Okay check email now
　　　　　　　　4:26 PM ✓✓

Ok. 4:28 PM

**Mon, Jun 20**

▣◁ Missed video call at 11:34 AM

**Yesterday**

000073

10:27 

<  **Eduardo PI**  

Missed video call at 11:34 AM

**Yesterday**

Today someone called my office who said he was a lawyer, named Mauricio, and asked for office hours to make an appointment. I hadn't linked him with the Airline lawyers until now that you mentioned them. I'm going to be careful.
12:23 AM

That's the guy who was harassing juan and Jairo
8:07 AM

Good morning Troy, he called my office and only asked about customer service hours, I have to wait for him to do what he has planned because they didn't take the entry number because we don't have an identifier there to save them
8:45 AM

Eduardo my lawyers just told me the airline lawyers are attacking you and alleging you tampered

+    

000074

10:27 ⌖

 **Eduardo PI**



Eduardo my lawyers just told me the airline lawyers are attacking you and alleging you tampered with witnesses.  It is bullshit and only a diversion.  But you should be aware of it

4:17 PM ✓✓

So now the lawsuit is with me?

4:56 PM

No    4:56 PM ✓✓

It is with me    4:56 PM ✓✓

Tomorrow I will know everything. Tomorrow they are required to show us their evidence and their response.

5:37 PM ✓✓

Indeed, Juan answered their request to serve as a witness but, refusing to do so.

5:54 PM

Yes.  And they had exclusive access to Juan and Jairo for two months before you first contacted Juan.  And you have never spoken to Jairo.  To allege that you tampered with their witnesses is

  

10:27

 **Eduardo PI**

So now the lawsuit is with me?

4:56 PM

No   4:56 PM

It is with me   4:56 PM

Tomorrow I will know everything. Tomorrow they are required to show us their evidence and their response.

5:37 PM

Indeed, Juan answered their request to serve as a witness but, refusing to do so.

5:54 PM

Yes.  And they had exclusive access to Juan and Jairo for two months before you first contacted Juan.  And you have never spoken to Jairo.  To allege that you tampered with their witnesses is ridiculous.  If they had not tried to force Juan to lie then he would not have stopped speaking to them. You had nothing to do with it

5:57 PM

Así es!   6:03 PM