# EXHIBIT G

Mr. David Pollack & Mr. William Woodrow.

My name is Julio Cesar Ramirez y Villafana, I am an Attorney at Law and General Director of a Legal Corporation at the City of Puebla, Mexico, named LEIGH & COIR CONSULTORIA SOCIEDAD CIVIL, which you may verify in social media under the email address leighcoir@gmail.com, being also able to corroborate its location in Google. I have been communicating with Mr. Eduardo Muriel, who contacted my nephew Juan Pablo Hernandez Ramirez, letting him know the reason for the call and the search for my nephew. Eduardo Muriel who provided me with the information that You are the attorneys of a passenger who was on the same flight as my nephew Juan Pablo and his friend Jairo Misraim Espinoza Jimenez, who were first-class passengers of American Airlines flight 1303 last year.

Now, as I am the uncle of Engineer Juan Pablo Hernandez Ramirez, who is a friend of Engineer Jairo Misraim Espinoza Jimenez, they requested my help to address the issue related to the call from Eduardo Muriel, since they were afraid that they might be involved in a problematic situation, as my clients told me in Mexico that they had been contacted in an insistent and even annoying manner through numerous phone calls from the attorneys or staff of American Airlines, and had no intention of getting involved for this reason. However, due to the insistent calls to their cellular phones, they answered individually and, in the case of my Nephew JUAN PABLO HERNANDEZ RAMIREZ, he rejected signing any documents sent by the airline to his email, because they said things that he had no knowledge of because he was sleeping at the time of the incident referred to by the attorneys or staff of the abovementioned Airline, and that he didn´t see anything strange nor any arguments involving any of the parties.

In the case of JAIRO MISRAIM ESPINOZA JIMENEZ, in the face of the insistence and annoyance of the staff of the airline, specifically by an individual identified as SONIA SAN MARTIN, and an attorney named MAURICIO FERNANDEZ, who told him that they would press charges against the passenger who assaulted the flight attendant of the Airline. However, my client JAIRO never mentioned in the telephone call that there was any verbal assault or physical aggression (attack or shove) from the passenger to the flight attendant. Nonetheless, Jairo, who is able to speak English at a 50% level, was unable to properly translate the pre-written, unmodifiable document sent to him in PDF format by SONIA SAN MARTIN and signed it due to the insistence and/or urgency of the latter, without being fully aware of its contents and the words written by the staff or the attorneys of the Airline AMERICAN AIRLINES.

In view of the concern of my clients, who do not want to get into any trouble and much less make accusations that are untrue on the basis of the information of Eduardo Muriel, my nephew, while in the United States, gave a statement before EMMA NICOLE NEWITT (NOTARY PUBLIC, STATE OF TEXAS, NOTARY ID 133552948).

Now, therefore, regarding the statement made by the staff of the Airline for JAIRO, when he realized that it was not what he had reported or commented on the telephone, voluntarily wished to give a new one in a similar sense, but without asserting any facts that did not take place or that he did not witness at the time of the incident in flight AA1303, for which he appeared, accompanied by myself, before Notary Public number twenty-nine 29 of the City of Puebla, giving a statement and the ratification of the contents thereof, as well as of the screenshot of the email sent by SONIA SAN MARTIN, recorded in Notarial Deed number 47,353 of volume 420 dated July 01, 2022, attached to this message as proof thereof and for the pertinent legal effects.

I have assured Jairo that he will not be in any trouble if he tells the truth about what happened that day in a statement that he signed without being fully aware of its contents since, as I mentioned above, he does not speak or read English very well, so he feels baffled by SONIA SAN MARTIN, for which reason he gave an actual and truthful statement in his words and in Spanish certified before a Notary Public in the City of Puebla.

If you need to speak with me, you may write or call me at your convenience. However, my English is not very good, so I request that you provide me with an interpreter. My personal telephone number is +52 2222141157 and my personal email jcramirezyv5@hotmail.com

Warmest regards.


JULIO CESAR RAMIREZ Y VILLAFAÑA.

GENERAL DIRECTOR OF LEIHG & COIR CONSULTORIA S.C.

Sr. David Pollack y Sr. William Woodrow.

Mi nombre es Julio Cesar Ramírez y Villafana, soy Abogado y Director General de un Corporativo Jurídico en la Ciudad de Puebla, México, denominado LEIGH & COIR CONSULTORIA SOCIEDAD CIVIL, puede verificarlo en las redes sociales siendo el correo electrónico [leighcoir@gmail.com](mailto:leighcoir@gmail.com), pudiéndolo también corroborar en google la ubicación del mismo, he tenido comunicación con el Dr. Eduardo Muriel quien contacto a mi sobrino Juan Pablo Hernández Ramírez a quien le hicieron saber el motivo de la llamada y búsqueda de mi sobrino, siendo Eduardo Muriel quien me proporciona los datos de que Ustedes son los abogados de un pasajero que se encontraba en el mismo vuelo que mi sobrino Juan Pablo y de su amigo Jairo Misraim Espinoza Jiménez, quienes iban en primera clase del vuelo 1303 de American Airlines el año pasado.

