# EXHIBIT L

## DECLARATION OF EDUARDO MURIEL

I, Eduardo Muriel, pursuant to 28 U.S.C. § 1746, hereby state under penalty of perjury that the following is true and correct:

1. My name is Eduardo Muriel. I am over 18 years of age. I have personal knowledge of the matters stated below.

2. On March 30, 2022, I was retained by Troy Clowdus to try and locate five passengers who were travelling on American Airlines Flight 1303 to Mexico City on June 10, 2021.

3. I initially offered to perform an extensive background investigation of each of the passengers, including locating the places they regularly visit, their friends, activities, and marital status. However, Mr. Clowdus told me that he did not need that information, and that all he wanted me to do was to locate the witnesses and arrange for them to meet me in person so I can ask them about what they remembered from the morning of the flight.

4. I have never met with, spoken to, or communicated in any fashion with Jairo Epinosa or Federico Quintana Vallejo.

5. I have communicated with Juan Pablo Hernandez-Ramirez, as detailed in my prior affidavit, although upon reviewing my text messages with Mr. Clowdus, I believe the first conversation occurred on May 5, 2022, not on May 8 as I previously indicated.

6. At no point during any of my communications with Mr. Hernandez-Ramirez did I ever attempt directly or indirectly to influence his testimony or ask him to provide anything other than a truthful recollection of what he remembered from the flight.

7. At no point during my work on this case have I attempted directly or indirectly to influence the testimony of any witnesses in this case, including Jairo Espinosa, Juan Pablo Hernandez Ramirez, or Federico Quintana Vallejo, or to discourage them from communicating with American Airlines or any of its attorneys or representatives.

8. On June 13, 2022, I spoke with attorney David Pollack. Mr. Pollack asked me questions about my involvement in this case and my interactions with the witnesses and Mr. Clowdus. William Woodrow was also present on this call, which took place in Spanish.

9. Mr. Pollack asked me during the conversation whether I had attempted at any point to in any way influence the testimony of Juan Pablo Hernandez-Ramirez or or pressure any witness to testify untruthfully. I told him I had not.

10. Following the conversation, I received a declaration from Mr. Pollack reflecting the substance of what we discussed, which I reviewed using Google translate and signed.

11. At no point have Mr. Clowdus or his attorneys asked me to try to influence the testimony of any witnesses by giving them their version of the facts or to pressure them to testify untruthfully or change their testimony.

12. Under penalty of perjury, I declare that the foregoing is true, correct and with my personal knowledge.

_____
EDUARDO MURIEL