# EXHIBIT M

```
            IN THE UNITED STATES DISTRICT COURT

          FOR THE SOUTHERN DISTRICT OF FLORIDA

------------------------x

TROY CLOWDUS,            :

         Plaintiff,      : Civil Action No.

    -vs-                 : 1:21-cv-23155-MM

AMERICAN AIRLINES INC.,  :

         Defendant.      :

------------------------x




        VIDEORECORDED VIDEOCONFERENCE DEPOSITION OF

                   JAEWON NICOLE KIM

                APPEARING REMOTELY FROM

                       ECUADOR

                    April 22, 2022

                      10:54 a.m.








REPORTED BY:

Renee A. McDermed, RPR

APPEARING REMOTELY FROM FLOYD, VIRGINIA
```

```
 1   which is a window seat, you just said; right?
 2        A     Yeah.
 3        Q     Now, at the time of the incident,
 4   was -- was there an additional female flight
 5   attendant standing just behind the first flight
 6   attendant right next to you between Rows 2 and 3?
 7        A     I don't remember.  I don't recall
 8   that.
 9        Q     You -- you didn't see one?
10        A     No.  No, I don't know.  I don't recall
11   because there were many flight attendants, but in
12   business class, I think there was one by the door,
13   but I don't recall when the -- when the client was
14   getting kicked out of the plane, I don't recall
15   seeing one.
16        Q     And what was the demeanor of the
17   flight attendant who kicked the passenger off the
18   plane?
19        A     You mean his mood?
20        Q     Yeah.  What -- yeah, what -- yeah, how
21   did he appear to you?
22        A     When I noticed that your client was
23   getting kicked off the plane, he was a bit, like,
24   upset, not angry, but upset that -- and he was
25   telling, like, the client to please get off the
```

```
 1  plane, but there wasn't any shouting or screaming
 2  from either side.
 3       Q      Did he -- did he seem at all, like,
 4  red-faced or -- or angry?
 5       A      He was maybe a bit of, like, upset,
 6  not angry, upset.  But there wasn't any, like, they
 7  weren't angry, like, either side, like, either of
 8  the flight attendants or your client.
 9       Q      And what -- and when -- when my --
10  when my client was kicked off the plane, what --
11  what was his demeanor?  Did he seem upset?
12       A      I -- he kind of asked -- yes, a bit
13  upset maybe.  And he was, like, "Why am I getting
14  kicked out of the plane?"
15              And then he said, like, "You please
16  need to get off the plane," and then he just walked
17  out of the plane.
18       Q      Did -- did my client seem calm?
19       A      Yes.
20              MR. KOLB:  Object to the form.
21  BY MR. WOODROW:
22       Q      Did he seem at all confused as to what
23  was going on?
24              MR. KOLB:  Objection, form.
25       A      Yes.
```

```
 1  ago.  So it's --
 2      A       Yeah.
 3      Q       It's hard to -- it's hard to remember
 4  all the details, I understand.
 5      A       Yeah.
 6      Q       How did -- how did the overall
 7  incident make you feel?  What -- what was your
 8  impression of it?
 9      A       I was just, like, with the guy next to
10  me asking what happened between each other, and then
11  we just fell down asleep after.
12      Q       Okay.  Now, in the time since you and
13  I spoke, have you spoken with anyone from American
14  Airlines that contacted you?
15      A       Yes.
16      Q       Yes.  What -- what did -- what did
17  they speak with you about?
18      A       They spoke to me yesterday, if I'm not
19  wrong, and they just asked about the incident as
20  well.
21      Q       Okay.  I think that's most of what I
22  have.  I don't think I have a lot more for you, and
23  I really appreciate you doing this.  I know it's --
24      A       You're welcome.
25      Q       You know, you're in Ecuador, so, yeah,
```