# EXHIBIT N

# William Woodrow

| | |
|---|---|
| **From:** | William Woodrow |
| **Sent:** | Monday, April 25, 2022 8:05 PM |
| **To:** | Nicole Castro Kim |
| **Subject:** | RE: U.S. Legal Support - Job Date  04/22/2022 - Confirmation Request - Job No. 6130997  - NE - WASHINGTON, DC |

Hi Nicole,

Thanks again for taking the time to give a deposition!  I really appreciated it, and it was helpful in a couple of important ways.

I did wonder why you backed off somewhat from the memories you described to me on the phone of the flight attendant being so angry that he was "red in the face."  I didn't want to make you uncomfortable by pointing it out in the deposition, but I was a little surprised.  Did Kelly say something to you to make you want to be more neutral?

Regardless, thanks again, and best of luck in Bolivia.  Seems like you have an interesting life!

Will

**From:** Nicole Castro Kim <nicolekim95@hotmail.co.uk>
**Sent:** Wednesday, April 20, 2022 4:14 PM
**To:** William Woodrow <will@stoneandwoodrowlaw.com>
**Subject:** Re: U.S. Legal Support - Job Date 04/22/2022 - Confirmation Request - Job No. 6130997 - NE - WASHINGTON, DC

Hi Will,

Received.

Thank you!

Kind Regards,

Nicole

Sent from my iPhone

> On Apr 20, 2022, at 11:34 AM, William Woodrow <will@stoneandwoodrowlaw.com> wrote:
>
> Hi Nicole,
>
> This is link for Friday deposition.  It's set to begin at 11am EST.  Please confirm receipt.
>
> Thanks again for being willing to do this!
>
> Best