# EXHIBIT O

| | |
|---|---|
| **From:** | Angelica Cookson |
| **To:** | Pecchio, Robert D. |
| **Cc:** | federico quintana; fedus_3@hotmail.com |
| **Subject:** | Re: American Airlines |

No sorry I'm out of the country with limited access to internet

On Wed, Apr 27, 2022 at 12:21 Pecchio, Robert D. <robert.pecchio@bipc.com> wrote:

> That works for me. I'll schedule it. Can you make sure that Federico can attend?
>
> **From:** Angelica Cookson <angelicacookson@gmail.com>
> **Sent:** Wednesday, April 27, 2022 12:20 PM
> **To:** Pecchio, Robert D. <robert.pecchio@bipc.com>
> **Cc:** federico quintana <fedus3@gmail.com>; fedus_3@hotmail.com
> **Subject:** Re: American Airlines
>
> Same time 3:00 pm EST
>
> On Wed, Apr 27, 2022 at 08:04 Pecchio, Robert D. <robert.pecchio@bipc.com> wrote:
>
>> Yes, that's fine. What time are you available?
>>
>> Have we heard from Federico?
>>
>> Robert Pecchio
>>
>> On Apr 27, 2022 7:13 AM, Angelica Cookson <angelicacookson@gmail.com> wrote:
>>
>>> [This Email Originated From angelicacookson@gmail.com Which Is External To The Firm]
>>>
>>> Please take note that I will not be available for the call today. Can we make it for tomorrow?
>>>
>>> On Tue, Apr 26, 2022 at 15:02 Pecchio, Robert D. <robert.pecchio@bipc.com> wrote:
>>>
>>>> Federico and Ms. Cookson:
>>>>
>>>> Please find the documents attached sent to us by Mr. Clowdus' counsel, and let's set up

Cookson_000008

a call for tomorrow at 3PM EST. If you would like to speak before then, please feel free to give me a call at any time at 216-276-0498.

Best Regards,

Robert D. Pecchio
Associate

401 East Las Olas Boulevard
Suite 2250
Fort Lauderdale, FL 33301-4251
954 468 2314 (o)
robert.pecchio@bipc.com

vCard | Bio | BIPC.com | Twitter | LinkedIn

Buchanan Ingersoll & Rooney PC

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

--

Angelica Cookson

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

--

Angelica Cookson

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

--

Angelica Cookson