EXHIBIT

P

Angelica Cookson
July 01, 2022

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO.: 1:21-cv-23155-MM

TROY CLOWDUS,

      Plaintiff,

vs.

AMERICAN AIRLINES INC.,

      Defendant.
_____/


REMOTE VIDEOTAPED DEPOSITION OF ANGELICA COOKSON




DATE TAKEN:    July 1, 2022

TIME:          10:41 a.m. - 1:11 p.m.
              (Based on Time Zone from Notice)


WITNESS

APPEARED BY:   Video teleconference




Reported By:
Jordann A. Williams, CER No. 1341
Notary Public of the State of Florida

Angelica Cookson
July 01, 2022

Page 2

```
 1  APPEARANCES
 2
 3  On behalf of PLAINTIFF:
        STONE & WOODROW LLP
 4      BY: WILLIAM WOODROW, ESQUIRE
        250 West Main Street, Suite 201
 5      Charlottesville, Virginia 22902
        will@stoneandwoodrowlaw.com
 6      APPEARED VIA VIDEO TELECONFERENCE
 7      THE LAW OFFICE OF DAVID H. POLLACK, LLC
        BY: DAVID POLLACK, ESQUIRE
 8      75 Valencia Avenue, Suite 100
        Coral Gables, Florida 33134
 9      david@davidpollacklaw.com
        APPEARED VIA VIDEO TELECONFERENCE
10
11  On behalf of DEFENDANT:
        LABOR & EMPLOYMENT PRACTICE GROUP
12      BY:  KELLY KOLB, ESQUIRE
        401 East Las Olas Boulevard, Suite 2250
13      Fort Lauderdale, Florida 33301
        kelly.kolb@bipc.com
14      APPEARED VIA VIDEO TELECONFERENCE
15  On behalf of ANGELICA COOKSON:
        VEZINA, LAWRENCE & PISCITELLI, P.A.
16      BY:  DANIEL MATLOW, ESQUIRE
        350 East Las Olas Boulevard, Suite 1130
17      Fort Lauderdale, Florida 33301
        dmatlow@vlplaw.com
18      APPEARED VIA VIDEO TELECONFERENCE
19
20  ALSO PRESENT:
21      Raul Torres, Videographer
        Appeared via video teleconference
22
23
24
25
```

Page 3

```
 1              INDEX TO EXAMINATION
 2  EXAMINATION OF ANGELICA COOKSON         PAGE
 3  By Mr. Pollack                            9
 4  By Ms. Kolb                              93
 5  By Mr. Pollack                           97
 6  By Ms. Kolb                              99
 7  Certificate of Oath for Witness         102
 8  Certificate of Reporter                 103
 9  Certificate of Transcriptionist         104
10  Witness Notification Letter             105
11  Errata Sheet                            106
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1              INDEX TO EXHIBITS
 2      PLAINTIFF'S EXHIBITS FOR IDENTIFICATION:
 3  NUMBER      DESCRIPTION                  PAGE
 4  1           Composite Documents - Bates
 5              Stamp Cookson 00001-000031    51
 6  2           5th Request for Production    69
 7  3           3rd Set of Interrogatories    71
 8  4           Additional Texts from WhatsApp 90
 9
10      DEFENDANT'S EXHIBITS FOR IDENTIFICATION:
11  NUMBER      DESCRIPTION                  PAGE
12              (No Exhibits Marked.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1           P R O C E E D I N G S
 2      Deposition taken before Jordann A. Williams, CER
 3  No. 1341, pursuant to Notice.
 4      - - - - - - -
 5      THE COURT REPORTER:  We're on the record.
 6  Please be aware that the recording equipment in use is
 7  very sensitive, and it may pick up whispering and
 8  private conversations not intended to be on the
 9  record.  All the conversations will be captured and
10  transcribed as a part of the deposition transcript
11  unless the parties agree to go off of the record.
12      Please indicate when it is you'd like to go
13  off the record, and upon agreement by all the parties,
14  recording will be suspended.
15      Will the parties please announce their
16  appearances, and whom they represent, beginning with
17  counsel for the plaintiff.
18      MR. POLLACK:  Yes.  Good morning.  David
19  Pollack and Will Woodrow, on behalf of the plaintiff.
20      MR. KOLB:  Kelly Kolb, for the defendant.
21      MR. MATLOW:  Dan Matlow, for the witness.
22      MR. POLLACK:  So this is David Pollack, this
23  is David Pollack, before we begin the video deposition
24  of Ms. Cookson, we wanted to -- I wanted to, and Mr.
25  Matlow had agreed that we would -- we had a
```

Angelica Cookson
July 01, 2022

Page 6

1  housekeeping issue that doesn't need to be videoed,
2  but we want on the record.
3         An email was sent this morning at 10:22
4  from Mr. Matlow to Mr. Woodrow.  Mr. Woodrow forwarded
5  it to me.  And it says, "Mr. Woodrow, FYI attached.
6  Apparently the two attachments to the email below were
7  inadvertently provided to you a couple days ago.  This
8  related to the deposition scheduled for 11 a.m.
9  today."
10        So I wasn't clear from that email exactly
11 what Mr. Matlow was trying to say, but since it
12 appears it pertains to today's deposition, I wanted --
13 if he would please kind of clarify what it is he
14 means, and what he's referring to.
15        MR. MATLOW:  Sure.  So my email is missing
16 the word "Not," and so what happened was yesterday, in
17 looking what I provided to you, I -- so I should have
18 said that these two attachments were not previously
19 provided.  And so what I'm trying to say is, in
20 looking at the documents that we produced to you,
21 which were Bates number Cookson -- we produced Cookson
22 document --
23        THE REPORTER:  I'm sorry.  Please stand by
24 one moment.  It looks like the audio is disconnected
25 from one of the systems.  Please stand by one second.

Page 7

1         Can you hear me?  Okay.  I think the audio
2  was on hold.  I apologize, Mr. Matlow.  Can you please
3  proceed again --
4         MR. MATLOW:  Okay.
5         THE REPORTER:  -- I heard --
6         MR. MATLOW:  Sure, sure --
7         THE REPORTER:  -- you said your email --
8         MR. MATLOW:  -- sure.
9         THE REPORTER:  -- was missing a word.
10        MR. MATLOW:  Yeah.  So my email today was
11 missing the word "not."  And what I was attempting to
12 say was that when we produced -- we had produced
13 documents a couple of days ago as a professional
14 courtesy, rather than just showing up at the
15 deposition with documents, we provided documents,
16 Cookson 1 through 31, couple days ago.
17        In looking at what we provided, I noticed
18 that one of the emails that was produced had
19 attachments, but those attachments were not provided.
20 So this morning I forwarded those attachments.
21        MR. POLLACK:  Okay.  I -- that clarifies
22 everything.  Then -- and I appreciate you providing
23 them in advance of the deposition.
24        With that, we can go on the video.
25        THE VIDEOGRAPHER:  Okay.  Stand by.  Good

Page 8

1  morning.  Today is July 1st, 2022.  The time is 11:03
2  a.m.  We're here for the deposition of Angelica
3  Cookson.  Would all counsel please state their
4  appearance for the record.
5         MR. POLLACK:  Good morning.  David Pollack
6  on behalf of plaintiff, Troy Clowdus, and --
7         MR. KOLB:  Kelly Kolb --
8         MR. POLLACK:  -- with me, William Woodrow.
9         MR. KOLB:  Apologies.  Kelly Kolb for
10 defendant, American Airlines.
11        MR. MATLOW:  Dan Matlow, for the witness,
12 Angelica Cookson.
13        MR. POLLACK:  Good morning, Ms. Cookson.
14        THE WITNESS:  Good morning.
15        THE REPORTER:  All right.  Will the witness
16 please say and spell their first and last name for the
17 record.
18        THE WITNESS:  Yes.  Angelica Cookson.
19        THE REPORTER:  And can you spell that for
20 the record?
21        THE WITNESS:  A-n-g-e-l-i-c-a C-o-o-k-s-o-n.
22        THE REPORTER:  And what city and state are
23 you currently in?
24        THE WITNESS:  California, Lancaster,
25 California.

Page 9

1         THE REPORTER:  Do you consent to being
2  placed under oath by me this morning?
3         THE WITNESS:  Yes, I do.
4         THE REPORTER:  Let the record reflect that
5  the witness has provided the court reporter with a
6  Florida driver's license.
7         Please raise your right hand.  Do you
8  solemnly swear or affirm that the testimony you give
9  in this matter will be the truth, whole truth, and
10 nothing but the truth?
11        THE WITNESS:  Yes, I do.
12        THE COURT REPORTER:  Thank you.  Counsel,
13 you may proceed.
14        ANGELICA COOKSON
15 was called as a witness and, after having been first
16 duly sworn, testified as follows:
17        EXAMINATION
18 BY MR. POLLACK:
19     Q.  Good morning, Ms. Cookson.  My name is David
20 Pollack and I represent the plaintiff in this case,
21 Troy Clowdus, in an action that he has filed against
22 American Airlines.
23        Have you ever had your deposition taken before?
24     A.  No.
25     Q.  Okay.  Well, I'm going to -- before we start

Angelica Cookson
July 01, 2022

Page 10

1   I'm going to give you kind of a brief overview of what
2   we're gonna do this morning, and what's involved in a
3   deposition.
4        So I'm going to be asking you a series of
5   questions related to matters concerning the lawsuit
6   that has been filed.  And because you have been sworn
7   by the court reporter this morning, you're currently
8   testifying under oath.  And that means that you are
9   required, just as you would be in court, to testify as
10  truthfully and accurately as you can.
11       If for any reason you don't understand a question
12  that I ask, or the question is not clear, please ask
13  me to repeat it or rephrase, so that I know we both
14  understand one another.
15       If you don't ask me to repeat it, or you don't
16  tell me that it's not clear, I'm going to assume that
17  you understood the question I asked.  Okay?
18       A.   Yes.
19       Q.   Okay.  That leads me to the second sort of
20  ground rule for the deposition this morning.  Because
21  the court reporter is taking down everything we are
22  saying, even though there is a video of this
23  deposition, it's gonna be transcribed.  And so all of
24  your responses have to be audible.  That means that
25  you can't shake your head, or "Uh-uh," or "Uh-huh," or

Page 11

1   anything that's not a verbal response.  You
2   understand?
3        A.   Yes.
4        Q.   Okay.  Are you represented -- or my
5   understanding is you are represented this morning here
6   by Mr. Matlow.  He is your attorney for today; is that
7   correct?
8        A.   Correct.
9        Q.   Okay.  So from time to time I may ask
10  questions that either Mr. Matlow or Mr. Kolb, on
11  behalf of American, may object to.  Those objections
12  are not an instruction to you not to answer a
13  question, unless Mr. Matlow specifically instructs
14  you, "Do not answer that question."  Otherwise they
15  are simply to make a record for the court when this
16  video is transcribed.  Do you understand?
17       A.   Yes.
18       Q.   Okay.  I don't anticipate this is gonna be a
19  real lengthy deposition, but if for whatever reason
20  you need to take a break, let me know and we'll
21  certainly accommodate you.
22       Do you have any questions before we begin?
23       A.   No.
24       Q.   Okay.  Your full name is Angelica Vallejo
25  Cookson; is that right?

Page 12

1        A.   Vallejo Cookson.
2        Q.   Okay.  And Vallejo is V-a-l-l-e-j-o?
3        A.   Right.
4        Q.   Okay.  And you said that you were testifying
5   from Lancaster, California.  Is that where --
6        A.   Right.
7        Q.   Forgot one rule, sorry, and it's your fault,
8   it's mine for omitting it.  Because the court
9   reporter's taking down everything we're saying, we
10  can't talk over one another because we won't have a
11  clean transcript.
12       So even if, like just now, you know what I'm
13  asking, please let me finish the question fully before
14  you answer, and I will do the same for your answer, so
15  that we have a clean transcript.  Okay?
16       A.   Yes.
17       Q.   Okay.  You said you were testifying this
18  morning from Lancaster, California; is that right?
19       A.   Right.
20       Q.   Okay.  Is that where you currently live?
21       A.   Yes.
22       Q.   Okay.  What is your current home address?
23       A.   It's 2833 West Avenue K12, 130, Lancaster,
24  California 93536.
25       Q.   And when you say 130, is that, like, an

Page 13

1   apartment number?
2        A.   Yes.
3        Q.   Okay.  And how long have you resided at 2833
4   West Avenue K12, No. 130?
5        A.   Around 15 days.
6        Q.   Okay.  So you just moved in.  I hope it's a
7   comfortable move.  Where did you move from?
8        A.   From Miami, Florida.
9        Q.   Okay.  And where in Miami, Florida, were
10  you residing before Lancaster, California?
11       A.   In 1817 Northwest South River Drive,
12  Apartment 1504, in Miami, Florida 33125.
13       Q.   Okay.  And was that a high-rise building?
14       A.   Yes.
15       Q.   Okay.  Did the building have a name?
16       A.   I think it's called Terrazas.  I -- yeah,
17  Terrazas.
18       Q.   And how long did you reside at Terrazas?
19       A.   Approximately a year and some months.
20       Q.   And did you live there with any -- did
21  anybody else live there with you during that time?
22       A.   No one did.
23       Q.   Okay.  Did anyone else stay there with you
24  for an extended period of time?  And by that I would
25  mean more than a week.

Angelica Cookson
July 01, 2022

Page 14

1      A.   For more than a week, yes.
2      Q.   Okay.  Who stayed there with you for more
3  than a week during the time you resided at Terrazas?
4      A.   Several friends.
5      Q.   Okay.  Any family members?
6      A.   Yes.
7      Q.   Okay.  What family members stayed more than
8  a week when you were at Terrazas?
9      A.   Federico Quintana.
10      Q.   And who is Federico Quintana?
11      A.   My son.
12      Q.   Okay.  Do you have any other children, other
13  than Federico Quintana?
14      A.   Yes.
15      Q.   Okay.  How many other children?
16      A.   One.
17      Q.   And is that a -- what is that child's name?
18      A.   Ricardo Quintana.
19      Q.   Okay.  Did Federico Quintana, while you
20  lived at Terrazas, reside for more than a week at a
21  time with you?
22      A.   Yes.
23      Q.   Okay.  Did Federico -- how long did Federico
24  Quintana reside with you at Terrazas for -- let me
25  rephrase the question.

Page 15

1      Did Federico Quintana reside continuously at
2  Terrazas with you?
3      MR. KOLB:  Objection to form.
4  BY MR. POLLACK:
5      Q.   Do you understand the question?
6      A.   No.
7      Q.   Okay.
8      THE REPORTER:  And I forgot to mention, when
9  somebody objects, can you please state your name?  Who
10  was that that objected, please?
11      MR. KOLB:  I'm sorry.  It's Mr. Kolb.
12      THE REPORTER:  No problem.  Thank you.
13  BY MR. POLLACK:
14      Q.   Did Federico Quintana reside at Terrazas for
15  more than a month during the time you were there?
16      A.   I don't remember exactly.  But it was more
17  than a week.
18      Q.   Okay.  Was he staying with anyone else, or
19  it was just him and you?
20      A.   Just him and me.
21      Q.   Okay.  Did he -- where was he coming from
22  when he came to Terrazas to stay with you?
23      A.   He comes from Mexico City.
24      Q.   Okay.  Is that where he normally resides?
25      A.   Yes.

Page 16

1      Q.   Okay.  Did he stay with you on more than one
2  occasion for more than a week when you were living at
3  Terrazas?
4      A.   I don't remember, but probably.
5      Q.   Okay.  And when he came, he was coming from
6  Mexico City on those occasions?
7      A.   Yes.
8      Q.   Okay.  And when he returned, do you know if
9  he returned to Mexico City?
10      A.   He returned to Mexico City.
11      Q.   Do you know if he took the same flight
12  leaving at the same time on the occasions when he came
13  to visit you from Mexico City to Miami?
14      A.   I don't know.
15      Q.   Okay.  Does Federico Quintana go by any
16  other names?
17      A.   No.
18      Q.   Okay.  Are you currently married?
19      A.   What does this have to do with anything?
20      Q.   Okay.  Well, so, ma'am --
21      A.   I'm not a witness in the case, and this is
22  personal.
23      Q.   I understand.  If your lawyer -- I'm just
24  trying to ask you some background questions.  If your
25  lawyer instructs you not to answer, then you don't

Page 17

1  have to answer.  If he doesn't, it means that he
2  believes, and I think he's correct, that it's an
3  acceptable -- we're not trying to invade your privacy,
4  I'm not gonna go, you know, asking you questions about
5  your husband in great detail, I just want some
6  background.
7      So I'm asking you whether you're currently
8  married?
9      A.   No.
10      Q.   Okay.  Were -- have you been married
11  previously?
12      A.   Have you ever been married?
13      Q.   Yes.
14      Q.   Okay.  How many times?  Meaning, have you
15  had just one husband or more than one husband?
16      A.   More than one husband.
17      Q.   Okay.  So how many times have you been
18  married?
19      A.   I have been married -- well, you know, this
20  is very private.  I don't think this -- this concerns
21  the -- the -- your incident of whatever you want me
22  to…
23      MR. POLLACK:  Okay.  Mr. Matlow, do you --
24  are you instructing the witness not to answer?
25      MR. MATLOW:  (Inaudible) --

Angelica Cookson
July 01, 2022

Page 18

1     MR. POLLACK:  I'm not attempting to harass
2  her at all, I'm --
3     MR. MATLOW:  Well --
4     MR. POLLACK:  -- simply -- I'm not gonna
5  belabor this --
6     MR. MATLOW:  So, Mr. Pollack, here is my
7  take on this.  I believe that you're trying to get at
8  the issue that she had some widow benefits.  If you
9  want to ask --
10     MR. POLLACK:  Correct.
11     MR. MATLOW:  -- if you want to ask about
12  that husband --
13     MR. POLLACK:  I --
14     MR. MATLOW:  -- I think that would be
15  appropriate.  I don't think you need her entire life.
16     MR. POLLACK:  Okay.  Fair enough.
17  BY MR. POLLACK:
18     Q.   Well, only -- let me as this question:
19  during the time that you were at Terrazas, were you
20  living -- were you married?
21     A.   No.
22     Q.   Okay.  Mr. Matlow is correct that at some
23  point you were married -- am I correct that you were
24  married to someone who worked for American Airlines?
25     A.   Yes.

Page 19

1     Q.   Okay.  What was that gentleman's name?
2     A.   Gregory Edward Cookson.
3     Q.   When did you get married to Gregory Edward
4  Cookson?
5     A.   In 2018 (sic).
6     Q.   Okay.  And my understanding is Mr. Cookson
7  has passed away?
8     A.   Yup.  Yes.
9     Q.   When did he pass away?
10     A.   I don't recall.  I would have to go look for
11  his -- his papers.  I -- I don't recall.  It was --
12     Q.   Okay.
13     A.   -- more than five years ago.
14     Q.   Okay.  At the time of this incident, Mr.
15  Cookson had passed away?
16     A.   What incident?
17     Q.   Okay.  So are you aware of -- are you aware
18  of the facts concerning the lawsuit that has been
19  filed, that you're testifying here today about?
20     A.   I know the gossip.
21     Q.   Okay.  So you know the gossip.  Are you
22  aware that an incident occurred onboard a plane?
23     A.   Yes.
24     Q.   Okay.  And so are you aware of when
25  generally that incident occurred, in what year?

Page 20

1     A.   I think it was a couple of years ago.
2     Q.   Okay.  At the time that it occurred, was Mr.
3  Cookson alive, or had he already passed away?
4     A.   He had already passed away.
5     Q.   Okay.  Do you know how long Mr. Cookson had
6  worked for American Airlines -- well, let me rephrase
7  that.
8     Was Mr. Cookson working for American Airlines at
9  the time he passed away, or had he retired?
10     A.   He had retired.
11     Q.   Okay.  Do you know how many years he worked
12  for American Airlines?
13     A.   I think he worked around 20-something years.
14     Q.   Okay.  And what did he -- at the time you
15  married him, what was his job?
16     A.   I'm not sure exactly what his work was, but
17  I think he was a mechanic.
18     Q.   Do you know if he was a -- so he was a
19  mechanic on planes, I take it?
20     A.   Yes.
21     Q.   Okay.  And do you remember when he retired?
22     A.   Not really, no.  I don't remember.
23     Q.   Okay.  At the time that he was working,
24  before he retired, do you know if he received benefits
25  from American Airlines?

Page 21

1     A.   Yes, he received benefits.
2     Q.   Okay.  And did you, as his spouse, also
3  receive any benefits as well?
4     A.   Am I -- can you rephrase that?  Because I
5  don't understand it.
6     Q.   Sure.  At the time he was working, when he
7  received benefits --
8     A.   Uh-huh.
9     Q.   -- from his employer, American Airlines --
10     A.   Uh-huh.
11     Q.   -- did you also receive any benefits by
12  virtue of being his spouse?
13     A.   Not -- no, not directly.
14     Q.   Okay.  Did you receive health insurance from
15  American Airlines?
16     A.   No, I didn't.
17     Q.   Okay.  Did you receive any flight benefits
18  at that time?
19     A.   My husband did.  I didn't.
20     Q.   Okay.  So do you know what those benefits
21  were that he received?
22     A.   There's a -- there was a discount for flying
23  standby.
24     Q.   Okay.  And while you were married, prior to
25  his death, did he utilize those benefits?

