# EXHIBIT

# R



So classy

Have a good trip

Thanks, mom. I'll let you know when I arrive in Mexico.

Ok

I'm already on the tarmac, a man has been taken off the plane LOL

He had a bust-up with one of the flight attendants (it didn't get to blows), and was asked to get off.

**Thu, Jun 10.10:10**

And he was thrown out

I've already landed

Have you eaten anything?

Was he Mexican?

I got a croissant

I don't know, it could have been, they spoke to him in English and I understood the security guy in English when he told him to go get his suitcase and follow him.

It's a relief they're getting him off the plane

Yeah

A person like that is dangerous for everyone

3

Cookson 000002



**Left screen:**

13:22

Chavo ›

> Que elegante

> Buen viaje

Gracias ma, te aviso cuando llegue a Mexico.

> Ok

Ya estoy en la pista, bajaron a un señor del avión jijijiji

Se peleo con uno de los sobrecargos (no a golpes), y le pidieron que se bajara

Thu, Jun 10, 10:10

Y que lo corren

Ya aterricé

iMessage

**Right screen:**

13:23

Chavo ›

> Comiste algo?

> Era mexicano?

Me dieron un croissant

No sé, pudo haber sido, le hablaron en inglés y le entiendo en inglés al de seguridad cuando le dijo que fuera a agarrar su maleta y que lo siguiera

> Pero que bueno que los están bajando

Sip

> Es un riesgo para todos una persona así

iMessage

Cookson_000002



Dear Valued Client,

On behalf of Day Translations, Inc., we are happy to inform you that your document is finished! As your document is very important to us, our professional translation team has taken great care in providing you with a 100% accurate translation delivered to meet your deadline.

We would like to thank you for entrusting us with translation and look forward to translating many more documents for you as needed. We guarantee the accuracy of the translation and if there are any preferential changes in the document, feel free to send it back for correction free of charge! We are glad to have you as a client and we will work continuously to keep you satisfied throughout our business relations. Our goal is to provide you with accurate translations, ongoing customer service, and to help your company meet its goals in the global marketplace.

We are constantly striving to improve, and we'd love to hear from you! It's simple please scan the below QC Code and review us! *If you want to help us even more, you can also review us on TrustPilot and Yelp.*

We are very grateful for the relationship we continue building with you. We have some great plans in motion, and with your continued support, we hope to only improve on our services.

Please let me know if there's anything further we can do for you.


Cordially,

**Sean Patrick Hopwood, President**
Day Translations, Inc.
Contact@DayTranslations.com


477 Madison Ave, 6th floor, New York, NY 10022
Toll Free - 1-800-969-6853, Fax -1-800-856-2759



SCAN ME