# EXHIBIT S





**American Airlines**

Record Locator: VZCMGE          Sabre Status   Purged          Report Date & Time: Aug 2, 2021 11:31:03 AM

| Hist Seq ID | Update Date/Time | Received From | AAA Code | Home Station Code | TTY Office | TTY Airline or CRS Code | Duty Code | Agent Sine | Trans Seq Nbr | Code | History Data |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | 8:23:00 AM | | HDQ | HDQ | | | 8 | WCR | 2 | A5H | H-******CONTACT AA SECURITY OPS AT 682-315-0121****** |
|  |  |  |  |  |  |  |  |  | 3 | A5H | H-*******DO NOT REBOOK PAX  PAX ON IRL PENDING****** |
| 26 | Jun 10, 2021 8:22:00 AM | | HDQ | HDQ | | | 8 | WCR | 1 | XN | 1 CLOWDUS/TROY |
|  |  |  |  |  |  |  |  |  | 2 | AN | 1 CLOWDUS/TROY |
| 25 | Jun 10, 2021 7:51:00 AM | CKI | | | | | | | 1 | A4G | AA2416Y Jun10,2021 MIAMEX SS/NN 10D |
| 24 |  | CKI | | | | | | | 1 | X4G | AA2416Y Jun10,2021 MIAMEX HK/SS 10D |
| 23 | Jun 10, 2021 6:49:00 AM | | MIA | MIA | | | 7 | JHE | 1 | A5H | H------------------------------------*A |
|  |  |  |  |  |  |  |  |  | 2 | A5H | H------------------------------------ |
|  |  |  |  |  |  |  |  |  | 3 | A5H | H-MR CLOWDUS/T ORIGINALLY TRAVELING ON FLIGHT 1303 |
|  |  |  |  |  |  |  |  |  | 4 | A5H | H-MIA-MEX SEAT 1F. AT DEPARTURE TIME PAX WAS ASKED |
|  |  |  |  |  |  |  |  |  | 5 | A5H | H-BY NUMBER ONE FLIGHT ATTENDANT TO STOW SMALL BAG |
|  |  |  |  |  |  |  |  |  | 6 | A5H | H-HE HAD ON THE FLOOR SINCE HE WAS SEATING IN BULK HEAD |
|  |  |  |  |  |  |  |  |  | 7 | A5H | H-AT THAT TIME F/ATTENDANT COMPLAINT PAX CLOWDUS THREW |
|  |  |  |  |  |  |  |  |  | 8 | A5H | H-THE BAG INTO EMPTY SEAT NEXT TO HIM AND HIT FLIGHT |
|  |  |  |  |  |  |  |  |  | 9 | A5H | H-ATTENDANT...CAPTAIN ADVISED AND LATER PAX REMOVED |
|  |  |  |  |  |  |  |  |  | 10 | A5H | H-AS PER FLIGHT ATTENDANT REQUEST. MIA OC HENRIQUEZ |
|  |  |  |  |  |  |  |  |  | 11 | A5H | H------------------------------------ |
| 22 | Jun 10, 2021 6:40:00 AM | RPTPIE | HDQ | HDQ | | | 8 | 2CP | 1 | A5H | H-UPGRADE AUTO REQUEST FAILED - |
|  |  |  |  |  |  |  |  |  | 2 | A5H | H-DEPARTURE DATE TIME BELOW 3.5 HOURS |
|  |  |  |  |  |  |  |  |  | 3 | A5H | H-FOR FLT 2416 |
| 21 | Jun 10, 2021 6:34:00 AM | CKI | | | | | | | 1 | A4G | AA2416Y Jun10,2021 MIAMEX SS/NN 10D |
| 20 |  | CKI | | | | | | | 1 | A4S |  SSR PCTC AA HK  PSGR/DECLINED |
| 19 |  | CKI | | | | | | | 1 | X4S |  SSR DOCA AA HK1  /R/US |
|  |  |  |  |  |  |  |  |  | 2 | A4S |  SSR DOCA AA HK1  /R/US |
| 18 |  | | MIA | MIA | | | 5 | RHM | 1 | XS | AA 2416 R Jun10,2021 MIAMEX SA/SA1 10:20 12:43 |
| 17 | Jun 10, 2021 6:33:00 AM | | MIA | MIA | | | 5 | RHM | 1 | AS | AA 2416 Y Jun10,2021 MIAMEX NN/SS1 10:20 12:43 |
| 16 | Jun 10, 2021 6:07:00 AM | CKI | | | | | | | 1 | A4S |  SSR PCTC AA HK  PSGR/DECLINED |
| 15 |  | CKI | | | | | | | 1 | X4S |  SSR DOCA AA HK1  /R/US |
|  |  |  |  |  |  |  |  |  | 2 | A4S |  SSR DOCA AA HK1  /R/US |
| 14 | Jun 10, 2021 | | MIA | MIA | | | 5 | JHE | 1 | XS | AA 1303 R Jun10,2021 MIAMEX NN/HK1 07:10 09:37 |