UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

TROY CLOWDUS,

    Plaintiff,

v.                                                 Case No.: 1:21-cv-23155-KMM

AMERICAN AIRLINES, INC.,

    Defendant.

## JOINT NOTICE OF RESCHEDULING MEDIATION

    Plaintiff, TROY CLOWDUS, and Defendant, AMERICAN AIRLINES, INC., by and through their undersigned counsel, and pursuant to this Court's Paperless Order of Referral to Mediation ("Mediation Order") [DE 13] file this Joint Notice of Rescheduling Mediation, and state as follows:

    1.    Pursuant to this Court's Mediation Order [DE 13], and Paperless Order Appointing Mediator [DE 15], the parties and the (Court-appointed) mediator had originally scheduled mediation to occur on June 21, 2022. However, shortly before June 21, 2022, the mediator notified all counsel that he was ill and could not convene the scheduled mediation.

    2.    Mediation was rescheduled for July 21, 2022.  However, on July 19, 2022, counsel for Defendant was advised that AA's client representative, who had prepared to travel to Miami to participate in mediation in-person, had become ill and had been instructed by his physician to remain off work and avoid travel during the time that mediation had been set to take place.

3. Accordingly, in order to facilitate the in-person attendance of a representative from AA as required by the Mediation Order, all counsel agreed to reschedule mediation to occur on July 28, 2022. The parties and the mediator have therefore confirmed the rescheduling of mediation in this matter for July 28, 2022, to commence at 10:00AM EST.

4. The rescheduling of this mediation will not affect any pre-trial deadline, and mediation is not being rescheduled for the purpose of delay but for good cause.

Dated: July 20, 2022.

By:   /s/Kelly H. Kolb

Kelly H. Kolb, Esq.
kelly.kolb@bipc.com
Buchanan Ingersoll & Rooney, PC
401 E Las Olas Boulevard, Suite 2250
Fort Lauderdale, FL 33301
Tel: 954-468-2300 Fax: 954-527-9915
*Counsel for Defendant*

By: /s/ William T. Woodrow III

William T. Woodrow III
250 West Main Street, Suite 201
Charlottesville, VA 22902
Rook Elizabeth Ringer, Esq.
LENTO LAW GROUP
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
David H. Pollack, Esq.
THE LAW OFFICE OF DAVID H. POLLACK, LLC
75 Valencia Avenue, Suite 100
Coral Gables, FL 33134
will@stoneandwoodrowlaw.com
reringer@lentolawgroup.com
david@davidpollacklaw.com
*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this the 20th day of July 2022, a true and correct copy of the above and foregoing has been filed with the Clerk of Court using the CM/ECF system. I FURTHER CERTIFY that the foregoing document is being served this date, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic filing on the counsel of record or *pro se* parties identified on the attached Service List.

By: */s/Kelly H. Kolb*
Kelly H. Kolb

**SERVICE LIST:**

William T. Woodrow III
250 West Main Street, Suite 201
Charlottesville, VA 22902

Rook Elizabeth Ringer, Esq.
LENTO LAW GROUP
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
Tel: (855) 275-7378
Tel: (904) 602-9400
E-mail: reringer@lentolawgroup.com
E-mail: will@stoneandwoodrowlaw.com

David H. Pollack, Esq.
THE LAW OFFICE OF DAVID H. POLLACK, LLC
75 Valencia Avenue, Suite 100
Coral Gables, FL 33134
Tel. No. 305-372-5900
Fax No. 305-372-5904
david@davidpollacklaw.com
*Counsel for Plaintiff*