IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

TROY CLOWDUS,

    Plaintiff,

v.                                          CASE NO: 1:21-cv-23155-KMM

AMERICAN AIRLINES, INC.,

    Defendant.
_____/

**NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION**

    Under Local Rule 11.1(g), undersigned counsel gives notice to this Honorable Court and all interested parties that Counsel for Defendant AMERICAN AIRLINES, INC., Robert D. Pecchio, has changed his law firm and his updated contact information is as follows:

        Robert D. Pecchio, Esq.
        Buchanan Ingersoll & Rooney, PC
        401 East Las Olas Blvd., Suite 2250
        Fort Lauderdale, FL 33301-4251
        Tel: (954) 468-2300
        Email: Robert.pecchio@bipc.com

    By means of this Notice, Defendant requests that the Clerk of Court provide electronic notification of all electronic filings, requests that all future orders, pleadings, motions, filings, discovery, correspondence, and other documents relating to this matter be served on Mr. Pecchio at his new email address:  Robert.pecchio.@bic.com.

                        Respectfully submitted,

                        **BUCHANAN INGERSOLL & ROONEY, PC**

                        401 East Las Olas Blvd., Suite 2250
                        Fort Lauderdale, FL 33301-4251
                        Telephone: (954) 468-2300

                        BY: /s/ *Robert Pecchio*

                                                    Robert D. Pecchio
                                                    Florida Bar No. 1005955

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 20, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

**SERVICE LIST:**

William T. Woodrow III
250 West Main Street, Suite 201
Charlottesville, VA 22902

Rook Elizabeth Ringer, Esq.
LENTO LAW GROUP
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
Tel: (855) 275-7378
Tel: (904) 602-9400
E-mail: reringer@lentolawgroup.com
E-mail: will@stoneandwoodrowlaw.com

David H. Pollack, Esq.
THE LAW OFFICE OF DAVID H. POLLACK, LLC
75 Valencia Avenue, Suite 100
Coral Gables, FL 33134
Tel. No. 305-372-5900
Fax No. 305-372-5904
david@davidpollacklaw.com
*Counsel for Plaintiff*

                                        BY: /s/ *Robert Pecchio*
                                                Robert D. Pecchio