UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TROY CLOWDUS,

                          Plaintiff,

v.                                                    Case No.: 1:21-cv-23155-KMM

AMERICAN AIRLINES, INC.,

                          Defendant.

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE
### REPLY TO PLAINTIFF'S RESPONSE TO
### DEFENDANT'S CROSS-MOTION FOR SANCTIONS

Defendant, AMERICAN AIRLINES, INC. ("AA"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), files this Motion for Extension of Time to file its Reply to Plaintiff's Response to Defendant's Cross-Motion for Sanctions [DE #61], and in support thereof, states:

1.      On July 18, 2022, Plaintiff filed his Reply to American Airlines' Response to Plaintiff's Motion for Sanctions and Response to AA's Cross-Motion for Sanctions [DE #66] ("Plaintiff's Response").

2.      The deadline for AA to file its Reply to Plaintiff's Response is July 25, 2022.

3.      Plaintiff's Response (inclusive of exhibits) is 226 pages. Seventy-Seven of those pages are text messages between Plaintiff and his "criminologist" Eduardo Muriel. Mr. Muriel's interactions with two Mexican passengers is one focus of AA's Cross-Motion for Sanctions. It is his involvement which AA has posited to explain why the two Mexican passengers, who were cooperative with AA in March 2022, are as of May 2022 no longer cooperative with AA and why they have each changed their version of events they observed on the flight at issue. In Plaintiff's

Response, Plaintiff's counsel deny they hired or communicated with Mr. Muriel regarding his efforts to locate the two Mexican passengers. Thus, Mr. Muriel's communications (text and others) with Plaintiff are material to the evidentiary basis of AA's Cross-Motion for Sanctions.

4.      The majority of the text messages between Plaintiff and Mr. Muriel are in Spanish but Plaintiff's Response does not contain an English translation of those texts. Instead, Plaintiff's Response (at footnote 3) states that "Clowdus is in the process of having the Spanish portions [of the texts] translated…and will supplement the exhibit when complete."[1] During conferral with Plaintiff's counsel, they indicated that the translation will be provided today – July 25, 2022 – by way of supplementation. While AA has no objection to Plaintiff's supplementation of Plaintiff's Response (albeit, outside of the time limits prescribed by the Local Rules) with such a translation, AA needs to see the entire Response with the translation to properly and efficiently frame its Reply, and to avoid doing so in a peace meal fashion.

5.      AA therefore respectfully requests that it be allowed to file its Reply by July 29, 2022 - within four days of the anticipated July 25, 2022 filing of Plaintiff's Supplementation.

6.      As detailed in the Certificate of Good Faith Conferral below, the undersigned counsel has conferred with Plaintiff's counsel, and Plaintiff's counsel has no objection to the extension sought by this Motion.

7.      AA has not previously sought an extension to file its Reply.

8.      Undersigned counsel represents to this Court that this Motion is not being interposed for purposes of delay or harassment.

9.      Pursuant to Local Rule 7.1(a)(2), a copy of the proposed Order granting this Motion is attached hereto as Exhibit "A."

---

[1] Plaintiff's Response [DE 66] at p. 3, footnote 3.

## MEMORANDUM OF LAW

10.     Federal Rule of Civil Procedure 6(b) allows the Court, for good cause, to extend the time to respond when an act may or must done within a specified time if a request is made before the original time expires. The district court has considerable discretion in ruling upon an application for an extension to a filing deadline. *See Chrysler Int'l. Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) (citing *Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001)).

11.     Defendant seeks this extension prior to the expiration of its deadline to file its Reply to Plaintiff's Response to AA's Cross-Motion for Sanctions.

12.     As this Motion for Extension of Time sets forth good cause for the relief sought, and, as indicated by Plaintiff's consent, neither the parties nor these proceedings would be prejudiced, the granting of this Motion for Extension of Time would be an appropriate exercise of the Court's discretion.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), the undersigned conferred with Plaintiff's counsel by email on July 24 and 25, 2022 and they have no opposition to the relief sought in this Motion.

WHEREFORE, Defendant, American Airlines, Inc. respectfully requests that the Court enter an Order extending the time for Defendant to file its Reply to Plaintiff's Response to AA's Cross-Motion for Sanctions to July 29, 2022.

Dated: July 25, 2022.

By:   */s/Kelly H. Kolb*

Kelly H. Kolb, Esq.
kelly.kolb@bipc.com
Buchanan Ingersoll & Rooney, PC
401 E Las Olas Boulevard, Suite 2250
Fort Lauderdale, FL 33301
Tel: 954-468-2300
Fax: 954-527-9915
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this the 25th day of July, 2022, a true and correct copy of the above and foregoing has been filed with the Clerk of Court using the CM/ECF system. I FURTHER CERTIFY that the foregoing document is being served this date, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic filing on the counsel of record or *pro se* parties identified on the attached Service List.

By:   */s/Kelly H. Kolb*
Kelly H. Kolb

**SERVICE LIST:**

William T. Woodrow III
250 West Main Street, Suite 201
Charlottesville, VA 22902

Rook Elizabeth Ringer, Esq.
LENTO LAW GROUP
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
Tel:  (855) 275-7378
Tel:  (904) 602-9400
E-mail:  reringer@lentolawgroup.com
E-mail:  will@stoneandwoodrowlaw.com

David H. Pollack, Esq.
THE LAW OFFICE OF DAVID H. POLLACK, LLC
75 Valencia Avenue, Suite 100
Coral Gables, FL 33134
Tel. No. 305-372-5900
Fax No. 305-372-5904
david@davidpollacklaw.com
*Counsel for Plaintiff*

4

5