UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

TROY CLOWDUS,

        Plaintiff,

v.

AMERICAN AIRLINES, INC.,

        Defendant.

Case No.: 1:21-cv-23155-KMM

## PROPOSED ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S CROSS-MOTION FOR SANCTIONS

THIS CAUSE came before the Court upon American Airlines, Inc.'s ("Defendant" or "AA") Unopposed Motion for Extension of Time to file Reply to Plaintiff's Response to Defendant's Cross-Motion for Sanctions [DE #61], and the Court being advised as to the agreement between the parties in this regard and being otherwise duly advised, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Unopposed Motion is GRANTED.

2. American Airlines, Inc. shall reply to Plaintiff's Response to Defendant's Cross-Motion for Sanctions by July 29, 2022.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of July, 2022.

                                                                _____
                                                                Magistrate Judge Lauren Fleischer Louis

Copies furnished to:
*All Counsel of Record*