UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 2021-cv-23153

TROY CLOWDUS,

    Plaintiff,

v.

AMERICAN AIRLINES, INC.,

    Defendant.

_____/

**NOTICE OF FILING CERTIFIED TRANSLATED DOCUMENTS
IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO MOTION
FOR SANCTIONS AND RESPONSE TO
DEFENDANT'S CROSS-MOTION FOR SANCTIONS**

Plaintiff TROY CLOWDUS hereby files the following documents in support of his Reply to Defendant AMERICAN AIRLINES, INC's. ("AA") Response to his Motion for Sanctions and Response to AA's Cross Motion for Sanctions [D.E. 66]":

1. Certified translations of text messages filed as Exhibit D to the Reply to the Response to Plaintiff's Motion for Sanctions and Response to Defendant's Cross Motion for Sanctions. [D.E. 66-4].

                Respectfully submitted,

                /s/ William T. Woodrow III
                William T. Woodrow III (*pro hac vice*)
                Stone & Woodrow LLP
                250 West Main St. Suite 201
                Charlottesville, VA 22902
                will@stoneandwoodrowlaw.com
                Phone: 855-275-7378
                Attorney for Plaintiff

        /s/ David H. Pollack
        THE LAW OFFICE OF
        DAVID H. POLLACK, LLC
        Fla. Bar No. 0955840
        75 Valencia Avenue, Suite 100
        Coral Gables, FL   33134
        Tel:  305-372-5900

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system and plaintiff was served by U.S. Mail at the address on file with the Court on July 25, 2022.

        THE LAW OFFICE OF
        DAVID H. POLLACK, LLC
        75 Valencia Avenue, Suite 100
        Coral Gables, FL 33134
        Tel. No.:    (305) 372-5900
        Fax No.:    (305) 372-5904

        BY:   /s/David H. Pollack
                **DAVID H. POLLACK**
                Fla. Bar No. 0955840