

**10:15**

**Eduardo PI**

🔒 All messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more.

*[March 31]*

Hello
5:32 PM ✓✓

This Troy
5:33 PM ✓✓

I will message you shortly?
5:33 PM ✓✓

Ok I wait
5:34 PM ✓✓

1 hour
5:34 PM ✓✓

OK. Thanks
5:35 PM ✓✓

I have two items for you. Both are very important to me. I will start with the first one. I have four men I need you to locate and then go and interview them in person. I need you to ask them some questions for me and record their answers. I send you the information about the men and then you can tell me if you can do it and how much will you





10:15 ✈

**Eduardo PI**

if you can do it and how much will you charge me for this service?

7:01 PM ✓✓

Ok Troy, I will wait for the data and requirements for each to calculate the cost
7:04 PM ✓✓

Jose Cohenmenun. Address unknown. Cohenmenum was seated in 1A. Phone Number: 55 5251 4561. CONFIDENTIAL Alberto Cojab. Address AMERICAN EXPRESS CO DE MEXICO SA DE CV; EJE 5 NORTE 990; EDIFICIO C 2DO PISO; COL SANTA BARBARA; MEXICO D F 022230. Cojab was seated in 1B. Phone Number: 55 5251 4561; 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-8764; 1-800-002-5225; 1-866-252-5225

7:06 PM ✓✓

You deleted the message
7:04 PM ✓✓

18. Jairo Espinoza Jimenez. Piracanto No. 4, Puebla, Mexico 72520. Espinoza Jimenez was





10:16

Eduardo PI

18. Jairo Espinoza Jimenez. Piracanto No. 4, Puebla, Mexico 72520. Espinoza Jimenez was seated in 3B. Phone Number 52-2221910692
19. Juan Hernandez Ramirez. Piracanto No. 4, Puebla, Mexico 72520. Espinoza Jimenez was seated in 3E. Phone Number 52-2221910692. E-Mail: juan.hernandezr@udlap.mx

7:07 PM

Of course, the data is kept and safeguarded so there is no way it becomes known in this, and any other job requested from us.
7:08 PM

These are the four men. That is all the information I have about them. They travelled with me in a flight to Mexico City and I need you to interview them in person. Not by phone. The first two travelled together. And the last two travelled together. Can you locate them and then visit them in person?

7:09 PM ✓✓





10:16

Eduardo PI

locate them and then visit them in person?
7:09 PM ✓✓

Yes, we can do the work you require.
7:12 PM ✓✓

Is that enough to start?
Should I pay you first to locate them and then
another price for travelling to interview them? In case
you cannot locate them, aren't you losing the time or
the money?
7:13 PM ✓✓

No problem. I will send you the quote in the morning because I
am out of the office right now.
Thank you
7:16 PM ✓✓

Quote
7:20 PM ✓✓

Your name?
7:21 PM ✓✓

My name is Eduardo Muriel Melero
7:22 PM ✓✓

Thank you
7:27 PM ✓✓

*[Illegible text]*





10:16 ✔

‹  Eduardo PI

Thank you
7:27 PM ✓✓

We have been registered with the US embassy in Mexico for 45 years.
7:30 PM ✓✓

Tomorrow I will send you the costs and approximately the travel expenses.
7:33 PM ✓✓

Okay thank you
7:40 PM ✓✓

But first locate them so you know they there? I don't want you to travel a long way and then nobody is home?
7:41 PM ✓✓

That's right, of course we are not going to travel if we do not have a verified address
7:50 PM ✓✓

Fri, Apr 1

Good morning Troy, in relation to the locations of the people you request me, I tell you that the cost for each one is 850 dollars and I give you a complete description of





10:16

Eduardo PI

for each one is 850 dollars and I give you a complete description of addresses and places they visit regularly, friends, activities, and marital status. And I provide it to you because within the localization work, we need to carry out debugging is that they force us to carry out them to achieve what you want to obtain. I await your comments. Greetings
11:36 PM ✓✓

Give me two hours? Okay?
12:06 PM ✓✓

Okay!
12:25 PM ✓✓

Hi, Eduardo, I am working now a response
2:42 PM ✓✓

Ok. whenever you like, I am waiting. Greetings.
2:48 PM ✓✓

Eduardo, I think you misunderstood about these four men. I do not need to know all that information. I do not need to know anything about them except for the
*[Illegible text]*





10:16

Eduardo PI

that information. I do not need to know anything about them except for their home address and if they were on the flight that I was last year. I think that for this step all you will have to do is to locate their correct address and telephone number. You will call them by phone to request an interview. You will tell them you are investigating an incident in a flight they were on last year. And then ask them to meet with you to discuss the incident. That is all. After convincing them to meet with you, we will discuss how much it will cost to the place they live in and carry out the interview. This will not be easy to do as most people do not want to get involved. In this stage I am really paying you to persuade them to trust you enough to meet with you and tell you about what they witnessed. Then, the only job you must do now is to find their correct address and then





**Eduardo Pl**

Then, the only job you must do now is to find their correct address and then call them by phone to make an appointment for the interview. I hope you understand. I do not need any surveillance or knowing about their friends of family. I do not need background nor information about these four men. Only an address and making an appointment with them.

2:53 PM ✓✓

American Airlines flight # 1303, MIA – MEX on June 10, 2021
3:03 PM ✓✓

Troy, to obtain the address of these people we have to investigate by many means and those efforts are the ones that give us all the data that I offer you

3:04 PM ✓✓

And as for the interview, it's not much of a problem for me if the questions don't imply that they have to acknowledge something illegal.

3:08 PM ✓✓





10:17

**Eduardo PI**

No no. Nothing illegal. Nothing.

3:19 PM ✓✓

Eduardo, the difficulty is that nobody wants to be bothered and nobody wants to help you in my country. We have contacted two passengers here in the USA who saw what happened. But they refused to help because they are afraid to get involved. I hope it is different in your country. These four men who I want you to find were the most likely to see and know the truth about what happened that morning and they will save my life if they tell the truth. Because I am afraid that if you call them by phone and ask them by phone, they will say that they did not see or witness anything. I hope that if you visit them, it will be more probable that they tell you what happened that day. I need those men to help me. I need your urgent help. Do you understand now?

