# EXHIBIT A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

TROY CLOWDUS,

    Plaintiff,

                              Civil Action No.: 1:21-cv-23155-MM

v.

AMERICAN AIRLINES, INC.,

    Defendant.                      /

## DEFENDANT AMERICAN AIRLINES' RESPONSE TO PLAINTIFF'S EIGHTH REQUEST FOR THE PRODUCTION OF DOCUMENTS

Defendant, AMERICAN AIRLINES, INC. ("**Defendant**" or "**AA**"), by and through its undersigned counsel and pursuant to Rule 34 of the Federal Rules of Civil Procedure, responds to Plaintiff, TROY CLOWDUS' ("**Plaintiff**" or "**Clowdus**") Seventh Request for Production of Documents, as follows:

### RESPONSES AND OBJECTIONS TO REQUESTS

1. Copies of all written or electronic correspondence, contracts, notes, text messages and communications of any kind between Ernesto Velarde-Danache, Inc. and any of its partners, attorneys, employees, or agents Buchanan Ingersoll & Rooney and any of its partners, attorneys, employees, or agents concerning this case.

**RESPONSE:**

**Defendant objects to this RFP as untimely in that it was served on Defendant less than 30 days before the discovery completion date imposed by this Court's Paperless Order Scheduling Trial in Miami [DE 12] ("Scheduling Order"). Pursuant to the Scheduling Order, all "discovery, including expert discovery, shall be completed one hundred (100) days prior to the date of trial." [DE 12]. This case is set on the two-week trial period**

commencing on October 24, 2022 and thus the discovery completion date was July 15, 2022. See also, L.R. 26.1(d) which provides that "written discovery requests and subpoenas seeking the production of documents must be served in sufficient time that the <u>response</u> is due on or before the discovery cutoff date."

However, Plaintiff served this RFP on Defendant on <u>June 22, 2022</u>, making AA's responses due on July 22, 2022 – one week after the discovery completion date. As such, this RFP was untimely and in violation of L.R. 26.1(d), and warrants no response. *See* L.R. 26.1(d) ("Failure by the party seeking discovery to comply with this paragraph obviates the need to respond or object to the discovery, appear at the deposition, or move for a protective order.")

2. Copies of all written or electronic correspondence, contracts, notes, text messages and communications of any kind between Ernesto Velarde-Danache, Inc. and any potential witnesses in this case.

**RESPONSE:**

Defendant objects to this RFP as untimely in that it was served on Defendant less than 30 days before the discovery completion date imposed by this Court's Paperless Order Scheduling Trial in Miami [DE 12] ("Scheduling Order"). Pursuant to the Scheduling Order, all "discovery, including expert discovery, shall be <u>completed</u> one hundred (100) days prior to the date of trial." [DE 12]. This case is set on the two-week trial period commencing on October 24, 2022 and thus the discovery completion date was July 15, 2022. See also, L.R. 26.1(d) which provides that "written discovery requests and subpoenas

seeking the production of documents must be served in sufficient time that the **response** is due on or before the discovery cutoff date."

However, Plaintiff served this RFP on Defendant on **June 22, 2022**, making AA's responses due on July 22, 2022 – one week after the discovery completion date. As such, this RFP was untimely and in violation of L.R. 26.1(d), and warrants no response. *See* L.R. 26.1(d) ("Failure by the party seeking discovery to comply with this paragraph obviates the need to respond or object to the discovery, appear at the deposition, or move for a protective order.")

3. Copies of all written or electronic correspondence, contracts, notes, text messages and communications of any kind between Ernesto Velarde-Danache, Inc. and any persons who AA communicated with concerning any matters in this case.

**RESPONSE:**

Defendant objects to this RFP as untimely in that it was served on Defendant less than 30 days before the discovery completion date imposed by this Court's Paperless Order Scheduling Trial in Miami [DE 12] ("Scheduling Order"). Pursuant to the Scheduling Order, all "discovery, including expert discovery, shall be **completed** one hundred (100) days prior to the date of trial." [DE 12]. This case is set on the two-week trial period commencing on October 24, 2022 and thus the discovery completion date was July 15, 2022. See also, L.R. 26.1(d) which provides that "written discovery requests and subpoenas seeking the production of documents must be served in sufficient time that the **response** is due on or before the discovery cutoff date."

However, Plaintiff served this RFP on Defendant on **June 22, 2022**, making AA's responses due on July 22, 2022 – one week after the discovery completion date. As such,

**this RFP was untimely and in violation of L.R. 26.1(d), and warrants no response.** *See* **L.R. 26.1(d) ("Failure by the party seeking discovery to comply with this paragraph obviates the need to respond or object to the discovery, appear at the deposition, or move for a protective order.")**

DATED on this 22nd of July 2022.

                          Respectfully submitted,

                          By:     /s/ *Kelly H. Kolb*
                              Kelly H. Kolb, Esq.
                              Florida Bar No. 0343330
                              Robert Pecchio, Esq.
                              Florida Bar No. 1005955
                              **BUCHANAN INGERSOLL & ROONEY, PC**
                              401 E. Las Olas Boulevard, Suite 2250
                              Fort Lauderdale, FL 33301-4251
                              Tel:  (954) 468-2300
                              E-mail: kelly.kolb@bipc.com
                              E-mail: Robert.pecchio@bipc.com
                              *Counsel for Defendant*

### CERTIFICATE OF SERVICE

     I hereby certify that on July 22, 2022, the foregoing Defendant's Response to Plaintiff's Sixth Request for Production was served in accordance with the Federal Rules of Civil procedure and/or the Southern District of Florida's Local Rules via Electronic Service via e-mail upon the following parties and participants.

                          By:     */s/Kelly H. Kolb*
                              Kelly H. Kolb

**SERVICE LIST:**

William T. Woodrow III
250 West Main Street, Suite 201
Charlottesville, VA 22902
Tel:  (855) 275-7378
E-mail:  will@stoneandwoodrowlaw.com

Rook Elizabeth Ringer
LENTO LAW GROUP
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
Tel:  (904) 602-9400
E-mail:  reringer@lentolawgroup.com


David Pollack
POLLACK LAW FIRM
75 Valencia Avenue, Suite 100
Coral Gables, FL 33134
Tel:  (305) 372-5900
E-mail: david@davidpollacklaw.com


*Counsel for Plaintiff*