UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-23155-MM

TROY CLOWDUS,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,
    Defendants.
_____/

## MEDIATION REPORT

This matter was mediated on Thursday, July 28, 2022. All counsel and parties were present. The mediation resulted in an impasse.

    Respectfully submitted,
    THOMAS E. SCOTT, ESQUIRE
    COLE, SCOTT & KISSANE, P.A.
    Cole, Scott & Kissane Building – Suite 1400
    9150 South Dadeland Boulevard
    Miami, Florida 33156
    Phone: (305) 350-5300

    By:   /s/ Thomas E. Scott
      THOMAS E. SCOTT (FBN: 149100)
      Primary email: Thomas.scott@csklegal.com
      Secondary email: renee.jordan@csklegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system and will be furnished through the CM/ECF system on counsel of record this 28th day of July, 2022.

    */s/Thomas E. Scott*
    Mediator