DocuSign Envelope ID: A4006B10-3E0A-4724-9D2D-7C8C234B453D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23155-KMM

TROY CLOWDUS

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.

    Defendant.

_____/

### DECLARATION OF AMERICAN AIRLINE'S REGIONAL CORPORATE SECURITY MANAGER OF INVESTIGATIONS, JOHN KIRBY

    John Kirby, pursuant to 28 U.S.C. §1746, does hereby state under penalty of perjury that the following is true and correct:

    1.    My name is John Kirby. I am over 18 years of age. I have personal knowledge of the matters stated below.

    2.    I am Regional Corporate Security Manager of Investigations for American Airlines ("**AA**"). I have been employed by AA in that capacity since September 2017.

    3.    In this position, I oversee a group of AA Corporate Security Investigators who conduct and review investigations into a broad range of AA security issues, including investigations into reported on-board customer misconduct.

    4.    I am also the Manager responsible for reviewing all investigatory reports for AA companywide and worldwide that require a determination as to whether to place an individual on AA's Internal Refuse List ("**IRL**") – i.e., the list of persons who are permanently prohibited from flying with AA.

EXHIBIT "A"

DocuSign Envelope ID: A4006B10-3E0A-4724-9D2D-7C8C234B453D

5. AA's Corporate Event Reporting System ("**CERS**") Manual, under AA's General Policies and Procedures, requires that all safety, security or medical events, including passenger disruption on-board flights, be reported via a CERS Report within 24 hours of the event or within 24 hours of the reporting party's return to the U.S. from an international sequence.

6. The CERS Manual requires that the flight attendants most involved in any such event complete a CERS Report. The CERS Report should include the flight attendants' observations and as many details as possible about the event, to facilitate any eventual investigation into the event.

7. Upon submission, the CERS Report is automatically sent to the Corporate Security Bureau in Dallas, Texas, ("**Dallas Bureau**"), and then transmitted by email to the Corporate Security region from where the CERS Report originated for investigation. Only people with an active role, duty, or interest in the investigation and/or a supervisory role are included in this transmitted email when it is sent to the investigating region and then assigned to an Investigator.

8. The assigned Corporate Security Investigator in that region will then review and investigate the CERS Report, and incorporate the CERS Report into his/her investigation into the incident that prompted the CERS Report.

9. This Investigator then compiles an IRL Packet, which is then forwarded to me by the Investigator if a determination needs to be made regarding whether the passenger involved should be placed on AA's IRL.

10. I received the IRL Packet from Corporate Security Investigator Aristides Maldonado ("**Maldonado**") which included the CERS Report filed by Flight Attendant Carlos Merino pursuant to the CERS Manual, related to Troy Clowdus ("**Clowdus**") and the incident

DocuSign Envelope ID: A4006B10-3E0A-4724-9D2D-7C8C234B453D

("**the Incident**") that occurred on AA's Flight 1303 from Miami to Mexico City on June 10, 2021 ("**the Flight**").

11. Maldonado sent this IRL Packet to me pursuant to his duties to investigate the Incident, and I received this IRL Packet in accordance with my duty to review AA's IRL Packets and make IRL determinations regarding same.

12. I reviewed the IRL Packet sent to me from Maldonado pursuant to my responsibilities for AA, and I made the determination to place Clowdus on AA's IRL pursuant to my duties.

13. I did not share this IRL determination with anyone outside of AA. AA does not share its IRL with external third parties or anyone outside AA.

14. Chris Reddig is an AA Corporate Security officer who works out of AA's Dallas Bureau. Mr. Reddig's job duties entail receiving submitted CERS Reports automatically transmitted to the Bureau and forwarding these Reports to the region where the Report will be investigated.

15. As stated above, CERS Reports are automatically received in the Dallas Bureau before they are transferred to the Corporate Security Investigator assigned to the relevant region.

16. It is standard operating procedure for Corporate Security officers at the Dallas Bureau, such as Reddig, to disseminate CERS Reports to the Corporate Security Investigator assigned to the region from where the CERS Report originated.

17. This Incident occurred in Maldonado's assigned region. It is therefore standard procedure that he would receive the CERS Report filed by Merino related to this Incident from an officer at the Dallas Bureau, such as Reddig. It is standard procedure that Maldonado would investigate the Incident and then transfer the IRL Packet to me for determination.

DocuSign Envelope ID: A4006B10-3E0A-4724-9D2D-7C8C234B453D

18.  I declare under penalty of perjury that the foregoing is true, correct and within my personal knowledge.

**DATED** on this the 5th day of August 2022.

*[DocuSigned by: F1D1BF978DD047F...]*

John Kirby