UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TROY CLOWDUS,

    Plaintiff,

CASE NO.: 1:21-cv-23155

v.

AMERICAN AIRLINES, INC.,

    Defendant.
_____/

## DEFENDANT AMERICAN AIRLINES' ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Defendant, AMERICAN AIRLINES, INC. ("Defendant"), by and through its undersigned counsel and pursuant to Rule 33 of the Federal Rules of Civil Procedure, responds to Plaintiff, TROY CLOWDUS' ("Plaintiff") First Set of Interrogatories as follows:

### OBJECTION TO DEFINITIONS

Defendant objects to the defined word "identify" when used in reference to a person as calling for the disclosure of the contact information for Defendant's principals and employees involved in the incident made the basis of this lawsuit. Plaintiff's counsel is prohibited from communicating with Defendant's management personnel and those involved in the incident regarding the claims in this lawsuit by Florida Rule of Professional Conduct 4-4.2, and the comments thereto. Further, Plaintiff's counsel has indicated his intention to name one of Defendant's flight attendants involved in the incident as an additional defendant. Thus, the disclosure contact information can only be calculated to assist or facilitate in the violation of Rule 4-4.2.

Defendant objects to the definition's requirement to disclose the driver's license number, date of birth and social security number of its employees as invasive of their rights to privacy, as

**EXHIBIT "B"**

(denying request for discovery of all discrimination claims, noting "a vague possibility that loose and sweeping discovery might turn up something . . . does not show . . . likely relevance that would require moving discovery beyond the natural focus of the inquiry"); *North River Ins. Co. v. Greater New York Mut. Ins. Co.*, 872 F. Supp. 1411, 1412 (E.D. Pa. 1995) (denying discovery of previous similar claims, since they "will necessarily involve totally different facts and circumstances," and since "such information not only is highly unlikely to have any relevance to (the claims at issue) but does not even appear reasonably calculated to lead to the discovery of admissible evidence", noting that "discovery of this material would properly be characterized as a fishing expedition, causing needless expense and burden to all concerned (such that) allowing such discovery would also run counter to the important but often neglected Rule 1 of the Federal Rules of Civil Procedure which requires that all rules shall be construed and administered to secure the just, speedy and inexpensive determination of every action.").

Defendant declines to respond to this interrogatory on the basis of the foregoing objections and is withholding responsive information on the basis of the foregoing objections.

16. Identify who outside of Defendant's organization is given access to its no fly list and what details are they given.

**ANSWER**:  Defendant objects to this interrogatory as being overbroad in that it is unlimited in time having any rational or reasonable connection to the parties' plead claims and defenses. Fed.R.Civ.P. 26(b)(1). *Henderson v Holiday CVS, LLC,* 269 F.R.D. 682, 688-689 (S.D. Fla. 2010)(discovery request for relevant documents "regardless of the date of the documents . . . is rejected as unreasonable").

Defendant does not share its internal refuse list with third parties.

**CALIFORNIA ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __Orange__ }

On __Dec. 20, 2021__ before me, __Roshelly Hernandez__,
        Date                                    Here Insert Name and Title of the Officer
personally appeared __John Kirby__,
                                Name(s) of Signer(s)

_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.



ROSHELLY HERNANDEZ
Notary Public - California
Orange County
Commission # 2327898
My Comm. Expires May 9, 2024

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _R. Hernandez_
              Signature of Notary Public

Place Notary Seal and/or Stamp Above

──────────────── OPTIONAL ────────────────
*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __U.S. District Court Verification__
Document Date: __12·20·2021__   Number of Pages: __2__
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____     Signer's Name: _____
☐ Corporate Officer – Title(s): _____   ☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General           ☐ Partner – ☐ Limited ☐ General
☐ Individual        ☐ Attorney in Fact    ☐ Individual        ☐ Attorney in Fact
☐ Trustee           ☐ Guardian or Conservator   ☐ Trustee   ☐ Guardian or Conservator
☐ Other: _____              ☐ Other: _____
Signer is Representing: _____   Signer is Representing: _____

©2019 National Notary Association

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TROY CLOWDUS, | : |
| Plaintiff, | : CIVIL ACTION |
| | : CASE NO. 1:21-cv-23155 |
| v. | : |
| AMERICAN AIRLINES, INC., | : |
| Defendant. | : |

## VERIFICATION

STATE OF California §
§
COUNTY OF § Orange

BEFORE ME, the undersigned Notary Public, on this date personally appeared John Kirby, known to me to be the person whose name is subscribed hereto and, after being duly sworn by me, upon his oath deposed and stated as follows:

"My name is John A. Kirby. I am over the age of 18 years. I am competent to make this oath. I have never been convicted of a felony or crime involving moral turpitude. I have personal knowledge of the facts, statements and assertions contained herein and they are true and correct.

I am employed as the Search Manager of American Airlines, Inc. and as such I have authority to provide this verification on behalf of American Airlines, Inc. I have reviewed the foregoing Defendant's Answer to Plaintiff's First Set of Interrogatories in the above-referenced lawsuit. The assertions, allegations and factual statements are true and correct."

Further, affiant sayeth not.

_____
John A. Kirby

Sworn to (or affirmed) and subscribed before me by means of ☒ physical presence or ☐ online notarization, this 12 day of 20 21 (year), by John Kirby.

_California, Rochelly Hernandez_
Notary Public, State of