Carlos Adan Merino
February 04, 2022

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

------------------------x

TROY CLOWDUS,                :

       Plaintiff,   : Civil Action No.:

  -vs-                       : 1:21-cv-23155-MM

AMERICAN AIRLINES INC.,:

       Defendant.   :

------------------------x


VIDEORECORDED VIDEOCONFERENCE DEPOSITION OF

CARLOS ADAN MERINO

APPEARING REMOTELY FROM

FORT LAUDERDALE, FLORIDA

February 4, 2022

10:02 a.m.






REPORTED BY:

Renee A. McDermed, RPR

APPEARING REMOTELY FROM FLOYD, VIRGINIA

U.S. Legal Support | www.uslegalsupport.com

**EXHIBIT "D"**

Carlos Adan Merino
February 04, 2022

Page 2

1  R E M O T E   A P P E A R A N C E S
2
3  ON BEHALF OF PLAINTIFF:
4      WILLIAM T. WOODROW, ESQUIRE
5      STONE & WOODROW LLP
6      250 West Main Street, Suite 201
7      Charlottesville, Virginia 22902
8      will@stoneandwoodrowlaw.com
9      (855) 275-7378
10
11 ON BEHALF OF DEFENDANT:
12     KELLY H. KOLB, ESQUIRE
13     BUCHANAN INGERSOLL & ROONEY
14     401 E. Las Olas Boulevard, Suite 2250
15     Fort Lauderdale, Florida 33301-4251
16     kelly.kolb@bipc.com
17     (954) 468-2300
18
19 VIDEOGRAPHER: Darrak Lighty
20
21
22
23
24
25

Page 3

1                I N D E X
2  Name of Witness                           Page
3  CARLOS ADAN MERINO
4  Examination
5  By Mr. Woodrow                               4
6
7            E X H I B I T S
8        (Attached to the Transcript)
9  Exhibit                                   Page
10 Exhibit A.........................................21
11    Five pages from Customer Service Manual
12 Exhibit B.........................................36
13    CERS Manual
14 Exhibit C.........................................51
15    CERS Report
16 Exhibit D.........................................99
17    Tour Report
18
19
20
21
22
23
24
25

Page 4

1          R E M O T E   P R O C E E D I N G S
2         (Witness's identification verified)
3
4          VIDEOGRAPHER: This is the remote
5  video deposition of Carlos Merino in the matter of
6  Troy Clowdus versus American Airlines. Today's date
7  is February 4th, 2022, and the time is 10:02 a.m.,
8  New York time. My name is Darrak Lighty with US
9  Legal Support, and I am the remote video technician.
10 The court reporter today is Renee McDermed, also
11 associated with US Legal Support. All participants
12 will be noted on the stenographic record, and now
13 the court reporter, with a slight stipulation, will
14 swear in the witness.
15
16            CARLOS ADAN MERINO,
17        was sworn and testified as follows:
18            E X A M I N A T I O N
19
20 BY MR. WOODROW:
21     Q    Are we ready to begin? Sorry, my bad.
22 Good morning, Mr. Merino.
23     A    Good morning, sir.
24     Q    Could you please state your full name
25 and address for the record?

Page 5

1      A    My name is Carlos Adan Merino, and my
2  address, I -- better not to say. I'm just going to
3  keep it.
4      Q    Okay. Your state -- state residence
5  is fine.
6      A    Florida and -- Miami, Florida.
7      Q    Okay. That's -- that's good enough.
8  My name is Will Woodrow, and I'm here on behalf of
9  Troy Clowdus, a passenger that you interacted with
10 back in June of 2021. A little bit about -- well,
11 have you ever given a deposition before?
12     A    No, sir. This is the first time.
13     Q    Okay.
14     A    Actually.
15     Q    Okay. Well, make sure you let me
16 finish my questions and that you fully understand
17 them before answering. You need to give verbal
18 responses for the court reporter. And your
19 testimony here today is given under the penalty of
20 perjury, so make sure your responses are truthful.
21 And just answer to the best of your ability. Okay?
22     A    (Nodding head).
23     Q    Are you on any medication today that
24 might affect your testimony?
25     A    No, sir.

