

[March 31]

> Hello
> 5:32 PM ✓✓

> This Troy
> 5:33 PM ✓✓

> I will message you shortly?
> 5:33 PM ✓✓

Ok I wait
5:34 PM ✓✓

> 1 hour
> 5:34 PM ✓✓

OK. Thanks
5:35 PM ✓✓

> I have two items for you. Both are very important to me. I will start with the first one. I have four men I need you to locate and then go and interview them in person. I need you to ask them some questions for me and record their answers. I send you the information about the men and then you can tell me if you can do it and how much will you

EXHIBIT "A"