

36

**Eduardo PI**

I prefer to take him to Mexico to meet with you and finish everything. Is that possible?
10:16 PM ✓✓

No! He is working in Austin TX. He is a Chemical Engineer.
10:18 PM ✓✓

I still have to work on Jairo, as he is the one that spoke about the incident with the passenger that you got.
10:19 PM ✓✓

Ok, then will you work on Jairo? And I go to Austin?
10:20 PM ✓✓

Fri, May 6

Eduardo, while I wait for my attorney, will you keep working with the student in Pueblo? Will you visit him in person? Can you see if you persuade him to help us?
10:18 AM ✓✓

Of course, I will.
10:51 AM ✓✓

I went to the town where he is supposed to live, and it is an area with many businesses that have to be checked



EXHIBIT "B"