29



Tue, Apr 26

Good morning, Eduardo. How are you? I hope you are making progress with our students in Pueblo. I do not want to distract you from this critical mission, but it would be very useful for my attorney if you could find if the fifth passenger, Federico Quintana, lives at the address in Mexico City he gave us. If he lives there, we can make an appointment with him through the Hague Convention. If he does not live there, this will help our argument before the court that this witness is committing perjury. In any case, it would be very useful to know if this address is correct or not. Could you find it out as soon as possible? Thank you.

9:00 AM ✓✓

Ok Troy. And about Mr. Quintana we have already been at the building, but they are very exclusive and have very strict filters for people and do not give information about anything, but we have ways to get the data



EXHIBIT "D"



**Eduardo PI**

Give me the maternal last name of Mr. Carlos Merino and if you could get his Mexican mobile phone number it would be great, and it can be registered in the lawsuit.

5:08 PM ✓✓

He lives in Miami. And now he is a United States resident. He has an American mobile phone number. I do not think he has a Mexican telephone. I will show you his LinkedIn Profile and you will understand. He says he now works for TV Azteca, but I am almost sure that this is not true. I was going to pay the investigator here in Miami $850 dollars in order to verify that he does not work there. But he cannot do it. If he can verify that he does not work there, it is worth more than $850. If he does not work there, he will prove that he is a liar.

5:17 PM ✓✓







**What is his relationship with the event?**
2:01 PM

He was a passenger; he was a friend of the flight attendant, and his stepfather was an employee of the airline. He lied about what he saw and lied about his father, now he is hiding from us because he does not want to testify in court where we can question him in front of a jury. I need to find him. We think that he is still in USA, but we need to be sure.
2:06 PM ✓✓

The telephone number is Mexican or American
2:24 PM

American
2:25 PM

He must have a Mexican number, could you find it? With that I can find him where he is.
3:12 PM

We spoke about this when I was there, the only number I have is





And I need your opinion on the offer that this firm was making to Juan. The airline interviewed and made false statements for Juan and Jairo in March. But they never tried to put them in video at that time. Now this new firm is trying to do it. This is very suspicious to me. If the airline wanted a statement in video, why didn't they ask it to Juan and Jairo in March? Why did they wait until now when it is almost too late to get one? And why would they hire a Mexican law firm when they could ask for one themselves? ==I think that the airline hired the Mexican firm in order to bribe Juan and Jairo for their testimony.== The messages of Mauricio also lead me to this conclusion. What is your opinion? Do you think that it is also possible that this new firm is trying to bribe Juan and Jairo in order to obtain a favorable testimony?

