**TRANSLATION:**

Good afternoon Mr. Hernandez,

Thank you for taking my call yesterday, it was a pleasure talking to you. According to what was discussed, I enclose a statement for you to sign, if you do not understand a word, you want to change something or add something, please just tell me and I will make the necessary changes.

If you have any questions, please don't hesitate to contact me.

Thank you very much for your attention.

**From:** San Martin, Sonia N.
**Sent:** Tuesday, March 1, 2022 12:43 PM
**To:** 'juan.hernandezra@udlap.mx' <juan.hernandezra@udlap.mx>
**Cc:** Pecchio, Robert D. (robert.pecchio@bipc.com) <robert.pecchio@bipc.com>
**Subject:** American Airlines/Clowdus

Buenas Tardes Senor Hernandez,

Gracias por haber atendido mi llamada el dia de ayer, fue un placer hablar con usted. De acuerdo a lo conversado le adjunto una declaracion para que firme, si usted no entiende alguna palabra, desea cambiar algo o aumentar, por favor solo digamelo y yo hare los cambios necesarios.

Si tiene alguna duda, por favor no dude en contactarme.

Muchas gracias por su atencion.

Saludos cordials,

**Kind regards,**

**Sonia San Martin**
**Practice Assistant**

EXHIBIT "F"

401 East Las Olas Blvd.
Suite 2250
Fort Lauderdale, FL  33301
954 468 2320 (o)
sonia.sanmartin@bipc.com

BIPC.com | Twitter | LinkedIn

**Buchanan Ingersoll & Rooney** PC