## GENERAL AFFIDAVIT

Before me this day personally appeared Juan Hernandez-Ramirez of Puebla, Mexico. Who, being duly sworn deposes and says:

When we entered American Airlines flight 1303 Miami/Mexico on June 10, 2021, I sat in my seat because I was very tired and dozing in my seat 3E. I remember hearing some noises and seeing that the stewardess was talking to another passenger. The passenger was sitting in the front row seat with a small bag and I remember the stewardess was talking to him. Shortly after, I heard the stewardess say to the passenger that he hit him. I was not paying much attention but I remember that while the stewardess and the passenger were talking, the passenger looked embarrassed and apologized for the situation. But I did not understand what the problem was. After that I didn't pay any more attention and went back to sleep. When I woke up on the flight I was hungry and I got up to ask for food from the stewardess and it seemed very strange to me that the stewardess began to ask me about the altercation he had with the passenger, even pointing out that he was asked to get off the plane, so at that moment I realized that the passenger was no longer on the plane. He began to tell me about the problem, telling me his version of the events as if he expected me to know what had happened, but the situation was strange because I never asked the stewardess about the problem. On the contrary, it seemed that he wanted to tell me his version of the events, calling my attention that he did not mention how he hit him or show any injuries or bruises in support of his allegations.

_____
signature of affiant

Sworn to (or affirmed) and subscribed before me this 27 day of May, 2022, by Juan Hernandez-Ramirez who produced a passport as identification.

[Notary Seal: EMMA NICOLE NEWITT, Notary Public, State of Texas, Comm. Expires 01-26-2026, Notary ID 133552948]

_____
Notary public signature

Emma Nicole Newitt
Notary printed name

Plaintiff's Production P0025

EXHIBIT "H"