Inicio del mensaje reenviado:

**De:** Juan Pablo Hernandez Ramirez <juan.hernandezra@udlap.mx>
**Asunto: Relato con American Airlines**
**Fecha:** 8 de junio de 2022, 13:44:35 GMT-5
**Para:** "emuriel@detectivesmuriel.com" <emuriel@detectivesmuriel.com>

A final del mes de febrero, inicios de marzo recibí una llamada en donde se identificaban cómo American Airlines en el cual me solicitaban firmar un documento redactado por ellos, donde se describía el altercado suscitado en el vuelo 1303 Miami/México entre un sobrecargo y un pasajero.
Al inicio de la conversación me preguntaron si era un pasajero con

EXHIBIT "I"

mucha experiencia en vuelos y yo les dije que si vuelo constantemente como pasajero en distintas aerolíneas.

Ellos me preguntaron que había sucedido ese día en el vuelo, yo les respondí que no tenía mucha información del altercado ya que yo me había quedado dormido pero recordaba que una persona había tenido un problema con el sobrecargo, ellos me preguntaron si había visto el golpe que el pasajero le había dado al sobrecargo y yo les conteste que no, yo no pude ver el golpe físicamente, pero si vi que el sobrecargo le reclamaba sobre algún golpe, también me preguntaron si escuche algo sobre lo que conversaban el sobrecargo y el pasajero y les comente que no, únicamente yo había visto que al inicio del vuelo ambos platicaban por alguna situación y posteriormente yo empezaba a dormitar por lo que yo no preste mayor atención ya que había perdido un vuelo la noche anterior y me encontraba muy cansado.

Finalmente me preguntaron si recordaba el comportamiento de ambos ya que me encontraba cerca de ellos y yo les dije que no recordaba mi asiento pero si estaba cerca sin embargo yo no había prestado mucha atención al altercado solamente pude ver que parecía existir un problema porque no parecían tener una conversación común, pero yo nunca pude ver comportamientos agresivos, ni tampoco el golpe que se menciona, y sin duda era una situación bochornosa para ambos ya que algunos pasajeros se dieron cuenta, pero yo no podía brindar mayor información ya que me quede dormido y tampoco había visto cuando sacaron del vuelo al pasajero.

Al final de narrar el hecho, ellos me comentaron que me iban a mandar un documento que relatar exactamente lo que yo había dicho en esa llamada, yo les conteste que si y les señale mi correo para que yo pudiera recibir y revisar el documento.

Al siguiente día, recibí un correo, sin embargo, el documento señalaba cosas que yo no había mencionado o pudiera asegurar que habían sucedido por lo que decidí no contestar el correo y de esa forma no envolverme en un problema ajeno.

En los siguientes 15 días, recibí 2 correos de ellos para recordarme que tenia que firmar dicho documento, pero yo nunca respondí ninguno de los correos.

Start of the forwarded message:

**From:** Juan Pablo Hernandez Ramirez < juan.hernandezra@udlap.mx>
**Subject: Statement for American Airlines**
**Date:** June 8, 2022, 13:44:35 GMT-5
**To:** "emuriel@detectivesmuriel.com" < emuriel@detectivesmuriel.com>

At the end of February, or the beginning of March, I received a call from someone claiming to be with American Airlines asking me to sign a document they had drafted, which described the altercation caused on flight 1303 Miami/Mexico between a flight attendant and a passenger. At the beginning of the conversation they asked me if I was a passenger with a lot of flight experience and I told them that I do frequently fly as a passenger with different airlines. They asked me what had happened that day on the flight, I replied that I did not have much information about the altercation since I had fallen asleep

but I that remembered a person having a problem with the flight attendant, they asked me if I had seen the blow that the passenger had given to the flight attendant and I replied that no, I could not see the blow directly, but I did see that the flight attendant was complaining about a blow, they also asked me if I heard any of what the flight attendant and the passenger were talking about and I told them that no, only that I had seen at the beginning of the flight they were talking about some sort of situation and then I began to fall asleep so I did not pay more attention since I had missed a flight the previous night and was very tired.

Finally they asked me if I remembered their behavior since I was close to them and I told them that I did not remember which was my seat but that I was close however I had not paid much attention to the altercation only that there seemed to be a problem because they did not seem to be having a normal conversation, but I never saw aggressive behaviors, nor the blow that is mentioned, and it was certainly an embarrassing situation for both of them since other passengers noticed, but I could not provide more information since I had fallen asleep and I had not seen either when they deboarded the passenger.

After having stated these facts, they told me that they were going to send me a document that relates exactly what I had said in our call, I answered that was fine and I provided them my email so that I could receive and review the document.

The next day, I received an email, however, the document mentioned things that I had not said nor could testify had happened so I decided not to reply to the email and thus not involve myself in someone else's problem.

Over the next 15 days, I received 2 more emails from them to remind me that I had to sign the document, but I never answered any of the emails.



# Certificate of Accuracy

John Earl Watkins IV
Translator/Interpreter

Translated document: Statement by Juan Pablo Hernández Ramírez for American Airlines regarding an inflight altercation

As a translator for Day Translations, Inc., I, John Earl Watkins IV, declare that I am a bilingual translator who is thoroughly familiar with the English and Spanish languages. I have translated the attached document to the best of my knowledge from Spanish into English and the English text is an accurate and true translation of the original document presented to the best of my knowledge and belief.

Signed on June 10, 2022

*John Earl Watkins IV*

John Earl Watkins IV

*Professional Translator for Day Translations, Inc.*









400 NW 26th St. Suite 3 Miami, FL 33127|Toll Free: 1-800-969-6853  Fax: 1-800-856-2759
E-mail: contact@daytranslations.com | www.daytranslations.com