COMPARISON OF HERNANDEZ- RAMIREZ EMAIL, AA DECLARATION AND CRIMINOLOGIST'S AFFIDAVIT

| AA Draft Declaration 3/1/22 [Ex. K    ] | 6/8/22 Email [Ex. I] | 5/27/22 Criminologist's Affidavit [Ex. H] | Hernandez-Ramirez' Counsel's Email to Plaintiff's Counsel 7/4/22 [DE 66-7] |
|---|---|---|---|
| Passenger on AA flight #1303 MIA to MEX | Same | Same | |
| Saw flight attendant interact with male passenger | Saw flight attendant complaining about a blow by a passenger | No reference | Saw/heard nothing; sleeping |
| Male passenger irritated with flight attendant | They were not having a normal conversation | No reference | Saw/heard nothing; sleeping |
| | No further information since he fell asleep | No reference | Saw/heard nothing; sleeping |
| Heard nothing | Heard nothing | Heard stewardess tell the passenger that the passenger hit him (the flight flight attendant) | Heard nothing |
| | | Heard passenger apologize | Heard nothing |
| | | Flight attendant later discussed incident with Ramirez-Hernandez | Heard nothing |

EXHIBIT "J"