

34

                                                Merino
                                            5:44 PM ✓✓

**Thu, May 5**

At last, **I have the location of Jairo** and he is not in Puebla anymore, he moved to another state and changed his job, but I have it and I will go to where he is to speak with him.
                                            2:35 PM ✓✓

                                           Fantastic
                                          2:35 PM ✓✓

And first I have to make sure that he is there.
                                            2:36 PM ✓✓

                                                Okay
                                          2:37 PM ✓✓

Troy, good night, Hernandez is in Texas and will return until July.
                                            9:21 PM ✓✓

                 Where in Texas? Can we visit him there?
                                            9:22 PM ✓✓

And he is willing to declare before a Notary what he found, and it was



EXHIBIT "M"