9



**Eduardo PI**

No no. Nothing illegal. Nothing.

3:19 PM ✓✓

Eduardo, the difficulty is that nobody wants to be bothered and nobody wants to help you in my country. We have contacted two passengers here in the USA who saw what happened. But they refused to help because they are afraid to get involved. I hope it is different in your country. These four men who I want you to find were the most likely to see and know the truth about what happened that morning and they will save my life if they tell the truth. Because I am afraid that if you call them by phone and ask them by phone, they will say that they did not see or witness anything. I hope that if you visit them, it will be more probable that they tell you what happened that day. I need those men to help me. I need your urgent help. Do you understand now?

3:27 PM ✓✓

And, in my opinion, we obtain the
*[Illegible text]*



EXHIBIT "N"