62



Eduardo PI

I just spoke with Juan, and he is willing to sign a document in which he denies the line and states that he did not sign the document because what they say in it is not true
10:58 AM

Can you get Juan to put in writing everything he told them? Exactly what he told them?
11:16 AM ✓✓

Yes
11:19 AM

Better than what you want, I am going, in some way, to ask Juan to tell us before a notary that he did not sign anything because he did not agree with what they sent him as a declaration and on the other hand that he never accepted or informed anyone what happened on the plane that day. Reaffirming the statement made before a notary.
12:42 PM

A notary is not necessary
12:42 PM

Just a signed statement is



EXHIBIT "O"