

for each one is 850 dollars and I give you a complete description of addresses and places they visit regularly, friends, activities, and marital status. And I provide it to you because within the localization work, we need to carry out debugging is that they force us to carry out them to achieve what you want to obtain. I await your comments. Greetings
    11:36 PM ✓✓

    Give me two hours? Okay?
    12:06 PM ✓✓

Okay!
12:25 PM ✓✓

    Hi, Eduardo, I am working now a response
    2:42 PM ✓✓

Ok. whenever you like, I am waiting. Greetings.
    2:48 PM ✓✓

    Eduardo, I think you misunderstood about these four men. I do not need to know all that information. I do not need to know anything about them except for the
    *[Illegible text]*

EXHIBIT "P"

