

59

**Eduardo PI**

> That is recently. But what about in March? That is when the airline said Juan gave them this statement. March 1st. Did Juan write any emails or speak to them on the phone in March or in February? Why did the airline write this statement? Did Juan tell them this on the phone or write an email in March?
> 11:00 PM ✓✓

I am sure that the line sent him an email with the statement that favored them and that he never wrote a statement, much less signed it.
11:17 PM

**Wed, Jun 8**

*Forwarded*
Juan Hernández Declaratio...

2 pages • 25 KB • docx      10:24 AM

*Forwarded*
This was the document they sent me, but I never signed it
10:24 AM



EXHIBIT "Q"