18

**Eduardo PI**

This is my labor ID.
4:30 PM

If I needed you to testify in court would you be willing to travel to Miami for three days? I would pay of course
4:32 PM

No I can't
4:34 PM

Okay first things first
4:35 PM

I can't leave my job, I control and coordinate more than 120 people throughout the Mexican Republic. To be able to leave it takes me months of accommodation from all the work
4:37 PM

I understand
4:37 PM

Let's wait for you to come and then you will have a clearer semblance of us and there you will see if I can be trusted or not. Greetings

EXHIBIT "R"