10:18 ⬈      20

 **Eduardo PI**

==information on a fifth individual who claims to reside in México City that I will need you to do a full investigation and background report.==
                                 11:23 AM ✓✓

                     I look forward to meeting you
                               11:23 AM ✓✓

My office is open from Monday to Friday from 9 in the morning to 4 in the afternoon, tell me the day and time that suits you and I'll wait for you.
                                 11:28 AM ✓✓

                     Friday the 23rd around 2 pm?
                                 11:29 AM ✓✓

                                Sorry the 22nd
                                11:29 AM ✓✓

Okay, I'll wait for you on Friday the 22nd at 2:00 p.m. We are in Parque España 35 in Colonia Condesa Alcaldia Cuauhtemoc 06140, almost on the corner of Av. Veracruz.
                                 11:42 AM ✓✓

                                    Thank you
                                11:43 AM ✓✓



EXHIBIT "S"



24

> Piracanto No. 4, Puebla, Mexico 72520. Hernandez Ramirez was seated in 3E. Phone Number 52-2221910692. E-Mail: juan.hernandezr@udlap.mx
> CONFIDENTIAL
> 1:16 PM ✓✓

> Let us speak with them first. Can we?
> 1:18 PM ✓✓

Ok Troy I'm going to locate those people from Puebla
1:22 PM ✓✓

Tue, Apr 19

> Good morning, Eduardo. How are you? I will be back in Mexico City on Friday. ==I have a fifth passenger that I want you to locate and write a full background report.== But I do not know if I should wait until you finish locating and speaking with the two passengers in Pueblo. These two passengers in Pueblo are the greatest priority. I do not want you to distract from finding them and speaking with them. But if you want me to give you the information

