

What is his relationship with the event?
2:01 PM

He was a passenger; he was a friend of the flight attendant, and his stepfather was an employee of the airline. He lied about what he saw and lied about his father, now he is hiding from us because he does not want to testify in court where we can question him in front of a jury. I need to find him. We think that he is still in USA, but we need to be sure.
2:06 PM ✓✓

The telephone number is Mexican or American
2:24 PM

American
2:25 PM

He must have a Mexican number, could you find it? With that I can find him where he is.
3:12 PM

We spoke about this when I was there, the only number I have is



EXHIBIT "T"