31


**Eduardo PI**

Give me the maternal last name of Mr. Carlos Merino and if you could get his Mexican mobile phone number it would be great, and it can be registered in the lawsuit.
5:08 PM ✓✓

==He lives in Miami. And now he is a United States resident.== He has an American mobile phone number. I do not think he has a Mexican telephone. ==I will show you his LinkedIn Profile and you will understand. He says he now works for TV Azteca, but I am almost sure that this is not true. I was going to pay the investigator here in Miami $850 dollars in order to verify that he does not work there. But he cannot do it. If he can verify that he does not work there, it is worth more than $850. If he does not work there, he will prove that he is a liar.==
5:17 PM ✓✓





EXHIBIT "U"