**Eduardo PI**

> I understand, that is why I did not follow him. I wanted you to focus on students first, but now we need to find Federico, if possible.
> 3:32 PM ✓✓

We are on that.
3:33 PM

> I understand, but I only have his number of USA.
> 3:33 PM ✓✓

> But I do not have it.
> 3:34 PM ✓✓

I insist, if he had a Mexican number, it would be very quickly to find him and keep him localized
3:35 PM

> Eduardo. ==Federico testified that he gives particular English classes to people from Mexico City. Can you make some arrangements so that a young woman can call him and ask him and asks him for English lessons? I will pay the lessons and then we can find out where he lives and if he is in Mexico City now.==
> 5:10 PM

For giving classes he needs a

EXHIBIT "V"