

Mexico City now.
5:10 PM ✓✓

For giving classes he needs a telephone number to contact him, try to get it.
5:15 PM

Yes. Use the American mobile number I gave you, don't you have it?
5:16 PM ✓✓

786-593-4057
5:18 PM ✓✓

Sun, May 22

First, we have to find him, I will send him a gift in order to find him in the apartment you sent me as his address. See what other data you have from him to provide his location, mainly his mobile number.
2:09 PM

You know what, you are my client and I consider you, not only for that, but because I have you listed as a good person and with personality, but not aggressive. Regards Troy.
2:12 PM



EXHIBIT "W"