

**Eduardo PI**

Fri, Jun 3

Troy, do you know who a certain Mauricio Fernández is? Why does John tell me That person has tried to contact him, and thinks it is about the same issue.
6:24 PM

Tue, Jun 7

Good news Troy, neither of the 2, Juan and Jairo, had any relationship with this Mauricio Fernández, he wrote them a letter requesting their collaboration and the 2 refused and Juan is going to send me the correspondence he had with him.
5:22 PM

Please ask Juan about any other emails with the airline? And ask him about the statement on March 1st? Ask him if the airline is lying? Or is there an email? Can he send us that email from March 1st?
5:52 PM

I'm waiting to see what he sends me?



EXHIBIT "Z"



I'm waiting to see what he sends me?
5:56 PM

Okay
5:56 PM

Good afternoon, Juan, I hope you are doing really well.

As I told you some days ago, my name is Mauricio Fernández, and I represent one of the most prestigious Law Firms in matters of foreign investment in Mexico. The reason of this message is to tell you that we are the correspondents of Buchanan Ingersoll & Rooney PC., important Law Firm in Fort Lauderdale, United States, which represents American Airlines in the State of Florida. At the request of the Law Firm Buchanan Ingersoll & Rooney PC, we have been assigned the task of respectfully communicating with you in order to request your cooperation to bring justice to the incident



10:23



**Eduardo PI**

49

of respectfully communicating with you in order to request your cooperation to bring justice to the incident occurred in the flight of American Airlines where I understand you were traveling, where a person reacted inexplicably aggressive throwing his Laptop at one of the flight attendants of said flight, person who resulted injured and who filed charges against the person who hurt her.

Basically, we would only need that you state as a qualified witness, what you witnessed on that day of the unfortunate event, either in person or by means of a videoconference through an official platform used by the Local Authority in United States. If you choose the first option, we could agree on the date of the Hearing and we would pay you the flight in full (round trip), travel expenses and lodging to the





in full (round trip), travel expenses and lodging to the City of Miami in order to carry out your testimony, or in the second case, we would only ask you the necessary time for presenting the hearing virtually in the place you deem convenient.

Please, I beg you to consider the options abovementioned, since…
Read more
                            6:14 PM

This is the writing sent to Juan and Jairo
                            6:15 PM

Good afternoon, Juan, I hope you are very well. As I told you a few days ago, my name is Mauricio Fernández, and I represent one of the most prestigious Law Firms in foreign investment matters in Mexico. The reason for this letter is to tell you that we are correspondents for Buchanan Ingersoll & Rooney PC., an important legal firm in Fort





correspondents for Buchanan Ingersoll & Rooney PC., an important legal firm in Fort Lauderdale, United States, which represents American Airlines in the State of Florida. At the request of the Buchanan Ingersoll & Rooney PC Law Firm, we have been entrusted with the task of communicating with you in the most respectful manner in order to request your collaboration to do justice in the incident that occurred on the American Airlines flight in which I understand your you were traveling, where a person inexplicably reacted violently by throwing his Lap Top at one of the flight attendants of said flight, a person who was injured and who filed charges against the person who hurt her. Specifically, we would only require you to State as a quality witness, what you witnessed on the day of the unfortunate event before the corresponding authority, either in person, or through a videoconference through an





person, or through a videoconference through an official platform used by the Local Authority in the United States. If you opt for the first option, we would agree on the date of the Hearing and you would be paid in full for the flight (round trip), travel expenses and lodging to the City of Miami to be able to carry out your testimony, or in the second case would be to steal only the time necessary for the audience to vent virtually in the place that is convenient for you. Please, I beg you to consider the options outlined above, since it is important that justice is done in this matter and your evidence is decisive. If it seems good to you and you feel comfortable, we could have a videoconference with you, the President of my Law Firm Ernesto Velarde, and a server, with the intention that you get to know...
Read more

6:15 PM

Wow

6:16 PM ✓✓



59

10:25

**Eduardo PI**

> That is recently. But what about in March? That is when the airline said Juan gave them this statement. March 1st. Did Juan write any emails or speak to them on the phone in March or in February? Why did the airline write this statement? Did Juan tell them this on the phone or write an email in March?
> 11:00 PM ✓✓

I am sure that the line sent him an email with the statement that favored them and that he never wrote a statement, much less signed it.
11:17 PM

Wed, Jun 8

*Forwarded*
Juan Hernández Declaratio...

2 pages • 25 KB • docx      10:24 AM

*Forwarded*
This was the document they sent me, but I never signed it
10:24 AM



*Forwarded*
This was the document they sent me, but I never signed it
                    10:24 AM

Juan sent me this
                    10:25 AM

[8/6 09:24] Eduardo: That was the document they sent me, but I never signed it [8/6 09:24] Eduardo: Juan sent me this
                    10:26 AM

                    Can you read the document?
                    10:28 AM ✓✓

                    Do you see where it says many things that are contradicted in the statement Juan gave to us?
                    10:29 ✓✓

                    It says Juan never heard anything? And it says Juan witnessed me speaking aggressively to the flight attendant?
                    10:30 ✓✓

Yes, of course
                    10:30 AM

                    Can Juan explain his conversation with the other attorney? Why did they write that statement? Did



74



**Eduardo PI**

Missed video call at 11:34 AM

Yesterday

Today someone called my office who said he was a lawyer, named Mauricio, and asked for office hours to make an appointment. I hadn't linked him with the Airline lawyers until now that you mentioned them. I'm going to be careful
12:23 AM

That's the guy who was harassing Juan and Jairo
8:07 AM ✓✓

Good morning Troy, he called my office and only asked about customer service hours, I have to wait for him to do what he has planned because they didn't take the entry number because we don't have an identifier there to save them
8:45 AM

Eduardo my lawyers just told me the airline lawyers are attacking you and alleging you tampered

