UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23155-KMM

TROY CLOWDUS

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.

    Defendant.

_____/

## DECLARATION OF SONIA SAN MARTIN

Sonia San Martin, pursuant to 28 U.S.C. §1746, does hereby state under penalty of perjury that the following is true and correct:

1. My name is Sonia San Martin. I am over 18 years of age. I have personal knowledge of the matters stated below.

2. I am practice assistant at Buchanan Ingersoll and Rooney, PC. I have been employed with Buchanan Ingersoll and Rooney, PC since December 6, 2021. Two of the attorneys I work at with Buchanan Ingersoll and Rooney, PC are Robert Pecchio and Kelly Kolb.

3. I am from Bolivia and I am fluent in Spanish. I have had several occasions to assist Mr. Pecchio and Mr. Kolb in working with Spanish speaking clients, witnesses and others.

4. In regards to the Clowdus v American Airlines lawsuit styled above, Mr. Pecchio asked me to call two passengers residing in Mexico - Jairo Espinoza and Juan Hernandez-Ramirez - to find out if they saw or heard anything out of the ordinary on the flight at issue in this lawsuit and if so to ask if they would execute a declaration confirming what they saw or heard.

EXHIBIT "AA"

5. On or about February 28, 2022, I spoke with **Mr. Hernandez-Ramirez** by phone and I interviewed him in Spanish, although he said he spoke English. He was agreeable to signing a declaration reciting what he had told be about what he saw and/or heard on the flight.

6. I then drafted a declaration (which Mr. Pecchio reviewed and discussed with me) that accurately recounted what I was told by Mr. Hernandez-Ramirez on my February 28, 2022 phone call with him.

7. The declaration was then sent to Mr. Hernandez-Ramirez on March 1, 2022 via the email attached to this declaration. My email to him translates to "Thank you for taking my call yesterday, it was a pleasure talking to you. Per our conversation, I enclose a statement for you to sign, if you do not understand a word, you want to change something or add anything, please just let me know and I will make the necessary changes. If you have any questions, please don't hesitate to contact me. Thank you very much for your attention."

8. I followed up with Mr. Hernandez-Ramirez regarding this draft declaration with additional emails on March 4 stating "Good afternoon Mr. Hernandez, Please confirm you received my email and let me know if you have any questions about it. I look forward to your response." and March 16 stating "This is a reminder to sign the attached statement, please send it back by the end of the afternoon as it must be sent. If you have any questions about this, please do not hesitate to contact me."

9. Mr. Hernandez-Ramirez never responded to my follow up emails. He never stated that anything was inaccurate or missing from the draft declaration sent to him on March 1, 2022. He never provided any explanation for not signing the declaration.

10. On or about February 28, 2022, I spoke with **Jairo Espinoza** by phone and I interviewed him in Spanish, although he said he spoke English. He was agreeable to signing a declaration reciting what he had told be about what he saw and/or heard on the flight.

11. I then drafted a declaration (which Mr. Pecchio reviewed and discussed with me) that accurately recounted what I was told by Mr. Espinoza on my February 28, 2022 phone call with him.

12. The declaration was then sent to Mr. Espinoza on March 1, 2022 via the second email attached to this declaration. My email to him translates to "Thank you for taking my call yesterday, it was a pleasure talking to you. Per our conversation, I enclose a statement for you to sign, if you do not understand a word, you want to change something or add something, please just tell me and I will make the necessary changes. If you have any questions, please don't hesitate to contact me. Thank you very much for your attention."

13. Mr. Espinoza returned the signed declaration to me about two hours later on March 1, 2022, without making any edits or suggesting the need to make any edits or corrections. I had no communications with him during this two hour period.

14. Mr. Espinoza never asked for or stated he needed a Spanish translation or a concern that he was not understanding what was stated in the declaration I sent to him.

15. I declare under penalty of perjury that the foregoing is true, correct and within my personal knowledge.

**DATED** on this the 8th day of August 2022.

_____
Sonia San Martin

**San Martin, Sonia N.**

| | |
|---|---|
| **From:** | San Martin, Sonia N. |
| **Sent:** | Wednesday, March 16, 2022 9:48 AM |
| **To:** | |
| **Cc:** | Pecchio, Robert D.; Nunziato, Dawn |
| **Subject:** | RE: American Airlines/Clowdus |
| **Attachments:** | Juan Hernandez Declaration DRAFT (4884-8903-1954 v1).docx |

Buenos dias Senor Hernandez,

Le escribo para recordarle de firmar la declaracion adjunta, le ruego que se para el final de la tarde ya que debe ser enviada. Si tiene alguna duda al respecto, por favor no dude en consultarme.

