IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| TROY CLOWDUS | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | DOCKET NO.: 1:21cv23155 |
| v. | : | |
| AMERICAN AIRLINES, INC. | : | |
| Defendant. | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE ITS STATEMENT OF UNDISPUTED FACTS SEPARATELY FROM ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

**NOW COMES** Defendant, AMERICAN AIRLINES, INC., by and through its undersigned counsel, and files this Unopposed Motion for Leave to file its Statement of Undisputed Facts Separately From its Motion for Partial Summary Judgment [DE 81] and in support, states as follows:

1. Defendant filed its Motion for Partial Summary Judgment [DE 81] on August 5, 2022 ("**MPSJ**"). Contrary to the requirements of Local Rule 56.1(a)(1), however, the Statement of Undisputed Facts was not filed as a separate stand-alone document with non-record supporting evidence attached to that stand-alone document. Defendants seeks leave to cure these two non-substantive deficiencies.

2. Specifically, Defendant seeks to file the attached Statement of Undisputed Facts as a stand-alone document in support of its MPSJ and to have that filing relate back to the August 5, 2022 file date of its MPSJ. The attached Statement of Undisputed Facts retains the same paragraph numbering and references to supporting evidence as those appearing in the MPSJ [DE 81] filed on

August 5, 2022. Defendant seeks this relief to comply with the requirements of Local Rule 56.1(a)(1).

3. Second, the attached Statement of Undisputed Facts attaches (as exhibits) the same the evidentiary materials as those appearing in the MPSJ [DE 81] filed on August 5, 2022.[1] Defendant seeks this relief to comply with the requirements of Local Rule 56.1(b)(1)(B).

4. Defendant's failure to file its MPSJ in compliance with the requirements of this Court's Local Rules was due to an oversight by the undersigned due to a number of other filings that day, including Motions in Limine in this case for which a meet and confer commenced at 7pm on August 5, 2022. The relief requested in this Motion will not prejudice Plaintiff's ability to timely respond to the MPSJ since the paragraph numbering and cited evidentiary support in the attached stand-alone Statement of Undisputed Facts are identical to those in the Statement of Undisputed Facts appearing in the MPSJ [DE 81] filed on August 5, 2022.

5. The relief sought in this Motion will not necessitate extensions of any existing pre-trial deadlines. Plaintiff's response to the MPSJ is not due until August 19, 2022. Regardless, Defendant will accommodate any reasonable extension of that deadline sought by Plaintiff necessitated by this Motion.

### S.D. FLA. LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned conferred with Plaintiff's counsel by email on August 12, 2022 and they have no opposition to the relief sought in this Motion.

---

[1] Defendant has, however, highlighted the page/line deposition and declaration paragraph references identified in the original Statement of Undisputed Facts filed as part of the MPSJ [DE 81].

**WHEREFORE**, Defendant respectfully requests that this Honorable Court grant Defendant leave to file the attached Statement of Undisputed Facts (with attached exhibits) and to have that filing relate back to the August 5, 2022 filing date of Defendant's Motion for Partial Summary Judgment [DE 81], and for all such further relief as this Court deems just.

Respectfully Submitted,

                                         **BUCHANAN INGERSOLL & ROONEY PC**
                                         *s/ Kelly H. Kolb*
                                         Kelly H. Kolb, Esq.
                                         Florida Bar Number: 0343330
                                         kelly.kolb@bipc.com
                                         Robert D. Pecchio, Esq.
                                         Florida Bar Number: 1005955
                                         Robert.pecchio@bipc.com
                                         401 East Las Olas Boulevard, Suite 2250
                                         Fort Lauderdale, FL  33301
                                         Telephone:     (954) 703-3944
                                         Facsimile:      (954) 703-3939
                                         *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified in the manner specified, either via Transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically.

                                                                          By: */s/ Kelly H. Kolb*
                                                                               Kelly H. Kolb

**SERVICE LIST:**
William T. Woodrow, III
Stone & Woodrow, LLP
Lewis & Clark Plaza
250 West Main Street, Suite 201
Charlottesville, VA 22902
Tel: (855) 275-7378
E-mail: will@stoneandwoodrowlaw.com

Rook Elizabeth Ringer, Esq.
Lento Law Group, P.A.
222 San Marco Ave., Ste. C

St. Augustine, FL 32084
reringer@lentolawgroup.com
Tel: (904) 602-9400

David H. Pollack, Esq.
THE LAW OFFICE OF DAVID H. POLLACK, LLC
75 Valencia Avenue, Suite 100
Coral Gables, FL 33134
Tel. No. 305-372-5900
Fax No. 305-372-5904
david@davidpollacklaw.com
*Counsel for Plaintiff*