UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TROY CLOWDUS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>　　　　Defendant. | Case No.: 1:21-cv-23155-KMM |

**PROPOSED ORDER GRANTING DEFENDANT AMERICAN AIRLINES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE ITS STATEMENT OF UNDISPUTED FACTS SEPARATELY FROM ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

THIS CAUSE came before the Court upon American Airlines, Inc.'s ("Defendant" or "AA") Unopposed Motion for Leave to file its Statement of Undisputed Facts Separately from its Motion for Partial Summary Judgement [DE # 84], and the Court being advised as to the agreement between the parties in this regard and being otherwise duly advised, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. The said Motion is GRANTED.

2. American Airlines, Inc.'s Statement of Undisputed Facts shall be deemed as filed on August 5, 2022.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of August, 2022.

_____
Magistrate Judge Lauren Fleischer Louis

Copies furnished to:
*All Counsel of Record*