UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TROY CLOWDUS,

                Plaintiff,                              CASE NO: 2021-cv-23155

v.

AMERICAN AIRLINES, INC.,

                Defendant.

_____/

**Plaintiff's Unopposed Motion to Strike Document 85
from Court Docket**

Plaintiff Troy Clowdus ("Clowdus"), by and through his undersigned counsel, moves to strike Document 85, which was filed in error, from the Court's docket and states as grounds

1. On August 12, 2022, Plaintiff filed a document titled "Plaintiff's Unopposed Motion for an Extension of Time to File Reply to American Airlines, Inc's Response to Motion for Sanctions and Response to Cross Motion for Sanctions." [Document 85]. This document, which was a copy of a motion for extension of time that Plaintiff had previously filed in this case, was filed in error. The document which Plaintiff meant to file was a Motion for Extension of Time to Respond to American Airlines, Inc.'s ["AA"] Motion for Summary Judgment (ECF No. 81), Motion in Limine (ECF No. 82), and Cross Motion for Sanctions (ECF No. 83).

2. Plaintiff did not discover the clerical error until today.

3. A copy of the correct unopposed motion and a corrected proposed order reflecting the correct motions and proposed extension date, is being filed separately (and simulatenously) with the Court.

2. District courts have the authority to strike filings from the docket which were filed by a party in error. *Green v. United States*, 2021 WL 5514599 (W.D. Wash, Nov. 24, 2021), at * 1; *Williams v. Navarro*, 2020 WL 6161217 (S.D. Cal, Oct. 21, 2020).

1

WHEREFORE, Plaintiff, Troy Clowdus, respectfully requests this Court strike Document 85, which was filed in error, from the Court's docket.

**Certificate of Compliance With Local Rule 7.1**

Pursuant to Local Rule 7.1, the undersigned conferred with Defendant's counsel by email on August 16, 2022, who advised that he had no opposition to the granting of this motion.

Respectfully Submitted,   Dated: August 16, 2022

/s/ William T. Woodrow

William T. Woodrow III (*pro hac vice*)
Stone & Woodrow LLP
250 West Main St. Suite 201
Charlottesville, VA 22902
will@stoneandwoodrowlaw.com
Phone: 855-275-7378

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 16th day of August, 2022.

/s/ William T Woodrow
*Attorney for Plaintiff*