UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TROY CLOWDUS,

          Plaintiff,                                   CASE NO: 2021-cv-23155

v.

AMERICAN AIRLINES, INC.,

          Defendant.

_____/

**Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendant's Motion for Summary Judgment (ECF No. 81), Defendant's Motion in Limine (ECF No. 82), and Defendant's Cross-Motion for Sanctions (ECF No. 83)**

      Troy Clowdus, by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), files this Unopposed Motion for Extension of Time to file his Responses to Defendant American Airlines, Inc's ["AA"] Motion for Summary Judgment (ECF No. 81), Motion in Limine (ECF No. 82), and Cross Motion for Sanctions (ECF No. 83), and in support thereof, states[1]:

1. On AA has filed three lengthy and substantively substantial motions, one of which is case-dispositive. All three were filed on the same day, resulting in a two-week timer running simultaneously for all three.

2. Plaintiff's counsel David Pollack is busy preparing for trial in another matter, so his time is severely limited in the next two weeks.

3. Plaintiff's counsel William Woodrow is returning from (a working) vacation with family and will be driving for two days this week, during which time he will be unable to work.

4. The current deadline for responding to all three motions is August 19, 2022.

---

[1] On August 12, 2022, Plaintiff mistakenly refiled an Unopposed Motion for an Extension of Time to Reply to American Airlines, Inc's Response to Motion for Sanctions and Response to Cross Motion for Sanctions [D.E. 85] which it had previously filed, instead of the instant motion. Along with the filing of this motion, Plaintiff is filing a Motion to Strike Document 85 for the Court Docket.

1

5. The Plaintiff respectfully requests an enlargement of seven (7) days to his time to Respond to all three motions, setting the new deadline as Friday, August 26, 2022.

6. The Plaintiff is not making this request for purposes of harassment or delay.

7. The Plaintiff has not previously requested an extension of time to Respond to any of these motions.

8. Plaintiff seeks this extension prior to the expiration of any of the three deadlines.

9. Pursuant to Local Rule 7.1(a)(2), a copy of the proposed Order granting this Motion is attached hereto as Exhibit "A."

## Incorporated Memorandum of Law

10. Federal Rule of Civil Procedure 6(b) allows the Court, for good cause, to extend the time to respond when an act may or must done within a specified time if a request is made before the original time expires. The district court has considerable discretion in ruling upon an application for an extension to a filing deadline. See *Chrysler Int'l. Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) (citing *Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001)).

11. As this motion sets out good cause for the granting of an extension of time to the Plaintiff for his Responses and the Defendant does not oppose this motion, neither party will be prejudiced by the Court exercising its discretion and granting the requested relief.

## Certificate of Compliance With Local Rule 7.1

Pursuant to Local Rule 7.1, the undersigned conferred with Defendant's counsel by email on August 12, 2022, who advised that he had no opposition to the requested extension of time.

WHEREFORE, Plaintiff, Troy Clowdus, respectfully requests that the Court enter an Order extending the time for Plaintiff to file his Response to Defendant's Motion for Summary Judgment (ECF No. 81), Response to Defendant's Motion in Limine (ECF No. 82), and Response to Defendant's Cross-Motion for Sanctions (ECF No. 83) to August 26, 2022.

Respectfully Submitted,                                                                 Dated: August 16, 2022

  /s/ William T. Woodrow

William T. Woodrow III (*pro hac vice*)
Stone & Woodrow LLP
250 West Main St. Suite 201
Charlottesville, VA 22902
will@stoneandwoodrowlaw.com
Phone: 855-275-7378

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 16th day of August, 2022.

      /s/ William T Woodrow
*Attorney for Plaintiff*