UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TROY CLOWDUS,

          Plaintiff,                     CASE NO: 2021-cv-23155

v.

AMERICAN AIRLINES, INC.,

          Defendant.

_____/

**Proposed Order Granting Plaintiff Troy Clowdus' Unopposed Motion for an Extension of Time to File Responses to Defendant's Motion for Summary Judgment (ECF No. 81), Defendant's Motion in Limine (ECF No. 82), and Defendant's Cross-motion for Sanctions (ECF No. 83)**

      THIS CAUSE came before the Court upon Plaintiff, Troy Clowdus' Unopposed Motion for an Extension of Time to File Responses to Defendant's Motion for Summary Judgment (ECF No. 81), Defendant's Motion in Limine (ECF No. 82), and Defendant's Cross-motion for Sanctions (ECF No. 83), and the Court being advised as to the agreement between the parties in this regard and being otherwise duly advised, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Unopposed Motion is GRANTED.
2. Plaintiff, Troy Clowdus, shall Respond to Defendant's Motion for Summary Judgment (ECF No. 81), Defendant's Motion in Limine (ECF No. 82), and Defendant's Cross-motion for Sanctions (ECF No. 83) by August 26, 2022.

      **DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of August, 2022.

                                                      _____
                                                      UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
*All Counsel of Record*