## DECLARATION OF WILLIAM WOODROW

I, William Woodrow, pursuant to 28 U.S.C. § 1746, hereby state under penalty of perjury that the following is true and correct:

1. My name is William Woodrow. I am over 18 years of age. I have personal knowledge of the matters stated below.

2. I am co-counsel to Troy Clowdus in the matter captioned *Clowdus v. American Airlines, Inc.*, Case No. 1:21-CV-23155-KMM.

3. The failure to redact passenger information from the communications between the Plaintiff and his investigator, Eduardo Muriel was entirely inadvertent. I redacted the identical information from at least four other exhibits filed with the Plaintiff's Motion for Sanctions. (Exhs. L, O, T, R).

10. Under penalty of perjury, I declare that the foregoing is true, correct and with my personal knowledge.

Dated: August 25, 2022

_____
WILLIAM T. WOODROW III