Jose Henriquez
February 03, 2022

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA


- - -

TROY CLOWDUS,                        :

        Plaintiff,        :

                           :

vs.                        : Civil Action No.:

                           : 1:21-cv-23155-MM

AMERICAN AIRLINES, INC.,        :

                           :

        Defendant,        :

- - -


FEBRUARY 3, 2022

Zoom deposition of JOSE HENRIQUEZ, held via remote teleconference hosted by U.S. LEGAL SUPPORT, located at 1818 Market Street, Suite 1400, Philadelphia, Pennsylvania, on Thursday, February 3, 2022, at approximately 9:58 a.m., before Erin Gaffney, Stenographer and Notary Public in and of the Commonwealth of Pennsylvania.

Jose Henriquez
February 03, 2022

```
 1   APPEARANCES:

 2

 3   ON BEHALF OF THE PLAINTIFF:

 4   STONE & WOODROW LLP

 5   BY:  WILLIAM T. WOODROW, ESQUIRE

 6   250 West Main Street, Suite 201

 7   Charlottesville, Virginia 22902

 8   (855) 275-7378

 9   will@stoneandwoodrowlaw.com

10   (Zoom appearance)

11

12   ON BEHALF OF THE DEFENDANT:

13   LABOR & EMPLOYMENT PRACTICE GROUP

14   BY:  KELLY KOLB, ESQUIRE

15   401 East Las Olas Boulevard, Suite 2250

16   Fort Lauderdale, Florida 33301

17   (954) 703-3944

18   kelly.kolb@bipc.com

19   (Zoom appearance)

20

21

22

23

24

25
```

Jose Henriquez
February 03, 2022

```
 1                           INDEX

 2                          -   -   -

 3

 4    WITNESS:                                    PAGE:

 5    JOSE HENRIQUEZ                                 4

 6

 7

 8                        EXAMINATION

 9    BY:  MR. WOODROW                               4

10    BY:  MR. KOLB                                 43

11

12

13                         EXHIBITS

14    NAME                  DESCRIPTION          PAGE

15    EXHIBIT A        Customer Service Manual     22

16    EXHIBIT B          Witness Reports           22

17    EXHIBIT C            Tour Report             22

18    EXHIBIT D         Clowdus Affidavit          22

19

20

21

22

23

24

25
```

Jose Henriquez
February 03, 2022

```
 1                          -  -  -

 2              COURT REPORTER:  The attorneys participating in

 3       this deposition acknowledge that I am not physically

 4       present in the deposition room and that I will be

 5       reporting this deposition remotely.  They further

 6       acknowledge that, in lieu of an oath administered in

 7       person, the witness will verbally declare his/her

 8       testimony in this matter is under penalty of perjury.

 9       The parties and their counsel consent to this agreement

10       and waive any objections to this manner of reporting.

11              Please indicate your agreement by stating your

12       name and your agreement on the record.

13              MR. WOODROW:  Will Woodrow from Stone & Woodrow,

14       LLP and I agree to that.

15              MR. KOLB:  Kelly Kolb, counsel for the defendant

16       and we agree as well.

17              THE WITNESS:  And I agree as well.

18              COURT REPORTER:  Thank you very much.

19                          -  -  -

20                       DIRECT EXAMINATION

21                          -  -  -

22       BY MR. WOODROW:

23       Q.     Good morning, Mr. Henriquez.  Thank you for

24       appearing today.

25       A.     Good morning.
```

Jose Henriquez
February 03, 2022

1    Q.      Could you please spell your name and your

2    address for the record.

3    A.      It's Jose Henriquez, J-o-s-e.  Last name is

4    H-e-n-r-i-q-u-e-z.  Miami, Florida.  It's 451 Northwest

5    82nd Avenue, Number 803.

6    Q.      Thank you.

7            So as you know, my name is Will Woodrow, and I'm

8    here on behalf of Mr. Clowdus who's been banned from

9    flying with American Airlines as a result of the

10   incident that you attempted to mediate back in -- in

11   June of 2021.

12           And I just want to say from the start that Mr.

13   Clowdus has no issue with any of the actions that you

14   took on that day.  He thought that you were extremely

15   professional and that you made every effort that you

16   possibly could to help him and he appreciates it.  So

17   please, during the course of my questions, never feel

18   defensive or under attack.  Okay?

19           I'm going to begin with some questions about

20   your background and your training, just standard format

21   stuff, and then we'll move on to your knowledge about

22   the incident.  Make sure you let me finish my questions,

23   make sure that you understand them before answering.

24   The court reporter needs verbal responses and

25   understand, sir, to the best of your ability.  Okay?

Jose Henriquez
February 03, 2022

```
 1   A.      Yes.

 2   Q.      Have you ever given a deposition before?

 3   A.      Yes, I have.

 4   Q.      Okay.  So then you know that from time to time

 5   Mr. --

 6           MR. WOODROW:  Is it Kolb or Kolb (changes

 7   pronunciation), Kelly?

 8           MR. KOLB:  Pretend it's spelled C-o-b-b.  How

 9   about that?

10           MR. WOODROW:  Kolb, okay.

11           MR. KOLB:  Yep.

12   BY MR. WOODROW:

13   Q.      Mr. Kolb may object if I am less than

14   articulate, and I may or I may not rephrase the

15   question.  Objections are that -- they're something that

16   are -- they're between us and the Court.  So unless

17   you're specifically instructed not to answer, just try

18   to ignore the objections, and respond to the best of

19   your ability, okay?

20   A.      (Indiscernible.)

21           COURT REPORTER:  I'm sorry.  Did you respond,

22   Mr. Henriquez?

23           THE WITNESS:  Yes.

24   BY MR. WOODROW:

25   Q.      Tell me what action that you took to prepare for
```

Jose Henriquez
February 03, 2022

```
 1    this deposition today.

 2    A.      I went back to my report.  I also checked on the

 3    report given by my manager and, basically, that's it.

 4    Q.      Okay.  Did you speak with anybody?

 5    A.      I had a conversation with my manager, correct.

 6    Q.      And who is your manager?

 7    A.      Danny Gonzalez.

 8    Q.      Gonzalez, okay.  What did you discuss with him?

 9    A.      We went back to basically that day and discussed

10    what we went through.

11    Q.      Okay.  Let's -- let's go back to the beginning.

12    Where are you from Mr. Henriquez?

13    A.      I was born in New York, but as a child,

14    3-years-old, I went to the Dominican Republic.  That's

15    where my parents are from.  I spent 20 years, finished

16    school there.  I have a BA in hotel management and I

17    moved to Miami in 1993.

18    Q.      Okay.  Did you -- when you moved to Miami, what

19    did you do?

20    A.      I was in the hotel business for about 12 years

21    and then I got hired by American Airlines, 1999.

22    Q.      What position did you get hired into?

23    A.      Customer service agent and --

24    Q.      Okay.

25    A.      -- then two years later, I was promoted as a
```

Jose Henriquez
February 03, 2022

1   supervisor, which is my current position.

2   Q.      Okay.  So you've held your current position

3   since the early 2000s?

4   A.      2001 to be exact.

5   Q.      Okay.  And is your -- is your position today the

6   same as it was in June of 2021?

7   A.      Yes, correct.  CSC, which is customer service

8   coordinator.

9   Q.      CSC?

10  A.      Correct.

11  Q.      Okay.  Describe to me what a day at work looks

12  like for you.

13  A.      Well, in my particular position, I'm a

14  supervisor at the gates.  So we are in charge of three

15  or four gates during eight hours.  So everything that

16  happens there, we are in charge.

17          So we make sure that we meet the aircraft, we

18  deplane.  We make sure they clean the aircraft, the bags

19  are loaded.  We put passengers back and we dispatch.

20          So that's what we do for eight hours.  Whatever

21  is coming and going, we do at three or four gates.

22  Q.      And how is -- how is that different than -- than

23  what a gate agent does?

24  A.      Gate agent is only assigned probably in eight

25  hours to do two or three flights.  We do an average of

Jose Henriquez
February 03, 2022

1    12 to 15.  We dispatch about 15.  That's not counting

2    the flights that we have that we receive.

3    Q.     Okay.  And you said that you report to

4    Mr. Gonzalez; is that correct?

5    A.     Yes.

6    Q.     Is he the only person that you report to?

7    A.     No.  We have -- it's about -- it's a group of

8    about 20, 25 managers.  They oversee the entire

9    operation.

10   Q.     Okay.  So do you -- now, Mr. Gonzalez has

11   explained that -- that he has authority over a range of

12   gates and there are other people with his identical

13   title who have authority over other ranges of gates.  Do

14   you rotate through these various gates?  Or do you

15   consistently work under Mr. Gonzalez --

16   A.     No, no.  We rotate.

17   Q.     Okay.  So in any given day -- I believe he --

18   his -- his acronym is S --

19   A.     No, CSM.

20   Q.     He's a CSM, correct.

21   A.     Customer service manager.

22   Q.     So you rotate under different CSMs on any given

23   day?

24   A.     Correct.

25   Q.     On the day in question, it was Mr. Gonzalez's

Jose Henriquez
February 03, 2022

```
1    gate where this -- this incident occurred, correct?
2              MR. KOLB:  Objection, form.
3    BY MR. WOODROW:
4    Q.      Who -- who was the ultimate CSM in charge of the
5    gate on the day in question?
6    A.      I don't recall.
7    Q.      Well, if Mr. Gonzalez wrote the Tour Report for
8    that incident, would that imply that that gate was --
9    was under his oversight on that day?
10             MR. KOLB:  Objection, form.
11             THE WITNESS:  I believe -- well, he -- he did a
12   report for the second incident, not for the first one.
13   The first one was the one I was involved, and I was the
14   only one who had a report done.
15   BY MR. WOODROW:
16   Q.      Okay.  Do you remember then who was the CSM with
17   -- with oversight over the flight -- the first flight
18   that day?
19   A.      To be honest, I believe we didn't have a CSM
20   assigned to that flight.  It was a early flight.  It was
21   the first one in the morning.
22   Q.      Okay.  Is that a common -- is that a common
23   thing that occurs?
24   A.      It can happen.  It's -- for the amount of
25   flights that we have, there's a possibility.
```

Jose Henriquez
February 03, 2022

```
1   Q.      Okay.  So does -- in your -- in hierarchy of --
2   of your -- your employment structure, does anybody
3   report to you?
4   A.      No.
5   Q.      Okay.  So tell me a little bit about the
6   training that you underwent to become a customer service
7   coordinator, CSC.
8   A.      Coordinator, correct.  So, basically, it's all
9   about customer service to start with.  So they chose how
10  to deal with passengers, try -- you know, for if we have
11  any challenges, any arguments we're told how to probably
12  attempt to revolve a situation.  And basically it's
13  more, the customer service, how to listen, try to
14  apologize, console.  And at the end usually you thank
15  the passenger if you have -- for listening or for any
16  inconvenience that -- basically that you can take care
17  of.
18  Q.      Okay.
19  A.      It's a very operational and we're there to make
20  sure and oversee the -- how the agents perform, make
21  sure that we have an on-time departure, and everybody is
22  in place and everybody's on the same page, basically.
23  Q.      Okay.  So if you -- if you -- if you involved
24  yourself in a situation where there was already a gate
25  agent, would you -- would your involvement supersede
```

Jose Henriquez
February 03, 2022

1   that of the gate agent?

