Report Information

| Report identifier | Create date | Title |
|---|---|---|
| 2106003706 | 06/10/21 08:42 | Customer Misconduct |

Reported By Employee Information

| Employee id | Last name | First name | Crew base |
|---|---|---|---|
| ▆▆▆▆ | Gray | Deon | MIA |

Flight Details

| Company | Flight date | Flight | Dep | Arr | Int | Aircraft | Fleet | FAA Reg nbr | Nose nbr | Phase |
|---|---|---|---|---|---|---|---|---|---|---|
| AA-American Airlines | 06/10/21 | 1303 | MIA | MEX | | B737-MAX | B737 | N378SC | 3SC | Boarding |

Involvement list:

| Involved as a | Last name | First name | Middle init | Employee nbr | Seat nbr | Report |
|---|---|---|---|---|---|---|
| WebAdmin | Gray | Deon | | | Crew 5 | |
| WebAdmin | Troy | Clowdus | | | 1F | |

Categories selected
Customer Misconduct

Facts related to the event
Created on: 06/10/21 08:42
Pax seated at bulkhead. The #1 explained the bulkhead rules regarding carry on bags. During the boarding Pax was asked several times by FA #1 to put his bag in the overhead bin. Pax hid the bag behind his legs. When we were preparing the cabin prior to door closure #1 offered to put the bag in the overhead . Pax became irate, grabbed his bag from behind his legs & intentionally aimed at the #1 & hit him hard in his stomach, with it, & stood there glaring at the #1. The pax was removed from the flight

Comments/Concerns/Recommendations related to this event
Created on: 06/10/21 08:42
No form of assault is acceptable on the crew!!! The company needs to support & protect their crews. If the company keeps refusing to prosecute these violent offenders, the the crews will be left with no choice but to do it ourselves! The company must start providing a safe work environment. The FAA will be notified by us.

Person Details
Basic information for:
Name: Gray, Deon
Address:
Email
Work:

Phones
Home: 9545606111
Work: 9545606111
Cell:

| | |
|---|---|
| Other: | Other: |
| Position Information | |
| Job Title: | Scheduled Days Off: |
| Months in Current Position: | Normal Shift: : : |
| Work Location: | Rotation Days Off: |
| Department: | Technical Exp.: |
| Qualification: | Line: |
| Base: | |
| Pax/Vendor/Misc Information | |
| Gender: Not Stated | Bag Tag: |
| Passport: | Photo ID Verified: |
| Passport Country: | |
| Seat: Crew 5 | Driver License: |
| Age: | Medical License: |
| PNR: | Badge Number: |
| Pax No: 0 | Vendor Company: |
| Fare Class: | Vendor Equipment: |
| AAdvantage No: | Vendor Phone: |
| Basic information for: | |
| Name: Troy, Clowdus | Phones |
| Address: | Home: |
| Email | Work: |
| Work: | Cell: |
| Other: | Other: |
| Position Information | |
| Job Title: | Scheduled Days Off: |
| Months in Current Position: | Normal Shift: : : |
| Work Location: | Rotation Days Off: |
| Department: | Technical Exp.: |
| Qualification: | Line: |
| Base: | |
| Pax/Vendor/Misc Information | |
| Gender: Male | Bag Tag: |
| Passport: | Photo ID Verified: |
| Passport Country: | |
| Seat: 1F | Driver License: |
| Age: | Medical License: |
| PNR: | Badge Number: |
| Pax No: 0 | Vendor Company: |
| Fare Class: | Vendor Equipment: |
| AAdvantage No: | Vendor Phone: |

Category Answers (Customer Misconduct) for Gray, Deon
Category Answers (Customer Misconduct) for Troy, Clowdus

| | |
|---|---|
| What disturbance issue(s) is being reported? | Crew member assault |
| Was the suspect / passenger restrained? | No |
| Was this person taken into custody? | No |
| Was the Captain notified of the Event? | No |
| Was Passenger In-flight Disturbance Report issued? | No |

Category Answers (Report Data)

| | |
|---|---|
| Who else was involved? | Witness |
| Was routine traffic between the flight deck and cabin suspended? | No |
| Was there a FAM onboard? | No |
| Which law enforcement met the flight? | None requested |
| Enter the three or four letter station code | MIA |
| Date and time of the event | 06/10/2021 06:55 |
| Select the location where the Event happened | Aisle |
| Who else was involved? | Witness |
| Was routine traffic between the flight deck and cabin suspended? | No |
| Was there a FAM onboard? | No |
| Which law enforcement met the flight? | None requested |
| Enter the three or four letter station code | MIA |
| Date and time of the event | 06/10/2021 06:55 |
| Select the location where the Event happened | Aisle |

Attachment Listing

| File Name | Description | Create Date |
|---|---|---|