Deon Gray
March 23, 2022

```
TROY CLOWDUS                        IN THE
                                    UNITED STATES
            Plaintiff               DISTRICT COURT

vs.                                 FOR THE SOUTHERN
                                    DISTRICT OF FLORIDA

AMERICAN AIRLINES Inc.,

            Defendant               CIVIL ACTION NO.
                                    1:21-cv-23155-MM

_____/
```

          The deposition of DEON GRAY was held on

Wednesday, March 23, 2022 commencing at 10:00 a.m. Via

Zoom before Eric Leichter, Notary Public.

REPORTED BY:  Eric Leichter

Deon Gray
March 23, 2022

```
 1   APPEARANCES:

 2

 3        ON BEHALF OF THE PLAINTIFF:

 4        WILLIAM T. WOODROW, ESQUIRE

 5            Stone & Woodrow LLP

 6            250 West Main St. Suite 201

 7            Charlottesville, VA 22902

 8            855-275-7378

 9            will@stoneandwoodrowlaw.com

10

11        ON BEHALF OF THE DEFENDANT:

12        KELLY KOLB, ESQUIRE

13            Labor & Employment Practice Group

14            401 East Las Olas Boulevard, Suite 2250

15            Ft. Lauderdale, FL 33301

16            954-703-3900

17            kelly.kolb@bipc.com

18

19

20

21
```

Deon Gray
March 23, 2022

```
1                          INDEX

2               Deposition of DEON GRAY

3                       DEON GRAY

4

5    Examination by:                          Page

6    Mr. Woodrow                                 4

7

8    Exhibit No.                             Marked

9    Exhibit A  Report                          63

10   Exhibit B  SERS report                     65

11   Exhibit C  Report                          91

12

13          (Exhibits were retained by Counsel.)

14

15

16

17

18

19

20

21
```

Deon Gray
March 23, 2022

```
1                        PROCEEDINGS,

2              THE VIDEOGRAPHER:  We are on the record at

3    10:00 a.m. Eastern on March 23, 2022.  Audio and video

4    recording will continue to take place until all parties

5    agree to go off the record.  Please note that the

6    microphones are sensitive and may pick up whispering and

7    private conversations.  Private conversations and/or

8    attorney-client interactions should be held outside the

9    presence of the remote interface.

10                  For the purpose of creating a witness-only

11   video recording, the witness is being spotlighted or

12   locked on all video screens while in speaker view.  We

13   ask that the witness not remove the spotlight during

14   this deposition, as it may cause other participants to

15   appear on the final video rather than just the witness.

16   For anyone who doesn't want the witness video to take up

17   a large portion of your screen, you may click the

18   gallery view button, in the upper right corner of the

19   depo interface.

20                  This is the video recording proceeding of

21   Deon Gray in the matter of Troy Clowdus versus American
```

Deon Gray
March 23, 2022

1    Airlines Incorporated.

2              My name is Jason Levin and I'm the

3    videographer on behalf of U.S. Legal Support located at

4    1818 Market Street, Suite 1400, Philadelphia, PA, 19103.

5    I'm not related to any party in this action nor am I

6    financially interested in the outcome.

7              The court reporter today is Eric Leichter,

8    also on behalf of U.S. Legal Support.  Counsel will

9    state their appearances for the record and the court

10   reporter will swear in the witness.

11             MR. WOODROW:  William Woodrow for the

12   Plaintiff.

13             MR. KOLB:  Kelly Kolb for Defendant,

14   American Airlines.

15             THE REPORTER:  All right.  The attorneys

16   participating in this deposition acknowledge that I am

17   not physically present in the deposition room and that I

18   will be reporting this deposition remotely.  They

19   further acknowledge that in lieu of an oath administered

20   in person, I will administer the oath remotely.  The

21   parties further agree that the witness is testifying

Deon Gray
March 23, 2022

1    from a state where I am not a notary, that the witness

2    may be sworn in by an out-of-state notary.

3              If any party has an objection to this

4    manner of reporting, please state now.  Hearing none, we

5    can proceed.

6    Whereupon,

7                        DEON GRAY,

8    called as a witness, having been first duly sworn to

9    tell the truth, the whole truth, and nothing but the

10   truth, was examined and testified as follows:

11             EXAMINATION BY MR. WOODROW:

12        Q     Good morning, Ms. Gray.

13        A     Good morning.

14        Q     My name is Will Woodrow and, as you heard,

15   I'm the lawyer for the Plaintiff, the passenger who was

16   removed from the flight that you were working on last

17   June.  Have you given a deposition before?

18        A     No.

19        Q     Okay.  Well, a couple of things I'll tell

20   you about it.  Answer completely.  Answer verbally.  The

21   reporter can't pick up gestures.  Wait for me to finish

Deon Gray
March 23, 2022

1    before you answer your question.  It's pretty

2    straightforward.

3                 Now, from time to time, Mr. Kolb may object

4    to a question.  Potentially how I phrased it or

5    something of that nature.  You just ignore that unless

6    he tells you not to answer.  And there are very few

7    reasons that he can tell you not to answer.  His

8    objections are for the judge and that's for us later.

9    Okay?

10        A     Okay.

11        Q     All right.  Now, I just would like to

12   reaffirm what the reporter just said.  This deposition

13   is under oath, as will you be under oath at trial, which

14   means that if you lie, you can be charged with perjury,

15   which is a third-degree felony in Florida, and it

16   carries a maximum sentence of five years in prison.

17   Okay?

18                 MR. KOLB:  Objection.  Overt threat to

19   proffer criminal charges against a client or the

20   witness, I'm sorry.

21        Q     Ms. Gray, tell me what you did to prepare

Deon Gray
March 23, 2022

1    for your deposition today.

2         A     I had a few meetings, Zoom meetings, with

3    Kelly just telling me how to testify --

4         Q     Don't tell me what he said.  Don't --

5    that's one of the few things that I can't ask you.

6         A     Okay.

7         Q     But I can ask you what documents you were

8    shown.

9         A     I was shown my statement.  A copy of my

10   statement.  And the statement from the details of the

11   flight.  And a copy of Carlos Marino's statement.  And a

12   statement from Mr. Clowdus, Clowdus.

13        Q     I see.  Were you shown Mr. Marino's SERS

14   report?

15        A     Yes.

16        Q     Okay.  Were you shown GSC Henriquez's SERS

17   report?

18        A     Oh, yes.  Yes.  Yes, I do have that.

19        Q     Okay.  Were you shown the tour report that

20   was generated by GSC Henriquez's supervisor?

21        A     Let me double-check.  I have Mr. Gonzalez.

Deon Gray
March 23, 2022

1   No. Just as I said, CSN Mr. Gonzalez.

2          Q      Juaseas -- that -- okay.  So you were shown

3   the report from CSM -- Mr. Gonzalez?

4          A      Yes.

5          Q      Okay.  So that is otherwise known as the

6   tour report.

7          A      Okay.  Thank you.

8          Q      And you were shown the complaint that Mr.

9   Clowdus submitted to American Airlines?

10         A      Yes.

11         Q      Okay.  Were you shown portions of any

12  depositions or any taken in this matter?

13         A      None.

14         Q      Okay.  Were you shown anything that

15  conflicted in any way with the account that you relayed

16  in your SERS report?

17         A      The SERS report --

18         Q      And I guess the answer to that is yes.

19         A      Yes.  I was there.

20         Q      Okay.  And when was the last time that you

21  spoke with Mr. Marino?

Deon Gray
March 23, 2022

```
 1        A      Oh, my goodness.  I don't even recall.
 2   Months ago, when he had COVID. He had it really bad.  I
 3   think that was it.
 4        Q      Okay.  So then I guess you haven't worked
 5   with him for months either, that would mean?
 6        A      Right.  Correct.
 7        Q      Yeah.  And do you -- have you and Mr.
 8   Marino exchanged telephone numbers?
 9        A      We've always had each other's number, yes.
10   For years.
11        Q      Okay.  And how long have you known Mr.
12   Marino?
13        A      About 21, 22 years.
14        Q      Do you guys interact socially?
15        A      Socially, on a layover, maybe.  But not out
16   of work environment.
17        Q      Okay.  So you've never been over to his
18   house?
19        A      No.
20        Q      Okay.  Have you and Mr. Marino spoken about
21   his deposition?
```

Deon Gray
March 23, 2022

```
 1          A       No.

 2          Q       Okay.  So Ms. Gray, I'm going to ask you a

 3   question.  And depending on how you answer it, this

 4   deposition could take another 10 minutes or it could

 5   take another three hours.

 6          A       Okay.

 7          Q       And I'm -- I ask you this question because

 8   in reviewing your statement, it reads like a second-hand

 9   account.  And that makes perfect sense if it is because

10   you were supporting a friend and you had no reason not

11   to believe him.  And So the question is this.  Did you

12   personally witness Mr. Marino being struck with the bag?

13   Or did you provide a second-hand account of it in your

14   SERS report?

15          A       I personally was -- witnessed it.

16   Everything I made in my report, I witnessed.

17          Q       Okay.  And where were you located at the

18   time?

19          A       I was in the first-class cabin between rows

20   2 and 3.

21          Q       And how can you be so certain that that's
```

Deon Gray
March 23, 2022

1  where you were located?

2        A      Because when Carlos had made the

3  announcement to prepare for -- to prepare the cabin for

4  departure, I started closing the overhead bins.  I left

5  the first one open, because I knew Mr. Marino had -- Mr.

6  Clowdus had to put his bag up.  So I left that one open

7  and I went ahead to close the second bin.  So that's

8  between 2 and 3.

9        Q      Okay.  And would you say you were within

10  arms reach of Mr. Marino?

11        A      Just a little bit further back.

12        Q      Okay.  And So we've -- since you've seen

13  all the evidence in this case, improperly I might add,

14  why is it that Mr. Henriquez would state that there's

15  nobody else that he could see?  All the flight

16  attendants were in the back of the plane?

17        A      I do --

18        Q      And I would tell you also we had a

19  deposition just yesterday where a passenger claims to

20  have seen what occurred, now where you placed yourself

21  is squarely within his sight line.  So I'll give you one

Deon Gray
March 23, 2022

 1  more chance, Ms. Gray.  Are you certain that you

 2  witnessed this firsthand?

 3            MR. KOLB:  Just one moment.

 4       A     Yes, I did.

 5            MR. KOLB:  Ms. Gray, just one moment.

 6  Object to the sidebar characterization of the improper

 7  preparation of this witness for deposition.  Object to

 8  the misrepresentation --

 9            MR. WOODROW:  Well, it was improper, Kelly.

10  You coached her.  Okay?  And it's obvious.

11            MR. KOLB:  Object to the improper

12  mischaracterization of Mr. Cantana's deposition.  Object

13  to the characterization that this witness has been

14  provided all evidence in this case.

15            MR. WOODROW:  Well, the evidence speaks for

16  itself, Kelly.  And we can deal with that later.

17            Ms. Gray, Mr. Clowdus has offered to take a

18  polygraph in this case.  And AA has refused.  Would you

19  be willing to take a polygraph as well, if he does?

20            MR. KOLB:  Objection.  Instruct the witness

21  not to answer.

Deon Gray
March 23, 2022

```
 1        Q      Okay.  Well, I'm afraid we're going to be

 2   here for awhile.

 3               MR. KOLB:  Object to the sidebar.

 4        Q      How long have you worked for American

 5   Airlines, Ms. Gray?

 6        A      22 to 20 years.

 7        Q      And you stated earlier that you've known

 8   Mr. Marino for 22 years?

 9        A      Approximately.  21, 22.

10        Q      Okay.  Have you ever filed a SERS report

11   before?

12        A      Yes.

13        Q      And what was the subject matter of it?

14   Well, how many?

15        A      I don't -- over the 23 years, I cannot

16   remember how many.  And as our job requires, the company

17   requires, when certain incidents happen, it has to be

18   reported.

19        Q      And have you ever asked the captain to

20   remove a passenger before?

21        A      Yes.
```

Deon Gray
March 23, 2022

```
 1        Q      Can you think of how many times that's

 2   occurred?  More than you can recount?

 3        A      I don't remember the exact amount of times,

 4   but I know I've had to do it before.

 5        Q      Okay.  Have you ever filed a witness

 6   statement for Mr. Marino before?

 7               MR. KOLB:  Objection.  Form.  You can

 8   answer.

 9        A      No.

10        Q      Okay.  How often do you work on the same

11   flights with Mr. Marino?

12        A      Not often.

13        Q      Did you speak with the captain about this

14   incident when it happened?

15        A      No, I did not.

16        Q      Okay.  Did you speak with Mr. Henriquez

17   about the incident?

18        A      No, I didn't.

19        Q      Okay.  So Ms. Gray, if you were so close to

20   this incident when it occurred, and observed it so

21   intimately, then why didn't you go up to the captain and
```

Deon Gray
March 23, 2022

1   Mr. Henriquez when they were conferring about it, saying

2   you could back up Mr. Marino's claim in the moment?

3        A     Because there's an order to the positions

4   we hold on the aircraft.  And the company has trained

5   us, and instilled in us, there's a certain order of

6   priority of what needs to be done.  And if an incident

7   occurs, the position that Carlos was working that day,

8   which is number one, he would be the liaison with the

9   captain.

10       Q     Oh.  Now wouldn't this be an exceptional

11  event that would kind of trump the normal order where

12  Mr. Marino was going up to say that he'd been hit, and

13  wouldn't it -- wouldn't he have appreciated you to come

14  up with him and say, yeah, he was hit.  I just saw that.

15            MR. KOLB:  Objection.  Form.

16       Q     You can answer.

17       A     Only if he was incapacitated.

18       Q     There wouldn't have been value for the

19  captain to know that he actually was hit?  That he

20  wasn't making it up?  That there was justification to

21  kick this guy off?

Deon Gray
March 23, 2022

```
 1                    MR. KOLB:  Objection.  Form.

 2        Q      Okay.  What were you doing at the moment?

 3                    MR. KOLB:  Objection.  Form.

 4        Q      At the moment, when Mr. Marino went up to

 5   inform the captain what had occurred, what were you

 6   doing?

 7        A      Standing in the same position I was when I

 8   witnessed it.  The incident.

 9        Q      And did you interact with Mr. Clowdus, the

10   passenger, at all, about it?

11        A      No.

12        Q      Now why didn't you intervene to assist Mr.

13   Marino if you were standing right there and witnessed it

14   happen?

15        A      Because there was nothing I could do.  It

16   happened so quickly.  And as soon as it happened, and

17   Carlos said what he needed to, he turned around and went

18   to the cockpit.

19        Q      Okay.  So after the plane departed, did you

20   tell the other flight attendants about what occurred?

21        A      Yes.
```

Deon Gray
March 23, 2022

1          Q       And what did you say to them?

2          A       That we had to have a passenger removed.

3     Because he hit Carlos.

4          Q       Okay.  Did any passengers ask you what

5     happened?

6          A       No.

7          Q       Did you witness an interaction between Mr.

8     Marino and a young male in seat 4F?

9          A       No.

10         Q       Do you recall the individual seated in 4F?

11    A young, Hispanic man.

12         A       I don't.  At this date, all I remember is

13    what's in my report.  I can't count the amount of

14    flights I've worked since then.

15         Q       I understand.  It's hard to remember

16    something this far out with great specificity.  I get

17    it.

18                 MR. KOLB:  Object to the sidebar.  Move to

19    strike.

20         Q       Where were you stationed in the plane that

21    day?

Deon Gray
March 23, 2022

```
1          A       My position?  My work position?

2          Q       Yes.

3          A       I was flight attendant number three,

4    meaning I worked with Carlos in first class and, if

5    required, if the cabin is full, in the main cabin, once

6    I finish helping in first class, I would go to the main

7    cabin to assist.

8          Q       Okay.  What did you do while Mr. Clowdus

9    was being removed from the plane?

10         A       Continued closing the overhead bins.

11         Q       Did the captain make any announcement about

12   a passenger being removed?

13         A       No.

14         Q       Did you make any announcement --

15         A       No.

16         Q       About a passenger being removed?

17         A       No.

18         Q       And did you speak with the passengers in

19   the row directly across from Mr. Clowdus about what had

20   occurred?

21         A       No, I didn't.
```

Deon Gray
March 23, 2022

 1        Q       Did it seem like they had witnessed this

 2    event as well?

 3                MR. KOLB:   Objection.  Form.

 4        Q       You can answer.

 5        A       I don't know what they were looking at.  My

 6    only focus was actually what was happening between Mr.

 7    Clowdus and Carlos.

 8        Q       Did you observe any other passengers

 9    witnessing the event?

10        A       No. I was only looking at exactly what was

11    going on between the two of them.

12        Q       Did you file a complaint with the FAA about

13    the incident?

14        A       No, I did not.

15        Q       Okay.  And did you personally observe Mr.

16    Marino to ask Mr. Clowdus to stow his bag above?

17        A       Yes.

18        Q       And how many times did you witness that?

19        A       Three times.

20        Q       And you remember this with great

21    specificity?  Or are you reading it from your report and

Deon Gray
March 23, 2022

1    refreshing your memory from that?

2         A      From the report.

3         Q      Okay.  And what were you doing those three

4    times that you recall hearing him ask the passenger to

5    stow his bag?  If you would remember.

6         A      The first one, I was standing near the

7    galley.  Near the closet.  And the second time was when

8    I was walking away to go into the cabin.  And the third

9    time, it was just before the incident happened, where I

10   closed the second overhead bin.

11        Q      Okay.  Now you just testified that you've

12   refreshed your memory of hearing these three times from

13   the SERS report, but now you've supplied a very detailed

14   account of where you were at each of those times.  How

15   is it that you can recall that with such specificity,

16   but you had to refresh your memory from the SERS report

17   as to the number of times that you overhead Mr. Marino

18   ask Mr. Clowdus to stow his bag?

19             MR. KOLB:  Objection.  Form.  Go ahead and

20   answer, Ms. Gray.

21        A      Because refreshing my memory from reading

Deon Gray
March 23, 2022

1  my report, I know he asked him several times.  And,

2  again, the position I work is I assist in first class,

3  meaning helping to greet the passengers, so the first

4  position I was at would be where I would be doing that.

5  And then as we were finishing boarding, I would proceed

6  into the cabin to try to prepare for departure.

7       Q     So are you filling in that narrative based

8  upon a supposition of what you would have been doing at

9  that time or with a concrete memory of what you actually

10  were doing in that instance at that time?

11      A     My memory of what I was actually doing at

12  that time.

13      Q     So you're testifying that you have a

14  detailed memory of your exact position at the time that

15  is not based upon where you likely would have been, but

16  upon your very detailed memory of this flight that you

17  were on, as you said earlier, hundreds of flights ago?

18      A     Yes.

19            MR. KOLB:  Object to form.

20      Q     Okay.  And what was the passenger doing at

21  the time that Mr. Marino first asked him to put his bag

Deon Gray
March 23, 2022

1    up?

2         A       He was just ignoring him.  I don't remember

3    exactly what he was doing.  But he didn't even

4    acknowledge him.

5         Q       Did he respond in any way?

6         A       No.

7         Q       Did he agree to do it later?

8         A       No. No acknowledgment.

9         Q       Did he say I don't?

10        A       I don't recall any acknowledgment.

11        Q       Okay.  Was he standing or sitting?

12        A       He was sitting.

13        Q       The very first -- are you testifying that

14   the very first time Mr. Marino asked the passenger to

15   stow his bag, he was already in his seat and not coming

16   onto the plane at that time?

