Page 1

1           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF FLORIDA
2

3

    TROY CLOWDUS,
4

        Plaintiff,
5                                           CASE NO.
    v.                                      1:21-CV-23155(MM)
6

                                            CIVIL ACTION
7

    AMERICAN AIRLINES, INC.,
8

        Defendant.
9   ------------------------------/
10

11

        VIDEOTAPED DEPOSITION OF FEDERICO QUINTANA-VALLEJO
12            (Conducted Via Videoconference)

13

14

        DATE:              March 22, 2022
15

16

17      TIME:              1:05 p.m. to 3:25 p.m.
18

19

        REPORTED BY:    TRICIA J. MARCH
20                      Notary Public
                        State of Florida
21

22

23

24

25      Job No. CS5141192

Page 2

```
 1    APPEARANCES:
 2

      WILLIAM T. WOODROW III, ESQUIRE
 3    Stone & Woodrow, LLP
      250 West Main Street
 4    Suite 201
      Charlottesville, VA 22902
 5            Attorney for Plaintiff
 6
 7    KELLY H. KOLB, ESQUIRE
      Buchanan Ingersoll & Rooney, PC
 8    401 East Las Olas Boulevard
      Suite 2250
 9    Fort Lauderdale, FL 33301
              Attorney for Defendant
10
11
      ALSO PRESENT:
12
      TIMOTHY LENZ, VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

1                      I N D E X                      Page
2

      Direct Examination by Mr. Kolb                    05
3

      Cross-Examination by Mr. Woodrow                  23
4

      Redirect Examination by Mr. Kolb                 115
5

      Recross Examination by Mr. Woodrow               115
6

      Certificate of Oath                              126
7

      Certificate of Reporter                          127
8

      Read & Sign Letter                               128
9

      Signature Page/Errata Sheet                      129
10
11
12

                   E X H I B I T S
13

      Defendant's           Description            Marked
14

      Exhibit 1  SUBPOENA                              06
15
16
17
18
19
20
21
22
23
24
25

1          THE VIDEOGRAPHER:  And we are now on the video

2     record.  Today is Tuesday, March 22nd, 2022, and the

3     time is 1:05 p.m. Eastern.  Excuse me.

4          This is Media Number 1 of the video-recorded

5     deposition of Mr. Federico Quintana taken by counsel

6     for defense in the matter of Troy Clowdus

7     v. American Airlines, Incorporated.  It has been

8     filed in the U.S. District Court for the Southern

9     District of Florida.  The case number is

10    1:21-CV-23155.

11         This deposition is being conducted remotely

12    via Zoom.  My name is Timothy Lenz and I am the

13    videographer for -- representing the firm Veritext

14    Legal Solutions.  The court reporter is Ms. Trish

15    Marsh [sic], also representing Veritext Legal

16    Solutions.

17         Will counsel present, starting with the

18    noticing attorney, please identify yourselves for

19    the record and who you represent?

20         MR. KOLB:  Kelly Kolb, counsel for defendant,

21    American Airlines.

22         MR. WOODROW:  Wil Woodrow, counsel for Troy

23    Clowdus.

24         THE VIDEOGRAPHER:  Thank you.

25         If the court reporter will please swear in the

Page 5

1       witness, we can then proceed.

2               THE COURT REPORTER:  Thank you.

3               Mr. Quintana, would you raise your right hand,

4       please?

5               Do you swear or affirm the testimony you give

6       will be the truth, the whole truth, and nothing but

7       the truth?

8               THE WITNESS:  I do.

9               THE COURT REPORTER:  Thank you.

10              FEDERICO QUINTANA-VALLEJO,

11  the witness herein, being duly sworn under oath, was

12  examined and testified as follows:

13                  DIRECT EXAMINATION

14  BY MR. KOLB:

15      Q.    Can you state your name, please, sir?

16      A.    Yes.  My name is Federico Quintana-Vallejo.

17      Q.    All right.  Mr. Quintana, as you heard a

18  minute ago, my name is Kelly Kolb.  I'm here on behalf of

19  American Airlines, and I'm here to discuss with you your

20  observations on a June 10, 2021 American Airlines flight

21  from Miami to Mexico City.

22              Do you understand who I am and why we're here

23  today?

24      A.    Yes.

25      Q.    All right.  I want to show you -- if I can

Page 6

```
 1    share my screen real quick -- do you see that document
 2    I've put up on the screen, sir?
 3         A.    I am looking at it, yes.
 4         Q.    Okay.  Is that the subpoena you were served
 5    with requiring you to appear here today for your
 6    deposition?
 7         A.    It is, yes.
 8         Q.    All right.
 9              MR. KOLB:  And, Ms. Court Reporter, I would
10         like this marked as Defendant's Exhibit 1 to the
11         deposition.  I'll -- I'll email this to you after --
12         after we're done.
13    BY MR. KOLB:
14         Q.    Have you ever had your deposition taken
15    before, sir?
16         A.    No.
17         Q.    All right.  Generally, this is a process by
18    where a witness can be asked questions by both sides of
19    a -- of a lawsuit in lieu of or instead of that witness
20    being compelled to attend a trial in front of a judge or
21    a jury.
22              As the court reporter has sworn you in, I want
23    you to understand, however, that your testimony is just
24    as if you were in front of a judge and a jury.  Do you
25    understand that?
```

1          A.    I do, yes.

2          Q.    If you don't understand one of my questions,

3     please ask me to repeat it, and I'll do the best I can

4     to -- to clarify it.  Otherwise, I'd like to assume that

5     unless you asked me to clarify a question, you understood

6     it and your answer was full and complete and truthful.

7     Is that fair?

8          A.    I understand, yes.

9          Q.    All right.  And also, normal people, under

10    normal circumstances, nod their heads and say "uh-huh"

11    and "uh-uh."  It's impossible for the court reporter to

12    record that on her little machine, so I have to ask you

13    to please answer yes or no instead of a nod.  Is that

14    fair?

15         A.    Yes.  I understand.

16         Q.    Okay.  Good.

17               How old -- how old a gentleman are you, sir,

18    if I can ask?

19         A.    I'm 30 years old.

20         Q.    All right.  And how old were you on June 10 of

21    last year?

22         A.    I was also 30 years old.

23         Q.    All right.  You're a Mexican citizen, as I saw

24    from your passport?

25         A.    Yes.

1      Q.    Okay.  You're currently situated in the United

2    States, though, as we're -- as we're taking your

3    deposition here today; is that correct?

4      A.    I am -- I am, indeed, yes.

5      Q.    Your primary residence is in Mexico City --

6      A.    Correct.

7      Q.    -- is that -- how are you employed, generally?

8      A.    I am a private English tutor.

9      Q.    My mother was an English teacher, so I have

10   the utmost respect for English tutors.

11           Generally, what sort of experience do you have

12   flying with American Airlines, in terms of number of

13   flights over what period of time, just in general?

14     A.    One outgoing flight and one return flight,

15   usually once a year.  So two flights a year on a regular

16   basis.

17     Q.    Okay.  And how many years, as an adult, have

18   you been -- been flying commercial aircraft?

19     A.    That's kind of hard to answer.  I would say

20   maybe 15 years.

21     Q.    Okay.  I want to take you back to June 10 of

22   2021, that's Flight 1303 from Miami to Mexico City.

23   Were -- were you a passenger on that flight, sir?

24     A.    Yes.

25     Q.    Do you recall anything in particular about the

1    boarding process that morning?

2         A.    No, not about the boarding process, no.

3         Q.    Okay.  Where were you seated on that flight?

4         A.    I was seated on -- let's see.  Fourth row on

5    the right-hand side of the plane on the window, so that

6    would be F, I think.

7         Q.    Okay.  Right-hand side as you're looking

8    towards the back of the aircraft?

9         A.    Yeah.  Standing on the front of the plane

10   looking towards the back, on the front -- fourth row

11   right next to the window.

12        Q.    Okay.  So if you're looking towards the front

13   of the aircraft where the pilot sits, you would be on the

14   left-hand side?

15        A.    Yes.

16        Q.    All right.  And were you -- did you have an

17   aisle seat or a window seat?

18        A.    A window seat.

19        Q.    And were you in -- in business class or coach

20   on that flight?

21        A.    On the last row of business class.

22        Q.    When did you first notice the gentleman we're

23   here to talk about today, Mr. Troy Clowdus, seated in the

24   first row of business class?

25        A.    As I was boarding the plane.

Page 10

1    Q.   Say again?

2    A.   As I was boarding the plane.

3    Q.   And how did he come to your attention?

4    A.   He wasn't wearing his face mask properly.

5    Q.   Okay.  Did you advise anybody of that?

6    A.   No.

7    Q.   Okay.  Boarding process proceeded normally or

8 was there some aberrations?

9    A.   As far as I could tell, nothing was unusual

10 during the boarding process.

11    Q.   Okay.  And do you recall where this gentleman

12 who was not wearing his mask, where he ultimately sat

13 down?

14    A.   Yes.  Using the same reference point as I did

15 to point out my seat, he was sitting -- from the front

16 looking towards the back -- on the front row seat on the

17 left side hand of the plane on an -- on an aisle seat.

18    Q.   Okay.  So if you're looking towards the front

19 of the aircraft, he was on the right-hand side?

20    A.   Yeah, uh-huh.

21    Q.   Okay.  All right.  And are you positive he was

22 in an aisle seat or was it a -- a window seat?

23    A.   I'm positive he was in an aisle seat.

24    Q.   Okay.  And when you were boarding on that

25 morning, did you encounter a male flight attendant in

Page 11

1    business class?

2         A.    Yes.

3         Q.    What do you recall about that gentleman?

4         A.    He was about my height and my build, so about

5    five-eight, sort of not -- not exactly white skin, a

6    little darker.  Pretty thin.

7         Q.    Okay.  And what was his demeanor?  What was

8    his attitude that morning if you remember?

9         A.    As -- as -- as most flight attendants usually

10   are during the board -- boarding process.  They're doing

11   their job.  They're, you know, giving instructions to

12   people trying to get people to sit down, you know.

13   Getting the -- getting the flight on the air as -- as

14   fast as possible.

15        Q.    All right.  Do you recall that flight

16   attendant raising his voice at passengers as they were

17   boarding?

18        A.    Could you be more specific with your question,

19   please?

20        Q.    Sure.  Was -- was -- was he -- was he -- was

21   he manic?  Was he abusive?  Was he intimidating to the

22   passengers as they boarded?

23        A.    I don't think so, no.

24              MR. WOODROW:  Objection to that.

25        Q.    Did you find that his conduct during the

Page 12

1    boarding process was, in any way, inappropriate?

2        A.    No.

3        Q.    All right.  So the boarding process is

4    proceeding.  This gentleman in the first row sits down,

5    you sit down, and the rest of the plane boards, I guess,

6    after business class boarded.  Is that correct?

7        A.    I was one of the last persons to board the

8    plane.

9        Q.    Okay.  After you boarded the plane, were there

10   any overhead PA instructions to stow carry-on baggage,

11   that you recall?

12       A.    Yeah.

13       Q.    About how many of those do you recall?

14       A.    More than two, less than ten.

15       Q.    As a flyer of commercial passenger aircraft

16   for 15 years, did you need an overhead instruction to

17   stow your personal belongings before departure?

18       A.    No, I did not.

19       Q.    Okay.  Do you recall this male flight

20   attendant approaching the gentleman who we'll refer to

21   as -- as Mr. Clowdus, in the first row, to specifically

22   provide him any instructions during the boarding process

23   or after?

24       A.    I do, yes.

25       Q.    All right.  On how many occasions did you see

Page 13

1    this flight attendant approach Mr. Clowdus?

2         A.    At least three.

3         Q.    All right.  Can you describe what you observed

4    during the first occasion?

5         A.    Yeah.  He went over to this gentleman and

6    asked him to please put on his face mask properly and

7    to -- to please put whatever it was that he was carrying

8    on as a carry-on on the overhead bins.

9         Q.    Okay.  And what was the flight attendant's

10   demeanor during that conversation if -- if -- if you

11   recall?

12        A.    None so different from him having to give

13   instructions to other passengers.

14        Q.    Okay.  Was his conduct -- was his demeanor on

15   that occasion, in any way, inappropriate in your

16   experience?

17        A.    I don't think so, no.

18        Q.    Were you able to tell if Mr. Clowdus complied

19   with those instructions?

20        A.    He didn't comply.

21        Q.    How could you tell that?

22        A.    He was still wearing his face covering

23   incorrectly.

24        Q.    All right.  And what about the bag?  Did you

25   see if he had stowed his bag?

1    A.    No, I didn't see if he had stowed his bag or

2    not -- or not.

3    Q.    And can you describe, for me, the second

4    occasion when you observed the male flight attendant

5    approach Mr. Clowdus?

6    A.    It went pretty much the same as the first one.

7    Q.    What was Mr. Clowdus's reaction to this second

8    occasion of the flight attendant approaching him?

9    A.    As far as actions are concerned, he, once

10   again, failed to comply with the instruction to put on

11   his face covering correctly.

12   Q.    All right.  What was the -- what was

13   Mr. Clowdus' demeanor if -- if you could see it?

14   A.    Oh, like, he was -- he was pretty calm.

15   Q.    Okay.  And again, what was the flight

16   attendant's demeanor during this conversation?

17   A.    Again, not so different from having to tell

18   other passengers instructions.

19   Q.    Okay.  And describe for me the third occasion

20   when you saw the flight attendant approach Mr. Clowdus.

21   A.    So it was -- it -- like, at -- at this point

22   during the flight I am already paying attention to what's

23   going on.

24         So he -- he approaches the gentleman and says

25   something along the lines of, "Please don't make me tell

1   you again."  And he asks him, once again, to put on his

2   face covering correctly and to -- and to stow his

3   carry-on in the overhead bin.

4           And -- and, you know, usually when you sit in

5   any given airplane seat, you can stow things under the

6   front seat right -- right in front of you under -- right

7   under where they would have sat down.  But because he was

8   on the front row, there was no space for such storage.

9           And so he -- he grabbed something that looked

10  like a toilet -- toiletry bag, a leather toiletry bag,

11  dark color, maybe brown or black, and he swung it towards

12  the left side, towards -- towards the flight attendant

13  and he -- he -- he sort of hit him with the bag on the --

14  on the flight attendant's left side of his -- of his

15  body.

16       Q.   Okay.  You -- you made a good point earlier

17  and that is that Mr. Clowdus was sitting at that -- that

18  very front bulkhead where there's -- there's no carry-on

19  baggage storage in front of him.

20       A.   Yes.

21       Q.   During these first two interactions with the

22  flight attendant, did you ever -- ever observe

23  Mr. Clowdus making any effort to stow his bag in the

24  overhead bin?

25       A.   No.

1      Q.     How clear of a view did you have of

2   Mr. Clowdus from where you were sitting?

3      A.     Well, I -- like, I was -- at this point I'm

4   deliberately looking at what's going -- at what is going

5   on, so a pretty clear view.

6      Q.     Okay.  Now, you -- you said that -- that

7   Mr. Clowdus swung his bag into the flight attendant.

8      A.     Uh-huh, yes.

9      Q.     Where was the flight attendant --

10      A.     He was -- he was sitting -- he was -- sorry.

11   He was standing.  Like, at the point I was making my --

12   my reference point to -- to point out where people were

13   sitting, he was standing looking towards the back of the

14   plane with his body slightly to the side.  So -- so his

15   body would have been facing towards the -- the -- the --

16   the seat where Mr. Clowdus was -- was sitting down.

17      Q.     Okay.  And as Mr. Clowdus swung this bag

18   towards the flight attendant, could you see where he was

19   looking?

20      A.     Oh, yeah.  He was looking at the flight

21   attendant.

22      Q.     Okay.  And when he swung this bag over to the

23   flight attendant, was it -- could you tell if it was an

24   effort to hand the bag?  Was it a full arm extension

25   swing?  What -- what exactly did you see?

1      A.    It looked to me as if he was deliberately

2   trying to -- to -- to hit him.

3      Q.    Okay.  Did you see the bag hit the flight

4   attendant?

5      A.    Yes.

6      Q.    What was -- after the bag hit the flight

7   attendant, what was Mr. Clowdus' reaction, if you could

8   tell?

9      A.    No.  I -- I don't recall Mr. Clowdus'

10  reaction.  I was looking at the flight attendant at this

11  point.

12     Q.    Okay.  Could you tell if Mr. Clowdus had a

13  reaction of surprise?

14     A.    No.

15     Q.    Okay.  No, you couldn't tell; or no, he didn't

16  have that reaction?

17     A.    No, I couldn't tell.

18     Q.    Okay.  Was the -- did you see enough to

19  determine the -- I guess, for lack of a better word,

20  the -- the force of the impact on the flight attendant?

21     A.    Yes.

22     Q.    Was it a slight --

23     A.    Yeah.

24     Q.    -- brush or something else?

25     A.    So -- so after -- after the bag -- like, he

Page 18

```
 1    swung towards the left side, and after the bag makes
 2    contact, the bag recoils towards the front.
 3         Q.    Towards the front of the aircraft?
 4         A.    Yeah.  And then downwards.  You know, gravity.
 5         Q.    All right.  Okay.  As Mr. Clowdus was swinging
 6    his bag towards the flight attendant, did he ever look
 7    away from the flight attendant?
 8         A.    I couldn't tell.  I'm sorry.  I can't tell.
 9         Q.    What was the flight attendant's reaction,
10    if -- if you saw?
11         A.    Oh, yeah.
12         Q.    What was his reaction?
13         A.    He, like, froze for a second and then he -- he
14    left the -- left the area walking towards the cockpit.
15         Q.    Do you know what the flight attendant did in
16    the cockpit area?
17         A.    No.
18         Q.    Okay.  Did you overhear any conversations
19    between the -- the flight attendant and whoever he went
20    to speak with?
21         A.    No.
22         Q.    Okay.  Did you see or hear any other reaction
23    of the flight attendant --
24         A.    No.
25         Q.    -- at that time?
```

Page 19

1           At some point, did you observe another

2    American Airlines personnel entering the aircraft?

3           A.    Yes.

4           Q.    Was that before or after this bag impact had

5    happened?

6           A.    After.

7           Q.    Okay.  Before this gentleman entered this --

8    this new American Airlines gentleman entered the

9    aircraft, did you see him anywhere in the aircraft?

10          A.    No.

11          Q.    What did you observe next?

12          A.    The flight attendant pointed out the passenger

13   to what I can only assume was the security guard.  And he

14   said something -- something like, "This passenger right

15   here."

16          And then this other -- this other gentleman

17   who came aboard the plane afterwards asked Mr. Clowdus to

18   please deboard the plane.

19          Q.    And did you know what this security gentleman

20   and Mr. Clowdus -- where they went or what they did?

21          A.    No.

22          Q.    What's the next thing that you observed

23   happening?

24          A.    The -- the -- is it okay if I refer to him as

25   a security guard?

Page 20

1      Q.    Yeah, sure.

2      A.    Okay.  The security guard sort of just stood

3   there waiting for Mr. Clowdus to gather his belongings

4   and escorted him out of the plane.

5      Q.    Okay.  And then did -- did -- did the plane

6   depart or were there any other events that occurred that

7   you recall?

8      A.    Well, the -- like, the -- like, there were

9   still some -- some, like, preflight checks that were

10   still yet to be done, so the -- like, let's say the

11   boarding -- the boarding process wasn't over --

12      Q.    Okay.

13      A.    -- so to speak.  So, yeah, a couple of minutes

14   later the -- the plane -- the plane left the gate.

15      Q.    Okay.  Can you describe the flight -- the male

16   flight attendant, can you describe his demeanor

17   throughout this entire incident?

18      A.    Yeah.  Like, he was perfectly cordial.

19      Q.    Okay.  Would you describe him as professional?

20      A.    Yes, yes.  I was -- I was actually quite

21   impressed by his reaction once he was hit.  I would -- I

22   would describe him as extremely professional.  Yeah.

23      Q.    Okay.  And the same question with respect to

24   Mr. Clowdus' conduct during this entire incident.  How

25   would you describe his demeanor and conduct?

1      A.    Other than the fact that he -- he swung around

2    the thing to hit the flight attendant, he -- like, he

3    didn't argue at all when he was asked to deboard the

4    plane, so he complied peacefully.

5      Q.    Okay.  Would it be fair to describe his

6    conduct as an angry toddler being forced to give up his

7    favorite toy?

8      A.    Yeah.

9            MR. WOODROW:  Objection.

10     Q.    Mr. Woodrow, who's -- who's attending this

11   deposition has attempted to communicate with you on a few

12   occasions and you've declined those -- those invitations.

13   Can you tell the jury why that was?

14     A.    Of course.  I have -- I have his email right

15   here.  Can I read out some -- a piece of the email he

16   sent me?

17     Q.    What I would like to do is -- is -- is get

18   your general impression first and then we may be able to

19   read the email.

20     A.    Okay.  So my first interaction with him was

21   through a text message where he asked me to verify

22   whether or not my email -- the email address that he had

23   been provided by American Airlines was correct or not.

24   So I -- I provided the correct email account because he

25   had a typo on the email he was attempting to -- to

Page 22

1    contact.

2            Afterwards, he -- he sent me an email where

3    he -- he threatened my convenience by threatening me with

4    a subpoena, and he -- he called me a liar.

5       Q.   Okay.

6       A.   Basically that, yeah.  He -- he tried to

7    intimidate me, I think.

8       Q.   All right.

9            MR. WOODROW:  Object to this as being

10       blatantly untrue.

11            You can -- you can read that email if you

12       would like.

13       Q.   Is there any other reason why you declined to

14   communicate with Mr. Clowdus' counsel?

15       A.   Oh, yeah.  I -- I -- I don't like people who

16   threaten me.

17       Q.   Has American Airlines promised you anything in

18   return for your truthful testimony here today, sir?

19       A.   No, not at all.

20       Q.   And have you understood my questions of you

21   today?

22       A.   Yes.

23       Q.   All right.  Have you told the truth?

24       A.   Yes.  As far as I recall, yes.

25            MR. KOLB:  I pass the witness.

Page 23

1          MR. WOODROW:  Okay.  Thank you.

2                    CROSS-EXAMINATION

3   BY MR. WOODROW:

4      Q.    Mr. Quintana, I'd like to just reaffirm what

5   Mr. Kolb said earlier when -- when he discussed that this

6   testimony is being given under penalty of perjury, as if

7   you were giving testimony before a judge.  And I'd just

8   like to make you aware that perjury comes with a penalty

9   of up to five years in jail and it is a felony, so it is

10  very important that you tell the truth here today; okay,

11  Mr. Quintana?

12     A.    Yes, sir.

13          MR. KOLB:  I think we're hearing more of the

14          reasons why you didn't want to speak with this

15          gentleman, but...

16     Q.    Mr. Quintana, I'd like you to tell me a little

17  bit about your background.

18     A.    I don't understand the question.

19     Q.    When -- when did you first start coming to the

20  United States?

21     A.    I must have been three or four, maybe.

22     Q.    Okay.  And what was -- what was your purpose

23  of travel back and forth at that point?

24     A.    Visiting family.

25     Q.    Okay.  Do you have family here in Miami?

Page 24

```
 1        A.     Yes, I do.

 2        Q.     Okay.  Mother?  Father?  What -- what family

 3   do you have here?

 4        A.     Do I have to answer that question?

 5        Q.     Yes, you do.

 6        A.     Okay.  I have -- my mother lives here in

 7   Miami.

 8        Q.     Okay.  And do you live with her when you

 9   come -- when you come up and visit?

10        A.     Do I have to answer that question?

11        Q.     Yes, you do.

12        A.     Yes, I do.

13        Q.     Okay.  And then how long do you normally stay

14   here when you come up?

15        A.     Usually a couple of weeks to -- towards a

16   month and a half.

17        Q.     Okay.  So -- so about how much time would you

18   say that you spend in the United States a year?

19        A.     Four or five weeks.

20        Q.     Okay.  And the rest of the time, do you live

21   in Mexico City?

22        A.     Do I have to answer that question?

23        Q.     Yes, you do.

24        A.     Yes, I do.

25        Q.     Okay.  So you come up and you teach English
```

Page 25

1    to -- to Spanish speaking individuals?

2         A.    Could you be more specific with your question,

3    please?

4         Q.    When you say that you're an English tutor,

5    please describe that a little bit to me.

6         A.    Could you be more specific, please?

7         Q.    What do you do as an English tutor?

8         A.    I teach English.

9         Q.    Who do you teach to?

10        A.    To people who contact me for the service.

11        Q.    Okay.  And is that friends? family?  How do

12   you -- how do you build a business doing that?

13        A.    Usually through -- through word of mouth and

14   recommendations.

15        Q.    Okay.  And so why were you on the flight that

16   morning?  Were -- were you going back to Mexico City

17   for -- because your -- your time was over teaching?  What

18   was the purpose of your flight to --

19        A.    I --

20        Q.    -- Mexico that morning?

21        A.    I -- I'm sorry.  I -- I only teach English

22   when I'm in Mexico.

23        Q.    I see.

24              So you -- you come here to visit and you teach

25   English in Mexico.

Page 26

1       A.     Yes.

2       Q.     Okay.  I was -- I was not certain of that.

3              On -- on the flight that morning, were you --

4       were you flying on a buddy pass?

5       A.     What does that mean?

6       Q.     Had anybody given you a ticket that would

7       enable you to fly?

8       A.     Yes.  My -- my mother paid -- paid; paid for

9       my plane ticket home.

10      Q.     Your mother paid for it.

11             And do you have -- do you have an American

12      Advantage account?

13      A.     What does that mean?

14      Q.     Are you a member of American Airlines'

15      frequent flyer program?

16      A.     No.

17      Q.     Okay.  All right.  Have you ever worked for

18      American Airlines?

19      A.     I have not.

20      Q.     Have you ever met the -- the flight attendant,

21      who you described this morning, before the flight in

22      question?

23      A.     No, I have not.

24      Q.     Do you know any of the flight attendants or

25      other staff on the plane that morning?

Page 27

```
 1        A.    No, I do not.

 2        Q.    Are you -- do you know anyone who works for

 3   American Airlines?

 4        A.    Yes.  I used to know one but not -- not

 5   current.

 6        Q.    Describe that relationship to me.

 7        A.    He is my mother's late husband.

 8        Q.    Okay.  And how long did he work for American

 9   Airlines?

10        A.    I don't know.

11        Q.    Was it a matter of months or years?

12        A.    I don't know.

13        Q.    What position did he -- did he hold at

14   American Airlines?

15        A.    He was a mechanic.

16        Q.    Okay.  And did you know him well?

17        A.    Not -- not really, no.

18        Q.    Okay.  After the -- the passenger was removed

19   from the flight, did you have a conversation with anyone

20   about it?

21        A.    No, I did not.

22        Q.    Did you ever speak to the flight attendant

23   about it?

