Jaewon Kim
April 22, 2022

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

-----------------------x

TROY CLOWDUS,            :

       Plaintiff,   : Civil Action No.

   -vs-               : 1:21-cv-23155-MM

AMERICAN AIRLINES INC.,:

      Defendant.  :

-----------------------x


VIDEORECORDED VIDEOCONFERENCE DEPOSITION OF

JAEWON NICOLE KIM

APPEARING REMOTELY FROM

ECUADOR

April 22, 2022

10:54 a.m.


REPORTED BY:

Renee A. McDermed, RPR

APPEARING REMOTELY FROM FLOYD, VIRGINIA

Jaewon Kim
April 22, 2022

```
 1            R E M O T E   A P P E A R A N C E S

 2

 3   ON BEHALF OF PLAINTIFF:

 4         WILLIAM T. WOODROW, ESQUIRE

 5         STONE & WOODROW LLP

 6         250 West Main Street, Suite 201

 7         Charlottesville, Virginia 22902

 8         will@stoneandwoodrowlaw.com

 9         (855) 275-7378

10

11   ON BEHALF OF DEFENDANT:

12         KELLY H. KOLB, ESQUIRE

13         BUCHANAN INGERSOLL & ROONEY

14         401 E. Las Olas Boulevard, Suite 2250

15         Fort Lauderdale, Florida 33301-4251

16         kelly.kolb@bipc.com

17         (954) 468-2300

18

19   VIDEOGRAPHER:  James Soto, Junior

20

21

22

23

24

25
```

Jaewon Kim
April 22, 2022

```
 1                    I N D E X

 2   Name of Witness                           Page

 3   JAEWON NICOLE KIM

 4   Examination

 5   By Mr. Woodrow                              5

 6   By Mr. Kolb                                20

 7   By Mr. Woodrow                             32

 8

 9                   E X H I B I T S

10                      (None)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Jaewon Kim
April 22, 2022

```
 1              R E M O T E   P R O C E E D I N G S

 2

 3              THE VIDEOGRAPHER:  Good morning.  We

 4    are now on the record.  Participants should be aware

 5    this proceeding is being recorded.  As such, all

 6    conversations held will be recorded unless there is

 7    a request and agreement to go off the record.

 8              This is the remote videorecorded

 9    deposition of Jaewon Nicole Kim.  Today is Friday,

10    April 22, 2022, and the time is approximately

11    10:54 a.m. Eastern.

12              We are here in the matter of Troy

13    Clowdus versus American Airlines, Incorporated.  My

14    name is James Soto, Junior, remote video technician

15    on behalf of US Legal Support.  I am not related to

16    any party in this action, nor am I financially

17    interested in the outcome.  At this time, the

18    attorneys present in the room and attending remotely

19    will identify themselves and the parties they

20    represent.

21              MR. WOODROW:  Will Woodrow for Troy

22    Clowdus.

23              MR. KOLB:  Kelly Kolb for American

24    Airlines.

25              THE VIDEOGRAPHER:  Thank you.  Now our
```

Jaewon Kim
April 22, 2022

```
 1   court reporter, Renee McDermed, representing US

 2   Legal Support, will swear in the witness, and we may

 3   proceed.

 4                    JAEWON NICOLE KIM

 5      having been duly sworn, testified as follows:

 6                    EXAMINATION

 7

 8   BY MR. WOODROW:

 9      Q       Good morning, Ms. Kim.

10      A       Good morning.

11      Q       I represent Troy Clowdus, as you just

12   heard, and he was a passenger who -- who shared an

13   early morning flight with you last June 10, but he

14   was unfortunately kicked off that plane.

15              I have asked you to give this

16   deposition to tell us about your recollection of

17   those events, and I thank you for appearing here

18   today.  Have you given a deposition before?

19      A       I'm sorry?

20      Q       Have you -- have you ever given a

21   deposition before?

22      A       No.  This is my first time.

23      Q       Is it?  Okay.  Well, it's -- it's

24   pretty simple.  The most important things are just

25   that we don't talk over each other and that you
```

Jaewon Kim
April 22, 2022

1  answer verbally for the benefit of the court

2  reporter.

3       A       All right.

4       Q       And otherwise, just -- just tell what

5  you remember.  Don't speculate.  Just -- just tell

6  your memories.  Why don't we just jump right to it.

7  Please tell me what you recall from that morning.

8       A       Okay.  So it was a really early

9  morning flight, and I remember, from what I recall,

10 because it was one year ago almost, I was sitting in

11 the third row next to the window.  There was a

12 Mexican guy sitting next to me, so we had a little

13 conversation.  And I was with my EarPods almost

14 falling down asleep.

15             And I remember your client is sitting

16 on the third row as well.  Maybe I'm not correct.

17 And then the flight attendants told him to please

18 get off.  He was kind of like maybe a bit upset.  He

19 told your client to please get off the plane.  Your

20 client asked why, and then I asked the guy sitting

21 next to me what happened.

22             And then the flight attendant said,

23 "Please, you have to get off the plane."  And then

24 he just left.  That's what I remember.

25      Q       Okay.  So you were sitting in 3A,

Jaewon Kim
April 22, 2022

```
 1  which is a window seat, you just said; right?
 2      A       Yeah.
 3      Q       Now, at the time of the incident,
 4  was -- was there an additional female flight
 5  attendant standing just behind the first flight
 6  attendant right next to you between Rows 2 and 3?
 7      A       I don't remember.  I don't recall
 8  that.
 9      Q       You -- you didn't see one?
10      A       No.  No, I don't know.  I don't recall
11  because there were many flight attendants, but in
12  business class, I think there was one by the door,
13  but I don't recall when the -- when the client was
14  getting kicked out of the plane, I don't recall
15  seeing one.
16      Q       And what was the demeanor of the
17  flight attendant who kicked the passenger off the
18  plane?
19      A       You mean his mood?
20      Q       Yeah.  What -- yeah, what -- yeah, how
21  did he appear to you?
22      A       When I noticed that your client was
23  getting kicked off the plane, he was a bit, like,
24  upset, not angry, but upset that -- and he was
25  telling, like, the client to please get off the
```

Jaewon Kim
April 22, 2022

```
 1  plane, but there wasn't any shouting or screaming
 2  from either side.
 3       Q        Did he -- did he seem at all, like,
 4  red-faced or -- or angry?
 5       A        He was maybe a bit of, like, upset,
 6  not angry, upset.  But there wasn't any, like, they
 7  weren't angry, like, either side, like, either of
 8  the flight attendants or your client.
 9       Q        And what -- and when -- when my --
10  when my client was kicked off the plane, what --
11  what was his demeanor?  Did he seem upset?
12       A        I -- he kind of asked -- yes, a bit
13  upset maybe.  And he was, like, "Why am I getting
14  kicked out of the plane?"
15                And then he said, like, "You please
16  need to get off the plane," and then he just walked
17  out of the plane.
18       Q        Did -- did my client seem calm?
19       A        Yes.
20                MR. KOLB:  Object to the form.
21  BY MR. WOODROW:
22       Q        Did he seem at all confused as to what
23  was going on?
24                MR. KOLB:  Objection, form.
25       A        Yes.
```

Jaewon Kim
April 22, 2022

