**VOLUME:(420) FOUR HUNDRED TWENTY**          **DOCUMENT: 47,353**

**CONTAINS:** **THE DECLARATION OF INTENT**

**FOR:** **JAIRO MISRAIM ESPINOZA JIMENEZ**

**JULY        01            2022**



[Stamp: illegible]



Puebla, Pue.
Privada "A" Oriente de la 16 de Sept. No. 3901-1
Col. El Carmen Huexotitla C.P. 72534
Tels. (222) 296 9912, 296 9908, 240 0027
E-mail: notaria29puebla@hotmail.com

Victor Manuel Aureliano Cortes Padilla
INCUMBENT

[Stamp: United Mexican States. Victor Manuel Cortes Padilla. Public Notary Office No. 29. Puebla, Pue.]

**FOLIO:** 44,426
**VOLUME:** 420
**DOCUMENT:** 47,353

**AT PUEBLA DE ZARAGOZA,** on the **first day** of **July** of **two thousand twenty-two, I, VICTOR MANUEL AURELIANO CORTES PADILLA, INCUMBENT NOTARY OF PUBLIC NOTARY OFFICE NUMBER TWENTY-NINE AND OF FEDERAL REAL ESTATE ASSETS, IN THE PERFORMANCE OF MY DUTIES,** hereby proceed to **TRANSCRIBE** the **DECLARATION OF INTENT** granted by **JAIRO MISRAIM ESPINOZA JIMENEZ** who, in his own name, executes the following statements and clauses pursuant to the following sworn oath: ---------------------------------------------------------------------------------------------

------------------------------------------------ **S W O R N   O A T H**------------------------------------------------

--- I, the undersigned Incumbent Notary Public, swore the appearing party in, with the warning that the statements made before a Notary are made under oath, and describing the penalties incurred by false statements, pursuant to provisions set forth in Article 49 (forty-nine) of the National Code of Criminal Procedure, in effect, and article 247 (two hundred forty-seven) Section I (one in Roman numbers) of the Federal Criminal Code in effect . ---------------------------------------------------------------------------------------

[Stamp: illegible]

---------------------------------------------------- **STATEMENTS** -----------------------------------------------------

---- **I.- JAIRO MISRAIM ESPINOZA JIMENEZ,** who claims to be Mexican by birth, native of Atotonilco El Grande of the State of Hidalgo, born on March fifteen, nineteen ninety-six, holder of Personal Identity Number EIJJ960315HHGSMR03 (E,I,J,J, nine, six, zero, three, one, five, H,H,G,S,M,R, zero, three), single, a Chemical Engineer, domiciled at Calzada Zaragoza number 503 (five hundred three), Colonia El Calvario of the city of Atotonilco El Grande of the State of Hidalgo, zip code 43300 (forty-three thousand three hundred), a visitor of this city, and further identified by his voter credential number 2121256490 (two, one, two, one, two, five, six, four, nine, zero) issued by the National Electoral Institute; on his own behalf informs me of his wish to grant, through a unilateral declaration of intent, a statement of the events that took place on June ten, two thousand twenty-one, as a passenger of American Airlines flight AA1303 (A,A, one thousand three hundred three) with departure from MIAMI, Florida, scheduled at 7:10 am (seven hours and ten minutes in the morning) and arrival at Mexico City scheduled at 9:00 am (nine hours zero minutes in the morning) in which he occupied seat 3B (three B) in business class; this said, I grant the deponent the right to speak in order to listen to his statement, as well as to write the notarial record regarding his statement, and which reads as follows: -------------------------------------------------------------

--- "My name is JAIRO MISRAIM ESPINOZA JIMENEZ, I am 26 (twenty-six) years old, on June 10 (ten), 2021 (two thousand twenty-one) I was a passenger on American Airlines flight AA1303 (A,A, one thousand three hundred three) with departure from MIAMI, Florida, scheduled at 7:10 am (seven hours and ten

**VERIFIED**



*minutes in the morning) and arrival at Mexico City scheduled at 9:00 am (nine hours zero minutes in the morning) in which he occupied seat 3B (three B) in business class.----------------------------------------------*

