CONFIDENTIAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO.: 1:21-CV-23155-KMM

TROY CLOWDUS

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.

    Defendant.

_____/

### DECLARATION OF ELJA KEIZER

Elja Keizer, pursuant to 28 U.S.C. §1746, does hereby state under penalty of perjury that the following is true and correct:

1. My name is Elja Keizer. I am over 18 years of age. I have personal knowledge of the matters stated below.

2. On June 10, 2021, I was a passenger on American Airlines flight AA1303 with scheduled departure from Miami, FL at 7:10AM, with scheduled arrival in Mexico City, Mexico at 9:37AM.

3. My seat on this flight was 3F, in the Business class section of the airplane.

4. I am an experienced flyer, and I have flown with American Airlines on multiple occasions prior to Flight AA1303.

5. On this particular flight, I did not observe any discourteous or otherwise concerning behavior by any of the flight attendants serving our flight while the passengers and I boarded and took our assigned seats.



AA00122

6. A few minutes after I was seated, I noticed an AA official ("AA official") standing next to a male passenger ("Male Passenger") seated in the first row, window seat, on the right side of the plane (when facing forward).

7. At what appeared to be the prompting of the AA official, the Male Passenger gathered his things quietly and exited in the airplane, while being escorted by the AA official.

8. I was seated two rows back from this Male Passenger.

9. To my knowledge, no flight attendant or any other AA employee or official ever spoke loudly or aggressively to this Male Passenger.

10. The Male Passenger left the aircraft without issue.

11. Thereafter, the flight proceeded forward as normal, and we arrived safely and uneventfully in Mexico City.

12. Throughout the entire flight, including in my interactions with them, I would describe the flight attendants' behavior as normal.

13. I declare under penalty of perjury that the foregoing is true, correct and within my personal knowledge.

DATED on this the 7th day of JANUARY 2022

Elja Keizer