### Report Information

| Report identifier | Create date | Title |
|---|---|---|
| 2106003695 | 06/10/21 08:13 | Customer Misconduct |

### Reported By Employee Information

| Employee id | Last name | First name | Crew base |
|---|---|---|---|
| ███ | Merino | Carlos | MIA |

### Flight Details

| Company | Flight date | Flight | Dep | Arr | Int | Aircraft | Fleet | FAA Reg nbr | Nose nbr | Phase |
|---|---|---|---|---|---|---|---|---|---|---|
| AA-American Airlines | 06/10/21 | 1303 | MIA | MEX | | B737-MAX | B737 | N378SC | 3SC | Boarding |

### Involvement list:

| Involved as a | Last name | First name | Middle init | Employee nbr | Seat nbr | Report |
|---|---|---|---|---|---|---|
| WebAdmin | Clowdus | Troy | | | 1F | |
| WebAdmin | Gray | Deon | | | Crew e | |
| WebAdmin | N/A | N/A | | | | |

### Categories selected

Customer Misconduct

Facts related to the event
Created on: 06/10/21 08:13
Passenger was asked at the beginning of boarding process to place his bag on the OHB before we were to go out of space, passenger got mad about it but accepted to do it latter, after being finished boarding and checking the cabin I asked passenger to place his bag in the OHB even I offered to do it myself, he was so aggressive about it I explaining the rule to him about bulkhead and he grabbed his bag and deliberately hit me in my stomach very hard with it ! I asked him You just hit me with your bag and he replied very aggresivily NO I DIDN'T, I advised the captain about it immediately and because his aggresivily behavior it was decided to remove him from the flight This behavior SHOULD NOT BE TOLERATED BY AA AT ALL I was fiscally assaulted by this man and the company should do something about it

Comments/Concerns/Recommendations related to this event
Created on: 06/10/21 08:13
I was fiscally assaulted by this man and the company should do something about it !

### Person Details
Basic information for:
Name: Clowdus, Troy           Phones
Address:                       Home:
Email                          Work:

Work:                               Cell:
Other:                              Other:

Position Information
Job Title:                          Scheduled Days Off:
Months in Current Position:         Normal Shift: : :
Work Location:                      Rotation Days Off:
Department:                         Technical Exp.:
Qualification:                      Line:
Base:
Pax/Vendor/Misc Information
Gender: Male                        Bag Tag:
Passport:                           Photo ID Verified:
Passport Country:
Seat: 1F                            Driver License:
Age:                                Medical License:
PNR: Na                             Badge Number:
Pax No: 0                           Vendor Company:
Fare Class:                         Vendor Equipment:
AAdvantage No:                      Vendor Phone:
Basic information for:
Name: GRAY, Deon                    Phones
Address:                            Home: 955606111
Email                               Work: 955606111
Work:                               Cell:
Other:                              Other:

Position Information
Job Title:                          Scheduled Days Off:
Months in Current Position:         Normal Shift: : :
Work Location:                      Rotation Days Off:
Department:                         Technical Exp.:
Qualification:                      Line:
Base:
Pax/Vendor/Misc Information
Gender: Not Stated                  Bag Tag:
Passport:                           Photo ID Verified:
Passport Country:
Seat: Crew e                        Driver License:
Age:                                Medical License:
PNR:                                Badge Number:
Pax No: 0                           Vendor Company:
Fare Class:                         Vendor Equipment:
AAdvantage No:                      Vendor Phone:
Basic information for:

| | |
|---|---|
| Name: N/A, N/A | Phones |
| Address: | Home: |
| Email | Work: |
| Work: | Cell: |
| Other: | Other: |

Position Information
Job Title:  Scheduled Days Off:
Months in Current Position:  Normal Shift: : :
Work Location:  Rotation Days Off:
Department:  Technical Exp.:
Qualification:  Line:
Base:

Pax/Vendor/Misc Information
Gender: Not Stated  Bag Tag:
Passport:  Photo ID Verified:
Passport Country:
Seat:  Driver License:
Age:  Medical License:
PNR:  Badge Number:
Pax No: 0  Vendor Company:
Fare Class:  Vendor Equipment:
AAdvantage No:  Vendor Phone:

Category Answers (Customer Misconduct) for Clowdus, Troy

| | |
|---|---|
| What disturbance issue(s) is being reported? | Crew member assault |
| Was the suspect / passenger restrained? | No |
| Was this person taken into custody? | No |
| Was the Captain notified of the Event? | No |
| Was Passenger In-flight Disturbance Report issued? | No |

Category Answers (Customer Misconduct) for Gray, Deon
Category Answers (Customer Misconduct) for N/A, N/A

Category Answers (Report Data)

| | |
|---|---|
| Who else was involved? | Witness |
| Was routine traffic between the flight deck and cabin suspended? | No |
| Was there a FAM onboard? | No |
| Which law enforcement met the flight? | None requested |
| Enter the three or four letter station code | MIA |
| Date and time of the event | 06/10/2021 06:55 |

| | |
|---|---|
| Select the location where the Event happened | Seat |
| Who else was involved? | Witness |
| Was routine traffic between the flight deck and cabin suspended? | No |
| Was there a FAM onboard? | No |
| Which law enforcement met the flight? | None requested |
| Enter the three or four letter station code | MIA |
| Date and time of the event | 06/10/2021 06:55 |
| Select the location where the Event happened | Seat |
| Who else was involved? | Witness |
| Was routine traffic between the flight deck and cabin suspended? | No |
| Was there a FAM onboard? | No |
| Which law enforcement met the flight? | None requested |
| Enter the three or four letter station code | MIA |
| Date and time of the event | 06/10/2021 06:55 |
| Select the location where the Event happened | Seat |

Attachment Listing

| File Name | Description | Create Date |
|---|---|---|