IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

-----------------------x

TROY CLOWDUS,            :

        Plaintiff,   : Civil Action No.:

   -vs-                 : 1:21-cv-23155-MM

AMERICAN AIRLINES INC.,:

       Defendant.   :

-----------------------x


VIDEORECORDED VIDEOCONFERENCE DEPOSITION OF

CARLOS ADAN MERINO

APPEARING REMOTELY FROM

FORT LAUDERDALE, FLORIDA

February 4, 2022

10:02 a.m.


REPORTED BY:

Renee A. McDermed, RPR

APPEARING REMOTELY FROM FLOYD, VIRGINIA

```
 1          R E M O T E   A P P E A R A N C E S

 2

 3   ON BEHALF OF PLAINTIFF:

 4          WILLIAM T. WOODROW, ESQUIRE

 5          STONE & WOODROW LLP

 6          250 West Main Street, Suite 201

 7          Charlottesville, Virginia 22902

 8          will@stoneandwoodrowlaw.com

 9          (855) 275-7378

10

11   ON BEHALF OF DEFENDANT:

12          KELLY H. KOLB, ESQUIRE

13          BUCHANAN INGERSOLL & ROONEY

14          401 E. Las Olas Boulevard, Suite 2250

15          Fort Lauderdale, Florida 33301-4251

16          kelly.kolb@bipc.com

17          (954) 468-2300

18

19   VIDEOGRAPHER:  Darrak Lighty

20

21

22

23

24

25
```

Carlos Adan Merino
February 04, 2022

```
 1                    I N D E X

 2   Name of Witness                        Page

 3   CARLOS ADAN MERINO

 4   Examination

 5   By Mr. Woodrow                            4

 6

 7                E X H I B I T S

 8          (Attached to the Transcript)

 9   Exhibit                               Page

10   Exhibit A.......................................21

11      Five pages from Customer Service Manual

12   Exhibit B.......................................36

13      CERS Manual

14   Exhibit C.......................................51

15      CERS Report

16   Exhibit D.......................................99

17      Tour Report

18

19

20

21

22

23

24

25
```

Carlos Adan Merino
February 04, 2022

```
 1            R E M O T E   P R O C E E D I N G S

 2              (Witness's identification verified)

 3

 4              VIDEOGRAPHER:  This is the remote

 5   video deposition of Carlos Merino in the matter of

 6   Troy Clowdus versus American Airlines.  Today's date

 7   is February 4th, 2022, and the time is 10:02 a.m.,

 8   New York time.  My name is Darrak Lighty with US

 9   Legal Support, and I am the remote video technician.

10   The court reporter today is Renee McDermed, also

11   associated with US Legal Support.  All participants

12   will be noted on the stenographic record, and now

13   the court reporter, with a slight stipulation, will

14   swear in the witness.

15

16                  CARLOS ADAN MERINO,

17          was sworn and testified as follows:

18                E X A M I N A T I O N

19

20   BY MR. WOODROW:

21       Q        Are we ready to begin?  Sorry, my bad.

22   Good morning, Mr. Merino.

23       A        Good morning, sir.

24       Q        Could you please state your full name

25   and address for the record?
```

Carlos Adan Merino
February 04, 2022

```
1      A        My name is Carlos Adan Merino, and my
2    address, I -- better not to say.  I'm just going to
3    keep it.
4      Q        Okay.  Your state -- state residence
5    is fine.
6      A        Florida and -- Miami, Florida.
7      Q        Okay.  That's -- that's good enough.
8    My name is Will Woodrow, and I'm here on behalf of
9    Troy Clowdus, a passenger that you interacted with
10   back in June of 2021.  A little bit about -- well,
11   have you ever given a deposition before?
12     A        No, sir.  This is the first time.
13     Q        Okay.
14     A        Actually.
15     Q        Okay.  Well, make sure you let me
16   finish my questions and that you fully understand
17   them before answering.  You need to give verbal
18   responses for the court reporter.  And your
19   testimony here today is given under the penalty of
20   perjury, so make sure your responses are truthful.
21   And just answer to the best of your ability.  Okay?
22     A        (Nodding head).
23     Q        Are you on any medication today that
24   might affect your testimony?
25     A        No, sir.
```

Carlos Adan Merino
February 04, 2022

```
 1        Q        Okay.  So from time to time in our

 2   conversation, Mr. Kolb might object if I -- if I'm

 3   less than articulate in how I ask a question.

 4   Unless he -- unless he tells you not to answer, his

 5   objections are -- are basically for -- for our

 6   benefit and for the Judge's later.  You just answer

 7   the question to the best of your ability.  Okay?

 8        A        Yes, sir.

 9        Q        Tell -- tell me what actions you took

10   to prepare for this deposition today.

11        A        Well, I just got up early.  I came to

12   the office.

13        Q        Did you review any documents?

14        A        No.  I just got here and had some

15   conversation with Mr. Kolb for --

16        Q        Okay.  Don't tell me anything that you

17   said with Mr. Kolb.  That's privileged, and I -- and

18   I don't want to know.  Did you speak with anyone

19   else about coming here to testify in the days prior

20   to --

21        A        No.

22        Q        -- to coming?

23                 MR. KOLB:  Wait till he finishes.

24                 THE WITNESS:  I'm sorry.

25        A        No.
```

Carlos Adan Merino
February 04, 2022

```
 1   BY MR. WOODROW:

 2       Q       Okay.  Okay.  Well, let's -- let's

 3   start with a little bit of your background.  Where

 4   are you from originally?

 5       A       I was born in Mexico.

 6       Q       When did you move to the United

 7   States?

 8       A       Approximately -- approximately 30

 9   years ago.

10       Q       Where did you move to?

11       A       Don't remember -- what -- where do I

12   moved?

13       Q       When you -- when you came to the

14   United States, where did -- where did you -- where

15   did you land?

16       A       Houston, Texas, sir.

17       Q       Houston?  Okay.  And did you -- did

18   you go to college?

19       A       Yes, sir.

20       Q       Where did you go?

21       A       To -- well, it was in the UM here.

22       Q       What did you study?

23       A       Journalism.

24       Q       And what was the highest degree that

25   you received?
```

Carlos Adan Merino
February 04, 2022

1      A        I'm a journalist, sir.

2      Q        Is that with a bachelor of the arts?

3      A        Yes, sir, very much.

4      Q        Okay.  Did you do any other

5   postgraduate schooling?

6      A        No, sir.

7      Q        Okay.  When did -- when did you --

8   well, let's start -- where did you -- where did you

9   work, or did you, before you started with American

10   Airlines?

11      A        Right before that, Aeromexico Airlines

12   in Houston.

13      Q        And what did you do with them?

14      A        I was a reservations agent.

15      Q        And in what year were you employed

16   with American Airlines?

17      A        When?

18      Q        In what year, yes.

19      A        In 1998.

20      Q        And what did -- what did you -- what

21   was your first job with American Airlines?

22      A        I've been flight attendant since then.

23      Q        Okay.  And you're -- and you're still

24   a flight attendant today?

25      A        Yes, sir.  I --

Carlos Adan Merino
February 04, 2022

1        Q        Are you a purser?

2        A        No.

3        Q        Can you explain to me what a purser

4    is?  I'm not quite clear.

5        A        Yes.  A purser normally, now, with the

6    new -- the merger we have with US Airways, the

7    purser is just the one that takes care -- the person

8    that takes care of the flight attendants in the wide

9    bodies, meaning in a big aircraft like seven --

10   triple sevens or the seven -- new 787s.

11              So when there is, like, a big airplane

12   involved that -- and it's a long-range flight, you

13   need a purser to take care of the flight.  Somebody

14   has to be responsible.

15       Q        Okay.  Were you the purser on -- on

16   the flight at incident in this litigation?

17       A        I was Number 1, sir.

18       Q        Is that -- is that synonymous with

19   being the purser?

20       A        Lead, lead flight attendant.

21       Q        Okay.  All right.  I'm going to -- I'm

22   going to just jump right into it.  We've -- we've

23   seen and heard testimony from a number of sources

24   about what happened that day.  I'd like to hear you

25   describe to me in detail your version of the events,

Carlos Adan Merino
February 04, 2022

1    please.

2       A        Yes, sir.  While -- when we started

3    boarding, a gentleman came aboard, and I saw him

4    putting his stuff away and things.  But normally --

5    he was on the first row on First Class.  And

6    normally, when that happens is like when people

7    don't know they have to put their bags in the

8    overhead bin.  It cannot be against the wall.

9                So normally, people, they bring a lot

10   of bags, and we run out of space very easily.  So

11   the first thing I did was just to go to him and ask

12   him that we had -- we didn't have any bags at that

13   moment, and we needed to put his bag up for taxi and

14   takeoff and landing.

15               And right after that, we started --

16   the rest of the passengers came on board, the same

17   thing with the other side.  I do that all the time

18   as a courtesy for passengers.  So during the

19   boarding process, I went to check some overhead bins

20   and things.  And, again, I had to ask this passenger

21   to put his bag up in the overhead bin, which he

22   didn't.

23               And he was -- he looked kind of mad or

24   some kind of -- he was -- he boarded the plane kind

25   of mad already.  He was not in a good mood.  So by

Carlos Adan Merino
February 04, 2022

1  the -- by the time we were about to close the door,

2  we were some minutes before closing door, I

3  noticed -- I have to check the cabin, the First

4  Class cabin.  So I notice again that -- that his bag

5  is down there.

6           The second time was behind -- he tried

7  to hide his -- the bag right behind his leg and then

8  to avoid to put the bag up in the overhead bin.  So

9  the third time, of course, I noticed all this

10 happening.  And I said, "Sir, you need to put your

11 bag up."

12          And the guy got so mad and frustrated.

13 So by that time, he grabbed -- he grabs his -- his

14 bag and toss it up on my stomach really, really hard

15 to the point that I lost my breath.

16          So the guy was mad.  The guy was rude,

17 and I lost my breath for some seconds.  And

18 immediately I said to him, "Sir, you just hit me."

19          I was expecting some kind of a

20 reaction, like kind of an apology or something that

21 probably -- I didn't do it on purpose or something,

22 but no, he was -- he -- his answer was, like, "No, I

23 didn't."  He started laughing, and he started, like,

24 making fun of the situation.

25          And some seconds passed by because I

Carlos Adan Merino
February 04, 2022

```
 1  was trying to catch my breath.  So I grabbed the

 2  bag, his bag that hit me right there, and I said,

 3  "Sir, you just hit me."

 4              And, again, he said, "No, I didn't."

 5  And he started laughing again.  And -- but he was

 6  looking straight to my eyes like with a -- like --

 7  like a mean, mean guy.  I didn't do anything to him,

 8  but just trying to put his bag up in the overhead

 9  bin.

10              So I said for the third time, "Sir,

11  you just hit me."  Nothing happened.  So I said just

12  good enough.  And he hit a flight attendant, he hit

13  me, so I went to talk to the captain.  And at that

14  time, I went to talk to the captain, I explained him

15  what happened.

16              So the captain takes the decision to

17  remove him from the plane.  He talk -- he asked me

18  to talk to the agent about it, to bring the agent

19  inside.  So what happened there, so they talk.  We

20  were all there, like, he was in the cockpit, I was

21  by the galley, and the agent was around the area.

22              So we -- sometimes we can pretty much

23  hear what we're saying.  So happened next is that he

24  comes to the -- he goes -- the agent talks to the

25  captain, and the captain tells him, asks him to
```

Carlos Adan Merino
February 04, 2022

```
1   remove him from the plane.  So the agent went to

2   talk to him and remove him from the plane with --

3   and then it was just kept going with the flight.

4        Q       Okay.  A couple questions.  When

5   the -- when did the agent go to talk to him?  Was

6   this after the captain asked him to remove him from

7   the flight?

8        A       Yes, sir.  That's --

9        Q       Is that the first time the agent spoke

10  with him?

11       A       Yes, sir.

12       Q       Okay.

13       A       With him, are you saying with him,

14  with the passenger?

15       Q       With the passenger, yes.

16       A       Okay.  Yes, sir.

17       Q       Okay.  So what were you looking at

18  when the -- when the bag struck you?

19       A       What was I looking at?

20       Q       Yeah.

21       A       At the passenger.

22       Q       All right.  Could you -- could you

23  tell he was going to hit you before he hit you?

24       A       The reaction was -- his reaction was

25  pretty bad.  It -- I mean, he grabbed his bag like,
```

Carlos Adan Merino
February 04, 2022

1   like this.  He was mad, a lot of anger, grabbed the

2   bag, and toss it to me, but really hard.  So I never

3   expected that, but, yes, he did.

4        Q        Why -- why -- why didn't you move your

5   hand to intercept the bag?

6        A        I couldn't, sir.  It was so fast, and

7   it was so quick, and he was so mad that I couldn't

8   even put my hand in there, nothing.

9        Q        Okay.

10       A        The guy was mad.

11       Q        So I'm -- I'm confused about this,

12  this whole interaction.  Is -- is it -- is it

13  possible that Mr. Clowdus did not intend to hit you

14  with his bag full of his multi-hundred-dollar

15  sunglasses and his iPad?

16       A        I don't know, sir.

17                MR. KOLB:  Objection to form.

18                Go ahead.

19       A        I don't know, sir.

20  BY MR. WOODROW:

21       Q        Okay.  Could you see what Mr. Clowdus

22  was looking at when you were struck with the bag?

23       A        To my eyes.

24       Q        Mr. Clowdus was looking in your eyes

25  while he struck you with the bag?  Is that your

Carlos Adan Merino
February 04, 2022

```
 1   testimony today?

 2       A        Yes, sir.

 3       Q        All right.  We're going to go to

 4   Exhibit A here.  First tell me a little bit about

 5   this laughing that you're claiming Mr. Clowdus did.

 6   When did he do that?

 7                MR. KOLB:  Objection to form.

 8   BY MR. WOODROW:

 9       Q        When did Mr. Clowdus laugh at you?

10       A        When I told him that he hit me.

11       Q        And how many times did you tell him

12   that he hit you?

13       A        Three times, sir.

14       Q        Three times?

15       A        Uh-huh.

16       Q        And how many times did he laugh at

17   you?

18       A        Three times, sir.

19       Q        All right.  So explain to me how --

20   how that went again.  I'm just not quite clear.  Was

21   that his response?

22       A        The response was, "No, I didn't," and

23   he hit me and -- I'm sorry, after he hit me, the

24   response was, like, "Sir, you just hit me?"

25                And he was, "No, I didn't," and he was
```

Carlos Adan Merino
February 04, 2022

1 | laughing.  He was making fun of the situation.

2 |     Q      And what -- what did he say to make

3 | fun of the situation?  Anything?

4 |     A      When he --

5 |           MR. KOLB:  Wait till he finishes.

6 |           THE WITNESS:  Yeah.

7 |           MR. KOLB:  Go ahead.

8 |     A      He knew what he did.

9 | BY MR. WOODROW:

10 |     Q      Did -- how did you know he was mocking

11 | you?

12 |     A      How -- how do I know?  How did I know?

13 |     Q      Did he say any words to give you the

14 | impression that he was mocking you?

15 |     A      Well, he was mad.  He was mad, and he

16 | was not following flight attendant instructions

17 | since the very beginning.  And since he boarded, he

18 | was already mad.  So I -- I don't know what was

19 | going on with him.

20 |     Q      Well, you just testified that he

21 | laughed at you, and I'm just -- I'm trying to

22 | understand what that looked like precisely.  You

23 | said, "You hit me," and he responded with what

24 | exactly?

25 |     A      You just hit me.

Carlos Adan Merino
February 04, 2022

```
 1                      MR. KOLB:  Objection to form.
 2   Objection, form.
 3                      Go ahead.
 4        A       My response was, "You just hit me?"
 5   Probably waiting for some kind of apology, but, no,
 6   he didn't.
 7                      And he said, "No, I didn't," and he --
 8   he was laughing.  He was making fun of the
 9   situation.  He was just laughing.
10   BY MR. WOODROW:
11        Q       But he didn't say any words to make
12   fun of the situation.  You just surmised from his
13   laughter that was what he was doing?
14        A       He was laughing.  He was making fun of
15   the situation, sir, for the hit.
16        Q       Did he say anything else to you?
17        A       No, sir.  He said the same thing three
18   times.
19        Q       Okay.  Did he -- did he ever hit you
20   again?
21        A       No, sir.
22        Q       Did -- did he ever stand up and -- and
23   attempt to intimidate you or anything like that?
24        A       Just a little bit.  He was -- he did
25   kind of crunch, but that was pretty much it.
```

Carlos Adan Merino
February 04, 2022

```
 1      Q        What -- what do you mean when you say
 2  that?
 3      A        He tried to get up, but -- but the
 4  ceiling is -- he's too big, so the ceiling of the --
 5  of the -- of the aircraft is not that big where he
 6  was seated at.  So he was not able to get up, but,
 7  no.
 8      Q        Why -- why -- why did he try to get
 9  up?  What was your understanding of that?
10      A        I don't know, sir.
11               MR. KOLB:  Objection, form.
12               Give me a second.  All right?
13               THE WITNESS:  Uh-huh.
14               MR. KOLB:  Go ahead.
15      A        I don't know, sir.
16  BY MR. WOODROW:
17      Q        Did -- did you notice if Mr. Clowdus
18  had his seat belt buckled?
19      A        No, sir.  If he tried to -- to do
20  that, he, of course, he didn't have it buckled.
21      Q        Okay.  Did -- did he -- did he ever
22  step out into the aisle and stand up fully?
23      A        No.  He went back, right back into his
24  seat.
25      Q        Oh.  About how long did that -- did
```

Carlos Adan Merino
February 04, 2022

```
 1  that take?

 2      A        The whole thing?

 3      Q        Well, the process of him leaning

 4  forward, rising up, and sitting back down, how long

 5  did that?

 6      A        Some seconds, sir.

 7      Q        Okay.  What was your understanding of

 8  why he was doing that?  Did you feel threatened?

 9               MR. KOLB:  Objection, form.

10      A        Of course.

11  BY MR. WOODROW:

12      Q        Did you feel like that was a

13  threatening move that he attempted?

14      A        Of course, sir.  I mean, I felt

15  threatened because he hit me and I don't -- you

16  don't know what to expect when somebody is doing

17  that to you.  It's the first time that -- I was

18  shocked.  Nobody ever hit me before.

19      Q        Did you think that he was attempting

20  to stand in an effort to continue his aggression

21  against you?

22               MR. KOLB:  Objection to form.

23      A        I don't know.

24               THE WITNESS:  Sorry.

25               MR. KOLB:  Give me a second.
```

Carlos Adan Merino
February 04, 2022

```
 1                    THE WITNESS:  Yes, sir.
 2                    MR. KOLB:  Objection to form.
 3        A         I don't know.  You need to ask him
 4   that.
 5   BY MR. WOODROW:
 6        Q         Was it -- was it your impression that
 7   that was why he was attempting to stand?
 8        A         I don't know what he wanted to do, but
 9   I felt threatened.
10        Q         Okay.  Because there's -- there's a
11   number of reasons why someone might attempt to
12   stand.  Maybe he was -- maybe he was picking out a
13   wedgy, maybe he was doing something completely
14   unrelated, or maybe he was about to get up and
15   assault you.
16                    So, the thrust of this question is
17   kind of important.  And so you've made the claim
18   that he half attempted to stand, and I'm trying to
19   get to the answer of are you saying that because you
20   felt additionally threatened or not?
21                    MR. KOLB:  Objection, asked and
22   answered.
23   BY MR. WOODROW:
24        Q         You can answer, please.
25        A         I felt threatened, and I don't know
```

Carlos Adan Merino
February 04, 2022

```
 1  what his intentions were when he tried to get up.

 2      Q       Okay.  All right.

 3              (Exhibit A was introduced for

 4  identification and attached to the transcript.)

 5              MR. KOLB:  Is this A, Will?

 6              MR. WOODROW:  This is A, yeah, sorry.

 7              MR. KOLB:  Thank you.

 8  BY MR. WOODROW:

 9      Q       Okay.  Mr. Clowdus, can you identify

10  this document -- I'm sorry, Mr. Merino, can you

11  identify this document?

12      A       Whoa.

13              MR. KOLB:  No, no, no, no, nothing was

14  intended there.

15              Go ahead, answer.

16      A       Yes.  What is the one that you wanted

17  me to read?

18  BY MR. WOODROW:

19      Q       Can you identify this document,

20  please?

21      A       Yes, sir.

22      Q       And what is it?

23      A       It's part of the Customer Service

24  Manual.

25      Q       Okay.  Thank you.  Okay.  If you
```

Carlos Adan Merino
February 04, 2022

```
 1  would -- if you look down at F, which says
 2  Follow-up, 1, could you read that out loud to me,
 3  please?
 4      A       Yes.  "Any time a passenger is removed
 5  from an aircraft or denied boarding at the gate, the
 6  station must complete the Online Passenger Event
 7  form via Jetnet."
 8      Q       Now, we've asked a number of people
 9  about this, and nobody seems to know what this is.
10  Can you tell me what this is, please, Mr. Merino?
11      A       Yes.  A lot of people -- a lot of
12  things we don't know exactly.  We go through it,
13  but -- Online Passenger Event Form.  No, sir.
14      Q       All right.  Is -- is this a mandatory
15  form to fill out when a passenger's removed from an
16  aircraft?
17      A       That depends on the situation and how
18  the thing happened, how the event happened.
19      Q       And where does -- where does it
20  indicate that it's -- it's conditional?  When I see
21  F.1, it says, "Any time a passenger is removed."
22  Please explain to me the conditionality of that
23  statement.
24      A       I don't -- I didn't say that it's a
25  condition for that.  I said that depends on the
```

Carlos Adan Merino
February 04, 2022

1  situation we have.  And at this time -- at that

2  time, we didn't have enough situation -- enough time

3  to fill that out.

4      Q      So is it your testimony that you did

5  not fill out a Passenger Event Form subsequent to

6  ejecting Mr. Clowdus from the aircraft?

7                  MR. KOLB:  Objection to form.

8  BY MR. WOODROW:

9      Q      Did you fill out a Passenger Event

10  Form after you kicked Mr. Clowdus off the aircraft?

11                 MR. KOLB:  Objection to form.

12                 MR. WOODROW:  What is your form?  What

13  is your form objection, Kelly?

14                 MR. KOLB:  He's never stated that this

15  requires him to do anything.  He hasn't --

16                 MR. WOODROW:  I just asked him if a

17  Passenger Event Form was filled out.

18                 MR. KOLB:  No, you asked him if he did

19  it, which assumes he had an obligation to.  He also

20  hasn't testified that he kicked Mr. Clowdus off the

21  aircraft.

22                 MR. WOODROW:  Okay.

23  BY MR. WOODROW:

24      Q      Was a Passenger Event Form filled out

25  after Mr. Clowdus was removed from the aircraft?

Carlos Adan Merino
February 04, 2022

 1      A        No, sir.

 2      Q        Whose responsibility would it have

 3  been to fill that form out?

 4      A        Whose responsibility?

 5      Q        Yes.

 6      A        Me.

 7      Q        Why did you not fill out a Passenger

 8  Event Form?

 9      A        It's not like a requirement.  It's

10  part of the procedure probably, but it's not a

11  requirement.  It's not a must.

12      Q        Is there anywhere in this passenger --

13  I mean, in this Customer Service Manual that -- that

14  supports the statement you just made?

15      A        I don't know, sir.

16      Q        Who -- who in your chain of command

17  has given you the understanding that it is not a

18  must to fill out?

19      A        I'm sorry, can you repeat the

20  question, please?

21      Q        Who -- who in your chain of command

22  has led you to believe that it is not a must to fill

23  one of these forms out every time a passenger is

24  removed?

