9/22/2021 RTF Template

## Customer Contact Information as received from AA.COM

Communication Received On : 06/10/2021 05:48:19
Confirmation Number : cFaBZX4y

| Message 1 |
|---|
| (107.77.216.114) .<br>I was seated in business class front row window seat.  The flight attendant was Carlos Merino.  I noticed after taking my seat that he was verbally aggressive with passengers as they boarded.  He seemed agitated and very anxious.  After the last passengers boarded he asked me to give him my my leather briefcase to store overhead.  I reached down and handed it to him.  As I was leaning over the other seat and attempting to hand my bag to him he looked away and I accidentally bumped the side of his leg because of the long reach over the seat.  I apologized immediately.  He got very angry and said I hit him.  I was baffled and apologized again.  He said he didn't care I had to get off the plane.  The other flight attendant and the ground crew  at the gate tried to intercede but he refused to listen insisting I must deplane.  I fly every week business class with American and have never experienced this before.  The other flight attendant and the attendant working the gate were very kind and apologetic.  My only concern is making certain that my status with American is unaffected by this unfortunate incident.  Thank you for your consideration.  Please contact me if any further information is required. |

| | |
|---|---|
| Message | 1 |
| Communication Received On | 06/10/2021 05:48:19 |
| Type of Feedback | Complaint |
| Feedback Topic | In flight / on your flight |
| Customer Name | MR. Troy  Clowdus |
| AAdvantage® Number | 1bcv410 |
| Dividend Miles Number | |
| Email Address | troymf1@gmail.com |
| Address Line 1 | 4880 NW 157th Street |
| Address Line 2 | |
| City, State/Province & ZIP/Postal Code | Miami, FLORIDA , 33014 |
| Country | UNITED STATES |
| Phone | Primary : 13059152093 |
| Airline | |
| Flight Number | 1303 |
| Flight Date | 06/10/2021 |
| Flight Origination - Destination | MIA - MEX |
| Travel Timeframe | |
| Ticket Number | |
| PNR/Record Locator | VZCMGE |
| Baggage File Number | |

AA00096

9/22/2021                                                                                                                                              RTF Template

## Customer Contact Information as received from AA.COM

Communication Received On : 06/10/2021 16:39:53
Confirmation Number : vWACYy05

| Message 1 |
|---|
| (99.1.238.211) .
Dear American Airlines.  This morning I wrote a message on here about a misunderstanding that occurred between myself and a flight attendant on my flight to Mexico City.  Since I wrote that message I was not allowed to fly on the next flight and I just received an email stating my flying privileges have been suspended pending an internal investigation.  Given the gravity of these actions I thought it prudent to contact you again and give you as much detail as I can recall.  I trust that in your investigation you will see that I have been flying American for over thirty years and have never had anything occur like what happened today.  Not on American Airlines or any other airline.  I have been flying weekly with American all over South America for business and fly exclusively business class and am a gold card member.  I am also TSA pre approved and Global Entry.  I have been a model business customer and have never complained or ever had an unpleasant encounter with anyone at American at any level.  I will start a fresh message because of the character limitations and describe what happened from my perspective in as much detail as I can recall. |

| | |
|---|---|
| Message | 1 |
| Communication Received On | 06/10/2021 16:39:53 |
| Type of Feedback | Complaint |
| Feedback Topic | In flight / on your flight |
| Customer Name | MR. TROY  CLOWDUS |
| AAdvantage® Number | 1BCV410 |
| Dividend Miles Number | |
| Email Address | troymf1@gmail.com |
| Address Line 1 | 11 ISLAND AVE APT 2007 |
| Address Line 2 | |
| City, State/Province & ZIP/Postal Code | MIAMI BEACH, FLORIDA , 33139-1346 |
| Country | UNITED STATES |
| Phone | Primary : 13059152093 |
| Airline | |
| Flight Number | 1303 |
| Flight Date | 06/10/2021 |
| Flight Origination - Destination | MIA - MEX |
| Travel Timeframe | |
| Ticket Number | 0012174807074 |
| PNR/Record Locator | VZCMGE |
| Baggage File Number | |

AA00097