Ahora bien, como soy tío del Ingeniero Juan Pablo Hernández Ramírez, quien es amigo del Ingeniero Jairo Misraim Espinoza Jiménez, ellos solicitaron mi apoyo para poder atender el asunto al llamado del Dr Eduardo Muriel, ya que tenían temor de que pudieran ser involucrarlos en algún problema, ya que me comentaron mis representados en México, que han sido buscados de manera insistente e incluso molesta por tantas llamadas por abogados o personal de la aerolínea American Airlines y por tal motivo no tenían intención de involucrarse, sin embargo ante tanta insistencia de llamadas a sus teléfonos celulares de manera independiente contestaron las llamadas y en el caso de mi Sobrino JUAN PABLO HERNANDEZ RAMIREZ, no quiso firmar ningún documento que le hizo llegar la aerolínea a su correo electrónico, ya que ponían cosas que a el no le constaban porque iba dormitanto al momento en que sucedió el incidente que refirieron los abogados o personal de la Aerolinea mencionada, y que no vio nada extraño o discusión de ninguna de las partes.

En el caso de JAIRO MISRAIM ESPINOZA JIMENEZ, el ante la insistencia y molestia del personal de la aerolínea en específico por una persona que se identificó como SONIA SAN MARTIN, y un abogado de nombre MAURICIO FERNANDEZ quien le manifestó que procesaran o levantaran cargos contra el pasajero que agredió al sobrecargo de la Aerolínea, sin embargo en la plática telefónica, mi representado JAIRO nunca menciono que existió agresión verbal o fuerza física (ataque o empujón) por parte del pasajero hacia el sobrecargo, sin embargo, en el documento ya escrito y sin poder modificar por haber sido mandado en un formato denominado PDF, que le envió la señora SONIA SAN MARTIN, a Jairo, este sabe hablar inglés al 50 %, pero es muy malo al leer el idioma inglés, por lo que no tuvo oportunidad de hacer la traducción correcta y por la insistencia y/o urgencia de que firmara el documento mandado al correo de Jairo, este lo firmo sin

saber a cabalidad lo que en él se contenía y las palabras que se escribieron por el personal o los abogados de la Aerolínea AMERICAN AIRLINES.

Como están preocupados mis representados, ya que no quieren meterse en ningún problema y menos hacer acusaciones que no son verdaderas en base a la información del Dr. Eduardo Muriel, mi sobrino encontrándose en los Estados Unidos de Norteamérica, realizo una declaración en presencia de EMMA NICOLE NEWITT (NOTARY PUBLIC, STATE OF TEXAS, NOTARY ID 133552948).

Ahora bien, en cuanto a la declaración hecha por el personal de la Aerolinea para JAIRO, al percatarse que no era lo que había informado o comentado telefónicamente, de manera voluntaria quiso realizar una nueva en similar sentido pero sin aseverar hechos que no acontecieron o por lo menos los presencio el en el momento del incidente del vuelo AA1303, por lo que compareció acompañado de mí, ante el Notario Público número veintinueve 29 de la Ciudad de Puebla, realizando una declaración y ratificación del contenido de la misma así como de la captura de pantalla del correo enviado por la señora SONIA SAN MARTIN, habiéndose establecido el Instrumento Notarial número 47,353 del volumen 420 de fecha 01 de julio del 2022, el cual acompaño a este correo para constancia y los efectos de ley correspondiente.

Le he asegurado a Jairo que no tendrá ningún problema si dice la verdad sobre lo que pasó ese día en un comunicado con el que escribe y que firmo sin saber totalmente lo que se decía en el mismo, ya que como mencione no habla ni lee bien el inglés, por lo que se siente sorprendido Jairo por parte de SONIA SAN MARTIN, por tal motivo es que acudió a realizar la declaración real y verdadera en sus palabras y en idioma español lo ha hecho y certificado ante un Notario Público en la Ciudad de Puebla.

Si necesitan hablar conmigo puedes escribirme o llamarme a tu conveniencia. Sin embargo, mi inglés no es bueno, así que les pido que me proporcionen un intérprete, mi teléfono personal es +52 2222141157 y mi correo personal jcramirezyv5@hotmail.com

Saludos cordiales.


JULIO CESAR RAMIREZ Y VILLAFAÑA.

DIRECTOR GENERAL DE LEIHG & COIR CONSULTORIA S.C.



**Certified Translation**

# Certificate of Accuracy

Daniel Cottin
Translator/Interpreter

Translated documents:
1.- Transcript of a declaration of intent given by Jairo Misraim Espinoza Jimenez before Notary Public Victor Manuel Aureliano Cortes Padilla at Puebla de Zaragoza, Mexico, on 07/01/2022. Recorded in Folio 44,426, Volume 420, Instrument 47,353.
2.- Letter from Julio Cesar Ramirez y Villafaña, legal representative of Juan Pablo Hernandez Ramirez and Jairo Misraim Espinoza Jimenez, addressed to David Pollack and William Woodrow.
3.- Notarial Record in Volume 420, Document 47,353, containing the Declaration of Intent from Jairo Misraim Espinoza Jimenez dated 07/01/2022, and including the Mexican ID Card of the aforementioned individual, a credential certificate dated 07/01/2022, a copy of an electrical bill to the name of Carlos Espinosa P for the 04/21/2022 – 06/21/2022 period, an email sent to Jairo Misraim Espinoza Jimenez by Sonia San Martin on 03/01/2022, and a copy certification dated 07/01/2022.

As a translator for Day Translations, Inc., I, Daniel Cottin, declare that I am a bilingual translator who is thoroughly familiar with the English and Spanish languages. I have translated the attached document to the best of my knowledge from Spanish into English and the English text is an accurate and true translation of the original document presented to the best of my knowledge and belief.

Signed on July 9, 2022

_____
Daniel Cottin

*Professional Translator for Day Translations, Inc.*

    



477 Madison Ave., 6th Floor New York, NY 10017 | Toll Free: 1-800-969-6853  Fax: 1-800-856-2759
E-mail: contact@daytranslations.com | www.daytranslations.com