Angelica Cookson
July 01, 2022

Page 22

```
1       A.   I'm not sure.  Maybe he did.
2       Q.   Okay.  Did you ever travel with him, on
3  American Airlines or any partner airline, during the
4  time that you were married to him?
5       A.   Yes, I did.
6       Q.   Okay.  And during those trips, did you
7  travel on American Airlines?
8       A.   Yes.
9       Q.   Okay.  How many trips did you take between
10 the time that you married in 2018, and the time he
11 passed away, with your husband?
12      A.   Around four.
13      Q.   And was it just the two of you?
14      A.   Yes.
15      Q.   And what destinations did you go to?
16      A.   If I recall correctly, because that was a
17 very long time ago, we went to Miami, and we went to
18 South Dakota.
19      Q.   Okay.  And when you traveled with him on
20 those occasions, you flied standby?
21      A.   Yes.
22      Q.   And you used the flight benefits that he was
23 provided?
24      A.   He was using the benefits, yes.
25      Q.   Did you pay a full fare yourself?
```

Page 23

```
1       A.   No.
2       Q.   Did you receive a discount for your fare?
3       A.   I didn't pay, and I didn't arrange the
4  things, it was him.
5       Q.   Okay.  So your husband made the
6  arrangements; is that correct?
7       A.   He is the one -- he was the one who had the
8  benefits.
9       Q.   Okay.  Do you know whether he had to pay any
10 money for your ticket?
11      A.   I don't know.
12      Q.   So you're not sure one way or the
13 other?
14      A.   Uh-huh.  Right.  I'm not sure.
15      Q.   Okay.  Did your husband, Gregory Edward
16 Cookson, travel with any -- other than those four
17 trips, while he was married to you, did he take any
18 other trips without you?
19      A.   I don't recall.  I don't know.
20      Q.   Did he ever travel, while he was married
21 with you, with Federico Quintana?
22      A.   No, he didn't.
23      Q.   Did he ever travel with Ricardo Quintana?
24      A.   No, he didn't.
25      Q.   Did Federico Quintana ever travel to visit
```

Page 24

```
1  you prior to Mr. Cookson's death, while you were
2  married to Mr. Cookson?
3       A.   I don't remember.
4       Q.   Okay.  Do you know if Mr. -- if Federico
5  Quintana arranged his own travel when he came to visit
6  you?
7       A.   No.
8       Q.   You do not know?
9       A.   No.  Can you rephrase it, please?
10      Q.   Sure, sure.  Can you estimate for me how
11 many times Federico came to Miami to visit you since
12 2018?
13      A.   Oh, I don't recall.  Several.
14      Q.   Okay.  More than five?
15      A.   I have no idea.  Honestly.
16      Q.   Okay.  On the occasions that he came to
17 visit you, did you have any involvement in either
18 paying for or scheduling his flight?
19      A.   On several occasions, yes.
20      Q.   Okay.  Did you pay for his tickets?
21      A.   Yes.
22      Q.   Okay.  Did you book his tickets?
23      A.   Yes.
24      Q.   Did you book his tickets through -- how did
25 you book his tickets?
```

Page 25

```
1       A.   When I buy them retail, through the general
2  -- you know, the -- usual sites, KAYAK, or one of
3  those.  And when I use the --
4       THE REPORTER:  What was that site, ma'am?
5       THE WITNESS:  Say again?
6       THE REPORTER:  Can you repeat the name of
7  that site?
8       THE WITNESS:  KAYAK.
9       MR. POLLACK:  I think she means KAYAK.
10      THE WITNESS:  KAYAK.  Whatever.
11      THE REPORTER:  Got it.
12      MR. POLLACK:  Yeah.
13      THE WITNESS:  Uh-huh.
14      MR. POLLACK:  I'm sorry, go ahead, ma'am.
15      THE WITNESS:  So and when I use the standby
16 I do it through -- through the site of American.
17      MR. POLLACK:  Okay.
18      THE WITNESS:  But --
19      MR. POLLACK:  So --
20      THE WITNESS:  -- just after my -- no.  It's
21 okay.  Continue, sorry.
22 BY MR. POLLACK:
23      Q.   I didn't -- did I cut you off?
24      A.   No, no, no, no, no.
25
```

Angelica Cookson
July 01, 2022

Page 26

1
2      Q.   Okay.  So am I to understand that sometimes
3  you booked retail and did not utilize the flight
4  benefits, and sometimes you did when booking for your
5  son?
6      A.   Yes.
7      Q.   Okay.  And is that the same for you as well?
8      A.   Yes.
9      Q.   Okay.
10         MR. MATLOW:  Give him a chance to finish his
11  question.  I know it's --
12         THE WITNESS:  Oh, yeah, sorry, Dan.
13         MR. MATLOW:  -- very tough with the Zoom.
14         THE WITNESS:  Uh-huh.
15  BY MR. POLLACK:
16      Q.   Okay.  Did you book the -- so am I -- am I
17  correct that sometimes when he traveled to Mexico, to
18  Miami, you would pay full fare for his ticket, but
19  sometimes you would use the discount?
20      A.   Right.
21      Q.   Okay.  And when you used the discount, you
22  booked through the American Airlines website?
23      A.   The retiree American Airlines website.
24      Q.   Retiree?  Retiree?
25      A.   Uh-huh.

Page 27

1      Q.   Okay.  So there's a separate website for
2  that?
3      A.   Yes.
4      Q.   Okay.
5      A.   I think so.  I -- I'm -- I couldn't be sure.
6  That's the one I use.
7      Q.   Okay.  Okay.  When you -- you go online, and
8  you go into a special website that is for retirees of
9  American Airlines --
10      A.   Right.
11      Q.   -- is that what you -- okay.
12          And what are you -- after your husband died, did
13  you inherit his flight benefits?
14      A.   Yes, I did.
15      Q.   Okay.  And the benefits you inherited, were
16  those the same benefits that you had before he died?
17         MR. KOLB:  Objection.  Form.
18         MR. MATLOW:  Join.
19         MR. POLLACK:  You can --
20         THE WITNESS:  I wouldn't --
21         MR. POLLACK:  -- answer the -- you can
22  answer the question.
23         THE WITNESS:  Yeah.  I -- I don't know.  I
24  don't know what his benefits were when he was alive
25  because I didn't manage them.

Page 28

1  BY MR. POLLACK:
2      Q.   Okay.  You manage them now, though, correct?
3      A.   Correct.
4      Q.   Okay.  And do you know what the flight
5  benefits are now that you have?
6      A.   It's a discount flying standby.
7      Q.   Okay.  And what is the discount?
8      A.   I don't know.  It all depends on the flight.
9      Q.   Okay.  So different flights have different
10  discounts?
11      A.   As retail, just as retail.
12      Q.   Okay.  Is there a -- is there a general
13  range of discounts?
14      A.   I haven't -- I -- I don't know.
15      Q.   Okay.  You don't pay attention to that when
16  you book the flights?
17      A.   No.
18      Q.   Okay.  So am I understanding correctly that
19  you have to, even when you get a discounted flight,
20  still pay some money for the ticket?
21      A.   Yes.
22      Q.   Okay.  So it's not a free ticket?
23      A.   No.
24      Q.   Okay.  But you don't pay attention to how
25  much it costs when you book it at a discount, correct?

Page 29

1         MR. KOLB:  Objection.  Objection to form.
2  BY MR. POLLACK:
3      Q.   Is that right, ma'am?
4      A.   Rephrase it, please.
5      Q.   Sure.  You -- do you -- I think I asked you
6  whether there was a general range of an amount of
7  discount that these tickets usually allow you.  And I
8  thought your testimony was that you didn't know.  Is -
9  - did I misunderstand you?
10         MR. KOLB:  Objection to form.
11         MR. POLLACK:  You can answer, ma'am.
12         THE WITNESS:  There's a discount.  I don't
13  know how much.
14  BY MR. POLLACK:
15      Q.   Okay.  Because it varies from ticket to
16  ticket, correct?
17      A.   It varies, yes.
18      Q.   Okay.  Is it -- can you give the jury an
19  idea of, is it more in the range of 10 percent, or 50
20  percent, or 80 percent?
21      A.   No, I can't.
22      Q.   Okay.  And is that because -- well, you've
23  used that discount, so why is it that you're
24  unfamiliar with or unable to tell me what the rough
25  range of the discount is?

Angelica Cookson
July 01, 2022

Page 30

1      MR. KOLB:  Objection to form.
2      THE WITNESS:  Because I -- I see no need to
3  know.
4  BY MR. POLLACK:
5      Q.   Okay.  But you're paying for the ticket,
6  aren't you?
7      MR. KOLB:  Objection to form.
8  BY MR. POLLACK:
9      Q.   Did you answer?
10     A.   No.  Yes, I'm paying for the ticket.  I know
11 I'm paying less than retail, and that's enough for me.
12     Q.   Okay.  Now you also pay taxes and fees on
13 those tickets; is that correct?
14     A.   Correct.
15     Q.   Okay.  And those taxes and fees would be on
16 the discounted amount, correct?
17     A.   Yes.
18     Q.   Okay.  I wanted to make sure I understood
19 something, because I may have misunderstood.  You said
20 you married in -- Mr. Cookson -- Mr. Gregory Edward
21 Cookson, in 2018.
22     A.   Yes.
23     Q.   Okay.  I thought I heard you say that he
24 passed away more than five years ago.  Did I
25 misunderstand --

Page 31

1      A.   I think so.
2      Q.   -- you?
3      A.   I think so.  I don't remember.  I would have
4  to go and look for the certificate, because I don't
5  remember.
6      Q.   Okay.  But if -- you would agree with me
7  that if he -- if we're in 2022, and he died five years
8  ago, that you could not have married him in 2018?
9      A.   Oh, yes, you're right.  2008.  I -- I
10 married in 2008.
11     Q.   That's why I wanted to clarify it.  Okay.
12 Okay.  So then let me ask you -- let me go back,
13 because that makes a bit of a difference.
14     Did I understand you correctly that between 2008
15 and -- well, did Mr. Cookson -- was Mr. Cookson alive
16 -- do you know how many years you were married to Mr.
17 Cookson, approximately, before he died?
18     A.   I -- I don't -- I don't recall.  Honestly, I
19 don't recall.
20     Q.   Okay.  The reason --
21     A.   I'm not --
22     Q.   -- that I'm ask -- I'm sorry, go ahead.
23     A.   I'm not good with dates, as you can see.
24     Q.   Okay.  The reason I'm asking is, I just want
25 to be clear.  You took -- you testified that you took

Page 32

1  four trips, if I understood you, during the time that
2  you were married to Mr. Cookson, before he died, with
3  Mr. --
4      A.   Right.
5      Q.   Correct?
6      A.   Right.  Right.
7      Q.   Okay.  All right.  And that you remember
8  that that is the specific number of trips you took
9  while you were --
10     A.   I said around four, because I don't
11 remember.  I do remember we went to South Dakota, and
12 to Miami.  I don't remember anything else.
13     Q.   Okay.  Is it possible there were more than
14 those?
15     A.   I don't know.  I don't remember.
16     Q.   The benefits that you inherited allow you to
17 utilize the discount for family members' travel as
18 well; is that right?
19     A.   Correct.
20     Q.   Okay.  And is it family and friends or just
21 family?
22     A.   It can be friends.
23     Q.   And how does the airline determine whether
24 somebody's a friend?
25     A.   I don't know.

Page 33

1      Q.   Have you ever utilized it to book a ticket
2  for a friend?
3      A.   Yes.
4      Q.   Okay.  More than one friend?
5      A.   No.
6      Q.   Okay.  And is that friend a family member?
7      A.   No.
8      Q.   And how many times have you utilized it to
9  book the ticket for that friend?
10     A.   One time.
11     Q.   Okay.  And was that a trip to Mexico?
12     A.   No, that was a trip from Mexico to
13 California.
14     Q.   Okay.  Have you utilized the flight benefits
15 for purchasing tickets on behalf of Ricardo Quintana?
16     A.   Yes.
17     Q.   And how many tickets have you purchased for
18 Ricardo Quintana, utilizing the AA flight benefits?
19     A.   I'm not sure.  Around two or three.  I don't
20 -- I'm not sure.
21     Q.   Okay.  Do you have a record of how many
22 tickets you've purchased?
23     A.   No.
24     Q.   Okay.  When you go to AA retiree, do they --
25 does AA -- does American Airlines send you, either by

Angelica Cookson
July 01, 2022

Page 34

1  email or by mail, a record of the flights that you
2  have booked using those benefits?
3       A.   No.
4       Q.   Okay.  Do you know whether if you go online
5  to the AA retiree website you're able to get a record
6  of those benefits?
7       A.   I -- I'm not sure.  Probably.  I haven't
8  done it.
9       Q.   Okay.  When did you retain Mr. Matlow?
10      A.   After I felt harassed, and needed advice.
11      Q.   And when was that, ma'am?
12      A.   I don't remember the date.  I just felt
13  harassed and I needed someone to represent me.
14      Q.   Okay.  Were you ever --
15           THE REPORTER:  That was trapped, correct?
16  That word was trapped, is that correct, Ms. Cookson?
17           THE WITNESS:  Harassed.  Yes.  Harassed.
18           THE REPORTER:  Harassed.  Okay.  Thank you.
19  BY MR. POLLACK:
20      Q.   Did you ever have any other attorney that
21  you retained to represent you, other than Mr. Matlow
22      A.   I tried another person.  I don't remember
23  her name, but she was too busy.
24      Q.   Okay.  Other than that other person who was
25  too busy, no other attorneys have represented you in

Page 35

1  this matter, other than Mr. Matlow, correct?
2       A.   Correct.
3       Q.   Okay.  Did you have any conversations with
4  anyone from American Airlines prior to retaining Mr.
5  Matlow?
6       A.   No.
7       Q.   Did you receive any text messages from
8  anyone from American Airlines prior to retaining Mr.
9  Matlow?
10      A.   No.
11      Q.   Okay.  Did you receive any text messages or
12  have any conversations with any attorneys, other than
13  Mr. Matlow, who were representing American Airlines?
14      A.   Yes.
15      Q.   Okay.  And were those conversations and text
16  messages before you retained Mr. Matlow?
17      A.   Yes.
18      Q.   Have you ever had a conversation with Mr.
19  Matlow when another attorney from American Airlines
20  was present?
21      A.   No.
22      Q.   Have you ever been on a phone call with Mr.
23  Matlow when another attorney from American Airlines
24  was on the call?
25      A.   No.

Page 36

1       Q.   Okay.  How many times -- well, let me ask
2  you this: who from -- what attorneys representing
3  American Airlines have you spoken with concerning
4  anything related to this case?
5       A.   Mr. Kelly.
6       Q.   Okay.
7       A.   And Mr. Pecchio.
8       Q.   Okay.  Mr. Kelly is Mr. Kolb, who's on the
9  video today?
10      A.   Yes.
11      Q.   Okay.  Have you ever had a video call with
12  Mr. Kolb before today?
13      A.   No.
14      Q.   This is the first time you're seeing him?
15      A.   Yes.
16      Q.   Okay.  Did you ever have a video call with
17  Mr. Pecchio?
18      A.   No.
19      Q.   Okay.  How many phone calls have you had
20  with Mr. Pecchio and Mr. Kolb together?
21      A.   None.
22      Q.   How many calls have you had with just Mr.
23  Pecchio?
24      A.   I don't recall.  Maybe one or two.
25      Q.   Okay.  And how many calls have you had with

Page 37

1  Mr. Kolb?
2       A.   One or two, as well.
3       Q.   And those were separate from the calls with
4  Mr. Pecchio?
5       A.   Yes.
6       Q.   Okay.  Anybody else, any other lawyers that
7  you've had calls with, other than Mr. Pollack, and Mr.
8  Kolb, and obviously Mr. Matlow?
9       A.   No.
10      Q.   Okay.  Has anybody from Mr. Kolb's or Mr.
11  Pecchio's office communicated with you?
12      A.   No.
13      Q.   Have you ever received any documents
14  concerning this case from Mr. Kolb or Mr. Pecchio?
15      A.   No.
16      Q.   Okay.  Have you received any documents
17  concerning this case from anybody?
18      A.   Just the depositions -- I mean, the
19  subpoenas.
20      Q.   Okay.  All right.  have you reviewed or
21  looked at any documents in connection with your --
22  this deposition?
23      A.   Just the subpoenas.
24      Q.   Okay.  So you have not seen any statements
25  prepared by Mr. Pecchio for your son?

Angelica Cookson
July 01, 2022

1      A.   No.
2      Q.   Okay.  When did you first learn that this
3  lawsuit had been filed?
4      A.   Sometime this year.  I don't recall.
5      Q.   And how did you learn that?
6      A.   I think someone contacted me, asking me
7  about Federico's trip, something around that.  But I
8  don't remember exactly.
9      Q.   Okay.  Well, how did they -- do you have any
10 idea how they knew to contact you?
11     A.   No.
12     Q.   Okay.  Were they from American Airlines?
13     A.   No.
14     Q.   Was it some -- from Mr. -- was Mr. Pecchio
15 or Mr. Kolb?
16     A.   Yup.
17     Q.   Okay.  And did they tell you how they found
18 your contact information?
19     A.   No.
20     Q.   Okay.  And what did they tell you when you -
21 - well, do you remember who it was?  Was it Mr.
22 Pecchio or Mr. Kolb who contacted you first?
23     A.   I think it was Mr. Pecchio.
24     Q.   Okay.  And what did he tell you during --
25 was that a phone call?

1      A.   I don't recall, honestly.  I don't recall if
2  it was a phone call.  And I can tell you the general -
3  - the general thing, because I don't remember,
4  something about Federico in a -- a -- in -- in a
5  flight, something around that.  And that's it.  I
6  don't remember anything else.
7      Q.   Okay.  And did he ask you for any
8  information at that point?
9      A.   He asked me for Federico's information, I
10 didn't give it.  I relayed the information to
11 Federico.
12     Q.   Okay.  And did you speak with Federico about
13 that call?
14     A.   No.
15     Q.   So you communicated with him by text?
16     A.   Yes.
17     Q.   Okay.  And did he respond to the text?
18     A.   I don't know.
19     Q.   Okay.  Do you know whether Federico gave a
20 deposition in this case?
21     A.   I'm not sure.  I think he did.
22     Q.   Okay.  Did he tell you that he did?
23     A.   I think he mentioned something.
24     Q.   When was that?
25     A.   I don't recall.

1      Q.   And what did he say to you?
2      A.   That there was this guy who was kicked out
3  of the plane, and he had witness it.
4      Q.   Okay.  And anything else about the
5  deposition?
6      A.   No.
7      Q.   Did he tell you whether the deposition was
8  in Miami?
9      A.   No, he didn't tell me.
10     Q.   Did he have to -- did he tell you if he had
11 to travel for the deposition?
12     A.   No.
13     Q.   Okay.  Have you ever read or seen a
14 transcript of the deposition?
15     A.   No.
16     Q.   Do you know where the deposition took place?
17     A.   No.
18     Q.   Okay.  Are you currently employed?
19     A.   Yes.
20     Q.   And where do you work?
21     A.   Is it -- it is some -- is it something that
22 you need to know for this case?
23     A.   It could be, I don't know, but unless your
24 lawyer instructs you not to answer, those are very
25 basic questions that we're entitled to ask pretty much

1  any witness.  I'm not going to go get you fired from
2  your job.  I'm not here to harass you.  I'm here to
3  find out information that might be relevant to this
4  lawsuit, and to your son's testimony.
5      So I will repeat my question, which is, who is
6  your employer?
7      A.   Bank of Hope.
8      Q.   Okay.  Do you work part time or full time?
9      A.   Full time.
10     Q.   When your son stays or stayed with you at
11 Terrazas, did he have his own key?
12     A.   No.
13     Q.   So if he went out -- if you went to
14 work, was he able to go in and out of the apartment?
15     A.   I'm -- I -- I don't know.
16     Q.   Okay.  Well, how would he have locked the
17 apartment if he went out while you were at work?
18     A.   I work remote.
19     Q.   Ah.  Okay.  So your job is remote?
20     A.   Right.
21     Q.   Okay.  And you work full time so you're
22 there during the day?
23     A.   Right.
24     Q.   Monday through Friday?
25     A.   Right.

Angelica Cookson
July 01, 2022

Page 42

1    Q.   Okay.  And you don't know where your son
2  gave his deposition; is that right?
3    A.   No.
4    Q.   Okay.  Did your son bring a computer with
5  him to your apartment?
6    A.   I don't know if he brought the computer, but
7  he -- I -- I guess so.
8    Q.   Okay.  Now, you testified that you hired Mr.
9  Matlow because you felt harassed; is that correct?
10   A.   Yes.
11   Q.   Okay.  And did you tell American Airlines
12 that you felt harassed?
13   A.   Yes.
14   Q.   Okay.  Who did you tell that to?
15   A.   I don't remember, but I think it was to Mr.
16 Pecchio.
17   Q.   Okay.  Was that during the first call that
18 you had, when he asked to locate your son?
19   A.   I don't know.  I don't remember.  Probably
20 not.  I don't remember exactly.
21   Q.   Okay.  Well, when you told him that you felt
22 harassed, what did he say?
23   A.   That he couldn't advise me, because he was
24 not my lawyer.
25   Q.   Okay.  Anything else?