3:27 PM ✓✓

And, in my opinion, we obtain the
*[Illegible text]*





10:17

Eduardo Pl

And, in my opinion, we obtain the data that I mention if they can help me to get to know people and know where to enter them.

3:50 PM ✓✓

Let's get started.
3:59 PM ✓✓

Tell me how to pay? Send me via email the invoice and payment information?
4:01 PM ✓✓

And a contract and whatever you need me to sign so we can begin.
4:01 PM ✓✓

Eduardo Muriel y Melero. The bank is HSBC, account *[redacted text]* CLABE *[redacted text]*
**SWIFT Code:** BIMEMXMM
**ABA Code:** <u>181900085401</u>*.

4:25 PM ✓✓

Okay I will send it tonight.
4:27 PM ✓✓

Ok. And send me the invoice copy, please.

4:29 PM ✓✓

*[Illegible text]*



10:17

**Eduardo PI**

Ok. And send me the invoice copy, please.

4:29 PM

okay.
4:29 PM ✓✓



pdf  Confirmation of Transfer Req...

2 pages · 101 KB · pdf          8:21 PM

Troy, I received your receipt for the remittance, and it will be credited until the 8th of this month, however I am going to start the investigation with the identification of each of the people I have to interview. Greetings and we are pending.
10:25 PM ✓✓

Thank you
10:51 PM ✓✓

You are welcome.
10:52 PM ✓✓

Sat, Apr 2





10:17

**Eduardo PI**

You are welcome.

10:52 PM ✓✓

Sat, Apr 2



Eduardo it says unable to process because errors in the information.
3:37 PM ✓✓

If you go to the bank and deposit, it in cash or through western union, it would be the fastest way to avoid delaying the investigation.
3:53 PM ✓✓

I will go to HSBC on Monday and deposit the money. Western Union is much more expensive
3:57 PM ✓✓

Send it in 4 parts of 850 dollars to





10:17

Eduardo PI

Send it in 4 parts of 850 dollars to see if it arrives well because, what happens is that governments want to control money laundering.
4:03 PM ✓✓

Missed voice call at 4:15 PM

Okay I will do that
4:54 PM ✓✓

But if you have an HSBC nearby, it would be very wise to deposit there directly to my account
4:56 PM ✓✓

Eduardo can you email an invoice or a proposal of work? That way I can show the bank? And I have for my records? Please?
4:59 PM ✓✓

Please email me a proposal or invoice via email
5:02 PM ✓✓

I' m not in my office I can do this until Monday
5:11 PM ✓✓

Okay Monday send it
5:11 PM ✓✓

*[Illegible text]*





**Eduardo PI**

Okay Monday send it
5:11 PM ✓✓

To shorten the time, I suggest you, if possible, try to send it directly from your bank, making the transfer procedures yourself, why, what the authorities intend is to identify the origin of the money.
9:32 PM ✓✓

Mon, Apr 4

I need you to email an invoice and copy of ID and are you licensed by the State? I need all of that Information
12:24 PM ✓✓

I need your full name, your ID, and your address to make you an invoice that has all my registration data
12:29 PM ✓✓

When issuing the invoice, I will have to charge you the value added tax that the government charges the recipient of the services.
12:44 PM ✓✓





10:18

**Eduardo PI**

When issuing the invoice, I will have to charge you the value added tax that the government charges the recipient of the services.

12:44 PM ✓✓

> **Eduardo PI**
> When issuing the invoice, I will have to charge you the value added tax that the government charges the recipient of th...

Make the invoice for $850
12:46 PM ✓✓



12:46 PM








**10:18**

**Eduardo PI**

12:46 PM ✓✓

And that is 16%, so in total you will have to send 3,400 plus 16% $544 dollars more, or a total of 3,944 dollars.

3:31 PM ✓✓

When issuing an invoice automatically I have to pay VAT if you don't want to pay it, no invoice was issued.

4:06 PM ✓✓

> **Eduardo PI**
> When issuing an invoice automatically I have to pay VAT if you don't want to pay it, no invoice was issued.

Okay then issue and invoice for one individual with VAT included.
$850 plus VAT

4:09 PM ✓✓

And time is running, I do not know how much time you have, but the research takes time.

4:09 PM ✓✓

We have plenty of time. Let's do this correctly or it is of no value to me
4:11 PM ✓✓





10:18

Eduardo Pl

We have plenty of time. Let's do this correctly or it is of no value to me
4:11 PM ✓✓

I will also be in Mexico City on the 21st. I would like to meet you while I am there
4:11 PM ✓✓

And time is running out, I don't know how much you have. But research takes time.
4:11 PM ✓✓

And I would be happy to have you get started now but I need to verify your license and credential will be accepted by a US court
4:20 PM ✓✓





  



10:18

**Eduardo PI**

This is my labor ID.
4:30 PM ✓✓

If I needed you to testify in court would you be willing
to travel to Miami for three days? I would pay of
course
4:32 PM ✓✓

No I can't
4:34 PM ✓✓

Okay first things first
4:35 PM ✓✓

I can't leave my job, I control and coordinate more than 120
people throughout the Mexican Republic. To be able to leave
it takes me months of accommodation from all the work
4:37 PM ✓✓

I understand
4:37 PM ✓✓

Let's wait for you to come and then you will have a clearer
semblance of us and there you will see if I can be trusted or
not. Greetings





10:18

**Eduardo PI**

I understand
4:37 PM ✓✓

Let's wait for you to come and then you will have a clearer semblance of us and there you will see if I can be trusted or not. Greetings
4:39 PM ✓✓

Okay sounds good. I will see you in three weeks
4:40 PM ✓✓

Ok.
4:42 PM ✓✓

Tue, Apr 5

Eduardo, I arrive in México City the morning of April 22nd. I can meet that afternoon or the following day on the 23rd. Let me know your preference?
11:20 AM ✓✓

I will bring with me all the information I have on the original four individuals and explain in more detail what we need from them to be successful. Plus, I will bring information on a fifth individual who claims to reside in México City that I will need you to do a full





10:18

Eduardo PI

information on a fifth individual who claims to reside in
México City that I will need you to do a full investigation and
background report.

11:23 AM ✓✓

I look forward to meeting you
11:23 AM ✓✓

My office is open from Monday to Friday from 9 in the
morning to 4 in the afternoon, tell me the day and time that
suits you and I'll wait for you.