Carlos Adan Merino
February 04, 2022

Page 10

1  please.
2      A      Yes, sir.  While -- when we started
3  boarding, a gentleman came aboard, and I saw him
4  putting his stuff away and things.  But normally --
5  he was on the first row on First Class.  And
6  normally, when that happens is like when people
7  don't know they have to put their bags in the
8  overhead bin.  It cannot be against the wall.
9              So normally, people, they bring a lot
10 of bags, and we run out of space very easily.  So
11 the first thing I did was just to go to him and ask
12 him that we had -- we didn't have any bags at that
13 moment, and we needed to put his bag up for taxi and
14 takeoff and landing.
15             And right after that, we started --
16 the rest of the passengers came on board, the same
17 thing with the other side.  I do that all the time
18 as a courtesy for passengers.  So during the
19 boarding process, I went to check some overhead bins
20 and things.  And, again, I had to ask this passenger
21 to put his bag up in the overhead bin, which he
22 didn't.
23             And he was -- he looked kind of mad or
24 some kind of -- he was -- he boarded the plane kind
25 of mad already.  He was not in a good mood.  So by

Page 11

1  the -- by the time we were about to close the door,
2  we were some minutes before closing door, I
3  noticed -- I have to check the cabin, the First
4  Class cabin.  So I notice again that -- that his bag
5  is down there.
6              The second time was behind -- he tried
7  to hide his -- the bag right behind his leg and then
8  to avoid to put the bag up in the overhead bin.  So
9  the third time, of course, I noticed all this
10 happening.  And I said, "Sir, you need to put your
11 bag up."
12             And the guy got so mad and frustrated.
13 So by that time, he grabbed -- he grabs his -- his
14 bag and toss it up on my stomach really, really hard
15 to the point that I lost my breath.
16             So the guy was mad.  The guy was rude,
17 and I lost my breath for some seconds.  And
18 immediately I said to him, "Sir, you just hit me."
19             I was expecting some kind of a
20 reaction, like kind of an apology or something that
21 probably -- I didn't do it on purpose or something,
22 but no, he was -- he -- his answer was, like, "No, I
23 didn't."  He started laughing, and he started, like,
24 making fun of the situation.
25             And some seconds passed by because I

Page 12

1  was trying to catch my breath.  So I grabbed the
2  bag, his bag that hit me right there, and I said,
3  "Sir, you just hit me."
4              And, again, he said, "No, I didn't."
5  And he started laughing again.  And -- but he was
6  looking straight to my eyes like with a -- like --
7  like a mean, mean guy.  I didn't do anything to him,
8  but just trying to put his bag up in the overhead
9  bin.
10             So I said for the third time, "Sir,
11 you just hit me."  Nothing happened.  So I said just
12 good enough.  And he hit a flight attendant, he hit
13 me, so I went to talk to the captain.  And at that
14 time, I went to talk to the captain, I explained him
15 what happened.
16             So the captain takes the decision to
17 remove him from the plane.  He talk -- he asked me
18 to talk to the agent about it, to bring the agent
19 inside.  So what happened there, so they talk.  We
20 were all there, like, he was in the cockpit, I was
21 by the galley, and the agent was around the area.
22             So we -- sometimes we can pretty much
23 hear what we're saying.  So happened next is that he
24 comes to the -- he goes -- the agent talks to the
25 captain, and the captain tells him, asks him to

Page 13

1  remove him from the plane.  So the agent went to
2  talk to him and remove him from the plane with --
3  and then it was just kept going with the flight.
4      Q      Okay.  A couple questions.  When
5  the -- when did the agent go to talk to him?  Was
6  this after the captain asked him to remove him from
7  the flight?
8      A      Yes, sir.  That's --
9      Q      Is that the first time the agent spoke
10 with him?
11     A      Yes, sir.
12     Q      Okay.
13     A      With him, are you saying with him,
14 with the passenger?
15     Q      With the passenger, yes.
16     A      Okay.  Yes, sir.
17     Q      Okay.  So what were you looking at
18 when the -- when the bag struck you?
19     A      What was I looking at?
20     Q      Yeah.
21     A      At the passenger.
22     Q      All right.  Could you -- could you
23 tell he was going to hit you before he hit you?
24     A      The reaction was -- his reaction was
25 pretty bad.  It -- I mean, he grabbed his bag like,