Muchisimas gracias por su atencion.

**Kind regards,**

**Sonia San Martin**
Practice Assistant

401 East Las Olas Blvd.
Suite 2250
Fort Lauderdale, FL 33301
954 468 2320 (o)
sonia.sanmartin@bipc.com

BIPC.com | Twitter | LinkedIn

**Buchanan Ingersoll & Rooney PC**

**From:** San Martin, Sonia N.
**Sent:** Friday, March 4, 2022 3:49 PM
**To:**
**Cc:** Pecchio, Robert D. (robert.pecchio@bipc.com) <robert.pecchio@bipc.com>
**Subject:** RE: American Airlines/Clowdus

Buenas Tardes Senor Hernandez,

Por favor confirme que recibio mi email y si tiene alguna duda acerca del mismo.

Quedo atenta a su respuesta.

Saludos cordiales,

**Kind regards,**

**Sonia San Martin**
Practice Assistant

401 East Las Olas Blvd.
Suite 2250

Fort Lauderdale, FL 33301
954 468 2320 (o)
sonia.sanmartin@bipc.com

BIPC.com | Twitter | LinkedIn

**Buchanan Ingersoll & Rooney** PC

**From:** San Martin, Sonia N.
**Sent:** Tuesday, March 1, 2022 12:43 PM
**To:** ███████████████████████████ >
**Cc:** Pecchio, Robert D. (robert.pecchio@bipc.com) <robert.pecchio@bipc.com>
**Subject:** American Airlines/Clowdus

Buenas Tardes Senor Hernandez,

Gracias por haber atendido mi llamada el dia de ayer, fue un placer hablar con usted. De acuerdo a lo conversado le adjunto una declaracion para que firme, si usted no entiende alguna palabra, desea cambiar algo o aumentar, por favor solo digamelo y yo hare los cambios necesarios.

Si tiene alguna duda, por favor no dude en contactarme.

Muchas gracias por su atencion.

Saludos cordials,

**Kind regards,**

**Sonia San Martin**
**Practice Assistant**

401 East Las Olas Blvd.
Suite 2250
Fort Lauderdale, FL 33301
954 468 2320 (o)
sonia.sanmartin@bipc.com

BIPC.com | Twitter | LinkedIn

**Buchanan Ingersoll & Rooney** PC

2

## San Martin, Sonia N.

| | |
|---|---|
| **From:** | San Martin, Sonia N. |
| **Sent:** | Tuesday, March 1, 2022 12:38 PM |
| **To:** | |
| **Cc:** | Pecchio, Robert D. |
| **Subject:** | American Airlines/Clowdus |
| **Attachments:** | DRAFT Jairo Espinoza Declaration (4886-6945-2562 v1).pdf |

Buenas Tardes Senor Espinoza,

Gracias por haber atendido mi llamada el dia de ayer, fue un placer hablar con usted. De acuerdo a lo conversado le adjunto una declaracion para que firme, si usted no entiende alguna palabra, desea cambiar algo o aumentar, por favor solo digamelo y yo hare los cambios necesarios.

Si tiene alguna duda, por favor no dude en contactarme.

Muchas gracias por su atencion.

Saludos cordials,

**Kind regards,**

**Sonia San Martin**
**Practice Assistant**

401 East Las Olas Blvd.
Suite 2250
Fort Lauderdale, FL  33301
954 468 2320 (o)
sonia.sanmartin@bipc.com

BIPC.com | Twitter | LinkedIn

**Buchanan Ingersoll & Rooney PC**

1

**From:** Jairo Misraim Espinoza Jimenez
**Sent:** Tuesday, March 1, 2022 2:33 PM
**To:** San Martin, Sonia N. <sonia.sanmartin@bipc.com>
**Subject:**

[This Email Originated From ███████████ Which Is External To The Firm]


Obtener Outlook para iOS