2   A.     Yes.

3   Q.     Okay.  So you're kind of the -- you're kind of a

4   roving sort of customer -- customer service specialist?

5   A.     Correct.  It is more like a liaison between the

6   agents and the other departments.  So all the needs that

7   they have regarding bags, regarding catering, regarding

8   a bag issue, we communicate with the other departments.

9   We are the messengers.

10  Q.     Okay.  Tell me just generically about the chain

11  of events that occurs when a passenger is removed from

12  an aircraft.

13  A.     Well, it depends because not all are the same.

14  So there's many different situations where -- in that

15  case, I mean, we had to remove a passenger.  It all

16  depends.  They're not all the same.

17  Q.     Okay.  Let me -- let me then narrow it in.

18         Generically then, if a passenger is -- is

19  accused of doing something disruptive such as assaulting

20  a flight attendant, what's the -- what's the protocol?

21  Tell me the chain of events.

22  A.     Well --

23         MR. KOLB:  Objection, form.  Go ahead.

24         THE WITNESS:  Well, the first attempt is, like,

25  we as CSCs, ground security coordinators -- or CSC,

Jose Henriquez
February 03, 2022

1   whatever you want to call it -- we try to speak with the

2   customers, just to make the effort to see if we can

3   resolve the issue at that point.

4           And from there, we need to have a discussion with

5   the flight attendant and the chief in command, which is

6   the pilot, and we'll go from there.  If the decision's

7   already made -- like, in that case, the decision's

8   already made by the captain, then I'm in charge of

9   passing information to the passenger.

10  Q.      Okay.  And so I guess that -- that then my next

11  question is then to describe how AA intended you as a

12  CSC to take part in that process.  I think you just

13  answered it.  Does any -- does any paperwork need to be

14  completed if a passenger's removed from the aircraft?

15  A.      Yeah.  There's a report that American Airlines

16  calls the surge report.  I don't know what "surge"

17  stands for, but it's a report that goes to all the

18  different channels and ends up in headquarters.

19  Q.      Are you familiar with a PIDR report?

20  A.      No.

21  Q.      Okay.  That might be something that's -- that's

22  for the flight attendant, but it's a passenger incident

23  report.  You're not familiar with it?

24  A.      No.

25  Q.      Okay.  So where were you physically located when

Jose Henriquez
February 03, 2022

1   the alleged assault claimed by Mr. Marino occurred?

2   A.      I was outside the aircraft at the door, just

3   waiting for the flight attendant to close the door.  So

4   we were ready for departure.

5   Q.      Okay.  So you -- you were at the aircraft then

6   at the time?

7   A.      Yes.  The reason is it's -- we call the Right

8   Start.  It's -- some particular flights in the morning

9   that American Airlines they want to make sure that they

10  leave on time because that'll do the domino effect for

11  the entire day.  So they call it the Right Starts.

12  Q.      The Right, R-i-g-h-t?

13  A.      What is it?  Repeat --

14  Q.      Did you say "Right Start"?

15  A.      Yeah, Right.

16  Q.      Okay.  Okay.

17  A.      It has to be perfect.  So we the GSCs or the

18  CSCs in the morning, first time in the morning, we are

19  assigned specifically to some flights.  And I was

20  assigned to that one particular.

21  Q.      Okay.  So describe to the best of your

22  recollection -- your recollection the events that led up

23  to you escorting from Mr. Clowdus from that first

24  flight.

25  A.      Well, as I said before, we were standing at the

Jose Henriquez
February 03, 2022

1   door of the aircraft in the jet bridge, the agents and

2   myself waiting for the door to be closed.  Few seconds

3   later that's when I -- we heard someone saying, "You hit

4   me.  You hit me."  We heard it twice.

5          Immediately, my reaction was to go inside the

6   aircraft to find out what was going on.  And that's when

7   I noticed Flight Attendant Marino standing in the middle

8   of the aisle in business class telling me that this

9   passenger needs to come off.

10          So he now came to the galley and I went to the

11   passenger, Mr. Clowdus, to try to get more information,

12   to find out what happened because at that point I was

13   not getting too much information from the flight

14   attendant.  All I heard is, "He needs to come off."

15          So I go to Mr. Clowdus and I ask him, "What

16   happened?"  And the impression I got at that point was,

17   like, he was confused.  He didn't know exactly what was

18   going on and we start from there.  So he said, "I don't

19   know what's going on.  I don't know what's going on."

20          I went back now to the captain and to the flight

21   attendant, to the galley, that's right in the front of

22   the door.  And the flight attendant mentioned again, "He

23   hit me with a bag.  He needs to come off."

24          I then asked the chief in command, the pilot,

25   because he has a final word, I asked him, "What do you

Jose Henriquez
February 03, 2022

 1   want me to do at that point?"

 2          He said, "Unfortunately, he needs to come off.

 3   He's not going to be able to fly with us."

 4          I went back to Mr. Clowdus.  I said, "I'm sorry,

 5   Mr. Clowdus.  I'm going to ask you to come with me,

 6   bring your belongings, and I'll talk to you outside of

 7   the aircraft."

 8          The door got closed and we went outside to the

 9   lounge, and that's when I explained the decision that

10   was made and we went from there.

11   Q.     Okay.  What was your understanding of -- of why

12   Mr. Clowdus was removed from that flight?

13   A.     Well, at that point it was just basically based

14   on what Mr. Clowdus was telling me, his version.

15   Q.     Do you mean Mr. Marino?

16   A.     What is it?

17   Q.     Do you mean Mr. Marino?

18   A.     Well, the -- the information I got from the

19   flight attendant was that he got hit by the passenger,

20   but I had no details from the flight attendant.  I just

21   heard, "He hit me and he needs to get off."  Captain got

22   involved, we removed the passenger.

23          So at that point, conversation with me and

24   Mr. Clowdus, I'm now trying to get more information

25   since I had to report this.  And that's when he

Jose Henriquez
February 03, 2022

1   mentioned that he was confused.  He didn't know why all

2   this situation here going on.  That, apparently when he

3   was asked to stow his bag and -- like, for the second

4   time, he was on the middle of a phone call, I believe he

5   said.

6           And when he was approached by the -- Mr. Marino

7   again, he grabbed his bag pretty quick and he threw it

8   on the seat next to him that happened to be empty.  And

9   apparently there was contact with the bag and the flight

10  attendant.  He mentioned that he had no intention on

11  hitting anybody, that apparently it just happened as an

12  accident, and he was, you know, upset, but at the same

13  time he was confused.  Like, he didn't know why it

14  escalated that way.

15  Q.     Okay.  Did you ever -- did you ever --

16          MR. WOODROW:  I'm getting an echo I think on

17  maybe a double microphone.  Okay.  It's better now.

18          MR. KOLB:  Let me mute.  Maybe...

19          MR. WOODROW:  Okay.  I think that's better.

20  Thank you.

21  BY MR. WOODROW:

22  Q.     Did you ever see Mr. Clowdus get out of his seat

23  and act aggressively towards anybody?

24  A.     No.  I never had a visual.  I never -- I never

25  witnessed the entire situation because I was outside the

Jose Henriquez
February 03, 2022

```
1   aircraft.
2   Q.      Okay.  And so you just testified a minute ago
3   that after you heard, "You hit me, you hit me," you
4   looked around the corner to see what happened.  Is
5   that -- is that accurate?
6   A.      I entered -- when I heard, "You hit me, you hit
7   me," I entered the aircraft to find out what was
8   happening.
9   Q.      And did you look -- did you look down the aisle
10  towards Mr. Clowdus and Mr. Marino at that time when you
11  entered the aircraft?
12  A.      Well, the -- the visual that I have where I was
13  standing, I was unable to see Mr. Clowdus because he was
14  sitting in the window in the bulkhead (phonetic).  So I
15  couldn't see him.  I just saw the flight attendant
16  standing right in front of me basically --
17  Q.      Okay.
18  A.      -- like, behind Mr. Clowdus.
19  Q.      Okay.  So when you -- when you looked around the
20  corner, Mr. Clowdus was seated?
21  A.      He was seated.  Yeah, yeah.  He was still
22  seated.
23  Q.      And did you -- did you ever see him stand up and
24  glare intimidatingly at anybody?
25  A.      No.
```

Jose Henriquez
February 03, 2022

1  Q.     Okay.  Was -- was he seated when you went back

2  to speak with him?

3  A.     Yes.

4  Q.     When you looked around the corner, were there

5  any other flight attendants in the vicinity of

6  Mr. Marino in first class?

7  A.     Not that I recall.  My full attention was to

8  that point to Marino and Mr. Clowdus.  I don't remember

9  seeing anybody just standing there also.

10  Q.     Okay.

11  A.     It's a very narrow aircraft.  I believe, it's a

12  319 Airbus.  It's only one aisle, very small and very

13  narrow.  I don't remember seeing...

14  Q.     Okay.  As you were removing Mr. Clowdus from the

15  flight, did you hear him engage in any communication

16  that was disrespectful or otherwise with Mr. Marino?

17  A.     No.

18  Q.     And was he within ears?  Was Mr. Clowdus within

19  earshot of you the entire time that you escorted him off

20  the plane?

21  A.     What was the question again?  I'm sorry.  Can

22  you repeat?

23  Q.     Was Mr. Clowdus within earshot of you for the

24  entire time that you escorted him off the plane?

25  A.     No.  Because I remember -- I remember tell --

Jose Henriquez
February 03, 2022

1    this is a technique that I use.

2            I usually -- when I inform the passenger that

3    need to come off, I just basically tell them to meet me

4    outside.  So I immediately said, "I'm going to ask you

5    to come outside.  I'll talk to you outside," and I just

6    left and waited for him to come out of the aircraft.

7    Q.     Okay.  Did you -- did you ever observe

8    Mr. Clowdus to laugh mockingly at Mr. Marino?

9    A.     No.

10   Q.     Okay.  So would any of this behavior and these

11   prior questions comport with your assessment of

12   Mr. Clowdus's demeanor at the time?

13           MR. KOLB:  Objection, form.

14           THE WITNESS:  All right.  Can you repeat?

15   BY MR. WOODROW:

16   Q.     In your opinion, would any of -- would any of

17   this behavior that I've just asked you if Mr. Clowdus

18   engaged in, would that comport with your assessment of

19   Mr. Clowdus's demeanor at the time?

20   A.     Yes.

21           MR. KOLB:  Objection to form.

22   BY MR. WOODROW:

23   Q.     The -- let me -- let me ask again in a different

24   way.

25           This -- the behavior that I've just

Jose Henriquez
February 03, 2022

 1   characterized in these questions -- standing up, acting

 2   aggressively, glaring intimidatingly, laughing

 3   mockingly -- did that seem like behavior that -- when

 4   you spoke with Mr. Clowdus, did that seem like behavior

 5   that he would have engaged in at that time?

 6   A.      No, no, no.  Absolutely --

 7          MR. KOLB:  Objection, form.

 8   BY MR. WOODROW:

 9   Q.      Okay.  Thank you.  So what -- why did you decide

10   to rebook Mr. Clowdus on a later flight after he was

11   kicked off this flight?

12   A.      At the point we're having a conversation, he was

13   very calm.  He was -- basically, he was upset and -- it

14   was obvious he was upset that he got removed, but it

15   sound more like he didn't understand what was going on.