17        A       Yes.

18        Q       Okay.  Was he buckled in his seat?

19        A       I don't recall if he was buckled in or not.

20        Q       Okay.  But you do recall with great

21   specificity that he was seated at the time that he was

Deon Gray
March 23, 2022

1  first asked to stow his bag.  Is that correct?

2       A      Yes.

3       Q      Okay.  And your testimony is that he

4  ignored Mr. Marino and said nothing.  Is that correct?

5       A      Correct.

6       Q      Tell me about the second time that -- well,

7  did Mr. Marino say anything about his mask at that time?

8       A      I don't recall.

9       Q      Okay.  And do you recall whether Mr. Marino

10 ever said anything about Mr. Clowdus's mask?

11      A      No.

12      Q      Okay.  Do you recall whether Mr. Clowdus

13 was improperly wearing his mask when you observed him

14 during this first, second, and third interaction?

15      A      No.

16      Q      Tell me about the second interaction that

17 you observed.

18      A      It was just a situation.  The bag was at

19 the bulkhead, against the wall, he leaned it against the

20 wall.

21      Q      And what did Mr. Marino say?

Deon Gray
March 23, 2022

```
 1        A       We're going to be getting -- something like

 2   we're going to be getting ready for departure.  And,

 3   again, he asked him to stow the bag.

 4        Q       And you personally observed the bag?

 5        A       Yes.

 6        Q       And where were you standing to personally

 7   observe the bag?

 8        A       In the middle of the cabin.  Just near the

 9   closet.

10        Q       Now, was Mr. Clowdus seated in the window

11   seat?

12        A       Yes.

13        Q       And did you ever observe him to move from

14   the window seat into the aisle seat?

15        A       I don't remember.

16        Q       Now, if Mr. Clowdus was seated in the

17   window seat, and you just testified that his bag was

18   behind his legs, to the side, under the window, where

19   were you standing such that you could see into the aisle

20   and observe this?

21        A       Right by the closet, where I could see the
```

Deon Gray
March 23, 2022

```
 1   whole area.  At the time that he put the bag behind his

 2   legs was the second time that Carlos asked him to stow

 3   it.

 4        Q      And what did Mr. Clowdus say to this?

 5        A      Nothing.

 6        Q      And what did Mr. Marino do?

 7        A      He just left it until we were ready to

 8   close the overhead bins.

 9        Q      Now when a passenger comes onto the plane,

10   is it conventional to give him some time to get situated

11   and take his iPad out, take his book out, sandwich if

12   it's in his bag?  Or does the passenger need to stow his

13   bag immediately upon boarding?

14        A      We give them some time to get situated.

15        Q      Okay.  So was it your understanding that

16   when Mr. Marino was saying to stow his bad, that he was

17   stating you will need to stow your bag?  Or you need to

18   stow your bag immediately?

19              MR. KOLB:  Objection to form.  Go ahead.

20        A      You will need to stow your bag for take off

21   and landing.
```

Deon Gray
March 23, 2022

```
 1        Q     For take off and landing.  So if -- it
 2   might be reasonable for a passenger to understand that
 3   he's getting a reminder that that bag needs to go up,
 4   not stop everything you're doing and put that bag up
 5   immediately.  Is that correct?
 6              MR. KOLB:  Objection.  Form.
 7        Q     Did he -- you can answer.
 8        A     I don't know.  I can't say what one would
 9   assume.
10        Q     And when you instruct a passenger about a
11   bulkhead seat and the need for a bag to go up, if it's
12   prior to the door closing, do you expect them to
13   immediately put their bag overhead?  Or do you expect
14   them to put their bag overhead by the time boarding is
15   completed?
16        A     By the time boarding is completed.
17        Q     Okay.  So is it reasonable for Mr. Clowdus,
18   with this first and second instruction, to understand
19   that those were reminders that his bag eventually had to
20   go up?
21              MR. KOLB:  Objection.  Form.
```

Deon Gray
March 23, 2022

1        Q      Is a reasonable assumption for a passenger

2   to make?

3               MR. KOLB:  Same objection.

4        Q      You can answer.

5        A      Again, I don't know what a passenger can

6   assume.  I only recall and as a normal practice, we

7   don't tell a passenger as soon as they board to stow

8   their bag.  And we don't continuously repeat it.  We

9   need to tell them.  Give a few minutes.  Give them some

10  time.  And go back and request -- do the same request

11  again.

12       Q      Okay.  So was it your understanding, upon

13  observing this first and second interaction, that Mr.

14  Marino had with the passenger, that the passenger was

15  disobeying Mr. Marino by not responding immediately?  Or

16  that Mr. Marino was giving the passenger multiple

17  reminders?

18       A      He was doing his job, what he was told to

19  do.

20       Q      Well, I'm asking you about the passenger.

21  Was it your understanding that the passenger was

Deon Gray
March 23, 2022

1   disobeying him?  Or that he was being reminded?

2           MR. KOLB:  Objection to form.

3       Q       And therefore, not disobeying?

4       A       He's not a child.  We're not some parents

5   or teachers.  That's pertaining to the disobeying.  He

6   was just being --

7       Q       So if that -- I'm sorry.

8       A       He was being reminded.

9       Q       He was being reminded.  And so -- So at

10  this point, you -- is it fair to say that you were not

11  looking at this passenger in a negative light?  That

12  this was the normal course of how boarding normally

13  proceeds and passengers get reminded and eventually

14  passengers comply?

15      A       Correct.

16      Q       Okay.  Now tell me about the third incident

17  and what you remember of it.

18      A       When the captain said prepare for

19  departure, that's when Carlos said that I have to

20  prepare the cabin for departure.  And I went ahead of

21  him into the cabin, as I said, to start closing the

Deon Gray
March 23, 2022

1    overhead bins.  And I looked down and saw the bag was

2    still on the -- behind his legs.  So I left the first

3    overhead bin above him open.  I started closing the bins

4    and I fully closed the second one.  And as I was closing

5    it, I was looking down at him.  And that's when Carlos

6    came up behind me.

7          Q     That's when Carlos came up behind you?

8          A     Yes.  He followed behind me.  Because we

9    knew the bag was still there and we always check each

10   other.

11         Q     Which direction were you walking?  You were

12   walking from the cockpit towards the tail of the plane?

13         A     Yes.

14         Q     And Mr. Marino followed you?

15         A     Yes.

16         Q     Oh.  Just incidentally.  Did the captain

17   ever make any announcements about stowing bags?  Or is

18   that something normally the flight attendants deal with?

19         A     We deal with it.  The captain does not deal

20   with that.

21         Q     Okay.  So it would be very unusual for the

Deon Gray
March 23, 2022

```
 1   captain to make an announcement prior to the doors

 2   closing that all passengers need to have their bags

 3   stowed?

 4        A     Yes.  Yes.

 5        Q     Okay.  Now, did you personally observe the

 6   Plaintiff, Mr. Clowdus, when he reached down between his

 7   legs to retrieve the bag?

 8        A     Yes.

 9        Q     Okay.  And what was the passenger doing at

10   that time?

11        A     He was just sitting there.

12        Q     Did he have anything in his lap?

13        A     I don't recall anything.

14        Q     Okay.  Describe to me how he reached down.

15   Like, do you remember which arm he used?

16        A     No. He -- Carlos said, I think --

17        Q     Do you remember what the bag looked like?

18        A     Something like the old-fashioned attaché

19   cases, with the hard sides.

20        Q     Sorry.  You just froze up there again.  I

21   don't know if this is just my bad connection.  But could
```

Deon Gray
March 23, 2022

 1   you repeat that answer?

 2        A      It's like one of the old attaché cases,

 3   with the hard sides.

 4        Q      So it was a rigid-sided case in your

 5   memory?

 6        A      Yes.

 7        Q      And what -- would that be a plastic, vinyl,

 8   leather.  What would the material have been?

 9        A      I don't know what it would have been, but

10   it appeared to be leather.

11        Q      Okay.  And what was the shape of it?

12        A      Rectangular.

13        Q      I'm sorry.  You froze again.  What was

14   that?

15        A      Rectangular.

16        Q      It was rectangular.  And about what were

17   the dimensions?

18        A      I have no idea.

19        Q      Was it large enough to fit a laptop?  Large

20   enough to fit an iPad?  Or more of a --

21        A      Yes.  Yes.

Deon Gray
March 23, 2022

```
 1        Q      Purse size?

 2        A      No, larger than a purse.

 3        Q      Was it large enough to fit a laptop?

 4        A      Yeah.

 5        Q      Was it large enough to fit two days of

 6   clothes and a laptop?

 7        A      I have no idea how much clothes he needs

 8   for two days.

 9        Q      Well, I -- well, if you -- okay.  So if

10   you're measuring the normal dimensions of what you need

11   to put a bag in, would the dimension measure the metal

12   framed --

13        A      I can't remember.  It's kind of like the

14   old attaché cases, before the computer bags started

15   coming out.

16        Q      So you remember it to be like a briefcase?

17        A      Yes.

18        Q      Okay.  With pointy corners, presumably?

19               MR. KOLB:  Objection.  Form.

20        Q      Okay.  And do you remember if it had a

21   strap or a handle?  Or both?
```

Deon Gray
March 23, 2022

```
 1        A       (inaudible) --

 2        Q       I missed that again.  Is anyone else having

 3   problems with the internet connection.

 4        A       Hello?

 5                THE VIDEOGRAPHER:  Is there a way we could

 6   go off the record?

 7                (Whereupon a discussion was held off the

 8   record.)

 9        Q       All right.  Let's see how this works.  Ms.

10   Gray, let's see where we were.  Now you said you had

11   personally observed Mr. Clowdus to reach down between

12   his legs to retrieve the bag.  But you didn't remember

13   which arm he used.  Is that accurate?

14        A       Yes.

15        Q       And describe to me what happened next.

16        A       Carlos had politely asked him if he

17   wouldn't mind, he would stow it for him, and put it in

18   the overhead bin for him for take off.  And he looked up

19   at him and just glared at him like he was really angry.

20   And like he just let out a very exasperation type of

21   thing and moved his legs, grabbed the bag, and forcibly
```

Deon Gray
March 23, 2022

1    aimed for -- looked at Carlos and just aimed for him.

2    And literally swung the bag into his chest, like where

3    he was aiming.  Like his stomach.  His stomach area.

4    Lower part of his chest.

5         Q      And did that knock the wind out of Mr.

6    Clowdus?  Mr. Marino?

7                MR. KOLB:  Objection.  Form.

8         Q      Did it seem like a hard enough hit to knock

9    the wind out of Mr. Marino?

10               MR. KOLB:  Objection.  Form.

11        A      I saw the shock on his face and literally

12   he and I drew a breath in, and I heard him say, you just

13   hit me.  You just hit me.  It was just shock.

14        Q      And what did you do?

15        A      When it was happening, I was facing the

16   overhead bin, just standing away from them.  They were

17   here.  And I was standing here.  Facing that way.  So I

18   could see, I turned my head that way to see, and then I

19   turned that way and stepped forward to see if I could

20   help with anything.  And I just stood there and watched

21   because there was no more contact.  Carlos said it a

Deon Gray
March 23, 2022

1  couple of times.  Oh my God, you just hit me.  You just

2  hit me with your bag.

3       Q     And what did Mr. Clowdus say?

4       A     I didn't do anything.  And just glared at

5  him.

6       Q     Glared at him.  Did he -- did you -- did he

7  stand up and glare at him?

8       A     He was kind of half standing.  He wasn't

9  fully upright yet.

10      Q     Okay.  And were you told that that was an

11 inconsistency in your report that you had said that he

12 had stood there glaring at him?

13      A     No.

14            MR. KOLB:  Objection.  Form.

15      Q     Did somebody tell you that that portion of

16 you report needed to be fixed?

17      A     No.

18            MR. KOLB:  Objection.  Form.

19      Q     Okay.  Was Mr. Clowdus seated when he hit

20 Mr. Marino with the bag?

21      A     He started to stand.  He moved his leg like

Deon Gray
March 23, 2022

```
 1   to try and stand up and that's when he grabbed the bag

 2   from behind his legs.  And he looked at Carlos and

 3   literally aimed for him.

 4        Q     He started to stand in what way?

 5        A     Like he was pulling his legs aside from the

 6   bag like he was going brace himself to stand.

 7        Q     Okay.  And So when he was glaring at him,

 8   what was his position?

 9        A     Half standing.  He couldn't really be

10   upright because he wasn't fully in the aisle yet.

11        Q     So he squatted or crouched in the fixed

12   position and glared at Mr. Marino?

13        A     Half standing.  I don't know what you'd

14   call it.  Like in he's trying to get out of the -- where

15   the seats were to get into the aisle.

16        Q     Yeah.  And how long did he hold that

17   position?

18        A     I didn't time it.

19        Q     Was it a couple of seconds?

20        A     Yeah.

21        Q     Was it a minute?  Which?
```

Deon Gray
March 23, 2022

```
 1        A      I don't know how long, but it seemed a good

 2   while.

 3        Q      Okay.  And was his head then brushing

 4   against the air conditioning vent, but he couldn't fully

 5   stand?  Is that what you're testifying?

 6        A      He was nearly touching up there.  It was

 7   kind of -- his face was looking up at Carlos.  He was in

 8   the aisle.

 9        Q      And is that why he couldn't stand fully?

10   Because his head was blocked by the console above?

11        A      Yes.

12        Q      Was your impression that if that console

13   hadn't been there, that he would have been fully erect?

14             MR. KOLB:  Object to form.

15        Q      Well, yes.

16        A      So it was your impression that he was

17   trying to stand up fully, but he was being blocked by

18   the air conditioning?

19             MR. KOLB:  Objection.  Form.

20        A      Not by the air conditioning unit.  He was

21   sticking out.
```

Deon Gray
March 23, 2022

```
 1        Q      Explain that please.  Because I'm not

 2   getting a complete picture.

 3               MR. KOLB:  Objection.  Form.

 4        A      He was -- you've flown before.  Correct?

 5        Q      Yes.

 6        A      So at the bottom of the -- above a

 7   passenger's seat, there's the overhead bins.

 8        Q      Yes.

 9        A      And there's a little round vent.  A very

10   small round vent that you turn for the A/C.

11        Q      Yeah.

12        A      It doesn't protrude a lot.  So it was

13   sticking in his head, eventually.  The overhead bin, a

14   fixture of the aircraft, was there.  That's why he

15   couldn't stand up.

16        Q      Okay.  That's -- and that's what I was

17   asking.  Whether he was --

18        A      Okay.

19        Q      Attempting to fully stand, but he was being

20   blocked by what was above him.

21               MR. KOLB:  Objection.  Form.
```

Deon Gray
March 23, 2022

```
1          Q       And that's your testimony today.  Correct?

2                  MR. KOLB:  Objection.  Form.

3          Q       Is that your testimony today?  Just to

4      clarify.

5                  MR. KOLB:  Objection.  Form.

6          A       He was trying to stand after he hit Carlos.

7          Q       Okay.  And So did he try to stand as he

8      swung the bag?  Or after he swung the bag?

9          A       After.

10         Q       And So presumably, his seat belt couldn't

11     have been buckled if he was able to stand.  Or did you

12     see him unbuckle his seat belt?

13                 MR. KOLB:  Objection.  Form.

14         A       I don't recall about the seat belt.

15         Q       And then, what happened with the bag?

16     After he swung it?

17         A       He held it in his hand.

18         Q       Who did?

19         A       Mr. Clowdus.

20         Q       So he didn't throw the bag and release it?

21         A       No, he didn't throw it.
```

Deon Gray
March 23, 2022

```
 1          Q       Okay.  And then did it remain in his lap?

 2   Or what did he do with it?

 3          A       He held it in his hand.

 4          Q       Did you see what he was holding it by?  Was

 5   it a handle or a strap?

 6          A       A handle.

 7          Q       Okay.  Did Mr. Marino ever take the bag

 8   from him?

 9          A       No.

10          Q       Did you observe -- I'm just going to say

11   GSC Henriquez.  Is that how you would normally refer to

12   a ground security coordinator?

13          A       Can you say again?

14          Q       I'm going to refer to the person who took

15   Mr. Clowdus off the plane as GSC Henriquez.

16          A       Okay.

17          Q       So we know who we're talking about.

18          A       Okay.

19          Q       Did you observe GSC Henriquez speak with

20   Mr. Clowdus after the incident?

21          A       Only when he came onto the aircraft and
```

Deon Gray
March 23, 2022

```
 1   asked him to collect his belongings and follow him off

 2   the aircraft.

 3        Q     Okay.  Did you see him speak to him before

 4   that?

 5        A     No.

 6        Q     Did you observe Mr. Clowdus's demeanor at

 7   the time that Mr. Henriquez came and spoke with him?

 8        A     Yes.

 9        Q     And what was it?

10        A     It was like he was really angry and he kept

11   saying, I didn't do anything.  But I didn't do anything.

12        Q     Where was he when he was saying this?

13        A     In the aisle.  And as he was --

14        Q     Had he --

15        A     Walking off the aircraft.

16        Q     And So was he saying I didn't do anything

17   angrily when he was seated?  Or when he -- after he

18   stood?

19        A     He first said it to Carlos when he smacked

20   him in his stomach and chest with the end of the bag.

21   Because when Carlos said, oh my God, you just hit me.
```

Deon Gray
March 23, 2022

1   You just hit me with your bag.  Like, I didn't do

2   anything.  That was the first time.  And then he said it

3   a couple of times to the GSM.

4        Q      To the GSC. When the GSC came on board, he

5   was -- Mr. Clowdus said that to him?

6        A      Yes.

7        Q      And you observed his demeanor to be still

8   very angry?

9        A      Yes.

10       Q      Did you observe Mr. Clowdus attempt to

11  apologize to Mr. Marino at any time?

12       A      No.

13       Q      Did you observe Mr. Clowdus being led off

14  the plane?

15       A      Yes.

16       Q      How close to Mr. Henriquez with Mr. Clowdus

17  at that time?

18       A      Mr. -- after Mr. Henriquez came on to ask

19  him to collect his belongings and follow him off the

20  aircraft, he -- the -- Mr. -- the GSC, he walked off,

21  kind of Mr. Clowdus came behind him.  So no one was like

Deon Gray
March 23, 2022

1    taking him off.  He was following behind the GSC.

2        Q      Okay.  And about how many seats behind him

3    did he follow him?

4        A      A few steps.

5        Q      A few steps.  So within -- he wasn't -- So

6    you're saying nobody grabbed him by the arm.

7        A      No.

8        Q      Led him off.  But they walked off the plane

9    together.  Is that correct?

10       A      Correct.

11       Q      Okay.  And how closely did you witness Mr.

12   Clowdus's exit from the plane?

13       A      I -- because I still stayed in the cabin,

14   when he was walking off, I went to like row 1 to give

15   everyone in that area some space.  And I saw him as he

16   turned a corner to go out the door.

17       Q      Okay.  Did you observe Mr. Clowdus speak to

18   Mr. Marino as he was exiting the plane?

19       A      No.

20       Q      Would have been possible for Mr. Clowdus to

21   attempt to apologize to Mr. Marino as he was exiting the

Deon Gray
March 23, 2022

1   plane?

2        A      Yes.

3               MR. KOLB:   Objection to form.

4        Q      And how would that have been possible?

5   Where -- did you hear -- did you ever hear Mr. Clowdus

6   attempt to apologize to Mr. Marino as he was led off the

7   plane?

8        A      No, I didn't.

9        Q      And where was Mr. Marino when Mr. Clowdus

10  was exiting the plane?

11       A      Between the cockpit and the galley.

12       Q      And how was he facing?

13       A      He was up looking into the aisle.

14       Q      Okay.  Did you observe any interaction

15  between Mr. Clowdus and Mr. Marino as he exited the

16  plane?