24        A.    No, I did not.

25        Q.    Did you see any other flight attendants in the
```

Page 28

```
 1    area when the incident occurred?
 2         A.    I don't recall.
 3         Q.    Did you ever interact with any other flight
 4    attendants?
 5              MR. KOLB:  Objection to the form.
 6         A.    Could you be more specific?
 7         Q.    Did you ever interact with any other flight
 8    attendants about the incident that occurred?
 9         A.    No, I did not.
10         Q.    Did you see any other individuals standing in
11    the aisle when the incident occurred?
12         A.    I can't recall.
13         Q.    When did you first speak with American
14    Airlines about what you remembered of this incident?
15         A.    I never spoke with American Airlines about
16    this incident.
17         Q.    Well, you did because we're here today.
18              And I'm asking:  When did they first contact
19    you about this --
20         A.    American --
21              MR. KOLB:  Objection.  Asked -- objection.
22              Asked and answered.
23         A.    American Airlines never contacted me.
24         Q.    How did you -- how did you -- who contacted
25    you to alert you to this ongoing litigation?
```

Page 29

```
 1        A.    I believe it was a man called Robert Pecchio.
 2        Q.    Could you spell that, please?
 3        A.    I don't -- I can't.  I'm sorry.
 4        Q.    Robert -- say that -- say the name again.
 5        A.    Yes.  Mr. Robert Pecchio.
 6        Q.    Pecchio.  Okay.  That is American Airlines'
 7   counsel.
 8              Okay.  And -- and did he contact you by phone
 9   or by email?
10        A.    Are you asking about the first time he
11   contacted me?
12        Q.    Yes.
13        A.    I believe it was a text message.
14        Q.    Okay.  And -- and do you have that text
15   message still saved on your phone?
16        A.    I don't think so, no.
17        Q.    What -- what was the substance of the text
18   message that he sent you?
19        A.    He asked me if he could -- after the text
20   message, if he could have a phone call with me.
21        Q.    And what did you say?
22        A.    I said yes.
23        Q.    And who called who?
24        A.    He called me.
25        Q.    Was this directly after the text message?
```

Page 30

1      A.    I don't think so.

2      Q.    What was the substance of your -- your

3   conversation that you had with him?

4      A.    He asked me whether something had happened

5   aboard the flight we're discussing.

6      Q.    Okay.  Did -- did he give you any indication

7   of what he was looking for?

8      A.    Oh, not at all.  I volunteered the story by

9   myself.

10      Q.    Okay.  How many times did you speak with him?

11      A.    At -- at the point of that phone call?

12      Q.    Yes.

13      A.    That was the first time I spoke to him.

14      Q.    In -- in total, up and until your deposition

15   here today, how many times have you spoken with American

16   Airlines?

17            MR. KOLB:  Objection.

18            Asked and answered.

19      A.    I have not -- I haven't spoken with American

20   Airlines.

21      Q.    With the counsel for American Airlines.  I

22   correct myself.

23      A.    Maybe ten times.

24      Q.    Ten times.

25            And how many times has that been through

Page 31

```
 1   email?
 2         A.    Three or four.
 3         Q.    And how many times through text?
 4         A.    Maybe five or six.  Less than ten.
 5         Q.    Okay.  Okay.  How many times did I contact
 6   you, Mr. Quintana?
 7         A.    About seven times.
 8         Q.    And what -- was that through text or -- or
 9   email?
10         A.    I believe it was a couple of texts, one email,
11   and six phone calls in a row.
12         Q.    And what -- what did you respond to me in that
13   text?
14         A.    Which text are you referring to?
15         Q.    What -- what were your responses to me?
16         A.    To which of your requests for communication?
17         Q.    Well, you've -- you've said that I lied to
18   you, Mr. Quintana, and so now I would like to -- to go
19   through each communication that I had with you because I
20   most certainly never did.
21         A.    I --
22         Q.    And I most certainly never threatened you.
23         A.    I don't recall saying that you lied.
24               MR. KOLB:  Yeah.  Object.
25               Misconstrues --
```

Page 32

```
 1        Q.     I correct myself.

 2               MR. KOLB:  -- testimony.

 3        Q.     You -- you said that I accused you of lying,

 4     and I most certainly never did.

 5        A.     Can I -- can I -- can I read from the email

 6     you sent me?

 7        Q.     Well, I'm -- I'm pulling it up right now.

 8        A.     Okay.

 9        Q.     I'd like to go through our texts first.

10               Now, I texted you -- and if you have your

11     texts right there -- do you have your texts right there?

12        A.     Yeah.

13        Q.     Okay.  Well -- well, let me read it, and --

14     and you tell me if I'm misreading it.

15               My first communication with you was, "Good

16     afternoon, Mr. Quintana.  I'm a lawyer who represents a

17     fellow passenger from a flight you took from Miami to

18     Mexico last year.  AA has represented to us that they

19     spoke with you and you gave them a statement about the

20     incident involving a passenger getting kicked out of

21     business class.  We have reason to doubt that AA is being

22     truthful.  Could you please respond to the email I sent

23     to fedeus3@Gmail.com and just let us know if you remember

24     the incident, you spoke with AA, and whether you have

25     given them a statement.  God bless you if you do.  And
```

1    bless you if you don't, but please do."

2            Is that -- is that the -- is that the verbatim

3    substance of the first text that I sent you,

4    Mr. Quintana?

5        A.    It is, indeed, the text, yes, it is.

6        Q.    And that was the first communication that I

7    had with you, was it not?

8        A.    As far as I -- I can tell, yes.

9        Q.    Now, when you just testified a moment ago,

10   you -- you characterized my -- my overtures to you as

11   being aggressive, threatening, and accusing you of lying.

12       A.    I characterize your email as being such.

13       Q.    Okay.  Well, we'll get to that.

14            Now, I -- I spoke with American Airlines after

15   this, and I said, "I don't have his contact information.

16   I need it."

17            And they said, "Well, he got your text because

18   he called us directly after receiving the text."

19            Is -- is that -- is that accurate,

20   Mr. Quintana?

21            MR. KOLB:  Objection.  Form.

22       Q.    Did you call American Airlines' lawyers

23   directly after receiving this first text message from me?

24       A.    No, I did not directly, no.

25       Q.    So -- so were they not telling me the truth

Page 34

1    when they told me that "He certainly got your text

2    because he just called us after he got it"?  Is that --

3    is that not true, then?

4         A.    I wouldn't know the answer to that question.

5              MR. KOLB:  Objection.  Misconstrues testimony.

6         Completely fails to follow the witness' testimony.

7         Q.    Okay.  Mr. Quintana, you responded, a day

8    later to me, "This is Federico Quintana.  The email you

9    wrote down here has a typo.  Fedus3@Gmail.com is the

10   accurate one."

11             Now, had you spoken to American Airlines'

12   lawyer between the time that you received this first text

13   from me and between the time that you sent this reply to

14   me?

15        A.    I can't recall.

16        Q.    Well, Mr. Quintana, at this point you had not

17   received any email from me because the email that I

18   attempted to send had a typo.  So at this point, this is

19   the only -- the only overture of communication that I

20   have made to you.

21        A.    If you say so.

22        Q.    Why -- why, at this point, would you not just

23   text me back and say, "Yeah, I saw something"?  Why are

24   you --

25             MR. KOLB:  Objection.  Argument -- objection.

Page 35

```
 1        Argumentive.
 2        A.    I don't like the tone you sent the -- within
 3   the email you texted -- within the text, I don't like
 4   your tone.
 5        Q.    You don't like the tone of the text that I
 6   just read?
 7        A.    Yes.  Also --
 8        Q.    Did you feel threatened by this text that I
 9   just sent you?
10        A.    No.  No, I didn't feel threatened by this
11   text.
12        Q.    Okay.  So what -- what -- what didn't you like
13   about the tone of this text?
14        A.    Well --
15              MR. KOLB:  Objection.
16              Asked and answered.
17              MR. WOODROW:  No, it isn't.
18              MR. KOLB:  Go ahead.  Go ahead.  I'm sorry.
19              THE WITNESS:  Okay.
20              As you -- as you wrote down the text, you
21         represent that you are the counselor for a fellow
22         passenger, and I -- I fail to recognize that person
23         as a fellow passenger.  He didn't complete his
24         passage within the plane.  He wasn't my fellow
25         passenger.
```

1    BY MR. WOODROW:

2        Q.    Now, is -- is that -- is that really the

3    thrust of -- of what this text depends upon?

4              I asked you if you had seen something?

5        A.    For me, it is, yes.

6        Q.    So why wouldn't you want -- why wouldn't you

7    have wanted to tell me what you saw just because the guy

8    didn't fly with you?  I don't understand.

9        A.    I believe I've -- I have answered that

10   question.

11       Q.    Please answer it again, Mr. Quintana.

12             MR. KOLB:  Objection.

13             Asked and answered.  Now badgering --

14        bordering on badgering the witness.

15       Q.    Why -- why wouldn't you have wanted to tell me

16   what you saw, when I asked you in a nice way, just

17   because this man didn't ultimately fly with you?  I'm

18   confused.

19       A.    I believe I have answered that question, sir.

20       Q.    Could you answer again, please?

21       A.    I believe I have answered that question, sir.

22       Q.    Are you refusing to answer it again?  Because

23   I'm not clear as to your answer.  You said --

24       A.    I think --

25       Q.    -- you (inaudible) passenger.

Page 37

1          A.    I was very clear.  I think I was very clear as

2     to my answer.

3          Q.    Is your answer, then -- let me rephrase --

4     because he was not a fellow passenger?  Is that the

5     substance of your answer?

6          A.    If you choose to put it that way, yes, sir,

7     that's my answer.

8          Q.    I would like you to state it again, please,

9     Mr. Quintana.

10         A.    I believe I have already --

11              MR. KOLB:  Objection.

12         A.    -- stated my --

13              MR. KOLB:  Asked --

14         A.    -- answer.

15              MR. KOLB:  -- and answered.  Oh, my God.

16         Q.    Mr. Quintana, when you -- when you next texted

17    me, you texted -- I texted you, "Federico, did you get

18    the email that I sent to your corrected address?  Please

19    respond."

20              You texted back, "Phone call died.  Call me

21    back when you can, please.  I have a few questions."

22         A.    Yes.  I -- I believe my following text clearly

23    states that I texted the wrong number.

24         Q.    Okay.  Now -- now, after -- after I received

25    this text from you, which I took in good faith that you

Page 38

1    were trying to get in contact with me, I tried to call

2    you repeatedly, didn't I?

3          A.    If you say so, yes.

4          Q.    Did you receive a number of calls from me in

5    succession?

6          A.    I received a number of phone calls from an

7    unknown number.

8          Q.    Okay.  An unknown number that you -- you had

9    in a text thread with me right here; correct?

10         A.    If you say it's the same one, yes.

11         Q.    Okay.  Now -- now why did you -- why did you

12   just answer those calls and just leave dead air instead

13   of --

14         A.    Oh, I -- I had my -- how do you call them? --

15   my ear -- ear plugs -- you know the iPhone head -- head

16   thingies?  What are they called?  Ear plugs?  I don't

17   know.  And I -- I was trying to put my music back on

18   play, so I was -- I was answering it by mistake by -- by

19   double tapping the things.

20         Q.    All right.  Now, how did -- how did you know

21   that I called you seven or eight times if now you're

22   testifying that you received a call from an unknown

23   number?

24         A.    After -- after that, I noticed that I was

25   answering phone calls.  And after the phone calls had

1    stopped, I went to check -- to reference whether that

2    phone had anything to do with the texts I had been

3    receiving the prior -- that week.

4         Q.    Okay.  So after about the third call, I texted

5    you, "Your phone keeps answering but no sound."  Then I

6    texted again, "Trying to call you to answer your

7    questions like you asked.  If now is not a good time, let

8    me know."

9         A.    Uh-huh.

10        Q.    You see that text?

11        A.    Yes.

12        Q.    Okay.  Now, I called you three or four times

13   after that.  So you -- and you also answered and left

14   dead air.  Did you not make that connection between the

15   texts you received and the calls you were getting?

16        A.    No.

17        Q.    Okay.  And isn't it true that at one point --

18   because I didn't know if these were -- if this was a

19   phone malfunction or what, I -- I FaceTime called you,

20   didn't I?

21        A.    I could go through my -- yeah, yeah.  There

22   was a FaceTime -- FaceTime, yes.

23        Q.    Yeah.  And -- and did you see the -- did you

24   see the video come on and then you hit end?

25        A.    Well, I was -- I was using the headphones, so

Page 40

1    I wasn't -- I didn't have my phone on my hands with me.

2         Q.    Uh-huh.  And your phone was on your desk,

3    wasn't it?

4         A.    Yes.

5         Q.    Yes.

6               And after you saw the video come on, you hit

7    end; correct?

8         A.    It wasn't after I saw the video.  I was trying

9    to play my music.

10         Q.    Okay.  But you saw that the FaceTime had come

11    on and you ended it; correct?

12         A.    I hadn't noticed that --

13               MR. KOLB:  Objection.

14         A.    -- it --

15               MR. KOLB:  Asked and answered.

16         Q.    Okay.  So -- so why -- why -- so is it -- is

17    it your -- is it your testimony that you had no idea that

18    any of those calls were from me?

19         A.    At that point, no.

20         Q.    Okay.  And when -- and when did you figure

21    that out?

22         A.    Maybe four hours later.

23         Q.    Now, when you spoke with American Airlines,

24    did they advise you not to speak with us?

25         A.    Could you be more specific?

1      Q.    Did they advise you not to speak with -- with

2    me when you spoke with lawyers for American Airlines?

3      A.    No, they did not.  They very specifically told

4    me that I could do whatever I wanted.

5      Q.    Okay.  And -- and what had you asked them

6    about that?

7            MR. KOLB:  Objection.  Form.

8      A.    Could you be more specific?

9      Q.    Explain to me the conversation where they told

10   you to do whatever you want.

11     A.    So I was -- I asked American Airlines'

12   counselors if I was, in any way, shape, or form,

13   obligated to answer any of your attempts to communicate

14   with me --

15     Q.    And why were you --

16     A.    -- and they -- they --

17     Q.    Go ahead.

18     A.    -- told me that I could do whatever I wanted.

19     Q.    And why were you taking advice -- or

20   soliciting advice from American Airlines' counselors at

21   this point?

22     A.    I don't think they were giving me advice.

23   I --

24     Q.    Why --

25     A.    -- think -- I think they were telling me that

Page 42

 1    I could do whatever I wanted.

 2        Q.    I -- well, that's not the question I asked.

 3              I'm asking:  Why did you ask them for advice?

 4        A.    Because I am not familiar with the legal

 5    system in this country, and they had, so far, been pretty

 6    cordial and friendly with me.

 7        Q.    Why did you assume that they would be more

 8    cordial and friendly with you than I would?

 9              MR. KOLB:  Objection.

10              Asked and answered.

11        A.    I think I have already answered that question.

12        Q.    Well, so far, from the substance of my texts,

13    I don't think we've seen anything that wasn't completely

14    cordial, so --

15        A.    And that is your opinion.

16        Q.    Okay.  That -- that's -- that's also probably

17    an objective opinion of most people who read that.

18              Were you worried -- were you worried that your

19    ability to fly with American Airlines might have been

20    impacted negatively if you didn't cooperate with them?

21        A.    Not at all.  Not whatsoever.

22        Q.    Okay.  And how many times did you reach out to

23    American Airlines' lawyers as opposed to them reaching

24    out to you?

25        A.    Could you be more specific?

Page 43

1       Q.      How many times did you call them instead of

2   them calling you?

3       A.      Three times, maybe.

4       Q.      You -- you called them three times.

5               And explain to me the reasons for you reaching

6   out in those instances.

7       A.      Confirming the date of my deposition,

8   returning texts and messages, calling back to missed

9   phone calls.

10      Q.      Okay.  And how many times did you -- did you

11  initiate email communications with them?

12      A.      Never.  Not that I recall.

13      Q.      Okay.  You -- you've testified that you have

14  three or four emails with them; is that correct?

15      A.      Yes.

16      Q.      Okay.  And we would like to have those,

17  Mr. Quintana, and we have a legal right to them.

18              Will you commit to sending them to me after

19  the -- this deposition is over today?

20              MR. KOLB:  Objection.

21      A.      I do have to --

22              MR. KOLB:  Objection to the threat.

23      Q.      You -- you -- you do.  I mean, I -- I -- I may

24  have to issue a subpoena, just like American Airlines did

25  for this deposition today.  But if you just send them to

```
1     me, I won't.

2          A.    Okay.

3                MR. KOLB:   Objection.

4          Q.    Okay?

5          A.    I understand.

6          Q.    Okay.  And will you do that, please?

7          A.    Do I have to answer that?

8          Q.    Yes.

9          A.    I don't know if I will.

10         Q.    Okay.  Now, Mr. Quintana, you -- you said that

11    I -- I threatened you in my email.  And -- and let's go

12    to that email and -- well, I'm going to have to find it

13    here.

14                Okay.  I'm going to read this email, and you

15    tell me if I misrepresent anything --

16         A.    Okay.

17         Q.    -- okay, Mr. Quintana?

18                All right.  I say, "Good afternoon,

19    Mr. Quintana.  Thank you for clarifying that my prior

20    email address for you is incorrect.  It was the one given

21    to me by AA.

22                "As you know by now, I am a lawyer for Troy

23    Clowdus, a fellow passenger on a flight you took last

24    year to Mexico.  He was kicked off the flight and banned

25    for life because he accidently bumped the flight
```

Page 45

1    attendant with his bag while handing it to him.  Knowing

2    you have spoken with AA, I'm sure that is not the story

3    they tell but it is the unfortunate truth and it has been

4    a long legal fight, so far, in search for justice.

5              "AA has informed us that you gave them a

6    statement about what you remember of what occurred, and I

7    have no -- no desire to make your life miserable by

8    subpoenaing you for a deposition."

9              Now, just a sidebar to that, Mr. Quintana, now

10   that's exactly what has happened here today, isn't it?

11   AA subpoenaed you for a deposition; isn't that correct?

12       A.    It is.

13             MR. KOLB:  Objection to form.

14       A.    Correct, yeah.

15       Q.    Exactly.

16             "However, I just got off the phone with AA

17   counsel and they continue to maintain two positions:

18   One, that your statement is very damaging to our client

19   (having the advantage of knowing for sure what actually

20   occurred, we doubt them on this point); and, two, they

21   refuse to share the statement with us claiming that it is

22   privileged work product.  They are adamant, 'If the guy

23   won't respond to you, you will just have to subpoena him

24   and depose him.  We aren't telling you what he told us.'

25             "This, in our view, is a bullying tactic.

Page 46

```
 1   Everyone's life would be much simpler if we all just
 2   shared the evidence we uncover, add it together, and
 3   figure out the sum.  But unfortunately, litigation isn't
 4   always a search for truth.
 5              "We, frankly, aren't interested in deposing
 6   you because we don't think that from your position, in
 7   Seat 4A, you could have observed much of value and we
 8   would not be bothering you like this if AA had not put us
 9   in this position, but AA's claims leave us little choice
10   in the matter now.
11              "If you will give us a copy of everything you
12   sent to AA and recount to us everything that you told AA
13   about what you remembered from that morning and then
14   answer a couple of follow-up questions if we have them,
15   we can contain our nuisance of you to this email
16   interaction.  Please let's take this route.  It will be
17   cheaper for us, and we have already spent a lot on this
18   case, and it will be far less of an inconvenience to you,
19   and that is important to us as well.  Best regards, Wil
20   Woodrow."
21              Is that the email that I sent you,
22   Mr. Quintana?
23         A.    It is, yes.
24         Q.    And -- and where in that email do -- do I
25   accuse you of lying?
```

Page 47

1       A.    "We, frankly, aren't interested in deposing

2   you because we don't think that, from your position in

3   4A, you would have observed much of value."

4       Q.    And you think that's me accusing you of

5   lying as --

6       A.    Yes, sir.

7       Q.    -- opposed to saying that we aren't really

8   interested in what you have to say because at this point

9   we didn't think you had anything to say?

10      A.    I've -- I've answered your question, sir.

11      Q.    Okay.  And could it also -- could -- could it

12  also have meant we don't think you really have anything

13  to say and that's why we're not interested in pursuing

14  you?

15            MR. KOLB:   Objection.

16      A.    Not from what I could read.

17      Q.    Okay.  And where do you feel threatened in

18  that, Mr. Quintana?

19      A.    "It would be far less of an inconvenience to

20  you."  Also, there is a little text in italics where it

21  says "I have no desire to make your life miserable by

22  subpoenaing you with a deposition."

23      Q.    Yes.  And with -- would it have been easier,

24  Mr. Quintana, to have sent those emails and sent your

25  statement than it is today here giving a deposition?

Page 48

```
 1              MR. KOLB:  Objection.

 2              Speculation.

 3        A.    I can't --

 4              MR. KOLB:  Argumentative.

 5        A.    I can't answer that question.

 6        Q.    Well, you can answer that question.  And

 7   don't -- and just ignore Mr. Kolb's objections.  Don't

 8   take them as cues, please.

 9              Which -- which would have been more of an

10   inconvenience, hitting forward for a couple of emails or

11   what you're doing right here right now today?

12        A.    This is --

13              MR. KOLB:  Objection.

14        Q.    Okay.  And --

15              THE COURT REPORTER:  I'm sorry.  I didn't -- I

16        didn't get that answer.  It was covered by the

17        objection.

18              Could you state your answer again, please,

19        Mr. Quintana?

20              THE WITNESS:  I don't feel inconvenienced by

21        doing this.

22   BY MR. WOODROW:

23        Q.    Okay.  So if I had just asked you to please

24   give us a deposition, you wouldn't have felt

25   inconvenienced?
```

Page 49

1          A.     Maybe if you hadn't threatened to

2     inconvenience me I would have.

3          Q.     And what did I threaten to inconvenience you

4     by doing, if you represent --

5               MR. KOLB:   Objection.   Form.

6          Q.     -- that as a threat?

7          A.     I had -- could you rephrase that question?   I

8     don't think I understand it.

9          Q.     What -- what was the inconvenience that I was

10    referring to in my email?

11         A.     I -- I don't think I can answer that.   I don't

12    know what -- what you were thinking.

13         Q.     Right.

14               But just read what I wrote because I -- I

15    stated that I didn't want to inconvenience you with a

16    deposition, did I not?

17         A.      If that's the meaning you choose to give the

18    text, then okay.

19         Q.     Okay.  Well, let's -- let's go back and look

20    at that text again.

21         A.     Okay.

22         Q.     Okay.  I have, "AA has informed us that you

23    gave them a statement about what you remember of what

24    occurred, and I have no desire to make your life

25    miserable by subpoenaing you for a deposition."  That's

Page 50

```
 1    what I said, isn't it, Mr. Quintana?
 2          A.    That is what you wrote.  However --
 3          Q.    So --
 4          A.    -- usually, when you use italics, you are
 5    trying to convey a different meaning that would otherwise
 6    be using non-italic lettering --
 7          Q.    And --
 8          A.    -- so I can only -- I can only assume that
 9    by -- by purposely putting that -- that particular bit of
10    text in italics, that what you are doing is threatening
11    me.
12          Q.    Okay.  And do you know what was in my mind
13    when I wrote that, Mr. Quintana?
14          A.    I do not.
15          Q.    And could I have been emphasizing the fact
16    that I really didn't want to inconvenience you by putting
17    that in italics?
18          A.    I don't --
19                MR. KOLB:  Objection.  Form.
20          A.    -- know.
21          Q.    Okay.  I could have, couldn't I?
22          A.    I don't --
23                MR. KOLB:  Objection.  Form.
24          A.    -- know.
25          Q.    Okay.  And so when did -- when did American
```

```
                                         Page 51
 1    Airlines' lawyers contact you and ask you about giving a
 2    deposition today?
 3         A.    Two or three days after the -- this email.
 4         Q.    And what did you say to them?
 5         A.    Could you be more specific?
 6         Q.    Did you -- did you say you didn't want to?
 7    Did you say, "I'd be happy to"?
 8         A.    I said, "If it's something you need to do."
 9         Q.    Okay.  And when did they serve you with the
10    subpoena?
11         A.    I believe you have the information of the
12    subpoena with you.
13         Q.    Okay.  That -- that -- that's not what I
14    asked, Mr. Quintana.
15         A.    I don't have the subpoena with me.  Do you
16    have -- do you want me to step away and go grab the
17    subpoena so that I can answer that question?
18         Q.    That will be all right.  You don't have to do
19    that.
20               What's -- what's interesting to me,
21    Mr. Quintana, is that as I'm deposing you here today, I
22    feel the hostility that I -- that I usually would feel
23    from an employee of an airline who's -- who's trying not
24    to upset their employer.
25         A.    I feel the -- I feel hostility from you, too,
```

1    so it's mutual.

2         Q.    There's no hostility coming from me --

3         A.    As --

4         Q.    -- Mr. Quintana.

5         A.    -- as far -- as far as you say.  I -- I feel

6    that you're being very hostile, and I don't like the way

7    you're speaking to me.

8         Q.    Well, I'm just interested in getting at the

9    truth here today, Mr. Quintana, for my client.

10             So did -- did American Airlines offer you any

11   incentives, such as miles or free flights to induce you

12   to -- you to give your testimony here today?

13             MR. KOLB:  Objection.

14             Asked and answered.

15        A.    I believe I've answered that question.

16        Q.    Okay.  You can answer again, Mr. Quintana.

17             He -- this is how it works.  He gets to

18   object, and that's for us later with the judge.  He can

19   go to the judge and he can say, "That was asked and

20   answered.  That was speculative.  That mischaracterized

21   testimony."  And we fight about that, but he's not saying

22   that for you today.  So if I ask you a question, just

23   please tune that out and answer my question to the best

24   of your ability, please.

25             MR. KOLB:  Mr. Quintana, you're free to refuse

Page 53

```
 1          to answer repetitive question that you find are
 2          abusive.  That decision is up to you.
 3                 THE WITNESS:  Understood.
 4   BY MR. WOODROW:
 5          Q.    Are -- are you refusing to answer the
 6   question, then?
 7          A.    I believe I've already answered that question.
 8          Q.    Okay.  You said you first observed the
 9   plaintiff when you came onto the plane?
10          A.    Yes.
11          Q.    Okay.  And where -- and where was the
12   plaintiff at that time?
13          A.    Standing -- standing or sitting near his seat.
14          Q.    Do you remember if he was standing or if he
15   was sitting?
16          A.    I do not recall.  As I was boarding the plane,
17   no, I do not recall.
18          Q.    Okay.  Now, you -- you testified that you were
19   one of the last people to board the plane --
20          A.    Yes.
21          Q.    -- is that correct?
22                 Do you know if you were the last person or one
23   of the last?
24          A.    I believe I was one of the last but I can't
25   recall if I was the last.
```

Page 54