```
 1   BY MR. WOODROW:
 2        Q        He did seem confused?
 3                 MR. KOLB:  Objection, form.
 4        A        Yes.
 5   BY MR. WOODROW:
 6        Q        So let me just back up.  One thing I
 7   forgot to tell you, one thing that us lawyers do
 8   during these depositions is we, from time to time,
 9   object to each other, and that has nothing to do
10   with you.  That's for the Judge later.  So just --
11        A        All right.
12        Q        -- tune that out and just -- just
13   answer like it didn't happen.  Okay?
14        A        Okay.
15        Q        So from where you were seated, how
16   well could you see the passenger who was kicked off
17   when the incident happened?
18        A        From what I remember, he was sitting,
19   like, near my row.  Like, I was on 3A, if I'm not
20   wrong, and then he was on the -- also on the other
21   side.  So there was a person sitting next to me, and
22   then there was your client.  So -- from what I
23   remember.
24        Q        Is it possible -- is it possible that
25   you could misremember that because he actually was
```

Jaewon Kim
April 22, 2022

1  seated in the -- in the first row.

2                MR. KOLB:  Objection, form.

3  BY MR. WOODROW:

4      Q        My client was.

5      A        Yeah.  From what I remember, he was

6  sitting -- like, I could see him because on the

7  first row, there were two Mexican teenagers, maybe

8  mid twenties.  So that's what I remember.

9      Q        And what did you remember about those

10 two Mexican teenagers?

11     A        That they were -- they came -- they

12 were partying all night before the flight, so they

13 just got on the flight after clubbing, and they were

14 telling everyone that they were having fun and

15 stuff.  But that's why I remember them sitting on

16 the first rows because all the flight attendants

17 were talking to them, chit-chatting.

18     Q        And did they seem a little inebriated?

19     A        They were drunk, but they weren't,

20 like, rude or anything to anyone.  They were just,

21 like, laughing, having their own fun.

22     Q        Was -- were they interacting with the

23 flight attendants?

24     A        With all the flight attendants.  Like,

25 the flight attendants was just saying, "Oh, you just

Jaewon Kim
April 22, 2022

1  got off of the party.  Wow, you haven't slept,"

2  chit-chatting.

3      Q      Oh, okay.  So you didn't see that the

4  flight attendants were -- were aggravated by

5  these -- by these kids at all or --

6      A      No.  He was --

7             MR. KOLB:  Objection, form.

8      A      He was having an -- like, he was

9  having conversations with them, but, like, with all

10 of them.  Like, he seemed nice and kind.

11 BY MR. WOODROW:

12     Q      Okay.  And they were -- and these --

13 these individuals are sitting in the -- in the first

14 row as you -- as you remember; right?

15     A      Yes.

16     Q      Now -- now where was -- where was my

17 client, as you recall?  Was he on the opposite side

18 of the plane or the same side of the plane?

19     A      Like, I was sitting on 3A.  If I'm not

20 wrong, he was sitting on two, that would be F or 3F,

21 I think, like, by the aisle.

22     Q      Okay.

23     A      If that -- if --

24     Q      So the other side of the plane?

25     A      Oh, sorry, D, that would be D because

Jaewon Kim
April 22, 2022

```
 1   there's only four, four seats in each row.

 2        Q       Well, it's kind of weird.  I noticed

 3   this as well, but how the seating goes in that, even

 4   though there's four seats, it's A, B and then E, F.

 5   I don't know what happens to C, D.

 6        A       Oh, okay.

 7        Q       All right.  So -- so you're recalling

 8   that he might have been in 2F.  And so --

 9        A       Yeah, or 3F, yeah.

10                MR. KOLB:  Objection, form.

11   BY MR. WOODROW:

12        Q       And he was actually in 1F, just --

13   just for your -- for your own edification, but --

14                MR. KOLB:  Objection, form.

15   BY MR. WOODROW:

16        Q       So from where you were sitting, could

17   you -- how much of -- how much of my client could

18   you see?  Could you see his lap?

19        A       I don't recall.

20        Q       In general, do you think if you were

21   looking crosswise from a window seat to another

22   window seat in front of you, how much do you think

23   you could see of a -- of a passenger?

24                MR. KOLB:  Objection, form.

25        A       I don't recall because, as I mentioned
```

Jaewon Kim
April 22, 2022

1  before, there was a guy sitting next to me but --

2  no, yeah, I don't recall.

3  BY MR. WOODROW:

4      Q      Okay.  That's -- that's fine.  Just --

5  just tell me what you recall.  That's -- that's all

6  I'm after.

7                  So could you -- can you recall being

8  able to see him at all?

9      A      Yes, I did see him.

10     Q      And did you just see him when he --

11  when he got up to exit, or could you see him during

12  the interaction?

13     A      I saw him when the flight attendants

14  was telling him to please get off the plane, but

15  your -- your client was sitting.  So, of course,

16  when -- when you see someone, like, having an issue

17  or something, you just, like, see what's going on.

18  And then I asked the guy sitting next to me, like,

19  "What's happening?"

20                  And he said, "I don't know."  And then

21  we just saw your client standing up and then leaving

22  the plane.

23     Q      And did you ever have an understanding

24  that morning of -- of why he had been kicked off the

25  plane?

Jaewon Kim
April 22, 2022

1        A        Not until now.

2        Q        Until now?  Okay.  Did you -- did you

3    hear anybody talking about it after he was kicked

4    off the plane?

5        A        Your -- the flight attendants during

6    the flight, he was chit-chatting with the Mexican

7    teenagers.  And then he just said, like, "I don't

8    understand why people have to behave this way," and

9    stuff like that.  But then we couldn't hear properly

10   because he was sitting on the first row with the

11   teenagers, so they weren't -- I saw them in the

12   first row as well.

13       Q        Oh, okay.  And so -- so could you --

14   well, let's see, so how much of the flight attendant

15   could you see when he was standing there talking to

16   my -- my client, who was seated?  Could you see

17   his -- could you see his legs and below, or could

18   you just see his neck and above, his torso?  How

19   much of his body?

20       A        The flight attendant, you could see

21   him, like, all because, as you might know, business

22   class is, like, quite big.  So he was standing up.

23       Q        So could you see from his waist and

24   above, or could you see from his feet and above?

25       A        I think from his feet and above.

Jaewon Kim
April 22, 2022

1    Q        Okay.  So did you see -- during this

2    interaction, did you see the flight attendant

3    holding a bag, holding a satchel?

4    A        I don't recall.

5    Q        Okay.  And did you -- did you at any

6    point ever hear the flight attendant say, "You hit

7    me"?

8    A        I don't recall that.  As I mentioned

9    before, I even asked the guy sitting next to me,

10   like, "What happened," because I just heard from,

11   "Please get off the plane," because I was with my

12   EarPods.  So I heard, like -- I took my EarPods off,

13   and that's -- that's when I heard the flight

14   attendant saying, "Please get off the plane."

15   Q        And did you see any other individuals

16   come onto the plane to -- to take him off the plane?

17   A        I don't recall.

18   Q        Now -- now, did you watch him exit the

19   plane?

20   A        Yes.

21   Q        And what was his demeanor while he was

22   exiting the plane?

23   A        It was quite fast.  So he just stand

24   up.  I think he had, like, his laptop or something,

25   and then he just got off the plane.  I think they

Jaewon Kim
April 22, 2022

```
1   had, like, a conversation near the door, but, of

2   course, I couldn't see anything or hear either.

3        Q        Did -- did he seem agitated, or did he

4   seem calm?

5                 MR. KOLB:  Objection, form.

6        A        He was a bit, like, confused, upset,

7   like, why was he getting kicked off the plane.

8   BY MR. WOODROW:

9        Q        Did -- did you hear him making any

10  statements as he was -- as he was leaving the plane?

11  Did -- did you hear him say anything like, "I didn't

12  do it," or "I didn't do anything," or anything like

13  that?

14                MR. KOLB:  Objection to form.

15       A        I don't recall.

16  BY MR. WOODROW:

17       Q        Okay.  Did you hear him shout or

18  anything like that?

19                MR. KOLB:  Objection to form.

20       A        No, there wasn't any shouting from

21  either side, either, like, the flight attendant

22  wasn't shouting, and your client wasn't shouting.