*--- I didn´t notice anything abnormal or out of the ordinary during the flight on that same day, however, there was a situation before takeoff in which a passenger from the front row had an incident with one of the airline´s flight attendants. I was still awake because the plane hadn´t taken off yet, but I was listening to music through my earphones and, a few moments before takeoff, I noticed that the flight attendant was speaking to a passenger, but I could not listen to what they were saying because I had earphones on. ---*

*--- In spite of said incident; I remember that the passenger, a white man with gray hair who appeared to be an American, handed a personal item to the flight attendant, which seemed like a suitcase, and the flight attendant took a step back, after this, I saw the flight attendant speaking with the passenger. I never saw the passenger speaking to him because of the placement of my seat on the plane, and the passenger was sitting as well. -------------------------------------------------------------------------------------------------------*

*--- I didn´t see any incidents nor any aggression from either party, the flight attendant removed the passenger from the flight a few minutes later, I turned around to avoid making either party uncomfortable and didn´t see the passenger get off the plane, after this the flight continued normally.  ---------------------* [Stamp: illegible]

*---- On February 28 (twenty-eight), 2022 (two thousand twenty-two) the person claiming to be Sonia San Martin contacted me on behalf of American Airlines, who had tried to reach me from that same number on previous days, but I had not answered because it was an international call. However, I answered that phone call due to their insistence, and said person asks me to comment on the situation of flight AA1303 (A,A, one thousand three hundred three), so I give my remarks over the phone. Afterwards, she asked me to sign my statement and sent it in a document they made in PDF format, meaning a pre-made document or one induced by the airline staff, from email address sonia.sanmartin@bipc.com on March 1 (one), 2022 (two thousand twenty-two) to my personal email. In said email, they asked me to let them know if I wished to make any modifications or changes, however, my English is not very good overall and there were some words I didn´t understand but felt that they were not important because the context was very similar to what I had told them. ---------------------------------------------------------------------------------------------------*

*--- Later, I had some time to check what I had received and, after looking up the words I didn´t know the meaning of, I discovered that it was not similar to what the person named Sonia San Martin had sent me, for which reason I am now stating the true events that took place in American Airlines flight AA1303 (A,A, one thousand three hundred three), establishing that there was no aggressiveness from either party, what I can recall from that moment is that I didn´t notice any aggressiveness or hostility from the passenger or the flight attendant because I didn´t see any argument, I repeat that I never saw the face of the passenger since he was already sitting in his seat and I was unable to see his face because of my placement, but the flight attendant did not have an aggressive attitude toward the passenger either. -------------------------------*

3



[Stamp: United Mexican States. Victor Manuel Cortes Padilla. Public Notary Office No. 29. Puebla, Pue.]

*Public Notary No. 29*

Puebla, Pue.
Privada "A" Oriente de la 16 de Sept. No. 3901-1
Col. El Carmen Huexotitla C.P. 72534
Tels. (222) 296 9912, 296 9908, 240 0027
E-mail: notaria29puebla@hotmail.com

Victor Manuel Aureliano Cortes Padilla
INCUMBENT

---- *After this, the same people tried to contact me with other attorneys so I would give my statement on a video call, but I´m really fed up with this issue and didn´t reply to some of them, and asked others to not contact me anymore.*------------------------------------------------------------

--- *I just hope that, with my statement, they stop contacting me for this matter. But, if it is necessary to prove the veracity of my words, I will testify on video only if it is truly necessary. Otherwise, I want the statement that was pre-made by American Airlines and sent to me in PDF format be invalidated, so I do not incur in any action or omission that may affect me negatively in the future when travelling to the United States of America for personal or business purposes, because I am just stating the truth of the facts without any preference for either party.* ------------------------------------------------

--- *Additionally, I hereby submit a copy or screenshot of the email sent to me by the person named Sonia San Martin, as proof of my statements."*----------------------------------------------------------

--- I take a copy of all the documentation received and add it to the annex of this document so that a certified copy thereof is included in any transcripts of this deed that may be issued. --------------------------

[Stamp: illegible]