25      A        I don't know, sir.  I just read what I

Carlos Adan Merino
February 04, 2022

```
 1  have in front of me.

 2      Q       Well, I'm reading what we have in

 3  front of you, and it says, "Any time a passenger is

 4  removed," so I'm -- and you're telling me that it's

 5  not a must.  I'm asking you --

 6      A       It's not a requirement.  And all that

 7  depends on the situation and the time you have.

 8              MR. WOODROW:  Okay.  Let the record

 9  show the witness is not being responsive.  Let's

10  move on.

11  BY MR. WOODROW:

12      Q       Down to G.7.(a).  G, if you see, is --

13  the heading is Customer Misconduct.  Do you see

14  that, Mr. Merino?

15      A       G, Customer Misconduct, yes, sir.

16      Q       Okay.  Let's go down to 7.a.(1)

17  through (5).  Is this the -- is this the protocol

18  that was followed in determining whether Mr. Clowdus

19  would be removed from the aircraft?

20      A       Well, sir, which -- which of the

21  points you are telling me -- you are asking me for?

22      Q       Well, a.(1) through (5), if you

23  could -- if you could read that and -- and then tell

24  me if those are the steps that were followed.

25      A       "Once the customer has scanned their
```

Carlos Adan Merino
February 04, 2022

```
 1   boarding card and is ON'd, the customer becomes

 2   disruptive after boarding, the flight attendant will

 3   advise the captain."  Yes.

 4                "The captain will call for a GSC to

 5   the aircraft to assess the situation with the flight

 6   attendant and captain.  If a GSC is unavailable, a

 7   member of the management will be called to the

 8   aircraft."  That person was the -- was there.

 9                "The GSC will speak with the customer

10   in an effort to resolve the issue," which happened.

11   "A collaborative discussion among the captain,

12   flight attendant, and GSC or member of management

13   must take place before customer can be -- can be

14   removed for reasons other than clear violations of

15   federal regulations," which that happened.

16       Q       Okay.

17       A       That exactly in that specific, that

18   happened for violations of federal regulations.

19       Q       Okay.

20       A       Do you want me to keep reading to

21   Number 5?

22       Q       No.  It's fine, thank you.  When --

23   when you and the captain were discussing whether or

24   not to remove Mr. Clowdus, where was Mr. Henriquez?

25       A       Mr. Henriquez was right by me.  It's
```

Carlos Adan Merino
February 04, 2022

1  in a small area, but between the cockpit and the

2  galley and the main door, aisle.

3      Q       And did he -- did he provide any input

4  into that discussion?

5      A       Who are you talking about?

6      Q       Did Mr. Henriquez provide any input

7  into that discussion?

8      A       Well, no.  He was just explaining the

9  situation, but that was pretty much it.

10      Q       When you say he was explaining the

11  situation, what -- what do you mean?

12      A       The talk he had with the passenger.

13      Q       Okay.  But you testified earlier, Mr.

14  Merino, that he had not yet spoken with the

15  passenger until the captain told him to go back and

16  remove --

17      A       Yes, sir.

18      Q       -- the passenger.

19      A       Yes, sir.

20      Q       Okay.  Are you changing your testimony

21  from earlier?

22      A       No, sir.  No, no, no, no.  Probably I

23  am getting confused with the times.

24      Q       Okay.  So the first time Mr. Henriquez

25  spoke with the passenger was when he went back at

Carlos Adan Merino
February 04, 2022

1  the captain's request and removed the passenger;

2  isn't that correct?

3              MR. KOLB:  Objection to form.

4      A        Uh-huh.

5  BY MR. WOODROW:

6      Q        Okay.  Did Mr. Henriquez ever inform

7  you that Mr. Clowdus had told him that it was an

8  accident, that he did not intend for his bag to

9  touch you?

10      A        Well, actually, he came back to

11  talk -- to talk to me after he --

12      Q        When?

13      A        After the passenger was on the jet

14  bridge, when passenger and him were on the jet

15  bridge, and he came back to me.  But the captain

16  already made a decision.

17      Q        Okay.  Please recount to me the -- the

18  substance of the conversation that you had with him

19  at that time.

20      A        It was not a conversation, sir.  It

21  was just a couple words.

22      Q        Okay.  Tell me what those words were,

23  please.

24      A        That he was talking to the passenger,

25  but that he never intended to do what he did, but he

1  never apologized for it either.  So then, well, I

2  said then the decision has been made.

3      Q      So is it your -- is it your testimony

4  today that the passenger never attempted to

5  apologize to you, and you said, "I don't care"?

6      A      No, sir.  Don't put -- I don't need

7  to -- I don't quite need somebody to put words in my

8  mouth.  He never, he never apologized, and he never

9  intended, period.

10     Q      And so when Mr. Henriquez -- what was

11 the -- what was the purpose of him coming back and

12 speaking with you when the passenger was on the jet

13 bridge?

14     A      He -- I'm sorry, what was that again?

15     Q      Why did Mr. Henriquez come back and

16 speak with you once the passenger was on the jet

17 bridge?

18     A      Because that's part of his job to try

19 to mediate the situation.

20     Q      So was -- was Mr. Henriquez hopeful at

21 that time that he could still mediate the situation?

22            MR. KOLB:  Objection, objection, form.

23            Go ahead and answer.

24            THE WITNESS:  Answer?

25     A      You need to ask him, sir.

Carlos Adan Merino
February 04, 2022

```
 1  BY MR. WOODROW:
 2      Q       Was Mr. Henriquez attempting to
 3  mediate the situation with you when he came back and
 4  spoke with you?
 5      A       You need to ask him, sir.  You need to
 6  ask Mr. Henriquez.
 7      Q       Well, Mr. Henriquez has -- has not
 8  recounted this conversation.  So you're all I have,
 9  Mr. Merino.
10      A       It was just a couple words.
11              MR. KOLB:  Objection to form.
12  BY MR. WOODROW:
13      Q       Was it possible at the time that Mr.
14  Henriquez came back to speak with you that if the
15  captain had permitted it, Mr. Clowdus could have
16  reboarded the flight?
17              MR. KOLB:  Objection to form.
18      A       Can permitted what?  To talk to him?
19  BY MR. WOODROW:
20      Q       When Mr. Henriquez came back, was it
21  still feasible that if he was able to mediate the
22  situation, that Mr. Clowdus could have still flown
23  that day?
24              MR. KOLB:  Objection to form.
25              THE WITNESS:  Do I need to answer
```

Carlos Adan Merino
February 04, 2022

1  that?

2  BY MR. WOODROW:

3      Q       Yes.

4              MR. KOLB:  If you can, yeah, yeah, if

5  you know the answer.

6      A       I don't know, sir.

7  BY MR. WOODROW:

8      Q       You -- you don't know if the decision

9  could have been changed at that time?  Had the plane

10 left?

11     A       No, sir.  There -- there are some

12 basic things that he was not complying with the

13 flight attendant instructions, and on top of that,

14 he assault me.

15     Q       Okay.  And -- and what is Mr.

16 Henriquez's job in situations like that?

17             MR. KOLB:  Objection, asked and

18 answered.

19 BY MR. WOODROW:

20     Q       To attempt to mediate; correct?

21             MR. KOLB:  Objection, asked and

22 answered.

23 BY MR. WOODROW:

24     Q       Okay.  Mr. Merino, you -- as I said

25 earlier, when -- when Mr. Kolb -- when Mr. Kolb, I'm

Carlos Adan Merino
February 04, 2022

```
 1  sorry, objects, you -- you still have to answer.

 2              MR. KOLB:  He's right.  Okay?  Answer

 3  everything unless I say not to.  Okay?  As

 4  Mr. Woodrow said, I have to make some objections,

 5  but you go ahead and answer.  Okay?

 6              THE WITNESS:  All right.

 7              MR. KOLB:  If you want to repeat your

 8  last question, Mr. Woodrow.

 9              THE WITNESS:  Yes, please.

10              MR. WOODROW:  Madam Reporter, can you

11  read back my last question, please?

12              THE COURT REPORTER:  "And what is Mr.

13  Henriquez's job in a situation like that?"

14              THE WITNESS:  I didn't hear it.

15              MR. KOLB:  The question was and what

16  was Mr. Henriquez's job --

17              MR. WOODROW:  Let me -- sorry, go

18  ahead.

19              MR. KOLB:  No, I butchered it.  Go

20  ahead.

21  BY MR. WOODROW:

22      Q      Okay.  Let me just -- let me just

23  withdraw that question and ask a new one.

24              I'd like to -- I'd like to speak a

25  little more about this conversation, these words
```

Carlos Adan Merino
February 04, 2022

1   that you exchanged with Mr. Henriquez after Mr.

2   Clowdus was ejected because this is the first that

3   we have heard of this.  And so I'd like you to

4   explain that more fully in as much detail as you

5   can.

6        A        As I remember, as I just remember, he

7   tried to say something about that he talked to the

8   guy.  But the only thing that I said is, "The

9   decision has been made."  That was it.

10       Q        Okay.  Okay.  Did -- did you ask

11  Mrs. Gray to write a witness statement for you?

12       A        No.  We all have to -- we all have to

13  write reports.

14       Q        Okay.  How many -- how many flight

15  attendants were -- were on the airplane that day?

16       A        Four.

17       Q        Four.  And we only received two -- two

18  reports.  And it's your testimony today that it is

19  mandatory for every flight attendant to file a

20  report?

21       A        Sir, it's not mandatory.  You are

22  putting words in my mouth that I didn't say.

23       Q        You said, "We are --"

24       A        The two involved -- the two involved

25  was Mr. Gray and me -- Mrs. Gray and me.

Carlos Adan Merino
February 04, 2022

```
 1      Q        Okay.  What -- what position in the
 2  plane did Mrs. Gray work that day?
 3      A        Number 3 position.
 4      Q        And where is the Number 3 position in
 5  the type of jet that you were on that day?
 6      A        What is her position?
 7      Q        Where on the plane does she work?
 8      A        She's with me.  She's right next to
 9  me.
10      Q        Mrs. Gray was working in Business
11  Class that day?
12      A        Yes, yes, sir.
13      Q        Please explain the positions.  How --
14  okay.  Retract that.
15               How many positions -- with four flight
16  attendants, are there four positions, one through
17  four?
18      A        Yes.
19      Q        And how -- how do those numbers
20  correspond with sections of the plane?
21      A        How is depending which door you have
22  in charge of.
23      Q        Okay.  Explain that to me a little
24  more fully because I don't understand.
25      A        Well, I'm in charge of the main door,
```

Carlos Adan Merino
February 04, 2022

1  we call it 1L, which is the main door where -- the

2  boarding door.  Mrs. Gray was in 1R, which is the

3  one in the galley, forward part of the aircraft.

4       Q       Keep going, please.

5       A       I already answered.

6               MR. KOLB:  All four.

7       A       All four.  The Number 2 position,

8  which is the galley in the back, she has to take

9  care of, in this case it's 2L, 2L.  And the Number 4

10  flight attendant has to take care of the 2R, which

11  is also in the back.

12  BY MR. WOODROW:

13       Q       Okay.  So --

14       A       The 737 has four doors.

15       Q       So what I hear you saying is that the

16  number assigned to the flight attendant does not

17  correspond with the progression from the front to

18  the rear of the plane.  Is that -- is that accurate?

19       A       I don't know how they did -- how they

20  did it or why they did it like that.

21       Q       Is that a standard configuration?

22       A       Yes, sir.  I mean, those are our

23  positions.

24       Q       Does -- does the Number 3 position

25  always correspond with the front galley, I guess, is

Carlos Adan Merino
February 04, 2022

1  what I'm asking?

2    A      Yes, sir.  That's my jump seat is

3  right next to hers.  It's the same jump seat.

4    Q      And are those -- are both those jump

5  seats always designated to the Number 1 and the

6  Number 3?

7    A      Correct.

8    Q      Okay.  Now, did -- did Mrs. Gray

9  witness this incident with you firsthand, or did you

10  recount what happened to her afterwards?

11    A      No, she was there.  She was around the

12  area.  She was working the area.

13            MR. WOODROW:  Okay.  Let's go to

14  Exhibit B.

15            (Exhibit B was introduced for

16  identification and attached to the transcript.)

17  BY MR. WOODROW:

18    Q      This is -- actually, I don't know if

19  I'm sharing this.  Am I?

20            MR. KOLB:  Yeah, yes.  Which one is

21  it?

22            MR. WOODROW:  Oh, then I'm sharing my

23  whole screen, darn it.

24            MR. KOLB:  I wasn't looking.  Working

25  on something else.  Don't worry about it.  Which one

Carlos Adan Merino
February 04, 2022

```
 1   is this?
 2                MR. WOODROW:  This is the CERS manual.
 3                MR. KOLB:  What's at the bottom of it?
 4                MR. WOODROW:  It's AA00056.
 5                MR. KOLB:  4-44.  Okay.  Got it.
 6   Thank you.
 7   BY MR. WOODROW:
 8        Q        We're going to go down to Page --
 9   Page 61.  Can you -- can you read this and please
10   explain it to me, Mr. Merino?
11        A        Of course.  "If a passenger is
12   involved in a Level 1 non-compliant or above
13   violation, flight attendant issues a Passenger
14   Inflight Disturbance Report."  Then, "The flight
15   attendant should issue a report if any of the
16   following occur:  Threatening or interfering with a
17   crewmember, smoking in the lavatory, drinking
18   alcohol not served by a crewmember, creating an
19   alcohol-related disturbance."  Do you want me to
20   keep going with the rest?
21        Q        Yeah, go down to initiate a report and
22   read that, please.
23        A        "Flight attendant should contact the
24   flight attendant one, Number 1 purser/purser."
25   That's what I explain you there.  "Flight attendant
```

Carlos Adan Merino
February 04, 2022

```
 1   Number 1/purser should contact the captain.  Flight
 2   attendant 1/purser coordinates with the captain to
 3   issue the Passenger Inflight Disturbance Report
 4   (PIDR); inform the passenger they are in violation
 5   of federal law."
 6        Q        Keep going and read Number 5, please.
 7        A        Just -- I'm sorry, what?
 8        Q        Just read down through the second
 9   bullet point, please.
10        A        "Complete the PIDR, located in the
11   flight attendant service kit.  This is a carbon-copy
12   document.  Write firmly and legibly.  Give bottom
13   half of white copy to passenger."
14        Q        Okay.  Do you know if a PIDR was
15   completed as a result of the incident with Mr.
16   Clowdus?
17        A        No, it was not.
18        Q        And -- and why wasn't it?
19        A        First, I didn't want to escalate this
20   more, and it happened so quick from one to the
21   other.  So I'm boarding, I'm in the middle of the
22   boarding, I'm doing 100 things or more, so I cannot
23   just take care of one passenger, sir.  I have a
24   hundred and something passengers boarding the plane,
25   people in the middle of the plane, people in the
```

Carlos Adan Merino
February 04, 2022

1  middle of the aisle boarding, putting their bags up,

2  doing different stuff.  So I cannot be taking care

3  of just one passenger.

4           And after he didn't comply for a third

5  time, I was already close to close the door and it

6  escalated more.  So he went to a Level 2.  That's

7  why, because he hit me.  So that went immediately --

8  there is no need for that, to fill the PIDR.

9      Q      So am I hearing you correctly that for

10 Level 2 incidents, you are not required to give the

11 passenger a PIDR?

12     A      It's not a requirement.  And it

13 happened so fast, I didn't want to escalate this

14 more.

15     Q      Well, as I read this, these seem like

16 these are instructions.  They don't seem like

17 they're suggestions.  So you've told me twice now

18 about these things that are not requirements.  I'm

19 trying to understand why you're saying that.

20          MR. KOLB:  Objection, form,

21 misrepresents the document.

22 BY MR. WOODROW:

23     Q      Is it your testimony that this is not

24 required for Level 2 incidents?

25     A      When it escalated like that and that

Carlos Adan Merino
February 04, 2022

1   fast, there is -- I mean, there is no time for that.
2   It's not a requirement.
3        Q        Because as I read this up top, it
4   says, "If a passenger is involved in a Level 1
5   non-compliant or above violation, FA issues a
6   Passenger Inflight Disturbance report."  Now, to me,
7   that includes a Level 2 incident.
8        A        Well, sir, it says clearly -- I don't
9   want to -- I don't want to put something in a
10  different situation, but it says clearly, "If a
11  passenger is involved in a Level 1, non-compliant or
12  above violation."  I want to read it correctly, and
13  that's exactly what it says there.
14       Q        That's what I just read to you, Mr.
15  Merino.  That's why I'm trying to understand why Mr.
16  Clowdus would not have been issued this for a Level
17  2 incident.  A Level 2 incident is above a Level 1
18  incident, isn't it?
19       A        It went too fast from one, Level 1 to
20  Level 2.  A Level 2, he hit me.  So, sir, you have
21  your answer there.
22       Q        Well, no, I don't have my answer, Mr.
23  Merino, because I'm trying to understand why Mr.
24  Clowdus was not given a PIDR like this manual
25  instructs you to do.

Carlos Adan Merino
February 04, 2022

```
 1                    MR. KOLB:  Objection, form,
 2   misrepresents content of the document.
 3   BY MR. WOODROW:
 4       Q       Were you ever reprimanded or -- or
 5   advised by a supervisor in any way that you should
 6   have followed the procedure and issued a PIDR to the
 7   passenger?
 8                    MR. KOLB:  Objection, form,
 9   misrepresents the document.
10                    Go ahead, answer.
11       A       No, I -- I was not.
12   BY MR. WOODROW:
13       Q       Okay.  Let's move on.  How many times
14   did you ask Mr. Clowdus to stow his bag, Mr. Merino?
15                    MR. KOLB:  Objection, asked and
16   answered.
17                    Go ahead.
18       A       Three times, sir.
19   BY MR. WOODROW:
20       Q       Okay.  Did he ever refuse to do so?
21       A       Three times, sir, he didn't -- he
22   didn't do it.
23       Q       Did he ever say, "I will not do that"?
24       A       The first time.
25       Q       What did he say?
```

Carlos Adan Merino
February 04, 2022

 1      A       We had time.  We have space.  He

 2  just --

 3      Q       What did --

 4      A       I'm not going to do it now.

 5              MR. KOLB:  Let him finish.  You're

 6  stepping over each other.

 7              THE WITNESS:  Sorry.

 8              MR. KOLB:  Go ahead, Mr. Woodrow, I'm

 9  sorry.

10  BY MR. WOODROW:

11      Q       So, Mr. Clowdus -- let me see if I

12  have this right.  Mr. Clowdus entered the plane --

13  excuse me?  Are we good?

14              MR. KOLB:  Yeah, we're good, I think.

15  What happened?

16              MR. WOODROW:  I think it froze up.

17  BY MR. WOODROW:

18      Q       Okay.  So let me see if I got this

19  right, Mr. Merino.  Mr. Clowdus enters the plane,

20  you tell him, "You'll need to stow your bag above";

21  correct?

22      A       Well, he entered the aircraft.

23  Immediately I went to talk to him to put his bag up

24  because we still have -- we have an empty overhead

25  bin, so we have a space for his bag.  As a courtesy,

Carlos Adan Merino
February 04, 2022

```
 1  that's what we do.
 2      Q        Okay.  And what did Mr. Clowdus say in
 3  response to your first interaction?
 4      A        Simply said, "I don't."
 5      Q        He said, "I don't"?
 6      A        He was mad.
 7      Q        What did he -- is it your testimony he
 8  said, "I don't"?
 9      A        Yeah.  "I'm not going to.  I don't."
10  But -- to be honest with you, he was so mad.  I
11  don't know what happened to him before the flight or
12  before he boarded, but he was not in a good mood.
13      Q        And -- and he responded to your first
14  request to put the bag up with -- with, "I don't."
15  Is that your testimony?
16      A        That's -- that's what I remember.
17      Q        Okay.  And -- and then -- and then
18  it's your -- it's your testimony here today that you
19  came back a second time and asked him to put his bag
20  up.  Was this after he was seated?
21      A        Yes, sir, but it was not exactly to
22  him.  It was -- I was checking the cabin like we
23  supposed to do that we have enough space for
24  everybody.  And we had several passengers that were
25  already in First Class.  So when I came back, I saw
```

Carlos Adan Merino
February 04, 2022

```
 1  his bag hiding behind his -- behind his leg.
 2      Q        And what did you say to him at that
 3  time?
 4      A        "Would you please put the bag up in
 5  the overhead bin, please?"
 6      Q        And -- and what was his response to
 7  you at that time?
 8      A        He was just looking at me with -- with
 9  a really bad -- he gave me a bad look.  He look at
10  me like -- but he didn't do -- he didn't do
11  anything.
12      Q        Did he say anything to you at that
13  time?
14      A        No, sir.
15      Q        Why didn't you press the issue if
16  you -- if you felt like he was defying you?
17      A        Why I didn't?  Sir, I have -- I'm
18  being -- I'm taking care of passengers there, not
19  just this passenger, but I -- I have 16 passengers
20  onboard the aircraft in First Class.  So I'm just --
21  I have to tell passengers what to do, and they're
22  supposed to comply, which he didn't.
23      Q        So is it your testimony that you
24  approached him a second time and you said, "Sir, you
25  need to stow that bag," and --
```

Carlos Adan Merino
February 04, 2022

```
 1      A        The bag in the overhead bin, sir.
 2               MR. KOLB:  Let him finish his -- jeez.
 3   BY MR. WOODROW:
 4      Q        And his response was to give you a
 5   very nasty look of refusal.  And then you turned and
 6   went on to do other business.  Is that your
 7   testimony?
 8      A        Uh-huh.
 9      Q        Okay.  And did you interact with him
10   again before the interaction where you -- where you
11   claim he struck you with his bag?
12      A        Before we closed the door, sir.
13      Q        How many interactions in total did you
14   have with Mr. Clowdus?
15      A        Before we closed the door, three
16   times.
17      Q        Okay.  And the -- the second time you
18   interacted with Mr. Clowdus, what -- what was he
19   doing?
20      A        He was sitting there in the seat.  I
21   don't recall what he was doing there.
22      Q        Was he -- was he working on anything
23   in his lap?  Was he -- did he have his phone, his
24   iPad?
25      A        No, sir.
```

Carlos Adan Merino
February 04, 2022

1      Q        Where is --

2      A        I remember -- no.

3      Q        Do you -- do you remember if his lap

4  was empty?

5      A        Yes.  The bag was down there by his

6  feet and his cell phone was in the armrest.

7      Q        And it's your testimony he wasn't

8  still getting situated with his bag?

9      A        Of course he was situated, sir.

10     Q        Was -- was he -- was he at the time

11 still reaching into his bag for anything?

12     A        I'm sorry, what?

13     Q        Was he still accessing items from his

14 bag when you -- when you spoke with him the

15 second -- the alleged second time?

16     A        He had access to his bag right there.

17     Q        But was -- was -- was he digging

18 through his bag or anything of that nature?

19     A        No, sir.

20     Q        Okay.  The third time that you

21 interacted with Mr. Clowdus, where -- where was his

22 bag?

23     A        Again, on the floor.

24     Q        Okay.  And what was in his lap?

25     A        I didn't see anything.

Carlos Adan Merino
February 04, 2022

```
 1      Q         Okay.  Could you see if he was -- if
 2  he had head phones in his ears?
 3      A         No, sir.
 4      Q         You could not see, or he did not have
 5  head phones?
 6      A         He did not have it.
 7      Q         Okay.  Could you see if he was texting
 8  on his phone?
 9      A         I already told you, sir, that his
10  phone was on the armrest.
11      Q         So his phone was not in his hand is
12  your testimony?
13      A         Yes, sir.
14      Q         So it is not possible that he was
15  sending texts at the moment that -- that you engaged
16  with him?
17      A         No, sir.
18      Q         So if we produce in this case text
19  messages with the time stamp of your interaction
20  with him, that would be not possible for us to do?
21      A         I don't know.
22                MR. KOLB:  Oh, my gosh, objection,
23  form.
24                Go ahead.
25      A         I don't know, sir.
```

Carlos Adan Merino
February 04, 2022

```
 1   BY MR. WOODROW:

 2       Q       Okay.  Did Mr. Clowdus get out of his

 3   seat for any reason before Mr. Henriquez escorted

 4   him off the plane?

 5       A       No, sir.

 6       Q       Okay.  How -- how did Mr. Henriquez

 7   escort him off the plane?  Did he touch Mr. Clowdus

 8   in any way as he was escorting him?

 9       A       No, no.

10       Q       Did -- did he lead him off the plane,

11   or did he follow him off the plane?

12       A       The passenger followed the agent.

13       Q       Okay.  How -- how closely together

14   was -- were they walking?

15       A       Two or three feet probably.

16       Q       At any given moment, there was two or

17   three feet of distance between Mr. Henriquez and Mr.

18   Clowdus?

19       A       They were not -- I mean, the airplane

20   is so full.  So I don't know, sir.  It was not that

21   big area.  It was just -- he was following the agent

22   like a normal person follows another person.

23       Q       Okay.  So they -- did they depart the

24   aircraft together?

25       A       One following the other one.
```

Carlos Adan Merino
February 04, 2022

```
 1      Q        Okay.  Did -- did you have any
 2   interactions with Mr. Henriquez as he -- as he
 3   departed the plane with Mr. Clowdus?
 4      A        No.
 5      Q        Did you have any interactions with Mr.
 6   Clowdus as -- as he departed the plane with Mr.
 7   Henriquez?
 8      A        Not interactions I recall, but he went
 9   into my personal space this close (indicating) like
10   in a defensive position.  I thought he was going to
11   hit me.
12      Q        Please explain that again.
13      A        I'm sorry, what?
14      Q        Please -- please explain that to me.
15   Where were you standing as -- as Mr. Clowdus exited
16   the plane?
17      A        I was standing by -- in between the
18   galley and -- in the aisle, actually.  Behind me was
19   the cockpit.  So I'm standing there with my hand
20   like this (indicating).  So he passed by, and he
21   went into a defensive position like this
22   (indicating), and his face was right next to mine
23   like this (indicating).  And he left the plane.  He
24   was kind of aggressive.
25      Q        And -- and were you close enough to
```

Carlos Adan Merino
February 04, 2022

1  overhear any potential conversation between Mr.