Page 43

1    A.   Just that.
2    Q.   Okay.  Did you tell him anything about why
3  you felt harassed?
4    A.   Yes.  I forwarded him whatever documents
5  were written to me, that were harassing and bullying.
6    Q.   Okay.  And was that before you were
7  subpoenaed by Mr. Woodrow?
8    A.   No, it was after the second subpoena,
9  because I had been harassed constantly, and it was
10 after the second subpoena.
11   Q.   Okay.  Did -- how were you served the first
12 subpoena?
13   A.   In my elevator, while I was taking my cat to
14 be put to sleep.
15   Q.   A process server --
16       THE REPORTER:  While you were taking your
17 what?
18       THE WITNESS:  My kitty cat, she had to be
19 put to sleep.
20 BY MR. POLLACK:
21   Q.   And a process server delivered the papers at
22 that point?
23   A.   Yes.
24   Q.   So that not a good day for you, obviously.
25   A.   Yeah.

Page 44

1    Q.   Okay.  And how were you served the second
2  subpoena?
3    A.   It was left on my door.
4    Q.   Okay.  Did you ever speak to the process
5  server who served the subpoena?
6       MR. MATLOW:  Mr. Pollack, this is Dan
7  Matlow.
8       MR. POLLACK:  Yes.
9       MR. MATLOW:  There was a lot of wrangling
10 that involved subpoenas, and she felt harassed.  And
11 all of that is in the past.  She's here, sitting for
12 her deposition.  Can you short circuit this, because -
13 -
14       MR. POLLACK:  Yeah, I'll try.  There's --
15 let me -- give me -- yes, I can.
16 BY MR. POLLACK:
17   Q.   Do you know who Federico Gutierrez is?
18   A.   No.
19   Q.   Do you know anybody named Federico
20 Gutierrez?
21   A.   No.
22   Q.   Okay.
23   A.   Not that I know of.
24   Q.   Okay.  Did you ever tell the doorman at
25 Terrazas that you wanted to be called at all times

Page 45

1  before anyone could come to your unit?
2    A.   Yes.
3    Q.   Okay.  And was that before or after you felt
4  harassed?
5    A.   It was before, during, and after.
6    Q.   Okay.  How much before?
7    A.   Since I moved there.
8    Q.   Okay.  So you told the doorman that when you
9  moved there?
10   A.   Yes.
11   Q.   Okay.  And did you also tell the doorman,
12 when you moved there in 2018, that no visitors for
13 your son were permitted?
14   A.   You were saying 2000 -- how, when?
15   Q.   I'm saying, as the same time.  You just
16 testified that you told the doorman that no people
17 were to come up to your unit, to be admitted up to
18 your unit when you moved in.  And I'm asking you, at
19 that same time, did you also tell the doorman that
20 there were to be no visitors for your son?
21   A.   It is common practice in Terrazas for the
22 doorman to let you know when someone comes in.
23   Q.   But my --
24       THE REPORTER:  And the beginning of your
25 question was -- or the beginning of your statement was

Angelica Cookson
July 01, 2022

Page 46

1  not clear, Ms. Cookson.  The first two words.
2       THE WITNESS:  Yes, at Terrazas, at the
3  department (sic), that's common practice.
4  BY MR. POLLACK:
5       Q.  And my question specifically was, at the
6  same time that you told the doorman when you first
7  moved in that you didn't want to come to your unit
8  without you being advised, did you also specifically
9  tell the doorman that no visitors were to be allowed
10  for your son?
11       A.  For anyone.
12       Q.  Specifically for your son.
13       A.  Specifically for anyone was allowed to come
14  in without letting me know.
15       Q.  Okay.  But you never specifically told the
16  doorman, in addition to not letting visitors come for
17  you, that no visitors were to be permitted for -- to
18  your son?
19       A.  Of course.
20       Q.  Of course what?
21       A.  Yes.
22       Q.  And that was your son Federico, or your son
23  Ricardo?
24       A.  I don't remember at -- that time, but
25  anyone.

Page 47

1       Q.  So it would've been Federico and Ricardo?
2       A.  Uh-huh.
3       Q.  Federico --
4       A.  Or whomever was visiting at my place.
5       Q.  Federico Quintana and Ricardo Quintana,
6  correct?
7       A.  Correct.
8       Q.  Not Federico Gutierrez, who you don't know?
9       A.  I don't know who that is.
10       Q.  Okay.  And do you know who Claudia Navarro
11  is?
12       A.  No.
13       Q.  Is there somebody named Claudia Navarro who
14  works at the desk at Terrazas?
15       A.  Jesus, no.  I don't know.
16       Q.  Okay.  So you don't know if Claudia Navarro,
17  on March 30th, 2022, made a notation that, "Resident
18  Angela (sic) Cookson wants to be called at all times
19  when anyone comes to her unit.  Also, no visitors for
20  her son, Federico Gutierrez if she don't pick up.  No
21  phone, no enter"?  You don't know anything about that;
22  is that right?
23       A.  Sir, I don't know Claudia.  I don't know who
24  the -- the employees at Terrazas were.
25       Q.  And so if that appeared in the Terrazas

Page 48

1  database, you have no idea how that came about; is
2  that right?
3       MR. KOLB:  Objection.  Form.
4       MR. MATLOW:  Objection.  Join.
5       THE REPORTER:  I'm sorry, can I have the
6  names of who objected?
7       MR. KOLB:  Mr. Kolb, and Mr. Matlow joined.
8       THE REPORTER:  Thank you.
9  BY MR. POLLACK:
10       Q.  Is that correct, ma'am?
11       A.  I -- I asked not to be disturbed.  And if I
12  didn't pick up, not to let anyone up.
13       Q.  Isn't it true, ma'am, that your son Federico
14  was deposed in this case sometime in March or April of
15  2022?
16       A.  I --
17       MR. KOLB:  Objection.  Form.
18       THE WITNESS:  -- I don't know.
19  BY MR. POLLACK:
20       Q.  Okay.  And isn't it true that your son was
21  staying with you in your apartment in Terrazas at the
22  time of his deposition?
23       A.  I don't know.  He might be.
24       Q.  Okay.  And isn't it true that he gave his
25  deposition from your apartment?

Page 49

1       A.  I don't know.
2       Q.  The apartment where you work Monday through
3  Friday, 9 to 5, remotely?
4       A.  Yes.
5       Q.  Is that right?
6       A.  Right.
7       Q.  Okay.  How many rooms are in your apartment,
8  ma'am?
9       A.  Several.
10       Q.  How many?
11       A.  Three.
12       Q.  Okay.  How many bedrooms?
13       A.  One.
14       Q.  Okay.  And where do you work when you work
15  remotely, out of your bedroom, or out of another --
16       A.  I mean, has this something to do with the
17  case?
18       Q.  It absolutely --
19       A.  I mean --
20       Q.  -- does.
21       A.  -- I'm not a witness.  I'm not --
22       Q.  I --
23       A.  -- a witness for this.  I don't know.
24  Honestly.
25       Q.  Okay.

Angelica Cookson
July 01, 2022

Page 50

1      A.   I don't know because I was working.  When
2  I'm working, I'm working.  I'm not paying attention
3  what's going on around me.
4      Q.   Okay.  Your son was deposed on March 22nd of
5  2022 in this case; isn't that true?
6      A.   I don't know.
7           MR. KOLB:  Objection.  Form.
8           MR. MATLOW:  Objection.  Foundation.
9  BY MR. POLLACK:
10     Q.   Isn't that true?
11     A.   I don't know.
12          MR. KOLB:  Objection to form.
13 BY MR. POLLACK:
14     Q.   How did you find Mr. Matlow?
15     A.   He was recommended by me -- by some -- by
16 Mr. Kelly.
17     Q.   Okay.  Did Mr. Kelly give you more than one
18 name?
19     A.   Yes.
20     Q.   Did you call both -- how many names did he
21 give you?
22     A.   I don't remember.  But as there was no money
23 involved in this case, no one wanted it.  So I'm very
24 grateful Mr. Matlow is willing to -- to represent me.
25     Q.   Well, are you paying Mr. Matlow to represent

Page 51

1  you?
2           MR. MATLOW:  I'm going to object to that --
3           THE WITNESS:  Yes.
4           MR. MATLOW:  -- question.
5           MR. POLLACK:  It's not privileged.  It's not
6  privileged.  Do you want to certify it?
7           MR. MATLOW:  Well, if you're gonna ask her
8  how much she's paying me, I --
9           MR. POLLACK:  I'm not.
10 BY MR. POLLACK:
11     Q.   Have you -- are you paying Mr. Matlow any
12 money to represent you here?
13     A.   Yes.
14     Q.   Okay.  You, personally?
15     A.   Yes.
16          MR. KOLB:  Objection.  Form.
17 BY MR. POLLACK:
18     Q.   Okay.  Did anyone -- okay.  You said that
19 there were one to two calls -- do you need to take a
20 break?
21     A.   I need this to finish because I have to go
22 back to work.
23     Q.   Okay.  I'm going as quickly as I can.  If
24 you answer the questions, it'll go quickly.
25          MR. MATLOW:  She is answering the questions.

Page 52

1  BY MR. POLLACK:
2      Q.   And I know you're doing your best, and I'm
3  doing my best to move it quickly.
4           You said that there were one to two conversations
5  you had with Mr. Pecchio, and one or two with Mr.
6  Kelly.  You told --
7      A.   Approximately.
8      Q.   Approximately.  You told me --
9           MR. KOLB:  Mr. Kolb.
10 BY MR. POLLACK:
11     Q.   -- about the first conversation with Mr.
12 Pecchio, when he tried to get a hold of your son.
13 Tell me about the other conversation.
14     A.   I don't remember.
15     Q.   Okay.  Tell me about the conversation you
16 had -- the first conversation with Mr. Kelly?
17     A.   I don't remember, and it's not important.
18 And, I mean, I really don't care.  So I -- I choose to
19 forget everything, that it's not important to me.
20     Q.   Okay.  So are you saying that you don't
21 remember anything of those calls at all?
22     A.   I do remember they were something, they were
23 trying to get hold of -- of Federico.  But I don't
24 remember the -- the exact things.
25     Q.   Okay.

Page 53

1           THE REPORTER:  They were trying to get in
2  contact with Federico?
3           THE WITNESS:  Yes, they were trying to get
4  hold of him.
5  BY MR. POLLACK:
6      Q.   Okay.  Your deposition was originally
7  scheduled for what -- do you remember what date, the
8  first deposition?
9      A.   No.
10     Q.   Okay.  Did you have a call with Mr. Pecchio
11 before your first deposition?
12     A.   The first subpoena that I receive --
13     Q.   Subpoena.  Excuse me.  First subpoena.
14     A.   The first subpoena that I receive, I got in
15 touch, I think it was with Mr. Woodrow, to let him
16 know that I was not available that week, to please
17 move it.  Then I got the second subpoena, and I don't
18 remember if I had a -- a call with him or not.
19     Q.   Okay.
20     A.   I don't remember.
21          MR. POLLACK:  Madam Court Reporter, could
22 you mark as Composite Exhibit 1 the documents that
23 were produced by my office, which contain the
24 responses to Mr. Matlow's office, to our subpoena
25 duces tecum.

Angelica Cookson
July 01, 2022

Page 54

1    THE REPORTER:  It shall be so marked.
2    (Exhibit 1 marked for identification.)
3    MR. POLLACK:  And is there a copy for the
4  witness or are we showing her by screen?  I don't know
5  where she --
6    THE REPORTER:  If you can screenshare, that
7  would be very helpful.
8    MR. POLLACK:  Okay.  All right.  Can you
9  allow Mr. Woodrow screenshare privileges?  Or I can --
10  I guess I can -- let me ask -- okay.
11    THE REPORTER:  And Mr. Pollack --
12    MR. POLLACK:  Yes, ma'am?
13    THE REPORTER:  -- do you happen to have the
14  page numbers or the Bates stamp numbers of the
15  Composite Exhibit 1?
16    MR. POLLACK:  Okay.  So it's Cookson Bates
17  000001 through Cookson -- it looks like 0031 --
18  000031.
19    THE REPORTER:  Okay.  Thank you.
20    MR. POLLACK:  All right.  Mr. Woodrow's not
21  in the same location as me, so let me just ask him,
22  can you unmute for a minute, Mr. Woodrow?
23    MR. WOODROW:  Yeah, what you want me to do?
24    MR. POLLACK:  Are you able to -- do you have
25  the whole composite exhibit, or do you have it page by

Page 55

1  page?
2    MR. WOODROW:  I have the whole composite.
3    MR. POLLACK:  Okay.
4    MR. WOODROW:  And if you want, I'll just --
5  I'll share the screen, and tell me where to go.
6    MR. POLLACK:  Okay.  So could we go to page
7  Bates stamp 8.
8    MR. WOODROW:  Yes.  Is that sharing?
9    MR. POLLACK:  Yes, it is.
10    MR. WOODROW:  Okay.  Let's see --
11    MR. POLLACK:  I think you're gonna have to
12  move it up and down.
13    MR. WOODROW:  Yeah.  Let me -- let me shrink
14  it.
15    THE REPORTER:  Move up and down?  What
16  attorney said that?
17    MR. POLLACK:  I -- Mr. Pollack said it to
18  Mr. Woodrow, he's gonna have to move it up and down.
19    MR. WOODROW:  Okay.
20    THE REPORTER:  Awesome, thanks.
21    MR. POLLACK:  Okay.  So if we could scroll
22  down to -- well, wait, actually, I'm sorry.  Go to the
23  top of the page.  Okay.
24  BY MR. POLLACK:
25    Q.   Ms. Cookson, is -- do you recall sending an

Page 56

1  email to Mr. Pecchio, and to your son, copied to your
2  son, on April 27th, 2022?
3    A.   Yeah.
4    Q.   Okay.  And do you recognize this document
5  that's Bates stamp page 8 as being an email you sent
6  to Mr. Pecchio and your son, Federico Quintana?
7    A.   Right.
8    Q.   Okay.  And you say, "No, sorry, I'm out of
9  the country with limited access to internet."  What
10  were you referring to?
11    A.   That I was not in the country --
12    Q.   Okay.
13    A.   And that I had limited access to internet.
14    Q.   And were you talking -- is that in
15  connection with your deposition that being
16  scheduled?
17    A.   It was they wanted me to take a call or
18  something.
19    Q.   Okay.  So then if we can go down --
20    THE REPORTER:  They wanted you to take a
21  what?  I'm sorry?
22    THE WITNESS:  A call.
23    THE REPORTER:  Okay.
24  BY MR. POLLACK:
25    Q.   So if we can go down on that page, scroll

Page 57

1  down a little bit, please.  Okay.  It says -- Mr.
2  Pecchio said to you -- you said, "Same time, 3 p.m."
3  He said, "Yes, that's fine" -- oh, I'm -- "What time
4  are you available?"  And you said, Same time, 3 p.m."
5  He says, "Have we heard from Federico?"  Do you recall
6  that?
7    A.   Yes.
8    Q.   Okay.  And then you wrote, on April 27th,
9  "Please take note, I will not be available for the
10  call today.  Can we make it for tomorrow?"  Do you
11  recall that?
12    A.   Yes.
13    Q.   Okay.  And then the day before that, on
14  April 26, there is -- Mr. Pecchio sent you an email
15  that said, "Federico and Ms. Cookson, please find the
16  documents attached sent to us by Mr. Clowdus' counsel,
17  and let's set up a call for tomorrow at 3 p.m. Eastern
18  Standard Time.  If you'd like to speak before then,
19  please feel free to give me a call at any time at
20  (216) 276-0498."  Do you recall receiving that email?
21    A.   Yes.
22    Q.   Okay.  And the call that was scheduled for
23  the following day, which would've been April 20 -- can
24  you scroll that down again -- April 20 -- the call
25  that was being scheduled for April 27th, that was a

Angelica Cookson
July 01, 2022

Page 58

1 call for both you and your son, correct?
2     A.   Correct.
3     Q.   Okay.  And your son had already given his
4 deposition a month earlier, correct?
5     A.   Probably.  I don't know.
6     Q.   Okay.  Well, why was your son gonna be on a
7 call with you, if he already gave his deposition?
8     A.   Why don't you ask --
9          MR. KOLB:  Objection.  Form.
10         THE WITNESS:  I -- ask Robert Pecchio, not -
11 - I -- I don't know.
12 BY MR. POLLACK:
13    Q.   Did Mr. Pecchio say anything to you about
14 that?
15    A.   No.
16    Q.   Okay.  Did that call ever --
17         THE REPORTER:  Okay.  Really quickly, I'm
18 sorry to interrupt the flow, who was that objected?
19 I'm sorry.
20         MR. KOLB:  Sorry.  That was Mr. Kolb.
21         THE REPORTER:  Okay.
22 BY MR. POLLACK:
23    Q.   Did that call ever take place?
24    A.   No.
25    Q.   Did a call after that day, with you and your

Page 59

1 son, take place?
2     A.   No.
3     Q.   So there was no call with your son, you, and
4 Mr. Pecchio, correct?
5     A.   No.
6     Q.   Okay.  Did you have a call without your son,
7 after this email was sent, with Mr. Pecchio?
8     A.   No.
9     Q.   Did you have a call with your -- without
10 your son, with Mr. Kolb, after this email was sent?
11    A.   Yes.
12    Q.   Okay.  When was that call?
13    A.   Around that date.  I don't know exactly.
14    Q.   Did Mr. Kolb ever send you an email to
15 schedule that call?
16    A.   No.  I think Mr. Pecchio sent me a text
17 message.  I think.
18    Q.   Okay.  And if we could, Mr. Woodrow, go back
19 to page -- go back to page 4 of Composite 1.  Do you
20 recognize the screenshots on page 4?
21    A.   Yes.
22    Q.   Okay.  Who is Chavo?
23    A.   That's Fede, Federico Quintana.
24    Q.   Is this your -- are these text messages sent
25 from your son's phone?

Page 60

1     A.   No.  These ones are sent from my phone.
2     Q.   So why does it say "Chavo"?
3     A.   Because that's the way I call him.
4     Q.   I'm not sure I understand.
5     A.   Well, that's the way the -- the screen
6 displays.
7     Q.   Okay.  Can you look at the text that says,
8 "Hi, my name is Robert Pecchio.  I work for a law firm
9 that represents American Airlines."  This is January
10 11th.  "I spoke to Federico a few weeks back about a
11 flight he was just on.  Can you have him give me a
12 call or provide me his email.  The email he gave me
13 doesn't seem to be working.  Thank you."
14         That text was directed to you, correct?
15    A.   Correct.
16    Q.   So I guess I'm confused why you're saying
17 it's your son's phone.
18    A.   That's --
19         MR. KOLB:  Objection.  Form.  Mr. Kolb
20 objecting.  Form.
21         MR. MATLOW:  Matlow --
22 BY MR. POLLACK:
23    Q.   Are you able to explain to me why --
24    A.   I can -- I cannot explain to you but this
25 thing, one is one screenshot on the right, and there's

Page 61

1 another screenshot on the left.  And they have nothing
2 to do one with the other.
3     Q.   Okay.  Did you produce these screenshots to
4 Mr. Matlow?
5     A.   Yes, I did, but they put them together, so
6 they are different screenshots.
7     Q.   Did you produce them -- did they all come
8 from your phone?
9     A.   Yes.
10    Q.   So none of them came from your son's phone?
11    A.   No.
12    Q.   Okay.  I'm still having trouble
13 understanding, and maybe you're not able to explain it
14 to me, but why the name at the top of these
15 screenshots is your son's, but these are coming from
16 your phone?
17    A.   Yes.  That's the way iPhone displays the
18 messages.
19    Q.   Okay.
20         THE REPORTER:  That's the way your phone
21 displays the messages?  Got it.
22         MR. POLLACK:  iPhone.  iPhone.
23         THE WITNESS:  Yes, the iPhone.  And I think
24 every iPhone does the same.
25         MR. POLLACK:  Okay.

Angelica Cookson
July 01, 2022

Page 62

1          THE WITNESS:  There's nothing special about
2   mine.
3   BY MR. POLLACK:
4          Q.   Okay.  So January 11th was the first time
5   you received a text from Mr. Pecchio?
6          A.   Yes.
7          Q.   Okay.  Did you respond to that January 11th
8   text from Mr. Pecchio?
9          A.   I don't think so.  I just relayed it to --
10  to Federico.
11         Q.   Okay.  Is there -- and does that show up on
12  any of these texts that you --
13         A.   I don't know.
14         Q.   -- forwarded --
15         A.   Maybe.  Maybe, if you scroll down, maybe.
16  Or up.  I don't know.
17         Q.   Okay.  Do you see anywhere where it shows
18  that you forwarded it to him?
19         A.   Uh-uh.  I don't know.  I don't remember.
20  But, yeah, I -- that -- that would be it.
21         Q.   Okay.  So we don't -- we can't see the email
22  -- I mean the text message you forwarded to him, and
23  any response he would've given to you, correct, on
24  this?
25         A.   I -- I don't -- I don't think he responded,

Page 63

1   but anyway, yeah.
2          Q.   Do you know that for a fact?
3          A.   Yes.
4          Q.   Okay.  All right.  Now if we could go to
5   page 4 -- oh, sorry, wait a minute -- page 5.
6          Okay.  Do you recognize the text messages on page
7   5 of Composite Exhibit A (sic)?
8          A.   Yes.
9          Q.   Okay.  It says "To Robert Pecchio."  This is
10  coming from your phone, correct?
11         A.   Correct.
12         Q.   Okay.  And you email him your email address,
13  correct?
14         A.   Uh-huh.
15         Q.   And he says -- is he the one that says,
16  "I'll call you right back"?
17         A.   Yes.
18         Q.   Okay.  And then -- this was on April 13th,
19  correct?
20         A.   Uh-huh.
21         Q.   Okay.  Did you have a call with Mr. Pecchio
22  on April --
23         THE REPORTER:  Please give a "Yes" for the
24  record.  Sorry.
25         MR. POLLACK:  Yes.