11:28 AM ✓✓

Friday the 23rd around 2 pm?
11:29 AM ✓✓

Sorry the 22nd
11:29 AM ✓✓

Okay, I'll wait for you on Friday the 22nd at 2:00 p.m. We are
in Parque España 35 in Colonia Condesa Alcaldia
Cuauhtemoc 06140, almost on the corner of Av. Veracruz.

11:42 AM ✓✓

Thank you
11:43 AM ✓✓





10:19

Eduardo PI

Thank you
11:43 AM ✓✓

Thu, Apr 7

Eduardo hello
2:54 PM ✓✓

I'm considering traveling there next Tuesday to meet you
2:55 PM ✓✓

Would you be available on Tuesday?
2:55 PM ✓✓

Yes, only that day
2:57 PM ✓✓

Tuesday around noon?
2:58 PM ✓✓

I purchased my ticket. I arrive Tuesday morning around 10. I can meet with you any time on Tuesday afternoon
3:13 PM ✓✓

1 pm, ok?
3:16 PM ✓✓

Okay good
13:16 PM ✓✓

Tue, Apr 12



**Eduardo PI**

22

Thu, Apr 7

Good morning Eduardo. I'm on my way to México City. I'll see you this afternoon
9:09 AM ✓✓

Ok. Troy I' wait for you at 1 pm.
9:17 AM ✓✓

Thank you
9:18 AM ✓✓

You are welcome.
9:18 PM ✓✓

Hi, Eduardo, I'm 15 minutes away
1:50 PM ✓✓

Ok I' wait for you
1:51 PM ✓✓

Wed, Apr 13

Eduardo, I have incredible news. Great news. My local attorney located the passenger seated in 3A and spoke with her. She remembered everything that happened and is willing to testify on my behalf. He also said that she talked widely about what





10:19

Eduardo PI

23

the passenger seated in 3A and spoke with her. She remembered all that happened and is willing to testify on my behalf. He also said that she talked widely about what happened with the passenger seated next to her in seat 3B. Jairo Espinoza Jimenez. He is one of the men from Pablo Mexico you were going to locate for me. I think now it is better if you start with the two men from Pablo first. Mr. Jimenez probably will remember everything, as he was seated next to this passenger that is testifying now.

1:15 PM ✓✓

18. Jairo Espinoza Jimenez. Piracanto No. 4, Puebla, Mexico 72520. Espinoza Jimenez was seated in 3B. Phone Number 52-7717725364 e-Mail: Jairo.espinozajc@udlap.mx
CONFIDENTIAL
19. Juan Hernandez Ramirez. Piracanto No. 4, Puebla, Mexico 72520. Espinoza Jimenez was seated in 3E. Phone Number 52-2221910692. E-Mail:





10:19

**Eduardo PI**

*24*

Piracanto No. 4, Puebla, Mexico 72520. Hernandez Ramirez was seated in 3E. Phone Number 52-2221910692. E-Mail: juan.hernandezr@udlap.mx CONFIDENTIAL
1:16 PM ✓✓

Let us speak with them first. Can we?
1:18 PM ✓✓

Ok Troy I'm going to locate those people from Puebla
1:22 PM ✓✓

Tue, Apr 19

Good morning, Eduardo. How are you? I will be back in Mexico City on Friday. I have a fifth passenger that I want you to locate and write a full background report. But I do not know if I should wait until you finish locating and speaking with the two passengers in Pueblo. These two passengers in Pueblo are the greatest priority. I do not want you to distract from finding them and speaking with them. But if you want me to give you the information





10:19

**Eduardo PI**

*25*

want me to give you the information about the fifth passenger and the money to start looking for him, then I can do it on Friday. Is that your decision? How is the search of the two men in Pueblo going? Any progress yet?
11:01 AM ✓✓

Yes, apparently today we confirmed the location of one of them, we have both identified, they travelled sponsored by their university and the data registered was of that institution and due to this reason, we had to go further on their identification and location.
11:23 AM ✓✓

Great. The passenger that should be most valuable is Mr. Jiménez in seat 3B. We know that the passenger in 3A, Mrs. Kim, talked to Mr. Jimenez about the flight attendant and how angry he was. Therefore, Mr. Jimenez should remember everything.
11:27 AM ✓✓

I will check right now which one of them is the one we located





10:19

Eduardo PI

26

I will check right now which one of the two is the one we located.
11:30 AM ✓✓

If he is Jairo Espinoza Jimenez, what do you want me to do?
12:53 PM ✓✓

Go speak with him. Get a statement
12:54 PM ✓✓

Ok. Thank you, at what time you arrive
3:06 PM ✓✓

The same flight as last week. I arrive in the morning. I can be there at 11 or 12 or 1
3:07 PM ✓✓

Ok at 12 o'clock
3:10 PM ✓✓

Okay
3:10 PM ✓✓

Thu, Apr 21

Hello Eduardo. Any progress with Jimenez and Ramirez?
6:26 PM ✓✓

I will inform you tomorrow.
6:31 PM ✓✓

10:19

**Eduardo PI**

*27*

Hello Eduardo. Any progress with Jimenez and Ramirez?
6:26 PM ✓✓

I will inform you tomorrow.
6:31 PM ✓✓

Ok
7:06 PM ✓✓

Fri, Apr 22

Good morning, Eduardo
7:41 PM ✓✓

I'm on my way. I will see you at 12.
7:41 AM ✓✓

Please send me your address again?
7:41 AM ✓✓

Parque España 35 in the Condesa neighborhood, Cuauhtemoc 06140 almost on the corner of Veracruz Ave.
7:43 AM ✓✓

Thank you
7:46 AM ✓✓

Ok. I wait for you
12:45 PM ✓✓

I have had to request the telephone lists of Juan CHAVEZ and Jairo



28

10:20

**Eduardo PI**

Thank you
7:46 AM ✓✓

Ok. I wait for you
12:45 PM ✓✓

I have had to request the telephone lists of Juan CHAVEZ and Jairo Espinoza Jimenez to locate them by means of their telephone coordinates.
1:02 PM ✓✓

Sat, Apr 23

We have already tried to obtain Jairo's address at the university where he studies, but in no way have they been able to provide it to us.
10:18 AM ✓✓

We have to finish everything before June 1st. This is the deadline for collection of evidence in this case. I hope you can do it.
10:34 PM ✓✓

Tue, Apr 26

Good morning, Eduardo. How are you? I hope you are
✓✓





29

**Eduardo PI**

Tue, Apr 26

Good morning, Eduardo. How are you? I hope you are making progress with our students in Pueblo. I do not want to distract you from this critical mission, but it would be very useful for my attorney if you could find if the fifth passenger, Federico Quintana, lives at the address in Mexico City he gave us. If he lives there, we can make an appointment with him through the Hague Convention. If he does not live there, this will help our argument before the court that this witness is committing perjury. In any case, it would be very useful to know if this address is correct or not. Could you find it out as soon as possible? Thank you.