Page 14

1  like this. He was mad, a lot of anger, grabbed the
2  bag, and toss it to me, but really hard. So I never
3  expected that, but, yes, he did.
4    Q    Why -- why -- why didn't you move your
5  hand to intercept the bag?
6    A    I couldn't, sir. It was so fast, and
7  it was so quick, and he was so mad that I couldn't
8  even put my hand in there, nothing.
9    Q    Okay.
10   A    The guy was mad.
11   Q    So I'm -- I'm confused about this,
12 this whole interaction. Is -- is it -- is it
13 possible that Mr. Clowdus did not intend to hit you
14 with his bag full of his multi-hundred-dollar
15 sunglasses and his iPad?
16   A    I don't know, sir.
17        MR. KOLB: Objection to form.
18        Go ahead.
19   A    I don't know, sir.
20 BY MR. WOODROW:
21   Q    Okay. Could you see what Mr. Clowdus
22 was looking at when you were struck with the bag?
23   A    To my eyes.
24   Q    Mr. Clowdus was looking in your eyes
25 while he struck you with the bag? Is that your

Page 15

1  testimony today?
2    A    Yes, sir.
3    Q    All right. We're going to go to
4  Exhibit A here. First tell me a little bit about
5  this laughing that you're claiming Mr. Clowdus did.
6  When did he do that?
7         MR. KOLB: Objection to form.
8  BY MR. WOODROW:
9    Q    When did Mr. Clowdus laugh at you?
10   A    When I told him that he hit me.
11   Q    And how many times did you tell him
12 that he hit you?
13   A    Three times, sir.
14   Q    Three times?
15   A    Uh-huh.
16   Q    And how many times did he laugh at
17 you?
18   A    Three times, sir.
19   Q    All right. So explain to me how --
20 how that went again. I'm just not quite clear. Was
21 that his response?
22   A    The response was, "No, I didn't," and
23 he hit me and -- I'm sorry, after he hit me, the
24 response was, like, "Sir, you just hit me?"
25        And he was, "No, I didn't," and he was

Page 16

1  laughing. He was making fun of the situation.
2    Q    And what -- what did he say to make
3  fun of the situation? Anything?
4    A    When he --
5         MR. KOLB: Wait till he finishes.
6         THE WITNESS: Yeah.
7         MR. KOLB: Go ahead.
8    A    He knew what he did.
9  BY MR. WOODROW:
10   Q    Did -- how did you know he was mocking
11 you?
12   A    How -- how do I know? How did I know?
13   Q    Did he say any words to give you the
14 impression that he was mocking you?
15   A    Well, he was mad. He was mad, and he
16 was not following flight attendant instructions
17 since the very beginning. And since he boarded, he
18 was already mad. So I -- I don't know what was
19 going on with him.
20   Q    Well, you just testified that he
21 laughed at you, and I'm just -- I'm trying to
22 understand what that looked like precisely. You
23 said, "You hit me," and he responded with what
24 exactly?
25   A    You just hit me.

Page 17

1         MR. KOLB: Objection to form.
2  Objection, form.
3         Go ahead.
4    A    My response was, "You just hit me?"
5  Probably waiting for some kind of apology, but, no,
6  he didn't.
7         And he said, "No, I didn't," and he --
8  he was laughing. He was making fun of the
9  situation. He was just laughing.
10 BY MR. WOODROW:
11   Q    But he didn't say any words to make
12 fun of the situation. You just surmised from his
13 laughter that was what he was doing?
14   A    He was laughing. He was making fun of
15 the situation, sir, for the hit.
16   Q    Did he say anything else to you?
17   A    No, sir. He said the same thing three
18 times.
19   Q    Okay. Did he -- did he ever hit you
20 again?
21   A    No, sir.
22   Q    Did -- did he ever stand up and -- and
23 attempt to intimidate you or anything like that?
24   A    Just a little bit. He was -- he did
25 kind of crunch, but that was pretty much it.