16   He was very calm.  He was never aggressive to me.  And I

17   used my judgment and at that point I believe that maybe

18   it was a misunderstanding at that point.  So I decided

19   since no police report had to be filed, nothing that can

20   probably be, like, a threat on a future flight, I

21   decided to rebook the passenger.

22   Q.      Okay.

23          MR. WOODROW:  Oh, back to the echo.  All right.

24   Are you guys sitting in the same room?

25          MR. KOLB:  (Indiscernible.)

Jose Henriquez
February 03, 2022

1         MR. WOODROW:  I'm not sure why I'm getting an

2    echo then.  I -- no echo.  Thank you.

3         MR. WOODROW:  Let me -- let me do what I did

4    yesterday.  I have four exhibits.  I'm going to drop them

5    into the chat, Madame Reporter.

6         And, let's see, I'm going to share Exhibit A.

7    And if you would mark these as they are, A, B, C, and D,

8    please.

9      (Exhibits A through D were marked for identification.)

10        COURT REPORTER:  Sure.

11   BY MR. WOODROW:

12   Q.    Do you recognize this document, Mr. Henriquez?

13   A.    Yes.

14   Q.    Okay.  And what is it?

15   A.    It's a customer service manual.

16   Q.    Okay.  I'm going to go down to F-1.  Some of

17   these questions we may have already touched on.  If we

18   have, I apologize.  I will try to move through them

19   quickly.

20        So F-1 -- okay.  This is follow up.  One reads,

21   "Any time a passenger is removed from an aircraft or

22   denied boarding at the gate, the station must complete

23   the online passenger event form by a Jetnet."

24        Are you familiar with -- with the passenger

25   event form?

Jose Henriquez
February 03, 2022

```
 1          (Zoom interruption.)

 2          MR. KOLB:  You froze, Mr. Henriquez.  If you want

 3   to repeat your answer.

 4          THE WITNESS:  Okay.  Am I back?  Can you hear me?

 5   BY MR. WOODROW:

 6   Q.      Yes.  I hear you.

 7   A.      Okay.  Sorry.

 8   Q.      I just asked:  Are you familiar with the

 9   passenger event form?

10   A.      I'm not sure if that's the same one, the surge

11   report.  That's the only that we, as CSCs or GSCs, that

12   we do.  I don't know if this is one made by the CSM, the

13   customer service manager.

14   Q.      Okay.  So when -- and I believe if you look at

15   number 2, the passenger misconduct report, my

16   understanding was that was the CRS.  So seems like the

17   passenger event form is something different.

18          But when it says "the station," is that --

19   that's not the plane, is it?  That would be -- is it you

20   or Mr. Gonzalez?

21   A.      When it mentions "the station," they said Miami.

22   So it could be a report made by the flight attendant

23   based in Miami or the ground security coordinators or

24   managers in Miami.  So whoever got involved into it or

25   maybe both.
```

Jose Henriquez
February 03, 2022

```
 1    Q.      Okay.  Do you know if a passenger event form was

 2    ever created as a result of this incident?

 3    A.      I found out probably an hour later that there

 4    was a report filed by the flight attendants.

 5    Q.      All right.  A CRS report?

 6    A.      Yes.

 7    Q.      Which may be different than a passenger event

 8    form?

 9    A.      Correct.

10    Q.      Okay.  So you don't know explicitly if a

11    passenger event form was generated?

12    A.      No.

13    Q.      Okay.

14    A.      I'm not sure.

15    Q.      Okay.  So in your understanding then, this isn't

16    something that you -- you personally would deal with or

17    respond for?

18    A.      Correct.  I did my -- I did my part on the first

19    one and I guess -- well, then I found out the flight

20    attendants filed a report also.  And that was after I

21    got Mr. Clowdus rebooked.

22    Q.      Okay.  Let's go down to G-7-a.  And I believe

23    you -- you spoke about this a little bit.

24            G -- G is customer misconduct, if you -- if you

25    look there.  All right.  7 -- 7-a.  Okay.
```

Jose Henriquez
February 03, 2022

```
 1            And if you look at A 1 through 5, are these the

 2    steps that you were discussing earlier that are to be

 3    taken when a passenger is removed?

 4    A.      Yes.

 5    Q.      Okay.

 6    A.      Yeah.  That's the normal procedure for us.

 7    Q.      Okay.  And were you given a chance to speak with

 8    Mr. Clowdus and hear his version of events before the

 9    decision was made to kick him off?

10    A.      On the -- on the first incident, the first

11    flight?

12    Q.      Yes.

13    A.      I -- as I said before, I asked him what

14    happened.  I didn't have much information.  The captain

15    made the decision to remove him.  And then, after the

16    fact, after we closed the flight, that's when I spoke to

17    him and he explained what he believed was the situation

18    when --

19    Q.      Okay.  So were you -- were you able to provide

20    any -- any meaningful input during step 4 of this 5-step

21    process?

22    A.      I need you to move the screen because I can't --

23    I don't get them all.

24    Q.      Okay.  Sorry about that.  Now, step 4 is right

25    up here where my cursor is.
```

Jose Henriquez
February 03, 2022

```
 1          Step 4 says, "A collaborative discussion among
 2     the captain, flight attendant, and GSC or member of
 3     management must take place before a customer can be
 4     removed for reasons other than clear violations of
 5     federal regulation."
 6          Were you able to provide any meaningful input
 7     during that --
 8     A.     That was it.
 9          MR. KOLB:  Objection, form.
10          COURT REPORTER:  I'm sorry.  Can you repeat your
11     answer?
12          THE WITNESS:  Yeah.  That was it.  That --
13     (indiscernible).
14     BY MR. WOODROW:
15     Q.     I'm sorry.  I didn't catch that.
16     A.     Yeah.  We did speak to the -- I spoke to the
17     captain and the flight attendant.  So, yes, we did.
18     Q.     Were you able to provide any meaningful input
19     not having heard Mr. Clowdus's side of the story at this
20     point?
21          MR. KOLB:  Objection --
22          THE WITNESS:  No.
23          MR. KOLB:  -- form.
24     BY MR. WOODROW:
25     Q.     Okay.  Let's go down to 8-a, Cleared Customers.
```

Jose Henriquez
February 03, 2022

1          8-a says, "Once we refuse travel, law

2    enforcement and/or TSA will investigate the customer.

3    It is possible they'll determine no security threat is

4    present and clear the customer to travel."

5          Did -- do you know if law enforcement or TSA

6    ever investigated Mr. Clowdus after the incident to

7    clear him to fly?

8    A.     Not on my particular case on the first

9    incident -- on the first flight.

10   Q.     Okay.  So who makes the determination of whether

11   to -- to bring law enforcement or TSA into the

12   conversation?

13   A.     It basically depends on the situation.  As I

14   said before, not all the situations are the same.  So in

15   this case no one was being, like, aggressive, that is a

16   threat, or intoxication.  So it depends on the

17   situation.

18   Q.     Okay.  So I guess -- and this will go into

19   9-a-2:  Roles and Responsibilities.

20          Now, is your role as a CSC, are you standing in

21   for the GSC that's referenced in 9-a-2?  See if you can

22   read this.

23   A.     Okay.  I see that they said that they recommend

24   speaking to local law enforcement.  In that case -- in

25   my case, it was not needed.

Jose Henriquez
February 03, 2022

1   Q.      Okay.  So am I correct then in stating that

2   you -- you were the GSC involved in the incident with

3   Mr. Clowdus?

4   A.      Correct.

5   Q.      Okay.  And so was it within your discretion to

6   decide whether this incident warranted being reported to

7   the FAA?

8   A.      Correct.  I make that decision.

9   Q.      Okay.  And you did not report the --

10  A.      I did not.

11  Q.      Is there a level of misconduct where that choice

12  is taken out of your hands?

13  A.      Yes.  But in that case, I mean, that will be --

14  that will be the manager.

15  Q.      Mr. Gonzalez?

16  A.      Correct.

17  Q.      Okay.  And was law enforcement ever notified

18  that Mr. Clowdus had allegedly committed a felony

19  against Mr. Marino?

20  A.      Not that I'm aware of.  On the first incident, I

21  know we didn't get law enforcement involved.

22  Q.      Now, was the responsibility of deciding whether

23  to get law enforcement involved, was that in your hands?

24          MR. KOLB:  Objection, asked and answered.

25          THE WITNESS:  As I said, I don't -- it was not

Jose Henriquez
February 03, 2022

1   needed, so...

2   BY MR. WOODROW:

3   Q.      Okay.  So I guess then I'll ask it a different

4   way.  When you were contemplating whether to rebook

5   Mr. Clowdus on a later flight, was notifying law

6   enforcement on the other end of that decision tree?

7   A.      No.

8   Q.      I think I'm not being clear.  So you -- you

9   testified earlier that you decided that Mr. Clowdus was

10  not a threat and it was your discretion to rebook him,

11  correct?

12  A.      Correct.

13  Q.      And it was also your discretion to decide if law

14  enforcement was needed --

15  A.      Correct.

16  Q.      -- correct?  Okay.  That's all I'm asking.  I'm

17  not -- not trying to trick you.

18  A.      All right.

19  Q.      Let's go to Exhibit B.  Let me shrink this down

20  a little bit here.

21          We have -- do you recognize this document?

22  A.      Yes.  That's a surge report.

23  Q.      Okay.  And who filed this document?

24          MR. KOLB:  Objection, form.

25          THE WITNESS:  That one was Gray, Deon.

Jose Henriquez
February 03, 2022

```
1    BY MR. WOODROW:

2    Q.      Okay.  And I believe it's Deon Gray.  And these

3    are -- this is alleged witness statement from the

4    incident.  Actually, I'm going to move on.

5            Let's -- let's go down to -- do you recognize

6    this -- this surge report?

7    A.      That's my report.  That's my report.

8    Q.      And please review the factual narrative that you

9    wrote down.

10   A.      Okay.

11   Q.      And why did you remain neutral with respect to

12   whether Mr. Clowdus had intended his bag to strike

13   Mr. Marino?

14   A.      Okay.  I'm sorry.  I don't know if you asked me

15   a question.

16   Q.      At that point that you wrote this narrative, had

17   Mr. Marino already informed you that he believed

18   Mr. Clowdus had hit him on purpose?

19   A.      No.  That was after --

20           MR. KOLB:  Objection.

21           THE WITNESS:  -- the fact.  The flight was

22   already gone.

23   BY MR. WOODROW:

24   Q.      When you were conferring with Mr. Marino and the

25   captain, did Mr. Marino tell you he wanted Mr. Clowdus
```

Jose Henriquez
February 03, 2022

1    off the flight because Mr. Clowdus had hit him on

2    purpose?

3    A.       Correct.

4    Q.       Okay.  So at the time that you wrote this

5    narrative, Mr. Marino had already told you that

6    Mr. Clowdus hit him on purpose?

7    A.       Correct.

8    Q.       So why did you remain neutral in this narrative

9    as to whether Mr. Clowdus hit him on purpose?

10   A.       I still believed to that point, based on

11   information I was getting from the passenger,

12   Mr. Clowdus, that it was just an accident.  That it was

13   a contact with a bag not done on purpose.  It was just

14   an accident.

15   Q.       Okay.  And I ask you this because it -- in this

16   litigation, obviously American Airlines says -- has

17   accepted Mr. Marino's events -- version of events

18   without question and without speaking with Mr. Clowdus.