17       A      No.

18       Q      Was Mr. Marino in a position where he could

19  have made eye contact with Mr. Clowdus when they were

20  exiting the plane?

21       A      Yes.

Deon Gray
March 23, 2022

1        Q       Did you observe Mr. Clowdus's demeanor as

2    he was exiting the plane?

3        A       Just from the back.

4        Q       And how did he seem?  Did he seem agitated?

5        A       I couldn't tell that from the back.  I

6    could only tell that when I could see his face.

7        Q       Okay.  So in the interaction that Mr.

8    Marino and Mr. Clowdus had after the contact with the

9    bag, what was Mr. Clowdus's demeanor?

10       A       I don't recall any conversations between

11   them after Carlos left the area afterwards.  He was hit

12   and he went to speak to the cockpit.

13       Q       Before Mr. Marino left and while the

14   incident with the bag was ongoing, what was Mr.

15   Clowdus's demeanor?

16               MR. KOLB:  Objection to form.

17       Q       Well, was he angry?  Did he shout at Mr.

18   Marino?  What was his state of mind?

19       A       I have no idea.  Only he knows his state of

20   mind.

21       Q       Did he -- what did he do other than the

Deon Gray
March 23, 2022

1    words that you've relayed?  That he said, I didn't do

2    it.

3         A      He just looked angry.  Why -- before you

4    were asking me what happened before the incident, now

5    you're saying how did he look after it happened.  Which

6    one?

7         Q      That's what I'm asking.  How did he look

8    after it happened?  In the moments after the bag struck,

9    what was his reaction?  Was he surprised?  Confused?

10        A      I'm sorry.  Say again.

11        Q      Was that -- for example, was he surprised?

12   Was he confused?  Did he -- menacing?  Did he laugh?

13        A      To me, he looked menacing.  Because he --

14   like he was just glaring at him.  Like he was really

15   pissed off.

16        Q      Did he laugh at him?

17        A      I don't recall that.

18        Q      Did he say any words?  Other than, I didn't

19   do it?

20        A      I don't recall anything else.

21        Q      How many times did Carlos say you hit me?

Deon Gray
March 23, 2022

```
 1        A       Twice.

 2        Q       And what was Mr. Clowdus's response each of

 3   those times?

 4        A       He just glared at him.

 5        Q       And did he say no, I didn't?

 6                MR. KOLB:  Objection.  Asked and answered.

 7        Q       Did he say or do anything else than what

 8   you've already answered to say, he said, no I didn't?

 9        A       I don't recall.

10        Q       Okay.  And now why do you say that Mr.

11   Clowdus intentionally hit Mr. Marino?

12        A       Because the force at which the bag came up

13   -- the force at which the bag came up, it wasn't like he

14   was just taking the bag to hand it to him.  He was just

15   glaring at his face and he started looking down at his

16   chest area and he literally grabbed the bag and just

17   aiming -- just the force it came up.  He -- the narrow

18   edge of the bag, the case, you know, went exactly kind

19   of where he was looking and really forcibly.  It's not

20   -- that's not how it happens when you're handing it --

21   handing something to someone.  You hold it differently.
```

Deon Gray
March 23, 2022

1       Q       Were you looking at Mr. Clowdus's face when

2   the bag hit Mr. Marino?

3       A       I looked at it before.  When it hit him, I

4   looked towards where the bag was.

5       Q       So were you looking at Mr. Clowdus's face

6   at the moment of impact?

7       A       I was looking at the bag.

8       Q       So you didn't see where -- you didn't see

9   where Mr. Clowdus's eyes were focused at the moment of

10  impact.  Did you?

11      A       Just before the impact.  When --

12      Q       But not at it.

13      A       When I heard it.  I saw the whack.  That's

14  when I looked down.

15      Q       And then when you looked down, at that

16  point, Mr. Clowdus was looking at Mr. Marino.  Correct?

17      A       I looked down and then I looked right back

18  up at his face.  And when I looked back up, he was

19  glaring at him.  Him.  You know, looking --

20      Q       Yeah.  So is it possible -- So is it

21  possible that in that interim between you looking at Mr.

Deon Gray
March 23, 2022

```
 1   Clowdus and then looking away, that in the moment of

 2   impact, Mr. Clowdus's eyes were not on Mr. Marino?  Is

 3   that possible?

 4        A     When I looked out, between the time between

 5   me looking at his face, looking at the bag, and looking

 6   back up, it was a matter of a second maybe.  So I could

 7   only say what I saw when I was looking at him.

 8        Q     Okay.  And you testified that you weren't

 9   looking at him at the actual moment of impact.  Right?

10        A     I was looking at him.  I was looking at

11   him.  Yes.

12        Q     But not at his eyes.  Were you?

13        A     His face.  And when he hit him, I looked

14   down at where he hit him, and looked right back up at

15   his face.

16        Q     Okay.  Do you believe that Mr. Marino knew

17   immediately that he had been assaulted and not

18   accidentally had the bag swung into him?

19             MR. KOLB:  Objection.  Form.

20        Q     You can answer.  Remember, when he says

21   objection, just answer.  That's for us.
```

Deon Gray
March 23, 2022

1          A       Okay.

2          Q       It's not for you.

3          A       Oh.  Okay.  Can you repeat the question?

4          Q       Do you believe that Mr. Marino knew

5     immediately that he'd been assaulted and not

6     accidentally had the bag swung into him?

7                  MR. KOLB:  Same objection.  Go ahead and

8     answer, Ms. Gray.

9          A       Because of the force.  It was so forcible

10    that you actually heard the hit.  I would assume that he

11    would have said that -- thought that.  By what he said.

12         Q       Okay.  Now, Mr. Marino testified that he

13    said, you hit me.  And then stood there waiting for an

14    apology.  Do you remember that?

15         A       Yes.  When he said it the first time.  It

16    was a little while afterwards, he said, my God, you hit

17    me.

18         Q       And then presumably you were standing there

19    right next to him, also waiting to hear an apology.  Is

20    that correct?

21         A       Correct.

Deon Gray
March 23, 2022

1       Q      So then why would you and Mr. Marino stand

2   there and wait for an apology if you believed that the

3   hit had been intentional?

4               MR. KOLB:  Objection to form.

5       A      Because even if it was intentional,

6   normally when things like that happen, someone

7   apologizes.  And in our jobs, we try to defuse every

8   situation, even if it was something intentional.  We

9   don't jump to -- we try not to jump to react to

10  incidences.

11      Q      So if Mr. Clowdus had punched Mr. Marino in

12  the face, would he have stood there and waited for an

13  apology?  Or would he have taken action?

14              MR. KOLB:  Objection to form.

15      A      I don't know.

16              MR. WOODROW:  Sorry, you broke up a little

17  bit.

18      A      I don't know what Carlos would have done.

19      Q      Well, is it logical to think that when

20  someone attacks you on purpose that if you point out to

21  them the fact that they're attacking you on purpose,

Deon Gray
March 23, 2022

```
 1   that they'll stop and apologize?

 2              MR. KOLB:  Objection.  Form.

 3         A     That would be logical to me.

 4         Q     If someone was attacking you and you said,

 5   you're attacking me.  They would stop and apologize.

 6   That would be logical?

 7              MR. KOLB:  Objection.  Argumentative.

 8   Asked and answered.

 9         Q     Isn't that what you're saying?

10              MR. KOLB:  Same objections.

11         A     In the environment that we were, on an

12   airplane, I would think the person would have

13   apologized.  We're not in a boxing ring or on the

14   streets.

15         Q     Well, you wouldn't expect an apology in a

16   boxing room because that's a sport.  Are you certain,

17   Ms. Gray, that that bag did not make contact

18   accidentally?

19         A     Yes.

20              MR. KOLB:  Objection to form.

21         Q     And how are you so certain?
```

Deon Gray
March 23, 2022

```
 1              MR. KOLB:  Objection to form.  Asked and

 2   answered.

 3       Q     Well, let me ask you a question.  Is it

 4   possible that Mr. Clowdus understood when Mr. Marino

 5   said, you hit me, he understood that to mean, you just

 6   hit me on purpose.  And that when he said, no, I didn't,

 7   it was his way of saying, no, I didn't hit you on

 8   purpose.  Is that possible?

 9              MR. KOLB:  Objection to form.

10       A     I don't know what he would have thought.  I

11   can't say what he was thinking or what he would have

12   thought.

13       Q     Okay.  Is it possible that when someone's

14   half asleep at 6:30 in the morning and they're suddenly

15   being yelled at, when they're trying to comply with

16   somebody, that it could catch a person off guard, and

17   that Mr. Clowdus was struggling to catch up, not sitting

18   there with hostility.  Is that possible?  He was just

19   confused?

20              MR. KOLB:  Objection.  Form.

21       A     He was never yelled at.
```

Deon Gray
March 23, 2022

1      Q      How loudly did Mr. Marino say, you hit me?

2      A      A loud voice.

3      Q      And is possible that that loud voice

4   surprises you at 6:30 in the morning and you feel like

5   someone just said you just assaulted me, that your

6   instinct is to say, no, I didn't.  Which is a precursor

7   to apologizing, but first saying, no, I didn't do that

8   on purpose.  Is that possible that that was what was

9   behind Mr. Clowdus's response?

10             MR. KOLB:  Objection.  Form.

11      A      It wasn't 6:00 in the morning.  I think the

12   flight was scheduled like at -- I forget what time.  But

13   I don't know what he was thinking or what he would have

14   thought.

15      Q      Okay.  Did you ever witness Mr. Marino come

16   back and interact with Mr. Clowdus again and Mr. Clowdus

17   attempt to apologize to Mr. Marino and Mr. Marino say, I

18   don't care.  And walk away.  Did you ever witness that?

19      A      No.

20      Q      Okay.  What did you hear from Mr. Marino

21   when he went up to the front, by the cockpit?  Did you

Deon Gray
March 23, 2022

```
 1   hear any of the conversation coming from up there?

 2        A       No.

 3        Q       Did you hear him say I will not fly with

 4   that man?

 5        A       No.

 6        Q       Okay.  So you said you observed Mr.

 7   Henriquez speaking with the passenger when he came to

 8   escort him off the plane.  Do you recall any of what Mr.

 9   Henriquez said?

10        A       Just if he would please collect his

11   personal belongings and follow him.

12        Q       Okay.  At that point, did Mr. Henriquez ask

13   the passenger what had occurred?  Or was he just asking

14   him to collect his belongings?

15        A       Collect his belongings and follow him.

16        Q       So at that point, Mr. Clowdus was

17   volunteering to Mr. Henriquez, I didn't do it.  I didn't

18   do anything.  Is that your testimony earlier?

19        A       Yes.

20        Q       Okay.  And did he continue to speak as he

21   was being escorted off the plane?
```

Deon Gray
March 23, 2022

1      A      He just said the same thing a few times.

2  That's all I heard.

3      Q      And that was I didn't do.  Or I didn't do

4  anything.  Is that what you heard?

5      A      I didn't do anything.  Correct.

6      Q      And he continued to state that as he was

7  walking off the plane?

8      A      Yes.

9             MR. KOLB:  Objection.  Asked and answered

10  three times now.

11      Q      I didn't hear your answer because Mr. Kolb

12  stepped on it.  Could you repeat that, please?

13             MR. KOLB:  Object to the sidebar.  Move to

14  strike.  My objection was, this question's been asked

15  and answered three times.  Ms. Gray, you're free to

16  answer it or not as you wish.

17      Q      Ms. Gray, I believe you just answered yes.

18  Right before Mr. Kolb's inserted himself.  Is that

19  correct?  Yes?

20             MR. KOLB:  The same object to the sidebar.

21      A      The same answers as before.

Deon Gray
March 23, 2022

1        Q     So as he was walking off the plane, he

2   continued to say, I didn't do it.  Correct?

3              MR. KOLB:  Objection.  Asked and answered

4   four times now.  Again, Ms. Gray, you --

5              MR. WOODROW:  Can you stop talking, Kelly?

6   She can answer.

7              MR. KOLB:  Calm down, Will.  Do you need to

8   take a breath?  Do we need to go off the record so you

9   can --

10             MR. WOODROW:  I need you to --

11             MR. KOLB:  Compose your --

12             MR. WOODROW:  Stop stepping on my

13   deposition.  Just stop it.

14             MR. KOLB:  Let's take five minutes and let

15   Mr. Woodrow compose himself, please.  He's raising his

16   voice at me for no apparent reason.  I'm simply trying

17   to make a --

18             MR. WOODROW:  Mr. Kolb, you are speaking in

19   my deposition.  You are holding forth and speaking at

20   length as much as you desire and that not appropriate.

21   Please stop it.

Deon Gray
March 23, 2022

```
 1                    THE WITNESS:  I'm going to take a bathroom

 2    break, guys.  I'll be back in five minutes.

 3                    MR. WOODROW:  Let's take a five-minute

 4    break.

 5                    (Whereupon a short recess was taken.)

 6                    EXAMINATION BY MR. WOODROW:

 7        Q      I'm going to try to go off my phone,

 8    because it looks like I'm getting a little better

 9    reception now.  So let's see.  I'll leave this call on

10    hold just in case.  And we'll try it from -- we'll try

11    it like this.  Mr. Leichter, we're back on the record?

12    Okay.  All right.

13                    So Ms. Gray, where were you standing while

14    Mr. Henriquez was speaking to Mr. Clowdus on board the

15    plane?

16        A      In the middle of first class.

17        Q      So about at what aisle?

18        A      Not really in the middle.  More like

19    towards 3 and 4.  Just step back from them, to give them

20    space.

21        Q      Okay.  And did you witness Mr. Henriquez
```

Deon Gray
March 23, 2022

```
1    apologize to the Plaintiff?  For the situation?

2         A       I don't recall.

3         Q       Okay.  Did you he say get your stuff?  Or

4    did he ask to speak with him off the plane?  Do you

5    recall the specifics of what was said by Mr. Henriquez?

6         A       What I remember is, sir, would you please

7    collect your personal belongings and follow me.

8         Q       Okay.  And you do remember that still at

9    that time, Mr. Clowdus seemed angry.  Correct?

10        A       Yes.

11        Q       Okay.  And did Mr. Henriquez ever come back

12   onto the plane and speak with Mr. Marino after Mr.

13   Clowdus had been removed?

14        A       Yes.

15        Q       And tell me about that.

16        A       I was still like towards the row 3, 4,

17   which is near the end of first class.  I, again, giving

18   them space.  And Carlos was standing outside the cockpit

19   with his back towards the galley, looking at the door,

20   the open entry door.

21        Q       And what was exchanged?
```

Deon Gray
March 23, 2022

```
 1         A      I couldn't hear really what they were

 2    saying.

 3         Q      And how long did they speak for?

 4         A      It seemed like a few minutes.

 5         Q      Did Mr. Marino ever relay to you the

 6    substance of that conversation?

 7         A      No.

 8         Q      What was Mr. Marino's demeanor while that

 9    conversation was occurring?

10         A      He looked upset.

11         Q      What was Mr. Henriquez's demeanor?

12         A      I guess calm.

13         Q      Did you have any assumption about the

14    substance of the conversation that was occurring?

15         A      I would assume that he was -- that Carlos

16    was relaying the incident, the sequence of events.

17    Which would be normal practice.

18         Q      Okay.  So did you recognize any of the

19    passengers in business class who fly frequently or who

20    had flown with you before that day?

21         A      No.
```

Deon Gray
March 23, 2022

1        Q      And do you know if Mr. Marino recognized

2   any of the passengers who were flying with you guys that

3   day?

4             MR. KOLB:   Objection to form.

5        A      I don't know.  I don't know.  We never

6   discussed that.  We never talked about that.

7        Q      Okay.  Did you witness Mr. Marino chatting

8   with any of the passengers during the flight that day?

9        A      Just welcome aboard.  Good morning.  In

10   general.

11        Q      You didn't see any chatting that seemed

12   more than you would normally witness as an exchange

13   between a flight attendant and passenger?

14        A      No. No.

15        Q      How tall are you, Ms. Gray?

16        A      Five two and shrinking.

17        Q      I know the feeling.

18             MR. KOLB:  So do I.

19             MR. WOODROW:  So I was -- well, I'm still

20   going to put it up.  Even though you've already seen it.

21   I have a few -- I have a few exhibits and I'm going to

Deon Gray
March 23, 2022

1    drop them into chat, Mr. Leichter.  If that works for

2    you.  I've had people in the past say they liked that.

3    I can e-mail them to you otherwise if that would be

4    better.  That didn't work.  Hold on.  Okay.

5               Now, I believe you've seen most of these,

6    Ms. Gray.  But we're going to go back through them

7    again.  I'm going to start screen share.  Hopefully I

8    don't mess it up.  Okay.  Can you see this document, Ms.

9    Gray?

10              (Gray Exhibit A was marked for

11   identification.)

12        A      Yes.

13        Q      And is this the document by CSM Gonzalez

14   that you reviewed prior to this deposition?

15        A      Let me check.  Yes.

16        Q      Okay.  Now in it, if you look in the fourth

17   line, it says CSC Jose Henriquez was present and he felt

18   that removing the customer was not proper.  As to his

19   understanding, the FA unnecessarily escalated the

20   situation.  Do you know why he would have said that?

21              MR. KOLB:  Objection.  Form.

Deon Gray
March 23, 2022

1        A      I have no idea why he would have said that.

2        Q      Okay.  Now he says also down here, and this

3   is Gonzalez speaking.  I spoke to corporate security and

4   he, corporate security, stated that three different

5   flight attendants filed a SERS report where they

6   witnessed the purser get hit.  CSC Henriquez stated,

7   well, that is not possible because I was closest to the

8   purser, and when the incident occurred with the FA were

9   on back of the aircraft.  And why wouldn't he have

10  confirmed your account that you were standing less than

11  10 feet from him?

12              MR. KOLB:  Objection.  Form.

13       A      He was not on the aircraft.

14       Q      So now, he testified, and we can -- we have

15  some of his deposition transcript a little later, but he

16  testified that he was outside the aircraft with the gate

17  agents and he heard, you hit me, you hit me.  And it was

18  loud enough that he immediately came in to see what was

19  going on.  And So in the moments after, he was there at

20  the cockpit, looking down the aisle.  That's his

21  testimony.  And why wouldn't he have seen you at that

Deon Gray
March 23, 2022

1   point?

2              MR. KOLB:  Objection.  Form.

3        A     I don't know why he wouldn't have seen me.

4   I was right there.

5        Q     Okay.  All right.  Let's go to Exhibit B.

6              (Gray Exhibit B was marked for

7   identification.)

8              MR. KOLB:  Oh, was that A?  Sorry.

9              MR. WOODROW:  Yeah, that was A. Sorry.  I

10  got it labeled up top, but I didn't --

11             MR. KOLB:  I missed that.  Sorry.  Thanks.

12       Q     Yep.  All right.  This is Exhibit B. Now

13  you've seen these as well.  This is -- these are the

14  SERS reports.  We're going to go down to yours.  Okay.

15  All right.  Now this is your SERS report.  Is it not?

16  What's this document we're looking at?

17       A     Yes, my SERS report.

18       Q     Okay.  Now I'm just curious about this

19  designation where it says crew five.  Now is that

20  something different than you being crew three on this

21  flight?