```
1        Q.    Okay.  Had -- had economy already boarded at
2    this time or are you just speaking of boarding business
3    class?
4        A.    I can't recall if coach had already finished
5    boarding.
6        Q.    Okay.  So you didn't notice if -- if all the
7    rows behind you were full of people?
8        A.    No.
9        Q.    What -- what led you to believe that you were
10   one of the last people to board, then?
11       A.    Because I usually wait until most people have
12   already boarded the plane to go board planes.
13       Q.    Okay.  So -- so you could have boarded
14   earlier.  You chose not to.
15             MR. KOLB:  Objection.  Form.
16       A.    I don't know.
17       Q.    Is that true?
18       A.    I don't recall.
19       Q.    Do you remember your boarding group?
20       A.    No.
21       Q.    Okay.  Does business class usually board
22   before coach?
23       A.    I'm sorry.  Is that a question for me?
24       Q.    That's a question for you, yes.
25       A.    I don't know.  I'm not -- I -- I don't make
```

Page 55

1    the -- I don't decide who goes into which boarding group.

2         Q.    When you -- when you fly back and forth to

3    Mexico, do you normally fly business class?

4         A.    No.

5         Q.    Why were you flying business class today --

6    that day?

7         A.    It's just -- that's -- that's -- that's the --

8    that's the seat that I was assigned.

9         Q.    Well, it's a much more expensive ticket, and

10   I'm asking you if you normally spend money on that much

11   more expensive ticket for --

12        A.    It's my mother who buys my tickets for me.

13             MR. KOLB:  Objection.

14             Asked and answered, yet again.

15        Q.    Do you know why she bought you business class

16   that day?

17        A.    I do not know.

18        Q.    Okay.  Have you flown in business class

19   before?

20        A.    Yes, I have.

21        Q.    Okay.  About how many times?

22        A.    Maybe four -- five or six, maybe.

23        Q.    Okay.  So out of all the times you fly, would

24   you say it's -- it's fifty-fifty or most of the time

25   business class?

Page 56

1    MR. KOLB:  Objection.  Form.

2    A.    I -- I'd say it's -- it's most of the time

3    not -- I don't fly business class.

4    Q.    Okay.  Could you just -- now, you've testified

5    that the -- that the passenger was seated in -- in the

6    aisle seat when -- I guess that would be 1D.  I'm not

7    sure.  As opposed to the window seat, you've testified

8    that the passenger was seated in the aisle?

9    A.    Yes.

10   Q.    Okay.  And do -- do you remember what -- what

11   the passenger looked like?

12   A.    Yeah.  Kind of.

13   Q.    Now, describe him a little bit to me.

14   A.    He's -- he's rather tall, I would say at

15   least -- he's at least six feet -- six-foot -- which is

16   the correct way to say that?  Feet, I think.  He's a

17   heavier gentleman, so maybe going towards 150 pounds, and

18   he's rather bulky on -- on his shoulders.

19   Q.    Okay.  What -- what color hair does he have?

20   A.    He has black hair with graying -- with

21   graying -- he has graying hairs.

22   Q.    And beard?  No beard?  Mustache?

23   A.    The -- the beard was -- was halfway covered

24   with -- with -- with the face mask if there was a beard.

25   Q.    So you didn't see if there was a beard?

Page 57

1      A.    I do not recall.

2      Q.    What kind of face mask was he wearing?

3      A.    He was wearing a cloth face mask.

4      Q.    Okay.

5      A.    Black with white motifs.

6      Q.    Black with white what?

7      A.    Motifs.

8      Q.    What's a motif?  Can you describe that?

9      A.    Yes.  Motifs are little designs that are

10   repeated through a fabric or -- or usually paints or

11   wallpaper.

12     Q.    Okay.  What -- what kind of -- is it, like,

13   herringbone or is it, like, curly?

14     A.    I -- I don't recall so much as that.

15     Q.    Oh, well, you -- well, you have amazing

16   recall, Mr. Quintana, so I'm just trying to see just how

17   deep that goes.

18           And -- and you say that his -- his mask was

19   being improperly worn at the time when you --

20     A.    It was --

21     Q.    -- saw him.

22     A.    -- indeed.

23     Q.    And how was it being improperly worn?

24     A.    It was only covering his mouth and not his

25   nose.

Page 58

1          Q.    I see.  And, yet, still you couldn't see

2     whether he had a beard or not even with it being

3     improperly worn; is that correct?

4          A.    (Nodding.)

5          Q.    Okay.  Did you -- did you overhear the

6     passenger speaking anything at this -- at this point when

7     you were boarding?

8          A.    No.

9          Q.    Okay.  And when you boarded, did you see if --

10    if other -- there were other passengers seated in

11    business class at that time?

12         A.    Yes.  I believe business class was full or

13    almost full with passengers.

14         Q.    Okay.  Was -- was -- was there someone seated

15    in the seat next to you, when you arrived, in the aisle

16    seat?

17         A.    Yes.  I had to ask her to please let me go

18    through.  Yes.

19         Q.    Okay.  And did you interact with her any more?

20         A.    No.

21         Q.    Okay.  At -- at all during the flight did you

22    speak with her?

23         A.    There might -- there might have been some

24    pleasantries exchanged, but so -- but not that I recall

25    having full conversations, no.

Page 59

1      Q.    Okay.  And you said that you -- you recollect

2    the flight attendant -- and I'm just going to call him --

3    if I say "Mr. Moreno" I'm referencing the flight

4    attendant.

5      A.    Understood.

6      Q.    Okay.  And now, you -- you say that you -- you

7    have a recollection of him pretty well, as well, here

8    today.

9            And could -- could you describe anything more

10   that you remember about him other than he was slight

11   build and darker skin?

12     A.    No.  I think -- I think I went as far as I can

13   go with the physical description.

14     Q.    Okay.  Can you remember any other flight

15   attendants from the flight that morning?

16     A.    Yes.

17     Q.    Who?

18     A.    I remember one other flight attendant who was

19   serving the business cabin who was a tall blond woman

20   with a foreign accident, not an American accent.

21     Q.    Tall blond woman with a foreign accent.  Okay.

22           And did you ever speak with her?

23     A.    Could you be more specific, please?

24     Q.    Did -- did you interact with her at all during

25   the flight?

Page 60

1       A.      Yes.  She -- she served me water.

2       Q.      Is that the only interaction you had with her?

3       A.      As far as I recall, yes.

4       Q.      Okay.  And was she young? old?

5       A.      Maybe middle age.

6       Q.      Do you remember seeing her participate, at

7   all, with the -- the interaction surrounding the bag?

8               MR. KOLB:  Objection.  Form.

9       A.      Could you be more specific, please?

10      Q.      Did -- did she -- did she intervene, in any

11  way, during the interaction that Mr. Moreno had with the

12  passenger, around the bag?

13      A.      Not that I recall.

14      Q.      Okay.  And -- and do you know where she was at

15  the time?  Did you see her?

16      A.      No, I didn't see her.

17      Q.      Okay.

18              Now, when -- when the incident occurred,

19  were -- were you seated?

20      A.      Yes.  I was -- I was peeking slightly to get

21  a --

22      Q.      Okay.

23      A.      -- better look at what was happening.

24      Q.      Were you buckled in?

25      A.      Yes.

1          Q.     Okay.  Did you ever unbuckle and stand up?

2          A.     During the flight, you mean?

3          Q.     During the boarding process after you --

4          A.     No.

5          Q.     -- sat and -- and buckled in?

6          A.     No, I did not.

7          Q.     Okay.  When the -- did you ever see the -- the

8    passenger stand up?

9          A.     Could you be more specific, please?

10         Q.     Prior to -- prior to being escorted off the

11   plane, did you ever see the passenger stand up?

12         A.     Not that I recall.

13         Q.     Okay.  All right.  Let's go to -- back to

14   the -- let's go to the tone of voice the flight attendant

15   was using.  Now, you testified earlier that he was using

16   the -- the tone of voice that you would expect trying to

17   get the flight boarded and -- and get it out on time.  Is

18   that -- is that a fair characterization of your earlier

19   testimony?

20                MR. KOLB:  Objection.  Form.

21         A.     Yes.

22         Q.     Okay.  And did he seem -- now, Mr. Kolb used

23   some -- some very kind of leading adjectives earlier,

24   like "threatening."  Did he seem somewhat agitated?

25         A.     Not to me, no.

Page 62

```
 1        Q.    Okay.  Did -- did he seem -- but -- but he
 2   seemed like it was important to get this flight out on
 3   time?
 4        A.    Yes.
 5        Q.    How did -- how did that manifest?
 6        A.    I don't think I understand what you mean by
 7   that question.
 8        Q.    What -- what was his demeanor that led you to
 9   believe that it was important for him to get that flight
10   out on time?
11        A.    Well, he -- he -- he was going back and forth
12   through the business cabin, and he was asking people to,
13   please -- to put -- "Put your things -- please buckle up.
14   Please put your mask on correctly.  Please" -- he was --
15   he was continually giving instructions.
16        Q.    Okay.  And was he doing it somewhat
17   energetically?
18              MR. KOLB:  Objection.  Form.
19        A.    Yes.  I believe you can describe that as being
20   some -- as doing it somewhat energetically, yes.
21        Q.    Okay.  Now, did -- did you hear the flight
22   attendant telling the passenger to -- to give him his
23   bag?
24        A.    No, I do not.
25        Q.    Okay.  Did you hear -- but, now, you testified
```

Page 63

```
 1    earlier that you heard the flight attendant interact with

 2    the passenger on multiple occasions.  Is that -- is that

 3    correct?

 4         A.    Yes, it is.

 5         Q.    Okay.  So let's go back through those.  You

 6    testified that you heard the -- the flight attendant

 7    interact with the passenger on three occasions; is that

 8    correct?

 9         A.    Yes.

10         Q.    Okay.  And -- and I'm sorry.  I was -- I was

11    getting situated here when you were saying that, so let's

12    just go back through that again.

13         A.    Okay.

14         Q.    What -- what was the first interaction that

15    you heard?

16         A.    "Please put on your face covering correctly."

17         Q.    Okay.  And -- and when -- when was this?  When

18    did this take place?

19         A.    Maybe a minute or so after I was seated in my

20    seat.

21         Q.    A minute or so after you were seated in your

22    seat.

23               And what -- and what gave you the occasion to

24    overhear this -- this -- this interaction?

25         A.    Well, as I -- as I've stated, he wasn't
```

Page 64

1    wearing his face covering correctly, so I wanted to see

2    if somebody was going to tell him to please do it

3    correctly.

4         Q.    I'm sorry.  You -- you -- your screen froze

5    up --

6         A.    Yeah, yeah, yeah.

7         Q.    -- so I didn't get that --

8         A.    Yeah.  I notice --

9         Q.    -- that answer.

10        A.    I sort of noticed.

11              Okay.  Can you repeat the question --

12        Q.    You're still --

13        A.    -- please?

14        Q.    -- frozen.

15        A.    Oh, okay.

16        Q.    Okay.  Yeah.  This looks better.

17              What was -- what -- I -- I guess my question

18   was:  Why were you paying attention so closely to an

19   interaction between the flight attendant and another

20   passenger at this point?

21        A.    Because I -- I sort of wanted to make sure

22   that he was told to put on his face covering correctly.

23        Q.    And had -- had you asked the flight attendant

24   to -- to ask him to do that?

25        A.    No, I did not.

1      Q.     Okay.  And did -- had -- had you had any

2   interactions with this flight attendant at this point in

3   the boarding process?

4      A.     I couldn't tell for sure, but I might -- I

5   might have greeted him, "Good morning."

6      Q.     Okay.  So the first interaction you heard with

7   this flight attendant, did he say anything about a bag or

8   was it just about the mask?

9      A.     The first -- the first one I heard -- I could

10   hear other things after, but I was -- I was specifically

11   looking at him to -- to, you know, do the pantomime of

12   the mask.  So I was -- I was listening for those words.

13   So, yeah, I -- the first one, I, for sure, heard him say,

14   "Please put on your mask, sir."

15      Q.     Okay.  But that's all you heard?

16      A.     Yeah.  First one.  Yeah.

17      Q.     Okay.  And then describe to me -- and -- and

18   what was -- what was the passenger's reaction?

19      A.     He failed to comply with the instruction.

20      Q.     Now, how do you know he failed to comply?

21      A.     Because I was still looking at him, and he was

22   still not wearing his face mask over -- over his nose.

23      Q.     Okay.  And so you could see him from where you

24   were sitting?

25      A.     I could, yes.

Page 66

1      Q.    And how completely could you see him?

2      A.    I could see maybe -- if we're going through

3   percentage, maybe some 30, 35 percent of him.  A little

4   less than half of -- of -- of his total body.  But I

5   could see him pretty well on -- I could see his -- the --

6   the side -- his side pretty well.

7      Q.    And -- and -- and where were you looking to be

8   able to -- to see him?  Were you looking between the

9   seats? around the seats?

10     A.    From where I was sitting?  Are you asking

11  that?

12     Q.    Yes.

13     A.    I was -- I was sort of peeking up like this to

14  be able to see properly because the -- the -- the -- the

15  seats in -- in business sort of go up to my nose.  So I

16  was, like, trying to get from this vantage point, so

17  under my chin.

18     Q.    So -- so you were very interested in what was

19  going on at this point.

20     A.    Yes.

21     Q.    Okay.  And -- and what was -- what was the

22  second interaction?  Could you describe that to me?

23     A.    Yeah.  The second -- the -- the second

24  interaction was, again, the flight attendant having to go

25  over to his seat to -- to relay instructions.  And -- and

1    this second time the instructions were, "Please put on

2    your face mask.  And, sir, I'm going to need to put

3    that -- I'm going to need you to put that carry-on on --

4    on the overhead bin."

5        Q.    So the second time you heard the flight

6    attendant speak about the -- about the carry-on?

7        A.    Yes.  The -- the plane was a little quieter by

8    then.

9        Q.    Okay.  Now, what -- what was making the plane

10   quieter by then?

11       A.    People -- people finishing setting up their

12   stuff and settling down, finishing up exchanging

13   pleasantries with fellow passengers.

14       Q.    Okay.

15       A.    This is -- this is my guess.

16       Q.    And so what, specifically, did you -- did you

17   hear the flight attendant say?

18            MR. KOLB:  Objection.

19            Asked and answered.

20       A.    I -- I -- I think I already told you that.

21       Q.    You -- you said that he -- he said, "Sir,

22   please -- please situate your mask and your bag will need

23   to go up."  Is that correct?

24       A.    Uh-huh, something along those lines, yes.

25       Q.    And what did the passenger say?

1          A.     I couldn't -- I -- I couldn't hear him reply.

2          Q.     Did you -- did you see if the passenger

3     interacted with him during this exchange?

4          A.     I can only guess that he did interact.  But I

5     couldn't hear his reply.

6          Q.     Could you -- could you see the passenger's

7     face at this point?

8          A.     The -- the left -- the left side of his face,

9     yes.

10         Q.     Could -- could you -- could you observe his

11    demeanor?

12         A.     Not really, no.

13         Q.     So if he was angry, if he was happy, you --

14    you -- you couldn't speak to that.

15         A.     I couldn't speak to that, no.

16         Q.     Okay.  And you -- and you didn't see if he

17    complied at this point?

18         A.     He -- he -- well, he would have -- he failed

19    to comply with both the instructions because he's -- by

20    the third instruction his carry-on was still not stowed

21    in the overhead bin and he was still not wearing his face

22    mask correctly.

23         Q.     Okay.  At this -- at this point was he -- was

24    he seated in his seat?

25         A.     Yes.

Page 69

1        Q.    And this was the aisle seat?

2        A.    Yes.

3        Q.    Okay.  And describe to me the third

4    interaction, then.

5        A.    The -- by the time the third interaction

6    happened the flight attendant approached him and he said

7    something along the lines of, "Sir, please don't make me

8    tell you again.  I'm going to need you to put on your

9    face mask correctly and stow your carry-on on the

10   overhead bin."

11       Q.    This is the third and final interaction that

12   you've overheard; is that correct?

13       A.    Yes, sir.

14       Q.    And so this is the -- this is the interaction

15   that involved the -- the incident with the bag; is that

16   correct?

17       A.    Yes, sir.

18       Q.    Okay.  So is it your testimony that he -- he,

19   once again, instructed him about the mask and then asked

20   him about the bag?

21       A.    Yes.

22       Q.    And please -- please give me the -- the

23   precise words that he used regarding the bag.

24       A.    I don't think I recall the -- the exact words

25   he used.

Page 70

1      Q.    Okay.  Could you give me the -- the tone that

2  he used, then, please?

3      A.    Could you be more specific about what you mean

4  by "tone," please?

5      Q.    Well, how well did you overhear this

6  interaction?

7      A.    The final one?

8      Q.    Yes.

9      A.    I overheard it a little bit better.

10     Q.    Okay.  So what was the -- what was the flight

11  attendant's demeanor at this -- at this time?

12            MR. KOLB:  Objection.

13            Asked and answered.

14     A.    He -- he was -- he was -- he was pretty much

15  along the same line of -- of his previous interactions

16  with other passengers, you know, having -- having to

17  repeat instructions.  I -- I can only speak for myself,

18  here, but I don't -- I'm not happy when I have to repeat

19  instructions to people who should be listening to my

20  instructions, so I can only guess.  But he was being

21  cordial.

22     Q.    So did -- did he sound a little frustrated?

23  Is that what you're saying?

24            MR. KOLB:  Objection to form.

25     A.    Yes.  He -- he -- he may -- he may have been,

Page 71

1    at this point, a little frustrated about having to repeat

2    instructions, yes.

3         Q.    Okay.  And did -- how many times did -- did

4    he -- did he request the bag?

5         A.    I don't understand that question.

6         Q.    Well -- well, we've had very precise testimony

7    about -- about the words that were exchanged and that's

8    why I'm -- I'm trying to get from you exactly --

9         A.    I understand.

10        Q.    -- what words were exchanged.

11        A.    Uh-huh.

12        Q.    And so to the best of your recollection, what

13   were the precise words of that exchange as it played out?

14        A.    "I -- I'm -- I'm going to need you to -- to --

15   to stow the bag on the overhead bins."

16        Q.    Okay.  So you didn't hear him ask for the bag?

17        A.    Oh, no, no, no.

18        Q.    Okay.  So -- so he didn't say, "Give me the

19   bag"?

20        A.    No, no.  He was --

21        Q.    Okay.

22        A.    -- instructing -- he was instructing the

23   passenger for him to do it by himself.

24        Q.    Okay.  Are you sure about that?

25        A.    I'm pretty sure, yes.

Page 72

1     Q.    How -- how do you -- do you remember that
2    so -- so surely?
3     A.    Because of --
4           MR. KOLB:  Objection.  Form.
5     A.    -- the -- the, "I'm going to need you to" --
6     Q.    Okay.  You're sure --
7     A.    -- which is --
8     Q.    You're --
9     A.    -- which is what I believe I heard.  Yes.
10    Q.    Okay.  And -- and what was -- what was the
11   passenger's response at that time?
12    A.    He -- he -- so, like -- so, he -- so
13   because -- because he was fairly large, like, he -- he,
14   like, overspilled to the side of the -- of -- of the --
15   of the seat towards the aisle, let's say.  So I saw him,
16   like, disappear for a second into -- into the -- into
17   what would have been covered by the back side of the
18   seat.  And then when he came -- when he -- when he was
19   visible again, he was doing like this.  He was swinging
20   his -- his bag around towards the flight attendant.
21    Q.    And -- and where -- where did you see him
22   retrieve that bag from?
23          MR. KOLB:  Objection.  Form.
24    A.    I -- I can only guess at that point.
25          Would you like me to guess?

1    Q.    When he was seen -- as -- as he was leaning,
2    was he retrieving it from the seat? from the floor?
3          MR. KOLB:  Same objection.
4    A.    I -- I can only guess that he was retrieving
5    it from the right -- from -- from somewhere towards the
6    right -- towards his right.  I can't tell for sure
7    whether it was on the seat or on the floor.
8    Q.    Can -- can you tell for sure if -- if it --
9    whether he reached down between his legs to get it or if
10   he reached over and across to the other side of
11   himself --
12   A.    No.  I can't --
13         MR. KOLB:  Objection.  Form.
14   A.    -- tell for sure.
15   Q.    Okay.  So you don't know if the bag was behind
16   his legs or not?
17   A.    (Shakes head.)
18   Q.    Okay.  But you're -- are you pretty certain
19   that you could -- you could see him spilling over into
20   the aisle then?
21   A.    Yeah.  Like, the -- the left side -- his left
22   shoulder was a little towards the aisle.  Yeah.
23   Q.    So how -- how close, then, was he in proximity
24   to the flight attendant?
25   A.    Less than a meter.  Two feet -- two foot --

Page 74

```
1     three -- three or -- two or three feet maybe.
2          Q.    Okay.  So let's see how -- do you recall how
3     wide the aisle was on that -- on that plane?  Is it
4     pretty narrow?
5          A.    I would say it was like the standard issue
6     aisle, but I can't -- I -- I wouldn't be able to tell you
7     about the measurements.
8          Q.    Okay.  So do -- do you recall seeing the bag?
9          A.    Yes.
10         Q.    Okay.  And do you recall what happened with
11    the bag?
12         A.    Yeah.  The -- the -- the bag sort of flew --
13    flew -- flew through the air, so to speak, outstretched
14    as -- as in -- as a -- with inertia, and then it hit the
15    flight attendant on his left -- on the left side of the
16    flight attendant's body, and then it recoiled downwards
17    and towards the front of the plane after contact had been
18    made.
19         Q.    And did it fall to the floor?
20         A.    I -- I believe he was -- I believe he was
21    still holding on to the -- to the -- to the bag after it
22    made contact with the flight attendant.
23         Q.    You believe the passenger was still holding
24    on --
25         A.    Yes.
```

1      Q.      -- to the bag?

2      A.      Yes.

3      Q.      Okay.  And then did you see what -- so -- so

4    he didn't throw it and release it --

5      A.      No.

6      Q.      -- is how you described --

7      A.      Yeah.  He -- he kept holding on to the bag.

8      Q.      Okay.  And so then did you see where the bag

9    went?  Was it -- does it go into his lap?

10     A.      No, no.  I -- I wasn't able to look at the --

11   at the bag at that point because I was -- I -- I

12   instantly shifted my focus to see what the flight

13   attendant was doing.

14     Q.      Okay.  But you did see it bounce off, down,

15   and out of sight.  And that's the last that you -- you --

16   you thought of it?

17     A.      Yeah, uh-huh.

18     Q.      Okay.  And what did that bag look like?

19     A.      It was --

20             MR. KOLB:  Objection.

21             Asked and answered.

22     A.      It was -- like, it looked like a toiletry bag

23   sort of yay big.  So maybe a foot long, maybe six

24   inches -- four or five inches wide and four or five

25   inches tall with -- with a leather strap to -- to hold on

```
 1    to it.
 2         Q.    Okay.  So would that have fit a laptop or
 3    something smaller?
 4         A.    I guess it depends on the size of the laptop.
 5    But I -- I -- I think it was a toiletry bag.
 6         Q.    Okay.  And do you know what material it was
 7    made out of?  Was it hard or soft?
 8         A.    I -- I thought it was leather or something
 9    close to leather, maybe plastic leather.  It looked dark
10    brown or black maybe.
11         Q.    Did it look floppy or tight?
12         A.    It looked like it was filled with stuff.  Yes.
13    It looked rather tight.  Yes.
14         Q.    So did -- I mean, the -- the -- the character
15    of -- of -- of the leather -- was it kind of a supple
16    floppy leather or was it like a hard-sided case?
17         A.    Oh, oh.  I see what you mean.
18               No, no, no.  Softer leather.
19         Q.    Okay.  And it -- it had a -- how long was the
20    handle or the -- was it a -- was it the strap that he
21    attempted to give it with or was it the handle?
22         A.    I mean -- I mean, with -- that question has a
23    premise in it, but I'm going to answer it the way -- from
24    what I could see, the -- do you mind if I use a prop?
25         Q.    Sure.
```

Page 77

1        A.    Okay.

2              THE VIDEOGRAPHER:  And while he's getting your

3        prop, Mr. Woodrow, let's -- we need to take a media

4        break.  It wil be very brief.

5              MR. WOODROW:  You would like a media break?

6              THE VIDEOGRAPHER:  We have to take one, yes,

7        sir.

8              MR. WOODROW:  That's fine.

9              THE VIDEOGRAPHER:  Okay.  Stand by, please.

10             This is the end of Media Number 1 --

11             MR. WOODROW:  Okay.

12             THE VIDEOGRAPHER:  -- in the testimony of

13       Federico Quintana.  We're now going off the record

14       and the time is 2:28 p.m.

15             (Off the record.)

16             THE VIDEOGRAPHER:  And we are now going back

17       on the record.  This is the beginning of Media

18       Number 2 in the testimony of Mr. Federico Quintana,

19       and the time is 2:29 p.m. Eastern.

20   BY MR. WOODROW:

21       Q.    Okay.  I'm going to withdraw that last

22   question, and I'll just restate it.

23             Did -- did that -- did the bag have a strap --

24   a shoulder strap?

25       A.    Not that I could see.  I believe it was a

1    handle.

2         Q.    Okay.  So would -- when you observed the

3    interaction, was he holding the handle as he --

4         A.    Yes.

5         Q.    -- swung it over to the flight attendant?

6         A.    He was holding the handle.  And it was the

7    sort of handle that only -- that only fits one hand.

8         Q.    Okay.  Now, when you heard the -- the flight

9    attendant, this last time, tell him to put the bag up,

10   was -- was his voice a little louder than in the -- the

11   prior interactions that you'd heard?

12        A.    I don't think so, no.

13        Q.    But -- but you -- but you overheard it very

14   clearly?

15        A.    Yes, yes.

16        Q.    Okay.  And -- and he said, "You need to --

17   you're going to need to stow that bag above"?

18        A.    Something along those lines, yeah.  But it

19   was -- it was an instruction.

20        Q.    Did he just say that one time?

21        A.    At this point in the interaction, yes, I

22   believe it was only said one time.

23        Q.    Okay.  And -- and how long did it take the --

24   the passenger to -- to respond?

25        A.    To -- to do the thing with the swing --

Page 79

```
 1          Q.     Yes.
 2          A.     -- no -- no longer than two seconds.  It
 3     was -- it was pretty quick.
 4          Q.     It was immediate?
 5                 Okay.  And --
 6          A.     Pretty quick.
 7          Q.     Could you see what the passenger was doing
 8     when he was -- when he was asked, this last time, to stow
 9     his bag?
10          A.     When the -- when -- when the request was made?
11          Q.     Yes.
12          A.     I think he was looking at the flight attendant
13     listening to what he was saying to him.
14          Q.     Prior to the -- prior to the flight
15     attendant -- as that interaction commenced, I'm just
16     trying to get a sense of how observant you were of all of
17     these details.
18          A.     Yes.
19          Q.     Could you see what -- what the passenger was
20     doing?
21          A.     No.
22          Q.     So if -- so if he was on his phone composing
23     an email, for example, you couldn't observe that?
24          A.     No.
25          Q.     Could you observe his lap from where you were
```

Page 80

1    seated?

2         A.    Only very slightly.  It was halfway blocked.

3         Q.    How -- how much of his lap do you recall?

4         A.    Maybe a little bit of the left side of his

5    leg -- of his left leg.

6         Q.    Okay.  And could you hear -- after the

7    incident with the bag, what -- what did the flight

8    attendant do?

9         A.     He -- he sort of -- he sort of froze.  You

10   know, that -- I'm being speculative here; right?  But you

11   know that flight -- or fight or flight -- you know that

12   response?  He sort of froze in place for a second and it

13   took him, like -- like an instant to, like, register what

14   had happened, and then he just left towards the -- the

15   front of the plane.

16        Q.    Now -- now during this -- this incident, as it

17   unfolded, why -- why were you paying such close attention

18   to this interaction prior to knowing that there was some

19   good drama to be observing?

20        A.    Oh, I -- I wanted to make sure that people

21   were wearing their face coverings.

22        Q.    So you testified that the -- the interaction

23   began with him saying, "Put your mask on correctly."

24   Now, could you see whether he was wearing his mask

25   correctly from where you were sitting?