23  BY MR. WOODROW:

24       Q        Okay.  What was the demeanor of the

25  flight attendant after the plane departed?
```

Jaewon Kim
April 22, 2022

```
 1        A         He was okay.  Yeah, he was fine.
 2        Q         Did you -- did you hear him talking to
 3   the other flight attendant about anything?
 4        A         No.
 5        Q         Did you hear him talking to the man in
 6   the window seat directly behind you about anything?
 7        A         I'm sorry, like, the -- so the people
 8   in front of me?
 9        Q         No, 4A, right directly behind you, did
10   you hear him talking to that man about anything?
11        A         From what I remember, business finish
12   on 3A, so there is, like, a wall.
13        Q         There was one more row behind you.  It
14   was 4A.  There was a Mexican --
15        A         I don't remember.
16        Q         There was a youngish Mexican man
17   sitting in that seat.
18        A         No, I --
19        Q         You don't recall if he -- okay.  Now,
20   as the -- as the incident occurred, did you -- did
21   you ever see the passenger stand up aggressively or
22   half stand aggressively or even rise up out of his
23   seat aggressively?
24        A         No.
25        Q         No?  And were you -- and were you
```

Jaewon Kim
April 22, 2022

```
1  paying attention while -- while this was -- once --

2  once you saw this incident unfolding?

3              MR. KOLB:  Objection to form.

4      A       Like, not -- not really.  Like, I just

5  saw when he was asking why is he getting kicked off,

6  and then he just left the airplane.

7  BY MR. WOODROW:

8      Q       Did you ever see the passenger make

9  any move between when you -- when you first became

10 aware of him and him exiting the plane that could be

11 interpreted as -- as aggressive?

12             MR. KOLB:  Objection to form.

13     A       I don't recall, no.  No, not really,

14 no.

15 BY MR. WOODROW:

16     Q       Okay.  Where -- where was this flight

17 attendant who kicked him off when -- when the

18 passenger was being led off the plane?

19     A       You mean like when he asked the guy to

20 please get off the plane, where was he?

21     Q       Yeah.

22     A       I think -- I don't recall.  I think he

23 walked, like, where they receive you and say hi and

24 stuff, I think he was there, but I don't remember.

25     Q       Okay.  Well, it was -- it was a year
```

Jaewon Kim
April 22, 2022

```
 1   ago.  So it's --
 2       A       Yeah.
 3       Q       It's hard to -- it's hard to remember
 4   all the details, I understand.
 5       A       Yeah.
 6       Q       How did -- how did the overall
 7   incident make you feel?  What -- what was your
 8   impression of it?
 9       A       I was just, like, with the guy next to
10   me asking what happened between each other, and then
11   we just fell down asleep after.
12       Q       Okay.  Now, in the time since you and
13   I spoke, have you spoken with anyone from American
14   Airlines that contacted you?
15       A       Yes.
16       Q       Yes.  What -- what did -- what did
17   they speak with you about?
18       A       They spoke to me yesterday, if I'm not
19   wrong, and they just asked about the incident as
20   well.
21       Q       Okay.  I think that's most of what I
22   have.  I don't think I have a lot more for you, and
23   I really appreciate you doing this.  I know it's --
24       A       You're welcome.
25       Q       You know, you're in Ecuador, so, yeah,
```

Jaewon Kim
April 22, 2022

```
 1    that's --
 2              MR. WOODROW:  That's it for me, Kelly.
 3    How about it?
 4              MR. KOLB:  All right.  Thank you, Mr.
 5    Woodrow.
 6                      EXAMINATION
 7    BY MR. KOLB:
 8         Q      Ms. Kim, as you know, my name is Kelly
 9    Kolb.  I'm here on behalf of American Airlines.  I,
10    too, appreciate your willingness to speak with us
11    today.
12              You understand that you're under oath
13    today just as if you were in a courtroom in front of
14    a judge and a jury?
15         A      Yes.
16         Q      All right.  Thank you.  If you don't
17    understand one of my questions, will you please let
18    me know so I can rephrase it and so I can make sure
19    that we fully understood each other and you gave me
20    a full and complete answer?
21         A      All right.  Thank you.
22         Q      Yep.  Mindful that a gentleman is
23    rarely supposed to ask a lady how old she is, can I
24    ask your age, please?
25         A      26 years old.
```

Jaewon Kim
April 22, 2022

```
 1        Q         Thank you.  I have a daughter the same

 2   age.

 3                  Can you give me an idea of your

 4   educational background, please?

 5        A         I did my studies in -- in the United

 6   Kingdom, Coventry University, four-years degree.

 7   And now I'm working in Ecuador because my father is

 8   from here, in Latin America, but my mom is South

 9   Korean.  That's why I have the Korean passport.

10        Q         Okay.  And what is your degree in, if

11   I can ask?

12        A         International relations.

13        Q         Hot topic these days, huh?

14        A         Yeah.

15        Q         Your timing is impeccable.

16                  All right.  In your conversations with

17   Mr. Woodrow prior to today, did he ask you to give a

18   statement of some kind or a written statement about

19   what you observed?