------------------------------------------------- **C L A U S E S** -----------------------------------------------------

---- **FIRST.-** The unilateral declaration of intent through personal appearance before the undersigned notary of **JAIRO MISRAIM ESPINOZA JIMENEZ**, who on his own behalf narrated the events that took place on June ten, two thousand twenty-one, as a passenger of American Airlines flight AA1303 (A,A, one thousand three hundred three) with departure from MIAMI, Florida, scheduled at 7:10 am (seven hours and ten minutes in the morning) and arrival at Mexico City scheduled at 9:00 am (nine hours zero minutes in the morning), in which he occupied seat 3B (three B) in business class, is hereby received, attaching the document submitted by the appearing party to the annex for such purpose, and adding a certified copy thereof to any transcripts that may be issued of this document. --------------------------------------------------

--- **SECOND.-** The statements made by the appearing party in the statements section and the above clause, by express request of said party, are registered in the record of the undersigned notary, for the appropriate legal effects, issuing the respective transcript for the purposes deemed convenient by the interested party. ---------------------------------------------------------------------------------------

---- **THIRD.-** Any expenses and fees generated by this document, and the transcript thereof, shall be borne by the appearing party.---------------------------------------------------------------------------------------------

--- **I, THE INCUMBENT NOTARY, C E R T I F Y**: ------------------------------------------------------------------

--- **I.-** The veracity of the act. -------------------------------------------------------------------------------------

--- **II.-** That I fully identified myself as a notary public before the appearing and executing party, with whom I am personally acquainted, and who also provided proof of his identity; clearly showing that he possesses the natural and legal capacity to enter into this act, since I have no evidence to the contrary, I do not observe any tangible expressions of natural incapacity and have no knowledge of the appearing party being subjected to legal incapacity.------------------------------------------------------------------------------

VERIFIED



--- **III.-** That I have made duly certified copies of the identification documents and other attached documentations of the appearing party, which I authenticate by adding them to the respective certificate annex file in this volume, and to any transcripts of this deed that may be issued. **IV.-** That I read this deed to the appearing party, explaining the legal value, force and scope of its content, with which he agreed and ratified in each and every one of its parts, leaving his signature and his right index fingerprint in witness thereof. **TO WHICH I ATTEST**. ------------------------------------------------------------------------------------------------- [Stamp: illegible]
--- One signature.- Initial.- One fingerprint.- BEFORE ME.- Victor Manuel A. Cortes Padilla.- One signature. Initial.- Authorizing Notary stamp. -----------------------------------------------------------------------------------------------
--- **SIGNED AND AUTHENTICATED BEFORE ME ON JULY FIRST, TWO THOUSAND TWENTY-TWO. TO WHICH I ATTEST.-** THE INCUMBENT NOTARY PUBLIC NUMBER TWENTY-NINE.- One signature.- Initial.- VICTOR MANUEL A. CORTES PADILLA.- Authorizing Notary stamp.---------------------------------
--- THIS IS THE **FIRST TRANSCRIPT** OF THE ORIGINAL DOCUMENT KEPT IN NOTARIAL RECORD NUMBER **FOUR HUNDRED TWENTY** OF THIS NOTARY OFFICE UNDER. MY CUSTODY, AND THE ANNEX THEREOF IS CONTAINED IN **TWO** SHEETS OF DULY STAMPED AND VERIFIED NOTARIAL PAPER, ISSUED FOR **JAIRO MISRAIM ESPINOZA JIMENEZ**, AT PUEBLA DE ZARAGOZA, ON **JULY FIRST**, TWO THOUSAND TWENTY-TWO. TO WHICH I ATTEST. -----------------------------------------------

**INCUMBENT NOTARY PUBLIC NUMBER 29**

(signed) illegible            [Stamp: United Mexican States. Victor Manuel Cortes Padilla. Public Notary Office No. 29. Puebla, Pue.]