2  Clowdus and Mr. Henriquez during the time that they

3  departed together?

4      A       No, sir.  They were outside.

5      Q       Okay.  Is it your testimony that

6  they -- they both first approached you standing in

7  front of the cockpit, passed you, and exited the

8  plane?

9      A       Correct.

10     Q       And were you looking at Mr. Henriquez

11 and Mr. Clowdus the entire time as they approached

12 and passed you?

13     A       If I hear them?  If I heard them?

14     Q       Were you looking at them?  Were you

15 facing them?

16     A       Of course.  I was standing right

17 there, sir.  That's my position.

18     Q       Okay.  Did -- did Mr. Henriquez

19 observe Mr. Clowdus getting in your face like this?

20     A       No.  He's walking out.  He's -- as I

21 told you, he's following the agent.  So the agent is

22 looking to that direction, the passenger is looking

23 to that direction, and he's passing me by like this

24 close (indicating).

25     Q       Okay.

Carlos Adan Merino
February 04, 2022

```
 1                    MR. WOODROW:  Let's go to Exhibit C.
 2                    (Exhibit C was introduced for
 3   identification and attached to the transcript.)
 4   BY MR. WOODROW:
 5        Q      All right.  Do you recognize this
 6   document, Mr. Merino?
 7                    MR. KOLB:  Same one?
 8        A      Is this the same one we had before?
 9   BY MR. WOODROW:
10        Q      No.  This is different.
11                    MR. KOLB:  You're still displaying B.
12   I think -- I think if you click the tab -- there you
13   go, there you go.
14                    MR. WOODROW:  It must be lagging
15   because it switched on my machine.
16                    MR. KOLB:  Okay.
17                    MR. WOODROW:  Sorry about that.
18   BY MR. WOODROW:
19        Q      Do you recognize this document?
20        A      Yes, sir.
21        Q      Okay.  I'd like you -- well, did you
22   review this document in -- in preparation for your
23   deposition today?
24        A      I remember writing this down.
25                    MR. KOLB:  Listen to his question,
```

Carlos Adan Merino
February 04, 2022

 1  please.

 2      A        Sir, can you repeat the question?

 3  BY MR. WOODROW:

 4      Q        Did you review this document in

 5  preparation for your deposition today?

 6      A        Can I see what is down there?  I just

 7  see this information here, but I don't know what is

 8  down there, down below.

 9      Q        Sure.  This is the CERS report you

10  filed subsequent to your interaction with Mr.

11  Clowdus.

12      A        I have my SERS report.  Yes, I read

13  it.

14      Q        When is the last time you read this?

15      A        A couple days ago.

16      Q        Okay.  So -- so when I asked you

17  earlier if you had reviewed any documents in

18  preparation for this deposition, you -- you answered

19  that you had not.  That wasn't accurate, was it?

20      A        Well, I just have information with me

21  in my files at home.

22      Q        Okay.  And -- and what other files did

23  you review in preparation for this deposition?

24      A        Well, to be honest with you, not that

25  many.  I had a lot of things to do.

Carlos Adan Merino
February 04, 2022

```
 1       Q        Okay.  Well, I didn't ask how many.  I
 2   asked what ones.
 3       A        I think it's just -- was just this
 4   one, sir.
 5       Q        Did you review the -- the customer --
 6   the CERS report that Mrs. Gray filed on your behalf?
 7       A        No, sir, I hadn't -- no.  On my
 8   behalf?  On my behalf?
 9                MR. KOLB:  I'll object to the
10   characterization of the document.  Go ahead.
11   BY MR. WOODROW:
12       Q        Did you review the CERS report that
13   Mrs. Gray filed?
14       A        No, sir.
15       Q        Have you ever read the CERS report
16   that Mrs. Gray filed?
17       A        No, sir.
18       Q        Okay.  I'd like you to please review
19   the facts related to the event as -- as you recorded
20   them here.
21       A        Passenger asked at the beginning of
22   boarding -- you want me to read it?
23       Q        No, no, you don't have to read it out
24   loud.  Just -- just refresh yourself silently.  Let
25   me know when you're done.
```

Carlos Adan Merino
February 04, 2022

```
1              Are you ready?

2      A       Give me a couple seconds, please.

3      Q       Sorry.

4      A       Probably I don't read as fast as you

5  do, but I'm done, yes, sir.

6      Q       Okay.  Now, you -- you don't say in

7  here anything about the -- the alleged second

8  interaction that you had with the passenger, do you?

9      A       I do, sir.

10     Q       Show me.

11     A       "Passenger was asked at the beginning

12 of boarding."  That's the first one.  That's the

13 first time.

14             "Passenger got mad.  Accepted to do it

15 later after being finished boarding.  Checked the

16 cabin.  I asked passenger to place his bag."  That's

17 the second one.

18             And the third time is when they --

19 when he hit me.

20     Q       Let me -- let me read this.  "After

21 being finished boarding and checking the cabin, I

22 asked passenger to place his bag in the overhead

23 bin.  Even I offered to do it myself.  He was so

24 aggressive about it.  I explaining the rule to him

25 about bulkhead, and he grabbed his bag and
```

Carlos Adan Merino
February 04, 2022

1  deliberately hit me in my stomach."  Are you -- is

2  it your testimony today that that sentence includes

3  two interactions with the passenger?

4              MR. KOLB:  Objection, form.

5      A        They were three times, sir, that I

6  asked the passenger to put his bag up.

7  BY MR. WOODROW:

8      Q        And I repeat, in your facts related to

9  the event, you did not recount three instances of

10  interacting with the passenger, do you?

11             MR. KOLB:  Objection, form.

12     A        Sir, I see three times there.

13  BY MR. WOODROW:

14     Q        Please -- please show me because,

15  again, I don't.  So if you see three, I would like

16  you to explain it to me, please.

17     A        Passenger was asked at beginning of

18  boarding process to place his bag on the overhead

19  bin before we go out of space.  Passenger got mad

20  about it, but I accepted to do it later.  After

21  being finished boarding and checking the cabin, I

22  asked passenger, second time.  And then I offered to

23  do it myself.  And I explained him the rule, also in

24  between.

25     Q        Okay, Mr. Merino.  I -- I -- I think

Carlos Adan Merino
February 04, 2022

1  you're the only one who reads it like that, but

2  let's move on.

3              In the first sentence -- now, you've

4  testified earlier when you -- when you first

5  interacted with the passenger, you told him he would

6  need to -- to put his bag away, and his response to

7  you, which I -- which I asked you a few times and

8  you -- and you said it was explicitly, "I don't."

9  Now, as I read this first sentence, it says,

10  "Passenger got mad about it, but accepted to do it

11  later."

12      A        Yeah, I don't.  I'll do it later.  I

13  don't exactly recall how it -- how it was, but I

14  remember "I don't."  But he refused to do it.  He

15  didn't do it at all.

16      Q        Okay.  When you say "accepted to do it

17  later," what does that mean?

18      A        He was going to do it later during the

19  boarding process, boarding process.

20      Q        Now, if a passenger said to me, "I

21  don't," I wouldn't infer from that acceptance.  So

22  what -- what gave you the impression that he

23  accepted to do it later?

24              MR. KOLB:  Objection, form.

25      A        You should ask him.

Carlos Adan Merino
February 04, 2022

1   BY MR. WOODROW:

2       Q       I'm asking you.  You wrote these words

3   here, Mr. Merino.  You said that he accepted to do

4   it later.  I'm asking you what gave you that

5   understanding that he would do it later?

6       A       He put his bag again on the floor

7   right in front of him and the second time behind his

8   legs.  He tried to hide it.

9               MR. WOODROW:  I move to strike the

10  witness as being unresponsive.

11  BY MR. WOODROW:

12      Q       What I'm asking you, Mr. Merino, how

13  did you know he was agreeing to do it later?

14      A       I don't know what to answer to that.

15  I mean, I explain.  I was very specific in what I

16  said on my -- in what I -- in -- in my report.

17      Q       Did the passenger agree that he would

18  put his bag up later when you interacted with him

19  the first time?

20      A       Uh-huh.

21      Q       So your testimony earlier where you

22  say, "All he responded to you was, 'I don't'" was --

23      A       I don't.

24      Q       -- was not complete, was not complete,

25  was it?

Carlos Adan Merino
February 04, 2022

1      A        No, sir.

2      Q        If the pas -- if the passenger agreed

3  to do it later, then your testimony that all he said

4  to you was, "I don't" was --

5      A        I don't.

6      Q        -- not complete, was it?

7      A        It happened so fast, sir, and he

8  was -- he was so mad that -- and I'm taking care of

9  a lot of different people.  So it's not just this

10 passenger.  It's a lot of people around him.

11     Q        So is it possible then that when you

12 interacted with Mr. Clowdus the first time, he had

13 agreed that he would put his bag up later?

14     A        I don't know, sir.  You need to ask

15 him that.

16     Q        Okay.  When you -- when you -- when

17 you wrote down this -- this account of your

18 interaction with Mr. Clowdus, when did you do that?

19 When was this created?

20     A        Right after takeoff.  I had to do my

21 service.  I had to work on my -- on my galley, and I

22 had to do the service for the passengers.  And then

23 I sat down, and I had to write a report.

24     Q        And when you write a report like this,

25 are you -- are you -- are you meticulous about being

Carlos Adan Merino
February 04, 2022

```
 1   accurate in everything that you put in it?
 2       A        Well, I have so small period of time,
 3   sir, I'm -- I'm working on the flight.  As you can
 4   tell, I'm not into just a computer tablet.  I'm
 5   taking care of the safety and security of all the
 6   passengers around me, and I have to be fair enough
 7   for what I write.
 8       Q        Is it -- is it likely that your memory
 9   at the time you wrote this report was better than
10   your memory of the events that occurred today?
11               MR. KOLB:  Objection to form.
12       A        Do you want to know about my memory?
13   BY MR. WOODROW:
14       Q        Correct.  My question is are you more
15   likely --
16       A        No, sir, I'm not --
17               MR. KOLB:  Let him finish.
18               THE WITNESS:  I'm sorry.
19   BY MR. WOODROW:
20       Q        Are you -- are you more likely to have
21   had a better memory of the events that occurred at
22   8:13 in the morning after they transpired or sitting
23   here today testifying to me?
24       A        I don't know why you're asking
25   questions about my memory.
```

Carlos Adan Merino
February 04, 2022

 1       Q       It's --

 2       A       I'm not a doctor.  I'm not -- I feel

 3   like good enough to tell you what I -- what I --

 4   what I saw and what I went through.

 5               MR. WOODROW:  The witness is being

 6   unresponsive.  I move to strike.

 7               Madam Reporter, could you read the

 8   question back, please?

 9               THE COURT REPORTER:  "Are you more

10   likely to have had a better memory of the events

11   that occurred at 8:13 in the morning after they

12   transpired or sitting here today testifying to me?"

13       A       I don't know what has to do being in

14   the morning or being sitting right here with you,

15   sir.  I don't understand the difference.  My memory

16   is one.

17               MR. WOODROW:  Again, witness is being

18   unresponsive.  I move to strike.

19   BY MR. WOODROW:

20       Q       Mr. Merino, it's a very

21   straightforward question.  Are you more likely to

22   remember something right after it happens or a year

23   later?  Which memory is more likely to be the more

24   accurate version of events?

25               MR. KOLB:  Objection, form.

Carlos Adan Merino
February 04, 2022

1          A          My memory is always the same, sir.

2    BY MR. WOODROW:

3          Q          Is that right?

4          A          Well, like everybody else, we get old.

5    We -- sometimes we forget specific details.

6          Q          So is it possible that when you say in

7    your write-up here that Mr. Clowdus accepted to do

8    it later that that is what he actually did when you

9    first interacted with him, he said, "Okay.  I'll do

10   it later"?

11         A          No, sir.  He didn't do it.  I was

12   trying to do it, but the bag went to my stomach and

13   hit me.

14         Q          Mr. Merino, you are not -- you're not

15   answering the questions that I'm asking.  I'm not

16   asking about when you were hit.  I'm asking about

17   your first interaction with Mr. Clowdus when he

18   first boarded the plane.  And you have testified

19   that you asked him to put the bag up and he said, "I

20   don't."

21                Now we're reading here today in your

22   write-up that he accepted to do it later.  My

23   question to you is is it possible that, in fact, he

24   did accept to do it later, as you wrote?

25         A          Normally, what I do, sir, is I offer

Carlos Adan Merino
February 04, 2022

```
 1  that option to a person because it's early boarding.

 2  So that's normally what I do.  Be careful with the

 3  space up in the overhead bin.

 4            MR. WOODROW:  Again, I move to strike.

 5  BY MR. WOODROW:

 6     Q     Mr. Merino, you're not answering my

 7  question, and you're not focusing on it.  My

 8  question is very simple.  It is not about what you

 9  offered to do.  It's not about what you do when you

10  come on the plane in the morning.  It's about

11  whether or not Mr. Clowdus agreed to put his bag

12  away later after his first interaction with you.

13     A     Sir, I don't know what his intentions

14  were.  You probably need to ask him.  He probably

15  has a better memory than I do.

16     Q     Mr. Merino, we're not asking about Mr.

17  Clowdus's intentions.  We're asking about what you

18  wrote in this document right in front of us, what

19  you wrote, sir, "But he accepted to do it later."

20  That implies that he said okay, does it not?

21            MR. KOLB:  Objection, form.

22     A     Sir, are you any kind of -- are you

23  getting mad because I'm trying to pay attention to

24  what you are saying?  And with all my respect, you

25  don't need to be taking that position.  If you are
```

Carlos Adan Merino
February 04, 2022

1  asking a question, we can just keep going with the

2  normal question and answer thing, but you need --

3  you don't need to be like that.

4            What I am saying is that -- and I

5  already told you that most of the time I do that.  I

6  offer that they can probably do it later.  And that

7  was it.  Normally, that's what I say, but I don't

8  have any other recollection of that, sir.

9  BY MR. WOODROW:

10     Q       You say here, Mr. Merino, that you

11  were physically assaulted and that the company

12  should do something about it.  What did you want

13  them to do?

14     A       I don't want them to do anything.

15     Q       What did you want them to do about it?

16     A       Well, it's not just about the company.

17  It's about the federal rules, sir, and regulations.

18     Q       That's not what I asked, Mr. Merino.

19  And I'm sorry if -- if I -- if I am getting

20  frustrated, I'm trying not to, but you are

21  consistently not answering the question that I ask.

22  So please pay attention and answer the question that

23  I ask.

24     A       Well, you are assuming that I'm not

25  paying attention, sir.  That's not correct.

Carlos Adan Merino
February 04, 2022

1       Q       Okay.  That's a charitable assumption,

2   Mr. Merino.  I'm asking you, you say, "The company

3   should do something about it," exclamation point.  I

4   am asking you what did -- what would have satisfied

5   you at the time?  What were you hoping they should

6   do about it?

7       A       I don't know what kind of rules, sir,

8   they can apply to this situation, but the rules that

9   may apply companywise and Federal Government, they

10  should -- they should not let, not just this

11  passenger, any other passenger doing this kind of

12  behaving like that.  They shouldn't do like that,

13  those people, yes, sir.

14      Q       Do you -- do you think that banning

15  Mr. Clowdus for life from flying with American

16  Airlines was a just response to the incident that

17  you claim occurred?

18      A       I don't know.

19              MR. KOLB:  Objection, form.

20      A       I don't know, sir.

21  BY MR. WOODROW:

22      Q       Are you glad that Mr. Clowdus was

23  banned for life from flying with American Airlines?

24              MR. KOLB:  Objection to form.

25              Go ahead.

Carlos Adan Merino
February 04, 2022

```
 1      A          No, sir.  I'm just doing my job and
 2   I'm -- I cannot be sad, glad, or whatever.
 3   BY MR. WOODROW:
 4      Q          Well, that's -- that's not accurate,
 5   is it?  You're entitled to have an opinion, and I'm
 6   asking you your opinion.  Are you satisfied, are you
 7   glad, or do you think it was too much?  I'm asking
 8   your opinion.
 9                 MR. KOLB:  Objection.  He said he's
10   not glad; he's not sad.
11   BY MR. WOODROW:
12      Q          Okay.  You may still answer.  Your
13   lawyer does not answer for you, Mr. Merino.
14                 MR. KOLB:  No, I just repeated the
15   answer he gave.  If you want him to repeat it again,
16   I guess he will.
17      A          Yes, sir, I'm not glad; I'm nod sad.
18   BY MR. WOODROW:
19      Q          If -- if Mr. Clowdus had not been
20   banned, would you have been upset?
21                 MR. KOLB:  Objection, form.
22      A          Exactly, sir.
23   BY MR. WOODROW:
24      Q          Exactly nothing.  Please, disregard
25   Mr. Kolb's objections.  You must answer the
```

Carlos Adan Merino
February 04, 2022

```
 1  question, Mr. Merino.

 2       A         Again, again, sir, with all my

 3  respect, you don't ask -- to question me like that.

 4  We have to keep some kind of respect in between the

 5  two of us, if you please, because --

 6       Q         Mr. Merino.

 7       A         You are getting frustrated.  I'm not

 8  glad; I'm nod sad.

 9       Q         Mr. Merino, please, this is my

10  deposition.  Do not instruct me.

11       A         I'm not.

12       Q         I'm not upset with you.  I'm getting a

13  little frustrated, and I'm -- and I'm still being

14  respectful.  I would appreciate if you would answer

15  the question that I asked you.

16       A         Uh-huh.

17       Q         If mister -- if Mr. Clowdus had not

18  been banned from American Airlines, would you have

19  felt that American Airlines did not do something

20  about it?

21                 MR. KOLB:  Objection to form.

22                 THE WITNESS:  I have to answer?

23       A         I don't have anything to feel about

24  it, sir.

25
```

Carlos Adan Merino
February 04, 2022

```
 1   BY MR. WOODROW:
 2       Q       Would you have been upset if Mr.
 3   Clowdus had been allowed back on the very next
 4   flight?
 5               MR. KOLB:  Objection to form.
 6       A       I don't have anything to feel about
 7   it, sir, again.
 8               MR. WOODROW:  Okay.  Note that the
 9   witness is being unresponsive and move to strike.
10       A       Okay.
11               MR. KOLB:  Are you doing okay?
12               THE WITNESS:  Yeah.
13               MR. KOLB:  Okay.  Keep going.
14   BY MR. WOODROW:
15       Q       Now, it was your testimony earlier
16   that you said, "You hit me, and he laughed."  And
17   you said, "You hit me, and he laughed," and you
18   said, "He hit me and he laughed"; is that correct?
19       A       No, it's not correct, sir.
20       Q       Please tell me what's incorrect about
21   that.
22       A       I told him, "You just hit me," and he
23   laughed.  And he said, "No, I didn't," three times.
24       Q       He said, "No, I didn't," three times
25   or he laughed three times?
```

Carlos Adan Merino
February 04, 2022

```
 1     A        Sir, he laughed, and he said, "I
 2  didn't."
 3     Q        And how many times did he laugh?
 4     A        Three times, sir.
 5     Q        And after the -- the third time you
 6  said, "You hit me," did he again laugh?
 7     A        Yes, sir.
 8     Q        Okay.
 9     A        He was making fun of the situation.
10     Q        Are you aware that Mr. Henriquez was
11  at that point observing your interaction with Mr.
12  Clowdus?
13              MR. KOLB:  Objection to form,
14  misconstrues testimony.
15  BY MR. WOODROW:
16     Q        Well, mister -- mister -- Mr.
17  Henriquez testified the other day that he heard,
18  "You hit me," twice, and then he looked around the
19  corner and observed the interaction.  Are you aware
20  of that?
21              MR. KOLB:  That's a flat
22  misrepresentation of what he said, flat.
23              MR. WOODROW:  No, it's not.
24              MR. KOLB:  He said he never saw the
25  event at all.
```

Carlos Adan Merino
February 04, 2022

```
 1                    MR. WOODROW:  I didn't say he saw the

 2  event.  The you-hit-me's occurred after the event.

 3                    MR. KOLB:  Right.

 4                    MR. WOODROW:  That's what I just said.

 5                    MR. KOLB:  I don't think that's what

 6  he said, but go ahead, answer the question.  My

 7  apologies.

 8      A        I don't -- I'm looking at the

 9  passenger, sir.  I cannot see behind me, who is

10  behind me or who is in the door by this -- by that

11  time.

12  BY MR. WOODROW:

13      Q        Okay.  Let's go down --

14      A        So probably I can ask you what's

15  behind you or what kind of clothes you have behind

16  you right now --

17      Q        Mr. Merino, Mr. Merino, this is my

18  deposition, thank you.  I'll ask you the questions.

19      A        All right.

20      Q        Let's move down.  Can you identify

21  this document?

22                    MR. KOLB:  Is this still the same

23  exhibit?

24                    MR. WOODROW:  This is the same

25  exhibit, Exhibit C, yes.
```

Carlos Adan Merino
February 04, 2022

```
 1                    MR. KOLB:  Okay.  Thanks.
 2        A         Yes, sir.
 3   BY MR. WOODROW:
 4        Q         And what is this?
 5        A         That's Mr. Deon Gray's testimony.
 6        Q         Is that a Mr. or a Mrs., Mr. Merino?
 7        A         Mrs.
 8        Q         Okay.
 9        A         She's a wonderful lady.
10        Q         Okay.  Please -- please review the
11   facts that she's related, and then let me know when
12   you -- when you're finished.
13                    MR. KOLB:  Will, when you get to a
14   stopping point, can we take a bathroom break?
15                    MR. WOODROW:  Sure.  We can do that --
16   we can do that right now after he finishes if you
17   like because I'll be on this for a few minutes.
18                    MR. KOLB:  All right.  That's fine.
19   Thanks.
20                    MR. WOODROW:  Yeah.
21        A         Yes, sir, I -- yes, sir.
22                    MR. WOODROW:  Okay.  You guys want to
23   take a break now for five minutes, or do you want
24   to -- or we can go through this.  I'm happy either
25   way.
```

Carlos Adan Merino
February 04, 2022

```
 1              MR. KOLB:  Now is good.

 2              MR. WOODROW:  Bathroom now good?  All

 3   right.  Let's take a five-minute break.

 4              VIDEOGRAPHER:  Going off the record.

 5   The time is 11:25 a.m. New York time.

 6              (Recess, 11:25 a.m. to 11:30 a.m.)

 7              VIDEOGRAPHER:  The time is 11:30 a.m.,

 8   New York time.  We are back on the record.

 9   BY MR. WOODROW:

10       Q      All right.  Mr. Merino, did you -- did

11   you speak with your -- your client -- did you speak

12   with Mr. Kolb during the break?

13       A      With Mr. Who?

14       Q      Mr. Kolb.

15              MR. KOLB:  Me.

16       A      Going to the bathroom.

17   BY MR. WOODROW:

18       Q      Is that -- is that --

19       A      A couple words only, where is the

20   bathroom and things like that.

21   BY MR. WOODROW:

22       Q      Okay.  You didn't speak about the

23   substance of your testimony?

24       A      No, sir.  I was just trying to be --

25   I'm trying to keep this like normal.
```

Carlos Adan Merino
February 04, 2022

1    Q       Good.  I didn't think so.  I just have

2  to ask.

3            So now, you've reviewed the factual

4  narrative of Mrs. Gray's CERS report; correct?

5    A       Yes, sir.

6    Q       All right.  Now, she says in the

7  bottom, "The FAA will be notified by us."  Did you

8  and Ms. Gray notify the FAA about the incident?

9    A       I don't know, sir.  You need to ask

10  her.

11   Q       Did you?  Did you --

12   A       No, sir.

13   Q       -- notify the FAA?

14   A       No, sir.

15   Q       Okay.  Who did you speak to about the

16  incident?  Anybody?

17   A       No, just the -- my supervisor that

18  called me some days later.

19   Q       And who was that?

20   A       Give me a second because I -- Lori Ann

21  Gore.

22   Q       Can you spell that, please?

23   A       L-O-R-I, A-N-N, G-O-R-E.

24   Q       And -- and what did you and -- what

25  did you tell Ms. Gore about the incident?