Page 64

1          THE REPORTER:  Can you give an audible "Yes"
2   for the record, Ms. Cookson.
3          THE WITNESS:  Yes.  Yes.
4   BY MR. POLLACK:
5          Q.   Did you have a call with Mr. Pecchio on
6   April 13th?
7          A.   Probably.  I don't recall.
8          Q.   Do you know how long it lasted?
9          A.   No.
10         MR. KOLB:  Objection.  Form.
11  BY MR. POLLACK:
12         Q.   Do you remember what you discussed during
13  that call?
14         MR. KOLB:  Objection.  Form.
15         THE WITNESS:  I don't remember if I --
16         MR. KOLB:  This is Mr. Kolb.
17         THE WITNESS:  -- had a calls.
18         MR. MATLOW:  Matlow, join.
19  BY MR. POLLACK:
20         Q.   Okay.  And at that time Mr. Pecchio was --
21         THE REPORTER:  I'm sorry, I need the
22  witness's response, because there was overlapping.
23         THE WITNESS:  I don't remember.
24  BY MR. POLLACK:
25         Q.   And at that time Mr. Pecchio was not

Page 65

1   representing you, and you did not have an attorney,
2   correct?
3          A.   I think so.  Yeah.
4          Q.   Okay.  And you have -- there's nothing at
5   all about that call that you remember?
6          A.   No.  Not really.
7          Q.   Okay.  Then it looks like about nine days
8   later you received another text from Mr. Pecchio,
9   "Good morning, exclamation point.  Andy word from
10  Federico?  Just need to chat with him for a few
11  minutes."  Did you forward that to Mr. -- to your son?
12         A.   I don't recall.
13         Q.   Did you ignore it?
14         A.   I don't think so.  Yeah.
15         Q.   You just ignored it?
16         A.   Yeah.
17         Q.   Were you feeling harassed when you got that
18  text message?
19         A.   No.  It's just that it's none of my
20  business, so...
21         Q.   Well, it -- you'd spoken with Mr. Pecchio
22  before about the fact that your son witnessed,
23  supposedly, an incident that occurred on an American
24  Airlines plane, right?
25         A.   Yes.

Angelica Cookson
July 01, 2022

Page 66

1    Q.   Okay.  And he'd already given his
2  deposition.  Why would Mr. Pecchio still be sending
3  you text messages?
4         MR. KOLB:  Objection.  Form.  Mr. Kolb.
5         MR. POLLACK:  If you know.
6         MR. MATLOW:  Matlow --
7         MR. POLLACK:  If you know.
8         MR. MATLOW:  -- foundation.
9         THE WITNESS:  I don't know.
10  BY MR. POLLACK:
11    Q.   Then on April 26, "Hello, I hope you're
12  doing well.  Would you mind sending me your email.  I
13  received a" -- and it's cut off.  Do you know what the
14  rest of that text message says?
15    A.   No, I don't remember.  But they --
16    Q.   Okay.  Well, do you have that text message
17  still on your phone?
18    A.   I would have to look for it.
19    Q.   Okay.  'Cause it looks like it was cut off
20  so we can't read the whole thing.
21    A.   Uh-huh.
22    Q.   Are you able to look for it and see if you
23  have it?
24    A.   Not now.
25    Q.   Do you have your phone with you?

Page 67

1    A.   No.
2    Q.   Okay.  I'm just trying to avoid having to
3  make you feel more harassed by having you to come
4  back.  The problem is, I don't see that complete text
5  message.  And see we don't know what was said.  And
6  you produced these.
7         So if you're able to find it now, it would
8  possibly save us -- it may be nothing, or it may not
9  be.  I don't know.  You're not able to look for it?
10    A.   It's April the 26th.  I think if you go and
11  look in the other documents that went to you,
12  you're gonna look for an email on the 26th or the
13  27th.  And it was, I think, some documents that your
14  office wanted from me, or something like that.  It was
15  an email with some attachments to it.
16    Q.   That my office sent you?
17    A.   You sent -- Robert Pecchio forwarded me some
18  information you sent him, for me and Federico.
19    Q.   Do you know what that --
20    A.   So if you look --
21    Q.   I'm sorry.  Go ahead.
22    A.   -- if you keep going, you'll find it in one
23  of the emails.
24    Q.   Okay.  All right.  And then on April 28th it
25  says, "We will call you today at 3 p.m."  You say,

Page 68

1  "Okay."  Then he says, "Just gave you a call.  It's
2  going to come from a 954 number."  Did you have a call
3  at that time, on or around that time, on April 28th?
4    A.   Yes.
5    Q.   Okay.  With Mr. Pecchio, or Mr. Kolb, or
6  both?
7    A.   Mr. Kolb.
8    Q.   Okay.  And how long did that call last, more
9  or less?
10    A.   I don't remember.
11    Q.   What was discussed during that call?
12    A.   They were looking for Fede, and I asked him
13  what would I expect the deposition, the next -- the --
14  the following time.
15    Q.   Okay.  And so at that time you knew that you
16  were subpoenaed for a deposition?
17    A.   Yes.
18    Q.   Okay.  And what did Mr. Kolb tell you to
19  expect from the deposition?
20    A.   Exactly this.  Your questions.
21    Q.   All of the questions that I've asked, he
22  talked to you about?
23    A.   Not all of them.
24    Q.   But many of them?
25    A.   No.  Something around that grounds.

Page 69

1    Q.   Okay.  And did you give him any responses to
2  any of the questions when he told you what the
3  questions might be?
4    A.   I don't recall.
5    Q.   Okay.  And it was just the two of you,
6  correct?
7    A.   Correct.
8    Q.   Okay.  Did you go over any document
9  requests?
10    A.   No.
11         MR. POLLACK:  And can we mark as Exhibit --
12  are we doing letters or numbers?
13         THE REPORTER:  Well, you started with, I
14  believe, Exhibit 1, but you did reference Composite
15  Exhibit A subsequently.
16         MR. POLLACK:  Okay.  So let the record
17  reflect that I should've referenced Composite Exhibit
18  1, since that's what we started with.  And this will
19  be Exhibit 2, which will consist of Mr. Matlow's email
20  -- actually, the documents that were attached to Mr.
21  Matlow's email this morning.
22         (Exhibit 2 marked for identification.)
23         MR. POLLACK:  Will, can you put those up?
24         MR. WOODROW:  Yeah, give me a sec.
25         MR. POLLACK:  Sure.

Angelica Cookson
July 01, 2022

1      MR. WOODROW:  Which would you like first?
2      MR. POLLACK:  Let's make -- can we make it a
3 composite?  Or we'll do it two -- do the first one
4 first, and then I'll make the other one Exhibit 3.
5      MR. WOODROW:  Okay.  Let me find them here.
6 Okay.  This is the first one.
7 BY MR. POLLACK:
8      Q.   Okay.  Ms. Cookson, I'm showing you what I'm
9 marking as Plaintiff's Exhibit 2.  And if you can
10 scroll down, please.  This is a document prepared by
11 Mr. Woodrow, and it requested -- do you see where it
12 says, "Documents to be produced"?
13     A.   Uh-huh.
14     Q.   Okay.
15     A.   Yes.
16     Q.   Did you receive a copy of this?
17     A.   Yes.
18     Q.   Okay.  And did you discuss this with Mr.
19 Kolb?
20     A.   I don't recall if it was everything, but I -
21 - I might have.  I don't recall.  I don't recall with
22 certainty.
23     Q.   Okay.  Do you recall discussing the benefits
24 that your deceased husband received from American
25 Airlines with Mr. Kolb?:

1      A.   No.
2      Q.   Okay.  Do you recall -- what do you recall
3 about this document?
4      A.   Just that they were asking me to produce
5 some documents.
6      Q.   Okay.  And did you have questions about
7 that?
8      A.   Not really.
9      Q.   So you knew exactly what you needed to
10 produce?
11     A.   Yes.
12     Q.   And did you turn those documents over to Mr.
13 Kolb?
14     A.   No.
15     Q.   Did you turn them over to Mr. Matlow?
16     A.   Yes.
17     MR. POLLACK:  Okay.  All right.  Can we mark
18 as Exhibit 3 the other request.
19     (Exhibit 3 marked for identification.)
20     THE REPORTER:  And Mr. Pollack, may I
21 confirm the page number for Exhibit 2?
22     MR. POLLACK:  I don't know that they're --
23     MR. MATLOW:  Yeah, they're not --
24     MR. POLLACK:  -- there isn't --
25     MR. MATLOW:  -- Bates numbered.

1      MR. POLLACK:  -- there isn't a page number,
2 it's not Bates'd.
3      THE REPORTER:  Okay.
4      MR. POLLACK:  Exhibit 2 was plaintiff's, I
5 believe, 5th request for production.
6      MR. MATLOW:  Right.
7      MR. POLLACK:  And Exhibit 3 is -- if you can
8 scroll the top, I think -- I'm not sure which
9 interrogatories this is.
10     MR. MATLOW:  So Mr. --
11     MR. POLLACK:  Exhibit 3 is plaintiff's third
12 set of interrogatories.
13     MR. MATLOW:  So, Mr. Pollack, this is Dan
14 Matlow.  I would suggest if somebody wants to
15 handwrite Cookson 32 through whatever, that might help
16 us to organize.
17     MR. POLLACK:  Okay.
18     MR. MATLOW:  We could do it after
19 deposition.
20     MR. POLLACK:  Yeah.  Okay.  All right.
21 BY MR. POLLACK:
22     Q.   And you also reviewed this interrogatory as
23 well, is that correct, when you spoke with Mr. Kolb?
24     Ms. Cookson?
25     A.   Sorry?  Were you --

1      Q.   I said --
2      A.   -- talking to me?  Sorry.
3      Q.   Yes.  You also reviewed this interrogatory
4 when you spoke with Mr. Kolb --
5      A.   No.
6      Q.   -- correct?
7      A.   No.
8      Q.   You did not?
9      A.   No.
10     Q.   Okay.  All right.  You can take that down.
11 Okay.
12     Ms. Cookson, did you ever discuss with your son
13 Federico what happened on the flight on June 10th,
14 2000 and -- on the June 10th flight?
15     A.   Briefly, on a text.
16     Q.   Is that the only discussion that you had?
17     A.   Yes.
18     Q.   Okay.  So --
19     THE REPORTER:  And I'm sorry, the witness's
20 previous response, you said, previously, on the 6th?
21 Is that what you said?  I didn't get that.
22     THE WITNESS:  On a text.
23     MR. POLLACK:  She said on the texts.  On the
24 texts.
25     THE REPORTER:  Okay.

Angelica Cookson
July 01, 2022

Page 74

1          MR. POLLACK:  Okay.  So could we pull back
2    up Exhibit 1?
3    BY MR. POLLACK:
4          Q.   Okay.  And I'm showing you page 1 of --
5          A.   Uh-huh.
6          Q.   -- Exhibit 1.  The texts that you were
7    referring to just now, did those start where it says,
8    "Thursday, June 10th, 6:44"?
9          A.   Yes.
10         Q.   And you're the one that wrote, "Ya te
11   subiste al avion?"
12         A.   Yes.
13         Q.   Okay.  And your son -- and your son
14   responded to that?
15         A.   Yes.
16         Q.   And then on the next page, that text
17   continues, correct?
18         A.   Yes.
19         Q.   Okay.  And does it end with -- oh, and then
20   we go to the third page, Cookson 3, and the last text
21   on that page is, "Me avisas" -- for the court
22   reporter, this is in Spanish -- "Me avisas cuando
23   quieras que le hable a Ricardo."  That's the last text
24   from you, correct?
25         A.   I think so, yes.

Page 75

1          Q.   Okay.  So let's go back to -- and this is
2    the extent of what your son told you about the flight
3    that morning, correct?
4          A.   Yes.
5          Q.   Okay.  Now, what does the word "golpe" mean?
6          A.   Blow.
7          Q.   Is it blow like --
8          THE REPORTER:  Can you spell the word on the
9    record, please?
10         MR. POLLACK:  G-o-l-p-e.
11   BY MR. POLLACK:
12         Q.   You don't mean like blow a bubble?
13         A.   No.
14         Q.   Okay.  You mean blow, like a hit, correct?
15         A.   Yes.  Uh-huh.
16         Q.   All right.  And when your son -- so if we
17   could go back to page 1.
18         You're not a certified translator, correct?
19         A.   No, I am not.
20         Q.   Okay.  But you wrote the texts that are on
21   this page that you wrote, correct?
22         A.   Correct.
23         Q.   Okay.  Are you able to translate for me the
24   text you wrote beginning with "Tango" -- oh, no, I'm
25   sorry -- "Ya te subiste al avion?"

Page 76

1          A.   I would rather have someone with expertise
2    translating, doing that.
3          Q.   Okay.  Okay.  Okay.  Did you -- but
4    you understood what you were writing at the time you
5    wrote it, right?
6          A.   Sure.
7          Q.   Okay.  Okay.  And do you feel the same, that
8    you would want a translator to translate what your son
9    wrote --
10         A.   Yes.
11         Q.   -- in this?  Okay.
12         And why is that, ma'am, that you -- I'm not
13   saying you're wrong, I'm just asking why it is that
14   you would want that?
15         A.   Because I'm not a proficient translator.
16         Q.   Okay.  All right.  So just to be clear,
17   you're not comfortable -- and, again, I'm not saying
18   you're right or you're wrong -- you're not comfortable
19   translating any of the Spanish language texts that are
20   in this composite exhibit; is that right?
21         A.   Correct.
22         Q.   Okay.  Okay.  Could we go to Cookson No. 7.
23   Now, do you recognize the text on Exhibit 7 (sic)?
24         A.   Yes.
25         Q.   Okay.  Was that text sent to you?

Page 77

1          A.   Yes.
2          Q.   Why does it say, "Good afternoon, Mr.
3    Quintana"?
4          A.   Because I needed the phone number, and he --
5    Federico forwarded that to me, so I could see the --
6    the phone number.
7          Q.   The phone number of what?
8          A.   Of that person.
9          Q.   I'm sorry, I'm not understanding you.  Can
10   you --
11         A.   I needed the -- the 1 (301) 928-7665.
12         Q.   Why did you need --
13         A.   I don't recall why I needed it, but I needed
14   that and the -- and the email, but I don't remember
15   why.
16         Q.   Did you ever call that number?
17         A.   I don't recall if I did or if I didn't.
18         Q.   Okay.  Well, I'll represent to you that
19   that's Mr. Woodrow's number.  Do you ever --
20         A.   Okay.
21         Q.   -- did you ever call Mr. Woodrow?
22         A.   I don't think so.
23         Q.   Okay.  All right.  And at the bottom of that
24   page it says, "Ese," E-s-e, "es su telefono."  Who
25   wrote that?

Angelica Cookson
July 01, 2022

Page 78

1      A.   Federico.
2      Q.   Okay.  And then who wrote, "Ahorita te digo
3  su nombre y su email"?
4      A.   Federico.
5      Q.   Okay.  And does that mean, "Now I will tell
6  you his number and his email"?
7      A.   Uh-huh.  Yes.
8      Q.   Okay.  All right.  Now, Mr. Woodrow, when he
9  sent you the text on page 7, he had wanted to speak
10  with you, correct?
11      A.   Which is number 7?  Sorry.
12      Q.   The one we're just looking at, right up
13  there.
14      A.   No, this was a message that Federico send
15  me, because I -- I wanted the phone number.
16      Q.   Right.  It says, "Could you please respond
17  to the email I sent" --
18      A.   Yeah, but that's --
19      Q.   -- okay, this is to Mr. --
20      A.   -- for Federico -- this -- that's --
21      Q.   -- this is to your son.
22      A.   -- a message to Federico --
23      Q.   That's to your son, yes.
24      A.   -- I only needed the phone number.
25      Q.   Got it.  Got it.  And you don't remember why

Page 79

1  you needed the phone number to Mr. --
2      A.   No, I don't.
3      Q.   Did you give that phone number to anybody?
4      A.   I don't think so.  I don't remember.
5      Q.   Does your son speak fluent English?
6      A.   Yes.
7      Q.   All right.  If we could go to Cookson 27.
8  This is a copy of what appears to be your Wells Fargo
9  Visa card statement for the month of -- between the
10  time period of May 28th, 2021, and June 25th, '21; is
11  that right?
12      A.   Yes.
13      Q.   Okay.  And you provided this to Mr. Matlow,
14  who provided it to us.  It shows that on June 14th
15  there was a charge -- I'm sorry -- the purchase
16  appears on June 14th, but it looks like it's for
17  "6/10/21, 1 AA C."  Was that the ticket that you
18  bought for Federico?
19      A.   I think so.
20          MR. KOLB:  Objection.  This is Mr. Kolb.
21  Objection to form.
22  BY MR. POLLACK:
23      Q.   Is that the payment -- well, what was that
24  payment for, if you could tell me, ma'am, for $121.47,
25  to American Airlines?

Page 80

1      A.   That is the payment for a ticket.
2      Q.   Okay.  Was that the discounted fare?
3      A.   Yes.
4      Q.   And was that including the taxes?
5      A.   I guess so.
6      Q.   Do you know how much the taxes were?
7      A.   No.
8      Q.   Okay.  But the taxes consisted -- at least
9  some of that consists of the taxes and fees, correct?
10      A.   Correct.
11      Q.   Okay.  Do you know how much a -- and your
12  son traveled in first class that day, correct?
13      A.   Business.
14      Q.   Business.  Excuse me.  Do you know how much
15  a non-discounted business ticket would have been?
16      A.   No.
17      Q.   Okay.  Had your son traveled in business
18  before June 10th of 2021?
19      A.   I don't recall.
20      Q.   If your son said that he was a --
21  represented that he was a regular traveler, would you
22  have any reason to doubt that?
23          MR. KOLB:  Object to form.
24          MR. MATLOW:  Objection to form.
25          THE WITNESS:  I don't understand your

Page 81

1  question.
2          MR. POLLACK:  Let me -- that's fair.  Let me
3  rephrase the question.  Just a second.
4          THE REPORTER:  And that was both Mr. Kolb
5  and Mr. Matlow objecting, correct?
6          MR. MATLOW:  That's right.
7          THE REPORTER:  All right.
8  BY MR. POLLACK:
9      Q.   If your son stated that he was an
10  examination flyer, and had flown internationally with
11  American Airlines on multiple occasions prior to June
12  10th, 2021, do you have any reason to doubt that?
13      A.   I -- I don't understand the question,
14  honestly.
15      Q.   Okay.  All right.  Well, how well do you
16  know your son, ma'am?
17          MR. KOLB:  Objection.  Form.  Mr. Kolb.
18          THE WITNESS:  That has nothing --
19          MR. KOLB:  I think --
20          THE WITNESS:  -- to do with this.
21          MR. MATLOW:  Matlow, join.
22  BY MR. POLLACK:
23      Q.   Okay.  Ma'am, do you agree that your son is
24  an experienced flyer?
25      A.   I -- I don't know.

Angelica Cookson
July 01, 2022

Page 82

1    Q.   Okay.  Do you agree that he has flown
2 internationally with American Airlines on multiple
3 occasions prior to June 10th, 2021?
4    A.   I'm -- I'm -- a couple of times, maybe six.
5 I don't know.
6    Q.   So do you think that statement is correct,
7 that he is an experienced --
8    A.   No --
9    Q.   -- flyer --
10    A.   -- I don't -- I don't think -- he's just a
11 traveler.
12    Q.   Okay.  So you don't thin that's correct.
13    A.   Yeah.
14    Q.   Ma'am --
15         MR. KOLB:  Object to form.
16         THE WITNESS:  Yes.
17 BY MR. POLLACK:
18    Q.   You do not think that is correct, right?
19    A.   I think he's a traveler.  Period.
20    Q.   Okay.  But you wouldn't identify him as an
21 experienced flyer?
22    A.   I wouldn't qualify it.
23    Q.   Okay.  Sitting here today, you have no
24 independent recollection of anything -- well, you were
25 not on the flight on June 10th, 2021, right?

Page 83

1    A.   No, sir.  And I don't know why I'm here
2 either.
3    Q.   Okay.  You didn't witness the incident,
4 correct?
5    A.   No, I didn't.
6    Q.   Okay.  And you have no idea what happened
7 that morning?
8    A.   I only know gossip about it.
9    Q.   Okay.  Well, what's the gossip?  Give me the
10 gossip.
11    A.   That a -- that a person behaved as a spoiled
12 tantrum brat, and didn't follow instructions, and was
13 kicked out of the plane.
14    Q.   And where'd that gossip come from?
15    A.   You saw the texts, right?
16    Q.   Yeah.  Can you show me where on the text he
17 behaved like a spoiled tantrum brat and was kicked
18 out?
19    A.   Where -- where Federico says he was kicked
20 out of the plane.
21    Q.   Okay.  And that's the gossip that you know?
22    A.   Yeah.  And also that he was not wearing a
23 mask properly, so --
24    Q.   And did he tell you that in the text?
25    A.   Yes.