9:00 AM ✓✓

Ok Troy. And about Mr. Quintana we have already been at the building, but they are very exclusive and have very strict filters for people and do not give information about anything, but we have ways to get the data





10:20

**Eduardo PI**

*informes de nada pero tenemos*

ways to get the data we require. I think I will finish this week.
Regards

3:56 PM ✓✓

Eduardo, I have another project for you now. I
thought that the private investigator I have in Miami
could do this, but today I found out that he cannot. I
need to find out something about Carlos Merino, the
flight assistant that falsely accused me of hitting him.
He says he is currently working for TV Azteca in
Mexico City. He claims that he has worked for them
as a news anchor since 2015. I think this is false. I do
not think he has ever worked for them. Is this
something you could find out for me? Could you
verify the employment of someone in TV Azteca? Or
do you know of someone who can do this?

4:47 PM ✓✓

I will try to get that data.

5:04 PM ✓✓

Give me the maternal last name of Mr.





10:20

Eduardo PI

*31*

Give me the maternal last name of Mr. Carlos Merino and if you could get his Mexican mobile phone number it would be great, and it can be registered in the lawsuit.

5:08 PM ✓✓

He lives in Miami. And now he is a United States resident. He has an American mobile phone number. I do not think he has a Mexican telephone. I will show you his LinkedIn Profile and you will understand. He says he now works for TV Azteca, but I am almost sure that this is not true. I was going to pay the investigator here in Miami $850 dollars in order to verify that he does not work there. But he cannot do it. If he can verify that he does not work there, it is worth more than $850. If he does not work there, he will prove that he is a liar.

5:17 PM ✓✓







If you look at his education, it says that he studied at Miami University and the other Carson radio broadcasting school. We have discovered that both were lies. He never went to any school. Well, if we can confirm that he has never worked for TV Azteca, then he would certainly prove that he cannot tell the truth and his attestation in the trial will be challenged. But anything we discover will have to be





**Eduardo PI**

worked for TV Azteca, then he would certainly prove that he cannot tell the truth and his attestation in the trial will be challenged. But anything we discover will have to be documented in a manner in which I can present it in court. Do you understand?

5:24 PM ✓✓

Please find out the maternal last name of Carlos Merino

5:32 PM ✓✓

I have only Carlos Adán Merino. I have his birth date, his address in Miami

5:36 PM ✓✓

This is because in Mexico both last names are required, as there are many homonyms in the national databases.

5:41 PM ✓✓

I will see what I can find out. Focus on the students and after that we can focus on Mr. Merino

5:44 PM ✓✓

Thu, May 5





10:20

**Eduardo PI**

34

Merino
5:44 PM ✓✓

Thu, May 5

At last, I have the location of Jairo and he is not in Puebla
anymore, he moved to another state and changed his job,
but I have it and I will go to where he is to speak with him.
2:35 PM ✓✓

Fantastic
2:35 PM ✓✓

And first I have to make sure that he is there.
2:36 PM ✓✓

Okay
2:37 PM ✓✓

Troy, good night, Hernandez is in Texas and will return until
July.
9:21 PM ✓✓

Where in Texas? Can we visit him there?
9:22 PM ✓✓

And he is willing to declare before a Notary what he found,
and it was





**10:21**

**Eduardo PI**

Where in Texas? Can we visit him there?
9:22 PM ✓✓

And he is willing to declare before a Notary what he found, and it was that the flight attendant himself told him that the passenger that got off was because he did not want to carry his suitcase up and he hit him with it.
9:25 PM ✓✓

What is best? That you meet with him or with me?
10:07 PM ✓✓

With you or with your attorney, because I told him that we wanted him to declare before a Notary what he found out
10:10 PM ✓✓

I prefer to take him to Mexico to meet with you and finish everything. Is that possible?
10:16 PM ✓✓

No! He is working in Austin TX. He is a Chemical Engineer.
10:18 PM ✓✓

I still have to work on Jairo, as he is the one that spoke about the incident with the passenger that you got.





10:21

36

**Eduardo PI**

I prefer to take him to Mexico to meet with you and finish everything. Is that possible?
10:16 PM ✓✓

No! He is working in Austin TX. He is a Chemical Engineer.
10:18 PM ✓✓

I still have to work on Jairo, as he is the one that spoke about the incident with the passenger that you got.
10:19 PM ✓✓

Ok, then will you work on Jairo? And I go to Austin?
10:20 PM ✓✓

Fri, May 6

Eduardo, while I wait for my attorney, will you keep working with the student in Pueblo? Will you visit him in person? Can you see if you persuade him to help us?
10:18 AM ✓✓

Of course, I will.
10:51 AM ✓✓

I went to the town where he is supposed to live, and it is an area with many businesses that have to be checked





**Eduardo PI**

Of course, I will.

10:51 AM ✓✓

I went to the town where he is supposed to live, and it is an area with many businesses that have to be checked to locate him and speak with him. I think I can contact him on Monday.

6:51 PM ✓✓

Sat, May 7

Good morning, Eduardo, could you send me am email telling me what Hernandez told you? A brief statement is all I need. In case you have lost it, my email address is troymf1@gmail.com

7:56 AM ✓✓

Sun, May 8

To what email address and in what language do you want me to send it?

2:08 AM ✓✓

troymf1@gmail.com

9:38 AM ✓✓

English is best





*38*

**Eduardo PI**

To what email address and in what language do you want me to send it?

2:08 AM ✓✓

troymf1@gmail.com
9:38 AM ✓✓

English is best
9:38 AM ✓✓

Ok.