Carlos Adan Merino
February 04, 2022

Page 50
1  overhear any potential conversation between Mr.
2  Clowdus and Mr. Henriquez during the time that they
3  departed together?
4      A     No, sir.  They were outside.
5      Q     Okay.  Is it your testimony that
6  they -- they both first approached you standing in
7  front of the cockpit, passed you, and exited the
8  plane?
9      A     Correct.
10     Q     And were you looking at Mr. Henriquez
11 and Mr. Clowdus the entire time as they approached
12 and passed you?
13     A     If I hear them?  If I heard them?
14     Q     Were you looking at them?  Were you
15 facing them?
16     A     Of course.  I was standing right
17 there, sir.  That's my position.
18     Q     Okay.  Did -- did Mr. Henriquez
19 observe Mr. Clowdus getting in your face like this?
20     A     No.  He's walking out.  He's -- as I
21 told you, he's following the agent.  So the agent is
22 looking to that direction, the passenger is looking
23 to that direction, and he's passing me by like this
24 close (indicating).
25     Q     Okay.

Page 51
1         MR. WOODROW:  Let's go to Exhibit C.
2         (Exhibit C was introduced for
3  identification and attached to the transcript.)
4  BY MR. WOODROW:
5      Q     All right.  Do you recognize this
6  document, Mr. Merino?
7         MR. KOLB:  Same one?
8      A     Is this the same one we had before?
9  BY MR. WOODROW:
10     Q     No.  This is different.
11        MR. KOLB:  You're still displaying B.
12 I think -- I think if you click the tab -- there you
13 go, there you go.
14        MR. WOODROW:  It must be lagging
15 because it switched on my machine.
16        MR. KOLB:  Okay.
17        MR. WOODROW:  Sorry about that.
18 BY MR. WOODROW:
19     Q     Do you recognize this document?
20     A     Yes, sir.
21     Q     Okay.  I'd like you -- well, did you
22 review this document in -- in preparation for your
23 deposition today?
24     A     I remember writing this down.
25        MR. KOLB:  Listen to his question,

Page 52
1  please.
2      A     Sir, can you repeat the question?
3  BY MR. WOODROW:
4      Q     Did you review this document in
5  preparation for your deposition today?
6      A     Can I see what is down there?  I just
7  see this information here, but I don't know what is
8  down there, down below.
9      Q     Sure.  This is the CERS report you
10 filed subsequent to your interaction with Mr.
11 Clowdus.
12     A     I have my SERS report.  Yes, I read
13 it.
14     Q     When is the last time you read this?
15     A     A couple days ago.
16     Q     Okay.  So -- so when I asked you
17 earlier if you had reviewed any documents in
18 preparation for this deposition, you -- you answered
19 that you had not.  That wasn't accurate, was it?
20     A     Well, I just have information with me
21 in my files at home.
22     Q     Okay.  And -- and what other files did
23 you review in preparation for this deposition?
24     A     Well, to be honest with you, not that
25 many.  I had a lot of things to do.

Page 53
1      Q     Okay.  Well, I didn't ask how many.  I
2  asked what ones.
3      A     I think it's just -- was just this
4  one, sir.
5      Q     Did you review the -- the customer --
6  the CERS report that Mrs. Gray filed on your behalf?
7      A     No, sir, I hadn't -- no.  On my
8  behalf?  On my behalf?
9         MR. KOLB:  I'll object to the
10 characterization of the document.  Go ahead.
11 BY MR. WOODROW:
12     Q     Did you review the CERS report that
13 Mrs. Gray filed?
14     A     No, sir.
15     Q     Have you ever read the CERS report
16 that Mrs. Gray filed?
17     A     No, sir.
18     Q     Okay.  I'd like you to please review
19 the facts related to the event as -- as you recorded
20 them here.
21     A     Passenger asked at the beginning of
22 boarding -- you want me to read it?
23     Q     No, no, you don't have to read it out
24 loud.  Just -- just refresh yourself silently.  Let
25 me know when you're done.