19           So I'm just asking this to say, what gave you

20   pause in doing the same thing?

21           MR. KOLB:  Objection, form.

22   BY MR. WOODROW:

23   Q.       And I believe you answered because you spoke

24   with Mr. Clowdus and he said it was an accident; is that

25   correct?

Jose Henriquez
February 03, 2022

1          MR. KOLB:  Objection, form.

2          THE WITNESS:  Yes.

3    BY MR. WOODROW:

4    Q.     Okay.  That's all I have for that.  Let's go to

5    Exhibit C.

6          What is this?  Is this large enough for you to

7    read it?

8    A.     It's good.

9    Q.     Can you read this?

10   A.     Yeah.  That's the tour report made by the

11   customer service managers.

12   Q.     Okay.  Please just take a minute to read it and

13   familiarize yourself with it.

14   A.     Okay.

15   Q.     Okay.  Do your statements recorded there

16   accurately represent your opinions of the events that

17   transpired?

18         MR. KOLB:  Objection, form.

19         THE WITNESS:  At that time, yes.

20   BY MR. WOODROW:

21   Q.     You state -- you state there that you felt

22   Mr. Marino had unnecessarily escalated the situation.

23   Did you ever have cause to change your mind about that

24   conclusion?

25   A.     Well, after I read the -- the flight attendant's

Jose Henriquez
February 03, 2022

1   report, there was a different opinion.  My -- the one

2   that says Jose Henriquez was present -- where's it --

3   yeah.  That was based -- my original report and the one

4   with Danny Gonzalez was more based on the opinion that I

5   got from -- on the version that I got from Mr. Clowdus,

6   which was the only version that I got that day.

7   Q.     Well, now you just testified a minute ago that

8   Mr. Marino, when you were conferring with him and the

9   captain, he was very irate and claiming that he had just

10  been struck intentionally.

11          MR. KOLB:  Objection, misconstrues prior

12  testimony.

13  BY MR. WOODROW:

14  Q.     Well, please -- please correct anything I

15  misconstrued in stating that, Mr. Henriquez.

16  A.     I never --

17          MR. KOLB:  Objection.

18          THE WITNESS:  -- mentioned that he was very

19  irate.  I know he was upset about the situation and he

20  was asked to remove the passenger, but no details.

21  BY MR. WOODROW:

22  Q.     And did he tell you that the passenger had

23  intentionally struck him?

24          MR. KOLB:  Objection, form.

25          THE WITNESS:  All I heard twice was, "The

Jose Henriquez
February 03, 2022

1    passenger hit me.  He hit me.  He needs to come off."  No

2    details.

3    BY MR. WOODROW:

4    Q.    Okay.  When -- when Mr. Gonzalez told you there

5    were three flight attendants who witnessed this alleged

6    assault and submitted CRS reports, what was your

7    reaction?

8    A.    My reaction was I -- there's no possibility of

9    having three flight attendants gather at the same time.

10   And I confirmed that when I saw there's only two

11   reports:  One from Mr. Marino and one from Flight

12   Attendant Ray, I believe, that's the name.

13   Q.    Okay.  That's correct.

14         After this incident, were you ever contacted

15   by -- by either corporate security or an investigator

16   for more information or to clarify what your impressions

17   had been about the incident?

18   A.    No.

19   Q.    Okay.  When -- when you read Mr. Marino's surge

20   report, did that -- did that give you cause to believe

21   that Mr. Clowdus had seemed less credible to you?  Or

22   Mr. Clowdus's testimony to you earlier was less

23   credible?

24         MR. KOLB:  Objection, form.

25         THE WITNESS:  Yes.  There was more information

Jose Henriquez
February 03, 2022

 1    that I didn't have at the beginning.

 2    BY MR. WOODROW:

 3    Q.      Okay.  All right.  Let's go to Exhibit D.

 4           Now I'll represent to you that this is an

 5    affidavit that Mr. Clowdus submitted to American

 6    Airlines prior to this litigation.  And in here he

 7    recounts his experiences with you.  I would like you to

 8    read -- and you may have to either download it or just

 9    tell me to scroll.

10           I'd like you to read paragraphs 26 through 40

11    and then I'd like you to tell me if, in your opinion,

12    Mr. Clowdus had mischaracterized anything in his

13    narrative that you or either representative have said or

14    done, okay?

15    A.      Okay.

16           MR. KOLB:  Objection, form.

17           THE WITNESS:  Okay.  On line 31, paragraph 3 he

18    says that, "I tried to calm the flight attendant down,

19    but was unsuccessful because he was too irate."

20           I never said that.

21    BY MR. WOODROW:

22    Q.      What did you say?

23    A.      That he was probably upset of the situation.

24    Okay.  On -- if you can move a little bit, I'm on

25    paragraph 32.  He says that I said he said he had never

Jose Henriquez
February 03, 2022

```
 1   seen a business class customer removed from a flight

 2   before, and that he was just as baffled as me by the

 3   flight attendant's behavior.

 4           I never said that because I know -- I've seen

 5   passengers being removed from first class in 21 years

 6   that I have in the business.

 7   Q.     Okay.

 8   A.     All right.  You can move.  You can move.  All

 9   right.  You can move.  Okay.

10           On paragraph 40, I never walked him to the

11   plane.

12   Q.     Onto the plane, you mean?

13   A.     Yeah.  No, I didn't.

14   Q.     Okay.  Is that it?

15   A.     That's it.  Yeah.

16   Q.     Okay.  Now, can you tell by just reading

17   Mr. Marino's surge report whether Mr. Clowdus's account

18   of events is true or Mr. Marino's account of events is

19   true?

20           MR. KOLB:  Objection, form.

21           THE WITNESS:  Well, I just see as a version of

22   what happened that day.

23   BY MR. WOODROW:

24   Q.     Is there any way to know who's telling the truth

25   by reading each person's account, is what I'm asking?
```

Jose Henriquez
February 03, 2022

```
 1              MR. KOLB:  Objection, form.

 2              THE WITNESS:  Yeah.  At that time, I believe

 3     Mr. Marino was telling the truth.

 4     BY MR. WOODROW:

 5     Q.     And what -- what would give you reason to

 6     believe Mr. Marino's account as opposed to Mr. Clowdus's

 7     account?

 8     A.     Mr. Clowdus never mentioned that he was asked by

 9     two flight attendants about storing his bag.

10     Q.     Excuse me.  There's been no allegation in this

11     case that two flight attendants asked him to store his

12     bag.

13     A.     Yeah.  But my understanding from the beginning

14     was it was only a conversation between Mr. Marino and

15     Mr. Clowdus.

16     Q.     That is correct.

17     A.     He didn't know about the other flight attendant.

18     Q.     There was no other flight attendant who

19     interacted with Mr. Clowdus.  No one has alleged that in

20     this case.

21              MR. KOLB:  Objection, form.

22     BY MR. WOODROW:

23     Q.     Let's go back to help you with that because I

24     see you're confused.  We'll go back to Exhibit B.

25              Now, Mrs. -- Mrs. Gray, she has either alleged
```

Jose Henriquez
February 03, 2022

1   that she witnessed or more likely she has recounted

2   facts that she was told.  I'll let you read -- read her

3   facts and decide for yourself, but she never claims to

4   have interacted with -- with Mr. Clowdus.

5          MR. KOLB:  Objection to the characterization of

6   the witness being confused.

7          Objection to the mischaracterization of the Gray

8   report.

9   BY MR. WOODROW:

10  Q.     Okay.  Mr. Henriquez, read the Gray report and

11  you may decide for yourself how to characterize it.

12  A.     Okay.  I got it now.

13  Q.     Okay.  And -- well, let's -- let's just for

14  comparison let's go up and read what Mr. Marino --

15  F-a-1 -- wrote.

16  A.     Okay.

17  Q.     Okay.  And how many times in this narrative does

18  Mr. Marino say that he asked Mr. Clowdus to stow his

19  bag?

20  A.     There's a third interaction at the end.  Give me

21  one --

22  Q.     Excuse me?

23  A.     -- second.

24         Okay.  So it says he did it twice.

25  Q.     Okay.  Now, Mrs. Gray who was a supporting

Jose Henriquez
February 03, 2022

```
 1   witness, how many times does she claim Mr. Clowdus was
 2   asked to stow his bag?
 3   A.      Well, she mentions passenger was asked several
 4   times.
 5   Q.      At least, right?
 6           Because then he hid the bag allegedly and then,
 7   number one, offered to put the bag in the overhead,
 8   correct?
 9   A.      Correct.
10   Q.      And now does -- does Mr. Marino anywhere allege
11   that Mr. Clowdus stood up and glared at him in the -- in
12   the factual narrative that you just read prior?
13   A.      All right.  What was the question, again?
14   Q.      In the factual narrative that you just read from
15   Mr. Marino, the alleged victim, does he -- does he ever
16   claim that Mr. Clowdus stood up and confronted him or
17   glared at him?
18   A.      No.  I don't see in the report.
19   Q.      Okay.  But does Mrs. Gray in her facts allege
20   that that was the case?
21   A.      No, same information.
22   Q.      In the second to last sentence, does she allege
23   that Mr. Clowdus stood there glaring at the number 1?
24   A.      Yes.
25   Q.      Okay.  So is it possible that this could be a
```

Jose Henriquez
February 03, 2022

1    supporting witness statement based upon Mr. Marino's

2    statements to Mrs. Gray, and not Mrs. Gray's firsthand

3    account?

4            MR. KOLB:  Objection.  Calls for speculation.

5            THE WITNESS:  I don't know.

6    BY MR. WOODROW:

7    Q.      No.  I just asked, is it possible?

8            MR. KOLB:  Same objection.

9            THE WITNESS:  I don't know.

10   BY MR. WOODROW:

11   Q.      Okay.  Do you know who removed Mr. Clowdus from

12   his second flight?

13   A.      No, I don't.

14   Q.      Mr. Clowdus has -- has testified that it was

15   three individuals in non-American Airlines uniform, but

16   rather in business suits.  In your experience working

17   these gates, does that sound like any people you're

18   familiar with?

19   A.      No.  We wear suits, but it says three people

20   wearing suits?

21   Q.      He says three -- he says three people, correct.

22   A.      No.  I don't see that.  That's not -- that's

23   not...

24   Q.      Okay.  Do any -- do any corporate security

25   employees sit at MIA?

Jose Henriquez
February 03, 2022

1    A.      Yes.  They're based in MIA.

2    Q.      Okay.  Is it possible that corporate security

3    individuals would participate in the removal of a

4    passenger from the plane?

5    A.      Yes, but they don't wear suits.

6    Q.      What do they wear?

7    A.      Regular casual clothes.

8    Q.      Okay.  So you don't know who these suited

9    individuals might've been?

10   A.      No.

11   Q.      Other than Mr. Gonzalez who testified that he

12   participated?

13   A.      Yeah.  He wears a suit.

14           MR. KOLB:  Form.

15           MR. WOODROW:  Yeah.  Okay.  You know, I think

16   we're -- this isn't going to be a long deposition.  If we

17   could take a 5-minute break, I think I can come back and

18   wrap this up pretty quick.

19           MR. KOLB:  Sounds good.

20           (An off-the-record discussion was held.)

21           MR. WOODROW:  I only have one more question and I

22   apologize, I may have asked it already.