Deon Gray
March 23, 2022

```
 1        A       I don't know why it has crew five on there.
 2   There's only four flight attendants working that flight.
 3   So I don't know why it's got five on there.
 4        Q       So --
 5        A       There's definitely not a five.
 6        Q       So you don't have any idea what that five
 7   means?  Is that right?
 8        A       Where is that?
 9        Q       Right --
10        A       No. None whatsoever.
11        Q       All right.  Well, let's just take a quick
12   little trip, detour, up to Mr. Marino's.  Now, he lists
13   you as crew E. And do you have any idea what that means?
14        A       No.
15        Q       Okay.
16        A       We don't use that terminology.
17        Q       Okay.  So that's a mystery.
18        A       It's certainly possible.
19        Q       All right.  Let's go down to the facts of
20   your report.  You characterize Mr. Clowdus as a violent
21   offender down here.  And that the company should
```

Deon Gray
March 23, 2022

```
 1   prosecute people like Mr. Clowdus.  Was it your desire,

 2   from what you witnessed, to see Mr. Clowdus be

 3   prosecuted?

 4        A     No, it wasn't.  It was my desire for the

 5   company to start supporting the flight attendants.

 6        Q     Did you consider Mr. Clowdus, at that

 7   point, to be a violent offender?

 8        A     From what I saw, yes.

 9        Q     And you thought that the company should

10   contact the police about the incident.  Is that what you

11   meant?

12        A     No. What I meant was exactly what I put in

13   the report and that the company should be supporting

14   their crew members.

15        Q     Okay.  Now when you use the word prosecute.

16   Did you use that in that way that most people understand

17   it, as to involve the authorities?

18        A     Yes.

19        Q     Okay.  So it was your intent that by

20   supporting you and the crew, the company would contact

21   law enforcement about this passenger?
```

Deon Gray
March 23, 2022

```
 1                    MR. KOLB:  Objection.  Form.

 2        Q     Is that correct?

 3                    MR. KOLB:  Same objections.

 4        Q     Was that your intent?  By writing the

 5   company could not keep refusing to prosecute these

 6   violent offenders?

 7                    MR. KOLB:  Objection.  Form.

 8        A     If that was what was necessary.

 9        Q     Okay.  And you say the FAA will be notified

10   by us.  Did you intend to contact the FAA as a result of

11   what occurred?

12        A     No.

13        Q     Why dd you write that?

14        A     Because I know my supervisor would pay

15   attention to the SERS report once the FAA was mentioned.

16   And any incidents, in my experience with the company, if

17   we -- anything is mentioned to the FAA, the company

18   representative, i.e., your supervisor, immediately

19   contacts you.

20        Q     And were you contacted after this incident

21   by somebody?
```

Deon Gray
March 23, 2022

```
 1        A      I don't remember.

 2               MR. KOLB:  Objection to form.

 3        A      I don't remember if my supervisor called me

 4   or not.  I don't recall.

 5        Q      Okay.  Is there an individual named

 6   Lori-Ann Gore who was your supervisor?

 7        A      No, she's not my supervisor.

 8        Q      Okay.  Do you know who she is?

 9        A      She is a supervisor, but not mine.

10        Q      Okay.  And Mr. Marino testified that that

11   was his supervisor.  So presumably you have different

12   supervisors.

13        A      Correct.

14        Q      And you don't -- when was the first time

15   that you were contacted about this incident subsequent

16   to you submitting your SERS report?

17        A      I honestly do not remember.

18        Q      Was it in conjunction with this litigation?

19        A      I don't remember if my supervisor had

20   called me before or if that was my first conversation

21   with anyone about it.
```

Deon Gray
March 23, 2022

1          Q       This is the first --

2          A       I honestly don't --

3          Q       When's the first conversation that you do

4     remember?

5          A       Last year, when Mr. Kolb's office called to

6     say that -- no.  The first time was when my supervisor

7     sent me an e-mail saying American Airlines would be

8     contacting me in relation to a case of an incident that

9     happened on a flight I was working.

10         Q       Okay.  Now after --

11         A       It must have been after.

12         Q       Okay.  Thank you.  Now, after that, after

13    the incident occurred, do you know if any passenger

14    statements were collected?

15         A       I have no idea.

16         Q       Okay.  How would that normally occur?

17         A       I don't know.  I don't deal with that

18    department.

19         Q       Who on the flight would have the

20    responsibility for collecting passenger statements, if

21    they felt they were necessary?

Deon Gray
March 23, 2022

```
 1        A      The flight attendants involved in the

 2   incident.

 3        Q      Okay.  So do you know if Mr. Marino

 4   collected any passenger statements at the time?

 5        A      I don't remember.  I don't recall.

 6        Q      Okay.  And what -- why was the passenger

 7   not given a PIDR when he was removed?

 8        A      What is a PIDR?

 9        Q      A PIDR is a -- it's a passenger incident --

10   now I've got to look it up.

11        A      Oh, the report?

12        Q      Yes.  A passenger --

13        A      Oh.  The in-flight disturbance report?

14        Q      Yes.  That's it.  Disturbance report.

15   Thank you.

16        A      Because everything happened so quick.  And

17   also we weren't in flight.  We are told incidents that

18   happen while we're still on the ground and the door is

19   open is dealt with by the captain and the agents.

20   Normally those reports are filled out and issued during

21   the flight.
```

Deon Gray
March 23, 2022

1        Q        Okay.  Now, let's go back to -- well, I

2   just want to -- I'd like to go -- let's just pack up.  I

3   had one question that just wasn't clear to me.  So we're

4   just going to rewind a bit.  Now, you said that when

5   this incident occurred, that you were closing the

6   overhead bins and preparing the cabin for flight.  Is

7   that correct?

8        A        Yes.

9        Q        Now, how could you see?  I'm confused.  How

10  could you see what Mr. Clowdus was doing down between

11  his legs when you were looking up to close the overhead

12  bins?

13       A        Because my actions, as I walked into the

14  aisle, into the cabin, was the first thing is to look

15  down at the bulkheads.  That's when I saw the bag.  And

16  he'd -- he took it and put it behind his legs.  And as I

17  was closing he second overhead bin, I wasn't looking at

18  the bin.  I was standing facing the bin, with my hands

19  on the bin, but looking down at him.

20            MR. KOLB:  Will, I think you froze.  Hang

21  on one second, buddy.  Let's give it a second.  Will, if

Deon Gray
March 23, 2022

```
1    you can hear me, maybe go to your cell phone real quick?

2    Ah.  Lost him.  Okay.  Let's -- yeah, let's go off and

3    wait for him to come back.

4                  (Whereupon a short recess was taken.)

5                  EXAMINATION BY MR. WOODROW:

6         Q      Okay.  I'm going to try to share my screen

7    again and hope that doesn't set anything else off.

8    Okay.  Ms. Gray, can you see the screen?

9         A      Yes.

10        Q      All right.  So let's go back to your SERS

11   report.  That's what we are looking at now.  When you

12   say that the passenger hid the bag behind his legs, what

13   did you observe to make you believe this was an

14   intentional act?

15        A      Because it is all behind his legs.  The bag

16   was -- he placed it at the bulkhead, against the wall.

17   And the second time Carlos had reminded him about

18   stowing the bag, he looked at Carlos, took it, moved his

19   legs, put it behind his legs, and put his legs back in

20   front of the bag, resting the bag against the seat.

21        Q      Now -- and are you saying that you observed
```

Deon Gray
March 23, 2022

1    this entire action that Mr. Clowdus undertook to hide

2    the bag?

3         A      Yes.

4         Q      And what were you doing standing there to

5    observe such a sequence of events?

6         A      In the cabin, basically, looking if there

7    were other bags on the floor, between the passenger

8    seats and blocking their exit.

9         Q      Okay.  And why were you looking where Mr.

10   Marino was looking and not helping some other

11   passengers?

12        A      Because that was the first place I looked

13   and Carlos was coming up behind me, so I moved a row or

14   two ahead.

15        Q      And So then, if you moved a row or two

16   ahead, how did you observe the passenger attempt to hide

17   the bag behind his legs?

18        A      Because I turned around when I heard Carlos

19   asking, because I know he'd asked him the first time.  I

20   turned around to look.

21        Q      And which time was this?  This was --

Deon Gray
March 23, 2022

```
1          A      The second time.

2          Q      And then what did you observe when you

3   turned around?

4          A      That he was picking up the bag from the

5   wall, the bulkhead, and the whole leg action.  I stepped

6   back to see what was going on.  I turned to look,

7   stepped back, and that's what I saw.

8          Q      So are you saying that when Mr. Marino gave

9   him the second instruction about the bag, that Mr.

10  Clowdus, at that time, in response to that instruction,

11  hid the bag behind his legs?

12         A      Yes.

13         Q      And is that something Mr. Marino would have

14  observed?

15                MR. KOLB:  Objection.  Form.

16         Q      Are you testifying that Mr. Clowdus hid the

17  bag behind his legs directly following Mr. Marino's

18  second instruction?

19         A      Yes.

20         Q      And you observed this to happen?

21         A      Yes.
```

Deon Gray
March 23, 2022

1      Q      Do you know if Mr. Marino observed this to

2  happen?

3             MR. KOLB:  Objection.  Form.

4      A      From what I could see, yes.

5      Q      And what was Mr. Marino's reaction?

6      A      He didn't say anything.  He just stepped

7  away.

8      Q      Was it your understanding that the

9  passenger's movement was to hide the bag behind his legs

10  while a flight attendant was looking at him and telling

11  him it needed to go overhead?

12     A      Objection.  Argumentative.

13     Q      I don't know what his intent was.  But his

14  action showed that.

15     A      Was Mr. Marino still engaged with Mr.

16  Clowdus at the time that you observed Mr. Clowdus moved

17  the bag behind his legs?

18     Q      Yes.

19     A      Would Mr. Clowdus have had any reason to

20  believe that Mr. Marino was not observing his movement

21  to hide the bag behind his legs?

Deon Gray
March 23, 2022

```
 1                    MR. KOLB:  Objection to form.

 2          A       From what I saw, no.

 3          Q       So what I hear you describing is kind of

 4     like what a child would do.  So that's why it doesn't

 5     really make sense to me.  A grown adult wouldn't respond

 6     to an instruction by trying to hide something behind

 7     their legs while the adult is watching them.  So I'm

 8     trying to understand what I'm hearing.

 9          A       How many flights have you worked?

10          Q       I haven't worked any flights.

11          A       Okay.  This was exactly what happened.  I

12     don't know what his intent was.  That's what I saw.  And

13     I can only say what I saw.

14          Q       Okay.  Now you say that the passenger

15     became irate and grabbed the bag from behind his legs

16     and intentionally aimed at the number one and hit him

17     hard in his stomach with it, and stood there glaring at

18     the number one.  Now, what -- did you observe him become

19     irate?

20          A       Yes, by his actions and the expression on

21     his face.
```

Deon Gray
March 23, 2022

1          Q        And how could you see the expression on his

2     face when it was covered by a mask?

3          A        I don't recall him wearing a mask.

4          Q        Are you testifying that he was not wearing

5     a mask at the time?

6          A        No, I don't recall that.

7          Q        You don't recall whether or not he was

8     wearing a mask or you think he was not wearing a mask?

9          A        I don't recall whether he was wearing a

10    mask.

11         Q        If he was wearing a mask, would you be able

12    to have seen the expression on his face?

13         A        By his eyes.  Yes.

14         Q        Okay.  And So it was his eyes that led you

15    to believe that he became irate?  Or was it something

16    else also?

17              MR. KOLB:  Objection to form.

18         A        Also his behavior.

19         Q        So in your report here, you say that he

20    stood there glaring.  Now, that implies angry silence.

21    So why didn't you record any over the verbal interaction

Deon Gray
March 23, 2022

1    that you remember here today?

2              MR. KOLB:  Objection.  Form.

3        A     I'm sorry.  Say again?

4        Q     Well, you've testified here today that he

5    said I didn't do it.  I didn't do it.  I didn't do it.

6    In your SERS report, which was generated much closer in

7    time to the incident, you don't record any of that.  You

8    just say that he stood there glaring.  Which just

9    implies angry silence.  So I'm asking you, why didn't

10   you record what he said when you made the SERS report at

11   the time?

12       A     I don't know why I did.

13       Q     Would the fact of him saying I didn't do it

14   tend to support Mr. Marino's allegation that this was

15   recalcitrant passenger?

16             MR. KOLB:  Objection.  Form.

17       A     His words were I didn't do anything.

18       Q     And I'm asking you, would have it have been

19   of value to record those words for the benefit of the

20   investigators in the SERS report that you generated at

21   the time?

Deon Gray
March 23, 2022

1            MR. KOLB:  Objection to form.

2       A     I don't know.  I just answered that all the

3   actions.  And I don't know why I didn't put the sentence

4   that he said.

5       Q     Well, today, in your testimony, one of the

6   reasons that you've given for why you knew it was

7   intentional was because he denied doing it.  And that's

8   why it makes me wonder why that wouldn't have been an

9   important part of your rationalization to share with an

10  investigator in a report such as this.

11           MR. KOLB:  Objection.  Form.

12      A     I do not have an answer as to why I didn't

13  put it in the report.  So I'm just plugging my computer

14  in.  I -- it didn't keep the charge from overnight.

15  Wow.  Okay.  Plugged in.

16      Q     All right.  Are you set?

17      A     Yes.  Excuse me.

18           MR. KOLB:  I think we lost you, Will.

19  Let's give it a second here.

20           MR. WOODROW:  Hello?

21           MR. KOLB:  Yeah.  I -- we can hear you, but

Deon Gray
March 23, 2022

1   your screen's frozen.

2              MR. WOODROW:  Aw.  All right.  I can

3   continue like this, I guess.  If -- well, can you see my

4   screen?  No. I guess you can't.

5              MR. KOLB:  Yeah, we just lost it.

6              MR. WOODROW:  Yeah.  Let's go off the

7   record for a minute.  Sorry about this.  I don't know

8   what is going.

9              MR. KOLB:  That's fine.  That's fine.

10              (Whereupon a discussion was held off the

11   record.)

12              EXAMINATION BY MR. WOODROW:

13       Q      Okay.  Ms. Gray, what is, in your

14   recollection, the -- does Mr. Clowdus look like?

15       A      I don't recall completely how he looks.  I

16   know he was taller than Carlos and I and had dark hair.

17   He had on a suit.

18       Q      What -- do you remember what color he was?

19       A      Dark, kind of like my complexion.

20   Something similar.  Maybe a bit lighter than me.

21       Q      So -- okay.  Do you consider that he was

Deon Gray
March 23, 2022

1    Caucasian then?  Or of some ethnicity?

2         A      Looks are very deceiving.  I know mine is

3    very deceiving.  So I try not to jump to conclusions.

4         Q      But you observed his skin to be somewhat

5    darker than mine?

6         A      Just a little bit.

7         Q      Mine is pretty terrible in this video, so

8    that's not saying much.

9         A      I more remember that he had on a suit and

10   he had dark hair.  I really don't remember, if you'd

11   shown me a picture of him, too well.  In a line up, to

12   pull him out of a line up.

13        Q      Do you remember if he had a beard or not?

14        A      I don't remember.

15        Q      Okay.  All right.  Let's go back to the --

16   Mr. Marino's SERS report here.  And we've already gone

17   through this mystery about crew E, so I won't go back to

18   that.  Now, when you read this, and refresh your memory,

19   I know you've read this before.  But refresh your memory

20   and tell me how many times Mr. Marino, in here, reports

21   having asked the passenger to stow his bag.

Deon Gray
March 23, 2022

```
1         A      He asked him at the beginning.  According

2    to this, it says twice.

3         Q      Okay.  And in that first interaction, does

4    it say that the passenger refused to stow his bag?

5         A      I don't see the word he refused to do it.

6         Q      Do you see the words, but accepted to do it

7    later?

8         A      Yes.

9         Q      Is that consistent with the passenger

10   saying okay?

11        A      I don't --

12               MR. KOLB:  Objection to form.

13        Q      Okay.  I'll do it later.

14        A      I don't --

15               MR. KOLB:  Objection to form.

16        A      I don't recall him saying that.

17        Q      Okay.  You don't recall whether the

18   passenger accepted to do it later or not.

19               MR. KOLB:  Objection to form.

20        A      I don't recall him verbalizing it.

21        Q      Okay.  Apparently Mr. Marino does, here,
```

Deon Gray
March 23, 2022

1   though.  However.  Right?

2              MR. KOLB:  Objection.  Sidebar.

3        A      He proposed --

4        Q      Now, how is that you remember a third

5   interaction that Mr. Marino does not claim to have

6   occurred?

7              MR. KOLB:  Objection.  Argumentative.

8        A      That's my recollection of what happened.

9        Q      So when a flight attendant files a report

10  against a passenger, especially a business class

11  passenger, a long-term loyal passenger, but would it be

12  important to include every single detail that justifies

13  the action that the flight attendant asked to be taken?

14             MR. KOLB:  Objection to form.

15       A      Everything that you recall.

16       Q      Would an additional refusal to obey be an

17  important detail to include?

18             MR. KOLB:  Objection to form.

19       A      There is -- there's no rule in our manual

20  or in our instructions as to how many times would

21  justify or deny disobeyment [sic] of doing that.

Deon Gray
March 23, 2022

1      Q      Well --

2      A      You have a safety situation.

3      Q      Well, I understand there's no rule.  But

4  I'm asking you, as a flight attendant who's filing a

5  report, don't you want to get every detail that, when

6  it's reviewed later, for propriety, will help to justify

7  the action that you took?

8             MR. KOLB:  Objection.  Form.

9      A      Everything that you recall.

10     Q      Is there any reason why Mr. Marino wouldn't

11  have recalled how many times he had asked Mr. Clowdus to

12  stow his bag?

13            MR. KOLB:  Objection.  Form.

14     A      I have no idea.

15     Q      Okay.  Now in the second instance that Mr.

16  Marino records, he records that the passenger grabbed

17  his bag and deliberately hit me in my stomach.  And

18  that, obviously, is the subject of crucial dispute in

19  this lawsuit.  My question to you about that incident,

20  that interaction, did the passenger refuse to give him

21  his bag?  Does Mr. Marino record that the passenger

Deon Gray
March 23, 2022

1   refused to give him his bag?

2         A      He does not record for --

3         Q      So in either of these instances, that Mr.

4   Marino records, does he say that the passenger refused

5   to comply with him?

6         A      He doesn't say anything.

7         Q      Okay.  And Mr. Marino doesn't say that the

8   passenger stood up and glared at him.  Does he?

9         A      No, he doesn't say that.

10        Q      And now standing and glaring at somebody,

11  that would be a pretty aggressive act.  Wouldn't it?

12               MR. KOLB:  Objection.  Form.

13        A      He certainly looked like it.

14        Q      Yeah.  And if someone stood and glared at

15  you, you'd probably feel additionally threatened by the

16  fact that they were standing up.  Wouldn't you?

17               MR. KOLB:  Objection.  Form.

18        A      I would.  Yes.

19        Q      And So wouldn't it be important to include

20  every aggressive act taken by a passenger in the SERS

21  report that you send to the company investigators?

Deon Gray
March 23, 2022

```
 1                 MR. KOLB:  Objection.  Form.

 2        A      I put in everything I remembered from my

 3   point of view.  I was standing at a different angle.  I

 4   cannot say what Carlos recalled or why he didn't put

 5   something in his report or why he did put something in

 6   his report.  I have no idea.  I can only speak for me.

 7        Q      But in your recollection, the passenger

 8   stood up and invaded Mr. Marino's space in an aggressive

 9   manner.  Is that correct?

10                 MR. KOLB:  Objection.  Form.

11        A      I -- my report doesn't say invaded his

12   space.

13        Q      Well, was he closer to Mr. Marino after

14   standing crouched in the aisle or seated in his seat?

15                 MR. KOLB:  Objection.  Form.

16        A      When he was more or less crouching.  Not

17   sitting.

18        Q      And So would Mr. Marino have reasonably

19   felt a greater threat to his own safety at that time?

20                 MR. KOLB:  Objection.  Form.

21        A      I don't know.  I don't know what he felt.
```

Deon Gray
March 23, 2022

1        Q     Okay.  Did -- was the passenger wearing

2   earbuds?  Did you notice?  At any point during your

3   observation of him?