```
                                                       Page 81
  1        A.    He -- yeah.  By the time the third interaction
  2   happened, he was still not wearing his face mask over --
  3   over his nose.
  4        Q.    And you could observe that from where you were
  5   buckled in 4A --
  6        A.    Yes.
  7        Q.    -- or 4F?
  8        A.    Yeah, uh-huh.
  9        Q.    Okay.  And was --
 10        A.    Yeah --
 11        Q.    -- that bothering you?
 12        A.    Yes, very much so, yes.
 13        Q.    And so were you -- were you really keyed in on
 14   this passenger for -- for this particular reason?
 15        A.    No, I don't think so.  I just wanted to make
 16   sure that I had a safe flight home.
 17        Q.    Okay.  And could you see where the passenger
 18   was looking when -- when he was addressed by the flight
 19   attendant?
 20        A.    As he was being addressed --
 21             MR. KOLB:  Object to form.
 22        A.    -- by the flight attendant?  I think --
 23        Q.    Yes.
 24        A.    -- he was looking at the flight attendant.
 25        Q.    Okay.  You think he was or you -- or you have
```

Page 82

1    direct memory that he was?

2         A.    I think he was.

3         Q.    Okay.

4         A.    I do not recall.

5         Q.    So you don't know for sure.

6         A.    Uh-huh.

7         Q.    Okay.  During that -- during that incident,

8    did you -- did you overhear the passenger respond, in any

9    way, to the flight attendant after the flight attendant

10   was struck with the bag?

11        A.    No.  I --

12              MR. KOLB:  Objection.

13              Asked and answered.

14        A.    I didn't hear him say anything.

15        Q.    You didn't hear him say any -- did you hear

16   any words come out of his mouth at any point during

17   that -- during his time aboard the plane?

18        A.    Are we speaking about the passenger?

19        Q.    The passenger, yes.

20        A.    No, I didn't.

21        Q.    Never did.  Okay.

22              And did you -- did you overhear the flight

23   attendant -- well, you -- after the flight attendant had

24   the flight or fright -- I think we got distracted --

25   what -- what happened next?

```
                                                   Page 83
 1        A.    Do you want me to -- to retell what I saw?
 2        Q.    Yes.  Did -- did you -- did the flight
 3   attendant say anything to the passenger at that point or
 4   did he -- did he just leave?
 5        A.    He just left.
 6        Q.    Okay.  And that -- how long did it take him to
 7   just leave?
 8        A.    Less than a second.  It -- it was just his --
 9   his reaction to what happened and then he instantly left.
10        Q.    Okay.  So did you -- did you observe the
11   passenger's response to this interaction?
12        A.    No.
13        Q.    So you didn't observe the passenger's demeanor
14   at this point?
15        A.    No.  I was -- I was -- I was trying to figure
16   out what the flight attendant was going to do, so I was
17   trying to look for him.
18        Q.    Okay.  And then -- and then what did the
19   flight attendant do?  He -- he went -- he went forward,
20   you testified.  And then what -- and then did he say
21   anything?  Did you overhear anything --
22        A.    No.
23        Q.    -- at that point?
24        A.    No, no, no.
25        Q.    Okay.
```

Page 84

1          A.    I couldn't hear any --

2          Q.    At that -- at that point, did you -- did you

3    see any other individual enter the picture?

4          A.    Yes.  It took -- it took a little while.

5    Maybe under a minute but I couldn't tell for sure.  Under

6    or upwards of a minute.  And then, like, a guy that

7    looked like he was wearing a security -- like a security

8    guard uniform came aboard the plane.

9          Q.    Okay.  And -- and what -- and did you

10   observe -- or overhear any of the interactions between

11   that -- that security guard and any other individual?

12         A.    Yes.  The -- the flight attendant.

13         Q.    And what -- and what interaction did you

14   overhear?

15         A.    I --

16               MR. KOLB:  Objection.

17               Asked -- asked and answered.

18         A.    I noticed the flight attendant pointing out

19   the passenger to the security -- to the security guard.

20         Q.    Did he say any specific words that you could

21   hear?

22         A.    I don't --

23               MR. KOLB:  Asked and answered.

24         Q.    That's fine.

25         A.    Okay.  Something along the lines of, "This

Page 85

1    passenger right here."

2         Q.    Okay.  So was it mostly pantomime that you

3    were following their interaction?

4         A.    No, no.  I could -- I could hear the, "This

5    passenger right here" along with the pantomime.

6         Q.    Okay.  And -- and what did -- what did the

7    other individual do in response?

8         A.    He -- he approached the passenger and -- and

9    he asked him to do something.  And he -- like, they were

10   keeping their voices pretty low at that point, so I can

11   only assume that he was asking him to please deboard the

12   plane.  But I can't say for sure.

13        Q.    Okay.  And was this the first time that this

14   individual had approached the passenger?

15        A.    Yes.

16        Q.    Okay.  He -- he didn't come onto the -- the

17   plane one time prior and speak with the passenger and

18   then leave and then come back?

19        A.    Not that I could tell, no.

20        Q.    Okay.  And -- and how did -- describe to me

21   the -- paint me the picture of -- of the passenger

22   leaving the plane and place all the people where they --

23   they were in your memory.

24        A.    Okay.  The flight attendant is -- is -- is --

25   is not anywhere near this interaction at this point.  So

```
 1   at this point --
 2        Q.    Where --
 3        A.    I don't know.
 4        Q.    Where is he?
 5        A.    I don't -- I don't know where he is.
 6        Q.    Okay.
 7        A.    But he's not, like, where the action is
 8   happening, so to speak.
 9        Q.    Okay.
10        A.    And this -- this gentleman, the one -- the one
11   who is -- what I assume is the security guard is sort of
12   hovering around the passenger waiting for him to gather
13   his -- his -- his belongings, which he did pretty
14   peacefully and calmly.  And then he just left -- left
15   the -- he just deboarded the plane without -- without any
16   more interaction and without, you know, raising his voice
17   and without -- without any other anything.  He just
18   peacefully complied.
19        Q.    Okay.  So he didn't display any agitation at
20   that point?
21        A.    No.
22        Q.    And -- and did he deboard with the -- with the
23   security guard or did the secured guard leave first?
24        A.    I think he was being escorted, so the
25   passenger would have been in front of the security guard,
```

Page 87

1    and the security guard would have been following him --

2         Q.    Okay.

3         A.    -- towards the -- towards the exit.

4         Q.    And could -- and could you see up to the

5    cockpit door at this point as -- as they were leaving?

6         A.    No, no the -- the cockpit -- the door to the

7    cockpit was blocked by the -- I don't know what to call

8    them, but where -- where -- where they have the kitchen

9    and the front -- and the bathroom that's on the front.

10        Q.    Okay.  So how -- how far forward could you see

11   from your vantage point?

12        A.    I could see, like -- I could see the -- the --

13   the -- I don't know what to call those instruments, but

14   the things that -- that are there for the flight

15   attendants to, you know, mingle about.  A little -- a

16   little sliver of that and -- and just, like, a -- a small

17   hallway going forward towards the plane.

18        Q.    Okay.  And did -- did you -- did you notice

19   where the -- the female flight attendant was at this

20   point?

21        A.    Oh, no, no, no, no.  I was -- I -- I -- I -- I

22   wasn't looking anywhere but towards the front.

23        Q.    So how -- how -- how far did you pay attention

24   to this process?  Did you watch the entire -- him getting

25   escorted completely out of sight?

1          A.    Yes.

2          Q.    Okay.  And -- and did you notice where

3    Mr. Moreno was at that point?

4          A.    No.

5          Q.    Okay.  Now, did you -- did you ever see the

6    flight attendant, Mr. Moreno, come back and briefly

7    interact once more with the passenger in the time between

8    the security guard showing up and him being escorted off?

9          A.    I didn't see him come back and interact with

10   him.

11         Q.    You didn't see any other interactions?

12         A.    Uh-huh.

13         Q.    Okay.  When -- when did you -- when did you

14   first see the passenger stand up?

15         A.    A couple -- like, almost immediately after he

16   was asked to deboard the plane.

17         Q.    Okay.  Did you see him stand up or attempt to

18   stand up at any time prior to that?

19         A.    Not that I recall.

20         Q.    Okay.  Could -- could you see if his seat belt

21   was buckled?  Did you notice that --

22         A.    I couldn't tell.

23         Q.    That would be a -- an amazing detail, but --

24   so did -- so after the hit, did the passenger stand up

25   and get in -- get in the flight attendant's face?

```
 1        A.    I don't -- no.  I -- I -- I don't recall him
 2    doing that --
 3        Q.    You don't --
 4        A.    No.
 5        Q.    -- recall him standing up?
 6        A.    No.
 7        Q.    Okay.  And -- and you don't -- you don't
 8    recall if the passenger did anything aggressive after the
 9    hit other than just what you witnessed of the bag?
10        A.    Yes.
11        Q.    Okay.  And -- and -- and in the incident with
12    the bag, did you observe the passenger's demeanor as he
13    swung the bag across?
14        A.    Yeah.  It -- it -- it looked to me like he was
15    deliberately hitting the -- the flight attendant.
16        Q.    Okay.  Now, after -- at the moment that the
17    bag struck, could you see the passenger's eyes?
18        A.    Yes.
19        Q.    And so what -- were you looking at the bag or
20    were you looking at his eyes?
21        A.    Well, it was sort of both in my field of view.
22        Q.    Okay.  And what was the passenger looking at?
23        A.    He was looking at Mr. Moreno.
24        Q.    Okay.  And -- and are you sure that he was
25    looking at Mr. Moreno when the bag made contact?
```

Page 90

```
 1         A.    Pretty sure, yes, sir.
 2         Q.    How -- how can you be that sure?
 3         A.    Well, I was --
 4               MR. KOLB:  Objection --
 5         A.    -- paying attention to --
 6               MR. KOLB:  Argumentive.
 7         A.    -- the interaction.
 8         Q.    Okay.  But you couldn't -- you couldn't see
 9    other -- you couldn't see anything other of -- of this
10    passenger's demeanor at that point?
11         A.    I'm not sure I understand that question.
12         Q.    Well -- and -- and masks do make it kind of
13    difficult to read facial expressions --
14         A.    Expressions.
15         Q.    -- I understand, in a situation like this.
16               But I'm just trying to get to the -- as much
17    as you recall of the demeanor because, you know,
18    obviously, we've got two interpretations of this
19    incident.
20         A.    Understandably.
21         Q.    So did -- did you -- did you observe the --
22    the passenger to -- to laugh at the flight attendant
23    after this happened?
24         A.    No, no.  But I will say he didn't seem
25    surprised by the contact with -- with the flight
```

Page 91

```
 1    attendant.
 2         Q.    And -- and -- and what -- what led you to
 3    believe that?
 4         A.    Well, this is, again, speculation and prior --
 5    prior experience.  But usually when -- when you do
 6    something accidental, there is like a knee-jerk physical
 7    reaction to go like this, so to speak; right?  And I
 8    didn't see him do that.  It looked -- it looked to me
 9    like he was deliberately doing what he was doing and the
10    result was the expected result.  He didn't look
11    surprised.
12         Q.    Did -- did the passenger -- I mean, did the --
13    did the flight attendant get knocked back by this --
14         A.    No.
15         Q.    -- by this contact?
16         A.    No.
17         Q.    In -- in your opinion, would this contact have
18    been sufficient to -- to knock the wind out of somebody?
19         A.    I don't --
20               MR. KOLB:  Objection.
21         A.    -- think so.
22         Q.    No.
23               And -- and where did -- where, exactly -- I
24    know you've -- you've said this before, but I -- I don't
25    recall.  Where exactly did the bag strike?
```

Page 92

1          A.    On --

2          Q.    -- on --

3          A.    On the flight attendant's left side of his

4    body somewhere between his knees and his elbow.

5          Q.    Okay.  So in -- in his -- would it be his arm

6    or his side or his leg?  Could you --

7          A.    I --

8          Q.    -- tell that?

9          A.    No, I couldn't tell.  I could only tell that

10   it was on the left side of his body.

11         Q.    Okay.  And did -- did he step back when he was

12   hit?

13         A.    No, no.  He -- he just sort of froze.

14         Q.    He just sort of froze.

15         A.    Yeah.

16         Q.    And did he -- did he -- did he stand there

17   staring at the passenger or...

18         A.    Yeah, yeah.  Like, for -- for -- for, like, an

19   instant.  Like, it took him a second to, like, understand

20   what had happened, and then he just left towards the

21   front of the plane.

22         Q.    So it's -- so it's your interpretation that

23   he -- he immediately knew that he had been hit

24   intentionally and he absorbed it and departed?

25         A.    Yes.

```
                                                   Page 93

1              MR. KOLB:  Objection to form.
2       A.    Yes.  I -- I -- I believe -- I believe what
3   he -- he -- I believe he interpreted the hit as
4   deliberate.  Yes.
5       Q.    Okay.  So if -- if he hadn't interpreted the
6   hit as deliberate, he might have -- he might have paused
7   and said, "Hey, you just hit me" or something of that --
8   correct?
9       A.    I couldn't tell.
10             MR. KOLB:  Objection.  Form.
11      Q.    Did you observe the -- the passenger to
12  interact with the flight attendant any more after that
13  bag made contact?
14      A.    No, I didn't.  And that's -- that's part of
15  what I mean that he wasn't surprised.  I didn't see any
16  attempt to apologize.
17      Q.    And were -- were you paying scrupulous
18  attention to the passenger for every minute thereafter
19  prior to him being escorted off the plane?
20      A.    No, I wasn't.
21      Q.    So is it possible that the flight attendant
22  could have come back and he attempted to apologize?
23             MR. KOLB:  Objection.  Form.
24      A.    I -- I -- it could have been, but I don't
25  recall the flight attendant coming back into the business
```

Page 94

1    cabin until the security guard arrived.

2         Q.    Okay.  What -- what else were you doing that

3    morning to get situated in your -- in your seat for your

4    flight?

5              MR. KOLB:  Objection.  Form.

6         A.    I'm going to answer that with a question.  Are

7    you asking if I had to put things on the overhead or --

8         Q.    No, no.  I'm more asking what -- when you get

9    situated for a flight, you do stuff.  You get your book

10   out, you get your drink situated.  I'm -- I'm trying to

11   paint a picture of --

12        A.    Oh, okay.

13        Q.    -- of what else you were doing that morning.

14        A.    Yeah.  I -- I -- I was -- I was trying to look

15   for -- for where -- where I had just left my book --

16   precisely, my book.  I was trying to look at where I

17   had -- you know, where I had left off on -- on -- on

18   reading my book; and I was storing away my -- my -- my --

19   my boarding pass; and I was -- I was buckling myself up;

20   putting on my jacket.

21        Q.    Okay.  So -- so after -- after the -- the

22   flight attendant was hit, did you -- were you still

23   paying as close attention to what might come next or were

24   you also getting yourself situated?

25        A.    Oh, no.

Page 95

 1          MR. KOLB:  Objection.  Form.

 2      A.    At that point I was already situated and I --

 3  I had nothing better to do than to look at the ensuing

 4  drama that was happening.

 5      Q.    Okay.  But, still, the -- the flight attendant

 6  could have come back and you might not have seen it.

 7      A.    Yes.

 8      Q.    Is that -- is that --

 9          MR. KOLB:  Objection.  To form.

10      Q.    -- possible?

11          Okay.  What did -- what did you observe the --

12  the passenger to do after -- after the flight attendant

13  left?  What -- what was his reaction?

14      A.    Can you say that question again?  I spaced out

15  for a second.  Sorry.

16      Q.    After the flight attendant went to the front

17  of the plane, did you observe the passenger anymore?

18      A.    Yes.  For -- I -- I -- I looked at him for a

19  couple of seconds to see -- to try and figure out if the

20  hit had been accidental or if it had been deliberate.

21      Q.    And -- and what -- what was your impression of

22  the passenger?

23      A.    That he was -- he was sort of diverting his

24  attention around and about him nervously.

25      Q.    Did -- explain that.  What -- what -- why --

Page 96

1    why did you think he was doing that?

2         A.    Well, again, I'm -- I'm speculating as to --

3    as to his state of mind here.  But it looked to me like

4    he knew he had done something wrong and he was looking

5    out for the consequences of what he had done.

6         Q.    Could he have been looking to see if anyone

7    else had witnessed what occurred?

8              MR. KOLB:  Objection.  Form.

9         A.    Yes.

10        Q.    Yes.

11        A.    It could have been that.

12        Q.    Okay.  And did he interact with anybody at

13   that time?  What -- what -- describe what happened next.

14        A.    He -- he -- he remained seated on his -- on

15   his seat.

16        Q.    Did he seem upset?

17        A.    Not that I could tell.

18        Q.    Did -- did he seem confused?

19        A.    He seemed a bit nervous.

20        Q.    Yeah.  Okay.

21              And how -- what did you observe about the

22   flight attendant's demeanor after he came back and was

23   interacting with the -- the security guy?

24        A.    Well, he -- his interaction was fairly short

25   with everybody who had anything to do with anything at

Page 97

1     that point.  But he -- he just came back to the -- to the

2     business class cabin and he pointed the passenger out to

3     the security guard and then he went away from -- from the

4     area.  I couldn't tell if he went towards the back of the

5     plane or towards the front, but I -- I recall that he

6     wasn't there anymore by the -- by the time the passenger

7     was leaving the plane.

8          Q.    Do you -- could you tell if he was -- was

9     agitated at this point?  Did he seem upset?

10         A.    I mean, yeah.  A little upset.

11         Q.    Was he raising his voice?  Could you overhear

12    anything he was saying?

13              MR. KOLB:  Objection.

14              Asked and answered.

15         A.    I don't think he was raising his voice.

16         Q.    Okay.  Did you observe him to interact with --

17    with any of the flight attendants, after the plane

18    departed, about this incident?

19              MR. KOLB:  Objection.  Form.

20         A.    I couldn't recall.

21         Q.    So you don't -- you don't recall him -- him

22    speaking with the -- the blond woman about the incident?

23         A.    No.

24         Q.    Okay.  And -- and you don't recall seeing the

25    blond woman at any point during this incident?

Page 98

```
1              MR. KOLB:  Objection.
2              Asked and answered.
3       A.    No, I don't recall seeing her.
4       Q.    Okay.  When -- when is the first time you do
5   recall seeing her?
6       A.    Oh, well --
7              MR. KOLB:  Objection.
8              Asked and answered.
9       A.    -- I -- I -- I saw her as I was boarding the
10  plane and then I saw her again when she was, like,
11  handing out -- or asking for -- people if they wanted a
12  drink or something.
13      Q.    Okay.  And you saw her when she gave you a
14  water?
15      A.    Yeah, uh-huh.
16      Q.    Okay.  Now, I believe you've testified that
17  you never heard the passenger speak.  So you -- so you
18  never overheard him refuse to obey the --
19      A.    No.
20      Q.    -- the flight attendant; is that correct?
21             MR. KOLB:  Objection.
22      A.    Correct.
23             MR. KOLB:  Form.
24      A.    Yeah.  I -- I -- I never heard the passenger
25  speak.
```

Page 99

1        Q.    Okay.  Okay.  So you testified earlier there
2    was a lady sitting next to you that morning.
3        A.    Yes.
4        Q.    Do you know if she saw what happened?
5        A.    I couldn't tell.
6        Q.    You -- you never -- you never interacted with
7    her, raised an eyebrow with her?
8        A.    No.
9        Q.    No.  Okay.
10              Did you ever hear anybody else talking about
11    what happened?
12       A.    No.
13       Q.    Okay.  And did -- did you witness anybody else
14    observe the incident?
15       A.    I couldn't tell.
16             MR. KOLB:  Objection.  Form.
17       Q.    Okay.  So you -- you didn't see whether
18    another passenger was paying attention also?
19       A.    No.
20       Q.    And you didn't see whether another flight
21    attendant was paying attention also?
22       A.    I could -- yeah.  No, I couldn't tell.
23       Q.    You couldn't.  Okay.
24             Has anybody asked you whether there was --
25    whether you remember a second flight attendant?

Page 100

1      A.     Has anybody asked me whether I remember a
2   second flight attendant?  Yes.
3      Q.     Okay.  Did you ever observe the -- the
4   security -- well, we'll just call him -- we'll call him a
5   GSC.  He was a ground security coordinator, so if I say
6   GSC, that's who we're speaking about.
7      A.     Yeah.  That's going to be easier for me too.
8      Q.     Yeah.
9             Did you ever observe the GSC come back onto
10  the plane to speak with the flight attendant again after
11  the passenger had already been taken off?
12     A.     I don't recall.
13     Q.     Did you ever hear the -- the captain make an
14  announcement about a passenger being removed?
15     A.     I don't recall.  That's a good question.  No,
16  I don't recall.  Sorry.
17     Q.     Okay.  Do you know anyone else who was on the
18  flight that morning?
19     A.     No.
20     Q.     No.
21            Did you ever hear the -- the flight attendant
22  say, "I won't fly with him"?
23     A.     No.  I -- I -- I -- no.  I -- I never heard
24  him say that.
25     Q.     Okay.  So let's -- let me -- let me get -- get

Page 101

1     a mental picture, here, of -- of just how you were -- you

2     were getting the view that you were from seat 4F.

3              So you were -- you were in the last row of

4     business class; correct?

5        A.    Correct, yes.

6        Q.    And you were in a window seat?

7        A.    Yes.

8        Q.    Okay.  And, now, I'm going to -- I'm going to

9     let you in on a -- on a detail we haven't heard here

10    today.  Mr. Clowdus, the passenger, he was actually in a

11    window seat too.

12       A.    Okay.

13       Q.    And he was in 1A and you were in 4F.  So in

14    between you and him is a diagonal; right?

15       A.    (Nodding.)

16       Q.    And so you have seats -- you have two rows of

17    seats, Row 2 and Row 3, between his row and your row;

18    right?

19       A.    Correct.

20       Q.    And you're -- and you're on a diagonal.

21             And so I'm trying to -- I'm trying to work out

22    the -- the sight line that you would have had to observe

23    this interaction.

24       A.    Okay.

25       Q.    Can you explain to me whether you were looking

Page 102

1     between seats?  Around seats?

2          A.   Oh, yeah.  No, no.  The -- the other seat --

3     like, if -- like you're -- you're -- you're providing the

4     detail that he's assigned Seat 1, the window one; right?

5     He was, however, not sitting in that seat.  That seat had

6     no passenger.  For the --

7          Q.   You sure about that?

8          A.   Yes.  For the remainder of the flight, I don't

9     remember anybody sitting down at -- on the front row

10    on -- on that side of the plane.

11         Q.   Okay.  What -- any other person, you mean;

12    correct?

13         A.   Could you be more specific with that?

14         Q.   When you say -- when you say you don't

15    remember seeing anyone else sitting down on that side of

16    the plane, are you referring to the passenger or some

17    other passenger?

18              MR. KOLB:  Objection.  Form.

19         A.   I don't -- I don't understand the distinction.

20         Q.   Okay.  I'm -- I'm just -- I guess I don't

21    understand the answer you just gave.  So --

22         A.   Okay.  Okay.  No, no, no.  Let's -- let's

23    figure it out.

24         Q.   Okay.  So you're saying that there was nobody

25    seated next to Mr. Clowdus, the passenger; correct?

Page 103

1      A.     Yes.   That's what I recall.   The -- the
2   seat --
3      Q.     Okay.
4      A.     The seat next to him was empty, and I remember
5   him sitting on the aisle seat.  If you're saying that his
6   assigned seat was the window one, then he wasn't using
7   that one.
8      Q.     Okay.  Well, now, you remember that very
9   certainly, but he remembers sitting in the window seat,
10   and actually everybody else has said he was in the window
11   seat.  So this may just be a -- a product of your -- your
12   memory and over time.
13          And so -- so I'm trying to get a picture of
14   how -- how this could have played out and you still,
15   nonetheless, could have seen what occurred.
16          MR. KOLB:  Objection.  Form.
17      Q.     So do you remember how you were -- how you
18   were getting that sight line between you and the
19   interaction that occurred?  Were you looking between the
20   seats?
21      A.     Like, from -- like, was I looking between the
22   seats that were right in front of me or --
23      Q.     Yeah.
24      A.     -- was I looking between the seats on the
25   front side of the plane?

Page 104

1    Q.    Well, both.

2    A.    Well, from -- from my seat I was looking

3 from -- from above the seat in front of me.  And -- and

4 towards this -- that -- the side where -- where the

5 passenger was sitting.  I'm pretty sure that he was --

6 during the -- during this whole thing, I'm pretty certain

7 he was sitting in the aisle seat.

8    Q.    Okay.  If somebody was standing in the aisle

9 in the second row, would you have been able to see what

10 was occurring?

11   A.    Yes.  A little bit, yeah.

12   Q.    If -- if they were standing next to the flight

13 attendant but in the second row, would -- would you have

14 been able to see beyond that person?

15   A.    I'm -- I'm trying to build a map here; okay?

16 If they were standing -- yes, I believe I would have been

17 able to see, yes.

18   Q.    Now, how would you have been able to see that

19 if the person was standing in the row?

20        MR. KOLB:  Objection.

21   A.    Well --

22        MR. KOLB:  Form.

23   A.    -- be -- because it wouldn't have interrupted

24 my line of sight.

25   Q.    Now, you're -- you're testifying that

Page 105

1    you're -- you're looking up over the seat back; is --

2         A.    Yes.

3         Q.    -- that correct?

4         A.    Uh-huh.

5         Q.    And how tall are you?

6         A.    I'm five-eight.

7         Q.    Five-eight.

8         A.    Five-ten.  I don't know.  Five -- somewhere

9    between five-eight and five-ten.  I would lean towards

10   five-eight.

11        Q.    And when you're sitting in a seat in the -- in

12   business class, does it have the -- the wings that you

13   can pull around your ears -- so you can kind of go to

14   sleep -- side to side?

15        A.    Yes, they do.

16        Q.    And where do those wings fall on your -- on

17   your build?

18        A.    A -- a -- a little bit of my head goes -- goes

19   above the -- the thing.  So they -- they sort of support

20   the sides of my face.

21        Q.    Okay.  So if someone was six feet or above,

22   they wouldn't be able to use those wings, from that

23   description, would they?

24        A.    I don't think so --

25             MR. KOLB:  Objection.

Page 106

1           A.      -- no.

2                   MR. KOLB:   Form.

3           A.      But -- but they -- you can move them upwards

4      and downwards.

5           Q.      Are you saying that you can move the wings

6      above the -- the height of the seat back?

7           A.      A little bit.  Yeah.

8           Q.      I've -- I've never witnessed that, personally,

9      traveling.

10                  MR. KOLB:   Object to the sidebar.

11          Q.      Did you -- did you adjust them?

12          A.      No.

13          Q.      Okay.  Now, is your testimony that your sight

14     of the incident was -- was fully over the top of the

15     seats?

16          A.      Yes.

17          Q.      Or were you looking between the seats at all?

18     Now we -- well, answer that.

19          A.      Yes.  Complete -- like, I was only looking

20     from above my -- from above the seat in front of me.

21          Q.      Okay.  And were you buckled in at the time?

22          A.      Yes.

23                  MR. KOLB:   Objection.

24                  Asked and answered.

25          Q.      Okay.  But you -- you don't recall whether

Page 107

```
1    there was an individual standing in Row 2?