20        A         No, not really.  He just asked me,

21   well, what happened, what I remember, and then --

22   yeah, that's --

23        Q         I want to take you back to the flight

24   real quick.  During the boarding process, I believe

25   you observed a male flight attendant that you've
```

Jaewon Kim
April 22, 2022

1   been talking about earlier; is that correct?

2       A       Yes, yes.

3       Q       Do you recall his approximate size and

4   build in terms of his -- in terms of his height and

5   weight?

6       A       He was skinny and tall, yeah, he was

7   kind of tall, taller than me, yeah.

8       Q       Well, if you're like me, I'm five

9   eight.  Everybody's taller than me.  So, all right,

10  I get it.

11              And during the boarding process, what

12  was his -- what was his demeanor?  Was he -- what

13  was he like?

14      A       He was nice to everyone.  Like, he was

15  chit-chatting with everyone, asking if we needed

16  anything.

17      Q       Okay.  What -- how would you describe

18  his tone of voice?

19      A       It was, like, soft.

20      Q       During the boarding process, to what

21  extent did you observe that flight attendant or any

22  other American Airlines flight attendant to act

23  unprofessionally or inappropriately?

24      A       No, they didn't act unprofessionally.

25      Q       After you boarded, what's the first

Jaewon Kim
April 22, 2022

1  thing you did after you sat down in your seat, which

2  I think 3A is where you were seated?

3      A        Yeah.  From what I remember, I was

4  with my phone, my EarPods, listening to music.  Then

5  the guy sitting next to me said, "Hi, from where are

6  you?"  We started talking a bit.  Then we -- I put

7  my EarPods on again.  And then I was, like, looking,

8  like, the window, trying to --

9      Q        Okay.

10     A        -- trying to fall down asleep again.

11     Q        You're pointing to your left-hand

12 side, which would have been the -- been the aircraft

13 window, as you were seated in 3A; is that correct?

14     A        Yes.

15     Q        All right.  Did you have any carry-on

16 bags that morning?

17     A        I don't remember.  I think I did, and

18 my purse, but I don't remember.

19     Q        All right.  So you're settled in, you

20 got your earbuds in, you're looking at the left-hand

21 side of the aircraft.  And if I understood your

22 testimony before, the passenger we're talking about,

23 Mr. Clowdus, would have been on the other side of

24 the aircraft from where you were seated; is that

25 correct?

Jaewon Kim
April 22, 2022

1      A       Correct, yeah.

2      Q       All right.

3      A       From what I remember.

4      Q       Sure.  So as you're seated there

5   putting in your earbuds and looking out the left

6   side of the aircraft, your head would have been

7   turned away from this passenger; is that correct?

8      A       Yes.

9      Q       On prior occasions when you've flown,

10  to what extent did you need to be told to stow your

11  carry-on bag upon being seated?

12     A       Normally, when you are -- like, I've

13  flown in American Airlines before.  If you're in

14  business class, normally, like, as soon as you

15  arrive, they even help you put your luggage, like,

16  up.  Or if not, if you have a laptop or something

17  and then you put it on the way, then before we take

18  off, they tell you to please give it to them so they

19  put it up.

20     Q       Okay.  Did you need anybody to tell

21  you to do that though?

22     A       No.

23             MR. WOODROW:  Object, object to form.

24  BY MR. KOLB:

25     Q       You said earlier, I believe, that

Jaewon Kim
April 22, 2022

1   there were these two -- two folks that were clubbing

2   in the first row.  And you said that both flight

3   attendants were chit-chatting with them?  Did -- did

4   I hear that correctly?

5       A       The guy flight attendant.

6       Q       Okay.

7       A       From what I recall, there was, like,

8   the -- the flight attendant -- one only flight

9   attendant talking to them.

10      Q       All right.  So what extent do you

11  recall there being another flight attendant in first

12  class that morning?

13      A       I don't remember.  I don't recall.

14      Q       Okay.  You don't recall one way or the

15  other?

16      A       No, I don't recall.

17      Q       Okay.  Now, you were asked a number of

18  questions about I believe the word was incident.

19  What incident do you think you were being asked

20  about when Mr. Woodrow was questioning you?

21      A       About, from what I've talked to both

22  of you before, the incident of the bag that Mr.

23  Woodrow's client hit the flight attendant.

24      Q       Okay.

25      A       Yeah.

Jaewon Kim
April 22, 2022

1      Q       Do you have any knowledge what

2  precipitated this incident between the passenger and

3  the flight attendant?

4      A       I'm sorry, I --

5      Q       Sure.

6      A       I don't understand what that means.

7      Q       Do you know what caused this, this

8  interaction that you witnessed between the passenger

9  and the flight attendant?

10      A       Oh, like, because he didn't put his

11  luggage up, his bag, I think.

12      Q       Oh, I'm just asking you what you saw,

13  not -- not --

14      A       Oh, no, I didn't -- I didn't see

15  anything.  That's -- I'm telling you from what you

16  guys have told me, but I just saw -- from what I

17  remember, I just start seeing when the flight

18  attendant told him to please get off the plane.

19      Q       Okay.  So prior to you hearing the

20  flight attendant ask this passenger to get off the

21  plane, what, if anything, did you observe between

22  the flight attendant and that passenger?

23      A       I just saw, like, the flight attendant

24  was standing up, and he was telling, "Please, you

25  have to get off the plane.  No, you have to get off

Jaewon Kim
April 22, 2022

1   the plane, please, now."  And then the passenger

2   stand up and left.

3       Q       Okay.  So before you saw the flight

4   attendant speaking with the passenger and asking him

5   to get off the airplane, did you see anything else

6   that happened between those two people?

7       A       No, I didn't see because I was looking

8   from the window and with my EarPods, so I didn't

9   hear or see.

10      Q       Got it.  As the flight attendant was

11  talking with this passenger and asking him to get

12  off the airplane, what was the flight attendant's

13  demeanor at that point?

14      A       He was a bit upset, but not angry,

15  like -- yeah, he wasn't angry or anything because he

16  was, like, a bit upset and, like, asking him to

17  please get off the plane.

18      Q       All right.  During this interaction

19  between the flight attendant and the passenger that

20  you observed, did you observe any conduct by the

21  flight attendant that you thought was unprofessional

22  or inappropriate?

23      A       No.

24      Q       If I understand what you've told me so

25  far, prior to the flight attendant having this

Jaewon Kim
April 22, 2022

```
 1   conversation with the passenger asking him to get

 2   off the airplane, your head was turned away, your

 3   earbuds were on?

 4                   (Unidentified background voice)

 5                   MR. WOODROW:  I think we need a mute,

 6   mute on the phone line.

 7                   (Unidentified background voice)

 8                   MR. WOODROW:  Troy, mute your phone.

 9                   MR. KOLB:  Let's take a quick break

10   because I'm not supposed to be hearing this.

11                   THE VIDEOGRAPHER:  Do we want to go

12   off record, counsel?

13                   MR. WOODROW:  Yeah, let's go off

14   record for a second.

15                   MR. KOLB:  Let's do this.  Ms. Kim, if

16   you'll bear with this, somebody's popped on that is

17   making comments that I don't think I should hear.

18   All right?  So just -- just give us one second.

19                   THE VIDEOGRAPHER:  We're off the

20   record, 11:23 a.m. Eastern.

21                   (Brief discussion off the record)

22                   THE VIDEOGRAPHER:  We're back on the

23   record at 11:23 a.m. Eastern.

24   BY MR. KOLB:

25        Q        All right.  Sorry for the
```

Jaewon Kim
April 22, 2022

```
 1  interruption.  Wasn't your fault.  Let me see if I
 2  can remember where I was.  All right.
 3              So prior to hearing the flight
 4  attendant ask the passenger to get off the aircraft,
 5  your head was turned away, your earbuds were on,
 6  would you have known, therefore, one way or the
 7  other prior to that time whether the passenger had
 8  stood up in his seat or tried to get out of his
 9  seat?
10     A       I'm sorry, can you repeat that
11  question?
12     Q       Sure.  You've testified that the first
13  time you -- that your attention was drawn to the
14  passenger and the flight attendant is when the
15  flight attendant was asking the passenger to get off
16  the airplane and that before that, your head was
17  turned away and your EarPods were on.  Could you --
18  before this, your attention was called to the flight
19  attendant and the passenger, could you have seen
20  whether the passenger tried to stand up or act
21  aggressively towards the flight attendant?
22     A       No, I don't recall.  I just saw him,
23  like, looking at him, like, why is he kicking me
24  out, like --
25     Q       Yeah, right.
```

Jaewon Kim
April 22, 2022

1       A        I think he had also, like, EarPods on.

2   I don't recall.  I don't remember.  But then he took

3   them out and was like, "What?"  And then he just got

4   up and left.

5       Q        Okay.  All right.  But prior to all

6   that, if the passenger had stood up in his seat or

7   in some way acted aggressively towards the flight

8   attendant, you wouldn't have seen it because your

9   head was turned away; is that right?

10              MR. WOODROW:  Object.

11      A        Correct.

12  BY MR. KOLB:

13      Q        All right.  All right.  During the

14  deplaning process where the passenger was -- was

15  leaving the aircraft, did I hear you say that the

16  passenger had approached the flight attendant at the

17  front of the aircraft and said something?

18      A        I don't recall, like.  I think the

19  flight attendant, when he asked the passenger to

20  please stand up and got off the plane, I think he

21  also went to, like, where the door was, but there

22  is, like, a little wall, so you don't get to see

23  anything.

24      Q        Okay.

25      A        Because I was sitting on the third

Jaewon Kim
April 22, 2022

 1  row, left side.

 2      Q       Okay.  So when you said the flight

 3  attendant moved towards where the door was, you mean

 4  the front of the aircraft towards the cabin?

 5      A       Yeah, I think, I think.

 6      Q       All right.  Okay.  While the passenger

 7  was being shown off the aircraft, how would you

 8  describe the male flight attendant's demeanor during

 9  that process?

10              MR. WOODROW:  Object.

11      A       He was -- like, he was okay.  He was,

12  like, as I said before, a bit upset when he was

13  asking the passenger to get off, but then he was

14  fine.

15  BY MR. KOLB:

16      Q       Okay.  And if I'm understanding your

17  previous testimony correctly, while you were on the

18  aircraft, neither you nor the passenger next to you

19  knew why the passenger had been taken off the

20  airplane; is that correct?

21      A       No, he didn't know either.  I mean, we

22  were asking each other, like, "Did you see what

23  happened?"

24              And then he asked me.  And I was,

25  like, "No, I don't know."

Jaewon Kim
April 22, 2022

```
 1                    And then I asked him, and we didn't
 2    know what was going on.
 3        Q        Okay.  I think that's all the
 4    questions I have for you, ma'am.  Mr. Woodrow may
 5    have a few more.
 6                    MR. WOODROW:  Yeah, I have a few more.
 7                        EXAMINATION
 8    BY MR. WOODROW:
 9        Q        Okay.  So now, you -- you just
10    testified -- well, I'm confused as to -- as to where
11    we locate the -- the male flight attendant as -- as
12    the passenger's disembarking.  Did -- did he
13    disappear first, or did he leave with him?
14        A        From what I remember, he said, "No,
15    you have to stand up, please, get off."
16                    And then he walked first, from what I
17    remember, the flight attendant.
18        Q        So now when you were -- when you were
19    watching this, when you were watching the flight
20    attendant telling the passenger that -- that he had
21    to get off the plane, if there had been another
22    flight attendant in your sight line standing nearly
23    within arm's reach of this flight attendant, do you
24    think that you would have noticed that?
25                    MR. KOLB:  Objection to form.
```

Jaewon Kim
April 22, 2022

```
 1      A        Maybe, yeah.