**VICTOR MANUEL AURELIANO CORTES PADILLA**





**NATIONAL ELECTORAL INSTITUTE**
MEXICO
**VOTING CREDENTIAL**

NAME: ESPINOZA JIMENEZ JAIRO MISRAIM
SEX: M
ADDRESS: CALZ ZARAGOZA 503
COL EL CALVARIO 43300
ATOTONILCO EL GRANDE, HGO.
VOTER CODE: ESJMJR960331513H300
CURP: EIJJ960315HHGSMR03
YEAR OF REGISTRATION: 2014.02
DATE OF BIRTH: 03/15/1996
SECTION: 0180
VALIDITY: 2021 - 2031

[Stamp: United Mexican States. Victor Manuel Cortes Padilla. Public Notary Office No. 29. Puebla, Pue.]



[Stamp: illegible]

IDMEX2121256490<<0180097462334
9603150H3112319MEX<02<<01031<6
ESPINOZA<<JIMENEZ<<JAIRO<MISRAI

illegible

**VERIFIED COPY**

INE Directory      Live Streams



**INE**
National Electoral Institute

# Is your credential valid?

Item: **HOME** / RESULT

**HELP CENTER**

**( YES )** VALID
VOTER

| | |
|---|---|
| CIC | 212125649 |
| Voter code | ESJMJR96031513H300 |
| Issue number | 2 |
| Federal District | 3 |
| Local District | 8 |
| OCR number | 0180097462334 |
| Year of registration | 2014 |
| Year of issue | 2021 |
| Date of update of information: | June 30, 2022 19:50 |

[Stamp: illegible]

Date of enquiry: July 01, 2022



# UNITED MEXICAN STATES
## PERSONAL IDENTITY CODE CERTIFICATE

**SEGOB**
DEPARTMENT OF THE INTERIOR

GENERAL DIRECTORATE OF THE NATIONAL OFFICE OF VITAL STATISTICS

[Stamp: United Mexican States. Victor Manuel Cortes Padilla. Public Notary Office No. 29. Puebla, Pue.]



**Code:**
**EIJJ960315HHGSMR03**

**Name**
**JAIRO MISRAIM ESPINOZA JIMENEZ**

[Watermark: I Am Mexico]

| Date of registration | Folio | State of registration |
|---|---|---|
| 11/08/2000 | 75037682 | HIDALGO |


113012199600356

Certified CURP: verified by the Civil Registry

**JAIRO MISRAIM ESPINOZA JIMENEZ**

The right to an identity is embodied in our Constitution. At the Department of the Interior, we work every day to guarantee that Mexicans enjoy this right in full, and may therefore access procedures and services in a simpler manner.

Our objective is that the use and adoption of the Personal Identity Code (CURP) enables the population to possess a single key to access government services, receive assistance quickly, and complete procedures from any computer with access to the internet, both within the country and abroad.

Our commitment is to protect and secure the identity of each individual, and to this end we have the highest standards for personal data protection. In this sense, it is important that you verify that the information contained in the attached certificate is correct, in order to contribute towards the development of a faithful, reliable registry of the identity of the population.

I thank you for your participation.

**ADAN AUGUSTO LOPEZ HERNANDEZ**

SECRETARY OF THE INTERIOR

We are at your service for any clarifications or questions regarding the composition of your code at **TELCURP, by calling 800 911 11 11**

**The printout of the CURP certificate in bond paper, in color or black and white, is valid and must be accepted to complete any procedure.**
**FREE PROCEDURE**

Any Personal Data collected, incorporated and treated in the National Database of the Personal Identity Code is used as a supporting element to the duties of the Department of the Interior, through the registration and accreditation by the National Office of Vital Statistics of the identity of the population of the country, and of national citizens residing abroad; assigning and issuing the Personal Identity Code. Said Database is registered at the Personal System of the National Institute of Transparency, Access to Information and Protection of Personal Data (http://persona.ifai.org.mx/persona/welcome.do). The transfer of Personal Data and the exercise of the rights of access, rectification, cancellation and opposition must be performed in accordance with the General Law of Personal Data Protection in Possession of the Reporting Parties, and any other applicable regulations. To view the full version of the privacy notice, please visit https://renapo.gob.mx/



[Stamp: illegible]



**CFE**

*Comision Federal de Electricidad ®*

**CFE Utility Supplier**
Rio Rodano No. 14, colonia Cuauhtemoc
Mayoralty of Cuauhtemoc, Zip Code 06500,
Mexico City. RFC: CSS160330CP7

**CARLOS ESPINOSA P**

ZARAGOZA 503 DOM
BARRIO EL CALVARIO Y BUENAVISTA LOS PINOS
ATOTONILCO EL GRANDE CENTRO Z.C. 43300
ATOTONILCO, HGO.