Carlos Adan Merino
February 04, 2022

```
 1      A        Well, the first thing, before I told
 2  her something, she asked me if I was okay about
 3  the -- the assault.  And that was pretty much -- and
 4  that they were going to follow up with this.  That
 5  was it.
 6      Q        Did she ask you if you wanted to press
 7  charges?
 8      A        No.  Actually, no.
 9      Q        Are you aware that assaulting a flight
10  attendant is actually a felony that you can get jail
11  time for?
12               MR. KOLB:  Objection, form.
13               Go ahead.
14      A        I know.  I know it's a federal felony,
15  sir, I know.
16  BY MR. WOODROW:
17      Q        Okay.  Now, Mrs. Gray says that the
18  company must prosecute these violent offenders --
19  oh, she says, "If -- if the company keeps refusing
20  to prosecute these violent offenders, the crews will
21  be left with no choice but to do it ourselves."  Was
22  it -- was it your wish that Mr. Clowdus would have
23  been legally prosecuted for this incident?
24      A        I don't know, sir.  If I would --
25  anyway.  Sorry.  I think I moved the computer.
```

Carlos Adan Merino
February 04, 2022

1  Sorry.

2          MR. KOLB:  Are you still on?  Keep

3  going.

4          THE WITNESS:  It's not an earthquake.

5  It's just that I pushed the table.

6  BY MR. WOODROW:

7     Q        Was it -- was it your wish that Mr.

8  Clowdus would have been prosecuted for this

9  interaction with you?

10    A         No, sir, it was not.  I don't know

11 what kind of measures they can take against these

12 kind of people, but it was not.

13    Q         Have you -- I'm sorry, continue.

14    A         Somebody has to do something; right?

15 Has to do -- the law has to be implemented.

16    Q         So if Mr. Clowdus had been prosecuted

17 legally, you would not have stood in the way?

18          MR. KOLB:  Objection to form.

19 BY MR. WOODROW:

20    Q         Would you -- would you have intervened

21 if Mr. Clowdus had been arrested and was facing

22 possible jail time?

23          MR. KOLB:  Objection to form.

24    A         Well, if I wanted to be -- to -- for

25 the situation to be escalated, I would have called

Carlos Adan Merino
February 04, 2022

1  the police.  And I was worried about a hundred and

2  something more passengers rather than this kind of

3  passenger behavior.

4  BY MR. WOODROW:

5       Q       Have you ever been assaulted by a

6  passenger in the past, Mr. Merino?

7       A       No, sir.

8       Q       Have you ever felt threatened by a

9  passenger in the past?

10      A       No, sir.  That's why I'm shocked.

11      Q       In all your years since 1998, you have

12  never had an incident with a passenger where you

13  felt threatened?

14      A       No, sir.  Is that a question, sir?

15      Q       Yes, that was a question.

16      A       Because you are, like, threatened,

17  like, about what happened?

18              MR. KOLB:  Hey, hey, just answer the

19  question.

20      A       No, sir.

21  BY MR. WOODROW:

22      Q       Okay.  Let's look back at Mrs. Gray's

23  report here.  The first -- the first sentence Ms.

24  Gray wrote, "The Number 1 explains the bulkhead

25  rules regarding carry-on bags."  Did Mrs. Gray

Carlos Adan Merino
February 04, 2022

1  observe you explain those rules to Mr. Clowdus, or

2  was she relying upon you telling her that that's

3  what you had done?

4              MR. KOLB:  Objection, form.

5              Go ahead.

6     A       She's explaining what she saw on her

7  statement.

8  BY MR. WOODROW:

9     Q       I'm asking you did Mrs. Gray

10 personally observe you explaining to Mr. Clowdus the

11 bulkhead rules regarding carry-on bags?

12             MR. KOLB:  Objection, form.

13    A       She's working in the area.  I don't

14 know if she saw it or not, but if she is doing it,

15 she's writing it, so she did know about it.

16 BY MR. WOODROW:

17    Q       Mr. Merino, please -- please do not

18 say exactly when -- when Mr. Kolb objects.  Like I

19 said earlier, tune those out.  Those are for us.

20 I'm asking you a very specific question.

21             Did Mrs. Gray, was she right there

22 with you observing your interaction with Mr. Clowdus

23 when he came on the plane?

24             MR. KOLB:  Objection, asked and

25 answered.

Carlos Adan Merino
February 04, 2022

```
 1              MR. WOODROW:  No, it has not been
 2  asked and answered.  He has stonewalled it.
 3              MR. KOLB:  He said he didn't know what
 4  she saw, but if it's in the report, he thinks it's
 5  what she saw.
 6              MR. WOODROW:  I'm asking if he was
 7  aware of her physical proximity --
 8       A       If I was -- if I was aware?  Of
 9  course.  She was in First Class.  She was near --
10  she was in the aisle.
11  BY MR. WOODROW:
12       Q       Were you aware of her standing close
13  enough to you at that time to hear you relate the
14  bulkhead rules to Mr. Clowdus?
15       A       Yes, sir.  We're working First Class,
16  the both of us.
17       Q       And where was she standing?
18       A       By Row 2 or 3, between row -- Seats 2
19  and 3, right after me.  She was right there.
20       Q       And were you aware of her standing
21  there observing your interaction with Mr. Clowdus?
22       A       Sir, she's aware of everything because
23  we have to do safety and security measures -- we
24  have to take a lot of -- we have to do a lot of
25  things.  So I --
```

Carlos Adan Merino
February 04, 2022

1    Q        Mr. Merino?

2    A        I'm answering, sir.

3    Q        Mr. Merino, you are not answering.

4    A        I'm answering what I'm doing and what

5    she supposed to be doing.  She's taking care of the

6    rest of the passengers, and she's taking care of her

7    own job.  So, of course, we have to be aware of

8    what's happening 100 percent all the time.

9              MR. WOODROW:  Okay.  Let the -- let

10   the record show that the witness is being

11   unresponsive.  I move to strike.

12   BY MR. WOODROW:

13   Q        That is not the question that I --

14   that I asked you, Mr. Merino.  Is -- is it true that

15   both -- both you and Mrs. Gray were very busy

16   checking in all number of passengers trying to get

17   this -- this flight closed as quickly as possible?

18   A        No, sir.

19   Q        Did Mrs. Gray have duties of her own

20   that she was engaging in during the boarding

21   process?

22   A        Like every day, sir.

23   Q        And what were those duties?

24   A        Taking care of passengers, making sure

25   that we have enough space in the overhead bins to

Carlos Adan Merino
February 04, 2022

1  put everybody's luggage there, checking if we have

2  UMs onboard, minors onboard, checking if everybody

3  is doing -- is complying -- compliance with what we

4  have to do like seat belts fastened and all those

5  things that we have to do normally as a flight

6  attendant.

7      Q      Okay.  Did Mrs. Gray observe,

8  personally observe -- are you aware if Mrs. Gray

9  personally observed you asking Mr. Clowdus several

10  times to put his bag up?

11              MR. KOLB:  Objection, form.

12      A      If it's in her report, she's telling

13  you that, sir.  I don't have to tell you.  If you

14  need to ask that, ask her that.

15  BY MR. WOODROW:

16      Q      Mr. Merino, that's not the question

17  I'm asking.  I will speak with her.  I'm asking you

18  what you observed at the time.  Did you observe

19  Mrs. Gray observing you interacting with Mr. Clowdus

20  three times about his bag?

21      A      Well, yes.  She was by the area.

22  She's paying attention to everything, sir, what is

23  happening on the plane.

24      Q      Did -- did miss -- did Mrs. Gray

25  observe Mr. Clowdus intentionally grabbing his bag

Carlos Adan Merino
February 04, 2022

1  and aiming it and hitting you hard in the stomach?

2  Did she personally observe that, or did you recount

3  those facts to her?

4                MR. KOLB:  Objection, form.

5                Go ahead.

6     A       Again, she's telling you that she did.

7  I'm paying attention to the passenger, the situation

8  what's happening there.

9  BY MR. WOODROW:

10     Q       Okay.

11     A       And if she saw it, she's writing it

12  down.

13     Q       In First Class -- how many seats do

14  you have in Business Class on either side of the

15  aisle?

16                MR. KOLB:  Objection to form.

17                MR. WOODROW:  What's your objection,

18  Kelly?

19                MR. KOLB:  What specific aircraft

20  configuration are you talking about?

21                MR. WOODROW:  Oh, my God, the

22  aircraft, the flight in question on that day.

23  BY MR. WOODROW:

24     Q       How many seats?

25     A       So do you have -- do you have any kind

Carlos Adan Merino
February 04, 2022

1  of -- I don't want to be the one leading this, but

2  do you -- if you are --

3       Q       Thank you, thank you for that, Mr.

4  Merino, because --

5       A       I have eight seats on the left-hand

6  side and eight seats on the other side.

7       Q       Okay.  And -- and in a row, in

8  Business Class, how many seats are on each side?

9       A       In a row, four.

10      Q       Okay.  And on each side, how many?

11      A       Two.

12      Q       Okay.  And where was Mr. Clowdus

13  seated during this interaction with you?

14      A       1F.

15      Q       And what is 1F?

16      A       The window on the right-hand side of

17  the aircraft.

18      Q       Okay.  And if you're -- if you're

19  standing not looking directly into the aisle, can

20  you -- can you observe what somebody is doing in a

21  window seat from -- from behind -- from -- from a

22  little bit offset?  Is it easy to observe a

23  passenger's activity?

24      A       Yes, sir.

25      Q       Okay.  And if -- if -- if Mr. Clowdus

Carlos Adan Merino
February 04, 2022

1   was seated in the window seat, was -- was Mrs. Gray

2   standing over your shoulder at the time of the

3   incident?

4        A        Well, I won't put it over my shoulder,

5   but she was right there.

6        Q        Where?

7        A        In the aisle where I was standing, the

8   same aisle, just one or two feet away from me.

9        Q        Your testimony today is Mrs. Gray was

10  standing one or two feet away from you in the aisle

11  during the time of this incident?

12       A        Like one feet from separation from one

13  row.

14       Q        Was she in front of you, or was she

15  behind you?

16       A        On my right-hand side, sir, on my

17  right side.

18       Q        And -- and what direction in the plane

19  is your right-hand side?

20       A        Sir, I'm in the aisle.  We're looking

21  forward.  The passenger's on the F seat, which is a

22  window seat, and like I'm right now, she's right

23  behind me.

24       Q        Is -- is behind you back towards the

25  tail of the plane or up towards the nose of the

Carlos Adan Merino
February 04, 2022

1   plane?

2        A        Towards the tail of the plane.

3        Q        Okay.

4        A        I'm looking at the cockpit, the

5   passenger's to my right, and she's right behind me.

6   At the moment that everything happened, I was just

7   looking at the passenger.

8        Q        And was -- how many -- how -- how far

9   behind you was she?

10       A        Like, one row separation, less than a

11  row, a row probably.

12       Q        Could you -- could you have reached

13  out and touched her?

14       A        Probably.

15       Q        And what was she doing at the time?

16       A        I already told you that she was

17  checking bags, she was checking procedures, and what

18  we have to do as the flight attendant on board, sir.

19       Q        Okay.  Now, if Mrs. Gray was standing

20  behind you, maybe within arm's reach --

21       A        On my right side, not behind me, sir.

22  I explained you just this -- just to get you

23  situated where she was behind me, but the aircraft

24  is that way.  So the passenger was here, and she was

25  on my right-hand side on the aisle.

Carlos Adan Merino
February 04, 2022

1      Q       If I say "behind you," I am

2    referencing towards the tail of the plane.  Okay?

3    When I say "behind you," that's what I mean, towards

4    the tail of the plane.  Okay?

5      A       Then say it like that because I

6    just don't want to --

7      Q       Let me say it like that for you, Mr.

8    Merino.  If -- if Mrs. Gray was standing behind the

9    row more towards the rear of the plane and Mr.

10   Clowdus is in a window seat, how is she going to see

11   Mr. Clowdus' eyes and know if he intentionally hit

12   you or not?

13              MR. KOLB:  Objection, form.

14              THE WITNESS:  Do I have to answer

15   that?

16              MR. KOLB:  If you have an answer,

17   yeah.

18      A       Well, sir, you have a space -- if you

19   have trouble on the plane, you have spaces and

20   you -- we are standing up.  Everybody else is

21   seated.  So you have spaces between the two seats,

22   and you can see everything clearly, and you know

23   that.

24   BY MR. WOODROW:

25      Q       Mr. Merino, does -- does -- does a

Carlos Adan Merino
February 04, 2022

```
 1   passenger's head rise above the rear of the seat in

 2   Business Class or fall beneath?

 3              MR. KOLB:  Objection, form.

 4      A       I'm sorry, what was your question

 5   again?

 6   BY MR. WOODROW:

 7      Q       In your average Business Class seat,

 8   the Business Class seat that was on the plane that

 9   day, does -- does a person of average height, 5' 11"

10   build, does their head come above the rear of the

11   seat or fall beneath?

12      A       No, come above.  Of course, and -- and

13   we are talking about a very tall guy.  So we were

14   able to see him clearly.  If you know your client,

15   he's tall, tall.

16      Q       He's not that tall, Mr. Merino.  He's

17   5' 11", and I'm 5' 10", and I'm not that tall.

18   Six feet and above I characterize as tall.

19      A       I'm 5' 8".  So for me, it's very tall.

20              MR. KOLB:  Objection to form.  What's

21   very tall?

22   BY MR. WOODROW:

23      Q       When you have a seat and you have the

24   little wings that you can bring against your head,

25   is it your testimony today that someone of 5' 11"
```

Carlos Adan Merino
February 04, 2022

1  build, their head would come above those wings and

2  those wings would be at their shoulder?

3      A       Yes, sir, the wings are, like,

4  retractible so you don't -- you can't -- I mean, at

5  that time, all of them are like that, so it's like a

6  part of the regular seat.  Just they work only if

7  you pull them up, pull them out, but that's it.  And

8  you can actually see him clearly from any -- any

9  position in First Class.

10     Q       Is it your testimony that a person of

11  5' 11" build, their head sticks out above the height

12  of a seat in Business Class?  Is that -- is that

13  your testimony today?

14             MR. KOLB:  Objection, that is his

15  testimony.  He's answered it twice now.

16  BY MR. WOODROW:

17     Q       Okay.  And how would -- how, Mr.

18  Merino, would -- would Mrs. Gray have seen where Mr.

19  Clowdus's eyes were focused from behind?  I'd like

20  to hear you on this.

21     A       I don't want to interrupt, I'm sorry.

22  There are some gaps between in your questions and

23  silence.  So I don't -- I don't want to -- I don't

24  mean to interrupt you, sir.

25             What was your question again?

Carlos Adan Merino
February 04, 2022

1      Q       I said how would Mrs. Gray have been

2  able to see Mr. Clowdus's eyes from behind through

3  the seat?  Apparently his head is sticking up above

4  the seat, which I -- I highly doubt, but how would

5  he have -- how would she have seen his eyes and,

6  therefore, whether or not he intended to hit you?

7                  MR. KOLB:  Object to the sidebar in

8  the question.

9                  Subject to that, you may answer.

10     A       If you've been on a plane, the seats

11 are pretty much like this (indicating) and I'm

12 telling you right now, a little bit higher.  So, of

13 course, you can see anybody going to the sides what

14 they are doing.

15 BY MR. WOODROW:

16     Q       Okay.  Your testimony is that the back

17 of an average seat reaches an average man's

18 shoulder?

19     A       An average guy.  He's not an average

20 guy, so we were able to see him from any point

21 personally.

22     Q       Okay.  You've testified earlier that

23 Mr. Clowdus was not -- was not standing when he hit

24 you in the stomach with his bag, was he?

25                  MR. KOLB:  Objection to form,

Carlos Adan Merino
February 04, 2022

```
 1   misconstrues his testimony.

 2   BY MR. WOODROW:

 3        Q        Was Mr. Clowdus seated when he hit you

 4   in the stomach with his bag?

 5                 MR. KOLB:  Objection to form, asked

 6   and answered.

 7                 Go ahead.

 8        A        He was.  He grabbed the bag, he toss

 9   it, and he did it on purpose.

10   BY MR. WOODROW:

11        Q        Uh-huh.

12        A        And he hit my stomach, and he went

13   like this (indicating), but he couldn't get up

14   because of the ceiling of the PSU, the passenger

15   service unit.  If you are not familiar with that,

16   it's where the all oxygen masks are above you.  So

17   he couldn't -- he was not able to get up there, but

18   he tried to.

19        Q        So, Mr. Merino, Mrs. Gray says in here

20   that -- that he stood there glaring at you.  Now,

21   Mr. Merino, I'm frankly concerned that Mrs. Gray is

22   going to come in here and perjure herself on your

23   behalf, and I don't want her to get in trouble, do

24   you?

25                 MR. KOLB:  Will, that question's
```

Carlos Adan Merino
February 04, 2022

1  beyond the bounds.  Okay?  Do you have a factual

2  question to ask him, you will ask it.  But I'm not

3  going to allow you to badger this witness and abuse

4  him with these kind of ridiculous off-center

5  questions.  Get back on track, please.

6  BY MR. WOODROW:

7      Q       Are you sure, Mr. Merino, that

8  Mrs. Gray wasn't just trying to help you out like a

9  nice lady, like a nice coworker, and that she

10 reported what you told her, but not what she

11 actually saw?

12             MR. KOLB:  Objection, asked and

13 answered three times now.

14             Give him a fourth.

15 BY MR. WOODROW:

16     Q       Answer it again.

17     A       Sir, if you need to ask that question,

18 it's not me who you need to ask, it's Mrs. Gray.

19     Q       Tell me about the days prior to the

20 incident that happened on June 10.  When did you

21 arrive in Miami?

22     A       When did I arrive in Miami?  The days

23 prior to the -- to the event?

24     Q       Yes.  How many days was your shift?

25 When did you arrive?  Presumably, you spent the

Carlos Adan Merino
February 04, 2022

```
 1   night.

 2       A         Sir, I live here.  I live in Miami.

 3       Q         Okay.  Tell me about your prior shift,

 4   and I want to know a little bit about your schedule

 5   leading up to --

 6       A         Oh.

 7       Q         -- this flight.

 8       A         I don't have a recollection of that

 9   right now.

10       Q         Okay.  Do -- do you have any

11   recollection of -- of what you did on the night

12   prior to this flight?

13       A         Yes, sir, being at home resting like

14   everybody else.

15       Q         Okay.  Did -- did you go out late that

16   night?  Did you go out to dinner?

17       A         Does it matter to this?

18                 MR. KOLB:  Answer the question.

19                 THE WITNESS:  Sorry.

20                 MR. KOLB:  Go ahead, answer the

21   question.

22   BY MR. WOODROW:

23       Q         Did you go out that night before?

24       A         No, sir.

25       Q         What does a normal weekly schedule
```

Carlos Adan Merino
February 04, 2022

1  look like for you, Mr. Merino?

2      A      Normally, I have, like, a three-day

3  trip, like, let's say, we start today and we end up

4  on the third day, which is the day after tomorrow is

5  considered three days, then I do have sometimes,

6  like, a couple of days off or three days off, and

7  then another flight and so on.

8      Q      And what -- where did this flight fall

9  within that three-day schedule?

10             MR. KOLB:  Objection, form.

11  BY MR. WOODROW:

12      Q      Were you working a three-day schedule

13  as usual on --

14      A      I think that's what the two-day -- I

15  think that was the two-day trip, sir.

16             MR. KOLB:  Let him finish his

17  question, or I'm going to stab you in the neck.

18             THE WITNESS:  Yes, sir.

19             MR. KOLB:  Okay.

20  BY MR. WOODROW:

21      Q      And -- and was this the first day or

22  the second day of that trip?

23      A      It was the first day, sir.

24      Q      Okay.  And what time did you get up

25  that morning to go to the airport?

Carlos Adan Merino
February 04, 2022

```
 1      A         I don't remember, sir.  To be honest

 2  with you, I don't remember.

 3      Q         Do you -- did -- in all of your years

 4  since 1998, do you -- do you often leave at that

 5  time in the morning from Miami?

 6                MR. KOLB:  Objection, form.

 7      A         Way too many flights to remember,

 8  being almost 24 years.  But normally that -- that's

 9  what I do, I go out of my house.

10  BY MR. WOODROW:

11      Q         What time did the flight depart that

12  morning?

13      A         Later, five minute -- five minutes

14  after they closed the doors, sir.

15      Q         What time --

16      A         You have the hours there.  You have

17  the hours there.  You have the schedule, and you

18  know more than I do right now.

19      Q         Okay.  Mr. Merino, I am not asking you

20  about what I know.  I'm asking you about what you

21  know.  And you need to answer the question as good

22  as possible, not kick it back to me, please.

23      A         I don't know, sir.

24      Q         I'm asking you if you know what time

25  the flight departed that morning.
```

Carlos Adan Merino
February 04, 2022

```
 1      A         I don't know, sir.

 2      Q         Okay.  Well, if -- if it was a 6:30

 3  departure, what time would you get up from your

 4  house to go to the airport?

 5      A         6:30, 5:30, I have to be one hour

 6  before, 5:30.  3:30 in the morning, sir.

 7      Q         Okay.  And did -- and that's a pretty

 8  grueling schedule.  I'm -- I'm -- I'm glad I don't

 9  have that personally.

10      A         I know.

11      Q         How much -- how much coffee do you --

12  do you -- do you drink on a day like that?

13                MR. KOLB:  Objection, form.

14  BY MR. WOODROW:

15      Q         Do you drink coffee?

16      A         One cup a day in the morning only.

17      Q         Okay.  Do you -- do you have any

18  extra, maybe a Red Bull on a -- on a morning that

19  starts at 3:30 in the morning?

20      A         No, sir.  I'm a quiet -- a quiet guy.

21  I'm a healthy guy.

22      Q         That's good.  Explain to me what a

23  right start is.

24      A         A what?

25      Q         A right start.
```

Carlos Adan Merino
February 04, 2022

```
 1      A       Right start, like to get up in the --

 2      Q       So we've heard testimony --

 3      A       -- go to work and start working?

 4      Q       Okay.  So --

 5              MR. KOLB:  Wait for --

 6   BY MR. WOODROW:

 7      Q       We've heard testimony that a right

 8   start is the first flight of the day, and the CSC

 9   will actually be at that plane.  Mr. Henriquez said

10   that each CSC gets assigned a plane and that they

11   need to get that plane out on time because every

12   other flight, then it's a cascade after that of, you

13   know, maybe -- maybe flights being late.  He

14   characterized that as a right start.  Does that

15   sound familiar?

16      A       No, sir, I don't have anything to do

17   with that.  That's passenger service.  I don't have

18   anything to do with that.

19      Q       Okay.  Do you get paid any sort of

20   bonus if the -- if the first aircraft of the day

21   departs on time?

22      A       No, sir.

23      Q       Is -- is -- is it -- is the on-time

24   status of your aircraft tied at all to your

25   compensation?
```

Carlos Adan Merino
February 04, 2022

```
 1      A          No, sir.  Safety and security doesn't

 2  have anything to do with that.

 3      Q          I'm not asking about safety or

 4  security, Mr. Merino.  Please listen carefully.  I

 5  asked about your compensation.  Does the -- did a

 6  timely -- does the on-time status of your aircraft

 7  have any impact on your compensation?

 8      A          Not at all, sir, at all.

 9      Q          Okay.  And if -- if -- if your

10  aircraft is -- is late or consistently late, will

11  that reflect in your either compensation or your

12  personnel record in some respect?

13      A          No, sir.  No, sir.

14      Q          Categorically, there's -- there's not

15  a situation where a plane being late could incur

16  some sort of response from your superiors?

17                 MR. KOLB:  Objection to form.

18      A          I've never been, no.

19  BY MR. WOODROW:

20      Q          I didn't ask if you had.  I'm not

21  asking about you.

22      A          No, sir.

23      Q          So a flight attendant compensation

24  package or performance review is not tied whatsoever

25  with the on-time status of your flights.  Is that
```

Carlos Adan Merino
February 04, 2022

```
 1   your testimony?

 2              MR. KOLB:  Objection, form,

 3   misconstrues testimony.

 4   BY MR. WOODROW:

 5       Q       Is that -- is that an accurate

 6   statement?

 7              MR. KOLB:  Objection to form,

 8   misconstrues testimony.

 9              MR. WOODROW:  I'm not asking about his

10   testimony.  I just made a statement.

11              MR. KOLB:  You asked if that was his

12   testimony.

13              MR. WOODROW:  I just revised and said

14   is that an accurate statement.

15              MR. KOLB:  Same objection.  It's the

16   same question, good Lord.

17              MR. WOODROW:  I'm not asking about his

18   testimony.  Let me ask the question again.

19   BY MR. WOODROW:

20       Q       Let me ask the question again.

21       A       Uh-huh.

22       Q       As a flight attendant and -- and with

23   the understanding that it is -- it is very important

24   for flights to be on time.  As we heard from Mr.

25   Henriquez, there is a cascade.  If a flight's late,
```

Carlos Adan Merino
February 04, 2022

```
 1   it gets into the next place late and it gets into

 2   the next place late.

 3                 As a flight attendant, does your

 4   performance or your compensation, is it negatively

 5   impacted in any way by -- by planes departing late?

 6                 MR. KOLB:  Objection to form.

 7                 Go ahead.

 8     A        Sir, you're talking about performance,

 9   and thank you for asking that.  Performance doesn't

10   have anything to do against my -- my money, what I

11   make on the airline.  And you don't want me actually

12   to talk about performance because my performance in

13   safety and security, as I mentioned before, that's

14   what I do.  It doesn't have anything to do with the

15   money.

16   BY MR. WOODROW:

17     Q        Okay.  Mr. Merino, I -- again, you're

18   not -- you're not answering my question because I --

19   I was not -- I was not talking solely about the

20   money, but in respect to performance, the question

21   is if your planes consistently left late, would that

22   reflect negatively upon your performance review?

23                 MR. KOLB:  Objection, form.

24     A        No, no, sir.

25
```

Carlos Adan Merino
February 04, 2022

1  BY MR. WOODROW:

2      Q       Okay.  That seems very unlikely, Mr.

3  Merino.  I'm not trying to trick you.

4      A       No.

5              MR. KOLB:  Object to the sidebar.

6              There's no question pending.

7  BY MR. WOODROW:

8      Q       So do you feel -- do you feel pressure

9  in the mornings to -- to get a plane departed on

10  time?