Page 84

1    Q.   Can you show me where in the texts that --
2    A.   Can you --
3    Q.   -- he says --
4    A.   -- put it up?
5    Q.   Yes, please.  Let's go through them, and
6 give Ms. Cookson time to show me where in the text
7 messages --
8    A.   The next one.
9    Q.   Okay.
10    A.   Next page.  There.
11    Q.   Where?
12    A.   Over there.
13    Q.   Can you identify the words?
14    A.   (Reading Spanish texts.)
15    A.   Okay.  And which word --
16    A.   If you scroll down, down.
17    A.   Well, we can't scroll down, because that's
18 the end of the text messages.  Is there a text
19 message, another text message, that is not here, that
20 talks about --
21    A.   Next one, next one.
22         MR. KOLB:  Yeah, that's not the end of the
23 text messages.
24         THE WITNESS:  Here.  There is.
25         MR. POLLACK:  Okay.  Keep going.  Well,

Page 85

1 wait, before you do that.
2 BY MR. POLLACK:
3    Q.   Ma'am --
4    A.   Uh-huh.
5    Q.   -- in the text you just read --
6    A.   Uh-huh.
7    Q.   -- is there any reference to a mask?
8    A.   The next one, the next --
9    Q.   Okay.
10    A.   -- page has --
11    Q.   No, no, I understand.  We're gonna show you
12 the next one.  But in the one you just read, is there
13 any reference to a mask?
14    A.   No, not in that one.  The next one.
15    Q.   Okay.  Please scroll, Mr. Woodrow, to the
16 next text messages.
17    A.   I can.  "Iban a tener problemas con el de
18 todas formas."  That's where it is.
19    Q.   That's cut off.
20    A.   Yeah.  But I know what it said.
21    Q.   Well, where's the piece that was cut off?
22    A.   I don't know.  I send it to -- I send it.  I
23 don't know what happened.
24    Q.   You don't know what happened?
25    A.   Uh-uh.  I send it, the screenshot.

Angelica Cookson
July 01, 2022

1      Q.   Okay.  Do you have your phone?
2      A.   Not with me.
3          MR. KOLB:  Objection.  Form.  And this is
4  Mr. Kolb.
5          MR. POLLACK:  Okay.
6          MR. MATLOW:  Dan Matlow here.  I -- as far
7  as I know, we copied what she provided.  But I'm happy
8  to have an assistant scramble to look at it and see if
9  we can --
10          MR. POLLACK:  Okay.
11          MR. MATLOW:  -- get a better copy.  I don't
12  know if we or we don't.
13          MR. POLLACK:  Okay.
14          THE WITNESS:  Uh-huh.
15          MR. POLLACK:  Okay.  Okay.
16  BY MR. POLLACK:
17      Q.   And where does it -- you said something
18  about a spoiled brat.  Where are those words?
19      A.   No, those, those are mine.  They're not in
20  the --
21      Q.   Those are --
22      A.   -- texts.  I'm telling you --
23      Q.   But those are --
24      A.   -- it's gossip.  It's just gossip, what I
25  know.

1      Q.   So the words "Spoiled brat" come from you?
2      A.   Of course.
3      Q.   Okay.  And you didn't discuss -- you didn't
4  have any discussions, again, other than these texts,
5  with your son about --
6      A.   Yes.
7      Q.   -- what happened?  Okay.
8      All right.  If -- let me -- just give me a
9  second.
10          MR. KOLB:  Can we take a gentleman's break
11  any time soon?
12          MR. POLLACK:  Well, I -- yeah.  We're -- I'm
13  almost done.
14          MR. KOLB:  Okay.
15          MR. POLLACK:  I mean, I --
16          MR. KOLB:  Sorry.
17          MR. POLLACK:  -- it would be kind of silly
18  to take a break, unless you have -- I don't know how
19  much you have.
20          MR. KOLB:  In terms of needing to take a
21  break or questions?
22          MR. POLLACK:  I am almost done.  Does it --
23          MR. KOLB:  Okay.
24          MR. POLLACK:  -- make sense to take a break,
25  or should we just --

1          MR. KOLB:  No, go ahead.  Go ahead and
2  finish, and then we'll take a break, and then I can
3  ask my few.
4          MR. POLLACK:  Okay.  Great.
5          MR. KOLB:  Sorry.
6  BY MR. POLLACK:
7      Q.   Have you spoken to either Mr. Kolb or Mr.
8  Pecchio since you retained Mr. Matlow?
9      A.   No.
10      Q.   Okay.  The ticket that you purchased on June
11  10th for your son, was that a standby discount, where
12  he was going on standby?
13      A.   Yes.
14      Q.   If somebody's flying standby, do they have
15  to wait until everybody has boarded before boarding?
16      A.   It's usually that way.
17      Q.   And why is that, if you know?
18      A.   No, I don't know.
19      Q.   Okay.  In your experience has that been the
20  case?
21      A.   Yes.
22      Q.   Okay.  Were you aware that Mr. Clowdus was
23  attempting to subpoena Federico the week before he
24  returned to Mexico?
25      A.   I don't know.

1          MR. POLLACK:  Okay.  All right.  I'll tell
2  you what, let's take that break.  I think I'm done,
3  but I just want to make sure.
4          THE WITNESS:  Listen --
5          MR. POLLACK:  How much --
6          THE WITNESS:  -- I have to go back to work,
7  so please hurry up.
8          MR. POLLACK:  How much time, Kelly, do you
9  want for the break?
10          MR. KOLB:  I just need two minutes.
11          THE WITNESS:  Okay.
12          THE VIDEOGRAPHER:  Can I go off record?
13          THE WITNESS:  Two minutes is okay.
14          THE VIDEOGRAPHER:  Off record 12:48.
15          (Off the record at 12:48 p.m.)
16          (On the record at 12:56 p.m.)
17          THE VIDEOGRAPHER:  On record, 12:56.
18          MR. POLLACK:  Okay.  Mr. Matlow, you sent me
19  a screenshot that I'd like to put on the screen, and
20  then we can mark it as Exhibit 4.  Are you asking me
21  to screenshare that with --
22          MR. MATLOW:  You're asking me to
23  screenshare?
24          MR. POLLACK:  Well, I can send it to the
25  court reporter --

Angelica Cookson
July 01, 2022

Page 90

1         MR. MATLOW:  Oh.
2         MR. POLLACK:  -- I'm just not sure.  It's in
3    an --
4         MR. MATLOW:  I can try.  I was born at the
5    wrong time.  I should've been --
6         MR. POLLACK:  So was I, so --
7         MR. MATLOW:  -- should have been from the
8    court reporter.  Hang on.  Let me see.  I have to
9    close some windows.
10        MR. POLLACK:  I'll tell you which one it is.
11        MR. MATLOW:  So I sent you three.
12        MR. POLLACK:  Right.  The one that I want --
13   there's only one that looks like it's added, and it
14   was the last one you sent me at 12:52.
15        MR. MATLOW:  Okay. So it's called "Texts
16   from WhatsApps"?
17        MR. POLLACK:  Yes, correct.
18        MR. MATLOW:  All right.  Let me -- did I do
19   it?  Because I'm not very good.
20        MR. POLLACK:  Yeah, you did.  You did.
21   Congratulations.  Now you just gotta move it down.
22        MR. MATLOW:  My rate's very high.
23        MR. POLLACK:  Keep going.  Okay.  Stop.  All
24   right.  Ms. -- and we'll mark this as Exhibit 4.
25        (Exhibit 4 marked for identification.)

Page 91

1    BY MR. POLLACK:
2         Q.   Ms. Cookson, this portion of the text was
3    not -- was either cut off or not included in the prior
4    ones.  No, no, you got to go back up.  Starting with
5    there, "Y esos son"  Okay.
6         So I'm looking at Thursday, April 14th, it says,
7    "Fede," F-e-d-e, "Pecchio quiere hablar contigo,"
8    (continuing Spanish quote.)  Is that -- did you write
9    that?
10        A.   Yes.
11        Q.   Okay.  And Fede is Federico?
12        A.   Right.
13        Q.   Okay.  So you wrote, "Pecchio wants to speak
14   with you, can you please call him.  Are you busy?"  Is
15   that correct?
16        A.   There's -- there's two different time tags,
17   if you see that.  So the first message, yes.  And the
18   second one was at 8:00.
19        Q.   Okay.  So the first one at 12:55, you said,
20   "Fede, Pecchio wants you to call him, can you please
21   call him."  Is that correct?
22        A.   Uh-huh.
23        Q.   Okay.
24        A.   Correct.
25        Q.   And do you know if he did?

Page 92

1         A.   No.
2         Q.   Okay.  And then later that day you wrote,
3    "Estas ocupado," right?  That means --
4         A.   Right.
5         Q.   -- are you busy?
6         A.   Uh-huh.
7         Q.   Did you speak to him at that point?
8         A.   I don't recall.
9         Q.   Okay.  All right.
10        MR. MATLOW:  Dan Matlow.  Ms. Cookson, I
11   know you're getting tired, but "Uh-huh" is really
12   tough for the court reporter.
13        MR. POLLACK:  Yeah, you have to say "Yes" or
14   "No."
15        THE WITNESS:  Yes.
16        MR. POLLACK:  All right.  Ms. Cookson, one
17   last -- I'm -- I have just one more question.  Well,
18   one more -- right, that's --
19        MR. MATLOW:  One lawyer question, you --
20        MR. POLLACK:  I know.  I know.
21        MR. MATLOW:  -- have to use the metric
22   system to fill in what that means.
23   BY MR. POLLACK:
24        Q.   Okay.  Ms. Cookson, did you ever live at 870
25   West Martin Luther King Jr. Boulevard in Los Angeles?

Page 93

1         A.   Yes, I did.
2         Q.   Okay.  And did you ever live there with
3    Federico?
4         A.   No.
5         Q.   Did Federico ever live there by himself?
6         A.   No.
7         Q.   Okay.  So he's never resided at that
8    address?
9         A.   No.
10        Q.   Okay.  Did you ever live at 1900 Southwest
11   8th Street?
12        A.   Yes.
13        Q.   Was that before you moved into the Terrazas?
14        A.   Yes.
15        MR. POLLACK:  Okay.  All right.  Ma'am, I
16   appreciate your patience.  I know that this was not
17   what you wanted to be doing, but it was necessary, and
18   I thank you for your time.
19        MR. KOLB:  Ms. Cookson, my name is --
20        MR. POLLACK:  I think -- sorry.
21        MR. KOLB:  -- Kelly Kolb, and I represent
22   American Airlines, as you know.
23                EXAMINATION
24   BY MR. KOLB:
25        Q.   I'd like to have the same agreement with

Angelica Cookson
July 01, 2022

Page 94

1   you.  If you don't understand one of my questions,
2   please let me know, and I'll rephrase it.  Okay?
3       A.   Sure.
4       Q.   The flight benefits that you currently enjoy
5   from American Airlines, are those temporary flight
6   benefits, do they have any specific duration, are they
7   lifetime benefits?
8       MR. POLLACK:  Object to the form.
9       THE WITNESS:  The benefits that I --
10      MR. KOLB:  Yes, ma'am.
11      THE WITNESS:  -- inherited, they're -- they
12  are until I die.
13  BY MR. KOLB:
14      Q.   Okay.  And what, if any, control does your
15  son, Federico Quintana, have over those benefits or
16  the use of them?
17      A.   None.
18      Q.   I believe you were asked -- well, you may
19  not have been asked a moment ago, let me ask you.
20      Do you recall how many buddy passes you are
21  allocated on an annual basis from American Airlines?
22      A.   I don't really recall.  They must be around
23  eight.
24      Q.   Okay.  You happen to be exactly correct.
25      MR. POLLACK:  Move to strike.

Page 95

1       THE REPORTER:  And that was Mr. Pollack,
2   correct?
3       MR. POLLACK:  Yes, ma'am.
4       THE REPORTER:  Okay.
5   BY MR. KOLB:
6       Q.   Now let's address Mr. Pollack's objection,
7   just for grounds.  Ms. Cookson, I'm gonna share my
8   screen with you.
9       A.   Sure.
10      Q.   As Mr. Pollack and Mr. Woodrow have done.
11  Let me make this a little bit bigger.  There it is.
12  I'm gonna show you what's been marked AA 00140.  Do
13  you see that correctly?
14      A.   Yes.
15      Q.   And up here, where I'm moving my cursor,
16  there's a box entitled "2022 Past Bank Summary."  Do
17  you see that?
18      A.   Yes.
19      Q.   And beside the word "allotment," can you
20  read the number there for the jury?
21      A.   "Eight."
22      Q.   Okay.  Is this the same allotment in 2022
23  that you had in 2021?
24      A.   I think so, yes.
25      Q.   Among how many family members are these

Page 96

1   flight benefits shared by you?
2       A.   Friends and family.
3       Q.   Friends and family.  All right.  Let me have
4   you look at the bottom of AA 00140, and I'll get --
5       A.   Uh-huh.
6       Q.   All right.  Do you see -- do you see your
7   name there as the number 1 traveler?
8       A.   Yes.
9       Q.   And do you see four additional people under
10  that?
11      A.   Right.
12      Q.   Federico, Ricardo, Ana Isabel Wirth and
13  Minsoo Choi.
14      A.   Right.
15      Q.   Are those the additional friends and family
16  with whom you're allowed to share flight benefits?
17      A.   Yes.
18      Q.   Okay.  Are there any others you're allowed
19  to share flight benefits with?
20      A.   No.
21      Q.   All right.  My pen just died.  Since you
22  inherited the flight benefits from American Airlines,
23  who has determined when, if, or who is allowed to use
24  these flight benefits?
25      A.   I do.

Page 97

1       Q.   Okay.  Have you ever seen any documentation
2   from American Airlines, or any other source, that
3   would indicate the extent to which your flight
4   benefits could be revoked for providing testimony
5   harmful to American Airlines?
6       A.   No.
7       Q.   At any time in 2021 through today have you
8   ever had concerns that Federico Quintana's
9   participation in this lawsuit would in some way
10  jeopardize your lifetime flight benefits?
11      A.   No.
12      Q.   To your knowledge, did Federico Quintana
13  have any such concerns?
14      MR. POLLACK:  Object to form.
15      THE WITNESS:  No.  No, he didn't.
16      MR. KOLB:  I'm trying to -- Mr. Pollack
17  covered a bunch.  I'm trying to skip over some things.
18  Ma'am, I believe that's all the questions I have for
19  you.  I appreciate your patience today.
20      THE WITNESS:  Thank you.
21      MR. POLLACK:  Very brief redirect.
22          EXAMINATION
23  BY MR. POLLACK:
24      Q.   Ms. Cookson, how old are you?
25      A.   50 -- 69.

Angelica Cookson
July 01, 2022

Page 98

```
1       Q.   69.  Okay.  And you just testified that you
2  have no concern about -- I'm sorry -- that Mr.
3  Quintana, your son, Federico Quintana, had no concern
4  about participating in this lawsuit, as far as his
5  flight benefits are concerned.  When did he tell you
6  that?
7       A.   I don't understand the question.
8       Q.   Okay.  You just testified, when asked, to
9  your knowledge, does your son, Federico Quintana, have
10 any concerns that his participation in this lawsuit
11 would jeopardize the flight benefits.  You said, "No,
12 he does not.  And I'm asking you, when did he tell you
13 that?
14            MR. KOLB:  Objection.  Form.
15            THE WITNESS:  He didn't.
16 BY MR. POLLACK:
17      Q.   Okay.  So how do you know that, if he didn't
18 tell it to you?
19      A.   Because he doesn't know.
20      Q.   He doesn't know what?
21      A.   He just doesn't know my business.
22      Q.   He doesn't know that he has a buddy pass?
23      A.   Yes, but he doesn't know how, or when, or
24 how much, or how.
25      Q.   Wait, your son doesn't know that the buddy
```

Page 99

```
1  pass is a result of his stepfather working for
2  American Airlines?
3       A.   You have to ask him.  I don't know.
4       Q.   Well, you just -- I'm asking you, only
5  because you just testified that he doesn't know who,
6  or when, or how.  And so I'm trying to ask you --
7       A.   I haven't discussed this with him.
8            MR. POLLACK:  Okay.  Okay.  I have no
9  further questions.
10                 EXAMINATION
11 BY MR. KOLB:
12      Q.   Ms. Cookson, one final question.  Did Mr.
13 Quintana ever tell you he had concerns about his
14 deposition testimony possibly jeopardizing your flight
15 benefits?
16      A.   No, he never did that.
17           MR. KOLB:  Reserve the rest of our questions
18 for trial.  Thank you, ma'am.
19           THE WITNESS:  You're welcome.
20           MR. POLLACK:  Thank you very much.
21           THE VIDEOGRAPHER:  Off record 1:09.  Is
22 anybody ordering the video?
23           MR. POLLACK:  Sorry?
24           THE VIDEOGRAPHER:  Anybody ordering the
25 video?
```

Page 100

```
1            MR. KOLB:  Not me.
2            MR. POLLACK:  We may be.  We need the
3  transcript.  You know what, let me call -- can I --
4  can you guys email me.  We're gonna order the
5  transcript.  Can you email me the quote for the video?
6            THE VIDEOGRAPHER:  I don't have that with --
7  I mean, you would have to contact the U.S. Legal, and
8  they can tell you how --
9            MR. POLLACK:  Okay.
10           THE VIDEOGRAPHER:  -- (inaudible).  I don't
11 have that information, sorry.
12           MR. POLLACK:  All right.  We're going to --
13           THE REPORTER:  And you know what, because
14 the reporter is still on the record, may I just ask if
15 the witness is going to read or waive?
16           MR. POLLACK:  Oh, yes, I --
17           MR. MATLOW:  Good question.
18           MR. POLLACK:  -- I should instruct her.
19           Ms. Cookson, you have the right, if this
20 transcript is ordered, which it's being ordered, to
21 read a copy of the transcript, or you can waive that
22 right and you don't have to.  You can't really change
23 your testimony, but if there's some sort of, kind of,
24 typographical error or something you notice --
25           (Simultaneous speakers.)
```

Page 101

```
1            MR. POLLACK:  Sorry?  You have that right.
2  So do you want to read it, or do you want to waive
3  your right to read it?
4            THE WITNESS:  I want to read it.
5            MR. POLLACK:  Okay.  So the witness will
6  read.
7            THE REPORTER:  Understood.  And then
8  original transcript order for Mr. Pollack.  Did any
9  attorney want to order a copy?
10           MR. KOLB:  I do.
11           THE REPORTER:  And a copy for Mr. Kolb only.
12 Noted.  Going off the record.
13           (Remote deposition concluded at 1:11 p.m.)
14           (Reading and Signing of the Deposition
15 Transcript was requested by the witness and all
16 parties.)
```

Page 102

CERTIFICATE OF OATH FOR WITNESS

1
2
3  STATE OF FLORIDA)
4  COUNTY OF MIAMI-DADE)
5
6         I, Jordann A. Williams, Notary Public, State
7  of Florida, certify that on July 1, 2022, ANGELICA
8  COOKSON appeared before me at 10:41 a.m. via video
9  conference; that photo identification was presented
10  and verified via Florida driver's license; and that
11  ANGELICA COOKSON was duly sworn on July 1, 2022.
12
13
14         SIGNED this 11th day of July 2022.
15
16
17         _____
           Jordann A. Williams, CER No. 1341
18         Notary Public, State of Florida
           Commission No.: GG192069
19         Commission Expires: March 4, 2026
20
21
22
23
24
25

Page 103

CERTIFICATE OF REPORTER

1
2
3  STATE OF FLORIDA)
4  COUNTY OF MIAMI-DADE)
5
6         I, Jordann A. Williams, CER No. 1341, do hereby
7  certify that I was authorized to and did
8  electronically report the deposition of ANGELICA
9  COOKSON; that ANGELICA COOKSON was duly sworn on the
10  date indicated; that the questions and answers thereto
11  were reduced to typewriting under my direction; that a
12  review of the transcript was requested; and that the
13  foregoing is a true and accurate electronic recording
14  of the proceedings.
15         I FURTHER CERTIFY that I am not a relative,
16  employee, or attorney, or counsel of any of the
17  parties, nor am I a relative or employee of any of the
18  parties' attorneys or counsel connected with the
19  action, nor am I financially interested in the action.
20         DATED this 11th day of July 2022.
21
           _____
22         Jordann A. Williams, CER No. 1341
23
24
25

Page 104

CERTIFICATE OF TRANSCRIPTIONIST

1
2
3         I, Aimée Rubinowitz, do hereby certify that I
4  transcribed the electronic recording produced by
5  Jordann A. Williams, CER No. 1341, of the deposition
6  of ANGELICA COOKSON; and that the foregoing transcript
7  is a true transcript of said electronic recording.
8
9         I FURTHER CERTIFY that I am not a relative,
10  employee, attorney, or counsel of any of the parties,
11  nor am I a relative or employee of any of the parties'
12  attorneys or counsel connected with the action, nor am
13  I financially interested in the action.
14
15         DATED this 11th day of July 2022.
16
17
18         _____
19         AIMÉE RUBINOWITZ
           AAERT CET NO. 1068
20
21
22
23
24
25

Page 105

WITNESS NOTIFICATION LETTER

1
2
3  Date: July 11, 2022
4  ATTN: ANGELICA COOKSON
   c/o Dan Matlow, Esquire
5  Vezina, Lawrence & Piscitelli, P.A.
   350 East Las Olas Boulevard, Suite 1130
6  Fort Lauderdale, Florida 33301
7  RE: TROY CLOWDUS v. AMERICAN AIRLINES INC.
   Date of Proceeding: July 1, 2022
8  U.S. Legal Support Reference Job No.: 6175448-001
9  Dear Madam:
10        The transcript of the above proceeding is now
   available for witness review, and the following
11  applies:
12        __X__The witness is requested to contact our
   office to make arrangements for review purposes.
13
14        _____Counsel above ordered the transcript and is
   requested to facilitate the witness' review from
15  their copy.
16        _____Other:_____
17        We respectfully request that the review be
   completed within 30 days. The completed errata sheet
18  may be returned to our office at the Email address
   listed below for distribution.
19
20  Sincerely,
   Production Department
21  U.S. Legal Support, Inc.
   Email: Production@uslegalsupport.com
22  Phone: 866-876-8757
23
24
25

Angelica Cookson
July 01, 2022

Page 106

1          E R R A T A   S H E E T

2    Witness: ANGELICA COOKSON
     RE: TROY CLOWDUS v. AMERICAN AIRLINES INC.

3    Date of Proceeding: July 1, 2022
     U.S. Legal Support Reference Job No.: 6175448-001

4

5      PLEASE MAKE ANY CORRECTIONS/CHANGES BELOW AND NOTE THE
          REASON FOR SAME, THEN SIGN AND DATE AT BOTTOM

6

7    Page / Line /      Change     / Reason
8    _____/_____/_____/_____
9    _____/_____/_____/_____
10   _____/_____/_____/_____
11   _____/_____/_____/_____
12   _____/_____/_____/_____
13   _____/_____/_____/_____
14   _____/_____/_____/_____
15   _____/_____/_____/_____
16   _____/_____/_____/_____
17   _____/_____/_____/_____
18   _____/_____/_____/_____
     Under penalties of perjury, I declare that I have
19   read the foregoing transcript and that the facts
     stated in it are true.