9:41 AM ✓✓

I do not have my computer here.
7:00 PM ✓✓

It is at my office, and I am in Hidalgo trying to find Jairo personally. But I am going to return to Mexico now.
7:01 PM ✓✓

Wed, May 11

Hello, Eduardo. I am only checking you. Any other progress?
2:39 PM ✓✓

We returned to Atotonilco to locate him and the place where he supposedly sleeps at is not there, it is closed and it is practically a market where many people move about, and I am checking again.





**10:21**

**Eduardo PI**

Hello Eduardo, I am only checking. Any other advance?

2:39 PM ✓✓

We came back to Atotonilco to find it and the place where it is supposed that he sleeps it not there; it is closed, and it is practically a market where there are many people moving, and I am checking coordinates again to see his movements and schedules.

2:43 PM

And this is in the state of Hidalgo in the mountains,

2:45 PM

If we do not find him today, I will communicate with him directly on his phone

2:46 PM

Tue, May 17

I also need the information of Federico Quintana-Vallejo. Do you remember? When I met you in Mexico City, I gave you his information and I asked you to confirm his address. Can you follow up on this? I really need





Quintana-Vallejo. Do you remember? When I met you in Mexico City, I gave you his information and I asked you to confirm his address. Can you follow up on this? I really need to know where Quintana is living.

9:26 AM ✓✓



Is this the Federico Quintana Vallejo that we should investigate?

1:57 PM

Yes





Yes
1:57 PM ✓✓

Who is he? Why is he important?
1:58 PM



Current photo
1:58 PM ✓✓

The most important is to find the address of his house. Does he live in that address I gave you? If not, does he live in another address?
1:59 PM ✓✓

What is his relationship with the event?
2:01 PM

He was a passenger; he was a friend of the flight attendant, and his stepfather was





10:22

Eduardo PI

What is his relationship with the event?
2:01 PM

He was a passenger; he was a friend of
the flight attendant, and his stepfather
was an employee of the airline. He lied
about what he saw and lied about his
father, now he is hiding from us
because he does not want to testify in
court where we can question him in
front of a jury. I need to find him. We
think that he is still in USA, but we need
to be sure.
2:06 PM ✓✓

The telephone number is Mexican or
American
2:24 PM

American
2:25 PM

He must have a Mexican number, could
you find it? With that I can find him where
he is.
3:12 PM

We spoke about this when I was there,
the only number I have is





10:22

**Eduardo PI**

We spoke about this when I was there, the only number I have is his American mobile number, I do not think he has a Mexican number

3:14 PM ✓✓

But, you know, I am asking you because I need that information and as much as my head can hold, there are things that we cannot hold and more when I have several investigations and controls. That is why I am asking you, in order to be sure about what I am doing in the moment.

3:19 PM

And I do think that he has a Mexican number due to the address you gave me as his address

3:29 PM

Here many people, mainly those who have an address in other country and Mexico have the 3 lines in order to avoid roaming

3:32 PM

I understand, that is why I did not follow him. I wanted you to focus on students first, but now





44

**Eduardo PI**

I understand, that is why I did not follow him. I wanted you to focus on students first, but now we need to find Federico, if possible.

3:32 PM ✓✓

We are on that.

3:33 PM

I understand, but I only have his number of USA.

3:33 PM ✓✓

But I do not have it.

3:34 PM ✓✓

I insist, if he had a Mexican number, it would be very quickly to find him and keep him localized

3:35 PM

Eduardo. Federico testified that he gives particular English classes to people from Mexico City. Can you make some arrangements so that a young woman can call him and ask him and asks him for English lessons? I will pay the lessons and then we can find out where he lives and if he is in Mexico City now.

5:10 PM

For giving classes he needs a





**Eduardo PI**

Mexico City now.

5:10 PM ✓✓

For giving classes he needs a telephone number to contact him, try to get it.

5:15 PM

Yes. Use the American mobile number I gave you, don't you have it?

5:16 PM ✓✓

<u>786-593-4057</u>

5:18 PM ✓✓

Sun, May 22

First, we have to find him, I will send him a gift in order to find him in the apartment you sent me as his address. See what other data you have from him to provide his location, mainly his mobile number.

2:09 PM

You know what, you are my client and I consider you, not only for that, but because I have you listed as a good person and with personality, but not aggressive. Regards Troy.

2:12 PM





**Eduardo PI**

786-593-4057

2:15 PM ✓✓

Only number we have for Federico
2:15 PM ✓✓

Eduardo PI
You know what, you are my client and I consider you, not only for that, but because I have you listed as a good person and...

Thanks. It is important
2:15 PM ✓✓

But the number is American.
2:16 PM

It is not Mexican, and I cannot ask for that one.
2:17 PM

Tue, May 24

The address you gave me of Federico Quintana is not correct, they do not know him and there is no person in that housing complex with that name, please check it
12:32 PM

Fri, Jun 3

Troy, do you know who a certain





**Eduardo PI**

Fri, Jun 3

Troy, do you know who a certain Mauricio
Fernández is? Why does John tell me
That person has tried to contact him, and
thinks it is about the same issue.

6:24 PM

Tue, Jun 7

Good news Troy, neither of the 2, Juan
and Jairo, had any relationship with this
Mauricio Fernández, he wrote them a
letter requesting their collaboration and
the 2 refused and Juan is going to send
me the correspondence he had with him.

5:22 PM

Please ask Juan about any other emails
with the airline? And ask him about the
statement on March 1st? Ask him if the
airline is lying? Or is there an email? Can
he send us that email from March 1st?

5:52 PM

I'm waiting to see what he sends me?





**10:23**

**Eduardo Pl**

I'm waiting to see what he sends me?
5:56 PM

Okay
5:56 PM

Good afternoon, Juan, I hope you are doing really well.

As I told you some days ago, my name is Mauricio Fernández, and I represent one of the most prestigious Law Firms in matters of foreign investment in Mexico. The reason of this message is to tell you that we are the correspondents of Buchanan Ingersoll & Rooney PC., important Law Firm in Fort Lauderdale, United States, which represents American Airlines in the State of Florida. At the request of the Law Firm Buchanan Ingersoll & Rooney PC, we have been assigned the task of respectfully communicating with you in order to request your cooperation to bring justice to the incident





10:23

Eduardo PI

of respectfully communicating with you in order to request your cooperation to bring justice to the incident occurred in the flight of American Airlines where I understand you were traveling, where a person reacted inexplicably aggressive throwing his Laptop at one of the flight attendants of said flight, person who resulted injured and who filed charges against the person who hurt her.