Carlos Adan Merino
February 04, 2022

Page 62

1  that option to a person because it's early boarding.
2  So that's normally what I do. Be careful with the
3  space up in the overhead bin.
4        MR. WOODROW: Again, I move to strike.
5  BY MR. WOODROW:
6     Q    Mr. Merino, you're not answering my
7  question, and you're not focusing on it. My
8  question is very simple. It is not about what you
9  offered to do. It's not about what you do when you
10 come on the plane in the morning. It's about
11 whether or not Mr. Clowdus agreed to put his bag
12 away later after his first interaction with you.
13    A    Sir, I don't know what his intentions
14 were. You probably need to ask him. He probably
15 has a better memory than I do.
16    Q    Mr. Merino, we're not asking about Mr.
17 Clowdus's intentions. We're asking about what you
18 wrote in this document right in front of us, what
19 you wrote, sir, "But he accepted to do it later."
20 That implies that he said okay, does it not?
21        MR. KOLB: Objection, form.
22    A    Sir, are you any kind of -- are you
23 getting mad because I'm trying to pay attention to
24 what you are saying? And with all my respect, you
25 don't need to be taking that position. If you are

Page 63

1  asking a question, we can just keep going with the
2  normal question and answer thing, but you need --
3  you don't need to be like that.
4        What I am saying is that -- and I
5  already told you that most of the time I do that. I
6  offer that they can probably do it later. And that
7  was it. Normally, that's what I say, but I don't
8  have any other recollection of that, sir.
9  BY MR. WOODROW:
10    Q    You say here, Mr. Merino, that you
11 were physically assaulted and that the company
12 should do something about it. What did you want
13 them to do?
14    A    I don't want them to do anything.
15    Q    What did you want them to do about it?
16    A    Well, it's not just about the company.
17 It's about the federal rules, sir, and regulations.
18    Q    That's not what I asked, Mr. Merino.
19 And I'm sorry if -- if I -- if I am getting
20 frustrated, I'm trying not to, but you are
21 consistently not answering the question that I ask.
22 So please pay attention and answer the question that
23 I ask.
24    A    Well, you are assuming that I'm not
25 paying attention, sir. That's not correct.

Page 64

1     Q    Okay. That's a charitable assumption,
2  Mr. Merino. I'm asking you, you say, "The company
3  should do something about it," exclamation point. I
4  am asking you what did -- what would have satisfied
5  you at the time? What were you hoping they should
6  do about it?
7     A    I don't know what kind of rules, sir,
8  they can apply to this situation, but the rules that
9  may apply companywise and Federal Government, they
10 should -- they should not let, not just this
11 passenger, any other passenger doing this kind of
12 behaving like that. They shouldn't do like that,
13 those people, yes, sir.
14    Q    Do you -- do you think that banning
15 Mr. Clowdus for life from flying with American
16 Airlines was a just response to the incident that
17 you claim occurred?
18    A    I don't know.
19        MR. KOLB: Objection, form.
20    A    I don't know, sir.
21 BY MR. WOODROW:
22    Q    Are you glad that Mr. Clowdus was
23 banned for life from flying with American Airlines?
24        MR. KOLB: Objection to form.
25        Go ahead.

Page 65

1     A    No, sir. I'm just doing my job and
2  I'm -- I cannot be sad, glad, or whatever.
3  BY MR. WOODROW:
4     Q    Well, that's -- that's not accurate,
5  is it? You're entitled to have an opinion, and I'm
6  asking you your opinion. Are you satisfied, are you
7  glad, or do you think it was too much? I'm asking
8  your opinion.
9         MR. KOLB: Objection. He said he's
10 not glad; he's not sad.
11 BY MR. WOODROW:
12    Q    Okay. You may still answer. Your
13 lawyer does not answer for you, Mr. Merino.
14        MR. KOLB: No, I just repeated the
15 answer he gave. If you want him to repeat it again,
16 I guess he will.
17    A    Yes, sir, I'm not glad; I'm nod sad.
18 BY MR. WOODROW:
19    Q    If -- if Mr. Clowdus had not been
20 banned, would you have been upset?
21        MR. KOLB: Objection, form.
22    A    Exactly, sir.
23 BY MR. WOODROW:
24    Q    Exactly nothing. Please, disregard
25 Mr. Kolb's objections. You must answer the