23           Are we back on the record, Madame Reporter?

24           COURT REPORTER:  Yep.

25   BY MR. WOODROW:

Jose Henriquez
February 03, 2022

1    Q.      After -- after this incident occurred and

2    when -- during the time when Mr. Clowdus was being

3    investigated and the decision of whether or not to ban

4    him from flying on American Airlines was taking place,

5    were you ever contacted by anybody in AA for your input

6    into that decision?

7    A.      I have not been contacted.

8    Q.      You have not and you were not?  Okay.

9    A.      No.

10   Q.      Would it -- would it -- in your experience, are

11   you ever involved in those investigations when you have

12   had a firsthand, I guess, involvement in the incident?

13   A.      You're talking as far as a suit like this one?

14   A lawsuit?

15   Q.      No, no.  As far as investigations in whether to

16   ban or punish wild passengers or even employees I guess,

17   are you ever contacted by investigators for your input?

18   A.      No, never.

19   Q.      Never.  All right.

20          MR. WOODROW:  I think that's all I got.  I'll

21   turn him over to you, Kelly.

22          MR. KOLB:  Okay.  Just a couple

23                        -  -  -

24                   CROSS-EXAMINATION

25                        -  -  -

Jose Henriquez
February 03, 2022

1    BY MR. KOLB:

2    Q.     Mr. Henriquez, do you know if the decision to

3    deplane Mr. Clowdus from the first flight was made

4    before you spoke with Mr. Clowdus or when you spoke with

5    the captain or some other time?

6    A.     When I got involved, I believe the decision was

7    made after because they allowed me to have a

8    conversation with the passenger and try to solve the

9    situation.  That is when we met, the three of us, and

10   the captain just said, "He needs to come off."  So he

11   made the final decision.

12   Q.     You were asked some questions about

13   Mr. Clowdus's affidavit.  Let me see if I can pull that

14   up.

15          All right.  Sir, can you see that?

16   A.     Yes.

17   Q.     All right.  You were asked in paragraph 26

18   through 40 of this affidavit were consistent with your

19   observations in short.

20          With respect to the contents of paragraph 26,

21   were you in a position at any time to see any of the

22   events or hear any of the discussions recounted in

23   paragraph 26?

24   A.     No.  I had no participation there.

25   Q.     Okay.  When you entered the aircraft -- and,

Jose Henriquez
February 03, 2022

1  here, I'm focusing on paragraph 28 -- were there other

2  passengers seated in business class?

3  A.      Yes.

4  Q.      Approximately how many, if you recall?

5  A.      I believe it holds eight -- eight passengers and

6  there were a couple open seats.

7  Q.      Okay.

8  A.      Including the one next to Mr. Clowdus.

9  Q.      Thank you.  Have you focus on paragraph 33.  Did

10  Mr. Clowdus tell you that he thought the flight

11  attendant was acting manic and angry during the boarding

12  process?

13  A.      Yes.

14  Q.      Okay.  Did he describe what he thought that was

15  attributable to?

16  A.      Yes.

17  Q.      What did he say?

18  A.      Wait.  Can you hear me?

19  Q.      Yep.  Yeah.  You said that Mr. Clowdus told you

20  he thought the flight attendant was acting manic and was

21  angry.  Did he explain to you why he reached that

22  conclusion?

23  A.      Basically, he said he didn't understand why, but

24  he sound very upset about something.  He didn't specify

25  what it was.  He never mentioned to me the fact that he

Jose Henriquez
February 03, 2022

 1   was asked twice already about the bag --

 2   Q.      All right.

 3   A.      -- but he felt like the flight attendant was not

 4   comfortable doing what he was doing.

 5   Q.      Okay.

 6   A.      So he -- that he sounded angry for some reason

 7   from the --

 8   Q.      Did you have an occasion to interact with

 9   Mr. Marino before the boarding process commenced that

10   morning?

11   A.      I met him when he arrived to work the flight.

12   Q.      And what was his demeanor at that time?

13   A.      No.  He was -- he was very, very, very friendly

14   and normal.  Friendly, normal.  No -- no -- I didn't

15   notice no issues with him or the rest of the crew.

16   Q.      Paragraph 34.  If you can read that, it says

17   that, "The supervisor" -- meaning you -- "again

18   apologized."

19          Do you recall apologizing to Mr. Clowdus as you

20   were attempting to rebook him?

21   A.      Yes, I did.

22   Q.      And what were you apologizing for?

23   A.      Basically, when we handle situations -- any kind

24   of situations that we have to interact with passengers,

25   when we either have to remove or there's an incident or

Jose Henriquez
February 03, 2022

```
1    misunderstanding, misconnection, delay, we always tend
2    to apologize.  We always -- we want to listen to what
3    they have to say, but we always do apologize.
4    Q.      In this instance, were you apologizing for
5    anything specifically other than his inconvenience?
6    A.      No.
7    Q.      After you rebooked Mr. Clowdus on his second
8    flight, did you have any other interaction with him that
9    day?
10   A.      I saw him at the other gate and I did mention
11   about the upgrade because he was -- on the original one,
12   he was confirmed business class.
13           On the second one, business class was not an
14   option.  It was full.  And I remember mentioning that
15   the upgrade didn't go through.  And if I had any no
16   shows at the end, I was going to make sure he will get
17   it.
18   Q.      Okay.  Any other interactions with Mr. Clowdus
19   after you rebooked him on a second flight?
20   A.      No.  He said thank you and he boarded.
21           MR. KOLB:  That's all I have.  We'll reserve the
22   remainder of our's for trial.
23           Thank you, sir.
24           MR. WOODROW:  I don't have anything, so we can
25   wrap this up.
```

Jose Henriquez
February 03, 2022

1          COURT REPORTER:  Would you both like a copy for

2    this witness?

3          MR. KOLB:  Yeah.  We'll read and sign.

4          MR. WOODROW:  Yes, please.

5          (Deposition concluded at 11:14 a.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Jose Henriquez
February 03, 2022

```
 1              C E R T I F I C A T I O N

 2

 3          I, Erin Gaffney, Court Reporter and Notary

 4    Public, certify that the foregoing is a true and accurate

 5    transcript of the foregoing deposition, that the witness

 6    was first sworn by me at the time, place, and on the date

 7    hereinbefore set forth.

 8              I further certify that I am neither attorney

 9    nor counsel for, nor related to, nor employed by any of

10    the parties to the action in which this deposition was

11    taken; further, that I am not a relative or employee of

12    any attorney or counsel employed in this case, nor am I

13    financially interested in this action.

14

15

16

17          Erin Gaffney

18          Court Reporter

19          and Notary Public

20

21

22

23

24

25
```

Jose Henriquez
February 03, 2022

1              INSTRUCTIONS TO THE WITNESS:

2

3              Read your deposition over carefully.  It is your

4    right to read your deposition and make changes in form or

5    substance.  You should assign a reason in the appropriate

6    column on the errata sheet for any change made.

7              After making any changes in form or substance

8    which have been noted on the following errata sheet along

9    with the reason for any change, sign your name on the

10   errata sheet and date it.

11             Then, sign your deposition at the end of your

12   testimony in the space provided.  You are signing it

13   subject to the changes you have made in the errata sheet,

14   which will be attached to the deposition before filing.

15   You must sign it in front of a witness.  Have the witness

16   sign in the space provided.  The witness need not be a

17   notary public.  Any competent adult may witness your

18   signature.

19             Return the original errata sheet to your counsel

20   promptly.  Court rules require filing within thirty days

21   after you receive the deposition.

22

23

24

25

Jose Henriquez
February 03, 2022

```
 1                      ERRATA SHEET

 2    Attach to Deposition of:  Jose Henriquez

 3    Taken on:  February 3, 2022

 4    In the matter of:  Troy Clowdus v. American Airlines,

 5    Inc.

 6    PAGE          LINE NO.          CHANGE          REASON

 7    _____

 8    _____

 9    _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21    _____

22    _____

23    _____

24    _____

25    _____
```

Jose Henriquez
February 03, 2022

1                        SIGNATURE PAGE

2                           -   -   -

3

4           I hereby acknowledge that I have read the

5     foregoing transcript, dated February 3, 2022, and the

6     same is a true and correct transcription of the answers

7     given by me to the questions propounded, except for the

8     changes, if any, noted on the Errata Sheet.

9

10                          -   -   -

11

12

13

14     SIGNATURE:        _____

15                       JOSE HENRIQUEZ

16     DATE:             _____

17

18     WITNESSED BY:     _____

19

20

21

22

23

24

25

Jose Henriquez
February 03, 2022

---

### Exhibits

EX A Jose Hen
riquez 020322
  3:15 22:6
EX B Jose Hen
riquez 020322
  3:16 29:19
  37:24
EX C Jose Hen
riquez 020322
  3:17 32:5
EX D Jose Hen
riquez 020322
  3:18 35:3

---

### 1

**1**
  25:1 39:23
**11:14**
  47:5
**12**
  7:20 9:1
**15**
  9:1
**1993**
  7:17
**1999**
  7:21

---

### 2

**2**
  23:15
**20**
  7:15 9:8
**2000s**
  8:3
**2001**
  8:4
**2021**
  5:11 8:6
**21**
  36:5

**25**
  9:8
**26**
  35:10 43:17,
  20,23
**28**
  44:1

---

### 3

**3**
  35:17
**3-years-old**
  7:14
**31**
  35:17
**319**
  19:12
**32**
  35:25
**33**
  44:9
**34**
  45:16

---

### 4

**4**
  25:20,24
  26:1
**40**
  35:10 36:10
  43:18
**451**
  5:4

---

### 5

**5**
  25:1
**5-minute**
  41:17
**5-step**
  25:20

---

### 7

**7**
  24:25
**7-a**
  24:25

---

### 8

**8-a**
  26:25 27:1
**803**
  5:5
**82nd**
  5:5

---

### 9

**9-a-2**
  27:19,21

---

### A

**a.m.**
  47:5
**AA**
  13:11 42:5
**ability**
  5:25 6:19
**able**
  16:3 25:19
  26:6,18
**Absolutely**
  21:6
**accepted**
  31:17
**accident**
  17:12 31:12,
  14,24
**account**
  36:17,18,25
  37:6,7 40:3
**accurate**
  18:5

**accurately**
  32:16
**accused**
  12:19
**acknowledge**
  4:3,6
**acronym**
  9:18
**act**
  17:23
**acting**
  21:1 44:11,
  20
**action**
  6:25
**actions**
  5:13
**address**
  5:2
**administered**
  4:6
**affidavit**
  35:5 43:13,
  18
**agent**
  7:23 8:23,24
  11:25 12:1
**agents**
  11:20 12:6
  15:1
**aggressive**
  21:16 27:15
**aggressively**
  17:23 21:2
**ago**
  18:2 33:7
**agree**
  4:14,16,17
**agreement**
  4:9,11,12
**ahead**
  12:23
**Airbus**
  19:12
**aircraft**
  8:17,18
  12:12 13:14