4        A     I don't remember that.

5        Q     Do you remember whether, in the final

6   interaction, Mr. Marino addressed him more than once and

7   it was only when the passenger took his earbuds out that

8   he realized that he was being addressed?

9              MR. KOLB:  Objection.  Form.

10       A     I don't remember that.

11       Q     So do you recollect whether Mr. Marino

12   addressed the passenger more than once before the

13   passenger responded in this final interaction?

14             MR. KOLB:  Objection.  Form.

15       A     I do not.

16       Q     Is it your recollection, then, that Mr.

17   Marino was immediately responded to when he addressed

18   Mr. Clowdus in this final interaction?

19       A     Yes.

20       Q     Okay.  Now about the bag, you testified

21   that Mr. Clowdus held onto the bag and never let go of

Deon Gray
March 23, 2022

1  it.  Are you certain that that's how that occurred?

2       A      At the time when he hit him and immediately

3  after he hit him, he was still holding the bag.  That's

4  what I remember.

5       Q      Okay.  I'd like to go to -- this is an

6  excerpt of Mr. Marino's deposition transcript.  Exhibit

7  C. And let me go down to page 115.  And we had a quite

8  extensive colloquy with Mr. Marino regarding this bag.

9  I direct your attention to page 115, up here.

10              And I said, you grabbed the bag?

11              He said, his bag.

12              I said, and what did you do with it?

13              Answer: Hold it until I was trying to catch

14  my breath.

15              Question: Did you catch yourself with the

16  bag?

17              Answer: He hits me and I grab the bag and

18  that was it.  I was trying to catch my breath, sir, I

19  just stepped back one step and it was a big hit.  You

20  were right.

21              Question: Did you -- oh.  Did you pull the

Deon Gray
March 23, 2022

```
 1    bag out of his hands or --

 2              Answer: No.

 3              Question: Did you eject the bag?  What

 4    happened?

 5              Answer: No.  When he tossed it, he tossed

 6    the bag onto my stomach and I hold it because he left

 7    it, let it go, just like hit me and let it go and I hold

 8    the bag like that, indicating.  That was it.

 9              Question: Well, if he let it go, then how

10    did you stabilize your balance with the bag?

11              Answer: Sir, I don't know how.  I was

12    standing there and I was trying to catch my breath, but

13    I hold the bag.

14              Question: Did you fall back into the other

15    seat or anything?

16              Answer: Oh, no, no, no, sir.  No, no, no.

17    No, no, no.  I just stepped back with one of my legs,

18    that was it.  But it was a big hit.  It was a big hit.

19              Question: Then what did you do with the bag

20    after that?

21              Answer: After I catch my breath, that's
```

Deon Gray
March 23, 2022

1    when I started asking him and telling him, sir, you just

2    hit me.

3                    Question: Were you holding the bag the

4    entire time?

5                    Answer: I had the bag.  I never let the bag

6    go.  I always had the evidence in my hands.

7                    Question: And -- and -- and what did you

8    ultimately do with the bag?

9                    Answer: By the third time I told him and he

10   laughed and he said, no, I didn't without apologizing, I

11   just put it on the seat and I said good enough.  He

12   never has the intention to apologize or say something

13   about it.

14                   So I ask you, Ms. Gray.

15                   (Gray Exhibit C was marked for

16   identification.)

17        A       Mm-hmm.

18        Q       Why is there such a discrepancy between Mr.

19   Marino's testimony about the bag and your own?

20                   MR. KOLB:  Objection.  Argumentative.

21        A       When the incident happened, I was looking

Deon Gray
March 23, 2022

1   at his face.  I looked down at the bag when I heard the

2   hit, the whack.  I looked back up at his face.  At the

3   time I looked down at him, he was holding the bag.  And

4   I just kept looking at his face the whole time Carlos

5   was saying, you hit me.  I didn't look back down at the

6   bag.  So I only could speak of what I saw.

7        Q     So is your testimony here today that you

8   had perfect recollection of that incident, not as

9   perfectly remembered as you indicated to us in your

10  testimony?  Your prior testimony?

11           MR. KOLB:  Objection.  Argumentative.  Go

12  ahead.

13       A     No, that's not my recollection.

14       Q     Okay.  Let's go to Mr. Henriquez.  Today --

15  now, you testified earlier, Ms. Gray, that Mr. Clowdus

16  seemed very angry every time you observed him and as he

17  was being escorted off the plane.  Isn't that correct?

18       A     Yes.

19       Q     I want to direct you to Mr. Henriquez's

20  deposition testimony.  Question, okay.  Did you ever

21  observe Mr. Clowdus to laugh mockingly at Mr. Marino?

Deon Gray
March 23, 2022

 1  Answer, no.  Okay.  So would any of this behavior and

 2  these prior questions comport with your assessment of

 3  Mr. Clowdus's demeanor at the time.  Objection to form.

 4  All right.  Could you repeat?

 5           In your opinion -- this is what I've got up

 6  here.  I need to go back and say what it was that I was

 7  talking about.  Okay.  So as you were removing Mr.

 8  Clowdus from the flight, did you hear him engage in any

 9  communication that was disrespectful or otherwise with

10  Mr. Marino?  Let's go over to here, line 23, did you

11  ever see him stand up and glare intimidatingly at

12  anybody?  No. Okay.

13           Let's go down to 20.  Okay.  In your

14  opinion, would any of this behavior that I've just asked

15  you Mr. Clowdus engaged and would that comport with your

16  assessment of Mr. Clowdus's demeanor at the time?  I

17  answered, yes.  Object to form.  And let me ask it a

18  different way.  This -- the behavior that I've just

19  characterized in these questions, standing up, acting

20  aggressively, glaring intimidatingly, laughing

21  mockingly, did that seem like behavior that, when you

Deon Gray
March 23, 2022

1    spoke with Mr. Clowdus, did that seem like behavior that

2    he would have engaged in at that time?  Answer, no, no,

3    no.  Absolutely.  Okay.  Thank you.

4              So what -- why did you decide to rebook Mr.

5    Clowdus on a later flight after he was kicked off this

6    flight?  Answer, at this -- at the point we're having a

7    conversation, he was very calm.  He was basically -- he

8    was upset and it was obvious he was upset that he got

9    removed, but it sounded more like he didn't understand

10   what was going on.  He was very calm.  He was never

11   aggressive to me.  And I used my judgment and at that

12   point, I believed that maybe it was a misunderstanding

13   at that point.  So I decided, since no police report had

14   to be filed, nothing that can probably be like a threat

15   on a future plane, I decided to rebook the passenger.

16             So my question to you is why is his

17   testimony so different from yours about Mr. Clowdus's

18   demeanor?

19             MR. KOLB:  Objection.  Argumentative.

20        A    One, we observed Mr. Clowdus at different

21   stages of this incident.  Before the incident, during,

Deon Gray
March 23, 2022

1  and after.  We had completely different experiences of

2  the incident and of him as a passenger.

3       Q     So you testified earlier that when Mr.

4  Henriquez came on the plane, Mr. Clowdus still seemed

5  very angry and that as he was being led off the plane,

6  he still seemed very angry.  And repeatedly saying I

7  didn't do it.  I didn't do anything.  And Mr. Henriquez

8  doesn't recount that.  Does he?

9            MR. KOLB:  Objection.  Misrepresents the

10  witness's testimony.  You can answer.

11       A     No, he doesn't say that.

12       Q     And Mr. Henriquez's assessment of Mr.

13  Clowdus was such that he decided to rebook Mr. Clowdus.

14  Wasn't it?

15            MR. KOLB:  Objection.  Form.

16       A     It would appear that way.

17       Q     And Mr. Henriquez, as we saw earlier, he

18  went to bat for Mr. Clowdus and he said that he thought

19  it was the flight attendant who unnecessarily escalated

20  the situation.  Didn't he?

21            MR. KOLB:  Objection.  Form.

Deon Gray
March 23, 2022

1       A       He made that statement in his report.  Yes.

2       Q       Is it usual for an airline employee to side

3   with a passenger over a flight attendant in incidents

4   like this?

5               MR. KOLB:  Objection.  Form.

6       A       There's never any usual or normal reaction

7   or expect any usual or normal comments, actions, or

8   behavior in an incident like this.

9       Q       Apparently he didn't see what you saw

10  though.  Did he?

11              MR. KOLB:  Objection.

12      Q       He didn't see an angry passenger.

13              MR. KOLB:  Objection.

14      Q       Who was aggressive?

15              MR. KOLB:  Objection.  Argumentative.

16      Q       Now, you said that you observed all of this

17  -- the bulk of Mr. Clowdus's anger.  This was centered

18  around the final interaction with Mr. Marino?

19      A       The main fight.

20      Q       Okay.  And So if Mr. Henriquez had observed

21  the direct aftermath where Mr. Marino was saying you hit

Deon Gray
March 23, 2022

1    me.  You hit me.  If he observed -- had direct

2    observation of the interaction, in the moments after

3    that occurred, he would have observed the majority of

4    what you observed and characterized as the passenger

5    being very angry.  Wouldn't he?

6              MR. KOLB:  Objection.  Form.

7         A    I can't say what he would have done.  And I

8    don't know how he would characterize an individual.  And

9    he and I are two different people.  And we would do that

10   in different ways.

11        Q    So --

12        A    I can only report it from my point of view.

13        Q    So what was it specifically about Mr.

14   Clowdus in those moments after Mr. Marino said you hit

15   me that led you to conclude that he was very angry?

16              MR. KOLB:  Objection.  Asked and answered.

17   Three times.

18        Q    What special insight do you think you might

19   have had that Mr. Henriquez did not?

20              MR. KOLB:  Objection.  Form.

21        A    I would list the incident.

Deon Gray
March 23, 2022

```
 1        Q      So when you witnessed Mr. Henriquez

 2   interact with Mr. Clowdus, in the moments when Mr.

 3   Clowdus was being led off the plane and you

 4   characterized that as Mr. Clowdus was still very angry,

 5   what led you to believe that Mr. Clowdus was still very

 6   angry at that time?

 7                MR. KOLB:  Objection.  Misrepresents the

 8   witness's testimony.

 9        A      When he said I didn't do anything, his

10   voice was raised.

11        Q      And who was he saying that to?

12        A      Mr. Henriquez.

13        Q      I -- can you identify the gate agents who

14   were working the gate that day?  Do you remember?

15        A      No. I don't remember.

16        Q      Did you interact with them at all?  Did

17   they come aboard the plane to see what had occurred?

18        A      I don't remember the agent coming back on

19   after the CS -- the -- Mr. Henriquez came down.  They

20   may have done.  I don't recall it.

21        Q      So we heard some testimony about this --
```

Deon Gray
March 23, 2022

1    that Mr. Henriquez was actually at this flight that

2    morning because it was what he called a right start.

3    Are you familiar with a right start?

4           A      I don't know what that means.

5           Q      So he identified that as being the first

6    flight of the day and that all the other flights cascade

7    off of that first flight.  So if that one's late,

8    everyone else is going to be trying to catch up.  So

9    it's -- So he said it's policy for GSCs to be at those

10   flights and make sure they get off on time.  Are -- is

11   that something you're familiar with?

12          A      I don't know their policy.

13          Q      Do you know as a flight attendant feel

14   extra pressure on this first flight of the day to get it

15   out on time and --

16          A      No.

17          Q      Do you get any sort of pay bonuses for

18   on-time departures?

19          A      Never.

20          Q      No?

21          A      Never.

Deon Gray
March 23, 2022

1       Q       Is any part of your compensation linked to

2   the timeliness of the flights that you flight out?  That

3   you work on?

4       A       None.  None whatsoever.

5       Q       Okay.  Let's take a quick five-minute

6   break.  I think I'm just about done here.  And I'll come

7   back and we can wrap this up.

8               MR. KOLB:  All right.  Sounds good.

9               THE WITNESS:  Okay.

10              (Whereupon a short recess was taken.)

11              EXAMINATION BY MR. WOODROW:

12      Q       Okay.  I -- Ms. Gray, I just have a few

13   more questions for you.  Now, were you made aware, at

14   the time, that the passenger was attempting to apologize

15   for what he's told Mr. Henriquez was an accident and a

16   misunderstanding?  Were you made aware of that at the

17   time of the flight?

18      A       No.

19      Q       Did Mr. Marino ever tell you that Mr.

20   Henriquez had come on and attempted to mediate the

21   situation by saying that the passenger had said it was

Deon Gray
March 23, 2022

1    an accident?

2        A      I don't remember that.  I wasn't told that.

3    No.

4        Q      Okay.  Do you remember any conversation

5    that you had with Mr. Marino about this incident after

6    it happened?

7               MR. KOLB:  Objection.  Form.

8        A      Answer it?

9               MR. KOLB:  Yes, ma'am.

10       Q      Yes, please.

11              MR. KOLB:  Yes, ma'am.  I'm sorry.

12       A      The only thing that we talked about was him

13   telling me to remember write my SERS report.

14       Q      Mr. Marino told you to remember to write

15   your SERS report?

16       A      Yes.  We normally remind each other once an

17   incident has occurred.

18       Q      And around what time did he remind you to

19   do this?

20       A      After we took off.

21       Q      After the flight departed.  And did he

Deon Gray
March 23, 2022

1  share his experience with you in the process of asking

2  you to do that?

3       A       No.

4       Q       Okay.  Back to the masks.  So you don't

5  remember anything about the mask that the Plaintiff was

6  wearing that day?

7               MR. KOLB:  Objection.  Asked and answered.

8       Q       Okay.  And do you remember whether the

9  Plaintiff had short hair?  Long hair?  Mr. Clowdus.

10      A       I don't remember.  I just remember it was

11  dark hair.  I don't remember the hairstyle.

12      Q       And you're pretty sure he was wearing a

13  suit, though?

14      A       I remember him wearing a suit.

15      Q       Okay.  All right.  I think that's all I

16  have for you.

17              MR. KOLB:  The Defendant will reserve its

18  questions until time of trial.  The witness will read

19  and sign.

20              MR. WOODROW:  All right.

21              THE REPORTER:  All right.  And, Mr. Kolb,

Deon Gray
March 23, 2022

1    are you going to want a copy?

2              MR. KOLB:  Yes, please.

3              THE REPORTER:  All right.

4              MR. KOLB:  I'll wait on the video.  But I

5    do need the -- a copy of the transcript, please.

6              THE REPORTER:  All right.  Got it.  All

7    right.  It's all e-tran?

8              MR. KOLB:  Yes.

9

10

11

12

13

14

15

16

17

18

19

20

21

Deon Gray
March 23, 2022

```
1        INSTRUCTIONS TO THE WITNESS

2

3              Please read your deposition

4    over carefully and make any necessary

5    corrections. You should state the reason in

6    the appropriate space on the errata sheet for

7    any corrections that are made.

8              After doing so, please sign the errata

9    sheet and date it.

10             You are signing same subject to the

11   changes you have noted on the errata sheet,

12   which will be attached to the deposition.

13             It is imperative that you return the

14   original errata sheet to the deposing attorney

15   within thirty (30) days of receipt of the

16   deposition transcript by you.  If you fail to do

17   so, the deposition transcript may be deemed to

18   be accurate and may be used in court.

19

20

21
```

Deon Gray
March 23, 2022

```
1      I have read the foregoing transcript of

2   my deposition given on March 23, 2022, and

3   it is true, correct and complete, to the best

4   of my knowledge, recollection and belief,

5   except for the corrections noted hereon

6   and/or list of corrections, if any, attached

7   on a separate sheet herewith.

8

9

10

11

12              _____

13                      DEON GRAY

14

15

16

17              Subscribed and sworn to

18              before me this _____ day

19              of _____, 2022.

20

21         _____

                     Notary Public
```

Deon Gray
March 23, 2022

```
 1            E R R A T A   S H E E T

 2     I, DEON GRAY, do hereby certify that I

 3   have read the foregoing transcript of my testimony, and

 4   further certify that it is a true and accurate record

 5   of my testimony (with the exception of the corrections

 6   listed below).

 7   PAGE   LINE              CORRECTION

 8   _____  _____    _____

 9   _____  _____    _____

10   _____  _____    _____

11   _____  _____    _____

12   _____  _____    _____

13   _____  _____    _____

14   _____  _____    _____

15   _____  _____    _____

16   _____  _____    _____

17   _____  _____    _____

18   _____  _____    _____

19   _____  _____    _____

20   _____  _____    _____

21   _____     _____

         Date                   DEON GRAY
```

Deon Gray
March 23, 2022

```
 1

 2   State of Maryland

 3   City of Baltimore, to wit:

 4       I, Eric Leichter, a Notary Public of the State of

 5   Maryland, Baltimore City, do hereby certify that the

 6   within-named witness personally appeared before me at

 7   the time and place herein set out, and after having been

 8   duly sworn by me, according to law, was examined by

 9   counsel.

10       I further certify that the examination was recorded

11   stenographically by me and this transcript is a true

12   record of the proceedings.

13       I further certify that I am not of counsel to any

14   of the parties, nor in any way interested in the outcome

15   of this action.

16       As witness my hand this 24th day of March, 2022.

17                            Eric M. Leichter

18                            Eric Leichter

19                            Notary Public

20   My Commission Expires:

21   January  13, 2024
```

Deon Gray
March 23, 2022

**1**

**1**
  44:14
**10**
  11:4 64:11
**10:00**
  4:3
**115**
  89:7,9
**1400**
  5:4
**1818**
  5:4
**19103**
  5:4

**2**

**2**
  11:20 12:8
**20**
  14:6 93:13
**2022**
  4:3
**21**
  10:13 14:9
**22**
  10:13 14:6,
  8,9
**23**
  4:3 14:15
  93:10

**3**

**3**
  11:20 12:8
  59:19 60:16

**4**

**4**
  59:19 60:16

**4F**
  18:8,10

**6**

**6:00**
  55:11
**6:30**
  54:14 55:4

**A**

**a.m.**
  4:3
**A/c**
  39:10
**AA**
  13:18
**able**
  40:11 78:11
**aboard**
  62:9 98:17
**above**
  20:16 30:3
  38:10 39:6,
  20
**Absolutely**
  94:3
**accepted**
  83:6,18
**accident**
  100:15 101:1
**accidentally**
  50:18 51:6
  53:18
**account**
  9:15 11:9,13
  21:14 64:10
**accurate**
  34:13
**acknowledge**
  5:16,19 23:4
**acknowledgment**
  23:8,10

**across**
  19:19
**act**
  73:14 86:11,
  20
**acting**
  93:19
**action**
  5:5 52:13
  74:1 75:5
  76:14 84:13
  85:7
**actions**
  72:13 77:20
  80:3 96:7
**actual**
  50:9
**add**
  12:13
**additional**
  84:16
**additionally**
  86:15
**addressed**
  88:6,8,12,17
**administer**
  5:20
**administered**
  5:19
**adult**
  77:5,7
**afraid**
  14:1
**aftermath**
  96:21
**afterwards**
  46:11 51:16
**agent**
  98:18
**agents**
  64:17 71:19
  98:13
**aggressive**
  86:11,20
  87:8 94:11
  96:14