2         A.    No, I don't.

3         Q.    No.  Okay.

4               If the female flight attendant had been

5    standing in your line of sight in Row 2, do you think you

6    would have noticed?

7               MR. KOLB:  Objection.

8               Asked and answered.

9         A.    Can you be more specific?  I would have

10   noticed what?

11        Q.    Her presence.

12        A.    Yes.  I -- I -- yeah, maybe.  I -- I couldn't

13   tell.

14        Q.    Okay.

15        A.    Maybe if I had been paying attention to her, I

16   would have recalled her standing there.  But I wasn't

17   paying attention to other people.

18        Q.    Okay.  Well, do you -- do you think if --

19   if -- if her body was impacting your line of sight, that

20   you might have been more likely to have noticed if you

21   were kind of looking around her to see what was --

22              MR. KOLB:  Objection --

23        Q.    -- going on?

24              MR. KOLB:  Objection.  Form.

25        A.    I -- can you -- can you -- can you rephrase
```

Page 108

1    that question, please?

2        Q.    Well, if -- if -- if there was a female flight

3    attendant who was at least partially blocking your line

4    of sight, do you think that that would have you -- you

5    would have been more likely to notice that since you were

6    looking, kind of, around her?

7        A.    Yes.

8            MR. KOLB:  Objection.  Form.

9        A.    I believe if she had been obstructing my line

10   of sight, I -- I -- I would have maybe taken better

11   notice of her.  But I don't believe she was interrupting

12   my line of sight.

13       Q.    Okay.

14       A.    I don't believe anybody was.

15       Q.    Okay.  And you didn't see anybody else

16   standing in the aisle during this interaction or -- or in

17   the immediate aftermath?

18       A.    Yes.  I was -- I was pretty --

19           MR. KOLB:  Objection.  Form.

20       A.    I was pretty zeroed in on what was happening.

21       Q.    Okay.  All right.  I'm -- well, hold on.  Let

22   me see.

23       A.    I have a question.  Can I stand up and move

24   away to get a glass of water?

25           MR. WOODROW:  Why don't we take a ten-minute

Page 109

1         break and you go get -- get some water?  We can do a

2         bathroom break and we'll come back.  Is that good

3         for everybody?

4              MR. KOLB:  That works.  Thank you.

5              MR. WOODROW:  Okay.

6              THE VIDEOGRAPHER:  We're now going off the

7         record.  The time is 3:04 p.m. Eastern.

8              (Off the record.)

9              THE VIDEOGRAPHER:  And we are now back on the

10        video record.  The time is 3:10 p.m. Eastern.

11   BY MR. WOODROW:

12        Q.    Okay.  All right.  Just a few more questions

13   for you, Mr. Quintana.

14              So obviously, we're -- we're here today

15   because Mr. Clowdus brought a lawsuit.  And -- and he's

16   very adamant that the -- the -- the bag striking on

17   Mr. Moreno was accidental and -- and that he was confused

18   afterwards.

19        A.    Uh-huh.

20        Q.    And it -- and that the GSC put him on the next

21   flight and -- and -- and did attempt to mediate that --

22   that situation.

23              And -- and so I guess my question to you is:

24   Is it possible that -- that the bag strike was not

25   intentional?

Page 110

```
 1              MR. KOLB:  Objection.  Form.
 2        A.    Yes.
 3        Q.    Can you say with certain -- is the -- can you
 4   say with --
 5        A.    I --
 6        Q.    -- certainty that the bag strike was
 7   intentional?
 8              MR. KOLB:  Objection.
 9        A.    I can -- I can tell you that I certainly
10   believe that it was intentional.
11        Q.    But you can't say with certainty whether --
12   whether Mr. Clowdus did actually intend to hit
13   Mr. Moreno, can you?
14        A.    Well --
15              MR. KOLB:  Objection.
16        A.    -- no --
17              MR. KOLB:  Form.
18        A.    -- because I'm not inside his head.
19        Q.    Correct.
20              And -- and -- and you can't say with certainty
21   what the dynamic was between Mr. Moreno and Mr. Clowdus
22   at that moment or in the interactions leading up to that
23   moment, can you?
24              MR. KOLB:  Objection.  Form.
25        A.    Could you be a little more specific with that
```

Page 111

1  question, please?

2      Q.    Well, since you didn't overhear any of the

3  verbal exchanges --

4      A.    Uh-huh.

5      Q.    -- including Mr. Clowdus's exchanges with

6  Mr. Moreno nor any exchanges they may have had before you

7  boarded the plane, you -- you can't -- you can't say with

8  certainty that you understood the dynamic that was going

9  on between them, can you?

10          MR. KOLB:  Objection.  Form.

11      A.    I can only speak to what I -- to what -- as to

12  what I saw.

13      Q.    Okay.  So -- so it's possible that -- that

14  this was 6:30 in the morning and brains are moving slowly

15  and this was an unfortunate accident that, you know, spun

16  out of control.  Is that possible?

17      A.    Well, I --

18          MR. KOLB:  Objection.  Form.

19      A.    -- I -- I couldn't say for sure.

20      Q.    Okay.  You couldn't say for sure either way;

21  correct?

22          MR. KOLB:  Objection.

23      A.    Correct.

24          MR. KOLB:  Form.

25      A.    I couldn't say for sure either way.

Page 112

```
 1          Q.     Okay.   Now, there -- there -- there's been

 2    no -- there's been no allegation, so far in this case,

 3    from -- from any flight attendant or -- or the passenger,

 4    anything about these issues with the mask or being asked

 5    anything about the mask.  And -- and so that's confusing

 6    to me.

 7          A.     Okay.

 8          Q.     Are -- are you -- are you certain that you

 9    witnessed these interactions around the mask?

10          A.     Yes.

11                 MR. KOLB:  Objection.

12                 Argumentative.

13          Q.     Because the flight attendant never said

14    anything about that --

15                 MR. KOLB:  Objection.

16          Q.     -- in his deposition --

17                 MR. KOLB:  Argumentative.

18          Q.     -- or in his report.

19                 So are you -- are you sure you witnessed it?

20                 MR. KOLB:  Objection.

21          A.     Yes.

22                 MR. KOLB:  Argument --

23          A.     I'm -- I'm -- I'm certain I witnessed the

24    pantomime.

25          Q.     Did -- but you didn't -- you didn't witness
```

Page 113

```
 1    any follow-on discipline or anything of that sort

 2    after -- you witnessed three times, you say, of -- of --

 3    of the mask interaction?

 4              MR. KOLB:  Objection.  Form.

 5         A.    I'm not sure I understand that question.

 6    Sorry.

 7         Q.    How many times did you say that you -- you

 8    witnessed the flight attendant instruct him about the

 9    mask?

10         A.    I'd say three.

11         Q.    Three times?

12         A.    Yes.

13         Q.    Okay.  So in just the time that you were

14    sitting on the plane, which was almost last in the

15    boarding process, you remember seeing the passenger

16    interact with Mr. Moreno three times?

17         A.    Yes.

18              MR. KOLB:  Objection.  Form.

19         Q.    Okay.  But none of those times did you see the

20    passenger speak or -- or move or not move to comply?

21              MR. KOLB:  Objection.  Form.

22         Q.    You did -- in -- in any of those instances,

23    you didn't -- you didn't see how the passenger responded,

24    did you?

25         A.    Well --
```

Page 114

```
 1              MR. KOLB:  Objection.  Form.
 2        A.    -- I would say I noticed that he failed to
 3    respond.
 4        Q.    Right.  You -- you didn't see an affirmative
 5    response.  You -- you infer a lack of response from
 6    seeing nothing; is that correct?
 7        A.    Correct.
 8              MR. KOLB:  Objection.  Form.
 9        Q.    Okay.  When -- when are you -- when are you
10    heading back to Mexico?
11        A.    At this -- at this point, it's uncertain.
12              Do I have to answer that?
13        Q.    Yeah.
14              MR. KOLB:  Only if you want to.
15        A.    Okay.  So I -- I have a flight scheduled, for
16    this Sunday, to go back home, but my wisdom tooth -- both
17    of my wisdom tooth and my upper molars are coming out so
18    I might have the surgery here.
19        Q.    Oh, that's a bad one.  I've had that one.
20        A.    It can't be worse than the ones -- where they
21    took the bottom ones.
22        Q.    Yeah.  They -- I've had both.  They were both
23    pretty bad, but they give you good -- good stuff.
24              MR. WOODROW:  I think that's -- I think that's
25        pretty much all I have for you, Mr. Quintana.
```

Page 115

1        THE WITNESS:  Okay.

2        MR. WOODROW:  Thank you for showing up today.

3    Thank you for being cooperative, and I wish --

4        MR. KOLB:  Just one --

5        MR. WOODROW:  -- you the best.

6        MR. KOLB:  Just one further question.

7                    REDIRECT EXAMINATION

8    BY MR. KOLB:

9        Q.   Based on what you saw, do you know of anything

10   that would have prevented Mr. Clowdus from stowing his

11   bag on any one of the three occasions he was asked to do

12   so?

13       A.   No.  No, I wouldn't have been able to.  I

14   don't -- I don't think I can answer that question without

15   being speculative.

16       Q.   Okay.  All right.  Fair enough.

17       MR. WOODROW:  Well, let me --

18       MR. KOLB:  That's --

19       MR. WOODROW:  -- add one --

20       MR. KOLB:  -- all the questions --

21       MR. WOODROW:  Let me add one follow-up to

22   that.

23                    RECROSS EXAMINATION

24   BY MR. WOODROW:

25       Q.   Mr. Kolb just -- just alluded to three

Page 116

1    occasions where he was asked to stow his bag, but, in

2    fact, you only observed two occasions where he was asked

3    to stow his bag, and on one of those occasions he moved

4    to comply; is that correct?

5         A.    I wouldn't say he moved to comply.

6         Q.    Well, he -- he --

7               MR. KOLB:  Objection.

8               Misconstrues testimony.

9         Q.    And one of the occasions was the occasion

10   where he moved to comply and bumped the flight attendant

11   with his bag; correct?

12              MR. KOLB:  Objection.

13              Misconstrues testimony.

14        A.    Yeah.  Again, I wouldn't -- I wouldn't say he

15   moved to comply.  But if -- if that's what -- if that's

16   what happened and it -- indeed, it was an accident, then

17   I don't understand what he was complying to.

18        Q.    Well -- and I'll tell you another -- another

19   difference between your testimony and -- and the flight

20   attendant's testimony, in fact, and his testimony is the

21   flight attendant said, "Give me the bag."

22        A.    Oh, okay.

23        Q.    And he -- he even wrote that in his report.

24   And he said it twice, "Give me the bag" twice.

25        A.    Okay.

Page 117

1       Q.    And so -- so Mr. Clowdus was reaching down

2   under and swinging the bag over to give it to him.  And

3   so that -- that was -- and does that make it a little

4   more clear how this could have conceivably been an

5   accident?

6             MR. KOLB:  Objection.  Form.

7       A.    I mean, sure.  But I'm under the impression

8   that accidental assault is still assault.

9       Q.    -- well -- well, don't worry about the

10  legal --

11      A.    Okay.

12      Q.    -- the legal definitions of assault.

13            But just -- just for -- for the narrative in

14  your own mind of how this would have played out -- and --

15  and so nobody has alleged that he just gratuitously took

16  his bag and hit the flight attendant.  The contention has

17  always been was it --

18            MR. KOLB:  That -- that's a misrepresentation

19        of our position, Mr. Woodrow.

20      Q.    (Inaudible) or you're hitting me with the bag.

21            MR. KOLB:  Let me object --

22      Q.    So --

23            MR. KOLB:  -- to the misrepresentation of our

24        position.  If you can't be honest with the witness,

25        I'll make you wish you had.

```
                                              Page 118

 1            MR. WOODROW:  I -- I don't think that's

 2       misrepresenting your position, Mr. Kolb, so let's

 3       settle down a little bit.

 4            MR. KOLB:  Our position -- and you've

 5       acknowledged it in your discovery -- is that he was

 6       deplaned for intentionally assaulting a flight

 7       attendant.  I don't know why you would lie to this

 8       witness like this.  He's already said that you were

 9       more than -- you were less than honest in your prior

10       communications.

11            MR. WOODROW:  I don't know why you're --

12            MR. KOLB:  I don't know why you're continuing

13       this.

14            MR. WOODROW:  I don't know why you're

15       misconstruing what I just said, Kelly.  Because what

16       I said was not that you haven't alleged it was

17       intentional.  What I said was that he was moving in

18       response to an undisputed request.  So I don't know

19       why you're saying that's me being dishonest.  The

20       flight attendant said, "Give me the bag," and he

21       said it twice.

22            MR. KOLB:  You misrepresented our position to

23       this witness.

24            MR. WOODROW:  No, I did not.

25            MR. KOLB:  That's why I'm getting -- that's
```

Page 119

```
1        why I'm objecting.
2              And I asked you to be honest --
3              MR. WOODROW:  (Inaudible) saying here.
4              MR. KOLB:  -- with the witness -- he's already
5        suggested that you've been less than honest with him
6        in the --
7              MR. WOODROW:  Kelly --
8              MR. KOLB:  -- past.
9              MR. WOODROW:  -- stop.
10             MR. KOLB:  I'm simply asking you --
11             MR. WOODROW:  Stop.
12             MR. KOLB:  -- to be honest with him now and
13       stop misrepresenting our position --
14             MR. WOODROW:  Kelly --
15             MR. KOLB:  -- to the witness in an effort to
16       lead him to provide an answer --
17             MR. WOODROW:  Are you --
18             MR. KOLB:  -- that will never be admissible at
19       trial --
20             MR. WOODROW:  Are you done?
21  BY MR. WOODROW:
22       Q.   Mr. Quintana, do you understand the
23  distinction of what -- of what I was just saying?
24       A.   Not quite.
25       Q.   Okay.  So -- so what I was saying was that
```

Page 120

1    nobody disputes, in this case, that Mr. Moreno said,

2    "Give me the bag," and that Mr. Moreno expected that

3    Mr. Moreno was going to be stowing the bag above for

4    Mr. Clowdus.  Now, that's the only point that I was just

5    making before Mr. Kolb went into his -- out of hysterics.

6            So what I asked you was:  You know, in that --

7    in that context, does it seem more reasonable that this

8    could have been him swinging his bag over to hand it to

9    the flight attendant and that was the accidental strike?

10   That's all I was asking you.

11       A.   Well --

12            MR. KOLB:  Objection.  Form.

13       A.   I'll -- I'll -- I'll say again that I believe

14   that the swing and the hit were both intentional.

15       Q.   Okay.  And I -- and I understand that that --

16   that that was your impression of what occurred, and

17   that's fine.  That's your impression.

18            To go back to where we started with that, just

19   to clarify from Kelly's last question where he said,

20   three times, that the passenger was asked to stow his bag

21   and didn't comply.  That wasn't accurate; correct?

22   Because the first time you only heard him say, "Fix your

23   mask, please"; correct?

24            MR. KOLB:  Objection.

25            Argumentative.  Asked and answered.

1      A.    He might have said something else.  I'm -- I'm

2  saying that what I could hear was only the part of the

3  mask.  Yes.

4      Q.    And that's -- that's all you can do is testify

5  to what you heard.  That's all we expect.  That's all

6  we've asked.

7            MR. KOLB:  Object to the sidebar.

8      Q.    And so the second time, you -- you also saw

9  something about the mask but you believe that you recall

10  something about a bag --

11     A.    Yeah.

12     Q.    -- and him not complying.  Is that correct?

13     A.    Uh-huh.

14            MR. KOLB:  Objection.

15            Asked and answered.

16     Q.    And then the third time you believe you heard

17  something about a mask and also about the bag, and that

18  is when the interaction with the bag occurred within, I

19  believe you said, two seconds.  Is that correct?

20     A.    Yes.  After --

21            MR. KOLB:  Objection.

22            Asked and answered.

23     A.    -- an amount of time after the request for

24  compliance.

25     Q.    Okay.  So in your recollection there's only

Page 122

1    one instance where the passenger was told to put his bag

2    above and did nothing to respond; is that correct?

3          A.    No.   Two --

4                MR. KOLB:  Objection.

5                Asked and answered.

6          A.    -- incidents.

7                MR. KOLB:  Misrepresents testimony.

8          Q.    We're -- we're not counting the incident where

9    he -- where he struck the flight attendant with the bag.

10   That's a separate issue entirely.  In that --

11               MR. KOLB:  No, it isn't.

12         Q.    -- incident, he did reach down and take the

13   bag and swing it over to the flight attendant; correct?

14               MR. KOLB:  Objection.

15               Asked and answered.  Misconstrues testimony.

16         A.    I'd say he swung it, like, deliberately at

17   the -- with the intent to hit the flight attendant.

18         Q.    That's -- that's fine.  That's fine if

19   that's -- if that's your -- that's your interpretation of

20   what happened.

21               But it also could have been an attempt to hand

22   it to the flight attendant; correct?

23         A.    If you --

24               MR. KOLB:  Objection.

25         A.    -- if you say --

Page 123

```
 1              MR. KOLB:  Speculation --
 2       A.    -- so.
 3       Q.    If --
 4              MR. KOLB:  -- and asked and answered.
 5       Q.    If he -- if someone else says so -- I -- I --
 6   we've already gone through this before and you said yes,
 7   it is possible.  You don't know.  You weren't in his
 8   head.  You only --
 9       A.    Yeah.
10       Q.    -- saw --
11       A.    I can't --
12       Q.    -- what you saw.
13       A.    I -- I -- I can only maintain what I -- what I
14   saw --
15       Q.    Right.  That's all --
16       A.    -- which is --
17       Q.    -- I'm asking.
18       A.    Which is that I -- I -- I -- I believe the --
19   the -- the strike was -- was -- was in -- the strike was
20   deliberate.
21       Q.    I don't know how the reporter is going to
22   write that down, but I'll be interested to see.
23              And -- and -- and I understand that, and we've
24   well established your position.  I'm just establishing an
25   alternate, which is our position.  And -- and it -- and
```

Page 124

1   we say that that -- that that was an attempt to comply.

2   And you -- you can have your -- your interpretation of

3   how you -- you saw that.  That's fine.

4        A.   Yeah.

5        Q.   But if that was an attempt to comply, the only

6   instance we're left in your remembrance is the second one

7   where you saw him do nothing; correct?

8        A.   Correct.

9             MR. KOLB:  Objection.  Form.

10            MR. WOODROW:  Okay.  That's all I was trying

11       to get at.

12            And I think that's all I've got for you, so --

13       so have a great trip back to Mexico.

14            And I -- and I think we're -- we're done

15       unless Kelly's got something else.

16            MR. KOLB:  That will work.

17            We can go off the record.

18            Sir, you -- you've got the right to read and

19       sign your deposition transcript or you can waive the

20       signature.  It's --

21            THE WITNESS:  Okay.

22            MR. KOLB:  -- entirely up to you.  It's up to

23       you how you want to do it.

24            THE WITNESS:  I -- okay.  Do I have to answer

25       now?

Page 125

1          MR. KOLB:  No, you don't.

2          THE WITNESS:  Okay.

3          MR. KOLB:  So let me suggest the court

4     reporter send it to me -- the transcript to me.

5     I'll get it to Mr. Quintana or find out if he wants

6     to waive, and we'll get it either back to the court

7     reporter or certify it.

8          THE VIDEOGRAPHER:  All right.  So does both

9     counsel concur that today's deposition of this

10    witness is concluded?

11         MR. KOLB:  Yes.

12         MR. WOODROW:  Yes.

13         THE VIDEOGRAPHER:  All right.  Please stand

14    by, then.

15         This concludes the deposition of Mr. Federico

16    Quintana.  The number of media units used during

17    this -- to record this deposition was two.  They

18    will be retained by Veritext Legal Solutions.

19         We are now off the record and the time is

20    3:25 p.m. Eastern.

21         (The deposition was concluded at 3:25 p.m.)

22

23

24

25

Page 126

1                    CERTIFICATE OF OATH

2

3    STATE OF FLORIDA)

4

5

6            I, the undersigned authority, certify that

7    FEDERICO QUINTANA-VALLEJO appeared before me via

8    videoconference on March 22, 2022, and was duly sworn.

9

10           WITNESS my hand and official seal on

11   April 3, 2022.

12

13

14

15           Tricia March, Court Reporter
             Notary Public - State of Florida
16           My Commission Expires:  11/6/22
             My Commission No:  GG 274722

17

18   Passport Number
     Q34853523

19

20

21

22

23

24

25

Page 127

```
 1                    REPORTER'S CERTIFICATE

 2    STATE OF FLORIDA)

      COUNTY OF PASCO )

 3

 4            I, Tricia March, certify that I was

 5    authorized to and did stenographically report the

 6    videoconference deposition of FEDERICO QUINTANA-VALLEJO

 7    on March 22, 2022, and that the transcript is a true and

 8    complete record of my stenographic notes.

 9            I further certify that I am not a relative,

10    employee, attorney, or counsel of any of the parties, nor

11    am I a relative or employee of any of the parties'

12    attorney or counsel connected with the action, nor am I

13    financially interested in the outcome of the foregoing

14    action.