 2  BY MR. WOODROW:

 3      Q        Okay.  So now, your testimony earlier,

 4  it sounded like you overheard the flight attendant

 5  explaining to these -- these two guys in the front

 6  what had occurred.

 7      A        Yeah.  The only thing I observed --

 8               MR. KOLB:  Objection.  Just one

 9  moment.  Objection, form.  Go ahead.

10  BY MR. WOODROW:

11      Q        Go ahead.

12               MR. KOLB:  I'm sorry.

13      A        The only thing I heard was him saying,

14  "I don't understand why people behave like this,"

15  like, chit-chatting, but then we couldn't hear

16  properly.  So I just put my EarPods on again and --

17  BY MR. WOODROW:

18      Q        Okay.

19      A        -- tried to fall down asleep.

20      Q        Now, when you -- when you fly, well,

21  business class or otherwise, did -- is it your

22  understanding that -- that the bag needs to be

23  stowed the second you get on the plane or that it

24  needs to be stowed before the cabin is closed and

25  pushed back for takeoff?
```

Jaewon Kim
April 22, 2022

```
 1                    MR. KOLB:  Objection to form.

 2       A          No, as -- as soon as we get --

 3  BY MR. WOODROW:

 4       Q          So if you -- is it your understanding

 5  that you have a few minutes there to sit down and

 6  get your book out and get your drink out and get

 7  situated?

 8                    MR. KOLB:  Objection to form.

 9       A          Yes.

10  BY MR. WOODROW:

11       Q          Have you ever been yelled at as

12  soon -- as soon as you boarded and before you sat

13  down and told to stow your bag immediately?

14                    MR. KOLB:  Objection to form.

15       A          Yelled?  No.

16  BY MR. WOODROW:

17       Q          No.  Or told that you need to put your

18  bag up immediately, or -- or do you normally get --

19  get a couple minutes to -- to take your stuff out?

20                    MR. KOLB:  Objection to form.

21       A          Normally -- normally, they help me to

22  put my -- the luggage up, and then, yeah, if I need

23  something, then I take it out.  Or normally, I have

24  it on my purse if I need something.

25
```

Jaewon Kim
April 22, 2022

1   BY MR. WOODROW:

2        Q        Okay.  So did you see at any time the

3   flight attendant in the midst of interacting with

4   this passenger, did you see him go up and speak with

5   the captain and then return?

6                    MR. KOLB:  Objection to form.

7        A        I don't recall.

8   BY MR. WOODROW:

9        Q        Okay.  And did you -- did you ever

10  hear the passenger say anything to the flight

11  attendant?

12       A        From what I remember, after the flight

13  attendant was telling him to please get off the

14  plane, your client was, like, "What?  Why?" and

15  stuff like that.

16       Q        Okay.  So you didn't ever hear him

17  attempt to apologize for any misunderstanding?

18                   MR. KOLB:  Objection to form.

19       A        I don't recall, no.

20  BY MR. WOODROW:

21       Q        Okay.  And you said you do not

22  remember a -- an additional gate agent coming onto

23  the plane and escorting the passenger off?

24                   MR. KOLB:  Objection to form.

25       A        I don't recall.

Jaewon Kim
April 22, 2022

1  BY MR. WOODROW:

2      Q      Okay.  Was -- do you remember if the

3  passenger was -- was wearing his mask?

4               MR. KOLB:  Objection to form.

5      A      I don't recall, but it was one year

6  ago, so we all had to wear -- we all had to wear

7  masks.

8  BY MR. WOODROW:

9      Q      Of course.

10     A      I even thought that he was getting

11  kicked out of the plane because of not wearing a

12  mask, but then I remember that he was wearing, yeah.

13     Q      Oh, okay.  Okay.  I think that's all I

14  have for you.

15              MR. KOLB:  Nothing further.  Thank

16  you, ma'am.  You're done.

17              MR. WOODROW:  Thank you so much.

18              MR. KOLB:  Good luck with

19  international relations.  We need it.

20              THE VIDEOGRAPHER:  All right.  So,

21  Renee, can I take us off the record?

22              THE COURT REPORTER:  Yes.

23              THE VIDEOGRAPHER:  All right.  So with

24  that, we conclude today's deposition.  The time is

25  approximately 11:32 a.m. Eastern time.  Thank you,

Jaewon Kim
April 22, 2022

1    Ms. Kim.

2                    THE COURT REPORTER:  Do you need this

3    transcribed, Mr. Woodrow?

4                    MR. WOODROW:  Yes, please.

5                    THE COURT REPORTER:  Mr. Kolb, do you

6    need a copy?

7                    MR. KOLB:  Yes, ma'am.

8                    (Whereupon, at 11:32 a.m., the Remote

9    Deposition of JAEWON NICOLE KIM was concluded.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Jaewon Kim
April 22, 2022

```
 1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

 2         I, Renee A. McDermed, Registered

 3    Professional Reporter and Notary Public in and for

 4    the Commonwealth of Virginia, the officer before

 5    whom the foregoing Remote Deposition was taken, do

 6    hereby certify that the foregoing transcript is a

 7    true and correct record of the testimony given; that

 8    said testimony was taken by me stenographically and

 9    thereafter reduced to typewriting under my direction

10    and that I am neither counsel for, related to, nor

11    employed by any of the parties to this case and have

12    no interest, financial or otherwise, in its outcome.