**SERVICE NO.:** 260970300327

**RMU:** 43300 97-03-17 XAXX-010101 001 CFE

**PAYMENT DUE ON: JUL 09 22**

**CUTOFF FROM: JUL 10 22**

**FEE:** 01 **METER NO:** 621YTY
**MULTIPLIER:** 1

**BILLED PERIOD:** APR 21 22 – JUN 21 22

TOTAL DUE:

**$577**

(FIVE HUNDRED SEVENTY-SEVEN PESOS L.T.)

**Get your bill notice easier and faster**

Update your information **using the QR code** below and you´ll get this and other benefits

[Stamp: United Mexican States. Victor Manuel Cortes Padilla. Public Notary Office No. 29. Puebla, Pue.]



**Just scan the code!**

| Item | Current reading Metered ☒ Estimate ☐ | Previous reading Metered ☒ Estimate ☐ | Total for Period | Price (MXN) | Subtotal (MXN) |
|---|---|---|---|---|---|
| **Power (kWh)** | 9,405 | 9,063 | 342 | | |
| Basic | | | 150 | 0.902 | 135.30 |
| Intermediate | | | 130 | 1.097 | 142.61 |
| Excess | | | 62 | 3.210 | 199.02 |
| | This graphic shows your level of consumption. The lesser the consumption, the greater the support. | | | **Subtotal** | |

| Cost of Energy in the Wholesale Electric Market | | | | | Breakdown of amount due | |
|---|---|---|---|---|---|---|
| Item | $ | $/kW | $/kWh | Amount (MXN) | Item | Amount (MXN) |
| Supply | 62.78 | 0.00 | 0.00 | 62.78 | Energy | 476.93 |
| Distribution | 0.00 | 0.00 | 460.33 | 460.33 | VAT 16% | 76.30 |
| Transmission | 0.00 | 0.00 | 60.12 | 60.12 | Invoice for Period | 553.23 |
| CENACE | 0.00 | 0.00 | 2.53 | 2.53 | DAP(2) | 23.84 |
| Energy | 0.00 | 0.00 | 252.40 | 252.40 | Round off difference | 0.92 |
| Capacity | 0.00 | 0.00 | 160.06 | 160.06 | **Total** | **577.99** |
| ScnMEM(1) | 0.00 | 0.00 | 2.05 | 2.05 | | |

**Government Support:** 523.33

Date, time and place of printing: 07/01/2022 (illegible) VENUSTIANO CARRANZA S/N LA PUEBLA ATOTONILCO HIDALGO MEXICO 43300

(1) SCNMEM: Costs related to Market services. (2) DAP: Public lighting fee. (3) Debits or credits. Several items that may be included in the billing notice related to supply.



**VERIFIED COPY**

## CONSUMPTION HISTORY

| Period | kWh | Amount | Paid | Pending Payment |
|---|---|---|---|---|
| FEB 18 22 – APR 21 22 | 340 | $562.00 | $562.00 | |
| DEC 21 21 – FEB 18 22 | 386 | $731.00 | $731.00 | |
| OCT 20 21 – DEC 21 21 | 404 | $792.00 | $792.00 | |
| AUG 19 21 – OCT 20 21 | 374 | $676.00 | $676.00 | |
| JUN 21 21 – AUG 19 21 | 317 | $450.00 | $450.00 | |
| APR 21 21 – JUN 21 21 | 385 | $709.00 | $709.00 | |
| FEB 18 21 – APR 21 21 | 345 | $559.00 | $559.00 | |
| DEC 22 20 – FEB 18 21 | 380 | $684.00 | $684.00 | |
| OCT 21 20 – DEC 22 20 | 386 | $703.00 | $703.00 | |
| AUG 20 20 – OCT 21 20 | 340 | $532.00 | $532.00 | |
| JUN 19 20 – AUG 20 20 | 331 | $487.00 | $487.00 | |



It´s convenient for you to apply simple measures at home. Here, we tell you how to reduce your electric energy consumption in a simple manner.