11     A       Every single flight is the same thing.

12  There is no matter if it's 6:00 in the morning or

13  6:00 p.m., sir.

14     Q       Okay.  And do you feel pressure that

15  that plane needs to depart on time?

16     A       No, sir.  My pressure is in another

17  objective, not on that.

18     Q       You -- you feel no pressure that your

19  plane gets -- that the cabin gets locked and you get

20  out on time?

21     A       No, sir.

22     Q       Ever?

23     A       No, sir.

24     Q       I'm asking if it's a priority.

25     A       No, sir.

Carlos Adan Merino
February 04, 2022

```
 1                    MR. KOLB:  Objection, asked and

 2   answered.

 3                    THE WITNESS:  Exactly.

 4   BY MR. WOODROW:

 5        Q        I -- I -- okay.  That's your answer.

 6                    MR. WOODROW:  Let's go to Exhibit D.

 7                    (Exhibit D was introduced for

 8   identification and attached to the transcript.)

 9   BY MR. WOODROW:

10        Q        This is a Tour Report that was created

11   on the date of the incident.  Do you recognize this

12   document?

13        A        No, sir.

14        Q        Have you ever had occasion to read

15   this document?

16        A        No, sir.

17        Q        Okay.  Could you identify what it is,

18   please?

19        A        It says "Tour Report."  I never saw

20   anything like that before.

21        Q        Okay.  Well, I will represent to you

22   that this is a Tour Report that is created by a CSM

23   at the end of the day.  And -- and if you look down

24   to the large paragraph, it -- it deals with the

25   incident that you were involved in and -- and
```

Carlos Adan Merino
February 04, 2022

 1  various parties' input.  I would ask you to read

 2  that, please, and then tell me when you're done.

 3       A       Read it out loud or --

 4       Q       No, no.  Read it to yourself.

 5       A       Sir, good.

 6       Q       Mr. Henriquez does not corroborate the

 7  claim that Mrs. Gray was in Business Class with you

 8  when the incident occurred, does he?

 9               MR. KOLB:  Objection, argumentive.

10       A       I don't know what his perception was.

11  BY MR. WOODROW:

12       Q       Well, let's read what his perception

13  was because he states it.  "CSC stated --" now, CSC,

14  that is Mr. Henriquez.  If you look further up, it

15  identifies him.

16       A       Where is it?

17       Q       Well, read for yourself.  "CSC Jose

18  Henriquez was present, and he felt that removing the

19  customer was not proper as to his understanding the

20  flight attendant unnecessarily escalated the

21  situation."  Why would he say that, Mr. Merino?

22               MR. KOLB:  Oh, my God, objection,

23  speculation.

24       A       You need to talk to him.  You need to

25  ask him.

Carlos Adan Merino
February 04, 2022

```
 1   BY MR. WOODROW:

 2       Q        And let's look down further.  "I spoke

 3   to corporate security, and he stated that three

 4   different flight attendants filed a CRS report where

 5   they witnessed the purser get hit.  CSC stated,

 6   well, that is not possible because I was closest to

 7   the purser and when the incident occurred with the

 8   FA, we're back on -- we're on the back of the

 9   aircraft."  So, I'll ask you again, Mr. Henriquez

10   does not corroborate the claim that Mrs. Gray was in

11   Business Class when the incident occurred, does he?

12                   MR. KOLB:  Objection, argumentative.

13                   Go ahead.

14       A        I know that Mrs. Gray was right there

15   in First Class because she was working with me.  I

16   don't know.  You have to ask the rest of the people

17   what they think about it.  I don't know why this guy

18   wrote it like that.  Probably you need to ask him

19   what happened there, but I don't know.  I cannot

20   answer for him.

21   BY MR. WOODROW:

22       Q        Now, when you spoke with Mr.

23   Henriquez, did you inform him that -- that the

24   customer -- that the passenger had assaulted you?

25                   MR. KOLB:  Objection, asked and
```

Carlos Adan Merino
February 04, 2022

1   answered.

2           Go ahead.

3       A       When I asked to Mr. Henriquez, the

4   only thing that I said to him, me to him, was, "He's

5   not on this flight.  He's not on this flight.  No."

6   Wait a second.  The decision has been made because

7   he came to try to talk to me for the passenger, but

8   he didn't see anything.

9   BY MR. WOODROW:

10      Q       No, that's not the question that I

11  asked you, Mr. Merino.  I asked you did you inform

12  Mr. Henriquez that the passenger had assaulted you?

13              MR. KOLB:  Objection, asked and

14  answered.

15      A       Well, you just told me that Mr.

16  Henriquez saw me telling him that he hit me.  So why

17  this question?

18  BY MR. WOODROW:

19      Q       Okay.  Mr. Merino, it's a very simple

20  question.  Was Mr. Henriquez present during the

21  discussion about removing Mr. Clowdus from the

22  airplane?

23      A       Part.  If you are stating that he was

24  there when I said, "Sir, you just hit me," so then

25  it's not -- he didn't see the actual assault, but he

Carlos Adan Merino
February 04, 2022

```
 1   saw part of it.  But I'm not aware of that.
 2      Q       He was aware that you had removed Mr.
 3   Clowdus from the plane for allegedly assaulting you
 4   though, wasn't he?
 5              MR. KOLB:  Objection, misconstrues
 6   everyone's testimony, including this witness'.
 7              MR. WOODROW:  No, it doesn't.
 8              MR. KOLB:  He didn't remove anybody.
 9              MR. WOODROW:  It doesn't misconstrue
10   anything.
11              MR. KOLB:  Nobody's testified this
12   witness removed anybody from the aircraft.
13              MR. WOODROW:  That's not the thrust of
14   my question, and you know that, Kelly.
15              (Simultaneously talking)
16              MR. KOLB:  Your choice.
17   BY MR. WOODROW:
18      Q       Mr. Clowdus was removed from the
19   aircraft for allegedly assaulting you, correct, Mr.
20   Merino?
21      A       "Allegedly" sounds like it didn't
22   happen, and it happened.  He assaulted me.
23      Q       And that was why he was removed from
24   the aircraft; correct?
25      A       That's a federal offense, sir, it is.
```

Carlos Adan Merino
February 04, 2022

```
 1      Q        And Mr. -- and Mr. Henriquez was aware
 2  of that reason at the time that he was removed;
 3  correct?
 4               MR. KOLB:  Objection, form, calls for
 5  speculation.
 6  BY MR. WOODROW:
 7      Q        You've testified earlier.  It doesn't
 8  call for speculation.
 9               MR. KOLB:  Do you have a question?
10  BY MR. WOODROW:
11      Q        The question was Mr. Henriquez was
12  aware of the reason that Mr. Clowdus was being
13  removed from the aircraft at the time he was
14  removed; correct?
15               MR. KOLB:  Objection to form.
16               Go ahead.
17      A        He was.  He --
18  BY MR. WOODROW:
19      Q        Okay.  And yet --
20               (Simultaneously talking)
21               MR. KOLB:  Will, let the witness
22  finish the question.  Please let the witness finish
23  the question.  All right?  Let's be fair.
24  BY MR. WOODROW:
25      Q        Go ahead.
```

Carlos Adan Merino
February 04, 2022

```
 1                   THE WITNESS:  There are some gaps in
 2   between, guys.
 3                   MR. KOLB:  Go ahead.  Finish your
 4   answer.
 5                   THE WITNESS:  Yes.
 6       A        Yeah, that's it.
 7   BY MR. WOODROW:
 8       Q        Okay.  I'm going to ask you a few
 9   questions about your -- your personnel file now, Mr.
10   Merino.  In your time at American Airlines, have you
11   ever been disciplined or reprimanded for your
12   interactions with a passenger?
13       A        No, sir.
14                   MR. KOLB:  Objection, form.
15   BY MR. WOODROW:
16       Q        Have you ever been disciplined for
17   your interactions with a passenger?
18                   MR. KOLB:  Objection to form.
19                   MR. WOODROW:  What's the objection,
20   Kelly?
21                   MR. KOLB:  Outside the scope of
22   discovery, vague, and ambiguous.
23                   MR. WOODROW:  That's not -- that's not
24   a good -- that's not a good objection.  That's not
25   form.
```

Carlos Adan Merino
February 04, 2022

```
 1                    MR. KOLB:  I agree.  The objection is

 2   sustained.  You can move on.

 3                    MR. WOODROW:  The objection is not

 4   sustained.

 5   BY MR. WOODROW:

 6        Q       Have you ever been disciplined in your

 7   time at AA for your interactions with a passenger?

 8                    MR. KOLB:  Objection, form.

 9   BY MR. WOODROW:

10        Q       You can answer, Mr. Merino.

11        A       No, sir.

12        Q       Never once since 1998?

13                    MR. KOLB:  Objection, asked and

14   answered.

15   BY MR. WOODROW:

16        Q       Have you ever been reprimanded in any

17   respect for your interactions with a passenger?

18                    MR. KOLB:  Objection to form.

19        A       I don't know, sir.

20   BY MR. WOODROW:

21        Q       Have you ever been the subject of a

22   passenger complaint about your behavior towards

23   them?

24                    MR. WOODROW:  Objection, form.

25                    THE WITNESS:  Should I answer?
```

Carlos Adan Merino
February 04, 2022

```
 1   BY MR. WOODROW:

 2       Q       Yes, yes, please answer.

 3       A       I see your hands, but --

 4       Q       I was just waving at somebody, I'm

 5   sorry.

 6       A       Oh, okay.  Not that I recall, sir.

 7       Q       Not that you recall or not at all?

 8       A       No, sir --

 9               MR. KOLB:  Objection, asked and

10   answered.

11   BY MR. WOODROW:

12       Q       In the -- in the past year, Mr.

13   Merino, how many -- how many passengers have you

14   personally asked the captain to remove?

15       A       Just your client, sir.

16       Q       Okay.  How many -- how many passengers

17   have been removed while you were working as a flight

18   attendant on the flight in the past year?

19       A       Just your client, sir.

20       Q       No other passengers have been removed

21   for any reason on any of your flights in the last

22   year?

23               MR. KOLB:  Objection, form,

24   misconstrues testimony.

25
```

Carlos Adan Merino
February 04, 2022

1  BY MR. WOODROW:

2      Q      I'm asking you if that's what you're

3  saying.  I'm asking for clarification of your

4  testimony.  Is that what you're saying?

5              MR. KOLB:  Same objections.

6              Go ahead.

7      A      Sir, I have been very clear, just your

8  passenger.

9  BY MR. WOODROW:

10     Q      You've had no passengers removed for

11  mask violations on any of your flights in the last

12  year?

13             MR. KOLB:  Objection, form.

14     A      With all my respect, sir, if I'm -- if

15  I'm answering the question, I don't -- I don't see

16  the point why do I have to be answering the same

17  question over and over and over again.

18     Q      Well, because, Mr. Merino, I'm running

19  this deposition.  And if I'm not doing it as

20  smoothly as you would like, I apologize, but I still

21  get to ask my questions.

22             MR. KOLB:  You get to ask them once,

23  not four times.

24             THE WITNESS:  Or five.

25

Carlos Adan Merino
February 04, 2022

```
 1                   MR. WOODROW:  That's not true.

 2                   MR. KOLB:  Yeah, it is.

 3                   MR. WOODROW:  It's not true, Kelly.

 4                   MR. KOLB:  It's very true.  It's very

 5   true, yeah.

 6   BY MR. WOODROW:

 7       Q        In the past year -- in the past five

 8   years, Mr. Merino, how many passengers have been

 9   removed under your watch?

10                   MR. KOLB:  Objection, form.

11   BY MR. WOODROW:

12       Q        Answer verbally, please, Mr. Merino.

13                   MR. KOLB:  What was the question, the

14   past year?

15                   THE WITNESS:  Five years.

16   BY MR. WOODROW:

17       Q        In the past five years, how many

18   passengers have you personally asked the captain to

19   remove?

20                   MR. KOLB:  Objection, form.

21   BY MR. WOODROW:

22       Q        Have you personally asked the captain

23   to remove any passengers in the last five years?

24                   MR. KOLB:  Objection, form.

25                   Go ahead.
```

Carlos Adan Merino
February 04, 2022

```
 1        A        No, sir, none.  Just your client.
 2   BY MR. WOODROW:
 3        Q        In your entire career with American
 4   Airlines, how many passengers have you personally
 5   asked the captain to remove, if any?
 6                 MR. KOLB:  Objection, form.
 7                 MR. WOODROW:  What's the objection,
 8   Kelly?
 9                 MR. KOLB:  You're asking him to recall
10   24 years of service.
11                 MR. WOODROW:  I just said if you
12   recall.
13                 MR. KOLB:  Yeah, okay.  If you recall
14   what happened in the last 24 years, let him have it.
15        A        Just your client, sir.  The best of my
16   recall, like you say.
17   BY MR. WOODROW:
18        Q        Okay.  At Mr. Clowdus's deposition, he
19   testified that that week, the incident with you
20   was -- was a really bad week and -- and Mr. Kolb
21   made a comment that might have been a throwaway that
22   that was a really bad week for you, too.  Do you
23   know why he would have said that?
24                 MR. KOLB:  That's a misrepresentation
25   of the record.  I said --
```

Carlos Adan Merino
February 04, 2022

```
 1                    MR. WOODROW:  That's what you said.
 2                    MR. KOLB:  No, no.  I said it was a
 3    bad day after he got assaulted.  Big difference.
 4                    MR. WOODROW:  Well, Mr. Clowdus said
 5    it was a bad week, but --
 6                    MR. KOLB:  I'm sure it was for him
 7    because it sure looked that way when he showed up on
 8    the aircraft.
 9    BY MR. WOODROW:
10        Q      Okay.  Is there any other reason than
11    the alleged assault that that would have been a bad
12    day or week for you, Mr. Merino?
13        A      No, sir.  Right after what happened, I
14    have to -- like I told you, I have to take care of a
15    lot of different people on the aircraft, so I have
16    to go back to my job.  I'm not focusing on one
17    passenger that hit me.  I have to focus on a lot of
18    people onboard.
19        Q      Did you know Mr. Clowdus's name at the
20    time of the incident?
21        A      No, sir.
22        Q      Okay.  When was the first that you
23    learned Mr. Clowdus's name?
24        A      Well, everything is on the -- all the
25    information about his name and everything, certain
```

Carlos Adan Merino
February 04, 2022

```
 1  information about the flight, what I need to know is
 2  on the tower.
 3              MR. KOLB:  Go ahead, listen to his
 4  question, and answer his question.
 5       A       Can you -- can you ask the question
 6  again, please?
 7  BY MR. WOODROW:
 8       Q       When did you first learn Mr. Clowdus's
 9  name?
10       A       On my working tower.
11       Q       When was that?
12       A       Right when all this -- this situation
13  was happening, sir.
14       Q       What situation?
15       A       The assault situation, sir.
16       Q       Okay.  Not the lawsuit?  You knew his
17  name before the lawsuit; is that correct?
18       A       Well, I just told you when -- when the
19  event happened, the assault happened, that's when I
20  knew his name.
21       Q       All right.  And did -- did you tell
22  anybody about this assault outside of American
23  Airlines?
24              MR. KOLB:  Objection, asked and
25  answered.
```

Carlos Adan Merino
February 04, 2022

```
 1      A        No, sir.  I'm a professional flight

 2  attendant.

 3  BY MR. WOODROW:

 4      Q        I'm sure you are, Mr. Merino.

 5      A        Thank you.

 6      Q        You testified earlier that when you

 7  were struck with the bag, you -- it knocked your

 8  breath out a little bit.  Tell me -- tell me more

 9  about that.

10      A        I was out of breath, sir.  Has

11  somebody punched you on the -- on your stomach ever?

12              MR. KOLB:  Just answer.

13              THE WITNESS:  Yes.

14              MR. KOLB:  Okay?  All right.  Go

15  ahead.

16      A        That's exactly what happened.  He

17  punched me on the stomach, and I lost my breath.

18  BY MR. WOODROW:

19      Q        For how long did you lose your breath,

20  Mr. Merino?

21      A        For several seconds, sir.

22      Q        Okay.  Did you -- did you have any --

23  any bruises or -- or anything of that nature?

24      A        I didn't check on that time, at that

25  moment.
```

Carlos Adan Merino
February 04, 2022

1       Q        That was not what I asked.  Bruises

2   don't usually occur in that moment.  I asked you did

3   you -- did you get any bruising from this incident?

4       A        I never checked later on, sir.

5       Q        Okay.  And about how many seconds did

6   it take for you to get your breath back?

7               MR. KOLB:  Objection, asked and

8   answered.

9   BY MR. WOODROW:

10      Q        You can answer.

11              MR. KOLB:  Go ahead.

12      A        I would say four or five, six seconds

13  to catch my breath.

14  BY MR. WOODROW:

15      Q        Were you able to -- were you able to

16  speak during that -- during that interlude?

17      A        Not when he hit me and the time that I

18  was trying to catch my breath, I was not able to.

19      Q        Were you trying to speak but unable

20  to?

21      A        No, I was not trying to speak.  I

22  was -- I was trying to breathe.

23      Q        Did you -- did you fall back into the

24  other seat or what -- I mean, that's a very hard

25  hit.  I'm trying to picture it.

Carlos Adan Merino
February 04, 2022

```
1        A        It was.  Yes, I just stepped back for

2   just a little bit, but I grab -- I had the time to

3   grab the bag.

4        Q        You grabbed the bag?

5        A        His bag.

6        Q        And what did you do with it?

7        A        Hold it until I was trying to catch my

8   breath.

9        Q        Did you -- did you catch yourself with

10  his bag?

11       A        He hits me, and I grab the bag, and

12  that was it.  I was trying to catch my breath, sir.

13  I just stepped back just one step, and it was a big

14  hit.  You were right.

15       Q        Did you -- did you pull the bag out of

16  his hands or --

17       A        No.

18       Q        -- did you eject the bag?  What

19  happened?

20       A        No.  When he toss it, he tossed the

21  bag on my -- on my stomach, and I hold it because he

22  left it -- let it go, just like hit me and let it

23  go.  And I hold the bag like that (indicating).

24  That was it.

25       Q        Well, if he let it go, then how did
```

Carlos Adan Merino
February 04, 2022

1  you stabilize your balance with the bag?

2      A        Sir, I don't know how.  I was standing

3  there, and I was trying to catch my breath, but I

4  hold the bag.

5      Q        Did you fall back into the other seat

6  or anything?

7      A        Oh, no, no, no, sir, no, no, no, no,

8  no, no.  I just stepped back with one of my legs.

9  That was it.  But it was a big hit.  It was a big

10  hit.

11     Q        And then what did you do with the bag

12  after that?

13     A        After I catch my breath, that's when I

14  started asking him and telling him, "Sir, you just

15  hit me."

16     Q        Were you holding the bag the entire

17  time?

18     A        I had the bag -- I never let the bag

19  go.  I always had the evidence in my hand.

20     Q        And -- and -- and what did you

21  ultimately do with the bag?

22     A        By the third time, I told hill him,

23  and he laughed.  And he said, "No, I didn't,"

24  without apologizing.  I just put it on the seat and

25  I said, "Good enough."  He never has the intention

Carlos Adan Merino
February 04, 2022

1  to apologize or say something about it.

2      Q       Now, did you -- did you go up -- we've

3  heard testimony that you -- you left Mr. Clowdus,

4  and then he could overhear, "I will not fly with

5  that man.  I will not fly with him."  Did you say

6  that?

7      A       No.  I just said, "I don't feel safe

8  flying with this person."

9      Q       And who did you say that to?

10     A       The captain.

11     Q       Okay.  Was -- was Mr. Henriquez there

12  at the time?

13     A       I don't know, sir.  I'm talking to the

14  captain.  I don't know who's behind me.

15     Q       Okay.  And did you -- did you then

16  come back and interact with Mr. Clowdus again after

17  that exchange with the passenger?

18     A       No, sir, I didn't have anything to do

19  with him.  I didn't want to escalate that.

20     Q       Okay.  Did you interact with Mr.

21  Clowdus ever again before he was removed from the

22  aircraft?

23     A       Just on his way out, but that was it.

24     Q       And you testified he -- he leaned into

25  your face and glared at you on the way out; is that

Carlos Adan Merino
February 04, 2022

```
 1   correct?

 2       A        Correct.

 3       Q        And what did you do in response to

 4   that?  Anything?

 5       A        I stand still right there, sir.

 6   That's part of my job.  As I told you, I'm taking

 7   care of a hundred and something passengers, not just

 8   him.

 9       Q        And where was the captain during --

10   when Mr. Clowdus is being led off the plane?

11       A        Behind me.

12       Q        Was he observing Mr. Clowdus glaring

13   at you as he walked by?

14       A        No, sir.  He was sitting on his

15   captain's seat.

16       Q        Okay.  Where was Mrs. Gray at that

17   time?

18       A        I don't recall that, sir.

19                MR. WOODROW:  Okay.  I think I'm -- I

20   pretty much done here.  Let's take -- can we take

21   five minutes, and then I'll come back?

22                MR. KOLB:  Yes, sir.

23                VIDEOGRAPHER:  All right.  Going off

24   the record.  The time is 12:24 p.m. New York time.

25
```

Carlos Adan Merino
February 04, 2022

```
 1                    (Recess, 12:24 p.m. to 12:28 p.m.)

 2                    VIDEOGRAPHER:  The time is 12:28 p.m.

 3     New York time.  We are back on the record.

 4     BY MR. WOODROW:

 5          Q       Okay.  Mr. Merino, have you ever been

 6     arrested for any reason?

 7          A       No, sir.

 8          Q       Have you ever given any testimony

 9     against someone who has been arrested for any

10     reason?

11          A       No, sir.

12                    MR. WOODROW:  Okay.  All right.

13     That's all I got.  I'll give him over to you, Kelly.

14                    MR. KOLB:  Nothing for me.  We'll

15     reserve our questions until time of trial.

16                    Could the videographer shoot me his

17     contact information at some point?  I don't know if

18     I'm going to need the video.  I think I have to get

19     permission to order it.  But in case I want it, I'd

20     like to be able to get it.

21                    VIDEOGRAPHER:  Okay.  Just put your

22     e-mail in the chat -- I have your e-mail

23     information.

24                    MR. KOLB:  Yeah, yeah.  It's broken

25     up.  I didn't do it right, but it's in pieces in
```

```
 1   there in the chat.

 2                VIDEOGRAPHER:  No problem.  I got it.

 3                THE COURT REPORTER:  Mr. Woodrow, do

 4   you need this transcribed?

 5                MR. WOODROW:  Excuse me, you broke up

 6   a little bit.

 7                THE COURT REPORTER:  Do you need this

 8   transcribed?

 9                MR. WOODROW:  Yes, please.

10                THE COURT REPORTER:  Do you need a

11   copy, Mr. Kolb?

12                MR. KOLB:  Yeah.  We'll read and sign.

13                THE COURT REPORTER:  All right.  Thank

14   you.

15                VIDEOGRAPHER:  This completes the

16   video deposition of Carlos Merino conducted

17   virtually on February 4th, 2022, at 2:29 p.m. New

18   York time.  We're off the record.

19                MR. WOODROW:  12:29?

20                VIDEOGRAPHER:  12:29.

21                (Whereupon, at 12:29 p.m., the Remote

22   Deposition of CARLOS ADAN MERINO was concluded.)

23

24

25
```