20

     _____      _____
21   ANGELICA COOKSON                    Date

22   (RESERVED FOR EXECUTION OF TRANSCRIPT REVIEW)
     Sworn and subscribed to before me this ____ day of

23   _____, 20____.

24

     _____      _____
25   NOTARY PUBLIC               ANGELICA COOKSON

Angelica Cookson
July 01, 2022

| Exhibits |
| --- |

**EX 0001 Angel ica Vallejo C ookson PLF 07 0122**
  53:22 54:2, 15 69:14,17, 18 74:2,6
**EX 0002 Angel ica Vallejo C ookson PLF 07 0122**
  69:19,22 70:9 71:21 72:4
**EX 0003 Angel ica Vallejo C ookson PLF 07 0122**
  70:4 71:18, 19 72:7,11
**EX 0004 Angel ica Vallejo C ookson PLF 07 0122**
  89:20 90:24, 25

| $ |
| --- |

**$121.47**
  79:24

| 0 |
| --- |

**000001**
  54:17
**000031**
  54:18
**00140**
  95:12 96:4
**0031**
  54:17

| 1 |
| --- |

**1**
  7:16 53:22 54:2,15 59:19 69:14, 18 74:2,4,6 75:17 77:11 79:17 96:7
**10**
  29:19
**10:22**
  6:3
**10th**
  73:13,14 74:8 80:18 81:12 82:3, 25 88:11
**11**
  6:8
**11:03**
  8:1
**11th**
  60:10 62:4,7
**12:48**
  89:14,15
**12:52**
  90:14
**12:55**
  91:19
**12:56**
  89:16,17
**130**
  12:23,25 13:4
**1341**
  5:3
**13th**
  63:18 64:6
**14th**
  79:14,16 91:6
**15**
  13:5
**1504**
  13:12

**1817**
  13:11
**1900**
  93:10
**1:09**
  99:21
**1:11**
  101:13
**1st**
  8:1

| 2 |
| --- |

**2**
  69:19,22 70:9 71:21 72:4
**20**
  57:23,24
**20-something**
  20:13
**2000**
  45:14 73:14
**2008**
  31:9,10,14
**2018**
  19:5 22:10 24:12 30:21 31:8 45:12
**2021**
  79:10 80:18 81:12 82:3, 25 95:23 97:7
**2022**
  8:1 31:7 47:17 48:15 50:5 56:2 95:16,22
**21**
  79:10
**216 276-0498**
  57:20
**22nd**
  50:4
**25th**
  79:10

**26**
  57:14 66:11
**26th**
  67:10,12
**27**
  79:7
**27th**
  56:2 57:8,25 67:13
**2833**
  12:23 13:3
**28th**
  67:24 68:3 79:10

| 3 |
| --- |

**3**
  57:2,4,17 67:25 70:4 71:18,19 72:7,11 74:20
**301 928-7665**
  77:11
**30th**
  47:17
**31**
  7:16
**32**
  72:15
**33125**
  13:12

| 4 |
| --- |

**4**
  59:19,20 63:5 89:20 90:24,25

| 5 |
| --- |

**5**
  49:3 63:5,7

Angelica Cookson
July 01, 2022

| | | |
|---|---|---|
| **50**<br>  29:19  97:25<br>**5th**<br>  72:5 | **advised**<br>  46:8<br>**affirm**<br>  9:8<br>**afternoon**<br>  77:2 | **allotment**<br>  95:19,22<br>**allow**<br>  29:7  32:16<br>  54:9 |

**50**
  29:19  97:25
**5th**
  72:5

― ― ― ― ― ―

**6**

**6/10/21**
  79:17
**69**
  97:25  98:1
**6:44**
  74:8
**6th**
  73:20

― ― ― ― ― ―

**7**

**7**
  76:22,23
  78:9,11

― ― ― ― ― ―

**8**

**8**
  55:7  56:5
**80**
  29:20
**870**
  92:24
**8:00**
  91:18
**8th**
  93:11

― ― ― ― ― ―

**9**

**9**
  49:3
**93536**
  12:24
**954**
  68:2

**A**

**A-N-G-E-L-I-**
**C-A**
  8:21
**a.m.**
  6:8  8:2
**AA**
  33:18,24,25
  34:5  79:17
  95:12  96:4
**able**
  34:5  41:14
  54:24  60:23
  61:13  66:22
  67:7,9  75:23
**absolutely**
  49:18
**acceptable**
  17:3
**access**
  56:9,13
**accommodate**
  11:21
**accurately**
  10:10
**action**
  9:21
**added**
  90:13
**addition**
  46:16
**additional**
  96:9,15
**address**
  12:22  63:12
  93:8  95:6
**admitted**
  45:17
**advance**
  7:23
**advice**
  34:10
**advise**
  42:23

**advised**
  46:8
**affirm**
  9:8
**afternoon**
  77:2
**ago**
  6:7  7:13,16
  19:13  20:1
  22:17  30:24
  31:8  94:19
**agree**
  5:11  31:6
  81:23  82:1
**agreed**
  5:25
**agreement**
  5:13  93:25
**ahead**
  25:14  31:22
  67:21  88:1
**Ahorita**
  78:2
**airline**
  22:3  32:23
**Airlines**
  8:10  9:22
  18:24  20:6,
  8,12,25
  21:9,15
  22:3,7
  26:22,23
  27:9  33:25
  35:4,8,13,
  19,23  36:3
  38:12  42:11
  60:9  65:24
  70:25  79:25
  81:11  82:2
  93:22  94:5,
  21  96:22
  97:2,5  99:2
**alive**
  20:3  27:24
  31:15
**allocated**
  94:21

**allotment**
  95:19,22
**allow**
  29:7  32:16
  54:9
**allowed**
  46:9,13
  96:16,18,23
**American**
  8:10  9:22
  11:11  18:24
  20:6,8,12,25
  21:9,15
  22:3,7  25:16
  26:22,23
  27:9  33:25
  35:4,8,13,
  19,23  36:3
  38:12  42:11
  60:9  65:23
  70:24  79:25
  81:11  82:2
  93:22  94:5,
  21  96:22
  97:2,5  99:2
**amount**
  29:6  30:16
**Ana**
  96:12
**Andy**
  65:9
**Angela**
  47:18
**Angeles**
  92:25
**Angelica**
  8:2,12,18
  9:14  11:24
**announce**
  5:15
**annual**
  94:21
**answer**
  11:12,14
  12:14  16:25
  17:1,24
  27:21,22

Angelica Cookson
July 01, 2022

29:11 30:9
40:24 51:24
**answering**
51:25
**anticipate**
11:18
**anybody**
13:21 37:6,
10,17 44:19
79:3 99:22,
24
**anyone**
13:23 15:18
35:4,8 45:1
46:11,13,25
47:19 48:12
51:18
**apartment**
13:1,12
41:14,17
42:5 48:21,
25 49:2,7
**Apologies**
8:9
**apologize**
7:2
**Apparently**
6:6
**appearance**
8:4
**appearances**
5:16
**appeared**
47:25
**appears**
6:12 79:8,16
**appreciate**
7:22 93:16
97:19
**appropriate**
18:15
**approximately**
13:19 31:17
52:7,8
**April**
48:14 56:2
57:8,14,23,

24,25 63:18,
22 64:6
66:11 67:10,
24 68:3 91:6
**around**
13:5 20:13
22:12 32:10
33:19 38:7
39:5 50:3
59:13 68:3,
25 94:22
**arrange**
23:3
**arranged**
24:5
**arrangements**
23:6
**asked**
10:17 29:5
39:9 42:18
48:11 68:12,
21 94:18,19
98:8
**asking**
10:4 12:13
17:4,7 31:24
38:6 45:18
71:4 76:13
89:20,22
98:12 99:4
**assistant**
86:8
**assume**
10:16
**attached**
6:5 57:16
69:20
**attachments**
6:6,18 7:19,
20 67:15
**attempting**
7:11 18:1
88:23
**attention**
28:15,24
50:2

**attorney**
11:6 34:20
35:19,23
55:16 65:1
101:9
**attorneys**
34:25 35:12
36:2
**audible**
10:24 64:1
**audio**
6:24 7:1
**available**
53:16 57:4,9
**Avenue**
12:23 13:4
**avion**
74:11 75:25
**avisas**
74:21,22
**avoid**
67:2
**aware**
5:6 19:17,
22,24 88:22
**Awesome**
55:20

---

**B**

---

**back**
31:12 51:22
59:18,19
60:10 63:16
67:4 74:1
75:1,17 89:6
91:4
**background**
16:24 17:6
**Bank**
41:7 95:16
**basic**
40:25
**basis**
94:21
**Bates**
6:21 54:14,

16 55:7 56:5
71:25
**Bates'd**
72:2
**bedroom**
49:15
**bedrooms**
49:12
**begin**
5:23 11:22
**beginning**
5:16 45:24,
25 75:24
**behalf**
5:19 8:6
11:11 33:15
**behaved**
83:11,17
**belabor**
18:5
**believe**
18:7 69:14
72:5 94:18
97:18
**believes**
17:2
**below**
6:6
**benefits**
18:8 20:24
21:1,3,7,11,
17,20,25
22:22,24
23:8 26:4
27:13,15,16,
24 28:5
32:16 33:14,
18 34:2,6
70:23 94:4,
6,7,9,15
96:1,16,19,
22,24 97:4,
10 98:5,11
99:15
**beside**
95:19

Angelica Cookson
July 01, 2022

best
  52:2,3
better
  86:11
bigger
  95:11
bit
  31:13 57:1
  95:11
blow
  75:6,7,12,14
boarded
  88:15
boarding
  88:15
book
  24:22,24,25
  26:16 28:16,
  25 33:1,9
booked
  26:3,22 34:2
booking
  26:4
born
  90:4
bottom
  77:23 96:4
bought
  79:18
Boulevard
  92:25
box
  95:16
brat
  83:12,17
  86:18 87:1
break
  11:20 51:20
  87:10,18,21,
  24 88:2
  89:2,9
brief
  10:1 97:21
Briefly
  73:15
bring
  42:4

brought
  42:6
bubble
  75:12
buddy
  94:20 98:22,
  25
building
  13:13,15
bullying
  43:5
bunch
  97:17
business
  65:20 80:13,
  14,15,17
  98:21
busy
  34:23,25
  91:14 92:5
buy
  25:1

————————————

         C

————————————

C-O-O-K-S-O-N
  8:21
California
  8:24,25
  12:5,18,24
  13:10 33:13
call
  35:22,24
  36:11,16
  38:25 39:2,
  13 42:17
  50:20 53:10,
  18 56:17,22
  57:10,17,19,
  22,24 58:1,
  7,16,23,25
  59:3,6,9,12,
  15 60:3,12
  63:16,21
  64:5,13 65:5
  67:25 68:1,
  2,8,11

77:16,21
91:14,20,21
100:3
called
  9:15 13:16
  44:25 47:18
  90:15
calls
  36:19,22,25
  37:3,7 51:19
  52:21 64:17
captured
  5:9
card
  79:9
care
  52:18
case
  9:20 16:21
  36:4 37:14,
  17 39:20
  40:22 48:14
  49:17 50:5,
  23 88:20
cat
  43:13,18
CER
  5:2
certainly
  11:21
certainty
  70:22
certificate
  31:4
certified
  75:18
certify
  51:6
chance
  26:10
change
  100:22
charge
  79:15
chat
  65:10

Chavo
  59:22 60:2
child's
  14:17
children
  14:12,15
Choi
  96:13
choose
  52:18
circuit
  44:12
city
  8:22 15:23
  16:6,9,10,13
clarifies
  7:21
clarify
  6:13 31:11
class
  80:12
Claudia
  47:10,13,16,
  23
clean
  12:11,15
clear
  6:10 10:12,
  16 31:25
  46:1 76:16
close
  90:9
Clowdus
  8:6 9:21
  88:22
Clowdus'
  57:16
come
  45:1,17
  46:7,13,16
  61:7 67:3
  68:2 83:14
  87:1
comes
  15:23 45:22
  47:19

Angelica Cookson
July 01, 2022

comfortable
  13:7 76:17,
  18
common
  45:21 46:3
communicated
  37:11 39:15
complete
  67:4
composite
  53:22 54:15,
  25 55:2
  59:19 63:7
  69:14,17
  70:3 76:20
computer
  42:4,6
con
  85:17
concern
  98:2,3
concerned
  98:5
concerns
  17:20 97:8,
  13 98:10
  99:13
concluded
  101:13
confirm
  71:21
confused
  60:16
Congratulatio
ns
  90:21
connection
  37:21 56:15
consent
  9:1
consist
  69:19
consisted
  80:8
consists
  80:9

constantly
  43:9
contact
  38:10,18
  53:2 100:7
contacted
  38:6,22
contigo
  91:7
Continue
  25:21
continues
  74:17
continuing
  91:8
continuously
  15:1
control
  94:14
conversation
  35:18 52:11,
  13,15,16
conversations
  5:8,9 35:3,
  12,15 52:4
Cookson
  5:24 6:21
  7:16 8:3,12,
  13,18 9:14,
  19 11:25
  12:1 19:2,4,
  6,15 20:3,5,
  8 23:16 24:2
  30:20,21
  31:15,17
  32:2 34:16
  46:1 47:18
  54:16,17
  55:25 57:15
  64:2 70:8
  72:15,24
  73:12 74:20
  76:22 79:7
  84:6 91:2
  92:10,16,24
  93:19 95:7
  97:24 99:12

  100:19
Cookson's
  24:1
copied
  56:1 86:7
copy
  54:3 70:16
  79:8 86:11
  100:21
  101:9,11
correct
  11:7,8 17:2
  18:10,22,23
  23:6 26:17
  28:2,3,25
  29:16 30:13,
  14,16 32:5,
  19 34:15,16
  35:1,2 42:9
  47:6,7 48:10
  58:1,2,4
  59:4 60:14,
  15 62:23
  63:10,11,13,
  19 65:2
  69:6,7 72:23
  73:6 74:17,
  24 75:3,14,
  18,21,22
  76:21 78:10
  80:9,10,12
  81:5 82:6,
  12,18 83:4
  90:17 91:15,
  21,24 94:24
  95:2
correctly
  22:16 28:18
  31:14 95:13
costs
  28:25
couldn't
  42:23
counsel
  5:17 8:3
  9:12 57:16
country
  56:9,11

couple
  6:7 7:13,16
  20:1 82:4
course
  46:19,20
  87:2
court
  5:5 9:5,12
  10:7,9,21
  11:15 12:8
  53:21 74:21
  89:25 90:8
  92:12
courtesy
  7:14
covered
  97:17
cuando
  74:22
current
  12:22
cursor
  95:15
cut
  25:23 66:13,
  19 85:19,21
  91:3

_____

         D

Dakota
  22:18 32:11
Dan
  5:21 8:11
  26:12 44:6
  72:13 86:6
  92:10
database
  48:1
date
  34:12 53:7
  59:13
dates
  31:23
David
  5:18,22,23
  8:5 9:19

Angelica Cookson
July 01, 2022

**day**
  41:22 43:24
  57:13,23
  58:25 80:12
  92:2
**days**
  6:7 7:13,16
  13:5 65:7
**de**
  85:17
**death**
  21:25 24:1
**deceased**
  70:24
**defendant**
  5:20 8:10
**delivered**
  43:21
**department**
  46:3
**depends**
  28:8
**deposed**
  48:14 50:4
**deposition**
  5:2,10,23
  6:8,12 7:15,
  23 8:2 9:23
  10:3,20,23
  11:19 37:22
  39:20 40:5,
  7,11,14,16
  42:2 44:12
  48:22,25
  53:6,8,11
  56:15 58:4,7
  66:2 68:13,
  16,19 72:19
  99:14
  101:13,14
**depositions**
  37:18
**desk**
  47:14
**destinations**
  22:15

**detail**
  17:5
**determine**
  32:23
**determined**
  96:23
**die**
  94:12
**died**
  27:12,16
  31:7,17 32:2
  96:21
**difference**
  31:13
**different**
  28:9 61:6
  91:16
**digo**
  78:2
**directed**
  60:14
**directly**
  21:13
**disconnected**
  6:24
**discount**
  21:22 23:2
  26:19,21
  28:6,7,25
  29:7,12,23,
  25 32:17
  88:11
**discounted**
  28:19 30:16
  80:2
**discounts**
  28:10,13
**discuss**
  70:18 73:12
  87:3
**discussed**
  64:12 68:11
  99:7
**discussing**
  70:23
**discussion**
  73:16

**discussions**
  87:4
**displays**
  60:6 61:17,
  21
**disturbed**
  48:11
**document**
  6:22 56:4
  69:8 70:10
  71:3
**documentation**
  97:1
**documents**
  6:20 7:13,15
  37:13,16,21
  43:4 53:22
  57:16 67:11,
  13 69:20
  70:12 71:5,
  12
**doing**
  52:2,3 66:12
  69:12 76:2
  93:17
**don't**
  10:11 42:1
  47:16 85:24
  94:1
**door**
  44:3
**doorman**
  44:24 45:8,
  11,16,19,22
  46:6,9,16
**doubt**
  80:22 81:12
**Drive**
  13:11
**driver's**
  9:6
**duces**
  53:25
**duly**
  9:16
**duration**
  94:6

**E**

**E-S-E**
  77:24
**earlier**
  58:4
**Eastern**
  57:17
**Edward**
  19:2,3 23:15
  30:20
**eight**
  94:23 95:21
**either**
  11:10 24:17
  33:25 83:2
  88:7 91:3
**el**
  85:17
**elevator**
  43:13
**email**
  6:3,6,10,15
  7:7,10 34:1
  56:1,5
  57:14,20
  59:7,10,14
  60:12 62:21
  63:12 66:12
  67:12,15
  69:19,21
  77:14 78:3,
  6,17 100:4,5
**emails**
  7:18 67:23
**employed**
  40:18
**employees**
  47:24
**employer**
  21:9 41:6
**end**
  74:19 84:18,
  22
**English**
  79:5

Angelica Cookson
July 01, 2022

enjoy
  94:4
enter
  47:21
entire
  18:15
entitled
  40:25 95:16
equipment
  5:6
error
  100:24
es
  77:24
Ese
  77:24
esos
  91:5
Estas
  92:3
estimate
  24:10
everybody
  88:15
exact
  52:24
exactly
  6:10 15:16
  20:16 38:8
  42:20 59:13
  68:20 71:9
  94:24
examination
  9:17 81:10
  93:23 97:22
  99:10
exclamation
  65:9
Excuse
  53:13 80:14
exhibit
  53:22 54:2,
  15,25 63:7
  69:11,14,15,
  17,19,22
  70:4,9
  71:18,19,21

72:4,7,11
74:2,6
76:20,23
89:20 90:24,
25
expect
  68:13,19
experience
  88:19
experienced
  81:24 82:7,
  21
expertise
  76:1
explain
  60:23,24
  61:13
extended
  13:24
extent
  75:2 97:3

─────────────

**F**

─────────────

F-E-D-E
  91:7
fact
  63:2 65:22
facts
  19:18
fair
  18:16 81:2
family
  14:5,7
  32:17,20,21
  33:6 95:25
  96:2,3,15
far
  86:6 98:4
fare
  22:25 23:2
  26:18 80:2
Fargo
  79:8
fault
  12:7