Basically, we would only need that you state as a qualified witness, what you witnessed on that day of the unfortunate event, either in person or by means of a videoconference through an official platform used by the Local Authority in United States. If you choose the first option, we could agree on the date of the Hearing and we would pay you the flight in full (round trip), travel expenses and lodging to the





10:23

Eduardo PI

in full (round trip), travel expenses and lodging to the City of Miami in order to carry out your testimony, or in the second case, we would only ask you the necessary time for presenting the hearing virtually in the place you deem convenient.

Please, I beg you to consider the options abovementioned, since…
Read more

6:14 PM

This is the writing sent to Juan and Jairo

6:15 PM

Good afternoon, Juan, I hope you are very well. As I told you a few days ago, my name is Mauricio Fernández, and I represent one of the most prestigious Law Firms in foreign investment matters in Mexico. The reason for this letter is to tell you that we are correspondents for Buchanan Ingersoll & Rooney PC., an important legal firm in Fort





correspondents for Buchanan Ingersoll & Rooney PC., an important legal firm in Fort Lauderdale, United States, which represents American Airlines in the State of Florida. At the request of the Buchanan Ingersoll & Rooney PC Law Firm, we have been entrusted with the task of communicating with you in the most respectful manner in order to request your collaboration to do justice in the incident that occurred on the American Airlines flight in which I understand your you were traveling, where a person inexplicably reacted violently by throwing his Lap Top at one of the flight attendants of said flight, a person who was injured and who filed charges against the person who hurt her. Specifically, we would only require you to State as a quality witness, what you witnessed on the day of the unfortunate event before the corresponding authority, either in person, or through a videoconference through an





10:23

Eduardo PI

52

person, or through a videoconference through an official platform used by the Local Authority in the United States. If you opt for the first option, we would agree on the date of the Hearing and you would be paid in full for the flight (round trip), travel expenses and lodging to the City of Miami to be able to carry out your testimony, or in the second case would be to steal only the time necessary for the audience to vent virtually in the place that is convenient for you. Please, I beg you to consider the options outlined above, since it is important that justice is done in this matter and your evidence is decisive. If it seems good to you and you feel comfortable, we could have a videoconference with you, the President of my Law Firm Ernesto Velarde, and a server, with the intention that you get to know...
Read more

6:15 PM

Wow

6:16 PM ✓✓





Read more
6:15 PM

Wow
6:16 PM ✓✓

This is the letter that Mauricio sent to Juan
and Jairo
6:16 PM

A letter or a text message?
6:17 PM ✓✓

A message
6:17 PM

No email?
6:17 PM ✓✓

I'll ask Juan, but I think it was a WhatsApp
6:19 PM

But I really need the Juan's emails with
the airline
6:20 PM ✓✓

I've already ordered them, and I think he's
going to send them to me.
6:21 PM

I will tell him that with great tact because
he is a very serious person
6:23 PM

I understand





10:24

Eduardo PI

because he is a very serious person.
6:23 PM

I understand
6:23 PM ✓✓

Mauricio, good day! To be honest I would
not like to be involved in that situation, I
am a little busy right now. An apology.
6:52 PM

Hello Juan, thank you for your
communication. I respect a lot your
decision, believe me that the last thing we
want is to bother you, however I beg you
that at least we could, or you could talk no
more than 5 minutes with Attorney Ernesto
Velarde, holder of our law firm.

Do you have an opportunity?
6:53 PM

Here you have the only thing I talked to
Attorney Mauricio.
6:54 PM

This is today?
6:54 PM ✓✓





55

Eduardo PI

This is today?

6:54 PM ✓✓

Good morning Mauritius! The truth is that I would not like to get into that situation, right now I am a bit busy Apologies [6/7 17:53]
Edward: L Hi John, thanks for getting in touch. I very much respect your decision, believe me, the last thing we want is to bother you, however, I beg you to at least talk or talk for no more than 5 minutes with Mr. Ernesto Velarde, Head of our law firm. Do you have a chance?

6:56 PM

Here you have the only thing I talk about with Mr. Mauricio

7:03 PM

That is from Juan

7:04 PM ✓✓

Yes

7:05 PM

The first part is what Juan responds to Mauricio's request and the second part is what Mauricio insists to Juan to talk to the head of the law firm and he did not have





Yes

7:05 PM

The first part is what Juan responds to Mauricio's request and the second part is what Mauricio insists to Juan to talk to the head of the law firm and he did not have contact with him again.

7:08 PM

Under no circumstances can I think that a person can sign two contradictory documents one in relation to the other and, I believe that the lawyers are falsifying the data, because Jairo, due to his behavior, from my first attempts to contact him, his total ignorance to telephone calls, I think they screwed him up so much, he stopped answering his phone.

9:38 PM

Yes, I agree with you that they manipulated him. But he signed the statement

9:39 PM ✓✓

That did not happen, so I don't understand how the airline got Jairo to sign that statement?

9:45 PM ✓✓





10:24

Eduardo PI

That did not happen, so I don't understand how the airline got Jairo to sign that statement?
9:45 PM ✓✓

do you think you can find out?
9:46 PM ✓✓

I still think that it is a declaration that it is not true that Jairo signed it. You have wondered why they are presenting those documents right now that we are about them. If they did since last year.
9:57 PM

This was March 1st. They are showing us now because the judge ordered them to give us the statements
9:57 PM ✓✓

I just spoke with Juan, and he tells me that they sent him a document to his email for him to sign approximately 3 months ago and he read it but never signed it or even replied to them.
10:21 PM

I am completely sure that what he has signed me is the truth and only





even replied to them

10:21 pm

I am completely sure that what he has
signed me is the truth and only to confirm
it I am going to ask him for a copy of the
document they sent him for him to sign.