Carlos Adan Merino
February 04, 2022

Page 66

1 question, Mr. Merino.
2    A    Again, again, sir, with all my
3 respect, you don't ask -- to question me like that.
4 We have to keep some kind of respect in between the
5 two of us, if you please, because --
6    Q    Mr. Merino.
7    A    You are getting frustrated. I'm not
8 glad; I'm nod sad.
9    Q    Mr. Merino, please, this is my
10 deposition. Do not instruct me.
11    A    I'm not.
12    Q    I'm not upset with you. I'm getting a
13 little frustrated, and I'm -- and I'm still being
14 respectful. I would appreciate if you would answer
15 the question that I asked you.
16    A    Uh-huh.
17    Q    If mister -- if Mr. Clowdus had not
18 been banned from American Airlines, would you have
19 felt that American Airlines did not do something
20 about it?
21         MR. KOLB: Objection to form.
22         THE WITNESS: I have to answer?
23    A    I don't have anything to feel about
24 it, sir.
25

Page 67

1 BY MR. WOODROW:
2    Q    Would you have been upset if Mr.
3 Clowdus had been allowed back on the very next
4 flight?
5         MR. KOLB: Objection to form.
6    A    I don't have anything to feel about
7 it, sir, again.
8         MR. WOODROW: Okay. Note that the
9 witness is being unresponsive and move to strike.
10    A    Okay.
11         MR. KOLB: Are you doing okay?
12         THE WITNESS: Yeah.
13         MR. KOLB: Okay. Keep going.
14 BY MR. WOODROW:
15    Q    Now, it was your testimony earlier
16 that you said, "You hit me, and he laughed." And
17 you said, "You hit me, and he laughed," and you
18 said, "He hit me and he laughed"; is that correct?
19    A    No, it's not correct, sir.
20    Q    Please tell me what's incorrect about
21 that.
22    A    I told him, "You just hit me," and he
23 laughed. And he said, "No, I didn't," three times.
24    Q    He said, "No, I didn't," three times
25 or he laughed three times?

Page 68

1    A    Sir, he laughed, and he said, "I
2 didn't."
3    Q    And how many times did he laugh?
4    A    Three times, sir.
5    Q    And after the -- the third time you
6 said, "You hit me," did he again laugh?
7    A    Yes, sir.
8    Q    Okay.
9    A    He was making fun of the situation.
10    Q    Are you aware that Mr. Henriquez was
11 at that point observing your interaction with Mr.
12 Clowdus?
13         MR. KOLB: Objection to form,
14 misconstrues testimony.
15 BY MR. WOODROW:
16    Q    Well, mister -- mister -- Mr.
17 Henriquez testified the other day that he heard,
18 "You hit me," twice, and then he looked around the
19 corner and observed the interaction. Are you aware
20 of that?
21         MR. KOLB: That's a flat
22 misrepresentation of what he said, flat.
23         MR. WOODROW: No, it's not.
24         MR. KOLB: He said he never saw the
25 event at all.

Page 69

1         MR. WOODROW: I didn't say he saw the
2 event. The you-hit-me's occurred after the event.
3         MR. KOLB: Right.
4         MR. WOODROW: That's what I just said.
5         MR. KOLB: I don't think that's what
6 he said, but go ahead, answer the question. My
7 apologies.
8    A    I don't -- I'm looking at the
9 passenger, sir. I cannot see behind me, who is
10 behind me or who is in the door by this -- by that
11 time.
12 BY MR. WOODROW:
13    Q    Okay. Let's go down --
14    A    So probably I can ask you what's
15 behind you or what kind of clothes you have behind
16 you right now --
17    Q    Mr. Merino, Mr. Merino, this is my
18 deposition, thank you. I'll ask you the questions.
19    A    All right.
20    Q    Let's move down. Can you identify
21 this document?
22         MR. KOLB: Is this still the same
23 exhibit?
24         MR. WOODROW: This is the same
25 exhibit, Exhibit C, yes.