---

Jose Henriquez
February 03, 2022

14:2,5 15:1,
6 16:7 18:1,
7,11 19:11
20:6 22:21
43:25
**Airlines**
5:9 7:21
13:15 14:9
31:16 35:6
40:15 42:4
**aisle**
15:8 18:9
19:12
**allegation**
37:10
**allege**
39:10,19,22
**alleged**
14:1 30:3
34:5 37:19,
25 39:15
**allegedly**
28:18 39:6
**allowed**
43:7
**American**
5:9 7:21
13:15 14:9
31:16 35:5
42:4
**amount**
10:24
**and/or**
27:2
**angry**
44:11,21
45:6
**answer**
6:17 23:3
26:11
**answered**
13:13 28:24
31:23
**answering**
5:23
**anybody**
7:4 11:2

17:11,23
18:24 19:9
42:5
**apologize**
11:14 22:18
41:22 46:2,3
**apologized**
45:18
**apologizing**
45:19,22
46:4
**apparently**
17:2,9,11
**appearing**
4:24
**appreciates**
5:16
**approached**
17:6
**Approximately**
44:4
**arguments**
11:11
**around**
18:4,19 19:4
**arrived**
45:11
**articulate**
6:14
**asked**
15:24,25
17:3 20:17
23:8 25:13
28:24 30:14
33:20 37:8,
11 38:18
39:2,3 40:7
41:22 43:12,
17 45:1
**asking**
29:16 31:19
36:25
**assault**
14:1 34:6
**assaulting**
12:19

**assessment**
20:11,18
**assigned**
8:24 10:20
14:19,20
**attack**
5:18
**attempt**
11:12 12:24
**attempted**
5:10
**attempting**
45:20
**attendant**
12:20 13:5,
22 14:3
15:7,14,21,
22 16:19,20
17:10 18:15
23:22 26:2,
17 34:12
35:18 37:17,
18 44:11,20
45:3
**attendant's**
32:25 36:3
**attendants**
19:5 24:4,20
34:5,9 37:9,
11
**attention**
19:7
**attorneys**
4:2
**attributable**
44:15
**authority**
9:11,13
**Avenue**
5:5
**average**
8:25
**aware**
28:20

---

**B**

**BA**
7:16
**back**
5:10 7:2,9,
11 8:19
15:20 16:4
19:1 21:23
23:4 37:23,
24 41:17,23
**background**
5:20
**baffled**
36:2
**bag**
12:8 15:23
17:3,7,9
30:12 31:13
37:9,12
38:19 39:2,
6,7 45:1
**bags**
8:18 12:7
**ban**
42:3,16
**banned**
5:8
**based**
16:13 23:23
31:10 33:3,4
40:1 41:1
**basically**
7:3,9 11:8,
12,16,22
16:13 18:16
20:3 21:13
27:13 44:23
45:23
**begin**
5:19
**beginning**
7:11 35:1
37:13
**behalf**
5:8

**behavior**
  20:10,17,25
  21:3,4 36:3
**behind**
  18:18
**believe**
  9:17 10:11,
  19 17:4
  19:11 21:17
  23:14 24:22
  30:2 31:23
  34:12,20
  37:2,6 43:6
  44:5
**believed**
  25:17 30:17
  31:10
**belongings**
  16:6
**best**
  5:25 6:18
  14:21
**better**
  17:17,19
**bit**
  11:5 24:23
  29:20 35:24
**boarded**
  46:20
**boarding**
  22:22 44:11
  45:9
**born**
  7:13
**break**
  41:17
**bridge**
  15:1
**bring**
  16:6 27:11
**bulkhead**
  18:14
**business**
  7:20 15:8
  36:1,6 40:16
  44:2 46:12,
  13

---
**C**
---

**C-O-B-B**
  6:8
**call**
  13:1 14:7,11
  17:4
**calls**
  13:16 40:4
**calm**
  21:13,16
  35:18
**captain**
  13:8 15:20
  16:21 25:14
  26:2,17
  30:25 33:9
  43:5,10
**care**
  11:16
**case**
  12:15 13:7
  27:8,15,24,
  25 28:13
  37:11,20
  39:20
**casual**
  41:7
**catch**
  26:15
**catering**
  12:7
**chain**
  12:10,21
**challenges**
  11:11
**chance**
  25:7
**change**
  32:23
**changes**
  6:6
**channels**
  13:18

**characterizat
ion**
  38:5
**characterize**
  38:11
**characterized**
  21:1
**charge**
  8:14,16 10:4
  13:8
**chat**
  22:5
**checked**
  7:2
**chief**
  13:5 15:24
**child**
  7:13
**choice**
  28:11
**chose**
  11:9
**claim**
  39:1,16
**claimed**
  14:1
**claiming**
  33:9
**claims**
  38:3
**clarify**
  34:16
**class**
  15:8 19:6
  36:1,5 44:2
  46:12,13
**clean**
  8:18
**clear**
  26:4 27:4,7
  29:8
**Cleared**
  26:25
**close**
  14:3
**closed**
  15:2 16:8

  25:16
**clothes**
  41:7
**Clowdus**
  5:8,13 14:23
  15:11,15
  16:4,5,12,
  14,24 17:22
  18:10,13,18,
  20 19:8,14,
  18,23 20:8,
  17 21:4,10
  24:21 25:8
  27:6 28:3,18
  29:5,9
  30:12,18,25
  31:1,6,9,12,
  18,24 33:5
  34:21 35:5,
  12 37:8,15,
  19 38:4,18
  39:1,11,16,
  23 40:11,14
  42:2 43:3,4
  44:8,10,19
  45:19 46:7,
  18
**Clowdus's**
  20:12,19
  26:19 34:22
  36:17 37:6
  43:13
**collaborative**
  26:1
**come**
  15:9,14,23
  16:2,5 20:3,
  5,6 34:1
  41:17 43:10
**comfortable**
  45:4
**command**
  13:5 15:24
**commenced**
  45:9
**committed**
  28:18

Jose Henriquez
February 03, 2022

common
  10:22
communicate
  12:8
communication
  19:15
comparison
  38:14
complete
  22:22
completed
  13:14
comport
  20:11,18
concluded
  47:5
conclusion
  32:24 44:22
conferring
  30:24 33:8
confirmed
  34:10 46:12
confronted
  39:16
confused
  15:17 17:1,
  13 37:24
  38:6
consent
  4:9
consistent
  43:18
consistently
  9:15
console
  11:14
contact
  17:9 31:13
contacted
  34:14 42:5,
  7,17
contemplating
  29:4
contents
  43:20
conversation

7:5 16:23
21:12 27:12
37:14 43:8
coordinator
  8:8 11:7,8
coordinators
  12:25 23:23
copy
  47:1
corner
  18:4,20 19:4
corporate
  34:15 40:24
  41:2
correct
  7:5 8:7,10
  9:4,20,24
  10:1 11:8
  12:5 24:9,18
  28:1,4,8,16
  29:11,12,15,
  16 31:3,7,25
  33:14 34:13
  37:16 39:8,9
  40:21
counsel
  4:9,15
counting
  9:1
couple
  42:22 44:6
course
  5:17
court
  4:2,18 5:24
  6:16,21
  22:10 26:10
  41:24 47:1
created
  24:2
credible
  34:21,23
crew
  45:15
CROSS-
EXAMINATION
  42:24

CRS
  23:16 24:5
  34:6
CSC
  8:7,9 11:7
  12:25 13:12
  27:20
CSCS
  12:25 14:18
  23:11
CSM
  9:19,20
  10:4,16,19
  23:12
CSMS
  9:22
current
  8:1,2
cursor
  25:25
customer
  7:23 8:7
  9:21 11:6,9,
  13 12:4
  22:15 23:13
  24:24 26:3
  27:2,4 32:11
  36:1
customers
  13:2 26:25

**D**

Danny
  7:7 33:4
day
  5:14 7:9
  8:11 9:17,
  23,25 10:5,
  9,18 14:11
  33:6 36:22
  46:9
deal
  11:10 24:16
decide
  21:9 28:6
  29:13 38:3,

11
decided
  21:18,21
  29:9
deciding
  28:22
decision
  16:9 25:9,15
  28:8 29:6
  42:3,6 43:2,
  6,11
decision's
  13:6,7
declare
  4:7
defendant
  4:15
defensive
  5:18
delay
  46:1
demeanor
  20:12,19
  45:12
denied
  22:22
Deon
  29:25 30:2
departments
  12:6,8
departure
  11:21 14:4
depends
  12:13,16
  27:13,16
deplane
  8:18 43:3
deposition
  4:3,4,5 6:2
  7:1 41:16
  47:5
describe
  8:11 13:11
  14:21 44:14
details
  16:20 33:20
  34:2

determination
  27:10
determine
  27:3
different
  8:22  9:22
  12:14  13:18
  20:23  23:17
  24:7  29:3
  33:1
DIRECT
  4:20
discretion
  28:5  29:10,
  13
discuss
  7:8
discussed
  7:9
discussing
  25:2
discussion
  13:4  26:1
  41:20
discussions
  43:22
dispatch
  8:19  9:1
disrespectful
  19:16
disruptive
  12:19
document
  22:12  29:21,
  23
doing
  12:19  31:20
  45:4
Dominican
  7:14
domino
  14:10
door
  14:2,3  15:1,
  2,22  16:8
double
  17:17

download
  35:8
drop
  22:4

_____

                E

earlier
  25:2  29:9
  34:22
early
  8:3  10:20
ears
  19:18
earshot
  19:19,23
echo
  17:16  21:23
  22:2
effect
  14:10
effort
  5:15  13:2
eight
  8:15,20,24
  44:5
either
  34:15  35:8,
  13  37:25
  45:25
employees
  40:25  42:16
employment
  11:2
empty
  17:8
end
  11:14  29:6
  38:20  46:16
ends
  13:18
enforcement
  27:2,5,11,24
  28:17,21,23
  29:6,14
engage
  19:15

engaged
  20:18  21:5
entered
  18:6,7,11
  43:25
entire
  9:8  14:11
  17:25  19:19,
  24
escalated
  17:14  32:22
escorted
  19:19,24
escorting
  14:23
event
  22:23,25
  23:9,17
  24:1,7,11
events
  12:11,21
  14:22  25:8
  31:17  32:16
  36:18  43:22
everybody
  11:21
everybody's
  11:22
exact
  8:4
exactly
  15:17
EXAMINATION
  4:20
Excuse
  37:10  38:22
Exhibit
  22:6  29:19
  32:5  35:3
  37:24
exhibits
  22:4,9
experience
  40:16  42:10
experiences
  35:7

explain
  44:21
explained
  9:11  16:9
  25:17
explicitly
  24:10
extremely
  5:14

_____

                F

F-1
  22:16,20
F-A-1
  38:15
FAA
  28:7
fact
  25:16  30:21
  44:25
facts
  38:2,3  39:19
factual
  30:8  39:12,
  14
familiar
  13:19,23
  22:24  23:8
  40:18
familiarize
  32:13
far
  42:13,15
federal
  26:5
feel
  5:17
felony
  28:18
felt
  32:21  45:3
filed
  21:19  24:4,
  20  29:23
final

Jose Henriquez
February 03, 2022

15:25 43:11
**find**
  15:6,12 18:7
**finish**
  5:22
**finished**
  7:15
**first**
  10:12,13,17,
  21 12:24
  14:18,23
  19:6 24:18
  25:10 27:8,9
  28:20 36:5
  43:3
**firsthand**
  40:2 42:12
**flight**
  10:17,20
  12:20 13:5,
  22 14:3,24
  15:7,13,20,
  22 16:12,19,
  20 17:9
  18:15 19:5,
  15 21:10,11,
  20 23:22
  24:4,19
  25:11,16
  26:2,17 27:9
  29:5 30:21
  31:1 32:25
  34:5,9,11
  35:18 36:1,3
  37:9,11,17,
  18 40:12
  43:3 44:10,
  20 45:3,11
  46:8,19
**flights**
  8:25 9:2
  10:25 14:8,
  19
**Florida**
  5:4
**fly**
  16:3 27:7