**aggressively**
  93:20
**agitated**
  46:4
**ago**
  10:2 22:17
**agree**
  4:5 5:21
  23:7
**ahead**
  12:7 21:19
  26:19 29:20
  51:7 74:14,
  16 92:12
**aimed**
  35:1 37:3
  77:16
**aiming**
  35:3 48:17
**air**
  38:4,18,20
**aircraft**
  16:4 39:14
  41:21 42:2,
  15 43:20
  64:9,13,16
**airline**
  96:2
**Airlines**
  5:1,14 9:9
  14:5 70:7
**airplane**
  53:12
**aisle**
  25:14,19
  37:10,15
  38:8 42:13
  45:13 59:17
  64:20 72:14
  87:14
**allegation**
  79:14
**American**
  4:21 5:14
  9:9 14:4
  70:7

Deon Gray
March 23, 2022

amount
15:3 18:13
and/or
4:7
anger
96:17
angle
87:3
angrily
42:17
angry
34:19 42:10
43:8 46:17
47:3 60:9
78:20 79:9
92:16 95:5,6
96:12 97:5,
15 98:4,6
announcement
12:3 19:11,
14 31:1
announcements
30:17
answer
6:20 7:1,6,7
9:18 11:3
13:21 15:8
16:16 20:4
21:20 27:7
28:4 32:1
50:20,21
51:8 57:11,
16 58:6
80:12 89:13,
17 90:2,5,
11,16,21
91:5,9 93:1
94:2,6 95:10
101:8
answered
48:6,8 53:8
54:2 57:9,
15,17 58:3
80:2 93:17
97:16 102:7
answers
57:21

anybody
93:12
anyone
4:16 34:2
69:21
apologize
43:11 44:21
45:6 53:1,5
55:17 60:1
91:12 100:14
apologized
53:13
apologizes
52:7
apologizing
55:7 91:10
apology
51:14,19
52:2,13
53:15
apparent
58:16
Apparently
83:21 96:9
appearances
5:9
appeared
32:10
appreciated
16:13
appropriate
58:20
Approximately
14:9
area
26:1 35:3
44:15 46:11
48:16
Argumentative
53:7 76:12
84:7 91:20
92:11 94:19
96:15
arm
31:15 34:13
44:6

arms
12:10
around
17:17 74:18,
20 75:3
96:18 101:18
asked
14:19 22:1,
21 23:14
24:1 25:3
26:2 34:16
42:1 48:6
53:8 54:1
57:9,14 58:3
74:19 82:21
83:1 84:13
85:11 93:14
97:16 102:7
asking
28:20 39:17
47:4,7 56:13
74:19 79:9,
18 85:4 91:1
102:1
asleep
54:14
assaulted
50:17 51:5
55:5
assessment
93:2,16
95:12
assist
17:12 19:7
22:2
assume
27:9 28:6
51:10 61:15
assumption
28:1 61:13
attaché
31:18 32:2
33:14
attacking
52:21 53:4,5
attacks
52:20

attempt
43:10 44:21
45:6 55:17
74:16
attempted
100:20
attempting
39:19 100:14
attendant
19:3 62:13
76:10 84:9,
13 85:4
95:19 96:3
99:13
attendants
12:16 17:20
30:18 64:5
66:2 67:5
71:1
attention
68:15 89:9
attorney-
client
4:8
attorneys
5:15
Audio
4:3
authorities
67:17
Aw
81:2
aware
100:13,16
awhile
14:2

B

back
12:11,16
16:2 28:10
46:3,5
49:17,18
50:6,14
55:16 59:2,
11,19 60:11,

Deon Gray
March 23, 2022

19 63:6 64:9
72:1 73:3,
10,19 75:6,7
82:15,17
89:19 90:14,
17 92:2,5
93:6 98:18
100:7 102:4

**bad**
10:2 26:16
31:21

**bag**
11:12 12:6
20:16 21:5,
18 22:21
23:15 24:1,
18 25:3,4,7,
17 26:1,12,
13,17,18,20
27:3,4,11,
13,14,19
28:8 30:1,9
31:7,17
33:11 34:12,
21 35:2
36:2,20
37:1,6 40:8,
15,20 41:7
42:20 43:1
46:9,14 47:8
48:12,13,14,
16,18 49:2,
4,7 50:5,18
51:6 53:17
72:15 73:12,
15,18,20
74:2,17
75:4,9,11,17
76:9,17,21
77:15 82:21
83:4 85:12,
17,21 86:1
88:20,21
89:3,8,10,
11,16,17
90:1,3,6,8,
10,13,19
91:3,5,8,19

92:1,3,6

**bags**
30:17 31:2
33:14 74:7

**balance**
90:10

**based**
22:7,15

**basically**
74:6 94:7

**bat**
95:18

**bathroom**
59:1

**beard**
82:13

**beginning**
83:1

**behalf**
5:3,8

**behavior**
78:18 93:1,
14,18,21
94:1 96:8

**behind**
25:18 26:1
30:2,6,7,8
37:2 43:21
44:1,2 55:9
72:16 73:12,
15,19 74:13,
17 75:11,17
76:9,17,21
77:6,15

**believe**
11:11 50:16
51:4 57:17
63:5 73:13
76:20 78:15
98:5

**believed**
52:2 94:12

**belongings**
42:1 43:19
56:11,14,15
60:7

**belt**
40:10,12,14

**benefit**
79:19

**better**
59:8 63:4

**big**
89:19 90:18

**bin**
12:7 21:10
30:3 34:18
35:16 39:13
72:17,18,19

**bins**
12:4 19:10
26:8 30:1,3
39:7 72:6,12

**bit**
12:11 52:17
72:4 81:20
82:6

**blocked**
38:10,17
39:20

**blocking**
74:8

**board**
28:7 43:4
59:14

**boarding**
22:5 26:13
27:14,16
29:12

**bonuses**
99:17

**book**
26:11

**bottom**
39:6

**boxing**
53:13,16

**brace**
37:6

**break**
59:2,4 100:6

**breath**
35:12 58:8

89:14,18
90:12,21

**briefcase**
33:16

**broke**
52:16

**brushing**
38:3

**buckled**
23:18,19
40:11

**buddy**
72:21

**bulk**
96:17

**bulkhead**
24:19 27:11
73:16 75:5

**bulkheads**
72:15

**business**
61:19 84:10

**button**
4:18

---

C

**cabin**
11:19 12:3
19:5,7 21:8
22:6 25:8
29:20,21
44:13 72:6,
14 74:6

**call**
37:14 59:9

**called**
6:8 69:3,20
70:5 99:2

**calm**
58:7 61:12
94:7,10

**Cantana's**
13:12

**captain**
14:19 15:13,
21 16:9,19

Deon Gray
March 23, 2022

17:5 19:11
29:18 30:16,
19 31:1
71:19
**care**
55:18
**Carlos**
8:11 12:2
16:7 17:17
18:3 19:4
20:7 26:2
29:19 30:5,7
31:16 34:16
35:1,21 37:2
38:7 40:6
42:19,21
46:11 47:21
52:18 60:18
61:15 73:17,
18 74:13,18
81:16 87:4
92:4
**carries**
7:16
**cascade**
99:6
**case**
12:13 13:14,
18 32:4
48:18 59:10
70:8
**cases**
31:19 32:2
33:14
**catch**
54:16,17
89:13,15,18
90:12,21
99:8
**Caucasian**
82:1
**cell**
73:1
**centered**
96:17
**certain**
11:21 13:1

14:17 16:5
53:16,21
89:1
**certainly**
66:18 86:13
**chance**
13:1
**characterizat
ion**
13:6,13
**characterize**
66:20 97:8
**characterized**
93:19 97:4
98:4
**charge**
80:14
**charged**
7:14
**charges**
7:19
**chat**
63:1
**chatting**
62:7,11
**check**
30:9 63:15
**chest**
35:2,4 42:20
48:16
**child**
29:4 77:4
**claim**
16:2 84:5
**claims**
12:19
**clarify**
40:4
**class**
19:4,6 22:2
59:16 60:17
61:19 84:10
**clear**
72:3
**click**
4:17

**client**
7:19
**close**
12:7 15:19
26:8 43:16
72:11
**closed**
21:10 30:4
**closely**
44:11
**closer**
79:6 87:13
**closest**
64:7
**closet**
21:7 25:9,21
**closing**
12:4 19:10
27:12 29:21
30:3,4 31:2
72:5,17
**clothes**
33:6,7
**Clowdus**
4:21 8:12
9:9 12:6
13:17 17:9
19:8,19
20:7,16
21:18 24:12
25:10,16
26:4 27:17
31:6 34:11
35:6 36:3,19
40:19 41:15,
20 43:5,10,
13,16,21
44:17,20
45:5,9,15,19
46:8 48:11
49:16 50:1
52:11 54:4,
17 55:16
56:16 59:14
60:9,13
66:20 67:1,
2,6 72:10
74:1 75:10,

16 76:16,19
81:14 85:11
88:18,21
92:15,21
93:8,15
94:1,5,20
95:4,13,18
97:14 98:2,
3,4,5 102:9
**Clowdus's**
24:10 42:6
44:12 46:1,
9,15 48:2
49:1,5,9
50:2 55:9
93:3,16
94:17 96:17
**coached**
13:10
**cockpit**
17:18 30:12
45:11 46:12
55:21 60:18
64:20
**collect**
42:1 43:19
56:10,14,15
60:7
**collected**
70:14 71:4
**collecting**
70:20
**colloquy**
89:8
**color**
81:18
**come**
16:13 55:15
60:11 73:3
98:17 100:6,
20
**comes**
26:9
**comments**
96:7
**communication**
93:9

Deon Gray
March 23, 2022

company
 14:16 16:4
 66:21 67:5,
 9,13,20
 68:5,16,17
 86:21
compensation
 100:1
complaint
 9:8 20:12
complete
 39:2
completed
 27:15,16
completely
 6:20 81:15
 95:1
complexion
 81:19
comply
 29:14 54:15
 86:5
comport
 93:2,15
compose
 58:11,15
computer
 33:14 80:13
conclude
 97:15
conclusions
 82:3
concrete
 22:9
conditioning
 38:4,18,20
conferring
 16:1
confirmed
 64:10
conflicted
 9:15
confused
 47:9,12
 54:19 72:9
conjunction
 69:18

connection
 31:21 34:3
consider
 67:6 81:21
consistent
 83:9
console
 38:10,12
contact
 35:21 45:19
 46:8 53:17
 67:10,20
 68:10
contacted
 68:20 69:15
contacting
 70:8
contacts
 68:19
continue
 4:4 56:20
 81:3
continued
 19:10 57:6
 58:2
continuously
 28:8
conventional
 26:10
conversation
 56:1 61:6,9,
 14 69:20
 70:3 94:7
 101:4
conversations
 4:7 46:10
coordinator
 41:12
copy
 8:9,11
 103:1,5
corner
 4:18 44:16
corners
 33:18
corporate
 64:3,4

correct
 10:6 24:1,4,
 5 27:5 29:15
 39:4 40:1
 44:9,10
 49:16 51:20,
 21 57:5,19
 58:2 60:9
 68:2 69:13
 72:7 87:9
 92:17
Counsel
 5:8
count
 18:13
couple
 6:19 36:1
 37:19 43:3
course
 29:12
court
 5:7,9
covered
 78:2
COVID
 10:2
creating
 4:10
crew
 65:19,20
 66:1,13
 67:14,20
 82:17
criminal
 7:19
crouched
 37:11 87:14
crouching
 87:16
crucial
 85:18
CS
 98:19
CSC
 63:17 64:6
CSM
 9:3 63:13

CSN
 9:1
curious
 65:18
customer
 63:18

D

dark
 81:16,19
 82:10 102:11
darker
 82:5
date
 18:12
day
 16:7 18:21
 61:20 62:3,8
 98:14 99:6,
 14 102:6
days
 33:5,8
dd
 68:13
deal
 13:16 30:18,
 19 70:17
dealt
 71:19
deceiving
 82:2,3
decide
 94:4
decided
 94:13,15
 95:13
Defendant
 5:13 102:17
definitely
 66:5
defuse
 52:7
deliberately
 85:17
demeanor

Deon Gray
March 23, 2022

42:6 43:7
46:1,9,15
61:8,11
93:3,16
94:18
**denied**
80:7
**deny**
84:21
**Deon**
4:21 6:7
**departed**
17:19 101:21
**department**
70:18
**departure**
12:4 22:6
25:2 29:19,
20
**departures**
99:18
**depending**
11:3
**depo**
4:19
**deposition**
4:14 5:16,
17,18 6:17
7:12 8:1
10:21 11:4
12:19 13:7,
12 58:13,19
63:14 64:15
89:6 92:20
**depositions**
9:12
**describe**
31:14 34:15
**describing**
77:3
**designation**
65:19
**desire**
58:20 67:1,4
**detail**
84:12,17
85:5

**detailed**
21:13 22:14,
16
**details**
8:10
**detour**
66:12
**different**
64:4 65:20
69:11 87:3
93:18 94:17,
20 95:1
97:9,10
**differently**
48:21
**dimension**
33:11
**dimensions**
32:17 33:10
**direct**
89:9 92:19
96:21 97:1
**direction**
30:11
**directly**
19:19 75:17
**discrepancy**
91:18
**discussed**
62:6
**discussion**
34:7 81:10
**disobeying**
28:15 29:1,
3,5
**disobeyment**
84:21
**dispute**
85:18
**disrespectful**
93:9
**disturbance**
71:13,14
**document**
63:8,13
65:16

**documents**
8:7
**doing**
17:2,6 21:3
22:4,8,10,
11,20 23:3
27:4 28:18
31:9 72:10
74:4 80:7
84:21
**door**
27:12 44:16
60:19,20
71:18
**doors**
31:1
**double-check**
8:21
**drew**
35:12
**drop**
63:1
**duly**
6:8

**E**

**e-mail**
63:3 70:7
**e-tran**
103:7
**earbuds**
88:2,7
**earlier**
14:7 22:17
56:18 92:15
95:3,17
**Eastern**
4:3
**edge**
48:18
**either**
10:5 86:3
**eject**
90:3
**employee**
96:2

**end**
42:20 60:17
**enforcement**
67:21
**engage**
93:8
**engaged**
76:15 93:15
94:2
**entire**
74:1 91:4
**entry**
60:20
**environment**
10:16 53:11
**erect**
38:13
**Eric**
5:7
**escalated**
63:19 95:19
**escort**
56:8
**escorted**
56:21 92:17
**ethnicity**
82:1
**event**
16:11 20:2,9
**events**
61:16 74:5
**eventually**
27:19 29:13
39:13
**everyone**
44:15 99:8
**evidence**
12:13 13:14,
15 91:6
**exact**
15:3 22:14
**exactly**
20:10 23:3
48:18 67:12
77:11
**EXAMINATION**
6:11 59:6

Deon Gray
March 23, 2022

73:5 81:12
100:11
**examined**
6:10
**exasperation**
34:20
**exceptional**
16:10
**excerpt**
89:6
**exchange**
62:12
**exchanged**
10:8 60:21
**Excuse**
80:17
**Exhibit**
63:10 65:5,
6,12 89:6
91:15
**exhibits**
62:21
**exit**
44:12 74:8
**exited**
45:15
**exiting**
44:18,21
45:10,20
46:2
**expect**
27:12,13
53:15 96:7
**experience**
68:16 102:1
**experiences**
95:1
**Explain**
39:1
**expression**
77:20 78:1,
12
**extensive**
89:8
**extra**
99:14

**eye**
45:19
**eyes**
49:9 50:2,12
78:13,14

_____

**F**

_____

**FA**
63:19 64:8
**FAA**
20:12 68:9,
10,15,17
**face**
35:11 38:7
46:6 48:15
49:1,5,18
50:5,13,15
52:12 77:21
78:2,12
92:1,2,4
**facing**
35:15,17
45:12 72:18
**fact**
52:21 79:13
86:16
**facts**
66:19
**fair**
29:10
**fall**
90:14
**familiar**
99:3,11
**far**
18:16
**feel**
55:4 86:15
99:13
**feeling**
62:17
**feet**
64:11
**felony**
7:15

**felt**
63:17 70:21
87:19,21
**fight**
96:19
**file**
20:12
**filed**
14:10 15:5
64:5 94:14
**files**
84:9
**filing**
85:4
**filled**
71:20
**filling**
22:7
**final**
4:15 88:5,
13,18 96:18
**financially**
5:6
**fine**
81:9
**finish**
6:21 19:6
**finishing**
22:5
**first**
6:8 12:5
19:4,6 21:6
22:2,3,21
23:13,14
24:1,14
27:18 28:13
30:2 42:19
43:2 51:15
55:7 59:16
60:17 69:14,
20 70:1,3,6
72:14 74:12,
19 83:3
99:5,7,14
**first-class**
11:19

**firsthand**
13:2
**fit**
32:19,20
33:3,5
**five**
7:16 58:14
59:2 62:16
65:19 66:1,
3,5,6
**five-minute**
59:3 100:5
**fixed**
36:16 37:11
**fixture**
39:14
**flight**
6:16 8:11
12:15 17:20
19:3 22:16
30:18 55:12
62:8,13 64:5
65:21 66:2
67:5 70:9,19
71:1,17,21
72:6 76:10
84:9,13 85:4
93:8 94:5,6
95:19 96:3
99:1,6,7,13,
14 100:2,17
101:21
**flights**
15:11 18:14
22:17 77:9,
10 99:6,10
100:2
**floor**
74:7
**Florida**
7:15
**flown**
39:4 61:20
**fly**
56:3 61:19
**flying**
62:2

Deon Gray
March 23, 2022

focus
  20:6
focused
  49:9
follow
  42:1 43:19
  44:3 56:11,
  15 60:7
followed
  30:8,14
following
  44:1 75:17
follows
  6:10
force
  48:12,13,17
  51:9
forcible
  51:9
forcibly
  34:21 48:19
forget
  55:12
form
  15:7 16:15
  17:1,3 20:3
  21:19 22:19
  26:19 27:6,
  21 29:2
  33:19 35:7,
  10 36:14,18
  38:14,19
  39:3,21
  40:2,5,13
  45:3 46:16
  50:19 52:4,
  14 53:2,20
  54:1,9,20
  55:10 62:4
  63:21 64:12
  65:2 68:1,7
  69:2 75:15
  76:3 77:1
  78:17 79:2,
  16 80:1,11
  83:12,15,19
  84:14,18
  85:8,13

86:12,17
87:1,10,15,
20 88:9,14
93:3,17
95:15,21
96:5 97:6,20
101:7
forth
  58:19
forward
  35:19
four
  58:4 66:2
fourth
  63:16
framed
  33:12
free
  57:15
frequently
  61:19
friend
  11:10
front
  55:21 73:20
froze
  31:20 32:13
  72:20
frozen
  81:1
full
  19:5
fully
  30:4 36:9
  37:10 38:4,
  9,13,17
  39:19
future
  94:15

_____

G

_____

gallery
  4:18
galley
  21:7 45:11
  60:19

gate
  64:16 98:13,
  14
gave
  75:8
general
  62:10
generated
  8:20 79:6,20
gestures
  6:21
getting
  25:1,2 27:3
  39:2 59:8
give
  12:21 26:10,
  14 28:9
  44:14 59:19
  72:21 80:19
  85:20 86:1
given
  6:17 71:7
  80:6
giving
  28:16 60:17
glare
  36:7 93:11
glared
  34:19 36:4,6
  37:12 48:4
  86:8,14
glaring
  36:12 37:7
  47:14 48:15
  49:19 77:17
  78:20 79:8
  86:10 93:20
God
  36:1 42:21
  51:16
going
  11:2 14:1
  16:12 20:11
  25:1,2 37:6
  41:10,14
  59:1,7
  62:20,21