15

16            DATED April 3, 2022.

17

18

19

20

21                    TRICIA MARCH

22

23

24

25
```

Page 128

1    Kelly H. Kolb, Esquire

2    kelly.kolb@bipc.com

3                        April 6th, 2022

4    RE:    Clowdus, Troy v. American Airlines

5        3/22/2022, Federico Quintana (#5141192)

6        The above-referenced transcript is available for

7    review.

8        Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12       The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   erratas-cs@veritext.com.

16

17    Return completed errata within 30 days from

18   receipt of testimony.

19     If the witness fails to do so within the time

20   allotted, the transcript may be used as if signed.

21

22                    Yours,

23                    Veritext Legal Solutions

24

25

```
                                                  Page 129
 1    Clowdus, Troy v. American Airlines

 2    Federico Quintana (#5141192)

 3                  E R R A T A   S H E E T

 4    PAGE_____ LINE_____ CHANGE_____

 5    _____

 6    REASON_____

 7    PAGE_____ LINE_____ CHANGE_____

 8    _____

 9    REASON_____

10    PAGE_____ LINE_____ CHANGE_____

11    _____

12    REASON_____

13    PAGE_____ LINE_____ CHANGE_____

14    _____

15    REASON_____

16    PAGE_____ LINE_____ CHANGE_____

17    _____

18    REASON_____

19    PAGE_____ LINE_____ CHANGE_____

20    _____

21    REASON_____

22

23    _____    _____

24    Federico Quintana                    Date

25
```

Page 130

1    Clowdus, Troy v. American Airlines

2    Federico Quintana (#5141192)

3                    ACKNOWLEDGEMENT OF DEPONENT

4       I, Federico Quintana, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____    _____

12   Federico Quintana                   Date

13   *If notary is required

14                          SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                          _____ DAY OF _____, 20___.

16

17

18                          _____

19                          NOTARY PUBLIC

20

21

22

23

24

25

| & | |
|---|---|
| **&** | 2:3,7 3:8 |

**0**

**05** 3:2
**06** 3:14

**1**

**1** 3:14 4:4 6:10
  77:10 102:4
**10** 5:20 7:20 8:21
**11/6/22** 126:16
**115** 3:4,5
**126** 3:6
**127** 3:7
**128** 3:8
**129** 3:9
**1303** 8:22
**15** 8:20 12:16
**150** 56:17
**1:05** 1:17 4:3
**1:21** 1:5 4:10
**1a** 101:13
**1d** 56:6

**2**

**2** 77:18 101:17
  107:1,5
**20** 130:15
**201** 2:4
**2021** 5:20 8:22
**2022** 1:14 4:2
  126:8,11 127:7,16
  128:3
**22** 1:14 126:8
  127:7
**2250** 2:8
**22902** 2:4
**22nd** 4:2
**23** 3:3
**23155** 1:5 4:10
**24992** 126:14
  127:20

**250** 2:3
**274722** 126:16
**2:28** 77:14
**2:29** 77:19

**3**

**3** 101:17 126:11
  127:16
**3/22/2022** 128:5
**30** 7:19,22 66:3
  128:17
**33301** 2:9
**35** 66:3
**3:04** 109:7
**3:10** 109:10
**3:25** 1:17 125:20
  125:21

**4**

**401** 2:8
**4a** 46:7 47:3 81:5
**4f** 81:7 101:2,13

**5**

**5141192** 128:5
  129:2 130:2

**6**

**6:30** 111:14
**6th** 128:3

**a**

**aa** 32:18,21,24
  44:21 45:2,5,11,16
  46:8,12,12 49:22
**aa's** 46:9
**aberrations** 10:8
**ability** 42:19 52:24
**able** 13:18 21:18
  66:8,14 74:6
  75:10 104:9,14,17
  104:18 105:22
  115:13

**aboard** 19:17 30:5
  82:17 84:8
**absorbed** 92:24
**abusive** 11:21 53:2
**accent** 59:20,21
**accident** 59:20
  111:15 116:16
  117:5
**accidental** 91:6
  95:20 109:17
  117:8 120:9
**accidently** 44:25
**account** 21:24
  26:12
**accuracy** 128:9
**accurate** 33:19
  34:10 120:21
**accuse** 46:25
**accused** 32:3
**accusing** 33:11
  47:4
**acknowledged**
  118:5
**acknowledgement**
  130:3
**acknowledgment**
  128:12
**action** 1:6 86:7
  127:12,14
**actions** 14:9
**adamant** 45:22
  109:16
**add** 46:2 115:19
  115:21
**additions** 130:6
**address** 21:22
  37:18 44:20
**addressed** 81:18
  81:20
**adjectives** 61:23

**adjust** 106:11
**admissible** 119:18
**adult** 8:17
**advantage** 26:12
  45:19
**advice** 41:19,20,22
  42:3
**advise** 10:5 40:24
  41:1
**affirm** 5:5
**affirmative** 114:4
**aftermath** 108:17
**afternoon** 32:16
  44:18
**age** 60:5
**aggressive** 33:11
  89:8
**agitated** 61:24
  97:9
**agitation** 86:19
**ago** 5:18 33:9
**ahead** 35:18,18
  41:17
**air** 11:13 38:12
  39:14 74:13
**aircraft** 8:18 9:8
  9:13 10:19 12:15
  18:3 19:2,9,9
**airline** 51:23
**airlines** 1:7 4:7,21
  5:19,20 8:12 19:2
  19:8 21:23 22:17
  26:14,18 27:3,9,14
  28:14,15,23 29:6
  30:16,20,21 33:14
  33:22 34:11 40:23
  41:2,11,20 42:19
  42:23 43:24 51:1
  52:10 128:4 129:1
  130:1

**airplane** 15:5
**aisle** 9:17 10:17,22
  10:23 28:11 56:6
  56:8 58:15 69:1
  72:15 73:20,22
  74:3,6 103:5
  104:7,8 108:16
**alert** 28:25
**allegation** 112:2
**alleged** 117:15
  118:16
**allotted** 128:20
**alluded** 115:25
**alternate** 123:25
**amazing** 57:15
  88:23
**american** 1:7 4:7
  4:21 5:19,20 8:12
  19:2,8 21:23
  22:17 26:11,14,18
  27:3,8,14 28:13,15
  28:20,23 29:6
  30:15,19,21 33:14
  33:22 34:11 40:23
  41:2,11,20 42:19
  42:23 43:24 50:25
  52:10 59:20 128:4
  129:1 130:1
**amount** 121:23
**angry** 21:6 68:13
**announcement**
  100:14
**answer** 7:6,13
  8:19 24:4,10,22
  34:4 36:11,20,22
  36:23 37:2,3,5,7
  37:14 38:12 39:6
  41:13 44:7 46:14
  48:5,6,16,18 49:11
  51:17 52:16,23
  53:1,5 64:9 76:23

94:6 102:21
  106:18 114:12
  115:14 119:16
  124:24
**answered** 28:22
  30:18 35:16 36:9
  36:13,19,21 37:15
  39:13 40:15 42:10
  42:11 47:10 52:14
  52:15,20 53:7
  55:14 67:19 70:13
  75:21 82:13 84:17
  84:23 97:14 98:2
  98:8 106:24 107:8
  120:25 121:15,22
  122:5,15 123:4
**answering** 38:18
  38:25 39:5
**anybody** 10:5 26:6
  96:12 99:10,13,24
  100:1 102:9
  108:14,15
**anymore** 95:17
  97:6
**apologize** 93:16,22
**appear** 6:5
**appearances** 2:1
**appeared** 126:7
**appended** 130:7
**applicable** 128:8
**approach** 13:1
  14:5,20
**approached** 69:6
  85:8,14
**approaches** 14:24
**approaching**
  12:20 14:8
**april** 126:11
  127:16 128:3
**area** 18:14,16 28:1
  97:4

**argue** 21:3
**argument** 34:25
  112:22
**argumentative**
  48:4 112:12,17
  120:25
**argumentive** 35:1
  90:6
**arm** 16:24 92:5
**arrived** 58:15 94:1
**asked** 6:18 7:5
  13:6 19:17 21:3
  21:21 28:21,22
  29:19 30:4,18
  35:16 36:4,13,16
  37:13 39:7 40:15
  41:5,11 42:2,10
  48:23 51:14 52:14
  52:19 55:14 64:23
  67:19 69:19 70:13
  75:21 79:8 82:13
  84:17,17,23 85:9
  88:16 97:14 98:2
  98:8 99:24 100:1
  106:24 107:8
  112:4 115:11
  116:1,2 119:2
  120:6,20,25 121:6
  121:15,22 122:5
  122:15 123:4
**asking** 28:18
  29:10 42:3 55:10
  62:12 66:10 85:11
  94:7,8 98:11
  119:10 120:10
  123:17
**asks** 15:1
**assault** 117:8,8,12
**assaulting** 118:6
**assigned** 55:8
  102:4 103:6

**assume** 7:4 19:13
  42:7 50:8 85:11
  86:11
**attached** 128:11
**attempt** 88:17
  93:16 109:21
  122:21 124:1,5
**attempted** 21:11
  34:18 76:21 93:22
**attempting** 21:25
**attempts** 41:13
**attend** 6:20
**attendant** 10:25
  11:16 12:20 13:1
  14:4,8,20 15:12,22
  16:7,9,18,21,23
  17:4,7,10,20 18:6
  18:7,15,19,23
  19:12 20:16 21:2
  26:20 27:22 45:1
  59:2,4,18 61:14
  62:22 63:1,6
  64:19,23 65:2,7
  66:24 67:6,17
  69:6 72:20 73:24
  74:15,22 75:13
  78:5,9 79:12,15
  80:8 81:19,22,24
  82:9,9,23,23 83:3
  83:16,19 84:12,18
  85:24 87:19 88:6
  89:15 90:22 91:1
  91:13 93:12,21,25
  94:22 95:5,12,16
  98:20 99:21,25
  100:2,10,21
  104:13 107:4
  108:3 112:3,13
  113:8 116:10,21
  117:16 118:7,20
  120:9 122:9,13,17

122:22
**attendant's**  13:9
14:16 15:14 18:9
70:11 74:16 88:25
92:3 96:22 116:20
**attendants**  11:9
26:24 27:25 28:4
28:8 59:15 87:15
97:17
**attending**  21:10
**attention**  10:3
14:22 64:18 80:17
87:23 90:5 93:18
94:23 95:24 99:18
99:21 107:15,17
**attitude**  11:8
**attorney**  2:5,9
4:18 127:10,12
128:13
**authority**  126:6
**authorized**  127:5
**available**  128:6
**aware**  23:8

**b**

**b**  3:12
**back**  8:21 9:8,10
10:16 16:13 23:23
25:16 34:23 37:20
37:21 38:17 43:8
49:19 55:2 61:13
62:11 63:5,12
72:17 77:16 85:18
88:6,9 91:13
92:11 93:22,25
95:6 96:22 97:1,4
100:9 105:1 106:6
109:2,9 114:10,16
120:18 124:13
125:6
**background**  23:17

**bad**  114:19,23
**badgering**  36:13
36:14
**bag**  13:24,25 14:1
15:10,10,13,23
16:7,17,22,24 17:3
17:6,25 18:1,2,6
19:4 45:1 60:7,12
62:23 65:7 67:22
69:15,20,23 71:4
71:15,16,19 72:20
72:22 73:15 74:8
74:11,12,21 75:1,7
75:8,11,18,22 76:5
77:23 78:9,17
79:9 80:7 82:10
89:9,12,13,17,19
89:25 91:25 93:13
109:16,24 110:6
115:11 116:1,3,11
116:21,24 117:2
117:16,20 118:20
120:2,3,8,20
121:10,17,18
122:1,9,13
**baggage**  12:10
15:19
**banned**  44:24
**based**  115:9
**basically**  22:6
**basis**  8:16
**bathroom**  87:9
109:2
**beard**  56:22,22,23
56:24,25 58:2
**began**  80:23
**beginning**  77:17
**behalf**  5:18
**believe**  29:1,13
31:10 36:9,19,21
37:10,22 51:11

52:15 53:7,24
54:9 58:12 62:9
62:19 72:9 74:20
74:20,23 77:25
78:22 91:3 93:2,2
93:3 98:16 104:16
108:9,11,14
110:10 120:13
121:9,16,19
123:18
**belongings**  12:17
20:3 86:13
**belt**  88:20
**best**  7:3 46:19
52:23 71:12 115:5
**better**  17:19 60:23
64:16 70:9 95:3
108:10
**beyond**  104:14
**big**  75:23
**bin**  15:3,24 67:4
68:21 69:10
**bins**  13:8 71:15
**bipc.com**  128:2
**bit**  23:17 25:5 50:9
56:13 70:9 80:4
96:19 104:11
105:18 106:7
118:3
**black**  15:11 56:20
57:5,6 76:10
**blatantly**  22:10
**bless**  32:25 33:1
**blocked**  80:2 87:7
**blocking**  108:3
**blond**  59:19,21
97:22,25
**board**  11:10 12:7
53:19 54:10,12,21
**boarded**  11:22
12:6,9 54:1,12,13

58:9 61:17 111:7
**boarding**  9:1,2,25
10:2,7,10,24 11:10
11:17 12:1,3,22
20:11,11 53:16
54:2,5,19 55:1
58:7 61:3 65:3
94:19 98:9 113:15
**boards**  12:5
**body**  15:15 16:14
16:15 66:4 74:16
92:4,10 107:19
**book**  94:9,15,16
94:18
**bordering**  36:14
**bothering**  46:8
81:11
**bottom**  114:21
**bought**  55:15
**boulevard**  2:8
**bounce**  75:14
**brains**  111:14
**break**  77:4,5 109:1
109:2
**brief**  77:4
**briefly**  88:6
**brought**  109:15
**brown**  15:11
76:10
**brush**  17:24
**buchanan**  2:7
**buckle**  62:13
**buckled**  60:24
61:5 81:5 88:21
106:21
**buckling**  94:19
**buddy**  26:4
**build**  11:4 25:12
59:11 104:15
105:17

**bulkhead** 15:18
**bulky** 56:18
**bullying** 45:25
**bumped** 44:25
  116:10
**business** 9:19,21
  9:24 11:1 12:6
  25:12 32:21 54:2
  54:21 55:3,5,15,18
  55:25 56:3 58:11
  58:12 59:19 62:12
  66:15 93:25 97:2
  101:4 105:12
**buys** 55:12

**c**

**cabin** 59:19 62:12
  94:1 97:2
**call** 29:20 30:11
  33:22 37:20,20
  38:1,14,22 39:4,6
  43:1 59:2 87:7,13
  100:4,4
**called** 22:4 29:1,23
  29:24 33:18 34:2
  38:16,21 39:12,19
  43:4
**calling** 43:2,8
**calls** 31:11 38:4,6
  38:12,25,25 39:15
  40:18 43:9
**calm** 14:14
**calmly** 86:14
**captain** 100:13
**carry** 12:10 13:8
  15:3,18 67:3,6
  68:20 69:9
**carrying** 13:7
**case** 1:5 4:9 46:18
  76:16 112:2 120:1
**certain** 26:2 73:18
  104:6 110:3 112:8

112:23
**certainly** 31:20,22
  32:4 34:1 103:9
  110:9
**certainty** 110:6,11
  110:20 111:8
**certificate** 3:6,7
  126:1 127:1
**certify** 125:7
  126:6 127:4,9
**change** 129:4,7,10
  129:13,16,19
**changes** 128:10
  130:6
**character** 76:14
**characterization**
  61:18
**characterize** 33:12
**characterized**
  33:10
**charlottesville** 2:4
**cheaper** 46:17
**check** 39:1
**checks** 20:9
**chin** 66:17
**choice** 46:9
**choose** 37:6 49:17
**chose** 54:14
**circumstances**
  7:10
**citizen** 7:23
**city** 5:21 8:5,22
  24:21 25:16
**civil** 1:6
**claiming** 45:21
**claims** 46:9
**clarify** 7:4,5
  120:19
**clarifying** 44:19
**class** 9:19,21,24
  11:1 12:6 32:21

54:3,21 55:3,5,15
  55:18,25 56:3
  58:11,12 97:2
  101:4 105:12
**clear** 16:1,5 36:23
  37:1,1 117:4
**clearly** 37:22
  78:14
**client** 45:18 52:9
**close** 73:23 76:9
  80:17 94:23
**closely** 64:18
**cloth** 57:3
**clowdus** 1:3 4:6,23
  9:23 12:21 13:1
  13:18 14:5,13,20
  15:17,23 16:2,7,16
  16:17 17:7,9,12
  18:5 19:17,20
  20:3,24 22:14
  44:23 101:10
  102:25 109:15
  110:12,21 115:10
  117:1 120:4 128:4
  129:1 130:1
**clowdus's** 14:7
  111:5
**coach** 9:19 54:4,22
**cockpit** 18:14,16
  87:5,6,7
**color** 15:11 56:19
**come** 10:3 24:9,9
  24:14,25 25:24
  39:24 40:6,10
  82:16 85:16,18
  88:6,9 93:22
  94:23 95:6 100:9
  109:2
**comes** 23:8
**coming** 23:19 52:2
  93:25 114:17

**commenced** 79:15
**commercial** 8:18
  12:15
**commission**
  126:16,16
**commit** 43:18
**communicate**
  21:11 22:14 41:13
**communication**
  31:16,19 32:15
  33:6 34:19
**communications**
  43:11 118:10
**compelled** 6:20
**complete** 7:6
  35:23 106:19
  127:8 130:8
**completed** 128:17
**completely** 34:6
  42:13 66:1 87:25
**compliance**
  121:24
**complied** 13:18
  21:4 68:17 86:18
**comply** 13:20
  14:10 65:19,20
  68:19 113:20
  116:4,5,10,15
  120:21 124:1,5
**complying** 116:17
  121:12
**composing** 79:22
**conceivably** 117:4
**concerned** 14:9
**concluded** 125:10
  125:21
**concludes** 125:15
**concur** 125:9
**conduct** 11:25
  13:14 20:24,25
  21:6

conducted 1:12
  4:11
confirming 43:7
confused 36:18
  96:18 109:17
confusing 112:5
connected 127:12
connection 39:14
consequences 96:5
contact 18:2 22:1
  25:10 28:18 29:8
  31:5 33:15 38:1
  51:1 74:17,22
  89:25 90:25 91:15
  91:17 93:13
contacted 28:23
  28:24 29:11
contain 46:15
contention 117:16
context 120:7
continually 62:15
continue 45:17
continuing 118:12
control 111:16
convenience 22:3
conversation
  13:10 14:16 27:19
  30:3 41:9
conversations
  18:18 58:25
convey 50:5
cooperate 42:20
cooperative 115:3
coordinator 100:5
copies 128:14
copy 46:11
cordial 20:18 42:6
  42:8,14 70:21
correct 8:3,6 12:6
  21:23,24 30:22
  32:1 38:9 40:7,11

43:14 45:11,14
  53:21 56:16 58:3
  63:3,8 67:23
  69:12,16 93:8
  98:20,22 101:4,5
  101:19 102:12,25
  105:3 110:19
  111:21,23 114:6,7
  116:4,11 120:21
  120:23 121:12,19
  122:2,13,22 124:7
  124:8 130:8
corrected 37:18
corrections 130:6
correctly 14:11
  15:2 62:14 63:16
  64:1,3,22 68:22
  69:9 80:23,25
counsel 4:5,17,20
  4:22 22:14 29:7
  30:21 45:17 125:9
  127:10,12 128:14
counselor 35:21
counselors 41:12
  41:20
counting 122:8
country 42:5
county 127:2
couple 20:13
  24:15 31:10 46:14
  48:10 88:15 95:19
course 21:14
court 1:1 4:8,14
  4:25 5:2,9 6:9,22
  7:11 48:15 125:3
  125:6 126:15
covered 48:16
  56:23 72:17
covering 13:22
  14:11 15:2 57:24
  63:16 64:1,22

coverings 80:21
cross 3:3 23:2
cs 128:15
cs5141192 1:25
cues 48:8
curly 57:13
current 27:5
currently 8:1
cv 1:5 4:10

**d**

d 3:1
damaging 45:18
dark 15:11 76:9
darker 11:6 59:11
date 1:14 43:7
  129:24 130:12
dated 127:16
day 34:7 55:6,16
  130:15
days 51:3 128:17
dead 38:12 39:14
deboard 19:18
  21:3 85:11 86:22
  88:16
deboarded 86:15
decide 55:1
decision 53:2
declare 130:4
declined 21:12
  22:13
deemed 130:6
deep 57:17
defendant 1:8 2:9
  4:20
defendant's 3:13
  6:10
defense 4:6
definitions 117:12
deliberate 93:4,6
  95:20 123:20

deliberately 16:4
  17:1 89:15 91:9
  122:16
demeanor 11:7
  13:10,14 14:13,16
  20:16,25 62:8
  68:11 70:11 83:13
  89:12 90:10,17
  96:22
depart 20:6
departed 92:24
  97:18
departure 12:17
depends 36:3 76:4
deplaned 118:6
deponent 128:13
  130:3
depose 45:24
deposing 46:5
  47:1 51:21 128:13
deposition 1:11
  4:5,11 6:6,11,14
  8:3 21:11 30:14
  43:7,19,25 45:8,11
  47:22,25 48:24
  49:16,25 51:2
  112:16 124:19
  125:9,15,17,21
  127:6
describe 13:3 14:3
  14:19 20:15,16,19
  20:22,25 21:5
  25:5 27:6 56:13
  57:8 59:9 62:19
  65:17 66:22 69:3
  85:20 96:13
described 26:21
  75:6
description 3:13
  59:13 105:23

designs 57:9
desire 45:7 47:21
  49:24
desk 40:2
detail 88:23 101:9
  102:4
details 79:17
determine 17:19
diagonal 101:14
  101:20
died 37:20
difference 116:19
different 13:12
  14:17 50:5
difficult 90:13
direct 3:2 5:13
  82:1
directly 29:25
  33:18,23,24
disappear 72:16
discipline 113:1
discovery 118:5
discuss 5:19
discussed 23:5
discussing 30:5
dishonest 118:19
display 86:19
disputes 120:1
distinction 102:19
  119:23
distracted 82:24
district 1:1,1 4:8,9
diverting 95:23
document 6:1
doing 11:10 25:12
  48:11,21 49:4
  50:10 62:16,20
  72:19 75:13 79:7
  79:20 89:2 91:9,9
  94:2,13 96:1

door 87:5,6
double 38:19
doubt 32:21 45:20
downwards 18:4
  74:16 106:4
drama 80:19 95:4
drink 94:10 98:12
duly 5:11 126:8
dynamic 110:21
  111:8

**e**

e 3:1,12 129:3,3,3
ear 38:15,15,16
earlier 15:16 23:5
  54:14 61:15,18,23
  63:1 99:1
ears 105:13
easier 47:23 100:7
east 2:8
eastern 4:3 77:19
  109:7,10 125:20
economy 54:1
effort 15:23 16:24
  119:15
eight 11:5 38:21
  105:6,7,9,10
either 111:20,25
  125:6
elbow 92:4
email 6:11 21:14
  21:15,19,22,22,24
  21:25 22:2,11
  29:9 31:1,9,10
  32:5,22 33:12
  34:8,17,17 35:3
  37:18 43:11 44:11
  44:12,14,20 46:15
  46:21,24 49:10
  51:3 79:23
emails 43:14 47:24
  48:10

emphasizing
  50:15
employed 8:7
employee 51:23
  127:10,11
employer 51:24
empty 103:4
enable 26:7
encounter 10:25
ended 40:11
energetically
  62:17,20
english 8:8,9,10
  24:25 25:4,7,8,21
  25:25
ensuing 95:3
enter 84:3
entered 19:7,8
entering 19:2
entire 20:17,24
  87:24
entirely 122:10
  124:22
errata 3:9 128:11
  128:13,17
erratas 128:15
escorted 20:4
  61:10 86:24 87:25
  88:8 93:19
esquire 2:2,7
  128:1
established 123:24
establishing
  123:24
events 20:6
everybody 96:25
  103:10 109:3
everyone's 46:1
evidence 46:2
exact 69:24

exactly 11:5 16:25
  45:10,15 71:8
  91:23,25
examination 3:2,3
  3:4,5 5:13 23:2
  115:7,23
examined 5:12
example 79:23
exchange 68:3
  71:13
exchanged 58:24
  71:7,10
exchanges 111:3,5
  111:6
exchanging 67:12
excuse 4:3
exhibit 3:14 6:10
exit 87:3
expect 61:16 121:5
expected 91:10
  120:2
expensive 55:9,11
experience 8:11
  13:16 91:5
expires 126:16
explain 41:9 43:5
  95:25 101:25
expressions 90:13
  90:14
extension 16:24
extremely 20:22
eyebrow 99:7
eyes 89:17,20

**f**

f 9:6
fabric 57:10
face 10:4 13:6,22
  14:11 15:2 56:24
  57:2,3 63:16 64:1
  64:22 65:22 67:2
  68:7,8,21 69:9

[face - form]

80:21 81:2 88:25
105:20
**facetime**  39:19,22
39:22 40:10
**facial**  90:13
**facing**  16:15
**fact**  21:1 50:15
116:2,20
**fail**  35:22
**failed**  14:10 65:19
65:20 68:18 114:2
**fails**  34:6 128:19
**fair**  7:7,14 21:5
61:18 115:16
**fairly**  72:13 96:24
**faith**  37:25
**fall**  74:19 105:16
**familiar**  42:4
**family**  23:24,25
24:2 25:11
**far**  10:9 14:9
22:24 33:8 42:5
42:12 45:4 46:18
47:19 52:5,5
59:12 60:3 87:10
87:23 112:2
**fast**  11:14
**father**  24:2
**favorite**  21:7
**federico**  1:11 4:5
5:10,16 34:8
37:17 77:13,18
125:15 126:7
127:6 128:5 129:2
129:24 130:2,4,12
**fedeus3**  32:23
**fedus3**  34:9
**feel**  35:8,10 47:17
48:20 51:22,22,25
51:25 52:5

**feet**  56:15,16
73:25 74:1 105:21
**fellow**  32:17 35:21
35:23,24 37:4
44:23 67:13
**felony**  23:9
**felt**  48:24
**female**  87:19
107:4 108:2
**field**  89:21
**fifty**  55:24,24
**fight**  45:4 52:21
80:11
**figure**  40:20 46:3
83:15 95:19
102:23
**filed**  4:8
**filled**  76:12
**final**  69:11 70:7
**financially**  127:13
**find**  11:25 44:12
53:1 125:5
**fine**  77:8 84:24
120:17 122:18,18
124:3
**finished**  54:4
**finishing**  67:11,12
**firm**  4:13
**first**  9:22,24 12:4
12:21 13:4 14:6