13         IN WITNESS WHEREON, I have hereunto set my

14    hand and affixed my notarial seal this 3rd day of

15    May 2022.

16

17    My commission expires:

18    December 31, 2025

19

20

21

22

23

24

25
```

Jaewon Kim
April 22, 2022

**1**

10
 5:13
10:54
 4:11
11:23
 28:20,23
11:32
 36:25 37:8
1F
 12:12

**2**

2
 7:6
20
 3:6
201
 2:6
2022
 4:10
22
 4:10
2250
 2:14
22902
 2:7
250
 2:6
26
 20:25
2F
 12:8

**3**

3
 7:6
32
 3:7
33301-4251
 2:15

**3A**
 6:25 9:19
 11:19 17:12
 23:2,13
**3F**
 11:20 12:9

**4**

401
 2:14
4A
 17:9,14

**5**

5
 3:5

**8**

855 275-7378
 2:9

**9**

954 468-2300
 2:17

**A**

a.m.
 4:11 28:20,
 23 36:25
 37:8
able
 13:8
above
 14:18,24,25
act
 22:22,24
 29:20
acted
 30:7
action
 4:16

additional
 7:4 35:22
age
 20:24 21:2
agent
 35:22
aggravated
 11:4
aggressive
 18:11
aggressively
 17:21,22,23
 29:21 30:7
agitated
 16:3
ago
 6:10 19:1
 36:6
agreement
 4:7
ahead
 33:9,11
aircraft
 23:12,21,24
 24:6 29:4
 30:15,17
 31:4,7,18
Airlines
 4:13,24
 19:14 20:9
 22:22 24:13
airplane
 18:6 27:5,12
 28:2 29:16
 31:20
aisle
 11:21
America
 21:8
American
 4:13,23
 19:13 20:9
 22:22 24:13
angry
 7:24 8:4,6,7
 27:14,15

answer
 6:1 9:13
 20:20
anybody
 14:3 24:20
anyone
 10:20 19:13
apologize
 35:17
appearing
 5:17
appreciate
 19:23 20:10
approached
 30:16
approximate
 22:3
approximately
 4:10 36:25
April
 4:10
arm's
 32:23
arrive
 24:15
asked
 5:15 6:20
 8:12 13:18
 15:9 18:19
 19:19 21:20
 25:17,19
 30:19 31:24
 32:1
asking
 18:5 19:10
 22:15 26:12
 27:4,11,16
 28:1 29:15
 31:13,22
asleep
 6:14 19:11
 23:10 33:19
attempt
 35:17
attendant
 6:22 7:5,6,
 17 14:14,20

Jaewon Kim
April 22, 2022

15:2,6,14
16:21,25
17:3 18:17
21:25 22:21,
22 25:5,8,9,
11,23 26:3,
9,18,20,22,
23 27:4,10,
19,21,25
29:4,14,15,
19,21 30:8,
16,19 31:3
32:11,17,20,
22,23 33:4
35:3,11,13
**attendant's**
27:12 31:8
**attendants**
6:17 7:11
8:8 10:16,
23,24,25
11:4 13:13
14:5 25:3
**attending**
4:18
**attention**
18:1 29:13,
18
**attorneys**
4:18
**aware**
4:4 18:10

---

**B**

---

**back**
9:6 21:23
28:22 33:25
**background**
21:4 28:4,7
**bag**
15:3 24:11
25:22 26:11
33:22 34:13,
18
**bags**
23:16

**bear**
28:16
**behalf**
2:3,11 4:15
20:9
**behave**
14:8 33:14
**behind**
7:5 17:6,9,
13
**believe**
21:24 24:25
25:18
**below**
14:17
**benefit**
6:1
**big**
14:22
**bit**
6:18 7:23
8:5,12 16:6
23:6 27:14,
16 31:12
**boarded**
22:25 34:12
**boarding**
21:24 22:11,
20
**body**
14:19
**book**
34:6
**Boulevard**
2:14
**break**
28:9
**brief**
28:21
**BUCHANAN**
2:13
**build**
22:4
**business**
7:12 14:21
17:11 24:14
33:21

---

**C**

---

**cabin**
31:4 33:24
**called**
29:18
**calm**
8:18 16:4
**captain**
35:5
**carry-on**
23:15 24:11
**caused**
26:7
**Charlottesville**
2:7
**chit-chatting**
10:17 11:2
14:6 22:15
25:3 33:15
**class**
7:12 14:22
24:14 25:12
33:21
**client**
6:15,19,20
7:13,22,25
8:8,10,18
9:22 10:4
11:17 12:17
13:15,21
14:16 16:22
25:23 35:14
**closed**
33:24
**Clowdus**
4:13,22 5:11
23:23
**clubbing**
10:13 25:1
**come**
15:16
**comments**
28:17

**complete**
20:20
**conclude**
36:24
**concluded**
37:9
**conduct**
27:20
**confused**
8:22 9:2
16:6 32:10
**contacted**
19:14
**conversation**
6:13 16:1
28:1
**conversations**
4:6 11:9
21:16
**copy**
37:6
**correct**
6:16 22:1
23:13,25
24:1,7 30:11
31:20
**correctly**
25:4 31:17
**counsel**
28:12
**couple**
34:19
**course**
13:15 16:2
36:9
**court**
5:1 6:1
36:22 37:2,5
**courtroom**
20:13
**Coventry**
21:6
**crosswise**
12:21

Jaewon Kim
April 22, 2022

**D**

daughter
  21:1
days
  21:13
DEFENDANT
  2:11
degree
  21:6,10
demeanor
  7:16 8:11
  15:21 16:24
  22:12 27:13
  31:8
departed
  16:25
deplaning
  30:14
deposition
  4:9 5:16,18,
  21 36:24
  37:9
depositions
  9:8
describe
  22:17 31:8
details
  19:4
directly
  17:6,9
disappear
  32:13
discussion
  28:21
disembarking
  32:12
doing
  19:23
door
  7:12 16:1
  30:21 31:3
drawn
  29:13
drink

34:6
drunk
  10:19
duly
  5:5

**E**

earbuds
  23:20 24:5
  28:3 29:5
earlier
  22:1 24:25
  33:3
early
  5:13 6:8
Earpods
  6:13 15:12
  23:4,7 27:8
  29:17 30:1
  33:16
Eastern
  4:11 28:20,
  23 36:25
Ecuador
  19:25 21:7
edification
  12:13
educational
  21:4
eight
  22:9
either
  8:2,7 16:2,
  21 31:21
escorting
  35:23
ESQUIRE
  2:4,12
events
  5:17
Everybody's
  22:9
everyone
  10:14 22:14,
  15

Examination
  3:4 5:6 20:6
  32:7
exit
  13:11 15:18
exiting
  15:22 18:10
explaining
  33:5
extent
  22:21 24:10
  25:10

**F**

fall
  23:10 33:19
falling
  6:14
far
  27:25
fast
  15:23
father
  21:7
fault
  29:1
feel
  19:7
feet
  14:24,25
fell
  19:11
female
  7:4
financially
  4:16
fine
  13:4 17:1
  31:14
finish
  17:11
first
  5:22 7:5
  10:1,7,16
  11:13 14:10,

12 18:9
  22:25 25:2,
  11 29:12
  32:13,16
five
  22:8
flight
  5:13 6:9,17,
  22 7:4,5,11,
  17 8:8
  10:12,13,16,
  23,24,25
  11:4 13:13
  14:5,6,14,20
  15:2,6,13
  16:21,25
  17:3 18:16
  21:23,25
  22:21,22
  25:2,5,8,11,
  23 26:3,9,
  17,20,22,23
  27:3,10,12,
  19,21,25
  29:3,14,15,
  18,21 30:7,
  16,19 31:2,8
  32:11,17,19,
  22,23 33:4
  35:3,10,12
Florida
  2:15
flown
  24:9,13
fly
  33:20
folks
  25:1
follows
  5:5
forgot
  9:7
form
  8:20,24 9:3
  10:2 11:7
  12:10,14,24
  16:5,14,19
  18:3,12

Jaewon Kim
April 22, 2022

24:23 32:25
33:9 34:1,8,
14,20 35:6,
18,24 36:4
**Fort**
2:15
**four**
12:1,4