- Unplug any TV sets that are not being used by anyone; remember that there is equipment that consumes electric energy without being turned on.
- Set up the electric energy saving function in your computer.
- If you need outside lighting in your home at night, install energy-saving lamps and control their operation through motion sensors.

We think about you and your family´s benefit, our commitment is to continue

Connected to you!

**Tax Information of Receiver   Original Chain   This document is a printed CFDI form   One-time payment**

RFC ZARAGOZA 503   DOM ATOTONILCO, HGO. Series: VH Folio: 000035215698 Tax Folio: SAT Certificate No.: 00001000000413089779 Date and time of certification: Unit of measurement: Not applicable. Payment method: NA Tax Regime: GENERAL LEGAL ENTITY REGIME

illegible



**Complaint proceedings and appeals available to users:**   

**IMPORTANT NOTICE!**

Cutoff from JUL 10 22.
Your electric energy consumption is within the EXCESS range of consumption, which is greater than 280 kWh over a two-month period.
We invite you to register at our portal and enjoy the convenience of our online services.

[Stamp: illegible]

**Learn about the services of the different suppliers:** *http://usuariocalificado.cre.gob.mx/UsuarioCalificado/ListadoSuministrador*

      
    

Bancomer, Banorte, Banseli, Inbursa, Santander, Banamex, Banjercito, Scotiabank, HSBC, CiBanco, Afirme, Multiva, Banco del Bajio, Banco Azteca, Soriana, Coppel

[Stamp: United Mexican States. Victor Manuel Cortes Padilla. Public Notary Office No. 29. Puebla, Pue.]

## American Airlines/Clowdus

(i) You replied on Tue 3/1/2022 12:06PM

Translate message to: Spanish | Never translate from English

San Martin, Sonia N. <sonia.sanmartin@bipc.com>
To: Jairo Misraim Espinoza Jimenez                Tue 3/1/2022 11:46 AM
Cc: Pecchio, Robert D. <robert.pecchio@bipc.com>

DRAFT Jairo Espinoza Declar...
99 KB

Good afternoon Mr. Espinoza,

Thank you for having taken my call yesterday, it was my pleasure to speak with you. In accordance with the issues discussed, please find a statement attached for you to sign, if you do not understand any words or wish to change or add anything, please let me know and I will make the necessary changes.

If you have any questions, please do not hesitate to contact me.

Thank you for your attention.

Kind regards,

**Sonia San Martin**
**Practice Assistant**

[Stamp: illegible]

VERIFIED COPY

[Stamp: United Mexican States. Victor Manuel Cortes Padilla. Public Notary Office No. 29. Puebla, Pue.]

**I, VICTOR MANUEL A. CORTES PADILLA, INCUMBENT NOTARY OF PUBLIC NOTARY OFFICE NUMBER TWENTY-NINE, WITH PROFESSIONAL PRACTICE IN THIS JUDICIAL DISTRICT (PUEBLA), CERTIFY THAT THIS COPY, CONSISTING OF 4 SHEETS OF NOTARIAL PAPER, IS A TRUE AND FAITHFUL COPY OF THE ORIGINAL DOCUMENT(S) THAT I HAD WITHIN SIGHT AND VERIFIED. THIS CERTIFICATE IS ISSUED FOR LEGAL EFFECT UPON REQUEST OF THE INTERESTED PARTY AT THE CITY OF PUEBLA DE ZARAGOZA, STATE OF PUEBLA, ON** July 01, 2022. **TO WHICH I ATTEST.**

**NOTARY PUBLIC No. 29**

(signed) illegible

**VICTOR MANUEL A. CORTES PADILLA**

[Stamp: United Mexican States. Victor Manuel Cortes Padilla. Public Notary Office No. 29. Puebla, Pue.]