Carlos Adan Merino
February 04, 2022

1           ACKNOWLEDGEMENT OF DEPONENT

2              I, CARLOS ADAN MERINO, do hereby

3    acknowledge that I have read and examined the

4    foregoing testimony, and the same is a true, correct

5    and complete transcription of the testimony given by

6    me, and any corrections appear on the attached

7    Errata sheet signed by me.

8

9

10       (Date)                    (Signature)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Carlos Adan Merino
February 04, 2022

```
 1      CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

 2              I, Renee A. McDermed, Registered

 3   Professional Reporter and Notary Public in and for

 4   the Commonwealth of Virginia, the officer before

 5   whom the foregoing Remote Deposition was taken, do

 6   hereby certify that the foregoing transcript is a

 7   true and correct record of the testimony given; that

 8   said testimony was taken by me stenographically and

 9   thereafter reduced to typewriting under my direction

10   and that I am neither counsel for, related to, nor

11   employed by any of the parties to this case and have

12   no interest, financial or otherwise, in its outcome.

13              IN WITNESS WHEREON, I have hereunto set my

14   hand and affixed my notarial seal this 16th day of

15   February 2022.

16

17   My commission expires:

18   December 31, 2025

19

20

21

22

23

24

25
```

Carlos Adan Merino
February 04, 2022

```
 1              E R R A T A   S H E E T

 2    IN RE:   Troy Clowdus v. American Airlines

 3    RETURN BY:

 4    -----------------------------------------------

 5    PAGE     LINE         CORRECTION AND REASON

 6    -----------------------------------------------

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    (DATE)              (SIGNATURE)
```

Carlos Adan Merino
February 04, 2022

| | | | |
|---|---|---|---|
| **Exhibits** | **12:24**<br>118:24 119:1 | **3** | **6:30**<br>93:2,5 |
| **EX A Carlos A**<br>**dan Merino 02**<br>**0422**<br>3:10 15:4<br>21:3 | **12:28**<br>119:1,2<br>**12:29**<br>120:19,20,21<br>**16**<br>44:19 | **3**<br>34:3,4 35:24<br>36:6 77:18,<br>19 | **7**<br>**7.a.(1)**<br>25:16 |
| **EX B Carlos A**<br>**dan Merino 02**<br>**0422**<br>3:12 36:14,<br>15 | **1998**<br>8:19 75:11<br>92:4 106:12 | **30**<br>7:8<br>**33301-4251**<br>2:15 | **737**<br>35:14<br>**787s**<br>9:10 |
| **EX C Carlos A**<br>**dan Merino 02**<br>**0422**<br>3:14 51:1,2<br>69:25 | **1F**<br>81:14,15<br>**1L**<br>35:1<br>**1R**<br>35:2 | **3:30**<br>93:6,19 | **8**<br>**855 275-7378**<br>2:9 |
| **EX D Carlos A**<br>**dan Merino 02**<br>**0422**<br>3:16 99:6,7 | **2** | **4**<br>**4**<br>3:5 35:9 | **8:13**<br>59:22 60:11 |
| **(** | **2**<br>35:7 39:6,<br>10,24 40:7,<br>17,20 77:18 | **4-44**<br>37:5<br>**401**<br>2:14 | **9**<br>**954 468-2300**<br>2:17 |
| **(5)**<br>25:17,22 | **201**<br>2:6<br>**2021**<br>5:10 | **4th**<br>4:7 120:17 | **A** |
| **1** | **2022**<br>4:7 120:17 | **5** | **A-N-N**<br>72:23<br>**a.(1)**<br>25:22 |
| **1**<br>9:17 22:2<br>36:5 37:12,<br>24 40:4,11,<br>17,19 75:24 | **2250**<br>2:14<br>**22902**<br>2:7<br>**24**<br>92:8 110:10,<br>14 | **5**<br>26:21 38:6<br>**5' 10"**<br>85:17<br>**5' 11"**<br>85:9,17,25<br>86:11 | **A............**<br>**............**<br>**............**<br>**...21**<br>3:10 |
| **1/purser**<br>38:1,2<br>**10**<br>89:20<br>**100**<br>38:22 78:8 | **250**<br>2:6<br>**2:29**<br>120:17<br>**2L**<br>35:9 | **5' 8"**<br>85:19<br>**5:30**<br>93:5,6 | **a.m.**<br>4:7 71:5,6,7<br>**AA**<br>106:7 |
| **10:02**<br>4:7<br>**11:25**<br>71:5,6<br>**11:30**<br>71:6,7 | **2R**<br>35:10 | **6**<br>**61**<br>37:9<br>**6:00**<br>98:12,13 | **AA00056**<br>37:4<br>**ability**<br>5:21 6:7<br>**able**<br>18:6 30:21<br>85:14 87:2, |

Carlos Adan Merino
February 04, 2022

20 88:17
114:15,18
119:20
**aboard**
10:3
**above**
37:12 40:5,
12,17 42:20
85:1,10,12,
18 86:1,11
87:3 88:16
**abuse**
89:3
**accept**
61:24
**acceptance**
56:21
**accepted**
54:14 55:20
56:10,16,23
57:3 61:7,22
62:19
**access**
46:16
**accessing**
46:13
**accident**
28:8
**account**
58:17
**accurate**
35:18 52:19
59:1 60:24
65:4 96:5,14
**actions**
6:9
**activity**
81:23
**actual**
102:25
**Adan**
3:3 4:16 5:1
120:22
**additionally**
20:20
**address**
4:25 5:2

**advise**
26:3
**advised**
41:5
**Aeromexico**
8:11
**affect**
5:24
**afterwards**
36:10
**agent**
8:14 12:18,
21,24 13:1,
5,9 48:12,21
50:21
**aggression**
19:20
**aggressive**
49:24 54:24
**ago**
7:9 52:15
**agree**
57:17 106:1
**agreed**
58:2,13
62:11
**agreeing**
57:13
**ahead**
14:18 16:7
17:3 18:14
21:15 29:23
32:5,18,20
41:10,17
42:8 47:24
53:10 64:25
69:6 73:13
76:5 80:5
88:7 90:20
97:7 101:13
102:2
104:16,25
105:3 108:6
109:25 112:3
113:15
114:11

**aiming**
80:1
**aircraft**
9:9 18:5
22:5,16
23:6,10,21,
25 25:19
26:5,8 35:3
42:22 44:20
48:24 80:19,
22 81:17
83:23 94:20,
24 95:6,10
101:9
103:12,19,24
104:13
111:8,15
117:22
**airline**
97:11
**Airlines**
4:6 8:10,11,
16,21 64:16,
23 66:18,19
105:10 110:4
112:23
**airplane**
9:11 33:15
48:19 102:22
**airport**
91:25 93:4
**Airways**
9:6
**aisle**
18:22 27:2
39:1 49:18
77:10 80:15
81:19 82:7,
8,10,20
83:25
**alcohol**
37:18
**alcohol-
related**
37:19
**alleged**
46:15 54:7
111:11

**allegedly**
103:3,19,21
**allow**
89:3
**allowed**
67:3
**ambiguous**
105:22
**American**
4:6 8:9,16,
21 64:15,23
66:18,19
105:10 110:3
112:22
**anger**
14:1
**Ann**
72:20
**answer**
5:21 6:4,6
11:22 20:19,
24 21:15
29:23,24
30:25 31:5
32:1,2,5
40:21,22
41:10 57:14
63:2,22
65:12,13,15,
25 66:14,22
69:6 75:18
84:14,16
87:9 89:16
90:18,20
92:21 99:5
101:20 105:4
106:10,25
107:2 109:12
112:4 113:12
114:10
**answered**
20:22 31:18,
22 35:5
41:16 52:18
76:25 77:2
86:15 88:6
89:13 99:2
102:1,14

Carlos Adan Merino
February 04, 2022

106:14
107:10
112:25 114:8
**answering**
5:17 61:15
62:6 63:21
78:2,3,4
97:18
108:15,16
**anybody**
72:16 87:13
103:8,12
112:22
**anyone**
6:18
**apologies**
69:7
**apologize**
29:5 108:20
117:1
**apologized**
29:1,8
**apologizing**
116:24
**apology**
11:20 17:5
**Apparently**
87:3
**apply**
64:8,9
**appreciate**
66:14
**approached**
44:24 50:6,
11
**approximately**
7:8
**area**
12:21 27:1
36:12 48:21
76:13 79:21
**argumentive**
100:9 101:12
**arm's**
83:20
**armrest**
46:6 47:10

**around**
12:21 36:11
58:10 59:6
68:18
**arrested**
74:21 119:6,
9
**arrive**
89:21,22,25
**articulate**
6:3
**arts**
8:2
**asked**
12:17 13:6
20:21 22:8
23:16,18
31:17,21
41:15 43:19
52:16 53:2,
21 54:11,16,
22 55:6,17,
22 56:7
61:19 63:18
66:15 73:2
76:24 77:2
78:14 88:5
89:12 95:5
96:11 99:1
101:25
102:3,11,13
106:13
107:9,14
109:18,22
110:5 112:24
114:1,2,7
**asking**
25:5,21 36:1
57:2,4,12
59:24 61:15,
16 62:16,17
63:1 64:2,4
65:6,7 76:9,
20 77:6
79:9,17
92:19,20,24
95:3,21
96:9,17 97:9

98:24 108:2,
3 110:9
116:14
**asks**
12:25
**assault**
20:15 31:14
73:3 102:25
111:11
112:15,19,22
**assaulted**
63:11 75:5
101:24
102:12
103:22 111:3
**assaulting**
73:9 103:3,
19
**assess**
26:5
**assigned**
35:16 94:10
**associated**
4:11
**assumes**
23:19
**assuming**
63:24
**assumption**
64:1
**attached**
3:8 21:4
36:16 51:3
99:8
**attempt**
17:23 20:11
31:20
**attempted**
19:13 20:18
29:4
**attempting**
19:19 20:7
30:2
**attendant**
8:22,24 9:20
12:12 16:16
26:2,6,12

31:13 33:19
35:10,16
37:13,15,23,
24,25 38:2,
11 73:10
79:6 83:18
95:23 96:22
97:3 100:20
107:18 113:2
**attendants**
9:8 33:15
34:16 101:4
**attention**
62:23 63:22,
25 79:22
80:7
**average**
85:7,9
87:17,19
**avoid**
11:8
**aware**
68:10,19
73:9 77:7,8,
12,20,22
78:7 79:8
103:1,2
104:1,12

---

**B**

**B.............**
..............
..............
...36
3:12
**bachelor**
8:2
**back**
5:10 18:23
19:4 27:15,
25 28:10,15
29:11,15
30:3,14,20
32:11 35:8,
11 43:19,25
60:8 67:3

Carlos Adan Merino
February 04, 2022

71:8 75:22
82:24 87:16
89:5 92:22
101:8 111:16
114:6,23
115:1,13
116:5,8
117:16
118:21 119:3
**background**
7:3
**bad**
4:21 13:25
44:9 110:20,
22 111:3,5,
11
**badger**
89:3
**bag**
10:13,21
11:4,7,8,11,
14 12:2,8
13:18,25
14:2,5,14,
22,25 28:8
41:14 42:20,
23,25 43:14,
19 44:1,4,25
45:1,11
46:5,8,11,
14,16,18,22
54:16,22,25
55:6,18 56:6
57:6,18
58:13 61:12,
19 62:11
79:10,20,25
87:24 88:4,8
113:7 115:3,
4,5,10,11,
15,18,21,23
116:1,4,11,
16,18,21
**bags**
10:7,10,12
39:1 75:25
76:11 83:17

**balance**
116:1
**banned**
64:23 65:20
66:18
**banning**
64:14
**basic**
31:12
**basically**
6:5
**bathroom**
70:14 71:2,
16,20
**begin**
4:21
**beginning**
16:17 53:21
54:11 55:17
**behalf**
2:3,11 5:8
53:6,8 88:23
**behaving**
64:12
**behavior**
75:3 106:22
**behind**
11:6,7 44:1
49:18 57:7
69:9,10,15
81:21 82:15,
23,24 83:5,
9,20,21,23
84:1,3,8
86:19 87:2
117:14
118:11
**believe**
24:22
**below**
52:8
**belt**
18:18
**belts**
79:4
**beneath**
85:2,11

**benefit**
6:6
**best**
5:21 6:7
110:15
**better**
5:2 59:9,21
60:10 62:15
**big**
9:9,11 18:4,
5 48:21
111:3 115:13
116:9
**bin**
10:8,21 11:8
12:9 42:25
44:5 45:1
54:23 55:19
62:3
**bins**
10:19 78:25
**bit**
5:10 7:3
15:4 17:24
81:22 87:12
90:4 113:8
115:2 120:6
**board**
10:16 83:18
**boarded**
10:24 16:17
43:12 61:18
**boarding**
10:3,19 22:5
26:1,2 35:2
38:21,22,24
39:1 53:22
54:12,15,21
55:18,21
56:19 62:1
78:20
**bodies**
9:9
**bonus**
94:20
**born**
7:5

**bottom**
37:3 38:12
72:7
**Boulevard**
2:14
**bounds**
89:1
**break**
70:14,23
71:3,12
**breath**
11:15,17
12:1 113:8,
10,17,19
114:6,13,18
115:8,12
116:3,13
**breathe**
114:22
**bridge**
28:14,15
29:13,17
**bring**
10:9 12:18
85:24
**broke**
120:5
**broken**
119:24
**bruises**
113:23 114:1
**bruising**
114:3
**BUCHANAN**
2:13
**buckled**
18:18,20
**build**
85:10 86:1,
11
**bulkhead**
54:25 75:24
76:11 77:14
**Bull**
93:18
**bullet**
38:9

Carlos Adan Merino
February 04, 2022

business
34:10 45:6
80:14 81:8
85:2,7,8
86:12 100:7
101:11
busy
78:15
butchered
32:19

———————————

C

C...........
............
............
...51
3:14
cabin
11:3,4 43:22
54:16,21
55:21 98:19
call
26:4 35:1
104:8
called
26:7 72:18
74:25
calls
104:4
captain
12:13,14,16,
25 13:6
26:3,4,6,11,
23 27:15
28:15 30:15
38:1,2
107:14
109:18,22
110:5
117:10,14
118:9
captain's
28:1 118:15
carbon-copy
38:11

card
26:1
care
9:7,8,13
29:5 35:9,10
38:23 39:2
44:18 58:8
59:5 78:5,6,
24 111:14
118:7
career
110:3
careful
62:2
carefully
95:4
Carlos
3:3 4:5,16
5:1 120:16,
22
carry-on
75:25 76:11
cascade
94:12 96:25
case
35:9 47:18
119:19
catch
12:1 114:13,
18 115:7,9,
12 116:3,13
Categorically
95:14
ceiling
18:4 88:14
cell
46:6
CERS
3:13,15 37:2
52:9 53:6,
12,15 72:4
certain
111:25
chain
24:16,21
changed
31:9

changing
27:20
characterizat
ion
53:10
characterize
85:18
characterized
94:14
charge
34:22,25
charges
73:7
charitable
64:1
Charlottesvil
le
2:7
chat
119:22 120:1
check
10:19 11:3
113:24
checked
54:15 114:4
checking
43:22 54:21
55:21 78:16
79:1,2 83:17
choice
73:21 103:16
claim
20:17 45:11
64:17 100:7
101:10
claiming
15:5
clarification
108:3
Class
10:5 11:4
34:11 43:25
44:20 77:9,
15 80:13,14
81:8 85:2,7,
8 86:9,12
100:7

101:11,15
clear
9:4 15:20
26:14 108:7
clearly
40:8,10
84:22 85:14
86:8
click
51:12
client
71:11 85:14
107:15,19
110:1,15
close
11:1 39:5
49:9,25
50:24 77:12
closed
45:12,15
78:17 92:14
closely
48:13
closest
101:6
closing
11:2
clothes
69:15
Clowdus
4:6 5:9
14:13,21,24
15:5,9 18:17
21:9 23:6,
10,20,25
25:18 26:24
28:7 30:15,
22 33:2
38:16 40:16,
24 41:14
42:11,12,19
43:2 45:14,
18 46:21
48:2,7,18
49:3,6,15
50:2,11,19
52:11 58:12,

Carlos Adan Merino
February 04, 2022

18 61:7,17
62:11 64:15,
22 65:19
66:17 67:3
68:12 73:22
74:8,16,21
76:1,10,22
77:14,21
79:9,19,25
81:12,25
84:10 87:23
88:3 102:21
103:3,18
104:12 111:4
117:3,16,21
118:10,12
**Clowdus'**
84:11
**Clowdus's**
62:17 86:19
87:2 110:18
111:19,23
112:8
**cockpit**
12:20 27:1
49:19 50:7
83:4
**coffee**
93:11,15
**collaborative**
26:11
**college**
7:18
**come**
29:15 62:10
85:10,12
86:1 88:22
117:16
118:21
**comes**
12:24
**command**
24:16,21
**comment**
110:21
**company**
63:11,16

64:2 73:18,
19
**companywise**
64:9
**compensation**
94:25 95:5,
7,11,23 97:4
**complaint**
106:22
**complete**
22:6 38:10
57:24 58:6
**completed**
38:15
**completely**
20:13
**completes**
120:15
**compliance**
79:3
**comply**
39:4 44:22
**complying**
31:12 79:3
**computer**
59:4 73:25
**concerned**
88:21
**concluded**
120:22
**condition**
22:25
**conditional**
22:20
**conditionalit
y**
22:22
**conducted**
120:16
**configuration**
35:21 80:20
**confused**
14:11 27:23
**considered**
91:5
**consistently**

63:21 95:10
97:21
**contact**
37:23 38:1
119:17
**content**
41:2
**continue**
19:20 74:13
**conversation**
6:2,15
28:18,20
30:8 32:25
50:1
**coordinates**
38:2
**copy**
38:13 120:11
**corner**
68:19
**corporate**
101:3
**correct**
28:2 31:20
36:7 42:21
50:9 59:14
63:25 67:18,
19 72:4
103:19,24
104:3,14
112:17
118:1,2
**correctly**
39:9 40:12
**correspond**
34:20 35:17,
25
**corroborate**
100:6 101:10
**couple**
13:4 28:21
30:10 52:15
54:2 71:19
91:6
**course**
11:9 18:20
19:10,14

37:11 46:9
50:16 77:9
78:7 85:12
87:13
**court**
4:10,13 5:18
32:12 60:9
120:3,7,10,
13
**courtesy**
10:18 42:25
**coworker**
89:9
**created**
58:19 99:10,
22
**creating**
37:18
**crewmember**
37:17,18
**crews**
73:20
**CRS**
101:4
**crunch**
17:25
**CSC**
94:8,10
100:13,17
101:5
**CSM**
99:22
**cup**
93:16
**customer**
3:11 21:23
24:13 25:13,
15,25 26:1,
9,13 53:5
100:19
101:24

Carlos Adan Merino
February 04, 2022

---

**D**

D.............
.............
.............
...99
  3:16
darn
  36:23
Darrak
  2:19 4:8
date
  4:6 99:11
day
  9:24 30:23
  33:15 34:2,
  5,11 68:17
  78:22 80:22
  85:9 91:4,
  21,22,23
  93:12,16
  94:8,20
  99:23 111:3,
  12
days
  6:19 52:15
  72:18 89:19,
  22,24 91:5,6
deals
  99:24
decision
  12:16 28:16
  29:2 31:8
  33:9 102:6
DEFENDANT
  2:11
defensive
  49:10,21
defying
  44:16
degree
  7:24
deliberately
  55:1
denied
  22:5

Deon
  70:5
depart
  48:23 92:11
  98:15
departed
  49:3,6 50:3
  92:25 98:9
departing
  97:5
departs
  94:21
departure
  93:3
depending
  34:21
depends
  22:17,25
  25:7
deposition
  4:5 5:11
  6:10 51:23
  52:5,18,23
  66:10 69:18
  108:19
  110:18
  120:16,22
describe
  9:25
designated
  36:5
detail
  9:25 33:4
details
  61:5
determining
  25:18
difference
  60:15 111:3
different
  39:2 40:10
  51:10 58:9
  101:4 111:15
digging
  46:17
dinner
  90:16

direction
  50:22,23
  82:18
directly
  81:19
disciplined
  105:11,16
  106:6
discovery
  105:22
discussing
  26:23
discussion
  26:11 27:4,7
  102:21
displaying
  51:11
disregard
  65:24
disruptive
  26:2
distance
  48:17
disturbance
  37:14,19
  38:3 40:6
doctor
  60:2
document
  21:10,11,19
  38:12 39:21
  41:2,9 51:6,
  19,22 52:4
  53:10 62:18
  69:21 99:12,
  15
documents
  6:13 52:17
doing
  17:13 19:8,
  16 20:13
  38:22 39:2
  45:19,21
  64:11 65:1
  67:11 76:14
  78:4,5 79:3
  81:20 83:15

  87:14 108:19
don't'
  57:22
door
  11:1,2 27:2
  34:21,25
  35:1,2 39:5
  45:12,15
  69:10
doors
  35:14 92:14
doubt
  87:4
drink
  93:12,15
drinking
  37:17
duties
  78:19,23

---

**E**

e-mail
  119:22
earlier
  27:13,21
  31:25 52:17
  56:4 57:21
  67:15 76:19
  87:22 104:7
  113:6
early
  6:11 62:1
ears
  47:2
earthquake
  74:4
easily
  10:10
easy
  81:22
effort
  19:20 26:10
eight
  81:5,6
either
  29:1 70:24

---

Carlos Adan Merino
February 04, 2022

80:14 95:11
**eject**
115:18
**ejected**
33:2
**ejecting**
23:6
**employed**
8:15
**empty**
42:24 46:4
**end**
91:3 99:23
**engaged**
47:15
**engaging**
78:20
**entered**
42:12,22
**enters**
42:19
**entire**
50:11 110:3
116:16
**entitled**
65:5
**escalate**
38:19 39:13
117:19
**escalated**
39:6,25
74:25 100:20
**escort**
48:7
**escorted**
48:3
**escorting**
48:8
**ESQUIRE**
2:4,12
**event**
22:6,13,18
23:5,9,17,24
24:8 53:19
55:9 68:25
69:2 89:23
112:19

**events**
9:25 59:10,
21 60:10,24
**everybody**
43:24 61:4
79:2 84:20
90:14
**everybody's**
79:1
**everyone's**
103:6
**evidence**
116:19
**exactly**
16:24 22:12
26:17 40:13
43:21 56:13
65:22,24
76:18 99:3
113:16
**Examination**
3:4
**exchange**
117:17
**exchanged**
33:1
**exclamation**
64:3
**excuse**
42:13 120:5
**exhibit**
3:9,10,12,
14,16 15:4
21:3 36:14,
15 51:1,2
69:23,25
99:6,7
**exited**
49:15 50:7
**expect**
19:16
**expected**
14:3
**expecting**
11:19
**explain**
9:3 15:19

22:22 33:4
34:13,23
37:10,25
49:12,14
55:16 57:15
76:1 93:22
**explained**
12:14 55:23
83:22
**explaining**
27:8,10
54:24 76:6,
10
**explains**
75:24
**explicitly**
56:8
**extra**
93:18
**eyes**
12:6 14:23,
24 84:11
86:19 87:2,5

---

**F**

---

**F.1**
22:21
**FA**
40:5 101:8
**FAA**
72:7,8,13
**face**
49:22 50:19
117:25
**facing**
50:15 74:21
**fact**
61:23
**facts**
53:19 55:8
70:11 80:3
**factual**
72:3 89:1
**fair**
59:6 104:23

**fall**
85:2,11 91:8
114:23 116:5
**familiar**
88:15 94:15
**far**
83:8
**fast**
14:6 39:13
40:1,19 54:4
58:7
**fastened**
79:4
**feasible**
30:21
**February**
4:7 120:17
**federal**
26:15,18
38:5 63:17
64:9 73:14
103:25
**feel**
19:8,12 60:2
66:23 67:6
98:8,14,18
117:7
**feet**
46:6 48:15,
17 82:8,10,
12 85:18
**felony**
73:10,14
**felt**
19:14 20:9,
20,25 44:16
66:19 75:8,
13 100:18
**file**
33:19 105:9
**filed**
52:10 53:6,
13,16 101:4
**files**
52:21,22
**fill**
22:15 23:3,

Carlos Adan Merino
February 04, 2022

5,9 24:3,7,
18,22 39:8
**filled**
23:17,24
**fine**
5:5 26:22
70:18
**finish**
5:16 42:5
45:2 59:17
91:16 104:22
105:3
**finished**
54:15,21
55:21 70:12
**finishes**
6:23 16:5
70:16
**firmly**
38:12
**first**
5:12 8:21
10:5,11 11:3
13:9 15:4
19:17 27:24
33:2 38:19
41:24 43:3,
13,25 44:20
50:6 54:12,
13 56:3,4,9
57:19 58:12
61:9,17,18
62:12 73:1
75:23 77:9,
15 80:13
86:9 91:21,
23 94:8,20
101:15
111:22 112:8
**firsthand**
36:9
**five**
3:11 70:23
92:13 108:24
109:7,15,17,
23 114:12
118:21