Fede
  59:23 68:12
  91:7,11,20
Federico
  14:9,10,13,
  19,23 15:1,
  14 16:15
  23:21,25
  24:4,11
  39:4,11,12,
  19 44:17,19
  46:22 47:1,
  3,5,8,20
  48:13 52:23
  53:2 56:6
  57:5,15
  59:23 60:10
  62:10 65:10
  67:18 73:13
  77:5 78:1,4,
  14,20,22
  79:18 83:19
  88:23 91:11
  93:3,5 94:15
  96:12 97:8,
  12 98:3,9
Federico's
  38:7 39:9
feel
  57:19 67:3
  76:7
feeling
  65:17
fees
  30:12,15
  80:9
felt
  34:10,12
  42:9,12,21
  43:3 44:10
  45:3
filed
  9:21 10:6
  19:19 38:3
fill
  92:22
final
  99:12

find
  41:3 50:14
  57:15 67:7,
  22 70:5
fine
  57:3
finish
  12:13 26:10
  51:21 88:2
fired
  41:1
firm
  60:8
first
  8:16 9:15
  36:14 38:2,
  22 42:17
  43:11 46:1,6
  52:11,16
  53:8,11,12,
  13,14 62:4
  70:1,3,4,6
  80:12 91:17,
  19
five
  19:13 24:14
  30:24 31:7
flied
  22:20
flight
  16:11 21:17
  22:22 24:18
  26:3 27:13
  28:4,8,19
  33:14,18
  39:5 60:11
  73:13,14
  75:2 82:25
  94:4,5 96:1,
  16,19,22,24
  97:3,10
  98:5,11
  99:14
flights
  28:9,16 34:1
Florida
  9:6 13:8,9,
  12

Angelica Cookson
July 01, 2022

flow
58:18
flown
81:10 82:1
fluent
79:5
flyer
81:10,24
82:9,21
flying
21:22 28:6
88:14
follow
83:12
following
57:23 68:14
follows
9:16
forget
52:19
forgot
12:7 15:8
form
15:3 27:17
29:1,10
30:1,7 48:3,
17 50:7,12
51:16 58:9
60:19,20
64:10,14
66:4 79:21
80:23,24
81:17 82:15
86:3 94:8
97:14 98:14
formas
85:18
forward
65:11
forwarded
6:4 7:20
43:4 62:14,
18,22 67:17
77:5
found
38:17

foundation
50:8 66:8
four
22:12 23:16
32:1,10 96:9
free
28:22 57:19
Friday
41:24 49:3
friend
32:24 33:2,
4,6,9
friends
14:4 32:20,
22 96:2,3,15
full
11:24 22:25
26:18 41:8,
9,21
fully
12:13
FYI
6:5

G

G-O-L-P-E
75:10
gave
39:19 42:2
48:24 58:7
60:12 68:1
general
25:1 28:12
29:6 39:2,3
generally
19:25
gentleman's
19:1 87:10
getting
92:11
give
9:8 10:1
26:10 29:18
39:10 44:15
50:17,21
57:19 60:11

63:23 64:1
69:1,24 79:3
83:9 84:6
87:8
given
58:3 62:23
66:1
going
9:25 10:1,4,
16 41:1 50:3
51:2,23
67:22 68:2
84:25 88:12
90:23
100:12,15
101:12
golpe
75:5
good
5:18 7:25
8:5,13,14
9:19 31:23
43:24 65:9
77:2 90:19
100:17
gossip
19:20,21
83:8,9,10,
14,21 86:24
gotta
90:21
grateful
50:24
great
17:5 88:4
Gregory
19:2,3 23:15
30:20
ground
10:20
grounds
68:25 95:7
guess
42:7 54:10
60:16 80:5
Gutierrez
44:17,20

47:8,20
guy
40:2
guys
100:4

H

hablar
91:7
hable
74:23
hand
9:7
handwrite
72:15
Hang
90:8
happen
54:13 94:24
happened
6:16 73:13
83:6 85:23,
24 87:7
happy
86:7
harass
18:1 41:2
harassed
34:10,13,17,
18 42:9,12,
22 43:3,9
44:10 45:4
65:17 67:3
harassing
43:5
harmful
97:5
head
10:25
health
21:14
hear
7:1
heard
7:5 30:23

Angelica Cookson
July 01, 2022

57:5

**Hello**
66:11

**help**
72:15

**helpful**
54:7

**high**
90:22

**high-rise**
13:13

**hired**
42:8

**hit**
75:14

**hold**
7:2 52:12,23
53:4

**home**
12:22

**honestly**
24:15 31:18
39:1 49:24
81:14

**hope**
13:6 41:7
66:11

**housekeeping**
6:1

**hurry**
89:7

**husband**
17:5,15,16
18:12 21:19
22:11 23:5,
15 27:12
70:24

---

**I**

**Iban**
85:17

**idea**
24:15 29:19
38:10 48:1
83:6

**identificatio
n**
54:2 69:22
71:19 90:25

**identify**
82:20 84:13

**ignore**
65:13

**ignored**
65:15

**important**
52:17,19

**inadvertently**
6:7

**inaudible**
17:25 100:10

**incident**
17:21 19:14,
16,22,25
65:23 83:3

**included**
91:3

**including**
80:4

**independent**
82:24

**indicate**
5:12 97:3

**information**
38:18 39:8,
9,10 41:3
67:18 100:11

**inherit**
27:13

**inherited**
27:15 32:16
94:11 96:22

**instruct**
100:18

**instructing**
17:24

**instruction**
11:12

**instructions**
83:12

**instructs**
11:13 16:25

40:24

**insurance**
21:14

**intended**
5:8

**international
ly**
81:10 82:2

**internet**
56:9,13

**interrogatori
es**
72:9,12

**interrogatory**
72:22 73:3

**interrupt**
58:18

**invade**
17:3

**involved**
10:2 44:10
50:23

**involvement**
24:17

**iphone**
61:17,22,23,
24

**Isabel**
96:12

**isn't**
48:13,20,24
50:5,10

**issue**
6:1 18:8

---

**J**

**January**
60:9 62:4,7

**jeopardize**
97:10 98:11

**jeopardizing**
99:14

**Jesus**
47:15

**job**
20:15 41:2,
19

**join**
27:18 48:4
64:18 81:21

**joined**
48:7

**Jordann**
5:2

**Jr**
92:25

**July**
8:1

**June**
73:13,14
74:8 79:10,
14,16 80:18
81:11 82:3,
25 88:10

**jury**
29:18 95:20

---

**K**

**K12**
12:23 13:4

**KAYAK**
25:2,8,9,10

**keep**
67:22 84:25
90:23

**Kelly**
5:20 8:7,9
36:5,8
50:16,17
52:6,16 89:8
93:21

**key**
41:11

**kicked**
40:2 83:13,
17,19

**kind**
6:13 10:1
87:17 100:23

Angelica Cookson
July 01, 2022

King
  92:25
kitty
  43:18
knew
  38:10 68:15
  71:9
know
  10:13 11:20
  12:12 16:8,
  11,14 17:4,
  19 19:20,21
  20:5,11,18,
  24 21:20
  23:9,11,19
  24:4,8 25:2
  26:11 27:23,
  24 28:4,8,14
  29:8,13
  30:3,10
  31:16 32:15,
  25 34:4
  39:18,19
  40:16,22,23
  41:15 42:1,
  6,19 44:17,
  19,23 45:22
  46:14 47:8,
  9,10,15,16,
  21,23 48:18,
  23 49:1,23
  50:1,6,11
  52:2 53:16
  54:4 58:5,11
  59:13 62:13,
  16,19 63:2
  64:8 66:5,7,
  9,13 67:5,9,
  19 71:22
  80:6,11,14
  81:16,25
  82:5 83:1,8,
  21 85:20,22,
  23,24 86:7,
  12,25 87:18
  88:17,18,25
  91:25 92:11,
  20 93:16,22

94:2 98:17,
  19,20,21,22,
  23,25 99:3,5
  100:3,13
knowledge
  97:12 98:9
Kolb
  5:20 8:7,9
  11:10 15:3,
  11 27:17
  29:1,10
  30:1,7 36:8,
  12,20 37:1,
  8,14 38:15,
  22 48:3,7,17
  50:7,12
  51:16 52:9
  58:9,20
  59:10,14
  60:19 64:10,
  14,16 66:4
  68:5,7,18
  70:19,25
  71:13 72:23
  73:4 79:20
  80:23 81:4,
  17,19 82:15
  84:22 86:3,4
  87:10,14,16,
  20,23 88:1,
  5,7 89:10
  93:19,21,24
  94:10,13
  95:5 97:16
  98:14 99:11,
  17 100:1
  101:10,11
Kolb's
  37:10

_____

L

Lancaster
  8:24 12:5,
  18,23 13:10
language
  76:19

lasted
  64:8
law
  60:8
lawsuit
  10:5 19:18
  38:3 41:4
  97:9 98:4,10
lawyer
  16:23,25
  40:24 42:24
  92:19
lawyers
  37:6
le
  74:23
leads
  10:19
learn
  38:2,5
leaving
  16:12
left
  44:3 61:1
Legal
  100:7
lengthy
  11:19
letters
  69:12
letting
  46:14,16
license
  9:6
life
  18:15
lifetime
  94:7 97:10
limited
  56:9,13
Listen
  89:4
little
  57:1 95:11
live
  12:20 13:20,
  21 92:24

93:2,5,10
lived
  14:20
living
  16:2 18:20
locate
  42:18
location
  54:21
locked
  41:16
long
  13:3,18
  14:23 20:5
  22:17 64:8
  68:8
look
  19:10 31:4
  60:7 66:18,
  22 67:9,11,
  12,20 86:8
  96:4
looked
  37:21
looking
  6:17,20 7:17
  68:12 78:12
  91:6
looks
  6:24 54:17
  65:7 66:19
  79:16 90:13
Los
  92:25
lot
  44:9
Luther
  92:25

_____

M

Madam
  53:21
made
  23:5 47:17
mail
  34:1

Angelica Cookson
July 01, 2022

make
    11:15 30:18
    57:10 67:3
    70:2,4 87:24
    89:3 95:11
makes
    31:13
manage
    27:25 28:2
March
    47:17 48:14
    50:4
mark
    53:22 69:11
    71:17 89:20
    90:24
marked
    54:1,2 69:22
    71:19 90:25
    95:12
marking
    70:9
married
    16:18 17:8,
    10,12,18,19
    18:20,23,24
    19:3 20:15
    21:24 22:4,
    10 23:17,20
    24:2 30:20
    31:8,10,16
    32:2
Martin
    92:25
mask
    83:23 85:7,
    13
Matlow
    5:21,25 6:4,
    11,15 7:2,4,
    6,8,10 8:11
    11:6,10,13
    17:23,25
    18:3,6,11,
    14,22 26:10,
    13 27:18
    34:9,21
    35:1,5,9,13,

16,19,23
    37:8 42:9
    44:6,7,9
    48:4,7 50:8,
    14,24,25
    51:2,4,7,11,
    25 60:21
    61:4 64:18
    66:6,8
    71:15,23,25
    72:6,10,13,
    14,18 79:13
    80:24 81:5,
    6,21 86:6,11
    88:8 89:18,
    22 90:1,4,7,
    11,15,18,22
    92:10,19,21
    100:17
Matlow's
    53:24 69:19,
    21
matter
    9:9 35:1
matters
    10:5
mean
    13:25 37:18
    49:16,19
    52:18 62:22
    75:5,12,14
    78:5 87:15
    100:7
Meaning
    17:14
means
    6:14 10:8,24
    17:1 25:9
    92:3,22
mechanic
    20:17,19
member
    33:6
members
    14:5,7 95:25
members'
    32:17

mention
    15:8
mentioned
    39:23
message
    59:17 62:22
    65:18 66:14,
    16 67:5
    78:14,22
    84:19 91:17
messages
    35:7,11,16
    59:24 61:18,
    21 63:6 66:3
    84:7,18,23
    85:16
metric
    92:21
Mexico
    15:23 16:6,
    9,10,13
    26:17 33:11,
    12 88:24
Miami
    13:8,9,12
    16:13 22:17
    24:11 26:18
    32:12 40:8
mind
    66:12
mine
    12:8 62:2
    86:19
Minsoo
    96:13
minute
    54:22 63:5
minutes
    65:11 89:10,
    13
missing
    6:15 7:9,11
misunderstand
    29:9 30:25
misunderstood
    30:19

moment
    6:24 94:19
Monday
    41:24 49:2
money
    23:10 28:20
    50:22 51:12
month
    15:15 58:4
    79:9
months
    13:19
morning
    5:18 6:3
    7:20 8:1,5,
    13,14 9:2,19
    10:2,7,20
    11:5 12:18
    65:9 69:21
    75:3 83:7
move
    13:7 52:3
    53:17 55:12,
    15,18 90:21
    94:25
moved
    13:6 45:7,9,
    12,18 46:7
    93:13
moving
    95:15
multiple
    81:11 82:2

_____

N

name
    8:16 9:19
    11:24 13:15
    14:17 15:9
    19:1 25:6
    34:23 50:18
    60:8 61:14
    93:19 96:7
named
    44:19 47:13

Angelica Cookson
July 01, 2022

names
  16:16 48:6
  50:20
Navarro
  47:10,13,16
necessary
  93:17
need
  6:1 11:20
  18:15 30:2
  40:2 51:19,
  21 64:21
  65:10 77:12
  89:10 100:2
needed
  34:10,13
  71:9 77:4,
  11,13 78:24
  79:1
needing
  87:20
never
  46:15 93:7
  99:16
nine
  65:7
nombre
  78:3
non-
discounted
  80:15
Northwest
  13:11
notation
  47:17
note
  57:9
Noted
  101:12
notice
  5:3 100:24
noticed
  7:17
number
  6:21 13:1
  32:8 68:2
  71:21 72:1

77:4,6,7,16,
19 78:6,11,
15,24 79:1,3
95:20 96:7
numbered
  71:25
numbers
  54:14 69:12

_____

O

oath
  9:2 10:8
object
  11:11 51:2
  80:23 82:15
  94:8 97:14
objected
  15:10 48:6
  58:18
objecting
  60:20 81:5
objection
  15:3 27:17
  29:1,10
  30:1,7 48:3,
  4,17 50:7,8,
  12 51:16
  58:9 60:19
  64:10,14
  66:4 79:20,
  21 80:24
  81:17 86:3
  95:6 98:14
objections
  11:11
objects
  15:9
obviously
  37:8 43:24
occasion
  16:2
occasions
  16:6,12
  22:20 24:16,
  19 81:11
  82:3

occurred
  19:22,25
  20:2 65:23
ocupado
  92:3
office
  37:11 53:23,
  24 67:14,16
okay
  7:1,4,21,25
  9:25 10:17,
  19 11:4,9,
  18,24 12:2,
  4,15,17,20,
  22 13:3,6,9,
  13,15,23
  14:2,5,7,12,
  15,19,23
  15:7,18,21,
  24 16:1,5,8,
  15,18,20
  17:10,14,17,
  23 18:16,22
  19:1,6,12,
  14,17,21,24
  20:2,5,11,
  14,21,23
  21:2,14,17,
  20,24 22:2,
  6,9,19 23:5,
  9,12,15
  24:4,14,16,
  20,22 25:17,
  21 26:2,7,9,
  16,21 27:1,
  4,7,11,15
  28:2,4,7,9,
  12,15,18,22,
  24 29:15,18,
  22 30:5,12,
  15,18,23
  31:6,11,12,
  20,24 32:7,
  13,20 33:4,
  6,11,14,21,
  24 34:4,9,
  14,18,24
  35:3,11,15

36:1,6,8,11,
16,19,25
37:6,10,16,
20,24 38:2,
9,12,17,20,
24 39:7,12,
17,19,22
40:4,13,18
41:8,13,16,
19,21 42:1,
4,8,11,14,
17,21,25
43:2,6,11
44:1,4,22,24
45:3,6,8,11
46:15 47:10,
16 48:20,24
49:7,12,14,
25 50:4,17
51:14,18,23
52:15,20,25
53:6,10,19
54:8,10,16,
19 55:3,6,
10,19,21,23
56:4,8,12,
19,23 57:1,
8,13,22
58:3,6,16,
17,21 59:6,
12,18,22
60:7 61:3,
12,19,25
62:4,7,11,
17,21 63:4,
6,9,12,18,21
64:20 65:4,7
66:1,16,19
67:2,24
68:1,5,8,15,
18 69:1,5,8,
16 70:5,6,8,
14,18,23
71:2,6,17
72:3,17,20
73:10,11,18,
25 74:1,4,
13,19 75:1,
5,14,20,23

Angelica Cookson
July 01, 2022

76:3,7,11,
16,22,25
77:18,20,23
78:2,5,8,19
79:13 80:2,
8,11,17
81:15,23
82:1,12,20,
23 83:3,6,9,
21 84:9,15,
25 85:9,15
86:1,5,10,
13,15 87:3,
7,14,23
88:4,10,19,
22 89:1,11,
13,18 90:15,
23 91:5,11,
13,19,23
92:2,9,24
93:2,7,10,15
94:2,14,24
95:4,22
96:18 97:1
98:1,8,17
99:8 100:9
101:5

**omitting**
12:8

**onboard**
19:22

**one**
6:24,25 7:18
10:14 12:7,
10 13:22
14:16 16:1
17:15,16
23:7,12 25:2
27:6 33:4,10
36:24 37:2
49:13 50:17,
23 51:19
52:4,5 60:25
61:2 63:15
67:22 70:3,
4,6 74:10
78:12 84:8,
21 85:8,12,

14 90:10,12,
13,14 91:18,
19 92:16,17,
18,19 94:1
99:12

**ones**
60:1 91:4

**online**
27:7 34:4

**order**
100:4 101:8,
9

**ordered**
100:20

**ordering**
99:22,24

**organize**
72:16

**original**
101:8

**originally**
53:6

**overlapping**
64:22

**overview**
10:1

_____

**P**
_____

**p.m.**
57:2,4,17
67:25 89:15,
16 101:13

**page**
54:14,25
55:1,6,23
56:5,25
59:19,20
63:5,6 71:21
72:1 74:4,
16,20,21
75:17,21
77:24 78:9
84:10 85:10

**papers**
19:11 43:21

**part**
5:10 41:8

**participating**
98:4

**participation**
97:9 98:10

**parties**
5:11,13,15
101:16

**partner**
22:3

**pass**
19:9 98:22
99:1

**passed**
19:7,15
20:3,4,9
22:11 30:24

**passes**
94:20

**past**
44:11 95:16

**patience**
93:16 97:19

**pay**
22:25 23:3,9
24:20 26:18
28:15,20,24
30:12

**paying**
24:18 30:5,
10,11 50:2,
25 51:8,11

**payment**
79:23,24
80:1

**Pecchio**
36:7,17,20,
23 37:4,14,
25 38:14,22,
23 42:16
52:5,12
53:10 56:1,6
57:2,14
58:10,13
59:4,7,16
60:8 62:5,8

63:9,21
64:5,20,25
65:8,21 66:2
67:17 68:5
88:8 91:7,
13,20

**Pecchio's**
37:11

**pen**
96:21

**people**
45:16 96:9

**percent**
29:19,20

**period**
13:24 79:10
82:19

**permitted**
45:13 46:17

**person**
34:22,24
77:8 83:11

**personal**
16:22

**personally**
51:14

**pertains**
6:12

**phone**
35:22 36:19
38:25 39:2
47:21 59:25
60:1,17
61:8,10,16,
20 63:10
66:17,25
77:4,6,7
78:15,24
79:1,3 86:1

**pick**
5:7 47:20
48:12

**piece**
85:21

**place**
40:16 47:4
58:23 59:1

Angelica Cookson
July 01, 2022

**plaintiff**
  5:17,19 8:6
  9:20
**plaintiff's**
  70:9 72:4,11
**plane**
  19:22 40:3
  65:24 83:13,
  20
**planes**
  20:19
**please**
  5:6,12,15
  6:13,23,25
  7:2 8:3,16
  9:7 10:12
  12:13 15:9,
  10 24:9 29:4
  53:16 57:1,
  9,15,19
  63:23 70:10
  75:9 78:16
  84:5 85:15
  89:7 91:14,
  20 94:2
**point**
  18:23 39:8
  43:22 65:9
  92:7
**Pollack**
  5:18,19,22,
  23 7:21 8:5,
  8,13 9:18,20
  15:4,13
  17:23 18:1,
  4,6,10,13,
  16,17 25:9,
  12,14,17,19,
  22 26:15
  27:19,21
  28:1 29:2,
  11,14 30:4,8
  34:19 37:7
  43:20 44:6,
  8,14,16 46:4
  48:9,19
  50:9,13
  51:5,9,10,17

52:1,10
53:5,21
54:3,8,11,
12,16,20,24
55:3,6,9,11,
17,21,24
56:24 58:12,
22 60:22
61:22,25
62:3 63:25
64:4,11,19,
24 66:5,7,10
69:11,16,23,
25 70:2,7
71:17,20,22,
24 72:1,4,7,
11,13,17,20,
21 73:23
74:1,3
75:10,11
79:22 81:2,
8,22 82:17
84:25 85:2
86:5,10,13,
15,16 87:12,
15,17,22,24
88:4,6 89:1,
5,8,18,24
90:2,6,10,
12,17,20,23
91:1 92:13,
16,20,23
93:15,20
94:8,25
95:1,3,10
97:14,16,21,
23 98:16
99:8,20,23
100:2,9,12,
16,18 101:1,
5,8
**Pollack's**
  95:6
**portion**
  91:2
**possible**
  32:13

possibly
  67:8 99:14
**practice**
  45:21 46:3
**prepared**
  37:25 70:10
**present**
  35:20
**pretty**
  40:25
**previous**
  73:20
**previously**
  6:18 17:11
  73:20
**prior**
  21:24 24:1
  35:4,8 81:11
  82:3 91:3
**privacy**
  17:3
**private**
  5:8 17:20
**privileged**
  51:5,6
**privileges**
  54:9
**probably**
  16:4 34:7
  42:19 58:5
  64:7
**problem**
  15:12 67:4
**problemas**
  85:17
**proceed**
  7:3 9:13
**process**
  43:15,21
  44:4
**produce**
  61:3,7 71:4,
  10
**produced**
  6:20,21
  7:12,18
  53:23 67:6