10:37 PM

That is the unsigned statement from
Juan according to the airline

10:49 PM ✓✓

What Juan has always told me is that the
Airline and Mauricio Fernández have
written him an email twice, this very
recently and it is the letter that I sent you,
where Mauricio requests an interview so
that his boss discusses the subject of the
letter. Which tells me that I did not actually
sign anything. I don't know what you think
about this.

10:57 PM

That is recently. But what about In
March? That is when the airline said
Juan gave them this statement. March
1st. Did Juan write any emails or speak
to them





**Eduardo PI**

That is recently. But what about in March? That is when the airline said Juan gave them this statement. March 1st. Did Juan write any emails or speak to them on the phone in March or in February? Why did the airline write this statement? Did Juan tell them this on the phone or write an email in March?

11:00 PM ✓✓

I am sure that the line sent him an email with the statement that favored them and that he never wrote a statement, much less signed it.

11:17 PM

Wed, Jun 8

*Forwarded*
Juan Hernández Declaratio...

2 pages • 25 KB • docx                    10:24 AM

*Forwarded*
This was the document they sent me, but I never signed it

10:24 AM





10:25

**Eduardo PI**

*Forwarded*
This was the document they sent me, but I never signed it

10:24 AM

Juan sent me this

10:25 AM

[8/6 09:24] Eduardo: That was the document they sent me, but I never signed it [8/6 09:24] Eduardo: Juan sent me this

10:26 AM

Can you read the document?

10:28 AM ✓✓

Do you see where it says many things that are contradicted in the statement Juan gave to us?

10:29 ✓✓

It says Juan never heard anything? And it says Juan witnessed me speaking aggressively to the flight attendant?

10:30 ✓✓

Yes, of course

10:30 AM

Can Juan explain his conversation with the other attorney? Why did they write that statement? Did





Eduardo PI

Yes, of course

10:30 AM

Can Juan explain his conversations
with the other attorney? Why did they
write that statement? Did Juan tell them
those things or did the airline lie?

10:33 AM ✓✓

That document was sent by the airline to
his email, but HE NEVER SIGNED IT

10:34 AM

I know Eduardo

10:34 ✓✓

But did he tell them that in an email or on
the phone?

10:34 ✓✓

I believe the airline is lying. But I need to
know for certain or else I could get in
serious trouble. I need Juan to confirm
they are lying. Will Juan confirm they are
lying?

10:51 AM ✓✓

I just spoke with Juan, and he is willing to
sign a document in which he denies the
line and States that 0 he did not sign the
document because what they say in it is
not





10:25

**Eduardo PI**

62

I just spoke with Juan, and he is willing to sign a document in which he denies the line and states that he did not sign the document because what they say in it is not true

10:58 AM

Can you get Juan to put in writing everything he told them? Exactly what he told them?

11:16 AM ✓✓

Yes

11:19 AM

Better than what you want, I am going, in some way, to ask Juan to tell us before a notary that he did not sign anything because he did not agree with what they sent him as a declaration and on the other hand that he never accepted or informed anyone what happened on the plane that day. Reaffirming the statement made before a notary.

12:42 PM

A notary is not necessary

12:42 PM

Just a signed statement is





10:25

**Eduardo PI**

*63*

A notary is not necessary
12:42 PM ✓✓

Just a signed statement is sufficient
12:43 PM ✓✓

So let him write to me as the events unfolded because, according to what Juan says, the airline is lying
12:45 PM

I need a screenshot of the message from Mauricio to Juan
1:31 PM

Can you screenshot that message now and send it to me?
1:31 PM ✓✓

What messages?
1:33 PM

Eduardo PI
Good afternoon Juan, I hope you are doing really well

This message
2:02 PM

I need a screenshot showing it's from Juan



10:25 ⏤

**Eduardo PI**

Eduardo PI
Good afternoon Juan, I hope you are
doing really well

This message
2:02 PM ✓✓

I need a screenshot showing it's from
Juan
2:03 PM ✓✓

Can you screenshot it in Spanish?
2:12 PM ✓✓

Everything I send you
2:19 PM ✓✓

Okay don't worry
2:19 PM ✓✓

My attorney is drafting an affidavit he
will need you to sign ✓✓
2:20 PM ✓✓

It is for that message. He wants you to
confirm it is from Juan
2:20 PM ✓✓

Yes okey
2:21 PM

At your service
2:21 PM

I just sent you an email with a statement
from Juan.
2:59 PM



10:26

Eduardo PI

I just sent you an email with a statement from Juan.
2:59 PM

Okay
2:59 PM ✓✓

But, as Juan says, they pressure them until they sign what they send them. But we have to point out the lie that Juan accepted that same letter and there you have it, from his email what he refers to the intervention of the Airline. I believe that with this you can deduce the pressure of that company on passengers.
3:08 PM

*Forwarded*









Sat, Jun 11

Good morning Eduardo. I hope you are having a great day. I have a request for you this morning. Can you investigate and collect all the information you can on Mauricio and the Mexican law firm which is trying to contact Juan? I need to know all about them. As much as you can know. Who are they? Who is the President of the firm offering to meet Juan? Who is Mauricio? Etc. Everything you can discover.

10:22 AM ✓✓

And I need your opinion on the offer that this firm was making to Juan. The airline interviewed and made false statements for Juan and Jairo in March. But they never tried to put them in video at that time. Now this new firm is trying to do it. This is very suspicious to me. If the airline wanted a





And I need your opinion on the offer that this firm was making to Juan. The airline interviewed and made false statements for Juan and Jairo in March. But they never tried to put them in video at that time. Now this new firm is trying to do it. This is very suspicious to me. If the airline wanted a statement in video, why didn't they ask it to Juan and Jairo in March? Why did they wait until now when it is almost too late to get one? And why would they hire a Mexican law firm when they could ask for one themselves? I think that the airline hired the Mexican firm in order to bribe Juan and Jairo for their testimony. The messages of Mauricio also lead me to this conclusion. What is your opinion? Do you think that it is also possible that this new firm is trying to bribe Juan and Jairo in order to obtain a favorable testimony?





**Eduardo PI**

trying to bribe Juan and Jairo in order to obtain a favorable testimony?

10:29 AM ✓✓

Yes, I can but it takes time and I need to ask for collaborations from databases.

10:30 AM

I am trying to find out who these people are, but it is obvious to me that they represent the American firm because the information they told Juan is true, but I am trying to locate a law firm with the names they gave.