Carlos Adan Merino
February 04, 2022

Page 110
1  A      No, sir, none. Just your client.
2  BY MR. WOODROW:
3       Q      In your entire career with American
4  Airlines, how many passengers have you personally
5  asked the captain to remove, if any?
6              MR. KOLB: Objection, form.
7              MR. WOODROW: What's the objection,
8  Kelly?
9              MR. KOLB: You're asking him to recall
10 24 years of service.
11             MR. WOODROW: I just said if you
12 recall.
13             MR. KOLB: Yeah, okay. If you recall
14 what happened in the last 24 years, let him have it.
15 A       Just your client, sir. The best of my
16 recall, like you say.
17 BY MR. WOODROW:
18      Q      Okay. At Mr. Clowdus's deposition, he
19 testified that that week, the incident with you
20 was -- was a really bad week and -- and Mr. Kolb
21 made a comment that might have been a throwaway that
22 that was a really bad week for you, too. Do you
23 know why he would have said that?
24             MR. KOLB: That's a misrepresentation
25 of the record. I said --

Page 111
1              MR. WOODROW: That's what you said.
2              MR. KOLB: No, no. I said it was a
3  bad day after he got assaulted. Big difference.
4              MR. WOODROW: Well, Mr. Clowdus said
5  it was a bad week, but --
6              MR. KOLB: I'm sure it was for him
7  because it sure looked that way when he showed up on
8  the aircraft.
9  BY MR. WOODROW:
10      Q      Okay. Is there any other reason than
11 the alleged assault that that would have been a bad
12 day or week for you, Mr. Merino?
13 A       No, sir. Right after what happened, I
14 have to -- like I told you, I have to take care of a
15 lot of different people on the aircraft, so I have
16 to go back to my job. I'm not focusing on one
17 passenger that hit me. I have to focus on a lot of
18 people onboard.
19      Q      Did you know Mr. Clowdus's name at the
20 time of the incident?
21 A       No, sir.
22      Q      Okay. When was the first that you
23 learned Mr. Clowdus's name?
24 A       Well, everything is on the -- all the
25 information about his name and everything, certain

Page 112
1  information about the flight, what I need to know is
2  on the tower.
3              MR. KOLB: Go ahead, listen to his
4  question, and answer his question.
5  A       Can you -- can you ask the question
6  again, please?
7  BY MR. WOODROW:
8       Q      When did you first learn Mr. Clowdus's
9  name?
10 A       On my working tower.
11      Q      When was that?
12 A       Right when all this -- this situation
13 was happening, sir.
14      Q      What situation?
15 A       The assault situation, sir.
16      Q      Okay. Not the lawsuit? You knew his
17 name before the lawsuit; is that correct?
18 A       Well, I just told you when -- when the
19 event happened, the assault happened, that's when I
20 knew his name.
21      Q      All right. And did -- did you tell
22 anybody about this assault outside of American
23 Airlines?
24             MR. KOLB: Objection, asked and
25 answered.

Page 113
1  A       No, sir. I'm a professional flight
2  attendant.
3  BY MR. WOODROW:
4       Q      I'm sure you are, Mr. Merino.
5  A       Thank you.
6       Q      You testified earlier that when you
7  were struck with the bag, you -- it knocked your
8  breath out a little bit. Tell me -- tell me more
9  about that.
10 A       I was out of breath, sir. Has
11 somebody punched you on the -- on your stomach ever?
12             MR. KOLB: Just answer.
13             THE WITNESS: Yes.
14             MR. KOLB: Okay? All right. Go
15 ahead.
16 A       That's exactly what happened. He
17 punched me on the stomach, and I lost my breath.
18 BY MR. WOODROW:
19      Q      For how long did you lose your breath,
20 Mr. Merino?
21 A       For several seconds, sir.
22      Q      Okay. Did you -- did you have any --
23 any bruises or -- or anything of that nature?
24 A       I didn't check on that time, at that
25 moment.