**flying**
  5:9 42:4
**focus**
  44:9
**focusing**
  44:1
**follow**
  22:20
**form**
  10:2,10
  12:23 20:13,
  21 21:7
  22:23,25
  23:9,17
  24:1,8,11
  26:9,23
  29:24 31:21
  32:1,18
  33:24 34:24
  35:16 36:20
  37:1,21
  41:14
**format**
  5:20
**found**
  24:3,19
**four**
  8:15,21 22:4
**friendly**
  45:13,14
**front**
  15:21 18:16
**froze**
  23:2
**full**
  19:7 46:14
**future**
  21:20

---

**G**

---

**G-7-A**
  24:22
**galley**
  15:10,21
**gate**
  8:23,24

10:1,5,8
  11:24 12:1
  22:22 46:10
**gates**
  8:14,15,21
  9:12,13,14
  40:17
**gather**
  34:9
**gave**
  31:19
**generated**
  24:11
**generically**
  12:10,18
**getting**
  15:13 17:16
  22:1 31:11
**give**
  34:20 37:5
  38:20
**given**
  6:2 7:3
  9:17,22 25:7
**glare**
  18:24
**glared**
  39:11,17
**glaring**
  21:2 39:23
**goes**
  13:17
**going**
  5:19 8:21
  15:6,18,19
  16:3,5 17:2
  20:4 21:15
  22:4,6,16
  30:4 41:16
  46:16
**Gonzalez**
  7:7,8 9:4,
  10,15 10:7
  23:20 28:15
  33:4 34:4
  41:11

**Gonzalez's**
  9:25
**good**
  4:23,25 32:8
  41:19
**grabbed**
  17:7
**Gray**
  29:25 30:2
  37:25 38:7,
  10,25 39:19
  40:2
**Gray's**
  40:2
**ground**
  12:25 23:23
**group**
  9:7
**GSC**
  26:2 27:21
  28:2
**GSCS**
  14:17 23:11
**guess**
  13:10 24:19
  27:18 29:3
  42:12,16
**guys**
  21:24

---

**H**

---

**H-E-N-R-I-Q-**
**U-E-Z**
  5:4
**handle**
  45:23
**hands**
  28:12,23
**happen**
  10:24
**happened**
  15:12,16
  17:8,11 18:4
  25:14 36:22
**happening**
  18:8

headquarters
13:18
hear
19:15 23:4,6
25:8 43:22
44:18
heard
15:3,4,14
16:21 18:3,6
26:19 33:25
held
8:2 41:20
help
5:16 37:23
Henriquez
4:23 5:3
6:22 7:12
22:12 23:2
33:2,15
38:10 43:2
hid
39:6
hierarchy
11:1
hired
7:21,22
his/her
4:7
hit
15:3,4,23
16:19,21
18:3,6 30:18
31:1,6,9
34:1
hitting
17:11
holds
44:5
honest
10:19
hotel
7:16,20
hour
24:3
hours
8:15,20,25

**I**

identical
9:12
identificatio
n
22:9
ignore
6:18
immediately
15:5 20:4
imply
10:8
impression
15:16
impressions
34:16
incident
5:10,22
10:1,8,12
13:22 24:2
25:10 27:6,9
28:2,6,20
30:4 34:14,
17 42:1,12
45:25
Including
44:8
inconvenience
11:16 46:5
indicate
4:11
indiscernible
6:20 21:25
26:13
individuals
40:15 41:3,9
inform
20:2
information
13:9 15:11,
13 16:18,24
25:14 31:11
34:16,25
39:21

informed
30:17
input
25:20 26:6,
18 42:5,17
inside
15:5
instance
46:4
instructed
6:17
intended
13:11 30:12
intention
17:10
intentionally
33:10,23
interact
45:8,24
interacted
37:19 38:4
interaction
38:20 46:8
interactions
46:18
interruption
23:1
intimidatingl
y
18:24 21:2
intoxication
27:16
investigate
27:2
investigated
27:6 42:3
investigation
s
42:11,15
investigator
34:15
investigators
42:17
involved
10:13 11:23
16:22 23:24
28:2,21,23

42:11 43:6
involvement
11:25 42:12
irate
33:9,19
35:19
issue
5:13 12:8
13:3
issues
45:15

**J**

J-O-S-E
5:3
jet
15:1
Jetnet
22:23
Jose
5:3 33:2
judgment
21:17
June
5:11 8:6

**K**

Kelly
4:15 6:7
42:21
kick
25:9
kicked
21:11
kind
12:3 45:23
know
5:7 6:4
11:10 13:16
15:17,19
17:1,12,13
23:12 24:1,
10 27:5
28:21 30:14

Jose Henriquez
February 03, 2022

33:19 36:4,
24 37:17
40:5,9,11
41:8,15 43:2
**knowledge**
5:21
**Kolb**
4:15 6:6,8,
10,11,13
10:2,10
12:23 17:18
20:13,21
21:7,25 23:2
26:9,21,23
28:24 29:24
30:20 31:21
32:1,18
33:11,17,24
34:24 35:16
36:20 37:1,
21 38:5
40:4,8
41:14,19
42:22 43:1
46:21 47:3

---

**L**

---

**large**
32:6
**laugh**
20:8
**laughing**
21:2
**law**
27:1,5,11,24
28:17,21,23
29:5,13
**lawsuit**
42:14
**leave**
14:10
**led**
14:22
**left**
20:6

**level**
28:11
**liaison**
12:5
**lieu**
4:6
**line**
35:17
**listen**
11:13 46:2
**listening**
11:15
**litigation**
31:16 35:6
**little**
11:5 24:23
29:20 35:24
**LLP**
4:14
**loaded**
8:19
**local**
27:24
**located**
13:25
**long**
41:16
**look**
18:9 23:14
24:25 25:1
**looked**
18:4,19 19:4
**looks**
8:11
**lounge**
16:9

---

**M**

---

**Madame**
22:5 41:23
**made**
5:15 13:7,8
16:10 23:12,
22 25:9,15
32:10 43:3,

7,11
**make**
5:22,23
8:17,18
11:19,20
13:2 14:9
28:8 46:16
**makes**
27:10
**management**
7:16 26:3
**manager**
7:3,5,6 9:21
23:13 28:14
**managers**
9:8 23:24
32:11
**manic**
44:11,20
**manner**
4:10
**manual**
22:15
**Marino**
14:1 15:7
16:15,17
17:6 18:10
19:6,8,16
20:8 28:19
30:13,17,24,
25 31:5
32:22 33:8
34:11 37:3,
14 38:14,18
39:10,15
45:9
**Marino's**
31:17 34:19
36:17,18
37:6 40:1
**mark**
22:7
**marked**
22:9
**matter**
4:8

**mean**
12:15 16:15,
17 28:13
36:12
**meaning**
45:17
**meaningful**
25:20 26:6,
18
**mediate**
5:10
**meet**
8:17 20:3
**member**
26:2
**mention**
46:10
**mentioned**
15:22 17:1,
10 33:18
37:8 44:25
**mentioning**
46:14
**mentions**
23:21 39:3
**messengers**
12:9
**met**
43:9 45:11
**MIA**
40:25 41:1
**Miami**
5:4 7:17,18
23:21,23,24
**microphone**
17:17
**middle**
15:7 17:4
**might've**
41:9
**mind**
32:23
**minute**
18:2 32:12
33:7

mischaracteri
zation
  38:7
mischaracteri
zed
  35:12
misconduct
  23:15 24:24
  28:11
misconnection
  46:1
misconstrued
  33:15
misconstrues
  33:11
misunderstand
ing
  21:18 46:1
mockingly
  20:8 21:3
morning
  4:23,25
  10:21 14:8,
  18 45:10
move
  5:21 22:18
  25:22 30:4
  35:24 36:8,9
moved
  7:17,18
mute
  17:18

_____

         N

name
  4:12 5:1,3,7
  34:12
narrative
  30:8,16
  31:5,8 35:13
  38:17 39:12,
  14
narrow
  12:17 19:11,
  13

need
  13:4,13 20:3
  25:22
needed
  27:25 29:1,
  14
needs
  5:24 12:6
  15:9,14,23
  16:2,21 34:1
  43:10
neutral
  30:11 31:8
never
  5:17 17:24
  21:16 33:16
  35:20,25
  36:4,10 37:8
  38:3 42:18,
  19 44:25
non-american
  40:15
normal
  25:6 45:14
Northwest
  5:4
notice
  45:15
noticed
  15:7
notified
  28:17
notifying
  29:5
number
  5:5 23:15
  39:7,23

_____

         O

oath
  4:6
object
  6:13
objection
  10:2,10
  12:23 20:13,

21 21:7
26:9,21
28:24 29:24
30:20 31:21
32:1,18
33:11,17,24
34:24 35:16
36:20 37:1,
21 38:5,7
40:4,8
objections
  4:10 6:15,18
observations
  43:19
observe
  20:7
obvious
  21:14
obviously
  31:16
occasion
  45:8
occurred
  10:1 14:1
  42:1
occurs
  10:23 12:11
off-the-
record
  41:20
offered
  39:7
okay
  5:18,25 6:4,
  10,19 7:4,8,
  11,18,24
  8:2,5,11
  9:3,10,17
  10:16,22
  11:1,5,18,23
  12:3,10,17
  13:10,21,25
  14:5,16,21
  16:11 17:15,
  17,19 18:2,
  17,19 19:1,
  10,14 20:7,

10 21:9,22
22:14,16,20
23:4,7,14
24:1,10,13,
15,22,25
25:5,7,19,24
26:25 27:10,
18,23 28:1,
5,9,17 29:3,
16,23 30:2,
10,14 31:4,
15 32:4,12,
14,15 34:4,
13,19 35:3,
14,15,17,24
36:7,9,14,16
38:10,12,13,
16,17,24,25
39:19,25
40:11,24
41:2,8,15
42:8,22
43:25 44:7,
14 45:5
46:18
on-time
  11:21
Once
  27:1
one
  10:12,13,14,
  21 14:20
  19:12 22:20
  23:10,12
  24:19 27:15
  29:25 33:1,3
  34:11 37:19
  38:21 39:7
  41:21 42:13
  44:8 46:11,
  13
online
  22:23
open
  44:6
operation
  9:9

Jose Henriquez
February 03, 2022

operational
    11:19
opinion
    20:16 33:1,4
    35:11
opinions
    32:16
opposed
    37:6
option
    46:14
original
    33:3 46:11
our's
    46:22
outside
    14:2 16:6,8
    17:25 20:4,5
overhead
    39:7
oversee
    9:8 11:20
oversight
    10:9,17