63:6,7 64:19
65:14 72:4
73:6 75:6
81:8 94:10
99:8 103:1
Gonzalez
  8:21 9:1,3
  63:13 64:3
good
  6:12,13 38:1
  62:9 91:11
  100:8
goodness
  10:1
Gore
  69:6
grab
  89:17
grabbed
  34:21 37:1
  44:6 48:16
  77:15 85:16
  89:10
gray
  4:21 6:7,12
  7:21 11:2
  13:1,5,17
  14:5 15:19
  21:20 34:10
  51:8 53:17
  57:15,17
  58:4 59:13
  62:15 63:6,
  9,10 65:6
  73:8 81:13
  91:14,15
  92:15 100:12
great
  18:16 20:20
  23:20
greater
  87:19
greet
  22:3
ground
  41:12 71:18

Deon Gray
March 23, 2022

grown
    77:5
GSC
    8:16,20
    41:11,15,19
    43:4,20 44:1
GSCS
    99:9
GSM
    43:3
guard
    54:16
guess
    9:18 10:4
    61:12 81:3,4
guy
    16:21
guys
    10:14 59:2
    62:2

**H**

hair
    81:16 82:10
    102:9,11
hairstyle
    102:11
half
    36:8 37:9,13
    54:14
hand
    40:17 41:3
    48:14
handing
    48:20,21
handle
    33:21 41:5,6
hands
    72:18 90:1
    91:6
Hang
    72:20
happen
    14:17 17:14
    52:6 71:18
    75:20 76:2

happened
    15:14 17:16
    18:5 21:9
    34:15 40:15
    47:4,5,8
    70:9 71:16
    77:11 84:8
    90:4 91:21
    101:6
happening
    20:6 35:15
hard
    18:15 31:19
    32:3 35:8
    77:17
head
    35:18 38:3,
    10 39:13
hear
    45:5 51:19
    55:20 56:1,3
    57:11 61:1
    73:1 77:3
    80:21 93:8
heard
    6:14 35:12
    49:13 51:10
    57:2,4 64:17
    74:18 92:1
    98:21
hearing
    6:4 21:4,12
    77:8
held
    4:8 34:7
    40:17 41:3
    81:10 88:21
Hello
    34:4 80:20
help
    35:20 85:6
helping
    19:6 22:3
    74:10
Henriquez
    12:14 15:16
    16:1 41:11,

15,19 42:7
43:16,18
56:7,9,12,17
59:14,21
60:5,11
63:17 64:6
92:14 95:4,
7,17 96:20
97:19 98:1,
12,19 99:1
100:15,20
Henriquez's
    8:16,20
    61:11 92:19
    95:12
hid
    73:12 75:11,
    16
hide
    74:1,16
    76:9,21 77:6
Hispanic
    18:11
hit
    16:12,14,19
    18:3 35:8,13
    36:1,2,19
    40:6 42:21
    43:1 46:11
    47:21 48:11
    49:2,3
    50:13,14
    51:10,13,16
    52:3 54:5,6,
    7 55:1 64:6,
    17 77:16
    85:17 89:2,
    3,19 90:7,18
    91:2 92:2,5
    96:21 97:1,
    14
hits
    89:17
hold
    16:4 37:16
    48:21 59:10
    63:4 89:13
    90:6,7,13

holding
    41:4 58:19
    89:3 91:3
    92:3
honestly
    69:17 70:2
hope
    73:7
hostility
    54:18
hours
    11:5
house
    10:18
hundreds
    22:17

**I**

i.e.
    68:18
idea
    32:18 33:7
    46:19 64:1
    66:6,13
    70:15 85:14
    87:6
identificatio
n
    63:11 65:7
    91:16
identified
    99:5
identify
    98:13
ignore
    7:5
ignored
    24:4
ignoring
    23:2
immediately
    26:13,18
    27:5,13
    28:15 50:17
    51:5 64:18
    68:18 88:17

Deon Gray
March 23, 2022

89:2
**impact**
    49:6,10,11
    50:2,9
**implies**
    78:20 79:9
**important**
    80:9 84:12,
    17 86:19
**impression**
    38:12,16
**improper**
    13:6,9,11
**improperly**
    12:13 24:13
**in-flight**
    71:13
**inaudible**
    34:1
**incapacitated**
    16:17
**incidences**
    52:10
**incident**
    15:14,17,20
    16:6 17:8
    20:13 21:9
    29:16 41:20
    46:14 47:4
    61:16 64:8
    67:10 68:20
    69:15 70:8,
    13 71:2,9
    72:5 79:7
    85:19 91:21
    92:8 94:21
    95:2 96:8
    97:21 101:5,
    17
**incidentally**
    30:16
**incidents**
    14:17 68:16
    71:17 96:3
**include**
    84:12,17
    86:19

**inconsistency**
    36:11
**Incorporated**
    5:1
**indicated**
    92:9
**indicating**
    90:8
**individual**
    18:10 69:5
    97:8
**inform**
    17:5
**inserted**
    57:18
**insight**
    97:18
**instance**
    22:10 85:15
**instances**
    86:3
**instilled**
    16:5
**instinct**
    55:6
**instruct**
    13:20 27:10
**instruction**
    27:18 75:9,
    10,18 77:6
**instructions**
    84:20
**intend**
    68:10
**intent**
    67:19 68:4
    76:13 77:12
**intention**
    91:12
**intentional**
    52:3,5,8
    73:14 80:7
**intentionally**
    48:11 77:16
**interact**
    10:14 17:9
    55:16 98:2,

16
**interaction**
    18:7 24:14,
    16 28:13
    45:14 46:7
    78:21 83:3
    84:5 85:20
    88:6,13,18
    96:18 97:2
**interactions**
    4:8
**interested**
    5:6
**interface**
    4:9,19
**interim**
    49:21
**internet**
    34:3
**intervene**
    17:12
**intimately**
    15:21
**intimidatingl
y**
    93:11,20
**invaded**
    87:8,11
**investigator**
    80:10
**investigators**
    79:20 86:21
**involve**
    67:17
**involved**
    71:1
**ipad**
    26:11 32:20
**irate**
    77:15,19
    78:15
**issued**
    71:20

**J**

**Jason**
    5:2
**job**
    14:16 28:18
**jobs**
    52:7
**Jose**
    63:17
**Juaseas**
    9:2
**judge**
    7:8
**judgment**
    94:11
**jump**
    52:9 82:3
**June**
    6:17
**justification**
    16:20
**justifies**
    84:12
**justify**
    84:21 85:6

**K**

**keep**
    68:5 80:14
**Kelly**
    5:13 8:3
    13:9,16 58:5
**kept**
    42:10 92:4
**kick**
    16:21
**kicked**
    94:5
**kind**
    16:11 33:13
    36:8 38:7
    43:21 48:18
    77:3 81:19

Deon Gray
March 23, 2022

knew
  12:5 30:9
  50:16 51:4
  80:6
knock
  35:5,8
know
  15:4 16:19
  20:5 22:1
  27:8 28:5
  31:21 32:9
  37:13 38:1
  41:17 48:18
  49:19 52:15,
  18 54:10
  55:13 62:1,
  5,17 63:20
  65:3 66:1,3
  68:14 69:8
  70:13,17
  71:3 74:19
  76:1,13
  77:12 79:12
  80:2,3 81:7,
  16 82:2,19
  87:21 90:11
  97:8 99:4,
  12,13
known
  9:5 10:11
  14:7
Kolb
  5:13 7:3,18
  13:3,5,11,20
  14:3 15:7
  16:15 17:1,3
  18:18 20:3
  21:19 22:19
  26:19 27:6,
  21 28:3 29:2
  33:19 35:7,
  10 36:14,18
  38:14,19
  39:3,21
  40:2,5,13
  45:3 46:16
  48:6 50:19
  51:7 52:4,14

  53:2,7,10,20
  54:1,9,20
  55:10 57:9,
  11,13,20
  58:3,7,11,
  14,18 62:4,
  18 63:21
  64:12 65:2,
  8,11 68:1,3,
  7 69:2 72:20
  75:15 76:3
  77:1 78:17
  79:2,16
  80:1,11,18,
  21 81:5,9
  83:12,15,19
  84:2,7,14,18
  85:8,13
  86:12,17
  87:1,10,15,
  20 88:9,14
  91:20 92:11
  94:19 95:9,
  15,21 96:5,
  11,13,15
  97:6,16,20
  98:7 100:8
  101:7,9,11
  102:7,17,21
  103:2,4,8
Kolb's
  57:18 70:5

_____

L

labeled
  65:10
landing
  26:21 27:1
lap
  31:12 41:1
laptop
  32:19 33:3,6
large
  4:17 32:19
  33:3,5
larger
  33:2

late
  99:7
laugh
  47:12,16
  92:21
laughed
  91:10
laughing
  93:20
law
  67:21
lawsuit
  85:19
lawyer
  6:15
layover
  10:15
leaned
  24:19
leather
  32:8,10
leave
  59:9
led
  43:13 44:8
  45:6 78:14
  95:5 97:15
  98:3,5
left
  12:4,6 26:7
  30:2 46:11,
  13 90:6
leg
  36:21 75:5
Legal
  5:3,8
legs
  25:18 26:2
  30:2 31:7
  34:12,21
  37:2,5
  72:11,16
  73:12,15,19
  74:17 75:11,
  17 76:9,17,
  21 77:7,15
  90:17

Leichter
  5:7 59:11
  63:1
length
  58:20
Levin
  5:2
liaison
  16:8
lie
  7:14
lieu
  5:19
light
  29:11
lighter
  81:20
line
  12:21 63:17
  82:11,12
  93:10
linked
  100:1
list
  97:21
lists
  66:12
literally
  35:2,11 37:3
  48:16
litigation
  69:18
little
  12:11 39:9
  51:16 52:16
  59:8 64:15
  66:12 82:6
located
  5:3 11:17
  12:1
locked
  4:12
logical
  52:19 53:3,6
long
  10:11 14:4
  37:16 38:1

Deon Gray
March 23, 2022

61:3 102:9
**long-term**
84:11
**look**
47:5,7 63:16
71:10 72:14
74:20 75:6
81:14 92:5
**looked**
30:1 31:17
34:18 35:1
37:2 47:3,13
49:3,4,14,
15,17,18
50:4,13,14
61:10 73:18
92:1,2,3
**looking**
20:5,10
29:11 30:5
38:7 45:13
48:15,19
49:1,5,7,16,
19,21 50:1,
5,7,9,10
60:19 64:20
65:16 72:11,
17,19 73:11
74:6,9,10
76:10 91:21
92:4
**looks**
59:8 81:15
82:2
**Lori-ann**
69:6
**lost**
73:2 80:18
81:5
**lot**
39:12
**loud**
55:2,3 64:18
**loudly**
55:1
**Lower**

35:4
**loyal**
84:11

---

**M**

---

**made**
11:16 12:2
45:19 79:10
96:1 100:13,
16
**main**
19:5,6 96:19
**majority**
97:3
**make**
19:11,14
28:2 30:17
31:1 53:17
58:17 73:13
77:5 99:10
**makes**
11:9 80:8
**making**
16:20
**male**
18:8
**man**
18:11 56:4
**manner**
6:4 87:9
**manual**
84:19
**March**
4:3
**Marino**
9:21 10:8,
12,20 11:12
12:5,10 14:8
15:6,11
16:12 17:4,
13 18:8
20:16 21:17
22:21 23:14
24:4,7,9,21
26:6,16
28:14,15,16

30:14 35:6,9
36:20 37:12
41:7 43:11
44:18,21
45:6,9,15,18
46:8,13,18
48:11 49:2,
16 50:2,16
51:4,12
52:1,11 54:4
55:1,15,17,
20 60:12
61:5 62:1,7
69:10 71:3
74:10 75:8,
13 76:1,15,
20 82:20
83:21 84:5
85:10,16,21
86:4,7
87:13,18
88:6,11,17
89:8 92:21
93:10 96:18,
21 97:14
100:19
101:5,14
**Marino's**
8:11,13 16:2
61:8 66:12
75:17 76:5
79:14 82:16
87:8 89:6
91:19
**marked**
63:10 65:6
91:15
**Market**
5:4
**mask**
24:7,10,13
78:2,3,5,8,
10,11 102:5
**masks**
102:4
**material**
32:8

**matter**
4:21 9:12
14:13 50:6
**maximum**
7:16
**mean**
10:5 54:5
**meaning**
19:4 22:3
**means**
7:14 66:7,13
99:4
**meant**
67:11,12
**measure**
33:11
**measuring**
33:10
**mediate**
100:20
**meetings**
8:2
**members**
67:14
**memory**
21:1,12,16,
21 22:9,11,
14,16 32:5
82:18,19
**menacing**
47:12,13
**mentioned**
68:15,17
**mess**
63:8
**metal**
33:11
**microphones**
4:6
**middle**
25:8 59:16,
18
**mind**
34:17 46:18,
20
**mine**
69:9 82:2,5,

Deon Gray
March 23, 2022

7
**minute**
37:21 81:7
**minutes**
11:4 28:9
58:14 59:2
61:4
**mischaracteri**
**zation**
13:12
**misrepresenta**
**tion**
13:8
**Misrepresents**
95:9 98:7
**missed**
34:2 65:11
**misunderstand**
**ing**
94:12 100:16
**Mm-hmm**
91:17
**mockingly**
92:21 93:21
**moment**
13:3,5 16:2
17:2,4 49:6,
9 50:1,9
**moments**
47:18 64:19
97:2,14 98:2
**months**
10:2,5
**morning**
6:12,13
54:14 55:4,
11 62:9 99:2
**move**
18:18 25:13
57:13
**moved**
34:21 36:21
73:18 74:13,
15 76:16
**movement**
76:9,20

**multiple**
28:16
**mystery**
66:17 82:17

———————

**N**

**name**
5:2 6:14
**named**
69:5
**narrative**
22:7
**narrow**
48:17
**nature**
7:5
**necessary**
68:8 70:21
**need**
26:12,17,20
27:11 28:9
31:2 33:10
58:7,8,10
93:6 103:5
**needed**
17:17 36:16
76:11
**needs**
16:6 27:3
33:7
**negative**
29:11
**never**
10:17 54:21
62:5,6 88:21
91:5,12
94:10 96:6
99:19,21
**normal**
16:11 28:6
29:12 33:10
61:17 96:6,7
**notary**
6:1,2
**note**
4:5

**notice**
88:2
**notified**
68:9
**number**
10:9 16:8
19:3 21:17
77:16,18
**numbers**
10:8

———————

**O**

**oath**
5:19,20 7:13
**obey**
84:16
**object**
7:3 13:6,7,
11,12 14:3
18:18 22:19
38:14 57:13,
20 93:17
**objection**
6:3 7:18
13:20 15:7
16:15 17:1,3
20:3 21:19
26:19 27:6,
21 28:3 29:2
33:19 35:7,
10 36:14,18
38:19 39:3,
21 40:2,5,13
45:3 46:16
48:6 50:19,
21 51:7
52:4,14
53:2,7,20
54:1,9,20
55:10 57:9,
14 58:3 62:4
63:21 64:12
65:2 68:1,7
69:2 75:15
76:3,12 77:1
78:17 79:2,
16 80:1,11

83:12,15,19
84:2,7,14,18
85:8,13
86:12,17
87:1,10,15,
20 88:9,14
91:20 92:11
93:3 94:19
95:9,15,21
96:5,11,13,
15 97:6,16,
20 98:7
101:7 102:7
**objections**
7:8 53:10
68:3
**observation**
88:3 97:2
**observe**
20:8,15
25:7,13,20
31:5 41:10,
19 42:6
43:10,13
44:17 45:14
46:1 73:13
74:5,16 75:2
77:18 92:21
**observed**
15:20 24:13,
17 25:4
34:11 43:7
56:6 73:21
75:14,20
76:1,16 82:4
92:16 94:20
96:16,20
97:1,3,4
**observing**
28:13 76:20
**obvious**
13:10 94:8
**obviously**
85:18
**occur**
70:16
**occurred**
12:20 15:2,

Deon Gray
March 23, 2022

20 17:5,20
19:20 56:13
64:8 68:11
70:13 72:5
84:6 89:1
97:3 98:17
101:17

**occurring**
61:9,14

**occurs**
16:7

**offender**
66:21 67:7

**offenders**
68:6

**offered**
13:17

**office**
70:5

**okay**
6:19 7:9,10,
17 8:6,16,19
9:2,5,7,11,
14,20 10:4,
11,17,20
11:2,6,17
12:9,12
13:10 14:1,
10 15:5,10,
16,19 17:2,
19 18:4 19:8
20:15 21:3,
11 22:20
23:11,18,20
24:3,9,12
26:15 27:17
28:12 29:16
30:21 31:5,
9,14 32:11
33:9,18,20
36:10,19
37:7 38:3
39:16,18
40:7 41:1,7,
16,18 42:3
44:2,11,17
45:14 46:7
48:10 50:8,

16 51:1,3,12
54:13 55:15,
20 56:6,12,
20 59:12,21
60:3,8,11
61:18 62:7
63:4,8,16
64:2 65:5,
14,18 66:15,
17 67:15,19
68:9 69:5,8,
10 70:10,12,
16 71:3,6
72:1 73:2,6,
8 74:9
77:11,14
78:14 80:15
81:13,21
82:15 83:3,
10,13,17,21
85:15 86:7
88:1,20 89:5
92:14,20
93:1,7,12,13
94:3 96:20
100:5,9,12
101:14 102:4,
8,15

**old-fashioned**
31:18

**on-time**
99:18

**once**
19:5 68:15
88:6,12
101:16

**one**
8:5 12:5,6,
21 13:3,5
16:8 21:6
27:8 30:4
32:2 43:21
47:6 72:3,21
77:16,18
80:5 89:19
90:17 94:20

**one's**
99:7

**ongoing**
46:14

**open**
12:5,6 30:3
60:20 71:19

**opinion**
93:5,14

**order**
16:3,5,11

**other's**
10:9

**out-of-state**
6:2

**outcome**
5:6

**outside**
4:8 60:18
64:16

**overhead**
12:4 19:10
21:10,17
26:8 27:13,
14 30:1,3
34:18 35:16
39:7,13
72:6,11,17
76:11

**overnight**
80:14

**Overt**
7:18

---

**P**

---

**PA**
5:4

**pack**
72:2

**page**
89:7,9

**parents**
29:4

**part**
35:4 80:9
100:1

**participants**
4:14

**participating**
5:16

**parties**
4:4 5:21

**party**
5:5 6:3

**passenger**
6:15 12:19
14:20 17:10
18:2 19:12,
16 21:4
22:20 23:14
26:9,12
27:2,10
28:1,5,7,14,
16,20,21
29:11 31:9
56:7,13
62:13 67:21
70:13,20
71:4,6,9,12
73:12 74:7,
16 77:14
79:15 82:21
83:4,9,18
84:10,11
85:16,20,21
86:4,8,20
87:7 88:1,7,
12,13 94:15
95:2 96:3,12
97:4 100:14,
21

**passenger's**
39:7 76:9

**passengers**
18:4 19:18
20:8 22:3
29:13,14
31:2 61:19
62:2,8 74:11

**past**
63:2

**pay**
68:14 99:17

**people**
63:2 67:1,16
97:9

Deon Gray
March 23, 2022

perfect
  11:9 92:8
perfectly
  92:9
perjury
  7:14
person
  5:20 41:14
  53:12 54:16
personal
  56:11 60:7
personally
  11:12,15
  20:15 25:4,6
  31:5 34:11
pertaining
  29:5
Philadelphia
  5:4
phone
  59:7 73:1
phrased
  7:4
physically
  5:17
pick
  4:6 6:21
picking
  75:4
picture
  39:2 82:11
PIDR
  71:7,8,9
pissed
  47:15
place
  4:4 74:12
Plaintiff
  5:12 6:15
  31:6 60:1
  102:5,9
plane
  12:16 17:19
  18:20 19:9
  23:16 26:9
  30:12 41:15
  43:14 44:8,