15:21 21:18,20
23:19 28:13,18
29:10 30:13 32:9
32:15 33:3,6,23
34:12 53:8 63:14
65:6,9,9,13,16
85:13 86:23 88:14
98:4 120:22
**fit**  76:2
**fits**  78:7

**five**  11:5 23:9
24:19 31:4 55:22
75:24,24 105:6,7,8
105:8,9,9,10
**fix**  120:22
**fl**  2:9
**flew**  74:12,13,13
**flight**  5:20 8:14,14
8:22,23 9:3,20
10:25 11:9,13,15
12:19 13:1,9 14:4
14:8,15,20,22
15:12,14,22 16:7,9
16:18,20,23 17:3,6
17:10,20 18:6,7,9
18:15,19,23 19:12
20:15,16 21:2
25:15,18 26:3,20
26:21,24 27:19,22
27:25 28:3,7 30:5
32:17 44:23,24,25
58:21 59:2,3,14,15
59:18,25 61:2,14
61:17 62:2,9,21
63:1,6 64:19,23
65:2,7 66:24 67:5
67:17 69:6 70:10
72:20 73:24 74:15
74:16,22 75:12
78:5,8 79:12,14
80:7,11,11 81:16
81:18,22,24 82:9,9
82:22,23,24 83:2
83:16,19 84:12,18
85:24 87:14,19
88:6,25 89:15
90:22,25 91:13
92:3 93:12,21,25
94:4,9,22 95:5,12
95:16 96:22 97:17
98:20 99:20,25

100:2,10,18,21
102:8 104:12
107:4 108:2
109:21 112:3,13
113:8 114:15
116:10,19,21
117:16 118:6,20
120:9 122:9,13,17
122:22
**flights**  8:13,15
52:11
**floor**  73:2,7 74:19
**floppy**  76:11,16
**florida**  1:1,20 4:9
126:3,15 127:2
**flown**  55:18
**fly**  26:7 36:8,17
42:19 55:2,3,23
56:3 100:22
**flyer**  12:15 26:15
**flying**  8:12,18 26:4
55:5
**focus**  75:12
**follow**  34:6 46:14
113:1 115:21
**following**  37:22
85:3 87:1
**follows**  5:12
**foot**  56:15 73:25
75:23
**force**  17:20
**forced**  21:6
**foregoing**  127:13
130:5
**foreign**  59:20,21
**form**  28:5 33:21
41:7,12 45:13
49:5 50:19,23
54:15 56:1 60:8
61:20 62:18 70:24
72:4,23 73:13

[form - happening]

81:21 93:1,10,23
94:5 95:1,9 96:8
97:19 98:23 99:16
102:18 103:16
104:22 106:2
107:24 108:8,19
110:1,17,24
111:10,18,24
113:4,18,21 114:1
114:8 117:6
120:12 124:9
**fort**  2:9
**forth**  23:23 55:2
62:11
**forward**  48:10
83:19 87:10,17
**four**  23:21 24:19
31:2 39:12 40:22
43:14 55:22 75:24
75:24
**fourth**  9:4,10
**frankly**  46:5 47:1
**free**  52:11,25
**frequent**  26:15
**friendly**  42:6,8
**friends**  25:11
**fright**  82:24
**front**  6:20,24 9:9
9:10,12 10:15,16
10:18 15:6,6,8,18
15:19 18:2,3
74:17 80:15 86:25
87:9,9,22 92:21
95:16 97:5 102:9
103:22,25 104:3
106:20
**froze**  18:13 64:4
80:9,12 92:13,14
**frozen**  64:14
**frustrated**  70:22
71:1

**full**  7:6 16:24 54:7
58:12,13,25
**fully**  106:14
**further**  115:6
127:9

**g**

**gate**  20:14
**gather**  20:3 86:12
**general**  8:13 21:18
**generally**  6:17 8:7
8:11
**gentleman**  7:17
9:22 10:11 11:3
12:4,20 13:5
14:24 19:7,8,16,19
23:15 56:17 86:10
**getting**  11:13,13
32:20 39:15 52:8
63:11 77:2 87:24
94:24 101:2
103:18 118:25
**gg**  126:16
**give**  5:5 13:12 21:6
30:6 46:11 48:24
49:17 52:12 62:22
69:22 70:1 71:18
76:21 114:23
116:21,24 117:2
118:20 120:2
**given**  15:5 23:6
26:6 32:25 44:20
130:9
**giving**  11:11 23:7
41:22 47:25 51:1
62:15
**glass**  108:24
**gmail.com**  32:23
34:9
**go**  31:18 32:9
35:18,18 39:21
41:17 44:11 49:19

51:16 52:19 54:12
58:17 59:13 61:13
61:14 63:5,12
66:15,24 67:23
75:9 91:7 105:13
109:1 114:16
120:18 124:17
**god**  32:25 37:15
**goes**  55:1 57:17
105:18,18
**going**  14:23 16:4,4
25:16 44:12,14
56:17 59:2 61:11
64:2 66:2,19 67:2
67:3 69:8 71:14
72:5 76:23 77:13
77:16,21 78:17
83:16 87:17 94:6
100:7 101:8,8
107:23 109:6
111:8 120:3
123:21
**good**  7:16 15:16
32:15 37:25 39:7
44:18 65:5 80:19
100:15 109:2
114:23,23
**grab**  51:16
**grabbed**  15:9
**gratuitously**
117:15
**gravity**  18:4
**graying**  56:20,21
56:21
**great**  124:13
**greeted**  65:5
**ground**  100:5
**group**  54:19 55:1
**gsc**  100:5,6,9
109:20

**guard**  19:13,25
20:2 84:8,11,19
86:11,23,23,25
87:1 88:8 94:1
97:3
**guess**  12:5 17:19
56:6 64:17 67:15
68:4 70:20 72:24
72:25 73:4 76:4
102:20 109:23
**guy**  36:7 45:22
84:6 96:23

**h**

**h**  2:7 3:12 128:1
129:3
**hair**  56:19,20
**hairs**  56:21
**half**  24:16 66:4
**halfway**  56:23
80:2
**hallway**  87:17
**hand**  5:3 9:5,7,14
10:17,19 16:24
78:7 120:8 122:21
126:10
**handing**  45:1
98:11
**handle**  76:20,21
78:1,3,6,7
**hands**  40:1
**happened**  19:5
30:4 45:10 69:6
74:10 80:14 81:2
82:25 83:9 90:23
92:20 96:13 99:4
99:11 116:16
122:20
**happening**  19:23
60:23 86:8 95:4
108:20

[happy - interaction]                                                                      Page 9

**happy** 51:7 68:13 70:18
**hard** 8:19 76:7,16
**head** 38:15,15 73:17 105:18 110:18 123:8
**heading** 114:10
**headphones** 39:25
**heads** 7:10
**hear** 18:22 62:21 62:25 65:10 67:17 68:1,5 71:16 80:6 82:14,15,15 84:1 84:21 85:4 99:10 100:13,21 121:2
**heard** 5:17 63:1,6 63:15 65:6,9,13,15 67:5 72:9 78:8,11 98:17,24 100:23 101:9 120:22 121:5,16
**hearing** 23:13
**heavier** 56:17
**height** 11:4 106:6
**hereto** 130:7
**herringbone** 57:13
**hey** 93:7
**hit** 15:13 17:2,3,6 20:21 21:2 39:24 40:6 74:14 88:24 89:9 92:12,23 93:3,6,7 94:22 95:20 110:12 117:16 120:14 122:17
**hitting** 48:10 89:15 117:20
**hold** 27:13 75:25 108:21
**holding** 74:21,23 75:7 78:3,6

**home** 26:9 81:16 114:16
**honest** 117:24 118:9 119:2,5,12
**hostile** 52:6
**hostility** 51:22,25 52:2
**hours** 40:22
**hovering** 86:12
**huh** 7:10 10:20 16:8 39:9 40:2 67:24 71:11 75:17 81:8 82:6 88:12 98:15 105:4 109:19 111:4 121:13
**husband** 27:7
**hysterics** 120:5

**i**

**idea** 40:17
**identify** 4:18
**ignore** 48:7
**iii** 2:2
**immediate** 79:4 108:17
**immediately** 88:15 92:23
**impact** 17:20 19:4
**impacted** 42:20
**impacting** 107:19
**important** 23:10 46:19 62:2,9
**impossible** 7:11
**impressed** 20:21
**impression** 21:18 95:21 117:7 120:16,17
**improperly** 57:19 57:23 58:3
**inappropriate** 12:1 13:15

**inaudible** 36:25 117:20 119:3
**incentives** 52:11
**inches** 75:24,24,25
**incident** 20:17,24 28:1,8,11,14,16 32:20,24 60:18 69:15 80:7,16 82:7 89:11 90:19 97:18,22,25 99:14 106:14 122:8,12
**incidents** 122:6
**including** 111:5
**inconvenience** 46:18 47:19 48:10 49:2,3,9,15 50:16
**inconvenienced** 48:20,25
**incorporated** 4:7
**incorrect** 44:20
**incorrectly** 13:23
**indication** 30:6
**individual** 84:3,11 85:7,14 107:1
**individuals** 25:1 28:10
**induce** 52:11
**inertia** 74:14
**infer** 114:5
**information** 33:15 51:11
**informed** 45:5 49:22
**ingersoll** 2:7
**initiate** 43:11
**inside** 110:18
**instance** 122:1 124:6
**instances** 43:6 113:22

**instant** 80:13 92:19
**instantly** 75:12 83:9
**instruct** 113:8
**instructed** 69:19
**instructing** 71:22 71:22
**instruction** 12:16 14:10 65:19 68:20 78:19
**instructions** 11:11 12:10,22 13:13,19 14:18 62:15 66:25 67:1 68:19 70:17 70:19,20 71:2
**instruments** 87:13
**intend** 110:12
**intent** 122:17
**intentional** 109:25 110:7,10 118:17 120:14
**intentionally** 92:24 118:6
**interact** 28:3,7 58:19 59:24 63:1 63:7 68:4 88:7,9 93:12 96:12 97:16 113:16
**interacted** 68:3 99:6
**interacting** 96:23
**interaction** 21:20 46:16 60:2,7,11 63:14,24 64:19 65:6 66:22,24 69:4,5,11,14 70:6 78:3,21 79:15 80:18,22 81:1 83:11 84:13 85:3 85:25 86:16 90:7

96:24 101:23
103:19 108:16
113:3 121:18
**interactions** 15:21
65:2 70:15 78:11
84:10 88:11
110:22 112:9
**interested** 46:5
47:1,8,13 52:8
66:18 123:22
127:13
**interesting** 51:20
**interpretation**
92:22 122:19
124:2
**interpretations**
90:18
**interpreted** 93:3,5
**interrupted**
104:23
**interrupting**
108:11
**intervene** 60:10
**intimidate** 22:7
**intimidating** 11:21
**invitations** 21:12
**involved** 69:15
**involving** 32:20
**iphone** 38:15
**issue** 43:24 74:5
122:10
**issues** 112:4
**italic** 50:6
**italics** 47:20 50:4
50:10,17

**j**

**j** 1:19
**jacket** 94:20
**jail** 23:9
**jerk** 91:6

**job** 1:25 11:11
**judge** 6:20,24 23:7
52:18,19
**june** 5:20 7:20
8:21
**jury** 6:21,24 21:13
**justice** 45:4

**k**

**keeping** 85:10
**keeps** 39:5
**kelly** 2:7 4:20 5:18
118:15 119:7,14
128:1
**kelly's** 120:19
124:15
**kelly.kolb** 128:2
**kept** 75:7
**keyed** 81:13
**kicked** 32:20
44:24
**kind** 8:19 56:12
57:2,12 61:23
76:15 90:12
105:13 107:21
108:6
**kitchen** 87:8
**knee** 91:6
**knees** 92:4
**knew** 92:23 96:4
**knock** 91:18
**knocked** 91:13
**know** 11:11,12
15:4 18:4,15
19:19 26:24 27:2
27:4,10,12,16
32:23 34:4 38:15
38:17,20 39:8,18
44:9,22 49:12
50:12,20,24 53:22
54:16,25 55:15,17
60:14 65:11,20

70:16 73:15 76:6
80:10,11,11 82:5
86:3,5,16 87:7,13
87:15 90:17 91:24
94:17 99:4 100:17
105:8 111:15
115:9 118:7,11,12
118:14,18 120:6
123:7,21
**knowing** 45:1,19
80:18
**kolb** 2:7 3:2,4 4:20
4:20 5:14,18 6:9
6:13 22:25 23:5
23:13 28:5,21
30:17 31:24 32:2
33:21 34:5,25
35:15,18 36:12
37:11,13,15 40:13
40:15 41:7 42:9
43:20,22 44:3
45:13 47:15 48:1
48:4,13 49:5
50:19,23 52:13,25
54:15 55:13 56:1
60:8 61:20,22
62:18 67:18 70:12
70:24 72:4,23
73:3,13 75:20
81:21 82:12 84:16
84:23 90:4,6
91:20 93:1,10,23
94:5 95:1,9 96:8
97:13,19 98:1,7,21
98:23 99:16
102:18 103:16
104:20,22 105:25
106:2,10,23 107:7
107:22,24 108:8
108:19 109:4
110:1,8,15,17,24

111:10,18,22,24
112:11,15,17,20
112:22 113:4,18
113:21 114:1,8,14
115:4,6,8,18,20,25
116:7,12 117:6,18
117:21,23 118:2,4
118:12,22,25
119:4,8,10,12,15
119:18 120:5,12
120:24 121:7,14
121:21 122:4,7,11
122:14,24 123:1,4
124:9,16,22 125:1
125:3,11 128:1
**kolb's** 48:7

**l**

**lack** 17:19 114:5
**lady** 99:2
**lap** 75:9 79:25
80:3
**laptop** 76:2,4
**large** 72:13
**las** 2:8
**late** 27:7
**lauderdale** 2:9
**laugh** 90:22
**lawsuit** 6:19
109:15
**lawyer** 32:16
34:12 44:22
**lawyers** 33:22
41:2 42:23 51:1
**lead** 119:16
**leading** 61:23
110:22
**lean** 105:9
**leaning** 73:1
**leather** 15:10
75:25 76:8,9,9,15
76:16,18

leave  38:12 46:9
  83:4,7 85:18
  86:23
leaving  85:22 87:5
  97:7
led  54:9 62:8 91:2
left  9:14 10:17
  15:12,14 18:1,14
  18:14 20:14 39:13
  68:8,8 73:21,21
  74:15,15 80:4,5,14
  83:5,9 86:14,14
  92:3,10,20 94:15
  94:17 95:13 124:6
leg  80:5,5 92:6
legal  4:14,15 42:4
  43:17 45:4 117:10
  117:12 125:18
  128:23
legs  73:9,16
lenz  2:12 4:12
letter  3:8
lettering  50:6
liar  22:4
lie  118:7
lied  31:17,23
lieu  6:19
life  44:25 45:7
  46:1 47:21 49:24
line  70:15 101:22
  103:18 104:24
  107:5,19 108:3,9
  108:12 129:4,7,10
  129:13,16,19
lines  14:25 67:24
  69:7 78:18 84:25
listening  65:12
  70:19 79:13
litigation  28:25
  46:3

little  7:12 11:6
  23:16 25:5 46:9
  47:20 56:13 57:9
  66:3 67:7 70:9,22
  71:1 73:22 78:10
  80:4 84:4 87:15
  87:16 97:10
  104:11 105:18
  106:7 110:25
  117:3 118:3
live  24:8,20
lives  24:6
llp  2:3
long  24:13 27:8
  45:4 75:23 76:19
  78:23 83:6
longer  79:2
look  18:6 49:19
  60:23 75:10,18
  76:11 83:17 91:10
  94:14,16 95:3
looked  15:9 17:1
  56:11 75:22 76:9
  76:12,13 84:7
  89:14 91:8,8
  95:18 96:3
looking  6:3 9:7,10
  9:12 10:16,18
  16:4,13,19,20
  17:10 30:7 65:11
  65:21 66:7,8
  79:12 81:18,24
  87:22 89:19,20,22
  89:23,25 96:4,6
  101:25 103:19,21
  103:24 104:2
  105:1 106:17,19
  107:21 108:6
looks  64:16
lot  46:17

louder  78:10
low  85:10
lying  32:3 33:11
  46:25 47:5

## m

machine  7:12
main  2:3
maintain  45:17
  123:13
making  15:23
  16:11 67:9 120:5
male  10:25 12:19
  14:4 20:15
malfunction  39:19
man  29:1 36:17
manic  11:21
manifest  62:5
map  104:15
march  1:14,19 4:2
  126:8,15 127:4,7
  127:21
marked  3:13 6:10
marsh  4:15
mask  10:4,12 13:6
  56:24 57:2,3,18
  62:14 65:8,12,14
  65:22 67:2,22
  68:22 69:9,19
  80:23,24 81:2
  112:4,5,9 113:3,9
  120:23 121:3,9,17
masks  90:12
material  76:6
matter  4:6 27:11
  46:10
mean  26:5,13
  43:23 61:2 62:6
  70:3 76:14,17,22
  76:22 91:12 93:15
  97:10 102:11
  117:7

meaning  49:17
  50:5
meant  47:12
measurements
  74:7
mechanic  27:15
media  4:4 77:3,5
  77:10,17 125:16
mediate  109:21
member  26:14
memory  82:1
  85:23 103:12
mental  101:1
message  21:21
  29:13,15,18,20,25
  33:23
messages  43:8
met  26:20
meter  73:25
mexican  7:23
mexico  5:21 8:5,22
  24:21 25:16,20,22
  25:25 32:18 44:24
  55:3 114:10
  124:13
miami  5:21 8:22
  23:25 24:7 32:17
middle  60:5
miles  52:11
mind  50:12 76:24
  96:3 117:14
mingle  87:15
minute  5:18 63:19
  63:21 84:5,6
  93:18 108:25
minutes  20:13
mischaracterized
  52:20
misconstrues
  31:25 34:5 116:8
  116:13 122:15

misconstruing
  118:15
miserable  45:7
  47:21 49:25
misreading  32:14
misrepresent
  44:15
misrepresentation
  117:18,23
misrepresented
  118:22
misrepresenting
  118:2 119:13
misrepresents
  122:7
missed  43:8
mistake  38:18
mm  1:5
molars  114:17
moment  33:9
  89:16 110:22,23
money  55:10
month  24:16
months  27:11
moreno  59:3
  60:11 88:3,6
  89:23,25 109:17
  110:13,21 111:6
  113:16 120:1,2,3
morning  9:1 10:25
  11:8 25:16,20
  26:3,21,25 46:13
  59:15 65:5 94:3
  94:13 99:2 100:18
  111:14
mother  8:9 24:2,6
  26:8,10 55:12
mother's  27:7
motif  57:8
motifs  57:5,7,9

mouth  25:13
  57:24 82:16
move  106:3,5
  108:23 113:20,20
moved  116:3,5,10
  116:15
moving  111:14
  118:17
multiple  63:2
music  38:17 40:9
mustache  56:22
mutual  52:1

**n**

n  3:1
name  4:12 5:15,16
  5:18 29:4
narrative  117:13
narrow  74:4
near  53:13 85:25
necessary  130:6
need  12:16 33:16
  51:8 67:2,3,22
  69:8 71:14 72:5
  77:3 78:16,17
negatively  42:20
nervous  96:19
nervously  95:24
never  28:15,23
  31:20,22 32:4
  43:12 82:21 98:17
  98:18,24 99:6,6
  100:23 106:8
  112:13 119:18
new  19:8
nice  36:16
nod  7:10,13
nodding  58:4
  101:15
non  50:6
normal  7:9,10

normally  10:7
  24:13 55:3,10
nose  57:25 65:22
  66:15 81:3
notary  1:20
  126:15 130:13,19
note  128:10
noted  130:7
notes  127:8
notice  9:22 54:6
  64:8 87:18 88:2
  88:21 108:5,11
noticed  38:24
  40:12 64:10 84:18
  107:6,10,20 114:2
noticing  4:18
nuisance  46:15
number  4:4,9 8:12
  37:23 38:4,6,7,8
  38:23 77:10,18
  125:16 126:18

**o**

oath  3:6 5:11
  126:1
obey  98:18
object  22:9 31:24
  52:18 81:21
  106:10 117:21
  121:7
objecting  119:1
objection  11:24
  21:9 28:5,21,21
  30:17 33:21 34:5
  34:25,25 35:15
  36:12 37:11 40:13
  41:7 42:9 43:20
  43:22 44:3 45:13
  47:15 48:1,13,17
  49:5 50:19,23
  52:13 54:15 55:13
  56:1 60:8 61:20

62:18 67:18 70:12
  70:24 72:4,23
  73:3,13 75:20
  82:12 84:16 90:4
  91:20 93:1,10,23
  94:5 95:1,9 96:8
  97:13,19 98:1,7,21
  99:16 102:18
  103:16 104:20
  105:25 106:23
  107:7,22,24 108:8
  108:19 110:1,8,15
  110:24 111:10,18
  111:22 112:11,15
  112:20 113:4,18
  113:21 114:1,8
  116:7,12 117:6
  120:12,24 121:14
  121:21 122:4,14
  122:24 124:9
objections  48:7
objective  42:17
obligated  41:13
observant  79:16
observations  5:20
observe  15:22
  19:1,11 68:10
  79:23,25 81:4
  83:10,13 84:10
  89:12 90:21 93:11
  95:11,17 96:21
  97:16 99:14 100:3
  100:9 101:22
observed  13:3
  14:4 19:22 46:7
  47:3 53:8 78:2
  116:2
observing  80:19
obstructing  108:9
obviously  90:18
  109:14

[occasion - passenger]                                                    Page 13

**occasion** 13:4,15
  14:4,8,19 63:23
  116:9
**occasions** 12:25
  21:12 63:2,7
  115:11 116:1,2,3,9
**occurred** 20:6
  28:1,8,11 45:6,20
  49:24 60:18 96:7
  103:15,19 120:16
  121:18
**occurring** 104:10
**offer** 52:10
**official** 126:10
**oh** 14:14 16:20
  18:11 22:15 30:8
  37:15 38:14 57:15
  64:15 71:17 76:17
  76:17 80:20 87:21
  94:12,25 98:6
  102:2 114:19
  116:22
**okay** 6:4 7:16 8:1
  8:17,21 9:3,7,12
  10:5,7,11,18,21,24
  11:7 12:9,19 13:9
  13:14 14:15,19
  15:16 16:6,17,22
  17:3,12,15,18 18:5
  18:18,22 19:7,24
  20:2,5,12,15,19,23
  21:5,20 22:5 23:1
  23:10,22,25 24:2,6
  24:8,13,17,20,25
  25:11,15 26:2,17
  27:8,16,18 29:6,8
  29:14 30:6,10
  31:5,5 32:8,13
  33:13 34:7 35:12
  35:19 37:24 38:8
  38:11 39:4,12,17

40:10,16,20 41:5
  42:16,22 43:10,13
  43:16 44:2,4,6,10
  44:14,16,17 47:11
  47:17 48:14,23
  49:18,19,21,22
  50:12,21,25 51:9
  51:13 52:16 53:8
  53:11,18 54:1,6,13
  54:21 55:18,21,23
  56:4,10,19 57:4,12
  58:5,9,14,19,21
  59:1,6,14,21 60:4
  60:14,17,22 61:1,7
  61:13,22 62:1,16
  62:21,25 63:5,10
  63:13,17 64:11,15
  64:16 65:1,6,15,17
  65:23 66:21 67:9
  67:14 68:16,23
  69:3,18 70:1,10
  71:3,16,18,21,24
  72:6,10 73:15,18
  74:2,8,10 75:3,8
  75:14,18 76:2,6,19
  77:1,9,11,21 78:2
  78:8,16,23 79:5
  80:6 81:9,17,25
  82:3,7,21 83:6,10
  83:18,25 84:9,25
  85:2,6,13,16,20,24
  86:6,9,19 87:2,10
  87:18 88:2,5,13,17
  88:20 89:7,11,16
  89:22,24 90:8
  92:5,11 93:5 94:2
  94:12,21 95:5,11
  96:12,20 97:16,24
  98:4,13,16 99:1,1
  99:9,13,17,23
  100:3,17,25 101:8

101:12,24 102:11
  102:20,22,22,24
  103:3,8 104:8,15
  105:21 106:13,21
  106:25 107:3,14
  107:18 108:13,15
  108:21 109:5,12
  111:13,20 112:1,7
  113:13,19 114:9
  114:15 115:1,16
  116:22,25 117:11
  119:25 120:15
  121:25 124:10,21
  124:24 125:2
**olas** 2:8
**old** 7:17,17,19,20
  7:22 60:4
**once** 8:15 14:9
  15:1 20:21 69:19
  88:7
**ones** 114:20,21
**ongoing** 28:25
**opinion** 42:15,17
  91:17
**opposed** 42:23
  47:7 56:7
**outcome** 127:13
**outgoing** 8:14
**outstretched**
  74:13
**overhead** 12:10,16
  13:8 15:3,24 67:4
  68:21 69:10 71:15
  94:7
**overhear** 18:18
  58:5 63:24 70:5
  82:8,22 83:21
  84:10,14 97:11
  111:2
**overheard** 69:12
  70:9 78:13 98:18

**overspilled** 72:14
**overture** 34:19
**overtures** 33:10

## p

**p.m.** 1:17,17 4:3
  77:14,19 109:7,10
  125:20,21
**pa** 12:10
**page** 3:1,9 129:4,7
  129:10,13,16,19
**paid** 26:8,8,8,10
**paint** 85:21 94:11
**paints** 57:10
**pantomime** 65:11
  85:2,5 112:24
**part** 93:14 121:2
**partially** 108:3
**participate** 60:6
**particular** 8:25
  50:9 81:14
**parties** 127:10,11
**pasco** 127:2
**pass** 22:25 26:4
  94:19
**passage** 35:24
**passenger** 8:23
  12:15 19:12,14
  27:18 32:17,20
  35:22,23,25 36:25
  37:4 44:23 56:5,8
  56:11 58:6 60:12
  61:8,11 62:22
  63:2,7 64:20
  67:25 68:2 71:23
  74:23 78:24 79:7
  79:19 81:14,17
  82:8,18,19 83:3
  84:19 85:1,5,8,14
  85:17,21 86:12,25
  88:7,14,24 89:8,22
  90:22 91:12 92:17

93:11,18 95:12,17
95:22 97:2,6
98:17,24 99:18
100:11,14 101:10
102:6,16,17,25
104:5 112:3
113:15,20,23
120:20 122:1
**passenger's** 65:18
68:6 72:11 83:11
83:13 89:12,17
90:10
**passengers** 11:16
11:22 13:13 14:18
58:10,13 67:13
70:16
**passport** 7:24
126:18
**paused** 93:6
**pay** 87:23
**paying** 14:22
64:18 80:17 90:5
93:17 94:23 99:18
99:21 107:15,17
**pc** 2:7
**peacefully** 21:4
86:14,18
**pecchio** 29:1,5,6
**peeking** 60:20
66:13
**penalty** 23:6,8
**people** 7:9 11:12
11:12 16:12 22:15
25:10 42:17 53:19
54:7,10,11 62:12
67:11,11 70:19
80:20 85:22 98:11
107:17
**percent** 66:3
**percentage** 66:3

**perfectly** 20:18
**period** 8:13
**perjury** 23:6,8
**person** 35:22
53:22 102:11
104:14,19
**personal** 12:17
**personally** 106:8
**personnel** 19:2
**persons** 12:7
**phone** 29:8,15,20
30:11 31:11 37:20
38:6,25,25 39:2,5
39:19 40:1,2 43:9
45:16 79:22
**physical** 59:13
91:6
**picture** 84:3 85:21
94:11 101:1
103:13
**piece** 21:15
**pilot** 9:13
**place** 63:18 80:12
85:22
**plaintiff** 1:4 2:5
53:9,12
**plane** 9:5,9,25
10:2,17 12:5,8,9
16:14 19:17,18
20:4,5,14,14 21:4
26:9,25 35:24
53:9,16,19 54:12
61:11 67:7,9 74:3
74:17 80:15 82:17
84:8 85:12,17,22
86:15 87:17 88:16
92:21 93:19 95:17
97:5,7,17 98:10
100:10 102:10,16
103:25 111:7
113:14

**planes** 54:12
**plastic** 76:9
**play** 38:18 40:9
**played** 71:13
103:14 117:14
**pleasantries** 58:24
67:13
**please** 4:18,25 5:4
5:15 7:3,13 11:19
13:6,7 14:25
19:18 25:3,5,6