**four-years**
21:6
**Friday**
4:9
**front**
12:22 17:8
20:13 30:17
31:4 33:5
**full**
20:20
**fully**
20:19
**fun**
10:14,21

---

**G**

**gate**
35:22
**gave**
20:19
**general**
12:20
**gentleman**
20:22
**getting**
7:14,23 8:13
16:7 18:5
36:10
**give**
5:15 21:3,17
24:18 28:18
**given**
5:18,20
**goes**
12:3
**going**
8:23 13:17
32:2

**Good**
4:3 5:9,10
36:18
**guy**
6:12,20
13:1,18 15:9
18:19 19:9
23:5 25:5
**guys**
26:16 33:5

---

**H**

**half**
17:22
**happen**
9:13
**happened**
6:21 9:17
15:10 19:10
21:21 27:6
31:23
**happening**
13:19
**hard**
19:3
**head**
24:6 28:2
29:5,16 30:9
**hear**
14:3,9 15:6
16:2,9,11,17
17:2,5,10
25:4 27:9
28:17 30:15
33:15 35:10,
16
**heard**
5:12 15:10,
12,13 33:13
**hearing**
26:19 28:10
29:3
**height**
22:4
**held**
4:6

**help**
24:15 34:21
**hit**
15:6 25:23
**holding**
15:3
**Hot**
21:13

---

**I**

**idea**
21:3
**identify**
4:19
**immediately**
34:13,18
**impeccable**
21:15
**important**
5:24
**impression**
19:8
**inappropriate**
27:22
**inappropriately**
22:23
**incident**
7:3 9:17
17:20 18:2
19:7,19
25:18,19,22
26:2
**Incorporated**
4:13
**individuals**
11:13 15:15
**inebriated**
10:18
**INGERSOLL**
2:13
**interacting**
10:22 35:3
**interaction**
13:12 15:2

26:8 27:18
**interested**
4:17
**international**
21:12 36:19
**interpreted**
18:11
**interruption**
29:1
**issue**
13:16

---

**J**

**Jaewon**
3:3 4:9 5:4
37:9
**James**
2:19 4:14
**judge**
9:10 20:14
**jump**
6:6
**June**
5:13
**Junior**
2:19 4:14
**jury**
20:14

---

**K**

**Kelly**
2:12 4:23
20:2,8
**kelly.kolb@
bipc.com**
2:16
**kicked**
5:14 7:14,
17,23 8:10,
14 9:16
13:24 14:3
16:7 18:5,17
36:11

Jaewon Kim
April 22, 2022

kicking
  29:23
kids
  11:5
Kim
  3:3 4:9 5:4,
  9 20:8 28:15
  37:1,9
kind
  6:18 8:12
  11:10 12:2
  21:18 22:7
Kingdom
  21:6
knew
  31:19
know
  7:10 12:5
  13:20 14:21
  19:23,25
  20:8,18 26:7
  31:21,25
  32:2
knowledge
  26:1
known
  29:6
Kolb
  2:12 3:6
  4:23 8:20,24
  9:3 10:2
  11:7 12:10,
  14,24 16:5,
  14,19 18:3,
  12 20:4,7,9
  24:24 28:9,
  15,24 30:12
  31:15 32:25
  33:8,12
  34:1,8,14,20
  35:6,18,24
  36:4,15,18
  37:5,7
Korean
  21:9

L

lady
  20:23
lap
  12:18
laptop
  15:24 24:16
Las
  2:14
Latin
  21:8
Lauderdale
  2:15
laughing
  10:21
lawyers
  9:7
leave
  32:13
leaving
  13:21 16:10
  30:15
led
  18:18
left
  6:24 18:6
  24:5 27:2
  30:4 31:1
left-hand
  23:11,20
Legal
  4:15 5:2
legs
  14:17
line
  28:6 32:22
listening
  23:4
little
  6:12 10:18
  30:22
LLP
  2:5

locate
  32:11
looking
  12:21 23:7,
  20 24:5 27:7
  29:23
lot
  19:22
luck
  36:18
luggage
  24:15 26:11
  34:22

M

Main
  2:6
make
  18:8 19:7
  20:18
making
  16:9 28:17
male
  21:25 31:8
  32:11
man
  17:5,10,16
mask
  36:3,12
masks
  36:7
matter
  4:12
Mcdermed
  5:1
mean
  7:19 18:19
  31:3,21
means
  26:6
memories
  6:6
mentioned
  12:25 15:8
Mexican

6:12 10:7,10
  14:6 17:14,
  16
mid
  10:8
midst
  35:3
Mindful
  20:22
minutes
  34:5,19
misremember
  9:25
misunderstand
ing
  35:17
mom
  21:8
moment
  33:9
mood
  7:19
morning
  4:3 5:9,10,
  13 6:7,9
  13:24 23:16
  25:12
move
  18:9
moved
  31:3
music
  23:4
mute
  28:5,6,8

N

name
  3:2 4:14
  20:8
neck
  14:18
need
  8:16 24:10,
  20 28:5
  34:17,22,24

Jaewon Kim
April 22, 2022

36:19 37:2,6
**needed**
22:15
**needs**
33:22,24
**nice**
11:10 22:14
**Nicole**
3:3 4:9 5:4
37:9
**night**
10:12
**noticed**
7:22 12:2
32:24
**number**
25:17

**O**

**oath**
20:12
**object**
8:20 9:9
24:23 30:10
31:10
**Objection**
8:24 9:3
10:2 11:7
12:10,14,24
16:5,14,19
18:3,12
32:25 33:8,9
34:1,8,14,20
35:6,18,24
36:4
**observe**
22:21 26:21
27:20
**observed**
21:19,25
27:20 33:7
**occasions**
24:9
**occurred**
17:20 33:6

**okay**
5:23 6:8,25
9:13,14
11:3,12,22
12:6 13:4
14:2,13
15:1,5
16:17,24
17:1,19
18:16,25
19:12,21
21:10 22:17
23:9 24:20
25:6,14,17,
24 26:19
27:3 30:5,24
31:2,6,11,16
32:3,9 33:3,
18 35:2,9,
16,21 36:2,
13
**Olas**
2:14
**once**
18:1,2
**one**
6:10 7:9,12,
15 9:6,7
17:13 20:17
25:8,14
28:18 29:6
33:8 36:5
**opposite**
11:17
**outcome**
4:17
**overheard**
33:4

**P**

**Page**
3:2
**Participants**
4:4
**parties**
4:19

**party**
4:16 11:1
**partying**
10:12
**passenger**
5:12 7:17
9:16 12:23
17:21 18:8,
18 23:22
24:7 26:2,8,
20,22 27:1,
4,11,19 28:1
29:4,7,14,
15,19,20
30:6,14,16,
19 31:6,13,
18,19 32:20
35:4,10,23
36:3
**passenger's**
32:12
**passport**
21:9
**paying**
18:1
**people**
14:8 17:7
27:6 33:14
**person**
9:21
**phone**
23:4 28:6,8
**PLAINTIFF**
2:3
**plane**
5:14 6:19,23
7:14,18,23
8:1,10,14,
16,17 11:18,
24 13:14,22,
25 14:4
15:11,14,16,
19,22,25
16:7,10,25
18:10,18,20
26:18,21,25
27:1,17
30:20 32:21

33:23 35:14,
23 36:11
**please**
6:7,17,19,23
7:25 8:15
13:14 15:11,
14 18:20
20:17,24
21:4 24:18
26:18,24
27:1,17
30:20 32:15
35:13 37:4
**point**
15:6 27:13
**pointing**
23:11
**popped**
28:16
**possible**
9:24
**precipitated**
26:2
**present**
4:18
**pretty**
5:24
**previous**
31:17
**prior**
21:17 24:9
26:19 27:25
29:3,7 30:5
**proceed**
5:3
**proceeding**
4:5
**process**
21:24 22:11,
20 30:14
31:9
**properly**
14:9 33:16
**purse**
23:18 34:24
**pushed**
33:25

Jaewon Kim
April 22, 2022

put
  23:6 24:15,
  17,19 26:10
  33:16 34:17,
  22
putting
  24:5

**Q**

question
  29:11
questioning
  25:20
questions
  20:17 25:18
  32:4
quick
  21:24 28:9
quite
  14:22 15:23

**R**

rarely