**five-minute**
71:3
**flat**
68:21,22
**flight**
8:22,24 9:8,
12,13,16,20
12:12 13:3,7
16:16 26:2,
5,12 30:16
31:13 33:14,
19 34:15
35:10,16
37:13,14,23,
24,25 38:1,
11 43:11
59:3 67:4
73:9 78:17
79:5 80:22
83:18 90:7,
12 91:7,8
92:11,25
94:8,12
95:23 96:22
97:3 98:11
100:20 101:4
102:5
107:17,18
112:1 113:1
**flight's**
96:25
**flights**
92:7 94:13
95:25 96:24
107:21
108:11
**floor**
46:23 57:6
**Florida**
2:15 5:6
**flown**
30:22
**fly**
117:4,5
**flying**
64:15,23
117:8

**focus**
111:17
**focused**
86:19
**focusing**
62:7 111:16
**follow**
48:11 73:4
**Follow-up**
22:2
**followed**
25:18,24
41:6 48:12
**following**
16:16 37:16
48:21,25
50:21
**follows**
4:17 48:22
**forget**
61:5
**form**
14:17 15:7
17:1,2 18:11
19:9,22 20:2
22:7,13,15
23:5,7,10,
11,12,13,17,
24 24:3,8
28:3 29:22
30:11,17,24
39:20 41:1,8
47:23 55:4,
11 56:24
59:11 60:25
62:21 64:19,
24 65:21
66:21 67:5
68:13 73:12
74:18,23
76:4,12
79:11 80:4,
16 84:13
85:3,20
87:25 88:5
91:10 92:6
93:13 95:17
96:2,7 97:6,

23 104:4,15
105:14,18,25
106:8,18,24
107:23
108:13
109:10,20,24
110:6
**forms**
24:23
**Fort**
2:15
**forward**
19:4 35:3
82:21
**four**
33:16,17
34:15,16,17
35:6,7,14
81:9 108:23
114:12
**fourth**
89:14
**frankly**
88:21
**front**
25:1,3
35:17,25
50:7 57:7
62:18 82:14
**froze**
42:16
**frustrated**
11:12 63:20
66:7,13
**full**
4:24 14:14
48:20
**fully**
5:16 18:22
33:4 34:24
**fun**
11:24 16:1,3
17:8,12,14
68:9

Carlos Adan Merino
February 04, 2022

**G**

G-O-R-E
  72:23
G.7.(a).
  25:12
galley
  12:21 27:2
  35:3,8,25
  49:18 58:21
gaps
  86:22 105:1
gate
  22:5
gave
  44:9 56:22
  57:4 65:15
gentleman
  10:3
getting
  27:23 46:8
  50:19 62:23
  63:19 66:7,
  12
give
  5:17 16:13
  18:12 19:25
  38:12 39:10
  45:4 54:2
  72:20 89:14
  119:13
given
  5:11,19
  24:17 40:24
  48:16 119:8
glad
  64:22 65:2,
  7,10,17 66:8
  93:8
glared
  117:25
glaring
  88:20 118:12
God
  80:21 100:22

goes
  12:24
going
  5:2 9:21,22
  13:3,23 15:3
  16:19 35:4
  37:8,20 38:6
  42:4 43:9
  49:10 56:18
  63:1 67:13
  71:4,16 73:4
  74:3 84:10
  87:13 88:22
  89:3 91:17
  105:8 118:23
  119:18
good
  4:22,23 5:7
  10:25 12:12
  42:13,14
  43:12 60:3
  71:1,2 72:1
  92:21 93:22
  96:16 100:5
  105:24
  116:25
Gore
  72:21,25
gosh
  47:22
Government
  64:9
grab
  115:2,3,11
grabbed
  11:13 12:1
  13:25 14:1
  54:25 88:8
  115:4
grabbing
  79:25
grabs
  11:13
Gray
  33:11,25
  34:2,10 35:2
  36:8 53:6,
  13,16 72:8

73:17 75:24,
  25 76:9,21
  78:15,19
  79:7,8,19,24
  82:1,9 83:19
  84:8 86:18
  87:1 88:19,
  21 89:8,18
  100:7
  101:10,14
  118:16
Gray's
  70:5 72:4
  75:22
grueling
  93:8
GSC
  26:4,6,9,12
guess
  35:25 65:16
guy
  11:12,16
  12:7 14:10
  33:8 85:13
  87:19,20
  93:20,21
  101:17
guys
  70:22 105:2

**H**

half
  20:18 38:13
hand
  14:5,8 47:11
  49:19 116:19
hands
  107:3 115:16
happen
  103:22
happened
  9:24 12:11,
  15,19,23
  22:18 26:10,
  15,18 36:10
  38:20 39:13

42:15 43:11
  58:7 75:17
  83:6 89:20
  101:19
  103:22
  110:14
  111:13
  112:19
  113:16
  115:19
happening
  11:10 78:8
  79:23 80:8
  112:13
happy
  70:24
hard
  11:14 14:2
  80:1 114:24
head
  5:22 47:2,5
  85:1,10,24
  86:1,11 87:3
heading
  25:13
healthy
  93:21
hear
  9:24 12:23
  32:14 35:15
  50:13 77:13
  86:20
heard
  9:23 33:3
  50:13 68:17
  94:2,7 96:24
  117:3
hearing
  39:9
height
  85:9 86:11
help
  89:8
Henriquez
  26:24,25
  27:6,24 28:6
  29:10,15,20

Carlos Adan Merino
February 04, 2022

30:2,6,7,14,
20 33:1
48:3,6,17
49:2,7 50:2,
10,18 68:10,
17 94:9
96:25 100:6,
14,18 101:9,
23 102:3,12,
16,20 104:1,
11 117:11

**Henriquez's**
31:16 32:13,
16

**hey**
75:18

**hide**
11:7 57:8

**hiding**
44:1

**higher**
87:12

**highest**
7:24

**highly**
87:4

**hill**
116:22

**hit**
11:18 12:2,
3,11,12
13:23 14:13
15:10,12,23,
24 16:23,25
17:4,15,19
19:15,18
39:7 40:20
49:11 54:19
55:1 61:13,
16 67:16,17,
18,22 68:6,
18 84:11
87:6,23
88:3,12
101:5
102:16,24
111:17
114:17,25

115:14,22
116:9,10,15

**hits**
115:11

**hitting**
80:1

**hold**
115:7,21,23
116:4

**holding**
116:16

**home**
52:21 90:13

**honest**
43:10 52:24
92:1

**hopeful**
29:20

**hoping**
64:5

**hour**
93:5

**hours**
92:16,17

**house**
92:9 93:4

**Houston**
7:16,17 8:12

**hundred**
38:24 75:1
118:7

---

**I**

**identificatio
n**
4:2 21:4
36:16 51:3
99:8

**identifies**
100:15

**identify**
21:9,11,19
69:20 99:17

**immediately**
11:18 39:7
42:23

**impact**
95:7

**impacted**
97:5

**implemented**
74:15

**implies**
62:20

**important**
20:17 96:23

**impression**
16:14 20:6
56:22

**incident**
9:16 36:9
38:15 40:7,
17,18 64:16
72:8,16,25
73:23 75:12
82:3,11
89:20 99:11,
25 100:8
101:7,11
110:19
111:20 114:3

**incidents**
39:10,24

**includes**
40:7 55:2

**including**
103:6

**incorrect**
67:20

**incur**
95:15

**indicate**
22:20

**indicating**
49:9,20,22,
23 50:24
87:11 88:13
115:23

**infer**
56:21

**Inflight**
37:14 38:3
40:6

**inform**
28:6 38:4
101:23
102:11

**information**
52:7,20
111:25 112:1
119:17,23

**INGERSOLL**
2:13

**initiate**
37:21

**input**
27:3,6 100:1

**inside**
12:19

**instances**
55:9

**instruct**
66:10

**instructions**
16:16 31:13
39:16

**instructs**
40:25

**intend**
14:13 28:8

**intended**
21:14 28:25
29:9 87:6

**intention**
116:25

**intentionally**
79:25 84:11

**intentions**
21:1 62:13,
17

**interact**
45:9 117:16,
20

**interacted**
5:9 45:18
46:21 56:5
57:18 58:12
61:9

**interacting**
55:10 79:19

Carlos Adan Merino
February 04, 2022

interaction
  14:12 43:3
  45:10 47:19
  52:10 54:8
  58:18 61:17
  62:12 68:11,
  19 74:9
  76:22 77:21
  81:13
interactions
  45:13 49:2,
  5,8 55:3
  105:12,17
  106:7,17
intercept
  14:5
interfering
  37:16
interlude
  114:16
interrupt
  86:21,24
intervened
  74:20
intimidate
  17:23
introduced
  21:3 36:15
  51:2 99:7
involved
  9:12 33:24
  37:12 40:4,
  11 99:25
ipad
  14:15 45:24
issue
  26:10 37:15
  38:3 44:15
issued
  40:16 41:6
issues
  37:13 40:5
items
  46:13

**J**

jail
  73:10 74:22
jeez
  45:2
jet
  28:13,14
  29:12,16
  34:5
Jetnet
  22:7
job
  8:21 29:18
  31:16 32:13,
  16 65:1 78:7
  111:16 118:6
Jose
  100:17
Journalism
  7:23
journalist
  8:1
Judge's
  6:6
jump
  9:22 36:2,3,
  4
June
  5:10 89:20

**K**

keep
  5:3 26:20
  35:4 37:20
  38:6 63:1
  66:4 67:13
  71:25 74:2
Kelly
  2:12 23:13
  80:18 103:14
  105:20 109:3
  110:8 119:13

kelly.kolb@
bipc.com
  2:16
kept
  13:3
kick
  92:22
kicked
  23:10,20
kind
  10:23,24
  11:19,20
  17:5,25
  20:17 49:24
  62:22 64:7,
  11 66:4
  69:15 74:11,
  12 75:2
  80:25 89:4
kit
  38:11
knew
  16:8 112:16,
  20
knocked
  113:7
know
  6:18 10:7
  14:16,19
  16:10,12,18
  18:10,15
  19:16,23
  20:3,8,25
  22:9,12
  24:15,25
  31:5,6,8
  35:19 36:18
  38:14 43:11
  47:21,25
  48:20 52:7
  53:25 57:13,
  14 58:14
  59:12,24
  60:13 62:13
  64:7,18,20
  70:11 72:9
  73:14,15,24
  74:10 76:14,

15 77:3
84:11,22
85:14 90:4
92:18,20,21,
23,24 93:1,
10 94:13
100:10
101:14,16,
17,19 103:14
106:19
110:23
111:19 112:1
116:2
117:13,14
119:17
Kolb
  2:12 6:2,15,
  17,23 14:17
  15:7 16:5,7
  17:1 18:11,
  14 19:9,22,
  25 20:2,21
  21:5,7,13
  23:7,11,14,
  18 28:3
  29:22 30:11,
  17,24 31:4,
  17,21,25
  32:2,7,15,19
  35:6 36:20,
  24 37:3,5
  39:20 41:1,
  8,15 42:5,8,
  14 45:2
  47:22 51:7,
  11,16,25
  53:9 55:4,11
  56:24 59:11,
  17 60:25
  62:21 64:19,
  24 65:9,14,
  21 66:21
  67:5,11,13
  68:13,21,24
  69:3,5,22
  70:1,13,18
  71:1,12,14,
  15 73:12
  74:2,18,23

Carlos Adan Merino
February 04, 2022

75:18 76:4,
12,18,24
77:3 79:11
80:4,16,19
84:13,16
85:3,20
86:14 87:7,
25 88:5,25
89:12 90:18,
20 91:10,16,
19 92:6
93:13 94:5
95:17 96:2,
7,11,15
97:6,23 98:5
99:1 100:9,
22 101:12,25
102:13
103:5,8,11,
16 104:4,9,
15,21 105:3,
14,18,21
106:1,8,13,
18 107:9,23
108:5,13,22
109:2,4,10,
13,20,24
110:6,9,13,
20,24 111:2,
6 112:3,24
113:12,14
114:7,11
118:22
119:14,24
120:11,12

**Kolb's**
65:25

———————

**L**

———————

**L-O-R-I**
72:23
**lady**
70:9 89:9
**lagging**
51:14
**land**
7:15

**landing**
10:14
**lap**
45:23 46:3,
24
**large**
99:24
**Las**
2:14
**late**
90:15 94:13
95:10,15
96:25 97:1,
2,5,21
**Lauderdale**
2:15
**laugh**
15:9,16
68:3,6
**laughed**
16:21 67:16,
17,18,23,25
68:1 116:23
**laughing**
11:23 12:5
15:5 16:1
17:8,9,14
**laughter**
17:13
**lavatory**
37:17
**law**
38:5 74:15
**lawsuit**
112:16,17
**lawyer**
65:13
**lead**
9:20 48:10
**leading**
81:1 90:5
**leaned**
117:24
**leaning**
19:3
**learn**
112:8

**learned**
111:23
**leave**
92:4
**led**
24:22 118:10
**left**
31:10 49:23
73:21 97:21
115:22 117:3
**left-hand**
81:5
**leg**
11:7 44:1
**Legal**
4:9,11
**legally**
73:23 74:17
**legibly**
38:12
**legs**
57:8 116:8
**Level**
37:12 39:6,
10,24 40:4,
7,11,16,17,
19,20
**life**
64:15,23
**Lighty**
2:19 4:8
**listen**
51:25 95:4
112:3
**litigation**
9:16
**little**
5:10 7:3
15:4 17:24
32:25 34:23
66:13 81:22
85:24 87:12
90:4 113:8
115:2 120:6
**live**
90:2

**LLP**
2:5
**located**
38:10
**locked**
98:19
**long**
18:25 19:4
113:19
**long-range**
9:12
**look**
22:1 44:9
45:5 75:22
91:1 99:23
100:14 101:2
**looked**
10:23 16:22
68:18 111:7
**looking**
12:6 13:17,
19 14:22,24
36:24 44:8
50:10,14,22
69:8 81:19
82:20 83:4,7
**Lord**
96:16
**Lori**
72:20
**lose**
113:19
**lost**
11:15,17
113:17
**lot**
10:9 14:1
22:11 52:25
58:9,10
77:24
111:15,17
**loud**
22:2 53:24
100:3
**luggage**
79:1

Carlos Adan Merino
February 04, 2022

---

**M**

---

machine
  51:15
mad
  10:23,25
  11:12,16
  14:1,7,10
  16:15,18
  43:6,10
  54:14 55:19
  56:10 58:8
  62:23
Madam
  32:10 60:7
made
  20:17 24:14
  28:16 29:2
  33:9 96:10
  102:6 110:21
main
  2:6 27:2
  34:25 35:1
make
  5:15,20 16:2
  17:11 32:4
  97:11
making
  11:24 16:1
  17:8,14 68:9
  78:24
man
  117:5
man's
  87:17
management
  26:7,12
mandatory
  22:14 33:19,
  21
manual
  3:11,13
  21:24 24:13
  37:2 40:24
mask
  108:11

masks
  88:16
matter
  4:5 90:17
  98:12
Mcdermed
  4:10
mean
  12:7 13:25
  18:1 19:14
  24:13 27:11
  35:22 40:1
  48:19 56:17
  57:15 84:3
  86:4,24
  114:24
meaning
  9:9
measures
  74:11 77:23
mediate
  29:19,21
  30:3,21
  31:20
medication
  5:23
member
  26:7,12
memory
  59:8,10,12,
  21,25 60:10,
  15,23 61:1
  62:15
mentioned
  97:13
merger
  9:6
Merino
  3:3 4:5,16,
  22 5:1 21:10
  22:10 25:14
  27:14 30:9
  31:24 37:10
  40:15,23
  41:14 42:19
  51:6 55:25
  57:3,12

60:20 61:14
62:6,16
63:10,18
64:2 65:13
66:1,6,9
69:17 70:6
71:10 75:6
76:17 78:1,
3,14 79:16
81:4 84:8,25
85:16 86:18
88:19,21
89:7 91:1
92:19 95:4
97:17 98:3
100:21
102:11,19
103:20
105:10
106:10
107:13
108:18
109:8,12
111:12
113:4,20
119:5
120:16,22
messages
  47:19
meticulous
  58:25
Mexico
  7:5
Miami
  5:6 89:21,22
  90:2 92:5
middle
  38:21,25
  39:1
mine
  49:22
minors
  79:2
minute
  92:13
minutes
  11:2 70:17,
  23 92:13

118:21
Misconduct
  25:13,15
misconstrue
  103:9
misconstrues
  68:14 88:1
  96:3,8 103:5
  107:24
misrepresenta
tion
  68:22 110:24
misrepresents
  39:21 41:2,9
mister
  66:17 68:16
mocking
  16:10,14
moment
  10:13 47:15
  48:16 83:6
  113:25 114:2
money
  97:10,15,20
mood
  10:25 43:12
morning
  4:22,23
  59:22 60:11,
  14 62:10
  91:25 92:5,
  12,25 93:6,
  16,18,19
  98:12
mornings
  98:9
mouth
  29:8 33:22
move
  7:6,10 14:4
  19:13 25:10
  41:13 56:2
  57:9 60:6,18
  62:4 67:9
  69:20 78:11
  106:2

Carlos Adan Merino
February 04, 2022

moved
  7:12 73:25
multi-
hundred-
dollar
  14:14

---

N

---

name
  3:2 4:8,24
  5:1,8
  111:19,23,25
  112:9,17,20
narrative
  72:4
nasty
  45:5
nature
  46:18 113:23
neck
  91:17
need
  5:17 9:13
  11:10 20:3
  29:6,7,25
  30:5,25 39:8
  42:20 44:25
  56:6 58:14
  62:14,25
  63:2,3 72:9
  79:14 89:17,
  18 92:21
  94:11 100:24
  101:18 112:1
  119:18
  120:4,7,10
needed
  10:13
needs
  98:15
negatively
  97:4,22
never
  14:2 23:14
  28:25 29:1,
  4,8 68:24

75:12 95:18
99:19 106:12
114:4
116:18,25
nice
  89:9
night
  90:1,11,16,
  23
Nobody's
  103:11
nod
  65:17 66:8
nodding
  5:22
non-compliant
  37:12 40:5,
  11
normal
  48:22 63:2
  71:25 90:25
nose
  82:25
Note
  67:8
noted
  4:12
notice
  11:4 18:17
noticed
  11:3,9
notified
  72:7
notify
  72:8,13
number
  9:17,23
  20:11 22:8
  26:21 34:3,4
  35:7,9,16,24
  36:5,6 37:24
  38:1,6 75:24
  78:16
numbers
  34:19

---

O

---

object
  6:2 53:9
  87:7 98:5
objection
  14:17 15:7
  17:1,2 18:11
  19:9,22
  20:2,21
  23:7,11,13
  28:3 29:22
  30:11,17,24
  31:17,21
  39:20 41:1,
  8,15 47:22
  55:4,11
  56:24 59:11
  60:25 62:21
  64:19,24
  65:9,21
  66:21 67:5
  68:13 73:12
  74:18,23
  76:4,12,24
  79:11 80:4,
  16,17 84:13
  85:3,20
  86:14 87:25
  88:5 89:12
  91:10 92:6
  93:13 95:17
  96:2,7,15
  97:6,23 99:1
  100:9,22
  101:12,25
  102:13 103:5
  104:4,15
  105:14,18,
  19,24 106:1,
  3,8,13,18,24
  107:9,23
  108:13
  109:10,20,24
  110:6,7
  112:24 114:7

objections
  6:5 32:4
  65:25 108:5
objective
  98:17
objects
  32:1 76:18
obligation
  23:19
observe
  50:19 76:1,
  10 79:7,8,
  18,25 80:2
  81:20,22
observed
  68:19 79:9,
  18
observing
  68:11 76:22
  77:21 79:19
  118:12
occasion
  99:14
occur
  37:16 114:2
occurred
  59:10,21
  60:11 64:17
  69:2 100:8
  101:7,11
off-center
  89:4
offenders
  73:18,20
offense
  103:25
offer
  61:25 63:6
offered
  54:23 55:22
  62:9
office
  6:12
offset
  81:22
okay
  5:4,7,13,15,

21 6:1,7,16
7:2,17 8:4,
7,23 9:15,21
13:4,12,16,
17 14:9,21
17:19 18:21
19:7 20:10
21:2,9,25
23:22 25:8,
16 26:16,19
27:13,20,24
28:6,17,22
31:15,24
32:2,3,5,22
33:10,14
34:1,14,23
35:13 36:8,
13 37:5
38:14 41:13,
20 42:18
43:2,17
45:9,17
46:20,24
47:1,7 48:2,
6,13,23 49:1
50:5,18,25
51:16,21
52:16,22
53:1,18 54:6
55:25 56:16
58:16 61:9
62:20 64:1
65:12 67:8,
10,11,13
68:8 69:13
70:1,8,10,22
71:22 72:15
73:2,17
75:22 78:9
79:7 80:10
81:7,10,12,
18,25 83:3,
19 84:2,4
86:17 87:16,
22 89:1
90:3,10,15
91:19,24
92:19 93:2,
7,17 94:4,19

95:9 97:17
98:2,14
99:5,17,21
102:19
104:19 105:8
107:6,16
110:13,18
111:10,22
112:16
113:14,22
114:5
117:11,15,20
118:16,19
119:5,12,21
**Olas**
2:14
**ON'D**
26:1
**on-time**
94:23 95:6,
25
**onboard**
44:20 79:2
111:18
**once**
25:25 29:16
106:12
108:22
**one**
9:7 21:16
24:23 32:23
34:16 35:3
36:20,25
37:24 38:20,
23 39:3
40:19 48:25
51:7,8 53:4
54:12,17
56:1 60:16
81:1 82:8,
10,12 83:10
93:5,16
111:16
115:13 116:8
**ones**
53:2
**Online**
22:6,13

**opinion**
65:5,6,8
**option**
62:1
**order**
119:19
**originally**
7:4
**outside**
50:4 105:21
112:22
**overhead**
10:8,19,21
11:8 12:8
42:24 44:5
45:1 54:22
55:18 62:3
78:25
**overhear**
50:1 117:4
**oxygen**
88:16

---

**P**

**p.m.**
98:13 118:24
119:1,2
120:17,21
**package**
95:24
**Page**
3:2,9 37:8,9
**pages**
3:11
**paid**
94:19
**paragraph**
99:24
**part**
21:23 24:10
29:18 35:3
86:6 102:23
103:1 118:6
**participants**
4:11

**parties'**
100:1
**pas**
58:2
**passed**
11:25 49:20
50:7,12
**passenger**
5:9 10:20
13:14,15,21
22:4,6,13,21
23:5,9,17,24
24:7,12,23
25:3 27:12,
15,18,25
28:1,13,14,
24 29:4,12,
16 37:11,13
38:3,4,13,23
39:3,11
40:4,6,11
41:7 44:19
48:12 50:22
53:21 54:8,
11,14,16,22
55:3,6,10,
17,19,22
56:5,10,20
57:17 58:2,
10 64:11
69:9 75:3,6,
9,12 80:7
83:7,24
88:14 94:17
101:24
102:7,12
105:12,17
106:7,17,22
108:8 111:17
117:17
**passenger's**
22:15 81:23
82:21 83:5
85:1
**passengers**
10:16,18
38:24 43:24
44:18,19,21

Carlos Adan Merino
February 04, 2022

58:22 59:6
75:2 78:6,
16,24
107:13,16,20
108:10
109:8,18,23
110:4 118:7
**passing**
50:23
**past**
75:6,9
107:12,18
109:7,14,17
**pay**
62:23 63:22
**paying**
63:25 79:22
80:7
**penalty**
5:19
**pending**
98:6
**people**
10:6,9 22:8,
11 38:25
58:9,10
64:13 74:12
101:16
111:15,18
**percent**
78:8
**perception**
100:10,12
**performance**
95:24 97:4,
8,9,12,20,22
**period**
29:9 59:2
**perjure**
88:22
**perjury**
5:20
**permission**
119:19
**permitted**
30:15,18

**person**
9:7 26:8
48:22 62:1
85:9 86:10
117:8
**personal**
49:9
**personally**
76:10 79:8,9
80:2 87:21
93:9 107:14
109:18,22
110:4
**personnel**
95:12 105:9
**phone**
45:23 46:6
47:8,10,11
**phones**
47:2,5
**physical**
77:7
**physically**
63:11
**picking**
20:12
**picture**
114:25
**PIDR**
38:4,10,14
39:8,11
40:24 41:6
**pieces**
119:25
**place**
26:13 54:16,
22 55:18
97:1,2
**PLAINTIFF**
2:3
**plane**
10:24 12:17
13:1,2 31:9
34:2,7,20
35:18 38:24,
25 42:12,19
48:4,7,10,11