70:12
**production**
  72:5
**professional**
  7:13
**proficient**
  76:15
**properly**
  83:23
**provide**
  60:12
**provided**
  6:7,17,19
  7:15,17,19
  9:5 22:23
  79:13,14
  86:7
**providing**
  7:22 97:4
**pull**
  74:1
**purchase**
  79:15
**purchased**
  33:17,22
  88:10
**purchasing**
  33:15
**pursuant**
  5:3
**put**
  43:14,19
  61:5 69:23
  84:4 89:19

────────────

**Q**

────────────

**qualify**
  82:22
**que**
  74:23
**question**
  10:11,12,17
  11:13,14
  12:13 14:25
  15:5 18:18
  26:11 27:22

Angelica Cookson
July 01, 2022

41:5 45:25
46:5 51:4
81:1,3,13
92:17,19
98:7 99:12
100:17
**questions**
10:5 11:10,
22 16:24
17:4 40:25
51:24,25
68:20,21
69:2,3 71:6
87:21 94:1
97:18 99:9,
17
**quickly**
51:23,24
52:3 58:17
**quieras**
74:23
**quiere**
91:7
**Quintana**
14:9,10,13,
18,19,24
15:1,14
16:15 23:21,
23,25 24:5
33:15,18
47:5 56:6
59:23 77:3
94:15 97:12
98:3,9 99:13
**Quintana's**
97:8
**quote**
91:8 100:5

———————

**R**

———————

**raise**
9:7
**range**
28:13 29:6,
19,25

**rate's**
90:22
**read**
40:13 66:20
85:5,12
95:20
100:15,21
101:2,3,4,6
**reading**
84:14 101:14
**real**
11:19
**reason**
10:11 11:19
31:20,24
80:22 81:12
**recall**
19:10,11
22:16 23:19
24:13 31:18,
19 36:24
38:4 39:1,25
55:25 57:5,
11,20 64:7
65:12 69:4
70:20,21,23
71:2 77:13,
17 80:19
92:8 94:20,
22
**receive**
21:3,11,14,
17 23:2
35:7,11
53:12,14
70:16
**received**
20:24 21:1,
7,21 37:13,
16 62:5 65:8
66:13 70:24
**receiving**
57:20
**recognize**
56:4 59:20
63:6 76:23
**recollection**
82:24

**recommended**
50:15
**record**
5:5,9,11,13
6:2 8:4,17,
20 9:4 11:15
33:21 34:1,5
63:24 64:2
69:16 75:9
89:12,14,15,
16,17 99:21
100:14
101:12
**recording**
5:6,14
**redirect**
97:21
**reference**
69:14 85:7,
13
**referenced**
69:17
**referring**
6:14 56:10
74:7
**reflect**
9:4 69:17
**regular**
80:21
**related**
6:8 10:5
36:4
**relayed**
39:10 62:9
**relevant**
41:3
**remember**
15:16 16:4
20:21,22
24:3 31:3,5
32:7,11,12,
15 34:12,22
38:8,21
39:3,6
42:15,19,20
46:24 50:22
52:14,17,21,

22,24 53:7,
18,20 62:19
64:12,15,23
65:5 66:15
68:10 77:14
78:25 79:4
**remote**
41:18,19
101:13
**remotely**
49:3,15
**repeat**
10:13,15
25:6 41:5
**rephrase**
10:13 14:25
20:6 21:4
24:9 29:4
81:3 94:2
**reporter**
5:5 6:23
7:5,7,9
8:15,19,22
9:1,4,5,12
10:7,21
15:8,12
25:4,6,11
34:15,18
43:16 45:24
48:5,8 53:1,
21 54:1,6,
11,13,19
55:15,20
56:20,23
58:17,21
61:20 63:23
64:1,21
69:13 71:20
72:3 73:19,
25 74:22
75:8 81:4,7
89:25 90:8
92:12 95:1,4
100:13,14
101:7,11
**reporter's**
12:9

Angelica Cookson
July 01, 2022

**represent**
  5:16 9:20
  34:13,21
  50:24,25
  51:12 77:18
  93:21
**represented**
  11:4,5 34:25
  80:21
**representing**
  35:13 36:2
  65:1
**represents**
  60:9
**request**
  71:18 72:5
**requested**
  70:11 101:15
**requests**
  69:9
**required**
  10:9
**Reserve**
  99:17
**reside**
  13:18 14:20,
  24 15:1,14
**resided**
  13:3 14:3
  93:7
**Resident**
  47:17
**resides**
  15:24
**residing**
  13:10
**respond**
  39:17 62:7
  78:16
**responded**
  62:25 74:14
**response**
  11:1 62:23
  64:22 73:20
**responses**
  10:24 53:24
  69:1

**rest**
  66:14 99:17
**result**
  99:1
**retail**
  25:1 26:3
  28:11 30:11
**retain**
  34:9
**retained**
  34:21 35:16
  88:8
**retaining**
  35:4,8
**retired**
  20:9,10,21,
  24
**retiree**
  26:23,24
  33:24 34:5
**retirees**
  27:8
**returned**
  16:8,9,10
  88:24
**reviewed**
  37:20 72:22
  73:3
**revoked**
  97:4
**Ricardo**
  14:18 23:23
  33:15,18
  46:23 47:1,5
  74:23 96:12
**right**
  8:15 9:7
  11:25 12:3,
  6,18,19
  23:14 26:20
  27:10 29:3
  31:9 32:4,6,
  7,18 37:20
  41:20,23,25
  42:2 47:22
  48:2 49:5,6
  54:8,20 56:7

  60:25 63:4,
  16 65:24
  67:24 71:17
  72:6,20
  73:10 75:16
  76:5,16,18,
  20 77:23
  78:8,12,16
  79:7,11
  81:6,7,15
  82:18,25
  83:15 87:8
  89:1 90:12,
  18,24 91:12
  92:3,4,9,16,
  18 93:15
  96:3,6,11,
  14,21
  100:12,19,22
  101:1,3
**River**
  13:11
**Robert**
  58:10 60:8
  63:9 67:17
**rooms**
  49:7
**rough**
  29:24
**rule**
  10:20 12:7

_____

**S**

**save**
  67:8
**saying**
  10:22 12:9
  45:14,15
  52:20 60:16
  76:13,17
**says**
  6:5 57:1,5
  60:7 63:9,15
  66:14 67:25
  68:1 70:12
  74:7 77:24

  78:16 83:19
  84:3 91:6
**schedule**
  59:15
**scheduled**
  6:8 53:7
  56:16 57:22,
  25
**scheduling**
  24:18
**scramble**
  86:8
**screen**
  54:4 55:5
  60:5 89:19
  95:8
**screenshare**
  54:6,9
  89:21,23
**screenshot**
  60:25 61:1
  85:25 89:19
**screenshots**
  59:20 61:3,
  6,15
**scroll**
  55:21 56:25
  57:24 62:15
  70:10 72:8
  84:16,17
  85:15
**sec**
  69:24
**second**
  6:25 10:19
  43:8,10 44:1
  53:17 81:3
  87:9 91:18
**see**
  30:2 31:23
  55:10 62:17,
  21 66:22
  67:4,5 70:11
  77:5 86:8
  90:8 91:17
  95:13,17
  96:6,9

Angelica Cookson
July 01, 2022

| | | | |
|---|---|---|---|
| **seeing** | **shows** | 78:21,23 | **spoken** |
| 36:14 | 62:17 79:14 | 79:5 80:12, | 36:3 65:21 |
| **send** | **shrink** | 17,20 81:9, | 88:7 |
| 33:25 59:14 | 55:13 | 16,23 87:5 | **spouse** |
| 78:14 85:22, | **sic** | 88:11 91:5 | 21:2,12 |
| 25 89:24 | 19:5 46:3 | 94:15 98:3, | **stamp** |
| **sending** | 47:18 63:7 | 9,25 | 54:14 55:7 |
| 55:25 66:2, | 76:23 | **son's** | 56:5 |
| 12 | **Signing** | 41:4 59:25 | **stand** |
| **sense** | 101:14 | 60:17 61:10, | 6:23,25 7:25 |
| 87:24 | **silly** | 15 | **Standard** |
| **sensitive** | 87:17 | **sort** | 57:18 |
| 5:7 | **simply** | 10:19 100:23 | **standby** |
| **separate** | 11:15 18:4 | **source** | 21:23 22:20 |
| 27:1 37:3 | **simultaneous** | 97:2 | 25:15 28:6 |
| **series** | 100:25 | **South** | 88:11,12,14 |
| 10:4 | **sir** | 13:11 22:18 | **start** |
| **served** | 47:23 83:1 | 32:11 | 9:25 74:7 |
| 43:11 44:1,5 | **site** | **Southwest** | **started** |
| **server** | 25:4,7,16 | 93:10 | 69:13,18 |
| 43:15,21 | **sites** | **so…** | **Starting** |
| 44:5 | 25:2 | 65:20 | 91:4 |
| **set** | **sitting** | **Spanish** | **state** |
| 57:17 72:12 | 44:11 82:23 | 74:22 76:19 | 8:3,22 15:9 |
| **several** | **skip** | 84:14 91:8 | **stated** |
| 14:4 24:13, | 97:17 | **speak** | 81:9 |
| 19 49:9 | **sleep** | 39:12 44:4 | **statement** |
| **shake** | 43:14,19 | 57:18 78:9 | 45:25 79:9 |
| 10:25 | **solemnly** | 79:5 91:13 | 82:6 |
| **share** | 9:8 | 92:7 | **statements** |
| 55:5 95:7 | **somebody's** | **speakers** | 37:24 |
| 96:16,19 | 32:24 88:14 | 100:25 | **stay** |
| **shared** | **son** | **special** | 13:23 15:22 |
| 96:1 | 14:11 26:5 | 27:8 62:1 | 16:1 |
| **sharing** | 37:25 41:10 | **specific** | **stayed** |
| 55:8 | 42:1,4,18 | 32:8 94:6 | 14:2,7 41:10 |
| **short** | 45:13,20 | **specifically** | **staying** |
| 44:12 | 46:10,12,18, | 11:13 46:5, | 15:18 48:21 |
| **should've** | 22 47:20 | 8,12,13,15 | **stays** |
| 69:17 90:5 | 48:13,20 | **spell** | 41:10 |
| **show** | 50:4 52:12 | 8:16,19 75:8 | **stepfather** |
| 62:11 83:16 | 56:1,2,6 | **spoiled** | 99:1 |
| 84:1,6 85:11 | 58:1,3,6 | 83:11,17 | **Stop** |
| 95:12 | 59:1,3,6,10 | 86:18 87:1 | 90:23 |
| **showing** | 65:11,22 | **spoke** | **Street** |
| 7:14 54:4 | 73:12 74:13 | 60:10 72:23 | 93:11 |
| 70:8 74:4 | 75:2,16 76:8 | 73:4 | |

Angelica Cookson
July 01, 2022

**strike**
94:25
**su**
77:24 78:3
**subiste**
74:11 75:25
**subpoena**
43:8,10,12
44:2,5
53:12,13,14,
17,24 88:23
**subpoenaed**
43:7 68:16
**subpoenas**
37:19,23
44:10
**subsequently**
69:15
**suggest**
72:14
**Summary**
95:16
**supposedly**
65:23
**sure**
6:15 7:6,8
20:16 21:6
22:1 23:12,
14 24:10
27:5 29:5
30:18 33:19,
20 34:7
39:21 60:4
69:25 72:8
76:6 89:3
90:2 94:3
95:9
**suspended**
5:14
**swear**
9:8
**sworn**
9:16 10:6
**system**
92:22
**systems**
6:25

---

**T**

**tags**
91:16
**take**
11:20 18:7
20:19 22:9
23:17 51:19
56:17,20
57:9 58:23
59:1 73:10
87:10,18,20,
24 88:2 89:2
**taken**
5:2 9:23
**taking**
10:21 12:9
43:13,16
**talk**
12:10
**talked**
68:22
**talking**
56:14 73:2
**talks**
84:20
**Tango**
75:24
**tantrum**
83:12,17
**taxes**
30:12,15
80:4,6,8,9
**te**
74:10 75:25
78:2
**tecum**
53:25
**telefono**
77:24
**tell**
10:16 29:24
38:17,20,24
39:2,22
40:7,9,10
42:11,14

43:2 44:24
45:11,19
46:9 52:13,
15 55:5
68:18 78:5
79:24 83:24
89:1 90:10
98:5,12,18
99:13 100:8
**telling**
86:22
**temporary**
94:5
**tener**
85:17
**terms**
87:20
**Terrazas**
13:16,17,18
14:3,8,20,24
15:2,14,22
16:3 18:19
41:11 44:25
45:21 46:2
47:14,24,25
48:21 93:13
**testified**
9:16 31:25
42:8 45:16
98:1,8 99:5
**testify**
10:9
**testifying**
10:8 12:4,17
19:19
**testimony**
9:8 29:8
41:4 97:4
99:14 100:23
**text**
35:7,11,15
39:15,17
59:16,24
60:7,14
62:5,8,22
63:6 65:8,18
66:3,14,16
67:4 73:15,

22 74:16,20,
23 75:24
76:23,25
78:9 83:16,
24 84:6,18,
19,23 85:5,
16 91:2
**texts**
62:12 73:23,
24 74:6
75:20 76:19
83:15 84:1,
14 86:22
87:4 90:15
**thank**
9:12 15:12
34:18 48:8
54:19 60:13
93:18 97:20
99:18,20
**thanks**
55:20
**thin**
82:12
**thing**
39:3 60:25
66:20
**things**
23:4 52:24
97:17
**think**
7:1 13:16
17:2,20
18:14,15
20:1,13,17
25:9 27:5
29:5 31:1,3
38:6,23
39:21,23
42:15 53:15
55:11 59:16,
17 61:23
62:9,25
65:3,14
67:10,13
72:8 74:25
77:22 79:4,
19 81:19

Angelica Cookson
July 01, 2022

82:6,10,18,
19 89:2
93:20 95:24
**third**
72:11 74:20
**thought**
29:8 30:23
**three**
33:19 49:11
90:11
**Thursday**
74:8 91:6
**ticket**
23:10 26:18
28:20,22
29:15,16
30:5,10
33:1,9 79:17
80:1,15
88:10
**tickets**
24:20,22,24,
25 29:7
30:13 33:15,
17,22
**time**
8:1 11:9
13:21,24
14:3,21
15:15 16:12
18:19 19:14
20:2,9,14,23
21:6,18
22:4,10,17
32:1 33:10
36:14 41:8,
9,21 45:15,
19 46:6,24
48:22 57:2,
3,4,18,19
62:4 64:20,
25 68:3,14,
15 76:4
79:10 84:6
87:11 89:8
90:5 91:16
93:18 97:7

**times**
17:14,17
24:11 33:8
36:1 44:25
47:18 82:4
**tired**
92:11
**todas**
85:18
**today**
6:9 7:10 8:1
11:6 19:19
36:9,12
57:10 67:25
82:23 97:7,
19
**today's**
6:12
**told**
42:21 45:8,
16 46:6,15
52:6,8 69:2
75:2
**tomorrow**
57:10,17
**top**
55:23 61:14
72:8
**touch**
53:15
**tough**
26:13 92:12
**to…**
17:22
**transcribed**
5:10 10:23
11:16
**transcript**
5:10 12:11,
15 40:14
100:3,5,20,
21 101:8,15
**translate**
75:23 76:8
**translating**
76:2,19

**translator**
75:18 76:8,
15
**trapped**
34:15,16
**travel**
22:2,7
23:16,20,23,
25 24:5
32:17 40:11
**traveled**
22:19 26:17
80:12,17
**traveler**
80:21 82:11,
19 96:7
**trial**
99:18
**trip**
33:11,12
38:7
**trips**
22:6,9
23:17,18
32:1,8
**trouble**
61:12
**Troy**
8:6 9:21
**true**
48:13,20,24
50:5,10
**truth**
9:9,10
**truthfully**
10:10
**try**
44:14 90:4
**trying**
6:11,19
16:24 17:3
18:7 52:23
53:1,3 67:2
97:16,17
99:6
**turn**
71:12,15

**two**
6:6,18 22:13
33:19 36:24
37:2 46:1
51:19 52:4,5
69:5 70:3
89:10,13
91:16
**typographical**
100:24

---

**U**

**U.S.**
100:7
**Uh-huh**
10:25 21:8,
10 23:14
25:13 26:14,
25 47:2
63:14,20
66:21 70:13
74:5 75:15
78:7 85:4,6
86:14 91:22
92:6,11 96:5
**Uh-uh**
10:25 62:19
85:25
**unable**
29:24
**understand**
10:11,14
11:2,16 15:5
16:23 21:5
26:2 31:14
60:4 80:25
81:13 85:11
94:1 98:7
**understanding**
11:5 19:6
28:18 61:13
77:9
**understood**
10:17 30:18
32:1 76:4
101:7

Angelica Cookson
July 01, 2022

unfamiliar
  29:24
unit
  45:1,17,18
  46:7 47:19
unmute
  54:22
usual
  25:2
utilize
  21:25 26:3
  32:17
utilized
  33:1,8,14
utilizing
  33:18

——————————

**V**

V-A-L-L-E-J-O
  12:2
Vallejo
  11:24 12:1,2
varies
  29:15,17
verbal
  11:1
video
  5:23 7:24
  10:22 11:16
  36:9,11,16
  99:22,25
  100:5
videoed
  6:1
VIDEOGRAPHER
  7:25 89:12,
  14,17 99:21,
  24 100:6,10
virtue
  21:12
Visa
  79:9
visit
  16:13 23:25
  24:5,11,17

visiting
  47:4
visitors
  45:12,20
  46:9,16,17
  47:19

——————————

**W**

wait
  55:22 63:5
  85:1 88:15
  98:25
waive
  100:15,21
  101:2
want
  6:2 17:5,21
  18:9,11
  31:24 46:7
  51:6 54:23
  55:4 76:8,14
  89:3,9 90:12
  101:2,4,9
wanted
  5:24 6:12
  30:18 31:11
  44:25 50:23
  56:17,20
  67:14 78:9,
  15 93:17
way
  23:12 60:3,5
  61:17,20
  88:16 97:9
wearing
  83:22
website
  26:22,23
  27:1,8 34:5
week
  13:25 14:1,
  3,8,20 15:17
  16:2 53:16
  88:23
weeks
  60:10

Wells
  79:8
went
  22:17 32:11
  41:13,17
West
  12:23 13:4
  92:25
Whatsapps
  90:16
where'd
  83:14
whispering
  5:7
whomever
  47:4
widow
  18:8
William
  8:8
Williams
  5:2
windows
  90:9
Wirth
  96:12
witness
  5:21 8:11,
  14,15,18,21,
  24 9:3,5,11,
  15 16:21
  17:24 25:5,
  8,10,13,15,
  18,20 26:12,
  14 27:20,23
  29:12 30:2
  34:17 40:3
  41:1 43:18
  46:2 48:18
  49:21,23
  51:3 53:3
  54:4 56:22
  58:10 61:23
  62:1 64:3,
  15,17,23
  66:9 73:22
  80:25 81:18,

  20 82:16
  83:3 84:24
  86:14 89:4,
  6,11,13
  92:15 94:9,
  11 97:15,20
  98:15 99:19
  100:15
  101:4,5,15
witness's
  64:22 73:19
witnessed
  65:22
Woodrow
  5:19 6:4,5
  8:8 43:7
  53:15 54:9,
  22,23 55:2,
  4,8,10,13,
  18,19 59:18
  69:24 70:1,
  5,11 77:21
  78:8 85:15
  95:10
Woodrow's
  54:20 77:19
word
  6:16 7:9,11
  34:16 65:9
  75:5,8 84:15
  95:19
words
  46:1 84:13
  86:18 87:1
work
  20:16 40:20
  41:8,14,17,
  18,21 49:2,
  14 51:22
  60:8 89:6
worked
  18:24 20:6,
  11,13
working
  20:8,23 21:6
  50:1,2 60:13
  99:1

Angelica Cookson
July 01, 2022

**works**
  47:14
**would've**
  47:1 57:23
  62:23
**wrangling**
  44:9
**write**
  91:8
**writing**
  76:4
**written**
  43:5
**wrong**
  76:13,18
  90:5
**wrote**
  57:8 74:10
  75:20,21,24
  76:5,9 77:25
  78:2 91:13
  92:2

---

**Y**

---

**Ya**
  74:10 75:25
**yeah**
  7:10 13:16
  25:12 26:12
  27:23 43:25
  44:14 54:23
  55:13 56:3
  62:20 63:1
  65:3,14,16
  69:24 71:23
  72:20 78:18
  82:13 83:16,
  22 84:22
  85:20 87:12
  90:20 92:13
**year**
  13:19 19:25
  38:4
**years**
  19:13 20:1,
  11,13 30:24

  31:7,16
**yesterday**
  6:16
**Yup**
  19:8 38:16

---

**Z**

---

**Zoom**
  26:13