2:48 PM

But today and tomorrow everything is closed, and they don't work

2:49 PM

I will await your evaluation

3:05 PM ✓✓

Tomorrow I will give you my opinion regarding the people who put pressure on Juan and who have already obtained his statement from Jairo.

4:33 PM



10:26 ⏱

Eduardo PI

from Jairo

4:33 PM

Sun, Jun 12

> David will call you by phone with a translator. He could also ask you your information. I do not know, but be prepared, they could ask for credentials or if you are certified by the government, etc.
>
> 7:36 PM ✓✓

I am a professional criminologist, I am not an investigator, so I do not require government permission.

7:40 PM

> Did you tell me that you are registered in the embassy of the United States?
>
> 7:41 PM ✓✓

Yes, as a researcher and they send me work from there.

7:43 PM

For about 50 years I registered

7:44 PM

> You are a doctor, yes?
>
> 7:45 PM ✓✓



Eduardo PI

You are a doctor, yes?

7:45 PM ✓✓

Yes

7:45 PM

What degree? Criminology?

7:45 PM ✓✓

Yes

7:46 PM

David needs to make certain Juan reads English and understood what he was signing

7:48 PM ✓✓

Yes, Juan speaks English, writes, reads, and understands it perfectly.

7:53 PM

After we talked and he agreed to notarize his statement, he went directly to the notary and there the notary took his statement and certified it. What more security do you want that he did that of his own free will.

7:58 PM

The concern is the translation. [*illegible*] security. They need to make certain Juan understood what he





10:26

**Eduardo PI**

71

The concern is the translation. Not security. They need to make certain Juan understood what he signed.

7:59 PM ✓✓

Troy, I am in a meeting with my family, you can ask me your concerns tomorrow when I am in my office, please. Thank you.

8:21 PM

Sorry to bother you. Will you be with your family tomorrow?

8:23 PM ✓✓

I am telling you that I will answer your concerns tomorrow when I am in my office.

8:24 PM

Thank you

8:25 PM ✓✓

Mon, Jun 13

How long will you be in the office? They are trying to finish this now and send it to you to sign

2:50 PM ✓✓





10:27

**Eduardo PI**

72

Mon, Jun 13

How long will you be in the office? They are trying to finish this now and send it to you to sign

2:50 PM ✓✓

I will be here until 3:30 p.m.

2:55 PM

Okay please be watching for this statement. They need it signed and returned today if it is possible. You should get it in the next few moments

2:56 PM ✓✓

I'll be here until 3:30 p.m.

2:57 PM

Okay sign it and email it back to me. Please

3:38 PM ✓✓

Ok, no problem.

3:39 PM

you have it via email
3:40 PM ✓✓

You sent me 2 sheets. How do I make it go backwards and forwards?

4:03 PM



10:27

**Eduardo PI**

You sent me 2 sheets. How do I make it
go backwards and forwards?
4:03 PM

It should be one document
4:04 PM ✓✓

Well, put all the writing that fits on a single
sheet
4:05 PM

You sent me 2 sheets, not in one. Send
me the one you're showing me, and I'll
return that one to you.
4:10 PM

I will create a new one and send to you
again
4:15 PM ✓✓

Okay check email now
4:26 PM ✓✓

Ok.
4:28 PM

Mon, Jun 20

Missed video call at 11:34 AM

Yesterday





10:27

**Eduardo PI**

74

Missed video call at 11:34 AM

Yesterday

Today someone called my office who said
he was a lawyer, named Mauricio, and
asked for office hours to make an
appointment. I hadn't linked him with the
Airline lawyers until now that you
mentioned them. I'm going to be careful
12:23 AM

That's the guy who was harassing Juan
and Jairo
8:07 AM ✓✓

Good morning Troy, he called my office
and only asked about customer service
hours, I have to wait for him to do what he
has planned because they didn't take the
entry number because we don't have an
identifier there to save them
8:45 AM

Eduardo my lawyers just told me the
airline lawyers are attacking you and
alleging you tampered





10:27 ✈

**Eduardo PI**

75

> Eduardo my lawyers just told me the airline lawyers are attacking you and alleging you tampered with witnesses. It is bullshit and only a diversion. But you should be aware of it
>
> 4:17 PM ✓✓

So now the lawsuit is with me?
4:56 PM

> No
>
> 4:56 PM ✓✓

> It is with me
>
> 4:56 PM ✓✓

> Tomorrow I will know everything. Tomorrow they are required to show us their evidence and their response.
>
> 5:37 PM ✓✓

Indeed, Juan answered their request to serve as a witness but, refusing to do so.
5:54 PM

> Yes. And they had exclusive access to Juan and Jairo for two months before you first contacted Juan. And you have never spoken to Jairo. To allege that you tampered with their witnesses is





10:27

**Eduardo PI**

So now the lawsuit is with me?
4:56 PM

No
4:56 PM ✓✓

It is with me
4:56 PM ✓✓

Tomorrow I will know everything. Tomorrow they are required to show us their evidence and their response.
5:37 PM ✓✓

Indeed, Juan answered their request to serve as a witness but, refusing to do so.
5:54 PM

Yes. And they had exclusive access to Juan and Jairo for two months before you first contacted Juan. And you have never spoken to Jairo. To allege that you tampered with their witnesses is ridiculous. If they had not tried to force Juan to lie, then he would not have stopped speaking to them. You had nothing to do with it.
5:57 PM ✓✓

Exactly!
6:03 PM





**Certified Translation**

# Certificate of Accuracy

Grisell Rivero
Translator/Interpreter

Translated document: Conversations taken from a messaging mobile application of Eduardo PI regarding an accident occurred on a plane and the search of the persons involved.

As a translator for Day Translations, Inc., I, Grisell Rivero, declare that I am a bilingual translator who is thoroughly familiar with the English and Spanish languages. I have translated the attached document to the best of my knowledge from Spanish into English and the English text is an accurate and true translation of the original document presented to the best of my knowledge and belief.

Signed on July 22, 2022

*Grisell Rivero*

———————————————

Grisell Rivero








2202 N Westshore Blvd., #200 Tampa, FL 33607 | Toll Free: 1-800-969-6853  Fax: 1-800-856-2759
E-mail: contact@daytranslations.com | www.daytranslations.com