———————

            P

page
    11:22
paperwork
    13:13
paragraph
    35:17,25
    36:10 43:17,
    20,23 44:1,9
    45:16
paragraphs
    35:10
parents
    7:15
part
    13:12 24:18
participate
    41:3
participated
    41:12

participating
    4:2
participation
    43:24
particular
    8:13 14:8,20
    27:8
parties
    4:9
passenger
    11:15 12:11,
    15,18 13:9,
    22 15:9,11
    16:19,22
    20:2 21:21
    22:21,23,24
    23:9,15,17
    24:1,7,11
    25:3 31:11
    33:20,22
    34:1 39:3
    41:4 43:8
passenger's
    13:14
passengers
    8:19 11:10
    36:5 42:16
    44:2,5 45:24
passing
    13:9
pause
    31:20
penalty
    4:8
people
    9:12 40:17,
    19,21
perfect
    14:17
perform
    11:20
perjury
    4:8
person
    4:7 9:6
person's
    36:25

personally
    24:16
phone
    17:4
phonetic
    18:14
physically
    4:3 13:25
PIDR
    13:19
pilot
    13:6 15:24
place
    11:22 26:3
    42:4
plane
    19:20,24
    23:19 36:11,
    12 41:4
please
    4:11 5:1,17
    22:8 30:8
    32:12 33:14
    47:4
point
    13:3 15:12,
    16 16:1,13,
    23 19:8
    21:12,17,18
    26:20 30:16
    31:10
police
    21:19
position
    7:22 8:1,2,
    5,13 43:21
possibility
    10:25 34:8
possible
    27:3 39:25
    40:7 41:2
possibly
    5:16
prepare
    6:25
present
    4:4 27:4

33:2
Pretend
    6:8
pretty
    17:7 41:18
prior
    20:11 33:11
    35:6 39:12
probably
    8:24 11:11
    21:20 24:3
    35:23
procedure
    25:6
process
    13:12 25:21
    44:12 45:9
professional
    5:15
promoted
    7:25
pronunciation
    6:7
protocol
    12:20
provide
    25:19 26:6,
    18
pull
    43:13
punish
    42:16
purpose
    30:18 31:2,
    6,9,13
put
    8:19 39:7

———————

            Q

question
    6:15 9:25
    10:5 13:11
    19:21 30:15
    31:18 39:13
    41:21

Jose Henriquez
February 03, 2022

questions
5:17,19,22
20:11 21:1
22:17 43:12
quick
17:7 41:18
quickly
22:19

**R**

R-I-G-H-T
14:12
range
9:11
ranges
9:13
Ray
34:12
reached
44:21
reaction
15:5 34:7,8
read
27:22 32:7,
9,12,25
34:19 35:8,
10 38:2,10,
14 39:12,14
45:16 47:3
reading
36:16,25
reads
22:20
ready
14:4
reason
14:7 37:5
45:6
reasons
26:4
rebook
21:10,21
29:4,10
45:20
rebooked
24:21 46:7,

19
recall
10:6 19:7
44:4 45:19
receive
9:2
recognize
22:12 29:21
30:5
recollection
14:22
recommend
27:23
record
4:12 5:2
41:23
recorded
32:15
recounted
38:1 43:22
recounts
35:7
referenced
27:21
refuse
27:1
regarding
12:7
Regular
41:7
regulation
26:5
remain
30:11 31:8
remainder
46:22
remember
10:16 19:8,
13,25 46:14
remotely
4:5
removal
41:3
remove
12:15 25:15
33:20 45:25

removed
12:11 13:14
16:12,22
21:14 22:21
25:3 26:4
36:1,5 40:11
removing
19:14
repeat
14:13 19:22
20:14 23:3
26:10
rephrase
6:14
report
7:2,3 9:3,6
10:7,12,14
11:3 13:15,
16,17,19,23
16:25 21:19
23:11,15,22
24:4,5,20
28:9 29:22
30:6,7 32:10
33:1,3 34:20
36:17 38:8,
10 39:18
reported
28:6
reporter
4:2,18 5:24
6:21 22:5,10
26:10 41:23,
24 47:1
reporting
4:5,10
reports
34:6,11
represent
32:16 35:4
representative
35:13
Republic
7:14
reserve
46:21

resolve
13:3
respect
30:11 43:20
respond
6:18,21
24:17
responses
5:24
Responsibilities
27:19
responsibility
28:22
rest
45:15
result
5:9 24:2
review
30:8
revolve
11:12
right
14:7,11,12,
14,15 15:21
18:16 20:14
21:23 24:5,
25 25:24
29:18 35:3
36:8,9 39:5,
13 42:19
43:15,17
45:2
role
27:20
Roles
27:19
room
4:4 21:24
rotate
9:14,16,22
roving
12:4

Jose Henriquez
February 03, 2022

**S**

saying
  15:3
says
  23:18 26:1
  27:1 31:16
  33:2 35:18,
  25 38:24
  40:19,21
  45:16
school
  7:16
screen
  25:22
scroll
  35:9
seat
  17:8,22
seated
  18:20,21,22
  19:1 44:2
seats
  44:6
second
  10:12 17:3
  38:23 39:22
  40:12 46:7,
  13,19
seconds
  15:2
security
  12:25 23:23
  27:3 34:15
  40:24 41:2
see
  13:2 17:22
  18:4,13,15,
  23 22:6
  27:21,23
  36:21 37:24
  39:18 40:22
  43:13,15,21
seeing
  19:9,13

sentence
  39:22
service
  7:23 8:7
  9:21 11:6,9,
  13 12:4
  22:15 23:13
  32:11
several
  39:3
share
  22:6
short
  43:19
shows
  46:16
shrink
  29:19
side
  26:19
sign
  47:3
sir
  5:25 43:15
  46:23
sit
  40:25
sitting
  18:14 21:24
situation
  11:12,24
  17:2,25
  25:17 27:13,
  17 32:22
  33:19 35:23
  43:9
situations
  12:14 27:14
  45:23,24
small
  19:12
solve
  43:8
sort
  12:4
sound
  21:15 40:17

44:24
sounded
  45:6
Sounds
  41:19
speak
  7:4 13:1
  19:2 25:7
  26:16
speaking
  27:24 31:18
specialist
  12:4
specifically
  6:17 14:19
  46:5
specify
  44:24
speculation
  40:4
spell
  5:1
spelled
  6:8
spent
  7:15
spoke
  21:4 24:23
  25:16 26:16
  31:23 43:4
stand
  18:23
standard
  5:20
standing
  14:25 15:7
  18:13,16
  19:9 21:1
  27:20
stands
  13:17
start
  5:12 11:9
  14:8,14
  15:18
Starts
  14:11

state
  32:21
statement
  30:3 40:1
statements
  32:15 40:2
stating
  4:11 28:1
  33:15
station
  22:22 23:18,
  21
step
  25:20,24
  26:1
steps
  25:2
Stone
  4:13
stood
  39:11,16,23
store
  37:11
storing
  37:9
story
  26:19
stow
  17:3 38:18
  39:2
strike
  30:12
struck
  33:10,23
structure
  11:2
stuff
  5:21
submitted
  34:6 35:5
suit
  41:13 42:13
suited
  41:8
suits
  40:16,19,20
  41:5

Jose Henriquez
February 03, 2022

supersede
  11:25
supervisor
  8:1,14 45:17
supporting
  38:25 40:1
sure
  5:22,23
  8:17,18
  11:20,21
  14:9 22:1,10
  23:10 24:14
  46:16
surge
  13:16 23:10
  29:22 30:6
  34:19 36:17

**T**

take
  11:16 13:12
  26:3 32:12
  41:17
taken
  25:3 28:12
taking
  42:4
talk
  16:6 20:5
talking
  42:13
technique
  20:1
tell
  6:25 11:5
  12:10,21
  19:25 20:3
  30:25 33:22
  35:9,11
  36:16 44:10
telling
  15:8 16:14
  36:24 37:3
tend
  46:1

testified
  18:2 29:9
  33:7 40:14
  41:11
testimony
  4:8 33:12
  34:22
thank
  4:18,23 5:6
  11:14 17:20
  21:9 22:2
  44:9 46:20,
  23
that'll
  14:10
thing
  10:23 31:20
think
  13:12 17:16,
  19 29:8
  41:15,17
  42:20
third
  38:20
thought
  5:14 44:10,
  14,20
threat
  21:20 27:3,
  16 29:10
three
  8:14,21,25
  34:5,9
  40:15,19,21
  43:9
threw
  17:7
time
  6:4 14:6,10,
  18 17:4,13
  18:10 19:19,
  24 20:12,19
  21:5 22:21
  31:4 32:19
  34:9 37:2
  42:2 43:5,21
  45:12

times
  38:17 39:1,4
title
  9:13
today
  4:24 7:1 8:5
told
  11:11 31:5
  34:4 38:2
  44:19
touched
  22:17
tour
  10:7 32:10
training
  5:20 11:6
transpired
  32:17
travel
  27:1,4
tree
  29:6
trial
  46:22
trick
  29:17
true
  36:18,19
truth
  36:24 37:3
try
  6:17 11:10,
  13 13:1
  15:11 22:18
  43:8
trying
  16:24 29:17
TSA
  27:2,5,11
turn
  42:21
twice
  15:4 33:25
  38:24 45:1
two
  7:25 8:25
  34:10 37:9,

11

**U**

ultimate
  10:4
unable
  18:13
understand
  5:23,25
  21:15 44:23
understanding
  16:11 23:16
  24:15 37:13
underwent
  11:6
uniform
  40:15
unnecessarily
  32:22
unsuccessful
  35:19
upgrade
  46:11,15
upset
  17:12 21:13,
  14 33:19
  35:23 44:24

**V**

various
  9:14
verbal
  5:24
verbally
  4:7
version
  16:14 25:8
  31:17 33:5,6
  36:21
vicinity
  19:5
victim
  39:15

Jose Henriquez
February 03, 2022

violations
  26:4
visual
  17:24 18:12

---

**W**

Wait
  44:18
waited
  20:6
waiting
  14:3 15:2
waive
  4:10
walked
  36:10
want
  5:12 13:1
  14:9 16:1
  23:2 46:2
wanted
  30:25
warranted
  28:6
way
  17:14 20:24
  29:4 36:24
wear
  40:19 41:5,6
wearing
  40:20
wears
  41:13
went
  7:2,9,10,14
  15:10,20
  16:4,8,10
  19:1
wild
  42:16
window
  18:14
witness
  4:7,17 6:23
  10:11 12:24
  20:14 23:4

26:12,22
28:25 29:25
30:3,21
32:2,19
33:18,25
34:25 35:17
36:21 37:2
38:6 39:1
40:1,5,9
47:2
witnessed
  17:25 34:5
  38:1
Woodrow
  4:13,22 5:7
  6:6,10,12,24
  10:3,15
  17:16,19,21
  20:15,22
  21:8,23
  22:1,3,11
  23:5 26:14,
  24 29:2
  30:1,23
  31:22 32:3,
  20 33:13,21
  34:3 35:2,21
  36:23 37:4,
  22 38:9
  40:6,10
  41:15,21,25
  42:20 46:24
  47:4
word
  15:25
work
  8:11 9:15
  45:11
working
  40:16
wrap
  41:18 46:25
wrote
  10:7 30:9,16
  31:4 38:15

---

**Y**

yeah
  13:15 14:15
  18:21 25:6
  26:12,16
  32:10 33:3
  36:13,15
  37:2,13
  41:13,15
  44:19 47:3
years
  7:15,20,25
  36:5
yesterday
  22:4
York
  7:13

---

**Z**

zoom
  23:1