  12,18 45:1,
  7,10,16,20
  46:2 56:8,21
  57:7 58:1
  59:15 60:4,
  12 92:17
  94:15 95:4,5
  98:3,17
plastic
  32:7
please
  4:5 6:4 39:1
  56:10 57:12
  58:15,21
  60:6 101:10
  103:2,5
Plugged
  80:15
plugging
  80:13
point
  29:10 49:16
  52:20 56:12,
  16 65:1 67:7
  87:3 88:2
  94:6,12,13
  97:12
pointy
  33:18
police
  67:10 94:13
policy
  99:9,12
politely
  34:16
polygraph
  13:18,19
portion
  4:17 36:15
portions
  9:11
position
  16:7 17:7
  19:1 22:2,4,
  14 37:8,12,
  17 45:18

positions
  16:3
possible
  44:20 45:4
  49:20,21
  50:3 54:4,8,
  13,18 55:3,8
  64:7 66:18
Potentially
  7:4
practice
  28:6 61:17
precursor
  55:6
preparation
  13:7
prepare
  7:21 12:3
  22:6 29:18,
  20
preparing
  72:6
presence
  4:9
present
  5:17 63:17
pressure
  99:14
presumably
  33:18 40:10
  51:18 69:11
pretty
  7:1 82:7
  86:11 102:12
prior
  27:12 31:1
  63:14 92:10
  93:2
priority
  16:6
prison
  7:16
private
  4:7
probably
  86:15 94:14

problems
  34:3
proceed
  6:5 22:5
proceeding
  4:20
PROCEEDINGS
  4:1
proceeds
  29:13
process
  102:1
proffer
  7:19
proper
  63:18
proposed
  84:3
propriety
  85:6
prosecute
  67:1,15 68:5
prosecuted
  67:3
protrude
  39:12
provide
  11:13
provided
  13:14
pull
  82:12 89:21
pulling
  37:5
punched
  52:11
purpose
  4:10 52:20,
  21 54:6,8
  55:8
purse
  33:1,2
purser
  64:6,8
put
  12:6 22:21

Deon Gray
March 23, 2022

26:1 27:4,
13,14 33:11
34:17 62:20
67:12 72:16
73:19 80:3,
13 87:2,4,5
91:11

## Q

question
7:1,4 11:3,
7,11 51:3
54:3 72:3
85:19 89:15,
21 90:3,9,
14,19 91:3,7
92:20 94:16
question's
57:14
questions
93:2,19
100:13
102:18
quick
66:11 71:16
73:1 100:5
quickly
17:16
quite
89:7

## R

raised
98:10
raising
58:15
rationalizati
on
80:9
reach
12:10 34:11
reached
31:6,14
react
52:9

reaction
47:9 76:5
96:6
read
82:18,19
102:18
reading
20:21 21:21
reads
11:8
ready
25:2 26:7
reaffirm
7:12
real
73:1
realized
88:8
reason
11:10 58:16
76:19 85:10
reasonable
27:2,17 28:1
reasons
7:7 80:6
rebook
94:4,15
95:13
recalcitrant
79:15
recall
10:1 18:10
21:4,15
23:10,19,20
24:8,9,12
28:6 31:13
40:14 46:10
47:17,20
48:9 56:8
60:2,5 69:4
71:5 78:3,6,
7,9 81:15
83:16,17,20
84:15 85:9
98:20
recalled
85:11 87:4

reception
59:9
recess
59:5 73:4
100:10
recognize
61:18
recognized
62:1
recollect
88:11
recollection
81:14 84:8
87:7 88:16
92:8,13
record
4:2,5 5:9
34:6,8 58:8
59:11 78:21
79:7,10,19
81:7,11
85:21 86:2
recording
4:4,11,20
records
85:16 86:4
recount
15:2 95:8
rectangular
32:12,15,16
refer
41:11,14
refresh
21:16 82:18,
19
refreshed
21:12
refreshing
21:1,21
refusal
84:16
refuse
85:20
refused
13:18 83:4,5
86:1,4

refusing
68:5
regarding
89:8
related
5:5
relation
70:8
relay
61:5
relayed
9:15 47:1
relaying
61:16
release
40:20
remain
41:1
remember
14:16 15:3
18:12,15
20:20 21:5
23:2 25:15
29:17 31:15,
17 33:13,16,
20 34:12
50:20 51:14
60:6,8 69:1,
3,17,19 70:4
71:5 79:1
81:18 82:9,
10,13,14
84:4 88:4,5,
10 89:4
98:14,15,18
101:2,4,13,
14 102:5,8,
10,11,14
remembered
87:2 92:9
remind
101:16,18
reminded
29:1,8,9,13
73:17
reminder
27:3

Deon Gray
March 23, 2022

reminders
  27:19 28:17
remote
  4:9
remotely
  5:18,20
remove
  4:13 14:20
removed
  6:16 18:2
  19:9,12,16
  60:13 71:7
  94:9
removing
  63:18 93:7
repeat
  28:8 32:1
  51:3 57:12
  93:4
repeatedly
  95:6
report
  8:14,17,19
  9:3,6,16,17
  11:14,16
  14:10 18:13
  20:21 21:2,
  13,16 22:1
  36:11,16
  64:5 65:15,
  17 66:20
  67:13 68:15
  69:16 71:11,
  13,14 73:11
  78:19 79:6,
  10,20 80:10,
  13 82:16
  84:9 85:5
  86:21 87:5,
  6,11 94:13
  96:1 97:12
  101:13,15
reported
  14:18
reporter
  5:7,10,15
  6:21 7:12
  102:21

103:3,6
reporting
  5:18 6:4
reports
  65:14 71:20
  82:20
representativ
e
  68:18
request
  28:10
required
  19:5
requires
  14:16,17
reserve
  102:17
respond
  23:5 77:5
responded
  88:13,17
responding
  28:15
response
  48:2 55:9
  75:10
responsibilit
y
  70:20
resting
  73:20
result
  68:10
retrieve
  31:7 34:12
reviewed
  63:14 85:6
reviewing
  11:8
rewind
  72:4
right
  4:18 5:15
  7:11 10:6
  17:13 25:21
  34:9 49:17
  50:9,14

51:19 57:18
59:12 65:4,
5,12,15
66:7,9,11,19
73:10 80:16
81:2 82:15
84:1 89:20
93:4 99:2,3
100:8
102:15,20,21
103:3,6,7
rigid-sided
  32:4
ring
  53:13
room
  5:17 53:16
round
  39:9,10
row
  19:19 44:14
  60:16 74:13,
  15
rows
  11:19
rule
  84:19 85:3

———————————

S

———————————

safety
  85:2 87:19
sandwich
  26:11
saying
  16:1 26:16
  42:11,12,16
  44:6 47:5
  53:9 54:7
  55:7 61:2
  70:7 73:21
  75:8 79:13
  82:8 83:10,
  16 92:5 95:6
  96:21 98:11
  100:21

says
  50:20 63:17
  64:2 65:19
  83:2
scheduled
  55:12
screen
  4:17 63:7
  73:6,8 81:4
screen's
  81:1
screens
  4:12
seat
  18:8 23:15,
  18 25:11,14,
  17 27:11
  39:7 40:10,
  12,14 73:20
  87:14 90:15
  91:11
seated
  18:10 23:21
  25:10,16
  36:19 42:17
  87:14
seats
  37:15 44:2
  74:8
second
  12:7 21:7,10
  24:6,14,16
  26:2 27:18
  28:13 30:4
  50:6 72:17,
  21 73:17
  75:1,9,18
  80:19 85:15
second-hand
  11:8,13
seconds
  37:19
security
  41:12 64:3,4
see
  8:13 12:15
  25:19,21

Deon Gray
March 23, 2022

34:9,10
35:18,19
40:12 41:4
42:3 46:6
49:8 59:9
62:11 63:8
64:18 67:2
72:9,10 73:8
75:6 76:4
78:1 81:3
83:5,6 93:11
96:9,12
98:17
**send**
86:21
**sense**
11:9 77:5
**sensitive**
4:6
**sentence**
7:16 80:3
**sequence**
61:16 74:5
**SERS**
8:13,16
9:16,17
11:14 14:10
21:13,16
64:5 65:14,
15,17 68:15
69:16 73:10
79:6,10,20
82:16 86:20
101:13,15
**set**
73:7 80:16
**several**
22:1
**shape**
32:11
**share**
63:7 73:6
80:9 102:1
**shock**
35:11,13
**short**
59:5 73:4

100:10 102:9
**shout**
46:17
**showed**
76:14
**shown**
8:8,9,13,16,
19 9:2,8,11,
14 82:11
**shrinking**
62:16
**sic**
84:21
**side**
25:18 96:2
**sidebar**
13:6 14:3
18:18 57:13,
20 84:2
**sides**
31:19 32:3
**sight**
12:21
**sign**
102:19
**silence**
78:20 79:9
**similar**
81:20
**simply**
58:16
**single**
84:12
**sir**
60:6 89:18
90:11,16
91:1
**sitting**
23:11,12
31:11 54:17
87:17
**situated**
26:10,14
**situation**
24:18 52:8
60:1 63:20
85:2 95:20

100:21
**size**
33:1
**skin**
82:4
**smacked**
42:19
**small**
39:10
**socially**
10:14,15
**someone's**
54:13
**sort**
99:17
**sounded**
94:9
**Sounds**
100:8
**space**
44:15 59:20
60:18 87:8,
12
**speak**
15:13,16
19:18 41:19
42:3 44:17
46:12 56:20
60:4,12 61:3
87:6 92:6
**speaker**
4:12
**speaking**
56:7 58:18,
19 59:14
64:3
**speaks**
13:15
**special**
97:18
**specifically**
97:13
**specificity**
18:16 20:21
21:15 23:21
**specifics**
60:5

**spoke**
9:21 42:7
64:3 94:1
**spoken**
10:20
**sport**
53:16
**spotlight**
4:13
**spotlighted**
4:11
**squarely**
12:21
**squatted**
37:11
**stabilize**
90:10
**stages**
94:21
**stand**
36:7,21
37:1,4,6
38:5,9,17
39:15,19
40:6,7,11
52:1 93:11
**standing**
17:7,13 21:6
23:11 25:6,
19 35:16,17
36:8 37:9,13
51:18 59:13
60:18 64:10
72:18 74:4
86:10,16
87:3,14
90:12 93:19
**start**
29:21 63:7
67:5 99:2,3
**started**
12:4 30:3
33:14 36:21
37:4 48:15
91:1
**state**
5:9 6:1,4

Deon Gray
March 23, 2022

12:14 46:18,
19 57:6
**stated**
14:7 64:4,6
**statement**
8:9,10,11,12
11:8 15:6
96:1
**statements**
70:14,20
71:4
**stating**
26:17
**stationed**
18:20
**stayed**
44:13
**step**
59:19 89:19
**stepped**
35:19 57:12
75:5,7 76:6
89:19 90:17
**stepping**
58:12
**steps**
44:4,5
**sticking**
38:21 39:13
**stomach**
35:3 42:20
77:17 85:17
90:6
**stood**
35:20 36:12
42:18 51:13
52:12 77:17
78:20 79:8
86:8,14 87:8
**stop**
27:4 53:1,5
58:5,12,13,
21
**stow**
20:16 21:5,
18 23:15
24:1 25:3

26:2,12,16,
17,18,20
28:7 34:17
82:21 83:4
85:12
**stowed**
31:3
**stowing**
30:17 73:18
**straightforwa
rd**
7:2
**strap**
33:21 41:5
**Street**
5:4
**streets**
53:14
**strike**
18:19 57:14
**struck**
11:12 47:8
**struggling**
54:17
**stuff**
60:3
**subject**
14:13 85:18
**submitted**
9:9
**submitting**
69:16
**subsequent**
69:15
**substance**
61:6,14
**suddenly**
54:14
**suit**
81:17 82:9
102:13,14
**Suite**
5:4
**supervisor**
8:20 68:14,
18 69:3,6,7,
9,11,19 70:6

**supervisors**
69:12
**supplied**
21:13
**support**
5:3,8 79:14
**supporting**
11:10 67:5,
13,20
**supposition**
22:8
**sure**
99:10 102:12
**surprised**
47:9,11
**surprises**
55:4
**swear**
5:10
**sworn**
6:2,8
**swung**
35:2 40:8,16
50:18 51:6

---

**T**

**tail**
30:12
**take**
4:4,16 11:4,
5 13:17,19
26:11,20
27:1 34:18
41:7 58:8,14
59:1,3 66:11
100:5
**taken**
9:12 52:13
59:5 73:4
84:13 86:20
100:10
**taking**
44:1 48:14
**talked**
62:6 101:12

**talking**
41:17 58:5
93:7
**tall**
62:15
**taller**
81:16
**teachers**
29:5
**telephone**
10:8
**tell**
6:9,19 7:7,
21 8:4 12:18
17:20 24:6,
16 28:7,9
29:16 36:15
46:5,6 60:15
82:20 100:19
**telling**
8:3 76:10
91:1 101:13
**tells**
7:6
**tend**
79:14
**terminology**
66:16
**terrible**
82:7
**testified**
6:10 21:11
25:17 50:8
51:12 64:14,
16 69:10
79:4 88:20
92:15 95:3
**testify**
8:3
**testifying**
5:21 22:13
23:13 38:5
75:16 78:4
**testimony**
24:3 40:1,3
56:18 64:21
80:5 91:19

Deon Gray
March 23, 2022

92:7,10,20
94:17 95:10
98:8,21
**Thank**
  9:7 70:12
  71:15 94:3
**Thanks**
  65:11
**thing**
  34:21 57:1
  72:14 101:12
**things**
  6:19 8:5
  52:6
**think**
  10:3 15:1
  31:16 52:19
  53:12 55:11
  72:20 78:8
  80:18 97:18
  100:6 102:15
**thinking**
  54:11 55:13
**third**
  21:8 24:14
  29:16 84:4
  91:9
**third-degree**
  7:15
**thought**
  51:11 54:10,
  12 55:14
  67:9 95:18
**threat**
  7:18 87:19
  94:14
**threatened**
  86:15
**three**
  11:5 19:3
  20:19 21:3,
  12 57:10,15
  64:4 65:20
  97:17
**throw**
  40:20,21

**time**
  7:3 9:20
  11:18 21:7,9
  22:9,10,12,
  14,21 23:14,
  16,21 24:6,7
  26:1,2,10,14
  27:14,16
  28:10 31:10
  37:18 42:7
  43:2,11,17
  50:4 51:15
  55:12 60:9
  69:14 70:6
  71:4 73:17
  74:19,21
  75:1,10
  76:16 78:5
  79:7,11,21
  87:19 89:2
  91:4,9 92:3,
  4,16 93:3,16
  94:2 98:6
  99:10,15
  100:14,17
  101:18
  102:18
**timeliness**
  100:2
**times**
  15:1,3
  20:18,19
  21:4,12,14,
  17 22:1 36:1
  43:3 47:21
  48:3 57:1,
  10,15 58:4
  82:20 84:20
  85:11 97:17
**today**
  5:7 8:1
  40:1,3 79:1,
  4 80:5 92:7,
  14
**told**
  28:18 36:10
  71:17 91:9
  100:15

  101:2,14
**top**
  65:10
**tossed**
  90:5
**touching**
  38:6
**tour**
  8:19 9:6
**trained**
  16:4
**transcript**
  64:15 89:6
  103:5
**trial**
  7:13 102:18
**trip**
  66:12
**Troy**
  4:21
**trump**
  16:11
**truth**
  6:9,10
**try**
  22:6 37:1
  40:7 52:7,9
  59:7,10 73:6
  82:3
**trying**
  37:14 38:17
  40:6 54:15
  58:16 77:6,8
  89:13,18
  90:12 99:8
**turn**
  39:10
**turned**
  17:17 35:18,
  19 44:16
  74:18,20
  75:3,6
**twice**
  48:1 83:2
**two**
  20:11 33:5,8
  62:16 74:14,

  15 97:9
**type**
  34:20

_____

U

_____

**U.S.**
  5:3,8
**ultimately**
  91:8
**unbuckle**
  40:12
**understand**
  18:15 27:2,
  18 67:16
  77:8 85:3
  94:9
**understanding**
  26:15 28:12,
  21 63:19
  76:8
**understood**
  54:4,5
**undertook**
  74:1
**unit**
  38:20
**unnecessarily**
  63:19 95:19
**unusual**
  30:21
**upper**
  4:18
**upright**
  36:9 37:10
**upset**
  61:10 94:8
**usual**
  96:2,6,7

_____

V

_____

**value**
  16:18 79:19
**vent**
  38:4 39:9,10

Deon Gray
March 23, 2022

verbal
   78:21
verbalizing
   83:20
verbally
   6:20
versus
   4:21
video
   4:3,11,12,
   15,16,20
   82:7 103:4
videographer
   4:2 5:3 34:5
view
   4:12,18 87:3
   97:12
vinyl
   32:7
violent
   66:20 67:7
   68:6
voice
   55:2,3 58:16
   98:10
volunteering
   56:17

W

wait
   6:21 52:2
   73:3 103:4
waited
   52:12
waiting
   51:13,19
walk
   55:18
walked
   43:20 44:8
   72:13
walking
   21:8 30:11,
   12 42:15
   44:14 57:7
   58:1

wall
   24:19,20
   73:16 75:5
want
   4:16 72:2
   85:5 92:19
   103:1
watched
   35:20
watching
   77:7
way
   9:15 23:5
   34:5 35:17,
   18,19 37:4
   54:7 67:16
   93:18 95:16
ways
   97:10
wearing
   24:13 78:3,
   4,8,9,11
   88:1 102:6,
   12,14
went
   12:7 17:4,17
   29:20 44:14
   46:12 48:18
   55:21 95:18
whack
   49:13 92:2
whatsoever
   66:10 100:4
When's
   70:3
whispering
   4:6
William
   5:11
wind
   35:5,9
window
   25:10,14,17,
   18
witness
   4:11,13,15,
   16 5:10,21

6:1,8 7:20
   11:12 13:7,
   13,20 15:5
   18:7 20:18
   44:11 55:15,
   18 59:1,21
   62:7,12
   100:9 102:18
witness's
   95:10 98:8
witness-only
   4:10
witnessed
   11:15,16
   13:2 17:8,13
   20:1 64:6
   67:2 98:1
witnessing
   20:9
wonder
   80:8
Woodrow
   5:11 6:11,14
   13:9,15
   52:16 58:5,
   10,12,15,18
   59:3,6 62:19
   65:9 73:5
   80:20 81:2,
   6,12 100:11
   102:20
word
   67:15 83:5
words
   47:1,18
   79:17,19
   83:6
work
   10:16 15:10
   19:1 22:2
   63:4 100:3
worked
   10:4 14:4
   18:14 19:4
   77:9,10
working
   6:16 16:7

66:2 70:9
   98:14
works
   34:9 63:1
Wow
   80:15
wrap
   100:7
write
   68:13
   101:13,14
writing
   68:4

Y

yeah
   10:7 16:14
   33:4 37:16,
   20 39:11
   49:20 65:9
   73:2 80:21
   81:5,6 86:14
year
   70:5
years
   7:16 10:10,
   13 14:6,8,15
yelled
   54:15,21
yesterday
   12:19
young
   18:8,11

Z

Zoom
   8:2