29:2 32:22 33:1
36:11,20 37:8,18
37:21 44:6 46:16
48:8,18,23 52:23
52:24 58:17 59:23
60:9 61:9 62:13
62:13,14,14 63:16
64:2,13 65:14
67:1,22,22 69:7,22
69:22 70:2,4 77:9
85:11 108:1 111:1
120:23 125:13
**plugs** 38:15,16
**point** 10:14,15
14:21 15:16 16:3
16:11,12,12 17:11
19:1 23:23 30:11
34:16,18,22 39:17
40:19 41:21 45:20
47:8 58:6 64:20
65:2 66:16,19
68:7,17,23 71:1
72:24 75:11 78:21
82:16 83:3,14,23
84:2 85:10,25
86:1,20 87:5,11,20
88:3 90:10 95:2
97:1,9,25 114:11
120:4

**pointed** 19:12 97:2
**pointing** 84:18
**position** 27:13
46:6,9 47:2
117:19,24 118:2,4
118:22 119:13
123:24,25
**positions** 45:17
**positive** 10:21,23
**possible** 11:14
93:21 95:10
109:24 111:13,16
123:7
**pounds** 56:17
**precise** 69:23 71:6
71:13
**precisely** 94:16
**preflight** 20:9
**premise** 76:23
**presence** 107:11
**present** 2:11 4:17
**pretty** 11:6 14:6
14:14 16:5 42:5
59:7 66:5,6 70:14
71:25 73:18 74:4
79:3,6 85:10
86:13 90:1 104:5
104:6 108:18,20
114:23,25
**prevented** 115:10
**previous** 70:15
**primary** 8:5
**prior** 39:3 44:19
61:10,10 78:11
79:14,14 80:18
85:17 88:18 91:4
91:5 93:19 118:9
**private** 8:8
**privileged** 45:22
**probably** 42:16

| | q | r | |
|---|---|---|---|
| proceed 5:1<br>proceeded 10:7<br>proceeding 12:4<br>process 6:17 9:1,2<br>  10:7,10 11:10<br>  12:1,3,22 20:11<br>  61:3 65:3 87:24<br>  113:15<br>product 45:22<br>  103:11<br>professional 20:19<br>  20:22<br>program 26:15<br>promised 22:17<br>prop 76:24 77:3<br>properly 10:4 13:6<br>  66:14<br>provide 12:22<br>  119:16<br>provided 21:23,24<br>providing 102:3<br>proximity 73:23<br>public 1:20 126:15<br>  130:19<br>pull 105:13<br>pulling 32:7<br>purpose 23:22<br>  25:18<br>purposely 50:9<br>pursuing 47:13<br>put 6:2 13:6,7<br>  14:10 15:1 37:6<br>  38:17 46:8 62:13<br>  62:13,14 63:16<br>  64:22 65:14 67:1<br>  67:2,3 69:8 78:9<br>  80:23 94:7 109:20<br>  122:1<br>putting 50:9,16<br>  94:20 | q34853523 126:18<br>question 7:5 11:18<br>  20:23 23:18 24:4<br>  24:10,22 25:2<br>  26:22 34:4 36:10<br>  36:19,21 42:2,11<br>  47:10 48:5,6 49:7<br>  51:17 52:15,22,23<br>  53:1,6,7 54:23,24<br>  62:7 64:11,17<br>  71:5 76:22 77:22<br>  90:11 94:6 95:14<br>  100:15 108:1,23<br>  109:23 111:1<br>  113:5 115:6,14<br>  120:19<br>questions 6:18 7:2<br>  22:20 37:21 39:7<br>  46:14 109:12<br>  115:20<br>quick 6:1 79:3,6<br>quieter 67:7,10<br>quintana 1:11 4:5<br>  5:3,10,16,17 23:4<br>  23:11,16 31:6,18<br>  32:16 33:4,20<br>  34:7,8,16 36:11<br>  37:9,16 43:17<br>  44:10,17,19 45:9<br>  46:22 47:18,24<br>  48:19 50:1,13<br>  51:14,21 52:4,9,16<br>  52:25 57:16 77:13<br>  77:18 109:13<br>  114:25 119:22<br>  125:5,16 126:7<br>  127:6 128:5 129:2<br>  129:24 130:2,4,12<br>quite 20:20 119:24 | r 129:3,3<br>raise 5:3<br>raised 99:7<br>raising 11:16<br>  86:16 97:11,15<br>reach 42:22<br>  122:12<br>reached 73:9,10<br>reaching 42:23<br>  43:5 117:1<br>reaction 14:7 17:7<br>  17:10,13,16 18:9<br>  18:12,22 20:21<br>  65:18 83:9 91:7<br>  95:13<br>read 3:8 21:15,19<br>  22:11 32:5,13<br>  35:6 42:17 44:14<br>  47:16 49:14 90:13<br>  124:18 128:9<br>  130:5<br>reading 94:18<br>reaffirm 23:4<br>real 6:1<br>really 27:17 36:2<br>  47:7,12 50:16<br>  68:12 81:13<br>reason 22:13<br>  32:21 81:14<br>  128:11 129:6,9,12<br>  129:15,18,21<br>reasonable 120:7<br>reasons 23:14 43:5<br>recall 8:25 10:11<br>  11:3,15 12:11,13<br>  12:19 13:11 17:9<br>  20:7 22:24 28:2<br>  28:12 31:23 34:15<br>  43:12 53:16,17,25<br>  54:4,18 57:1,14,16 | 58:24 60:3,13<br>  61:12 69:24 74:2<br>  74:8,10 80:3 82:4<br>  88:19 89:1,5,8<br>  90:17 91:25 93:25<br>  97:5,20,21,24 98:3<br>  98:5 100:12,15,16<br>  103:1 106:25<br>  121:9<br>recalled 107:16<br>receipt 128:18<br>receive 38:4<br>received 34:12,17<br>  37:24 38:6,22<br>  39:15<br>receiving 33:18,23<br>  39:3<br>recognize 35:22<br>recoiled 74:16<br>recoils 18:2<br>recollect 59:1<br>recollection 59:7<br>  71:12 121:25<br>recommendations<br>  25:14<br>record 4:2,19 7:12<br>  77:13,15,17 109:7<br>  109:8,10 124:17<br>  125:17,19 127:8<br>recorded 4:4<br>recount 46:12<br>recross 3:5 115:23<br>redirect 3:4 115:7<br>refer 12:20 19:24<br>reference 10:14<br>  16:12 39:1<br>referenced 128:6<br>referencing 59:3<br>referring 31:14<br>  49:10 102:16 |

**refuse** 45:21 52:25
  98:18
**refusing** 36:22
  53:5
**regarding** 69:23
**regards** 46:19
**register** 80:13
**regular** 8:15
**relationship** 27:6
**relative** 127:9,11
**relay** 66:25
**release** 75:4
**remainder** 102:8
**remained** 96:14
**remember** 11:8
  32:23 45:6 49:23
  53:14 54:19 56:10
  59:10,14,18 60:6
  72:1 99:25 100:1
  102:9,15 103:4,8
  103:17 113:15
**remembered**
  28:14 46:13
**remembers** 103:9
**remembrance**
  124:6
**remotely** 4:11
**removed** 27:18
  100:14
**repeat** 7:3 64:11
  70:17,18 71:1
**repeated** 57:10
**repeatedly** 38:2
**repetitive** 53:1
**rephrase** 37:3
  49:7 107:25
**reply** 34:13 68:1,5
**report** 112:18
  116:23 127:5
**reported** 1:19

**reporter** 3:7 4:14
  4:25 5:2,9 6:9,22
  7:11 48:15 123:21
  125:4,7 126:15
**reporter's** 127:1
**represent** 4:19
  35:21 49:4
**represented** 32:18
**representing** 4:13
  4:15
**represents** 32:16
**request** 71:4 79:10
  118:18 121:23
**requests** 31:16
**required** 130:13
**requiring** 6:5
**residence** 8:5
**respect** 8:10 20:23
**respond** 31:12
  32:22 37:19 45:23
  78:24 82:8 114:3
  122:2
**responded** 34:7
  113:23
**response** 72:11
  80:12 83:11 85:7
  114:5,5 118:18
**responses** 31:15
**rest** 12:5 24:20
**restate** 77:22
**result** 91:10,10
**retained** 125:18
**retell** 83:1
**retrieve** 72:22
**retrieving** 73:2,4
**return** 8:14 22:18
  128:13,17
**returning** 43:8
**review** 128:7
**right** 5:3,17,25 6:8
  6:17 7:9,20,23 9:5

9:7,11,16 10:19,21
11:15 12:3,25
13:3,24 14:12
15:6,6,6 18:5
19:14 21:14 22:8
22:23 26:17 32:7
32:11,11 38:9,20
43:17 44:18 48:11
48:11 49:13 51:18
61:13 73:5,6,6
80:10 85:1,5 91:7
101:14,18 102:4
103:22 108:21
109:12 114:4
115:16 123:15
124:18 125:8,13
**robert** 29:1,4,5
**rooney** 2:7
**route** 46:16
**row** 9:4,10,21,24
  10:16 12:4,21
  15:8 31:11 101:3
  101:17,17,17,17
  102:9 104:9,13,19
  107:1,5
**rows** 54:7 101:16

| s |
|---|

**s** 3:12 129:3
**safe** 81:16
**sat** 10:12 15:7 61:5
**saved** 29:15
**saw** 7:23 14:20
  18:10 34:23 36:7
  36:16 40:6,8,10
  57:21 72:15 83:1
  98:9,10,13 99:4
  111:12 115:9
  121:8 123:10,12
  123:14 124:3,7
**saying** 31:23 47:7
  52:21 63:11 70:23

79:13 80:23 97:12
102:24 103:5
106:5 118:19
119:3,23,25 121:2
**says** 14:24 47:21
  123:5
**scheduled** 114:15
**screen** 6:1,2 64:4
**scrupulous** 93:17
**seal** 126:10
**search** 45:4 46:4
**seat** 9:17,17,18
  10:15,16,17,22,22
  10:23 15:5,6
  16:16 46:7 53:13
  55:8 56:6,7 58:15
  58:16 63:20,22
  66:25 68:24 69:1
  72:15,18 73:2,7
  88:20 94:3 96:15
  101:2,6,11 102:2,4
  102:5,5 103:2,4,5
  103:6,9,11 104:2,3
  104:7 105:1,11
  106:6,20
**seated** 9:3,4,23
  56:5,8 58:10,14
  60:19 63:19,21
  68:24 80:1 96:14
  102:25
**seats** 66:9,9,15
  101:16,17 102:1,1
  103:20,22,24
  106:15,17
**second** 14:3,7
  18:13 66:22,23,23
  67:1,5 72:16
  80:12 83:8 92:19
  95:15 99:25 100:2
  104:9,13 121:8
  124:6

**seconds** 79:2
95:19 121:19
**secured** 86:23
**security** 19:13,19
19:25 20:2 84:7,7
84:11,19,19 86:11
86:23,25 87:1
88:8 94:1 96:23
97:3 100:4,5
**see** 6:1 9:4 12:25
13:25 14:1,13
16:18,25 17:3,18
18:22 19:9 25:23
27:25 28:10 39:10
39:23,24 56:25
57:16 58:1,1,9
60:15,16 61:7,11
64:1 65:23 66:1,2
66:5,5,8,14 68:2,6
68:16 72:21 73:19
74:2 75:3,8,12,14
76:17,24 77:25
79:7,19 80:24
81:17 84:3 87:4
87:10,12,12 88:5,9
88:11,14,17,20
89:17 90:8,9 91:8
93:15 95:19 96:6
99:17,20 104:9,14
104:17,18 107:21
108:15,22 113:19
113:23 114:4
123:22
**seeing** 60:6 74:8
97:24 98:3,5
102:15 113:15
114:6
**seen** 36:4 42:13
73:1 95:6 103:15
**send** 34:18 43:25
125:4

**sending** 43:18
**sense** 79:16
**sent** 21:16 22:2
29:18 32:6,22
33:3 34:13 35:2,9
37:18 46:12,21
47:24,24 128:14
**separate** 122:10
**serve** 51:9
**served** 6:4 60:1
**service** 25:10
**serving** 59:19
**setting** 67:11
**settle** 118:3
**settling** 67:12
**seven** 31:7 38:21
**shakes** 73:17
**shape** 41:12
**share** 6:1 45:21
**shared** 46:2
**sheet** 3:9 128:11
**shifted** 75:12
**short** 96:24
**shoulder** 73:22
77:24
**shoulders** 56:18
**show** 5:25
**showing** 88:8
115:2
**sic** 4:15
**side** 9:5,7,14 10:17
10:19 15:12,14
16:14 18:1 66:6,6
68:8 72:14,17
73:10,21 74:15
80:4 92:3,6,10
102:10,15 103:25
104:4 105:14,14
**sidebar** 45:9
106:10 121:7

**sided** 76:16
**sides** 6:18 105:20
**sight** 75:15 87:25
101:22 103:18
104:24 106:13
107:5,19 108:4,10
108:12
**sign** 3:8 124:19
128:12
**signature** 3:9
124:20 126:14
127:20
**signed** 128:20
**simpler** 46:1
**simply** 119:10
**sir** 5:15 6:2,15
7:17 8:23 22:18
23:12 36:19,21
37:6 47:6,10
65:14 67:2,21
69:7,13,17 77:7
90:1 124:18
**sit** 11:12 12:5 15:4
**sits** 9:13 12:4
**sitting** 10:15 15:17
16:2,10,13,16
53:13,15 65:24
66:10 80:25 99:2
102:5,9,15 103:5,9
104:5,7 105:11
113:14
**situate** 67:22
**situated** 8:1 63:11
94:3,9,10,24 95:2
**situation** 90:15
109:22
**six** 31:4,11 55:22
56:15,15 75:23
105:21
**size** 76:4

**skin** 11:5 59:11
**sleep** 105:14
**slight** 17:22 59:10
**slightly** 16:14
60:20 80:2
**sliver** 87:16
**slowly** 111:14
**small** 87:16
**smaller** 76:3
**soft** 76:7
**softer** 76:18
**soliciting** 41:20
**solutions** 4:14,16
125:18 128:23
**somebody** 64:2
91:18 104:8
**somewhat** 61:24
62:16,20
**sorry** 16:10 18:8
25:21 29:3 35:18
48:15 54:23 63:10
64:4 95:15 100:16
113:6
**sort** 8:11 11:5
15:13 20:2 64:10
64:21 66:13,15
74:12 75:23 78:7
80:9,9,12 86:11
89:21 92:13,14
95:23 105:19
113:1
**sound** 39:5 70:22
**southern** 1:1 4:8
**space** 15:8
**spaced** 95:14
**spanish** 25:1
**speak** 18:20 20:13
23:14 27:22 28:13
30:10 40:24 41:1
58:22 59:22 67:6
68:14,15 70:17

74:13 85:17 86:8
91:7 98:17,25
100:10 111:11
113:20
**speaking** 25:1
52:7 54:2 58:6
82:18 97:22 100:6
**specific** 11:18 25:2
25:6 28:6 40:25
41:8 42:25 51:5
59:23 60:9 61:9
70:3 84:20 102:13
107:9 110:25
**specifically** 12:21
41:3 65:10 67:16
**speculating** 96:2
**speculation** 48:2
91:4 123:1
**speculative** 52:20
80:10 115:15
**spell** 29:2
**spend** 24:18 55:10
**spent** 46:17
**spilling** 73:19
**spoke** 28:15 30:13
32:19,24 33:14
40:23 41:2
**spoken** 30:15,19
34:11 45:2
**spun** 111:15
**staff** 26:25
**stand** 61:1,8,11
77:9 88:14,17,18
88:24 92:16
108:23 125:13
**standard** 74:5
**standing** 9:9 16:11
16:13 28:10 53:13
53:13,14 89:5
104:8,12,16,19
107:1,5,16 108:16

**staring** 92:17
**start** 23:19
**started** 120:18
**starting** 4:17
**state** 1:20 5:15
37:8 48:18 96:3
126:3,15 127:2
**stated** 37:12 49:15
63:25
**statement** 32:19
32:25 45:6,18,21
47:25 49:23
**states** 1:1 8:2
23:20 24:18 37:23
**stay** 24:13
**stenographic**
127:8
**stenographically**
127:5
**step** 51:16 92:11
**stone** 2:3
**stood** 20:2
**stop** 119:9,11,13
**stopped** 39:1
**storage** 15:8,19
**storing** 94:18
**story** 30:8 45:2
**stow** 12:10,17 15:2
15:5,23 69:9
71:15 78:17 79:8
116:1,3 120:20
**stowed** 13:25 14:1
68:20
**stowing** 115:10
120:3
**strap** 75:25 76:20
77:23,24
**street** 2:3
**strike** 91:25
109:24 110:6
120:9 123:19,19

**striking** 109:16
**struck** 82:10 89:17
122:9
**stuff** 67:12 76:12
94:9 114:23
**subpoena** 3:14 6:4
22:4 43:24 45:23
51:10,12,15,17
**subpoenaed** 45:11
**subpoenaing** 45:8
47:22 49:25
**subscribed** 130:14
**substance** 29:17
30:2 33:3 37:5
42:12
**succession** 38:5
**sufficient** 91:18
**suggest** 125:3
**suggested** 119:5
**suite** 2:4,8
**sum** 46:3
**sunday** 114:16
**supple** 76:15
**support** 105:19
**sure** 11:20 20:1
45:2,19 56:7
64:21 65:4,13
71:24,25 72:6
73:6,8,14 76:25
80:20 81:16 82:5
84:5 85:12 89:24
90:1,2,11 102:7
104:5 111:19,20
111:25 112:19
113:5 117:7
**surely** 72:2
**surgery** 114:18
**surprise** 17:13
**surprised** 90:25
91:11 93:15

**surrounding** 60:7
**swear** 4:25 5:5
**swing** 16:25 78:25
120:14 122:13
**swinging** 18:5
72:19 117:2 120:8
**sworn** 5:11 6:22
126:8 130:14
**swung** 15:11 16:7
16:17,22 18:1
21:1 78:5 89:13
122:16
**system** 42:5

**t**

**t** 2:2 3:12 129:3,3
**tactic** 45:25
**take** 8:21 46:16
48:8 63:18 77:3,6
78:23 83:6 108:25
122:12
**taken** 4:5 6:14
100:11 108:10
**talk** 9:23
**talking** 99:10
**tall** 56:14 59:19,21
75:25 105:5
**tapping** 38:19
**teach** 24:25 25:8,9
25:21,24
**teacher** 8:9
**teaching** 25:17
**tell** 10:9 13:18,21
14:17,25 16:23
17:8,12,15,17 18:8
18:8 21:13 23:10
23:16 32:14 33:8
36:7,15 44:15
45:3 64:2 65:4
69:8 73:6,8,14
74:6 78:9 84:5
85:19 88:22 92:8

92:9,9 93:9 96:17
97:4,8 99:5,15,22
107:13 110:9
116:18
**telling** 33:25 41:25
45:24 62:22
**ten** 12:14 30:23,24
31:4 105:8,9
108:25
**terms** 8:12
**testified** 5:12 33:9
43:13 53:18 56:4
56:7 61:15 62:25
63:6 80:22 83:20
98:16 99:1
**testify** 121:4
**testifying** 38:22
104:25
**testimony** 5:5 6:23
22:18 23:6,7 32:2
34:5,6 40:17
52:12,21 61:19
69:18 71:6 77:12
77:18 106:13
116:8,13,19,20,20
122:7,15 128:9,18
130:8
**text** 21:21 29:13
29:14,17,19,25
31:3,8,13,14 33:3
33:5,17,18,23 34:1
34:12,23 35:3,5,8
35:11,13,20 36:3
37:22,25 38:9
39:10 47:20 49:18
49:20 50:10
**texted** 32:10 35:3
37:16,17,20,23
39:4,6
**texts** 31:10 32:9
32:11,11 39:2,15

42:12 43:8
**thank** 4:24 5:2,9
23:1 44:19 109:4
115:2,3
**thin** 11:6
**thing** 19:22 21:2
78:25 104:6
105:19
**thingies** 38:16
**things** 15:5 38:19
62:13 65:10 87:14
94:7
**think** 9:6 11:23
13:17 22:7 23:13
29:16 30:1 36:24
37:1 41:22,25,25
42:11,13 46:6
47:2,4,9,12 49:8
49:11 56:16 59:12
59:12 62:6 67:20
69:24 76:5 78:12
79:12 81:15,22,25
82:2,24 86:24
91:21 96:1 97:15
105:24 107:5,18
108:4 114:24,24
115:14 118:1
124:12,14
**thinking** 49:12
**third** 14:19 39:4
68:20 69:3,5,11
81:1 121:16
**thought** 75:16
76:8
**thread** 38:9
**threat** 43:22 49:6
**threaten** 22:16
49:3
**threatened** 22:3
31:22 35:8,10
44:11 47:17 49:1

**threatening** 22:3
33:11 50:10 61:24
**three** 13:2 23:21
31:2 39:12 43:3,4
43:14 51:3 63:7
74:1,1,1 113:2,10
113:11,16 115:11
115:25 120:20
**throw** 75:4
**thrust** 36:3
**ticket** 26:6,9 55:9
55:11
**tickets** 55:12
**tight** 76:11,13
**time** 1:17 4:3 8:13
18:25 24:17,20
25:17 29:10 30:13
34:12,13 39:7
53:12 54:2 55:24
56:2 57:19 58:11
60:15 61:17 62:3
62:10 67:1,5 69:5
70:11 72:11 77:14
77:19 78:9,20,22
79:8 81:1 82:17
85:13,17 88:7,18
96:13 97:6 98:4
103:12 106:21
109:7,10 113:13
120:22 121:8,16
121:23 125:19
128:19
**timeframe** 128:8
**times** 30:10,15,23
30:24,25 31:3,5,7
38:21 39:12 42:22
43:1,3,4,10 55:21
55:23 71:3 113:2
113:7,11,16,19
120:20

**timothy** 2:12 4:12
**today** 4:2 5:23 6:5
8:3 9:23 22:18,21
23:10 28:17 30:15
43:19,25 45:10
47:25 48:11 51:2
51:21 52:9,12,22
55:5 59:8 101:10
109:14 115:2
**today's** 125:9
**toddler** 21:6
**toilet** 15:10
**toiletry** 15:10,10
75:22 76:5
**told** 22:23 34:1
41:3,9,18 45:24
46:12 64:22 67:20
122:1
**tone** 35:2,4,5,13
61:14,16 70:1,4
**tooth** 114:16,17
**top** 106:14
**total** 30:14 66:4
**toy** 21:7
**transcript** 124:19
125:4 127:7 128:6
128:20 130:5,8
**travel** 23:23
**traveling** 106:9
**trial** 6:20 119:19
**tricia** 1:19 126:15
127:4,21
**tried** 22:6 38:1
**trip** 124:13
**trish** 4:14
**troy** 1:3 4:6,22
9:23 44:22 128:4
129:1 130:1
**true** 34:3 39:17
54:17 127:7 130:8

truth 5:6,6,7 22:23
23:10 33:25 45:3
46:4 52:9
truthful 7:6 22:18
32:22
try 95:19
trying 11:12 17:2
38:1,17 39:6 40:8
50:5 51:23 57:16
61:16 66:16 71:8
79:16 83:15,17
90:16 94:10,14,16
101:21,21 103:13
104:15 124:10
tuesday 4:2
tune 52:23
tutor 8:8 25:4,7
tutors 8:10
twice 116:24,24
118:21
two 8:15 12:14
15:21 45:17,20
51:3 73:25,25
74:1 79:2 90:18
101:16 116:2
121:19 122:3
125:17
typo 21:25 34:9,18

**u**

u.s. 4:8
uh 7:10,11,11
10:20 16:8 39:9
40:2 67:24 71:11
75:17 81:8 82:6
88:12 98:15 105:4
109:19 111:4
121:13
ultimately 10:12
36:17
unbuckle 61:1

uncertain 114:11
uncover 46:2
undersigned 126:6
understand 5:22
6:23,25 7:2,8,15
23:18 36:8 44:5
49:8 62:6 71:5,9
90:11,15 92:19
102:19,21 113:5
116:17 119:22
120:15 123:23
understandably
90:20
understood 7:5
22:20 53:3 59:5
111:8
undisputed 118:18
unfolded 80:17
unfortunate 45:3
111:15
unfortunately
46:3
uniform 84:8
united 1:1 8:1
23:20 24:18
units 125:16
unknown 38:7,8
38:22
untrue 22:10
unusual 10:9
upper 114:17
upset 51:24 96:16
97:9,10
upwards 84:6
106:3
use 50:4 76:24
105:22
usually 8:15 11:9
15:4 24:15 25:13
50:4 51:22 54:11
54:21 57:10 91:5

utmost 8:10

**v**

v 1:5 4:7 128:4
129:1 130:1
va 2:4
vallejo 1:11 5:10
5:16 126:7 127:6
value 46:7 47:3
vantage 66:16
87:11
verbal 111:3
verbatim 33:2
verify 21:21 128:9
veritext 4:13,15
125:18 128:14,23
veritext.com.
128:15
video 4:1,4 39:24
40:6,8 109:10
videoconference
1:12 126:8 127:6
videographer 2:12
4:1,13,24 77:2,6,9
77:12,16 109:6,9
125:8,13
videotaped 1:11
view 16:1,5 45:25
89:21 101:2
visible 72:19
visit 24:9 25:24
visiting 23:24
voice 11:16 61:14
61:16 78:10 86:16
97:11,15
voices 85:10
volunteered 30:8

**w**

wait 54:11
waiting 20:3 86:12

waive 124:19
125:6
walking 18:14
wallpaper 57:11
want 5:25 6:22
8:21 23:14 36:6
41:10 49:15 50:16
51:6,16 83:1
114:14 124:23
wanted 36:7,15
41:4,18 42:1 64:1
64:21 80:20 81:15
98:11
wants 125:5
watch 87:24
water 60:1 98:14
108:24 109:1
way 12:1 13:15
36:16 37:6 41:12
52:6 56:16 60:11
76:23 82:9 111:20
111:25
we've 42:13 71:6
90:18 121:6 123:6
123:23
wearing 10:4,12
13:22 57:2,3 64:1
65:22 68:21 80:21
80:24 81:2 84:7
week 39:3
weeks 24:15,19
went 13:5 14:6
18:19 19:20 39:1
59:12 75:9 83:19
83:19 95:16 97:3
97:4 120:5
west 2:3
whatsoever 42:21
white 11:5 57:5,6
wide 74:3 75:24

yesyes

[wil - zoom]                                                                 Page 21

**wil** 4:22 46:19
77:4
**william** 2:2
**wind** 91:18
**window** 9:5,11,17
9:18 10:22 56:7
101:6,11 102:4
103:6,9,10
**wings** 105:12,16
105:22 106:5
**wisdom** 114:16,17
**wish** 115:3 117:25
**withdraw** 77:21
**witness** 5:1,8,11
6:18,19 22:25
34:6 35:19 36:14
48:20 53:3 99:13
112:25 115:1
117:24 118:8,23
119:4,15 124:21
124:24 125:2,10
126:10 128:8,10
128:12,19
**witnessed** 89:9
96:7 106:8 112:9
112:19,23 113:2,8
**woman** 59:19,21
97:22,25
**woodrow** 2:2,3 3:3
3:5 4:22,22 11:24
21:9,10 22:9 23:1
23:3 35:17 36:1
46:20 48:22 53:4
77:3,5,8,11,20
108:25 109:5,11
114:24 115:2,5,17
115:19,21,24
117:19 118:1,11
118:14,24 119:3,7
119:9,11,14,17,20
119:21 124:10

125:12
**word** 17:19 25:13
**words** 65:12 69:23
69:24 71:7,10,13
82:16 84:20
**work** 27:8 45:22
101:21 124:16
**worked** 26:17
**works** 27:2 52:17
109:4
**worn** 57:19,23
58:3
**worried** 42:18,18
**worry** 117:9
**worse** 114:20
**write** 123:22
**wrong** 37:23 96:4
**wrote** 34:9 35:20
49:14 50:2,13
116:23

**x**

**x** 3:1,12

**y**

**yay** 75:23
**yeah** 9:9 10:20
12:12 13:5 16:20
17:23 18:4,11
20:1,13,18,22 21:8
22:6,15 31:24
32:12 34:23 39:21
39:21,23 45:14
56:12 64:6,6,6,8
64:16 65:13,16,16
66:23 73:21,22
74:12 75:7,17
78:18 81:1,8,10
89:14 92:15,18,18
94:14 96:20 97:10
98:15,24 99:22
100:7,8 102:2

103:23 104:11
106:7 107:12
114:13,22 116:14
121:11 123:9
124:4
**year** 7:21 8:15,15
24:18 32:18 44:24
**years** 7:19,22 8:17
8:20 12:16 23:9
27:11
**young** 60:4

**z**

**zeroed** 108:20
**zoom** 4:12

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.