  20:23
reach
  32:23
real
  21:24
recall
  6:7,9 7:7,
  10,13,14
  11:17 12:19,
  25 13:2,5,7
  15:4,8,17
  16:15 17:19
  18:13,22
  22:3 25:7,
  11,13,14,16
  29:22 30:2,
  18 35:7,19,
  25 36:5
recalling
  12:7
receive
  18:23

recollection
  5:16
record
  4:4,7 28:12,
  14,20,21,23
  36:21
recorded
  4:5,6
red-faced
  8:4
related
  4:15
relations
  21:12 36:19
remember
  6:5,9,15,24
  7:7 9:18,23
  10:5,8,9,15
  11:14 17:11,
  15 18:24
  19:3 21:21
  23:3,17,18
  24:3 25:13
  26:17 29:2
  30:2 32:14,
  17 35:12,22
  36:2,12
remote
  4:8,14 37:8
remotely
  4:18
Renee
  5:1 36:21
repeat
  29:10
rephrase
  20:18
reporter
  5:1 6:2
  36:22 37:2,5
represent
  4:20 5:11
representing
  5:1
request
  4:7

return
  35:5
right
  6:3,6 7:1,6
  9:11 11:14
  12:7 17:9
  20:4,16,21
  21:16 22:9
  23:15,19
  24:2 25:10
  27:18 28:18,
  25 29:2,25
  30:5,9,13
  31:6 36:20,
  23
rise
  17:22
room
  4:18
ROONEY
  2:13
row
  6:11,16 9:19
  10:1,7 11:14
  12:1 14:10,
  12 17:13
  25:2 31:1
rows
  7:6 10:16
rude
  10:20

**S**

sat
  23:1 34:12
satchel
  15:3
saying
  10:25 15:14
  33:13
screaming
  8:1
seat
  7:1 12:21,22
  17:6,17,23
  23:1 29:8,9

30:6
seated
  9:15 10:1
  14:16 23:2,
  13,24 24:4,
  11
seating
  12:3
seats
  12:1,4
second
  28:14,18
  33:23
see
  7:9 9:16
  10:6 11:3
  12:18,23
  13:8,9,10,
  11,16,17
  14:14,15,16,
  17,18,20,23,
  24 15:1,2,15
  16:2 17:21
  18:8 26:14
  27:5,7,9
  29:1 30:22
  31:22 35:2,4
seeing
  7:15 26:17
settled
  23:19
shared
  5:12
shout
  16:17
shouting
  8:1 16:20,22
shown
  31:7
side
  8:2,7 9:21
  11:17,18,24
  16:21 23:12,
  21,23 24:6
  31:1
sight
  32:22

Jaewon Kim
April 22, 2022

| | | | |
|---|---|---|---|
| simple | standing | 24:17 28:9 | thing |
| 5:24 | 7:5 13:21 | 34:19,23 | 9:6,7 23:1 |
| sit | 14:15,22 | 36:21 | 33:7,13 |
| 34:5 | 26:24 32:22 | taken | things |
| sitting | start | 31:19 | 5:24 |
| 6:10,12,15, | 26:17 | takeoff | think |
| 20,25 9:18, | started | 33:25 | 7:12 11:21 |
| 21 10:6,15 | 23:6 | talk | 12:20,22 |
| 11:13,19,20 | statement | 5:25 | 14:25 15:24, |
| 12:16 13:1, | 21:18 | talked | 25 18:22,24 |
| 15,18 14:10 | statements | 25:21 | 19:21,22 |
| 15:9 17:17 | 16:10 | talking | 23:2,17 |
| 23:5 30:25 | STONE | 10:17 14:3, | 25:19 26:11 |
| situated | 2:5 | 15 17:2,5,10 | 28:5,17 |
| 34:7 | stood | 22:1 23:6,22 | 30:1,18,20 |
| size | 29:8 30:6 | 25:9 27:11 | 31:5 32:3,24 |
| 22:3 | stow | tall | 36:13 |
| skinny | 24:10 34:13 | 22:6,7 | third |
| 22:6 | stowed | taller | 6:11,16 |
| slept | 33:23,24 | 22:7,9 | 30:25 |
| 11:1 | Street | technician | thought |
| soft | 2:6 | 4:14 | 27:21 36:10 |
| 22:19 | studies | teenagers | time |
| somebody's | 21:5 | 10:7,10 | 4:10,17 5:22 |
| 28:16 | stuff | 14:7,11 | 7:3 9:8 |
| Soto | 10:15 14:9 | tell | 19:12 29:7, |
| 2:19 4:14 | 18:24 34:19 | 5:16 6:4,5,7 | 13 35:2 |
| sounded | 35:15 | 9:7 13:5 | 36:24,25 |
| 33:4 | Suite | 24:18,20 | timing |
| South | 2:6,14 | telling | 21:15 |
| 21:8 | Support | 7:25 10:14 | today |
| speak | 4:15 5:2 | 13:14 26:15, | 4:9 5:18 |
| 19:17 20:10 | supposed | 24 32:20 | 20:11,13 |
| 35:4 | 20:23 28:10 | 35:13 | 21:17 |
| speaking | sure | terms | today's |
| 27:4 | 20:18 24:4 | 22:4 | 36:24 |
| speculate | 26:5 29:12 | testified | told |
| 6:5 | swear | 5:5 29:12 | 6:17,19 |
| spoke | 5:2 | 32:10 | 24:10 26:16, |
| 19:13,18 | sworn | testimony | 18 27:24 |
| spoken | 5:5 | 23:22 31:17 | 34:13,17 |
| 19:13 | | 33:3 | tone |
| stand | | thank | 22:18 |
| 15:23 17:21, | **T** | 4:25 5:17 | topic |
| 22 27:2 | | 20:4,16,21 | 21:13 |
| 29:20 30:20 | take | 21:1 36:15, | torso |
| 32:15 | 15:16 21:23 | 17,25 | 14:18 |

Jaewon Kim
April 22, 2022

transcribed
  37:3
Troy
  4:12,21 5:11
  28:8
trying
  23:8,10
tune
  9:12
turned
  24:7 28:2
  29:5,17 30:9
twenties
  10:8
two
  10:7,10
  11:20 25:1
  27:6 33:5

            U

understand
  14:8 19:4
  20:12,17
  26:6 27:24
  33:14
understanding
  13:23 31:16
  33:22 34:4
understood
  20:19 23:21
unfolding
  18:2
unidentified
  28:4,7
United
  21:5
University
  21:6
unprofessiona
l
  27:21
unprofessiona
lly
  22:23,24
upset
  6:18 7:24

  8:5,6,11,13
  16:6 27:14,
  16 31:12

            V

verbally
  6:1
versus
  4:13
video
  4:14
VIDEOGRAPHER
  2:19 4:3,25
  28:11,19,22
  36:20,23
videorecorded
  4:8
Virginia
  2:7
voice
  22:18 28:4,7

            W

waist
  14:23
walked
  8:16 18:23
  32:16
wall
  17:12 30:22
want
  21:23 28:11
watch
  15:18
watching
  32:19
way
  14:8 24:17
  25:14 29:6
  30:7
wear
  36:6
wearing
  36:3,11,12

weight
  22:5
weird
  12:2
went
  30:21
West
  2:6
will@
stoneandwoodr
owlaw.com
  2:8
WILLIAM
  2:4
willingness
  20:10
window
  6:11 7:1
  12:21,22
  17:6 23:8,13
  27:8
witness
  3:2 5:2
witnessed
  26:8
Woodrow
  2:4,5 3:5,7
  4:21 5:8
  8:21 9:1,5
  10:3 11:11
  12:11,15
  13:3 16:8,
  16,23 18:7,
  15 20:2,5
  21:17 24:23
  25:20 28:5,
  8,13 30:10
  31:10 32:4,
  6,8 33:2,10,
  17 34:3,10,
  16 35:1,8,20
  36:1,8,17
  37:3,4
Woodrow's
  25:23
word
  25:18

working
  21:7
Wow
  11:1
written
  21:18
wrong
  9:20 11:20
  19:19

            Y

yeah
  7:2,20 10:5
  12:9 13:2
  17:1 18:21
  19:2,5,25
  21:14,22
  22:6,7 23:3
  24:1 25:25
  27:15 28:13
  29:25 31:5
  32:6 33:1,7
  34:22 36:12
year
  6:10 18:25
  36:5
years
  20:25
yelled
  34:11,15
yesterday
  19:18
youngish
  17:16