49:3,6,16,23
50:8 61:18
62:10 76:23
79:23 82:18,
25 83:1,2
84:2,4,9,19
85:8 87:10
94:9,10,11
95:15 98:9,
15,19 103:3
118:10
**planes**
97:5,21
**please**
4:24 10:1
20:24 21:20
22:3,10,22
24:20 28:17,
23 32:9,11
34:13 35:4
37:9,22
38:6,9 44:4,
5 49:12,14
52:1 53:18
54:2 55:14,
16 60:8
63:22 65:24
66:5,9 67:20
70:10 72:22
76:17 89:5
92:22 95:4
99:18 100:2
104:22 107:2
109:12 112:6
120:9
**point**
11:15 38:9
64:3 68:11
70:14 87:20
108:16
119:17
**points**
25:21
**police**
75:1
**position**
34:1,3,4,6
35:7,24

49:10,21
50:17 62:25
86:9
**positions**
34:13,15,16
35:23
**possible**
14:13 30:13
47:14,20
58:11 61:6,
23 74:22
78:17 92:22
101:6
**postgraduate**
8:5
**potential**
50:1
**precisely**
16:22
**preparation**
51:22 52:5,
18,23
**prepare**
6:10
**present**
100:18
102:20
**press**
44:15 73:6
**pressure**
98:8,14,16,
18
**Presumably**
89:25
**pretty**
12:22 13:25
17:25 27:9
73:3 87:11
93:7 118:20
**prior**
6:19 89:19,
23 90:3,12
**priority**
98:24
**privileged**
6:17

Carlos Adan Merino
February 04, 2022

**probably**
11:21 17:5
24:10 27:22
48:15 54:4
62:14 63:6
69:14 83:11,
14 101:18

**problem**
120:2

**procedure**
24:10 41:6

**procedures**
83:17

**process**
10:19 19:3
55:18 56:19
78:21

**produce**
47:18

**professional**
113:1

**progression**
35:17

**proper**
100:19

**prosecute**
73:18,20

**prosecuted**
73:23 74:8,
16

**protocol**
25:17

**provide**
27:3,6

**proximity**
77:7

**PSU**
88:14

**pull**
86:7 115:15

**punched**
113:11,17

**purpose**
11:21 29:11
88:9

**purser**
9:1,3,5,7,

13,15,19
101:5,7

**purser/purser**
37:24

**pushed**
74:5

**put**
10:7,13,21
11:8,10 12:8
14:8 29:6,7
40:9 42:23
43:14,19
44:4 55:6
56:6 57:6,18
58:13 59:1
61:19 62:11
79:1,10 82:4
116:24
119:21

**putting**
10:4 33:22
39:1

---

## Q

**question**
6:3,7 20:16
24:20 32:8,
11,15,23
51:25 52:2
59:14 60:8,
21 61:23
62:7,8 63:1,
2,21,22
66:1,3,15
69:6 75:14,
15,19 76:20
78:13 79:16
80:22 85:4
86:25 87:8
89:2,17
90:18,21
91:17 92:21
96:16,18,20
97:18,20
98:6 102:10,
17,20 103:14
104:9,11,22,

23 108:15,17
109:13
112:4,5

**question's**
88:25

**questions**
5:16 13:4
59:25 61:15
69:18 86:22
89:5 105:9
108:21
119:15

**quick**
14:7 38:20

**quickly**
78:17

**quiet**
93:20

**quite**
9:4 15:20
29:7

---

## R

**reach**
83:20

**reached**
83:12

**reaches**
87:17

**reaching**
46:11

**reaction**
11:20 13:24

**read**
21:17 22:2
24:25 25:23
32:11 37:9,
22 38:6,8
39:15 40:3,
12,14 52:12,
14 53:15,22,
23 54:4,20
56:9 60:7
99:14 100:1,
3,4,12,17
120:12

**reading**
25:2 26:20
61:21

**reads**
56:1

**ready**
4:21 54:1

**rear**
35:18 84:9
85:1,10

**reason**
48:3 104:2,
12 107:21
111:10
119:6,10

**reasons**
20:11 26:14

**reboarded**
30:16

**recall**
45:21 49:8
56:13 107:6,
7 110:9,12,
13,16 118:18

**received**
7:25 33:17

**recess**
71:6 119:1

**recognize**
51:5,19
99:11

**recollection**
63:8 90:8,11

**record**
4:12,25 25:8
71:4,8 78:10
95:12 110:25
118:24 119:3
120:18

**recorded**
53:19

**recount**
28:17 36:10
55:9 80:2

**recounted**
30:8

Carlos Adan Merino
February 04, 2022

Red
  93:18
referencing
  84:2
reflect
  95:11 97:22
refresh
  53:24
refusal
  45:5
refuse
  41:20
refused
  56:14
refusing
  73:19
regarding
  75:25 76:11
regular
  86:6
regulations
  26:15,18
  63:17
relate
  77:13
related
  53:19 55:8
  70:11
relying
  76:2
remember
  7:11 33:6
  43:16 46:2,3
  51:24 56:14
  60:22 92:1,
  2,7
remote
  4:4,9 120:21
remove
  12:17 13:1,
  2,6 26:24
  27:16 103:8
  107:14
  109:19,23
  110:5
removed
  22:4,15,21

23:25 24:24
25:4,19
26:14 28:1
103:2,12,18,
23 104:2,13,
14 107:17,20
108:10 109:9
117:21
removing
  100:18
  102:21
Renee
  4:10
repeat
  24:19 32:7
  52:2 55:8
  65:15
repeated
  65:14
report
  3:15,17
  33:20 37:14,
  15,21 38:3
  40:6 52:9,12
  53:6,12,15
  57:16 58:23,
  24 59:9 72:4
  75:23 77:4
  79:12 99:10,
  19,22 101:4
reported
  89:10
reporter
  4:10,13 5:18
  32:10,12
  60:7,9
  120:3,7,10,
  13
reports
  33:13,18
represent
  99:21
reprimanded
  41:4 105:11
  106:16
request
  28:1 43:14

required
  39:10,24
requirement
  24:9,11 25:6
  39:12 40:2
requirements
  39:18
requires
  23:15
reservations
  8:14
reserve
  119:15
residence
  5:4
resolve
  26:10
respect
  62:24 66:3,4
  95:12 97:20
  106:17
  108:14
respectful
  66:14
responded
  16:23 43:13
  57:22
response
  15:21,22,24
  17:4 43:3
  44:6 45:4
  56:6 64:16
  95:16 118:3
responses
  5:18,20
responsibilit
y
  24:2,4
responsible
  9:14
responsive
  25:9
rest
  10:16 37:20
  78:6 101:16
resting
  90:13

result
  38:15
Retract
  34:14
retractible
  86:4
review
  6:13 51:22
  52:4,23
  53:5,12,18
  70:10 95:24
  97:22
reviewed
  52:17 72:3
revised
  96:13
ridiculous
  89:4
right
  8:11 9:21,22
  10:15 11:7
  12:2 13:22
  15:3,19
  18:12,23
  21:2 22:14
  26:25 32:2,6
  34:8 36:3
  42:12,19
  46:16 49:22
  50:16 51:5
  57:7 58:20
  60:14,22
  61:3 62:18
  69:3,16,19
  70:16,18
  71:3,10 72:6
  74:14 76:21
  77:19 82:5,
  17,22 83:5,
  21 87:12
  90:9 92:18
  93:23,25
  94:1,7,14
  101:14
  104:23
  111:13
  112:12,21
  113:14

115:14
118:5,23
119:12,25
120:13
**right-hand**
81:16 82:16,
19 83:25
**rise**
85:1
**rising**
19:4
**ROONEY**
2:13
**row**
10:5 77:18
81:7,9 82:13
83:10,11
84:9
**rude**
11:16
**rule**
54:24 55:23
**rules**
63:17 64:7,8
75:25 76:1,
11 77:14
**run**
10:10
**running**
108:18

---

**S**

**sad**
65:2,10,17
66:8
**safe**
117:7
**safety**
59:5 77:23
95:1,3 97:13
**sat**
58:23
**satisfied**
64:4 65:6
**saying**
12:23 13:13

20:19 35:15
39:19 62:24
63:4 108:3,4
**says**
22:1,21 25:3
40:4,8,10,13
56:9 72:6
73:17,19
88:19 99:19
**scanned**
25:25
**schedule**
90:4,25
91:9,12
92:17 93:8
**schooling**
8:5
**scope**
105:21
**screen**
36:23
**seat**
18:18,24
36:2,3 45:20
48:3 79:4
81:21 82:1,
21,22 84:10
85:1,7,8,11,
23 86:6,12
87:3,4,17
114:24
116:5,24
118:15
**seated**
18:6 43:20
81:13 82:1
84:21 88:3
**seats**
36:5 77:18
80:13,24
81:5,6,8
84:21 87:10
**second**
11:6 18:12
19:25 38:8
43:19 44:24
45:17 46:15
54:7,17

55:22 57:7
72:20 91:22
102:6
**seconds**
11:17,25
19:6 54:2
113:21
114:5,12
**sections**
34:20
**security**
59:5 77:23
95:1,4 97:13
101:3
**see**
14:21 22:20
25:12,13
42:11,18
46:25 47:1,
4,7 52:6,7
55:12,15
69:9 84:10,
22 85:14
86:8 87:2,
13,20 102:8,
25 107:3
108:15
**sending**
47:15
**sentence**
55:2 56:3,9
75:23
**separation**
82:12 83:10
**SERS**
52:12
**served**
37:18
**service**
3:11 21:23
24:13 38:11
58:21,22
88:15 94:17
110:10
**seven**
9:9,10

**sevens**
9:10
**several**
43:24 79:9
113:21
**sharing**
36:19,22
**shift**
89:24 90:3
**shocked**
19:18 75:10
**shoot**
119:16
**shoulder**
82:2,4 86:2
87:18
**show**
25:9 54:10
55:14 78:10
**showed**
111:7
**side**
10:17 80:14
81:6,8,10,16
82:16,17,19
83:21,25
**sidebar**
87:7 98:5
**sides**
87:13
**sign**
120:12
**silence**
86:23
**silently**
53:24
**simple**
62:8 102:19
**Simply**
43:4
**simultaneousl
y**
103:15
104:20
**single**
98:11

Carlos Adan Merino
February 04, 2022

sir
4:23 5:12,25
6:8 7:16,19
8:1,3,6,25
9:17 10:2
11:10,18
12:3,10
13:8,11,16
14:6,16,19
15:2,13,18,
24 17:15,17,
21 18:10,15,
19 19:6,14
20:1 21:21
22:13 24:1,
15,25 25:15,
20 27:17,19,
22 28:20
29:6,25 30:5
31:6,11
33:21 34:12
35:22 36:2
38:23 40:8,
20 41:18,21
43:21 44:14,
17,24 45:1,
12,25 46:9,
19 47:3,9,
13,17,25
48:5,20
50:4,17
51:20 52:2
53:4,7,14,17
54:5,9 55:5,
12 58:1,7,14
59:3,16
60:15 61:1,
11,25 62:13,
19,22 63:8,
17,25 64:7,
13,20 65:1,
17,22 66:2,
24 67:7,19
68:1,4,7
69:9 70:2,21
71:24 72:5,
9,12,14
73:15,24
74:10 75:7,

10,14,20
77:15,22
78:2,18,22
79:13,22
81:24 82:16,
20 83:18,21
84:18 86:3,
24 89:17
90:2,13,24
91:15,18,23
92:1,14,23
93:1,6,20
94:16,22
95:1,8,13,22
97:8,24
98:13,16,21,
23,25 99:13,
16 100:5
102:24
103:25
105:13
106:11,19
107:6,8,15,
19 108:7,14
110:1,15
111:13,21
112:13,15
113:1,10,21
114:4 115:12
116:2,7,14
117:13,18
118:5,14,18,
22 119:7,11
sitting
19:4 45:20
59:22 60:12,
14 118:14
situated
46:8,9 83:23
situation
11:24 16:1,3
17:9,12,15
22:17 23:1,2
25:7 26:5
27:9,11
29:19,21
30:3,22
32:13 40:10

64:8 68:9
74:25 80:7
95:15 100:21
112:12,14,15
situations
31:16
slight
4:13
small
27:1 59:2
smoking
37:17
smoothly
108:20
solely
97:19
sort
94:19 95:16
sound
94:15
sounds
103:21
sources
9:23
space
10:10 42:1,
25 43:23
49:9 55:19
62:3 78:25
84:18
spaces
84:19,21
speak
6:18 26:9
29:16 30:14
32:24 71:11,
22 72:15
79:17
114:16,19,21
speaking
29:12
specific
26:17 57:15
61:5 76:20
80:19
speculation
100:23

104:5,8
spell
72:22
spent
89:25
spoke
13:9 27:25
30:4 46:14
101:2,22
spoken
27:14
stab
91:17
stabilize
116:1
stamp
47:19
stand
17:22 18:22
19:20 20:7,
12,18 118:5
standard
35:21
standing
49:15,17,19
50:6,16
77:12,17,20
81:19 82:2,
7,10 83:19
84:8,20
87:23 116:2
start
7:3 8:8 91:3
93:23,25
94:1,3,8,14
started
8:9 10:2,15
11:23 12:5
116:14
starts
93:19
state
4:24 5:4
stated
23:14 100:13
101:3,5

Carlos Adan Merino
February 04, 2022

statement
  22:23 24:14
  33:11 76:7
  96:6,10,14
states
  7:7,14
  100:13
stating
  102:23
station
  22:6
status
  94:24 95:6,
  25
stenographic
  4:12
step
  18:22 115:13
stepped
  115:1,13
  116:8
stepping
  42:6
steps
  25:24
sticking
  87:3
sticks
  86:11
stipulation
  4:13
stomach
  11:14 55:1
  61:12 80:1
  87:24 88:4,
  12 113:11,17
  115:21
STONE
  2:5
stonewalled
  77:2
stood
  74:17 88:20
stopping
  70:14
stow
  41:14 42:20

44:25
straight
  12:6
straightforwa
rd
  60:21
Street
  2:6
strike
  57:9 60:6,18
  62:4 67:9
  78:11
struck
  13:18 14:22,
  25 45:11
  113:7
study
  7:22
stuff
  10:4 39:2
subject
  87:9 106:21
subsequent
  23:5 52:10
substance
  28:18 71:23
suggestions
  39:17
Suite
  2:6,14
sunglasses
  14:15
superiors
  95:16
supervisor
  41:5 72:17
Support
  4:9,11
supports
  24:14
supposed
  43:23 44:22
  78:5
sure
  5:15,20 52:9
  70:15 78:24
  89:7 111:6,7

113:4
surmised
  17:12
sustained
  106:2,4
swear
  4:14
switched
  51:15
sworn
  4:17
synonymous
  9:18

---

T

tab
  51:12
table
  74:5
tablet
  59:4
tail
  82:25 83:2
  84:2,4
take
  9:13 19:1
  26:13 35:8,
  10 38:23
  70:14,23
  71:3 74:11
  77:24 111:14
  114:6 118:20
takeoff
  10:14 58:20
takes
  9:7,8 12:16
taking
  39:2 44:18
  58:8 59:5
  62:25 78:5,
  6,24 118:6
talk
  12:13,14,17,
  18,19 13:2,5
  27:12 28:11
  30:18 42:23

97:12 100:24
  102:7
talked
  33:7
talking
  27:5 28:24
  80:20 85:13
  97:8,19
  103:15
  104:20
  117:13
talks
  12:24
tall
  85:13,15,16,
  17,18,19,21
taxi
  10:13
technician
  4:9
tell
  6:9,16 13:23
  15:4,11
  22:10 25:23
  28:22 42:20
  44:21 59:4
  60:3 67:20
  72:25 79:13
  89:19 90:3
  100:2 112:21
  113:8
telling
  25:4,21 76:2
  79:12 80:6
  87:12 102:16
  116:14
tells
  6:4 12:25
testified
  4:17 16:20
  23:20 27:13
  56:4 61:18
  68:17 87:22
  103:11 104:7
  110:19 113:6
  117:24
testify

Carlos Adan Merino
February 04, 2022

6:19

**testifying**
59:23 60:12

**testimony**
5:19,24 9:23
15:1 23:4
27:20 29:3
33:18 39:23
43:7,15,18
44:23 45:7
46:7 47:12
50:5 55:2
57:21 58:3
67:15 68:14
70:5 71:23
82:9 85:25
86:10,13,15
87:16 88:1
94:2,7 96:1,
3,8,10,12,18
103:6 107:24
108:4 117:3
119:8

**Texas**
7:16

**text**
47:18

**texting**
47:7

**texts**
47:15

**thank**
21:7,25
26:22 37:6
69:18 81:3
97:9 113:5
120:13

**Thanks**
70:1,19

**thing**
10:11,17
17:17 19:2
22:18 33:8
63:2 73:1
98:11 102:4

**things**
10:4,20
22:12 31:12

38:22 39:18
52:25 71:20
77:25 79:5

**think**
19:19 42:14,
16 51:12
53:3 55:25
64:14 65:7
69:5 72:1
73:25 91:14,
15 101:17
118:19
119:18

**thinks**
77:4

**third**
11:9 12:10
39:4 46:20
54:18 68:5
91:4 116:22

**thought**
49:10

**threatened**
19:8,15
20:9,20,25
75:8,13,16

**threatening**
19:13 37:16

**three**
15:13,14,18
17:17 41:18,
21 45:15
48:15,17
55:5,9,12,15
67:23,24,25
68:4 79:20
89:13 91:5,6
101:3

**three-day**
91:2,9,12

**throwaway**
110:21

**thrust**
20:16 103:13

**tied**
94:24 95:24

**till**
6:23 16:5

**time**
4:7,8 5:12
6:1 10:17
11:1,6,9,13
12:10,14
13:9 19:17
22:4,21
23:1,2 24:23
25:3,7 27:24
28:19 29:21
30:13 31:9
39:5 40:1
41:24 42:1
43:19 44:3,
7,13,24
45:17 46:10,
15,20 47:19
50:2,11
52:14 54:13,
18 55:22
57:7,19
58:12 59:2,9
63:5 64:5
68:5 69:11
71:5,7,8
73:11 74:22
77:13 78:8
79:18 82:2,
11 83:15
86:5 91:24
92:5,11,15,
24 93:3
94:11,21
96:24 98:10,
15,20 104:2,
13 105:10
106:7 111:20
113:24
114:17 115:2
116:17,22
117:12
118:17,24
119:2,3,15
120:18

**timely**
95:6

**times**
15:11,13,14,
16,18 17:18
27:23 41:13,
18,21 45:16
55:5,12 56:7
67:23,24,25
68:3,4
79:10,20
89:13 108:23

**today**
4:10 5:19,23
6:10 8:24
15:1 29:4
33:18 43:18
51:23 52:5
55:2 59:10,
23 60:12
61:21 82:9
85:25 86:13
91:3

**Today's**
4:6

**told**
15:10 27:15
28:7 39:17
47:9 50:21
56:5 63:5
67:22 73:1
83:16 89:10
102:15
111:14
112:18
116:22 118:6

**tomorrow**
91:4

**top**
31:13 40:3

**toss**
11:14 14:2
88:8 115:20

**tossed**
115:20

**total**
45:13

**touch**
28:9 48:7

Carlos Adan Merino
February 04, 2022

touched
83:13
Tour
3:17 99:10,
19,22
tower
112:2,10
track
89:5
transcribed
120:4,8
transcript
3:8 21:4
36:16 51:3
99:8
transpired
59:22 60:12
trial
119:15
trick
98:3
trip
91:3,15,22
triple
9:10
trouble
84:19 88:23
Troy
4:6 5:9
true
78:14 109:1,
3,4,5
truthful
5:20
try
18:8 29:18
102:7
trying
12:1,8 16:21
20:18 39:19
40:15,23
61:12 62:23
63:20 71:24,
25 78:16
89:8 98:3
114:18,19,
21,22,25

115:7,12
116:3
tune
76:19
turned
45:5
twice
39:17 68:18
86:15
two
33:17,24
48:15,16
55:3 66:5
81:11 82:8,
10 84:21
two-day
91:14,15
type
34:5

_____

U

Uh-huh
15:15 18:13
28:4 45:8
57:20 66:16
88:11 96:21
ultimately
116:21
UMS
79:2
unable
114:19
unavailable
26:6
understand
5:16 16:22
34:24 39:19
40:15,23
60:15
understanding
18:9 19:7
24:17 57:5
96:23 100:19
unit
88:15

United
7:6,14
unnecessarily
100:20
unrelated
20:14
unresponsive
57:10 60:6,
18 67:9
78:11
upset
65:20 66:12
67:2
usual
91:13

_____

V

vague
105:22
various
100:1
verbal
5:17
verbally
109:12
verified
4:2
version
9:25 60:24
versus
4:6
video
4:5,9 119:18
120:16
videographer
2:19 4:4
71:4,7
118:23
119:2,16,21
120:2,15,20
violation
37:13 38:4
40:5,12
violations
26:14,18
108:11

violent
73:18,20
Virginia
2:7
virtually
120:17

_____

W

Wait
6:23 16:5
94:5 102:6
waiting
17:5
walked
118:13
walking
48:14 50:20
wall
10:8
want
6:18 26:20
32:7 37:19
38:19 39:13
40:9,12
53:22 59:12
63:12,14,15
65:15 70:22,
23 81:1 84:6
86:21,23
88:23 90:4
97:11 117:19
119:19
wanted
20:8 21:16
73:6 74:24
watch
109:9
waving
107:4
way
41:5 48:8
70:25 74:17
83:24 92:7
97:5 111:7
117:23,25

Carlos Adan Merino
February 04, 2022

wedgy
  20:13
week
  110:19,20,22
  111:5,12
weekly
  90:25
went
  10:19 12:13,
  14 13:1
  15:20 18:23
  27:25 39:6,7
  40:19 42:23
  45:6 49:8,21
  60:4 61:12
  88:12
West
  2:6
whatsoever
  95:24
white
  38:13
Whoa
  21:12
wide
  9:8
will@
stoneandwoodr
owlaw.com
  2:8
WILLIAM
  2:4
window
  81:16,21
  82:1,22
  84:10
wings
  85:24 86:1,
  2,3
withdraw
  32:23
witness
  3:2 4:14
  6:24 16:6
  18:13 19:24
  20:1 25:9
  29:24 30:25

32:6,9,14
33:11 36:9
42:7 57:10
59:18 60:5,
17 66:22
67:9,12 74:4
78:10 84:14
89:3 90:19
91:18 99:3
103:12
104:21,22
105:1,5
106:25
108:24
109:15
113:13
witness'
  103:6
witness's
  4:2
witnessed
  101:5
wonderful
  70:9
Woodrow
  2:4,5 3:5
  4:20 5:8 7:1
  14:20 15:8
  16:9 17:10
  18:16 19:11
  20:5,23
  21:6,8,18
  23:8,12,16,
  22,23 25:8,
  11 28:5
  30:1,12,19
  31:2,7,19,23
  32:4,8,10,
  17,21 35:12
  36:13,17,22
  37:2,4,7
  39:22 41:3,
  12,19 42:8,
  10,16,17
  45:3 48:1
  51:1,4,9,14,
  17,18 52:3
  53:11 55:7,

13 57:1,9,11
59:13,19
60:5,17,19
61:2 62:4,5
63:9 64:21
65:3,11,18,
23 67:1,8,14
68:15,23
69:1,4,12,24
70:3,15,20,
22 71:2,9,
17,21 73:16
74:6,19
75:4,21
76:8,16
77:1,6,11
78:9,12
79:15 80:9,
17,21,23
84:24 85:6,
22 86:16
87:15 88:2,
10 89:6,15
90:22 91:11,
20 92:10
93:14 94:6
95:19 96:4,
9,13,17,19
97:16 98:1,7
99:4,6,9
100:11
101:1,21
102:9,18
103:7,9,13,
17 104:6,10,
18,24 105:7,
15,19,23
106:3,5,9,
15,20,24
107:1,11
108:1,9
109:1,3,6,
11,16,21
110:2,7,11,
17 111:1,4,9
112:7 113:3,
18 114:9,14
118:19
119:4,12

120:3,5,9,19
words
  16:13 17:11
  28:21,22
  29:7 30:10
  32:25 33:22
  57:2 71:19
work
  8:9 34:2,7
  58:21 86:6
  94:3
working
  34:10 36:12,
  24 45:22
  59:3 76:13
  77:15 91:12
  94:3 101:15
  107:17
  112:10
worried
  75:1
worry
  36:25
write
  33:11,13
  38:12 58:23,
  24 59:7
write-up
  61:7,22
writing
  51:24 76:15
  80:11
wrote
  57:2 58:17
  59:9 61:24
  62:18,19
  75:24 101:18

---

Y

yeah
  13:20 16:6
  21:6 31:4
  36:20 37:21
  42:14 43:9
  56:12 67:12
  70:20 84:17

Carlos Adan Merino
February 04, 2022

```
    105:6 109:2,
    5 110:13
    119:24
    120:12
year
    8:15,18
    60:22
    107:12,18,22
    108:12
    109:7,14
years
    7:9 75:11
    92:3,8
    109:8,15,17,
    23 110:10,14
York
    4:8 71:5,8
    118:24 119:3
    120:18
you-hit-me's
    69:2
```