Aristides Maldonado
March 08, 2022

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA


TROY CLOWDUS,                      :

            Plaintiff,      :  Case No.
                               1:21-CV-23155-MM
            v.                 :

AMERICAN AIRLINES, INC.,      :

            Defendants.    :
_____



DEPOSITION OF ARISTIDES MALDONADO

APPEARING REMOTELY FROM

MIAMI-DADE COUNTY, FLORIDA


March 8, 2022

10:02 a.m.




REPORTED BY:
JENNIFER D'ANGELO, RPR, CCR-NJ
APPEARING REMOTELY FROM PHILADELPHIA COUNTY,
      PENNSYLVANIA

Aristides Maldonado
March 08, 2022

```
 1    REMOTE APPEARANCES:

 2


 3         STONE & WOODROW, LLP
           BY:  WILLIAM T. WOODROW, ESQUIRE
 4         will@stoneandwoodrowlaw.com
           250 West Main Street, Suite 201
 5         Charlottesville, Virginia  22903
           (855) 275-7378
 6              Attorney for Plaintiff

 7

           BUCHANAN, INGERSOLL & ROONEY, P.C.
 8         BY:  KELLY H. KOLB, ESQUIRE
           kelly.kolb@bipc.com
 9         401 East Las Olas Boulevard, Suite 2250
           Fort Lauderdale, Florida  33301
10         (954) 703-3900
                Attorney for Defendant
11

12


13    ALSO PRESENT:  Troy Clowdus

14

15

16

17

18

19

20

21

22

23

24

25
```

Aristides Maldonado
March 08, 2022

```
 1                    I N D E X

 2

 3   WITNESS                              PAGE

 4   ARISTIDES MALDONADO

 5        BY:  Mr. Woodrow                  5

 6

 7

 8                    - - -

 9

10

11               E X H I B I T S

12    NUMBER          DESCRIPTION          PAGE

13    Exhibit-A    IRL Packet                40

14    Exhibit-B    E-mail                    42

15    Exhibit-C    Customer Service Manual   44

16    Exhibit-D    CERS Reports              53

17    Exhibit-E    Tour Report               60

18    Exhibit-F    Customer Communication    63

19

20

21

22

23

24

25
```

Aristides Maldonado
March 08, 2022

1          REPORTED REMOTELY FROM PHILADELPHIA COUNTY,

2               PENNSYLVANIA

3                    - - -

4               THE REPORTER:  The attorneys

5          participating in this deposition acknowledge

6          that I am not physically present in the

7          deposition room and that I will be reporting

8          this deposition remotely.  They further

9          acknowledge that, in lieu of an oath

10         administered in person, the witness will

11         verbally declare his testimony in this

12         matter is under penalty of perjury.

13               The parties and their counsel

14         consent to this arrangement and waive any

15         objections to this manner of reporting.

16         Please indicate your agreement by stating

17         your name and your agreement on the record.

18               MR. WOODROW:  William Woodrow,

19         attorney for the plaintiff.  I agree to

20         that.

21               MR. KOLB:  Kelly Kolb, counsel for

22         defendant.  We agree as well.

23               THE REPORTER:  Thank you.

24               Mr. Maldonado, could you raise your

25         right hand, please?

Aristides Maldonado
March 08, 2022

1                    Do you swear the testimony you are

2          about to give will be the truth, the whole

3          truth, and nothing but the truth, so help

4          you God?

5                    THE WITNESS:  I do.

6                    ARISTIDES MALDONADO, having been

7          duly sworn, was examined and testified as

8          follows:

9                    THE REPORTER:  And, Mr. Maldonado,

10         could I have the address where you are

11         currently, please?

12                    THE WITNESS:  Oh, this is One

13         Biscayne --

14                    MR. KOLB:  Two Biscayne Boulevard,

15         Miami, Florida, Suite 1500.

16                    THE REPORTER:  Thank you.

17                    You can go ahead, Mr. Woodrow.

18                    MR. WOODROW:  Thank you.

19                       EXAMINATION

20    BY MR. WOODROW:

21    Q.    Good morning, Mr. Maldonado.

22    A.    Good morning, sir.

23    Q.    As you heard, my name is Will Woodrow.  I'm

24    here on behalf of the plaintiff, Troy Clowdus, an

25    individual who you had occasion to investigate last

Aristides Maldonado
March 08, 2022

1    year.

2          I'm here to ask you some questions about

3    your investigation.  Please let me finish my

4    questions before you answer, answer fully, answer

5    verbally for the reporter, and answer truthfully,

6    please.

7          Are you on any medication today that might

8    effect your testimony, Mr. Maldonado?

9    A.     No, sir.

10   Q.     Okay.  Have you given a deposition before?

11   A.     Yes, sir.  A long time ago.

12   Q.     What was the occasion?

13   A.     I was a state trooper with the Florida

14   Highway Patrol.

15   Q.     Okay.  So from time to time, Mr. Kolb may

16   object to a question, perhaps how I phrase it.

17   These objections are for the benefit of the Judge

18   later on; they don't effect your requirement to

19   answer the question.  So unless I inadvertently ask

20   you to reveal something that is privileged, with

21   Mr. Kolb will be quick to tell you, you need to

22   answer the questions despite any objections he may

23   make.  Do you understand?

24   A.     Yes.

25   Q.     Okay.  Tell me what actions you took to

Aristides Maldonado
March 08, 2022

1  prepare for this deposition today.

2  A.      Just that I met with Mr. Kolb.

3  Q.      And I don't want to know the substance of

4  your conversation.  When did you meet with him?

5  A.      I think it was through Zoom just like right

6  now.  Last week.

7  Q.      Okay.  And what documents did you review in

8  preparation?

9  A.      The IRL packet and some other documents that

10  he showed me.

11  Q.      And what were those, please?

12  A.      I'm trying to recall here.  I believe it's

13  document by a Mr. Henriquez.  I'm sorry.  Not

14  Henriquez, but Mr. Clowdus.

15  Q.      Okay.  And had you seen that document

16  before?

17  A.      No.

18  Q.      Okay.  Any other documents that you

19  reviewed?

20  A.      Not that I recall, no.  I think those were

21  the only ones.

22  Q.      Okay.  So you reviewed the IRL packet and

23  the passenger complaint submitted by Mr. Clowdus?

24  A.      Yes.

25  Q.      And that was it?

Aristides Maldonado
March 08, 2022

```
1    A.      Yes.

2    Q.      Okay.  Let's talk a little bit about your

3    background.  What is that name?  Is that Greek?

4    A.      Yes.

5    Q.      Are you --

6    A.      I'm originally from Puerto Rico.

7    Q.      Okay.  Interesting.  But I guess you had

8    roots in Greece somewhere?

9    A.      Perhaps.  I don't know.

10   Q.      Okay.  You lived in America all your life?

11   A.      No.  I was born here, I was born in New

12   York, but I was raised in Puerto Rico.  My parents

13   moved there when I was three.

14   Q.      Okay.  When did you move back?

15   A.      Back in '79.  I joined the Coast Guard and

16   ever since.

17   Q.      Okay.  What did you do in the coast guard?

18   A.      I was -- I was an electronics technician.

19   Q.      How long did you do that for?

20   A.      I did it for eight years active.

21   Q.      Okay.  And then it sounds like you were a

22   police officer after that for some amount of time?

23   A.      Yes, yes.

24   Q.      When did you do that and how long did you do

25   that for?
```

Aristides Maldonado
March 08, 2022

1    A.      I did that back in 1987 and I did it for

2    28 years.

3    Q.      And what did you do on the force?

4    A.      I was a state trooper with Florida Highway

5    Patrol.

6    Q.      So that presumably would have been some time

7    in the early 2000s?

8    A.      2015.

9    Q.      Okay.  And what did you do after that?

10   A.      I joined American Airlines.

11   Q.      In 2015?

12   A.      Yes.

13   Q.      And what was your entry position with

14   American Airlines?

15   A.      My entry was as a security specialist.

16   Q.      And what did you do in that position?

17   A.      Basically I was working doing what we call

18   the CBP program.  We were serving catering onboard

19   aircraft that were flying internationally, and on

20   rare occasions we also responded to incidents

21   involving passengers, you know, that were on -- also

22   on certain flights.  But mostly it was just the part

23   about the catering.  It was a CBP program.

24   Q.      Catering.  So you brought the food on board

25   the flights?

Aristides Maldonado
March 08, 2022

1    A.      Basically it was to monitor the caterers

2    doing the -- you know, bringing the food on board

3    because at that time CBP would not allow the

4    aircraft to leave or allow the aircraft to be

5    boarded until the catering was done to avoid

6    commingling.  So we were there basically

7    representing CBP making the observation, and at that

8    time the aircraft was allowed to board as long as

9    one of us was present watching the caterer.

10   Q.      Okay.  And what does CBP stand for?

11   A.      Customs and Border Protection.

12   Q.      I see.  Okay.  And what kind of incidents

13   with passengers would you get involved in?

14   A.      Basically if we have a call regarding an

15   incident, involving a subject passenger or a

16   passenger that would not comply with the

17   instructions of the flight attendants or the agents.

18   And we would respond -- sometimes we would get the

19   call, we would respond, and sometimes it would be

20   after the fact.  We would get information that there

21   was a certain issue on a certain flight.

22   Q.      Now, would you be doing the role of a GSC or

23   would you be providing kind of the muscle in case

24   the passenger --

25   A.      Well, not really the muscle because, you

Aristides Maldonado
March 08, 2022

1    know, at that time I was no longer law enforcement.

2    So it was basically to do a report to see what

3    happened, what transpired if we have to do any kind

4    of report.  But as a GSC, no.

5    Q.      Would there also be a GSC on the scene when

6    you would be responding to these reports or these

7    incidents --

8    A.      Yeah.  If it was a departing flight, yes,

9    there was supposed to be a GSC present.

10   Q.      Okay.  And how long did you do this role

11   for?

12   A.      Well, that's basically a role that has been

13   ongoing.

14   Q.      Do you still do this role?

15   A.      Yes, except for the CBP part.  That role

16   ended just before Covid back in 2020.

17   Q.      Okay.  And so what's your job title today?

18   A.      Right now, well, they change our title.

19   It's security coordinator, but it's basically doing

20   the same role.

21   Q.      And do you work under the umbrella of

22   corporate security?

23   A.      Yes.

24   Q.      Okay.  And who do you report to in corporate

25   security?

Aristides Maldonado
March 08, 2022

```
 1    A.      I report to my manager who is Kevin Crowley.

 2    Q.      Okay.  And who is John Kirby?

 3    A.      John Kirby is also a manager that is -- he's

 4    assigned to the west coast.

 5    Q.      And is he -- is he above or below Kevin

 6    Crowley?

 7    A.      I don't know.

 8    Q.      Okay.  And as a security coordinator, what

 9    do you do for AA in the course of a day's work these

10    days?

11    A.      These days, what I do is basically we get an

12    incident that happened throughout the region because

13    we're responsible -- from our area, we're

14    responsible from -- really from Georgia all the way

15    down to South America.  So any incidents that happen

16    in any airport or any flight originating from any --

17    including the Caribbean as well.  So any incidents

18    that happen in any of those regions, we're

19    responsible for.

20    Q.      And you're responsible in what sense?

21    A.      We get notifications from security

22    operations when there's an incident involving a

23    passenger.  It could be also involving an employee

24    or it could be an incident with a -- you know, with

25    a certain aircraft.  But mostly -- what we get
```

Aristides Maldonado
March 08, 2022

1    lately is mostly incidents with disruptive

2    passengers and those are, like I said, depending on

3    the region we get those reports from security

4    operations.

5    Q.      And do you interact with any of these

6    passengers or are you a secondary --

7    A.      We actually interact with them because, like

8    I said, we get those reports.  If an incident

9    happened, let's say, in Punta Cana, Dominican

10   Republic, we get the reports.  We don't interact

11   with the passengers.  We go with whatever reports we

12   get that originate from that area.

13   Q.      And what is your -- what is your job

14   function once you get those reports?  What are you

15   doing with them?

16   A.      We're doing -- you know, we do -- we gather

17   all the reports, we actually generate our own report

18   depending on what happened.  And then we send those

19   reports, we put them in a computer system and

20   they're basically titled by whatever the incident

21   was.

22   Q.      And is the purpose of these reports to

23   assign, follow on action, be it punishment or a

24   flight ban, or is there some other purpose as well?

25   A.      It depends.  Mostly could be information,

Aristides Maldonado
March 08, 2022

1    but it also could be depending on what the incident

2    was.  It could be related to whether a person might

3    be banned.

4    Q.     Okay.  Is that the usual thrust of these

5    reports, determining whether or not to ban a

6    passenger?

7    A.     Well, as far as determination, we don't do

8    that.  We just make the reports and they go and

9    whoever makes a determination what to do with that.

10   We just get all the information that is required.

11   Q.     And do you make a recommendation as to what

12   action should be taken?

13   A.     No, we don't make recommendations.  We just

14   get information and we just put all the facts that

15   we have available at the time.

16   Q.     Who makes the determination about what --

17   what action was taken?

18   A.     As far as determination, I don't know.  But

19   I send my reports, anything regarding to any

20   passenger, that goes to security operations.  And

21   from there, whoever makes the determination, I don't

22   know.

23   Q.     Who does it go to in security operations?

24   A.     That would be whoever the person is on duty,

25   but if it's regarding a ban that goes to John Kirby.

Aristides Maldonado
March 08, 2022

```
 1    Q.     And does that go to him because he's the

 2    regional manager or because he's in charge of all

 3    bans?

 4    A.     As far as I know, he's the person that is in

 5    charge as far as the refusals.

 6    Q.     Okay.  And so he makes the final

 7    determination as to whether or not the findings of

 8    your report are valid?

 9                    MR. KOLB:  Objection.  Form.

10                    THE WITNESS:  I don't know if he

11           does or not.  All I know is that the reports

12           go to him.

13    BY MR. WOODROW:

14    Q.     Okay.  Do you ever get any pushback?  When

15    you file a report, does John Kirby ever call you up

16    and question -- question your report?

17    A.     Yes, he has.

18    Q.     Give me an example, please.

19    A.     If there's probably enough sufficient

20    information regarding a passenger or maybe if there

21    was information that was not complete, he might call

22    me or send me an E-mail to ask further.

23    Q.     And does he ever ask you to go back and

24    investigate more fully?

25                    MR. KOLB:  Objection.  Form.
```

Aristides Maldonado
March 08, 2022

1                     THE WITNESS:  I don't think he has

2           done that.  He usually will ask me if

3           there's anything additional, and I will tell

4           him -- I say, yes, I have more, or I don't,

5           that's all I have.

6    BY MR. WOODROW:

7    Q.      When you put together an IRL packet -- is

8    that what it's called?  An IRL packet?

9    A.      Yes.

10   Q.      Do you put all of the evidence that you

11   relied upon in that packet?

12   A.      Whatever I have available at that time, yes.

13   Everything that I have available.

14   Q.      So anything that's pertinent that you have

15   is reflected in that packet?

16   A.      Yes.

17   Q.      Okay.  So what kind of training did you

18   receive from AA to conduct these investigations?

19                     MR. KOLB:  Objection.  Form.

20                     THE WITNESS:  As far as training,

21           just on-the-job training.

22   BY MR. WOODROW:

23   Q.      Did you receive any -- any extra training in

24   the nature of investigations or how to conduct them?

25   A.      No.

Aristides Maldonado
March 08, 2022

1    Q.      And what sort of on-the-job training did you

2    engage in?

3    A.      Basically from experienced investigators

4    that we have.

5    Q.      When you were taught to investigate for AA,

6    what was -- did they teach you -- did they teach you

7    a specific method in how they wanted you to conduct

8    investigations?

9                   MR. KOLB:  Objection.  Form.

10                  THE WITNESS:  Just basically to

11          gather all the information available.  And

12          when I submit the report, make sure that I

13          have complete and accurate reports so I can

14          submit it.

15   BY MR. WOODROW:

16   Q.      And when they taught you to gather all the

17   information available, what were the protocols that

18   you were led to understand that you should engage in

19   do so?

20   A.      As far as protocols, what are you referring

21   to?  What kind of protocols are you talking about?

22   Q.      Well, you said they taught you to gather all

23   the information.  How -- how were you to go about

24   gathering the information?

25   A.      Look at whatever -- you know, any witnesses,

Aristides Maldonado
March 08, 2022

1   witness statements, if there's any kind of video

2   available regarding the incident.  Any, you know,

3   additional reports, maybe police reports that might

4   be available.

5   Q.     So is it usual for you to rely solely upon

6   CERS reports when you conduct your investigation?

7                     MR. KOLB:  Objection.  Form.

8                     THE WITNESS:  No.  You can also get

9           any additional -- like I said, any

10          additional reports.  If you have police

11          reports available, you will include those as

12          well.

13  BY MR. WOODROW:

14  Q.     Do you rely upon someone else to send you

15  those reports or is it your responsibility to go and

16  discover those reports?

17  A.     That's my responsibility to find them, yes.

18  Q.     Okay.  And how do you go about finding that

19  additional information?

20  A.     Contacting the police department.  If there

21  was a police report generated, they should have it.

22  Or if there's a case number available, I usually go

23  with that.

24  Q.     And if there wasn't a police report but you

25  don't feel that the CERS reports gave you sufficient

Aristides Maldonado
March 08, 2022

1    information, what steps would you take to see what

2    more you could uncover?

3    A.      As far as getting more information, see if

4    there was any additional witnesses, and go with

5    that.  See if there's any additional information

6    regarding what transpired.

7    Q.      Okay.  Who has access to the CERS reports?

8    A.      Well, I don't know as far as how many people

9    have access.  I don't have access.  The

10   investigators that I work with have access, but from

11   that point on I don't know as far as how many other

12   people do.

13   Q.      Okay.  Let's just broaden it.  Why don't you

14   explain to me what you did to investigate the matter

15   of Mr. Clowdus?

16                   MR. KOLB:  Objection to form.

17                   THE WITNESS:  Just that I received

18              -- we received an E-mail from security

19              operations regarding an incident that

20              happened that particular day; I think it was

21              June 10th.  I believe it was going to

22              Mexico.  And that there was an incident with

23              a passenger and a flight attendant where the

24              passenger allegedly hit the flight attendant

25              with a piece of luggage.  And I looked at

Aristides Maldonado
March 08, 2022

1           the E-mail, I see the time of the flight and

2           what -- you know, that the person was

3           removed from the flight.

4                     At that point I really just tried

5           to see what reports were available.  Usually

6           what I do is I look for the CERS reports.

7     BY MR. WOODROW:

8     Q.     And then what do you do?

9     A.     And once I get the CERS reports and then I

10    also saw that the passenger was on the temporary

11    internal refuse list, I went back as far as what the

12    criteria they use to put on the refuse list.  And

13    then look at the -- what the CERS report said.  And

14    basically what I saw was that the flight attendant,

15    I believe it was Carlos Merino, had a report and

16    also there was another flight attendant, Deon Gray,

17    that was a witness to the incident.

18           So I compiled that information, I did a

19    report.  And once I look at the reports I try to see

20    if there was anything additional, there was nothing

21    additional that I could see, and then I did my

22    report, I did the packet, and I sent it out.

23    Q.     And did you take any steps to investigate

24    the credibility of the CERS reports or did you take

25    them at face value?

Aristides Maldonado
March 08, 2022

```
 1                    MR. KOLB:  Objection.  Form.  Go
 2         ahead.
 3                    THE WITNESS:  I went -- I took as
 4         what I saw that they were -- it was a
 5         reliable report.
 6   BY MR. WOODROW:
 7   Q.    Did you take any additional steps to
 8   investigate?
 9                    MR. KOLB:  Objection.  Form.
10                    THE WITNESS:  No.
11   BY MR. WOODROW:
12   Q.    Okay.  I just want to ask some kind of
13   generalized questions.
14         What factors, if any, do you take into
15   consideration other than what you might see written
16   in a CERS report when you're conducting an
17   investigation into a passenger's behavior?
18                    MR. KOLB:  Objection.  Form.
19                    THE WITNESS:  Can you explain
20         factors?  What kind of factors are you
21         trying to say?
22   BY MR. WOODROW:
23   Q.    Well, do you consider the history of the
24   individual making the complaint when you're
25   conducting an investigation?
```

Aristides Maldonado
March 08, 2022

```
 1    A.      No, I don't.

 2                    MR. KOLB:  Objection.  Form.

 3    BY MR. WOODROW:

 4    Q.      If the complaint is made about a long-term

 5    loyal customer who has never before had an incident,

 6    do you factor that into your investigation at all?

 7                    MR. KOLB:  Objection.  Form.

 8                    THE WITNESS:  No.

 9    BY MR. WOODROW:

10    Q.      If the customer is first class or business,

11    does that cause you to give it further scrutiny?

12                    MR. KOLB:  Objection.  Form.

13                    THE WITNESS:  No.

14    BY MR. WOODROW:

15    Q.      If the flight attendant -- if the flight

16    attendant makes a complaint about a passenger, do

17    you always give that flight attendant the

18    presumption of truth?

19                    MR. KOLB:  Objection.  Form.

20                    THE WITNESS:  I do.

21    BY MR. WOODROW:

22    Q.      And what does that look like?

23                    MR. KOLB:  Objection.  Form.

24                    THE WITNESS:  I always try to look

25          for witnesses.
```

Aristides Maldonado
March 08, 2022

```
1    BY MR. WOODROW:

2    Q.     Well, if a passenger also files a complaint

3    about the flight attendant and it directly

4    contradicts the flight attendant's account, how do

5    you proceed?

6                    MR. KOLB:  Objection.  Form.

7                    THE WITNESS:  I do my report and I

8            put what they say as far as, you know,

9            conflicting stories, I guess you would call

10           it.  And I submit my report.

11   BY MR. WOODROW:

12   Q.     And do you submit a recommendation for

13   action with that report?

14   A.     No.

15                   MR. KOLB:  Objection.  Form.

16   BY MR. WOODROW:

17   Q.     If a passenger makes a complaint about a

18   flight attendant, who reviews it?

19                   MR. KOLB:  Objection.  Form.

20                   THE WITNESS:  I don't know.

21                   MR. WOODROW:  Why all these

22           objections?

23                   MR. KOLB:  Which objection are you

24           talking about?  There are different ones for

25           different questions.
```

Aristides Maldonado
March 08, 2022

```
 1                      MR. WOODROW:  The very last one.
 2           What is your basis?
 3                      MR. KOLB:  Speculation.
 4                      MR. WOODROW:  It is not
 5           speculation.
 6                      MR. KOLB:  Yes, it is.  I'm okay
 7           with my objection.  You don't have to agree
 8           with it.
 9                      MR. WOODROW:  Okay.  Please limit
10           them.
11   BY MR. WOODROW:
12   Q.    Who --
13                      MR. KOLB:  I have.
14                      MR. WOODROW:  Well, it's not
15           speculating to ask if a passenger makes a
16           complaint about a flight attendant who
17           reviews it.  That's a question and it's a
18           fair question.
19                      MR. KOLB:  My objection stands.
20                      THE WITNESS:  Okay.  I don't know
21           who reviews it.
22   BY MR. WOODROW:
23   Q.    You don't know who reviews it.  Do you know
24   if an investigation is done if a passenger makes a
25   complaint about a flight attendant?
```

Aristides Maldonado
March 08, 2022

1    A.      That is probably a customer service issue,

2    but we don't investigate that.

3    Q.      Okay.  So there's never a case where a

4    passenger makes a complaint and it winds up in your

5    lap; is that right --

6                    MR. KOLB:  Objection.  Form.

7                    THE WITNESS:  It depends what the

8           complaint is about.

9    BY MR. WOODROW:

10   Q.      If the complaint is about the substance of

11   an investigation that you are currently conducting

12   into the passenger, would that passenger complaint

13   become relevant to your investigation?

14                   MR. KOLB:  Objection.  Form.

15                   THE WITNESS:  It might be.

16   BY MR. WOODROW:

17   Q.      Have you ever had occasion to include

18   passenger complaints as part of your investigations?

19   A.      Yes.

20   Q.      And how did you go about obtaining those

21   passenger complaints?

22   A.      We -- either we received them, they were

23   E-mailed I guess the complaint, and we get a copy.

24   Q.      How do you get that copy?

25   A.      E-mail.

Aristides Maldonado
March 08, 2022

1    Q.     Who E-mails it to you?

2    A.     I don't know.

3    Q.     What department would have a responsibility

4    to E-mail you the passenger complaint?

5    A.     I don't know what department.  It depends.

6    Sometimes we get them from different departments.

7    Q.     And you testified earlier that it's your

8    responsibility to gather all the relevant

9    information.  So do you ever go and search for

10   possible passenger complaints?

11   A.     No, I don't.

12   Q.     So if it's -- if it's a straight up he

13   said/she said, you have no witnesses, you have a

14   passenger and you have a flight attendant, how do

15   you proceed?

16              MR. KOLB:  Objection.  Form.

17              THE WITNESS:  Just like I said

18        earlier, I do my report and I put what both

19        parties say.

20   BY MR. WOODROW:

21   Q.     And do you give equal weight to both

22   parties' statement in your report?

23              MR. KOLB:  Objection.  Form.

24              THE WITNESS:  I put whatever is on

25        -- whatever they state is on the report.

Aristides Maldonado
March 08, 2022

1    BY MR. WOODROW:

2    Q.      Do you ever reconsider an action taken

3    against a passenger?

4    A.      What kind of action?

5    Q.      Well, let's say a lifetime ban.  Do you ever

6    reconsider a lifetime ban against a passenger?

7    A.      Like I said, I don't make those

8    determinations.  If I get additional information, I

9    can include it and I will submit it.

10   Q.      So if you have already submitted a report

11   and you receive additional information, what do you

12   do?

13   A.      I will write it to my original report.

14   Q.      Do you resubmit that report?

15   A.      It would be added to the report and, like I

16   said, it would be in the system so they can tell I

17   review it.  I'm sorry.  I'm losing my voice here.

18   Q.      Take a sip.  That's fine.  I will as well.

19   A.      I'm sorry.

20   Q.      Have you ever -- have you ever had occasion

21   to be part of or to witness the reconsideration of a

22   decision to ban somebody based upon new information?

23   A.      I don't -- as far as reconsideration, I'm

24   trying to think here.  I think maybe, yeah.

25   Q.      And when was that?

Aristides Maldonado
March 08, 2022

1    A.       I don't know.  We handle so many cases and

2    there have been cases that perhaps we get

3    information at the beginning with a certain way but

4    then when we get additional information, when

5    information is compiled then they can see that

6    perhaps what they did at the beginning was not, you

7    know, the right thing as far as the decision they

8    made.

9    Q.       Do you know if that reconsideration is taken

10   place after the passenger has already been notified

11   of their lifetime ban?

12   A.       That I don't know.

13   Q.       Who is the individual that has the authority

14   to reconsider a lifetime ban?  Would that be John

15   Kirby?

16   A.       Maybe.  I don't know.

17   Q.       Do you have the authority to reverse a

18   lifetime ban?

19   A.       No.

20   Q.       Do you have the -- well, do you have the

21   authority to recommend that a lifetime ban be

22   reversed?

23                    MR. KOLB:  Objection.  Form.

24                    THE WITNESS:  No.

25   BY MR. WOODROW:

Aristides Maldonado
March 08, 2022

```
 1    Q.      If AA's legal department called you up or
 2    called up John Kirby and said we've investigated and
 3    we had a witness recant and we believe the wrong
 4    decision was made, could you theoretically reopen
 5    the file and reverse the ban?  You --
 6                      MR. KOLB:  Objection.  Form.
 7                      THE WITNESS:  I'm sorry.  I don't
 8            -- I don't have that authority.  They would
 9            have to tell me to do that if that's what
10            they wanted to do.
11    BY MR. WOODROW:
12    Q.      Who would have the authority to tell you to
13    do that?
14    A.      I don't know.
15    Q.      Would Mr. Kirby?
16                      MR. KOLB:  Objection.  Form.
17                      THE WITNESS:  I don't know.
18    BY MR. WOODROW:
19    Q.      Has that ever happened in your experience?
20    A.      No.
21    Q.      And you don't know who would need to be
22    involved in making that final decision?
23    A.      Yes.
24    Q.      In your time working for AA, have you ever
25    witnessed or been involved in an investigation where
```

Aristides Maldonado
March 08, 2022

1    a flight attendant was punished for mistreating a

2    passenger?

3    A.      No.

4    Q.      In your time working as an investigator,

5    have you ever caught a flight attendant making a

6    self-interested lie?

7                    MR. KOLB:  Objection.  Form.

8                    THE WITNESS:  No.

9    BY MR. WOODROW:

10   Q.      You've never had occasion to observe a

11   flight attendant lying?

12                   MR. KOLB:  Objection.  Form.

13                   THE WITNESS:  No.

14   BY MR. WOODROW:

15   Q.      Do you -- do you have any concern that the

16   CERS reports that you received may not in every

17   instance be truthful accounts?

18   A.      I would wait to determine that.

19   Q.      Do you review them with a critical eye to

20   see if you can determine it from the substance of

21   the reports themselves?

22                   MR. KOLB:  Objection.  Form.

23                   THE WITNESS:  If I have a witness

24          that can contradict what the CERS report

25          says, perhaps.  But if not, I go with what

Aristides Maldonado
March 08, 2022

1                    the person put in the report.

2        BY MR. WOODROW:

3        Q.      Well, what if you have multiple witnesses

4        and their CERS reports contradict each other?  Does

5        that ever raise a red flag for you?

6                         MR. KOLB:  Objection.  Form.  Asked

7                and answered three times now.

8                         THE WITNESS:  Yes.

9        BY MR. WOODROW:

10       Q.      It does raise a red flag?

11       A.      If I have a witness or two witnesses or

12       three witnesses that contradict what it says on the

13       CERS report, yes, that would be something that I

14       would look at.

15       Q.      And what do you do -- what steps do you take

16       to look at it?

17       A.      Just put it all in my report.

18       Q.      What would you put in your report?

19       A.      That there's a contradiction between what

20       the CERS report says and what the witnesses say.

21       Q.      Okay.  Do you ever refer any individual

22       passengers to law enforcement as a result of your

23       investigation?

24       A.      No.

25       Q.      Where is the decision made about involving

```
 1    law enforcement?  Is that done only on the front

 2    line?

 3    A.      Front line meaning when they first report

 4    the incident?

 5    Q.      Front line meaning -- right, as the incident

 6    occurs and the pilot or the people involved, we know

 7    they can choose whether to refer something to law

 8    enforcement.  I'm curious about whether as part of

 9    the investigation you might have a second guess and

10    say, well, this actually should have been referred

11    to law enforcement and take it upon yourself to do

12    it?

13                    MR. KOLB:  Objection.  Form.

14                    THE WITNESS:  We normally don't do

15          that.

16    BY MR. WOODROW:

17    Q.      Okay.  Have you ever done that?

18    A.      No.

19    Q.      Okay.  So if a flight attendant files a CERS

20    report about a passenger incident, is it presumed to

21    be a firsthand account?

22    A.      Yes.

23    Q.      Why is that?

24    A.      Well, if they were present at the time of

25    the incident, then they report it as part of being
```

Aristides Maldonado
March 08, 2022

1    there when it happened, yes.

2    Q.      Are they trained not to provide CERS

3    statements that are secondhand accounts, that they

4    did not personally witness that they may have --

5    A.      I don't know.

6                        MR. KOLB:  Let him finish his

7          question.

8                        THE WITNESS:  I'm sorry.

9    BY MR. WOODROW:

10   Q.      So my question is, you know, you may have

11   five flight attendants on a flight.  Maybe four of

12   them don't see anything but they were there.  And my

13   question is:  How do you know -- what makes you

14   confident if you receive a CERS report that it's not

15   just another flight attendant parroting the story

16   they were told from the flight attendant involved

17   with the incident?

18                        MR. KOLB:  Objection.  Form.

19                        THE WITNESS:  The way you ask that

20         question, I don't know.

21   BY MR. WOODROW:

22   Q.      Should I rephrase it?  Was the question

23   confusing?

24   A.      Yeah.

25   Q.      Okay.  So I'm asking what gives you

Aristides Maldonado
March 08, 2022

```
 1   confidence if you receive a report that it's not

 2   just a flight attendant parroting what he was told?

 3   So secondhand, not firsthand witness testimony.

 4                    MR. KOLB:  Objection.  Form.

 5                    THE WITNESS:  That -- I mean, how

 6          can I determine that?  I don't have a way to

 7          determine that.

 8   BY MR. WOODROW:

 9   Q.     Do you consider that to be an important --

10   an important thing to be able to know when you're

11   deciding, you know, what action to take?

12                    MR. KOLB:  Objection.  Form.

13                    THE WITNESS:  Like I said, as far

14          as action I just comply with the reports and

15          I put that information in my report.

16   BY MR. WOODROW:

17   Q.     If you saw a CERS report that clearly --

18   clearly could be interpreted as a secondhand

19   account, do you give it less right?

20                    MR. KOLB:  Objection.  Form.

21                    THE WITNESS:  If it was a

22          secondhand account, you say?

23   BY MR. WOODROW:

24   Q.     Yes.

25                    MR. KOLB:  Same objection.
```

Aristides Maldonado
March 08, 2022

```
1              THE WITNESS:  Like I said, I just
2         put everything in my report.  Everything is
3         included.
4    BY MR. WOODROW:
5    Q.    Okay.  So do you read these CERS reports
6    with a critical eye whatsoever or do you just
7    compile and put them in your report?
8              MR. KOLB:  Objection.  Form.
9              THE WITNESS:  I do both.
10   BY MR. WOODROW:
11   Q.    And as you read them with a critical eye,
12   what are you looking for?
13   A.    What do you want me to look for?  Can you
14   explain?
15   Q.    I'm asking you.  You said you read them with
16   a critical eye and I'm wondering as an investigator,
17   because you're the investigator, what are you
18   looking for with a critical eye?
19   A.    Just --
20             MR. KOLB:  Objection.
21             THE WITNESS:  Sorry.
22             MR. KOLB:  Objection.  Form.  Go
23         ahead.
24             THE WITNESS:  Just to make sure
25         that they have all the information that is
```

Aristides Maldonado
March 08, 2022

```
 1            relevant to the incident.
 2    BY MR. WOODROW:
 3    Q.      Okay.  Do you ever follow up in the course
 4    of your investigation with phone calls or interviews
 5    as a part of conducting your investigation?
 6                    MR. KOLB:  Objection.  Form.
 7                    THE WITNESS:  Sometimes.
 8    BY MR. WOODROW:
 9    Q.      And what would cause you to do that?
10    A.      If I didn't have -- maybe if I was not clear
11    on certain information that was reported.
12    Q.      What kind of information?
13    A.      If I wanted additional, something that is
14    not clear on the original -- let's say on the CERS
15    report.  Let's say the flight attendant just gave me
16    a general -- just a general this happened but it's
17    not clear what really happened, then I will try to
18    follow up with the flight attendant.
19    Q.      And how would you go about following up with
20    the flight attendant?
21    A.      Usually send an E-mail requesting
22    additional.
23    Q.      Do you ever make an effort to contact the
24    passenger if the -- if what happened is not clear?
25    A.      Sometimes.
```

Aristides Maldonado
March 08, 2022

1    Q.      If the determination being made against the

2    passenger is -- is a felony, does that give you a

3    heightened sense of needing to conduct a more

4    thorough investigation?

5                      MR. KOLB:  Objection.  Form.

6                      THE WITNESS:  Anything criminal is

7           not my -- I'm sorry, but any kind of

8           criminal investigation is not done by us.

9           So I wouldn't try to get into that.

10   BY MR. WOODROW:

11   Q.      Well, if you know that the allegation is a

12   crew member assault and you know that that is a

13   felony, do you take that more seriously than, say, a

14   mask violation?

15                      MR. KOLB:  Objection.  Form.

16                      THE WITNESS:  I take both of them

17          seriously.

18   BY MR. WOODROW:

19   Q.      You don't give extra weight in your

20   investigation to an assault as opposed to a mask

21   violation?

22                      MR. KOLB:  Objection.  Form.

23                      THE WITNESS:  I try to give them

24          the same amount of -- level of importance.

25   BY MR. WOODROW:

Aristides Maldonado
March 08, 2022

1    Q.    So if a passenger is accused of assaulting a

2    member of the flight crew, are you required to share

3    that information with any government agency?

4    A.    I don't know if I'm sharing information with

5    a government agency.  I'm sorry.

6    Q.    Okay.

7    A.    I don't make that decision.

8    Q.    Do you know if AA shares its IRL list with

9    any other airline?

10    A.    I don't know.

11    Q.    With the TSA?

12    A.    I don't know.

13    Q.    FAA?

14    A.    I don't know.

15    Q.    Okay.  Does AA take any steps beyond your

16    investigation to avoid reaching wrong outcomes when

17    it investigates whether it is taking adverse action

18    against a passenger?

19              MR. KOLB:  Objection.  Form.

20              THE WITNESS:  Can you repeat the

21        question?

22    BY MR. WOODROW:

23    Q.    Other than the investigation that you

24    conduct, does American Airlines take any additional

25    steps to ensure that they reach the right outcome in

Aristides Maldonado
March 08, 2022

```
1    an action taken against a passenger?
2                    MR. KOLB:  Objection.  Form.
3                    THE WITNESS:  I don't know.
4    BY MR. WOODROW:
5    Q.     Does AA have an appeals process for
6    passengers?
7    A.     I don't know.
8    Q.     Do you know if there's any meaningful review
9    process that the decision -- of the report that you
10   submit?
11   A.     I don't know.
12   Q.     Does John Kirby conduct his own
13   investigation after you send him your report?
14                   MR. KOLB:  Objection.  Form.
15                   THE WITNESS:  I don't know.
16   BY MR. WOODROW:
17   Q.     You don't know if after your report goes up
18   the ladder, if there's another person who takes it
19   and conducts an investigation?
20                   MR. KOLB:  Objection.  Form.
21                   THE WITNESS:  I don't know.
22   BY MR. WOODROW:
23                   MR. WOODROW:  Okay.  All right.
24          I'm going to go to Exhibit A.  And let me
25          just -- is it going to be easier if I just
```

Aristides Maldonado
March 08, 2022

1           drop these into the chat, Madam Reporter?

2                     (Exhibit-A was marked for

3           identification.)

4                     (At this time, Mr. Clowdus joined

5           the proceedings.)

6    BY MR. WOODROW:

7    Q.      Okay.  Do you see this?

8    A.      Yes.

9    Q.      Okay.  So do you see -- what is it that

10   we're looking at?

11   A.      That's the first page of the investigation

12   report in the -- I'm sorry, in the IRL packet.

13   Q.      Okay.  And what date and time was this

14   investigation opened?

15   A.      It shows -- well, that's when I actually

16   started working on it.  It shows June 10th at

17   12:29 in the afternoon.  Sorry.

18                     (A discussion was held off the

19           record.)

20   BY MR. WOODROW:

21   Q.      You all right?  Do you need another drink?

22   A.      I'm all right.  I have these allergies that

23   affect my voice every now and then.  My apologies.

24   Q.      It's quite all right.

25           So you -- did I just hear you say that you

Aristides Maldonado
March 08, 2022

```
 1    opened this investigation at 6/10/2021, 12:29 p.m.?
 2    A.      That's when the report started, when I
 3    started working on the report.
 4    Q.      Okay.  And is this -- is this a report that
 5    you generated?
 6    A.      Yes.
 7    Q.      All right.  Let's go down to page 47.  And I
 8    think this is -- what is this we're looking at?
 9    A.      That is called internal refuse checklist.
10    Q.      And what is it?
11    A.      It's a checklist we include with the packet
12    and it shows what the criteria is for the internal
13    refuse.  We fill out the blanks and do the
14    checkmarks and that is submitted with the packet.
15    Q.      And is this your report summary?
16    A.      Yes, sir.
17    Q.      And when this is complete, is your report
18    complete?
19    A.      Yes, sir.
20    Q.      And what is the date and time at the bottom
21    of this report?
22    A.      The date was June 11th.  It looks like it
23    was 11:24 in the morning.
24    Q.      Okay.  So am I correct in understanding that
25    your investigation took less than 24 hours?
```

Aristides Maldonado
March 08, 2022

```
 1                    MR. KOLB:  Objection.  Form.
 2                    THE WITNESS:  It took about a day,
 3          I guess.
 4    BY MR. WOODROW:
 5    Q.      Okay.  And then did you send this report to
 6    John Kirby?
 7    A.      Yes.
 8                    (Exhibit-B was marked for
 9          identification.)
10    BY MR. WOODROW:
11    Q.      Okay.  And so what I'm -- one thing I'm
12    curious about, and let me just go to Exhibit-B here.
13    This is the letter sent to Mr. Clowdus informing him
14    of his ban.  What is the date at the top of this
15    letter?
16    A.      It says June 22nd.
17    Q.      Okay.  So I'm curious why it would take
18    almost two weeks between the investigation being
19    completed and Mr. Clowdus being informed that he was
20    banned?
21                    MR. KOLB:  Objection.  Form.
22                    THE WITNESS:  I don't know.
23    BY MR. WOODROW:
24    Q.      Okay.  All right.  Let's go back to the IRL
25    packet -- we're in the IRL packet.  Yeah, we are.
```

Aristides Maldonado
March 08, 2022

```
 1           So you've already testified that the IRL

 2    packet comprises every piece of evidence that you

 3    relied upon in the investigation; is that correct?

 4                    MR. KOLB:  Objection.  Form.

 5                    THE WITNESS:  Yes.

 6    BY MR. WOODROW:

 7    Q.      Okay.  Does every CERS report pertaining to

 8    the incident go into the packet?

 9    A.      Every CERS report that I have available,

10    yes.

11    Q.      Okay.  Now, if you had called and

12    interviewed someone or if you had E-mailed for

13    further information, would there be a record of that

14    call in the packet or a copy of that E-mail?

15    A.      Yes.

16    Q.      Okay.  So how do you decide when you've

17    collected enough information?

18    A.      Once I look at the CERS reports, I saw that

19    I have what I needed, I went ahead and completed my

20    packet and sent it.

21    Q.      So if a GSC was involved with resolving the

22    factor incident, would you try to obtain the CERS

23    report of the GSC on site?

24    A.      I was not on site and I don't know as far as

25    the GSC doing a report.
```

Aristides Maldonado
March 08, 2022

1    Q.      Well, what is the role of the GSC with

2    respect to passenger incidents?

3    A.      As far as I understand, they respond and

4    they take whatever action is necessary.  In that

5    case, I believe it was removal of the passenger.

6                    (Exhibit-C was marked for

7           identification.)

8    BY MR. WOODROW:

9    Q.      Well, if -- let's look at Exhibit-C, a

10   little bit about the role of the GSC and see if

11   that's something you're familiar with.  Let's go

12   down to page 53, 6b(4).  So this is -- what is this

13   document?  Do you recognize it?

14   A.      Just what it says there.  I've never seen

15   it.  Customer service manual.

16   Q.      Okay.  Let's see what this section's about.

17   G, customer misconduct.  Do you see that?

18   A.      Yes.

19   Q.      All right.  Let's go down to six.  Six is

20   customer's conduct at the airport.  Let's look at B,

21   escalation.  Four.  Could you read four out loud,

22   please?

23   A.      Yeah.  It says, Contact a ground security

24   coordinator or member of management to assist you

25   with this situation.  The GSC will speak with the

Aristides Maldonado
March 08, 2022

1    customer and then determine whether they should

2    permit or deny boarding through a collaborative

3    discussion with the agents who were involved in the

4    incident.

5    Q.    Okay.  Thank you.  Now, let's go down to

6    seven.  Seven is on the plane, so customer's conduct

7    on the plane.  Let's look at A2 through 4.  Once the

8    customer has scanned their boarding card and is

9    ON'd.  Can you read two through four out loud,

10   please?

11   A.    The captain -- excuse me.  The captain will

12   call for a GSC to the aircraft to assess the

13   situation with the flight attendant and captain.  If

14   a GSC is unavailable, a member of management will be

15   called to the aircraft.

16         The GSC will speak with the customer in an

17   effort to resolve the issue.

18         A collaborative discussion among the

19   captain, flight attendant, and GSC or member of

20   management must take place before a customer can be

21   removed for reasons other than clear violations of

22   federal regulations.

23   Q.    Okay.  Thank you.  Please take a drink.

24   That was painful to listen to.

25   A.    Yes, sir.

Aristides Maldonado
March 08, 2022

1    Q.      So my question to you is:  As an

2    investigator, do you -- do you value the input of

3    the GSC in getting to the bottom of an incident with

4    a customer?

5                        MR. KOLB:  Objection.  Form.

6                        THE WITNESS:  Well, it depends on,

7              I guess, the incident.  But like I said, I

8              don't know what the actual protocol is that

9              happened here.

10   BY MR. WOODROW:

11   Q.      If the GSC is the party likely to have

12   interacted with both the passenger and the flight

13   attendant, is there value in obtaining the CERS

14   report from the GSC when you're investigating a

15   passenger incident?

16                        MR. KOLB:  Objection.  Form.

17   BY MR. WOODROW:

18   Q.      Or is there value in determining whether a

19   CERS report exists from a GSC?

20                        MR. KOLB:  Objection.  Form.

21                        THE WITNESS:  If a CERS report

22              exists, it will be in the actual reports

23              that were added originally.  They're usually

24              all added together.

25   BY MR. WOODROW:

Aristides Maldonado
March 08, 2022

1    Q.     Okay.  So I'm just going to give you a peek

2    at the answers.  There are a lot of -- there is a

3    CERS report and there is a passenger complaint and

4    there is a tour report.  So the thrust of these

5    questions is to get at why they didn't become part

6    of the investigation.

7    A.     If they were not --

8                      MR. KOLB:  I'm sorry.  Is there a

9          question?

10                     MR. WOODROW:  That was just a

11         clarification.  I have no question.

12                     THE WITNESS:  Okay.

13   BY MR. WOODROW:

14   Q.     So are you familiar with the tour reports

15   that the CSMs generate at the end of their shift for

16   the gates that they're in charge of?

17   A.     No.

18   Q.     Have you ever been given a tour report as

19   part of your investigation material?

20   A.     No.

21   Q.     If a tour report -- if a CSM -- are you

22   familiar with the CSM role?

23   A.     Maybe a little bit.  They are managers.

24   Q.     Managers in charge of the GSCs on site; is

25   that correct?

Aristides Maldonado
March 08, 2022

```
1    A.      That part I don't know.  I know that they're

2    in charge of the flights at different gates.

3    Q.      Okay.  And you've never had occasion to

4    interact with a CSM in the course of one of your

5    investigations?

6                    MR. KOLB:  Objection.  Form.

7                    THE WITNESS:  Yes, I have.

8    BY MR. WOODROW:

9    Q.      In what capacity?

10   A.      Usually when I responded to incidents let's

11   say in realtime where a manager was on scene.

12   Q.      Are you thinking of your former job

13   description or your current job description?

14   A.      Current.  And, yeah, when we respond --

15   because we also get calls about incidents, you know,

16   at the -- in realtime at the airport.  So if we get

17   a call from a manager at the gate, so, yes, I

18   interact with the manager, find out what happened.

19   Q.      Okay.  I seem to have lost your screen here.

20   Let's see what's going on.

21                    (A discussion was held off the

22           record.)

23                    (Technical interruption.)

24   BY MR. WOODROW:

25   Q.      So, Mr. Maldonado, isn't it true that as an
```

1    investigator, if there's an incident where a

2    passenger is removed from a flight before takeoff

3    that you can presume the existence of a GSC CERS

4    report?

5                    MR. KOLB:  Objection.  Form.

6                    THE WITNESS:  Well, I don't know.

7          It depends if a GSC created one.

8    BY MR. WOODROW:

9    Q.     Isn't everyone who's involved with an

10   incident supposed to file a CERS report?

11                   MR. KOLB:  Objection.  Form.

12                   THE WITNESS:  I don't know.

13   BY MR. WOODROW:

14   Q.     Is it -- when there's an incident with a

15   passenger being removed from a plane, do you go out

16   of your way to discover whether a GSC has filed a

17   CERS report?

18   A.     No.

19   Q.     Okay.  So are passenger witness statements

20   ever collected or provided to you as part of an

21   investigation?

22                   MR. KOLB:  Objection.  Form.

23                   THE WITNESS:  If a passenger

24         witness statement is provided to me?

25   BY MR. WOODROW:

Aristides Maldonado
March 08, 2022

1    Q.      Yes.

2    A.      Yes.  You say it like that, of course it is.

3    Yes.

4    Q.      When you are conducting an investigation,

5    are you ever provided passenger witness statements

6    that have been collected by the flight crew at the

7    time of the incident?

8                    MR. KOLB:  Objection.  Form.

9                    THE WITNESS:  If they're available.

10   BY MR. WOODROW:

11   Q.      In your experience, have they ever been

12   collected or provided to you?

13   A.      Sometimes.

14   Q.      Give me an example of the kind of situation

15   where you've received a passenger witness statement.

16   A.      Maybe where there's an incident in flight

17   where the passenger was able -- or the witness was

18   able to write a statement in flight.

19   Q.      And who would provide that statement to you?

20   A.      Maybe a flight attendant, but I can't recall

21   if a flight attendant -- mostly flight attendants

22   because they're the ones that are dealing with the

23   passengers, so.

24   Q.      Did they file that statement through the

25   CERS system?

Aristides Maldonado
March 08, 2022

1   A.      Sometimes they do.  They will submit it with

2   their CERS report and attach them.

3   Q.      Okay.  Do you ever go out of your way when

4   you're investigating a passenger to discover whether

5   that passenger has filed a complaint of their own

6   through American Airlines online system?

7   A.      No.

8   Q.      Okay.  I'll go to page 35.  If you knew or

9   could easily presume of the existence of a GSC CERS

10  report, would it -- would you then try to obtain it?

11              MR. KOLB:  Objection.  Form.

12              THE WITNESS:  If available, yes.

13  BY MR. WOODROW:

14  Q.      Okay.  Let's screen share again back to the

15  IRL packet.

16              MR. KOLB:  We're back on the big

17        screen.  It looks like we're working.

18              MR. WOODROW:  I could just leave it

19        shared on the big screen.

20              MR. KOLB:  We got it.  That's cool.

21        Thanks.  Sorry for the back and forth.

22              MR. WOODROW:  I lost you again.

23              MR. KOLB:  If you can leave that up

24        on the big screen, that'll help.  He's going

25        to have his back to you.

Aristides Maldonado
March 08, 2022

```
 1                    MR. WOODROW:  I'll leave it on the

 2          big screen.  That's fine.

 3     BY MR. WOODROW:

 4     Q.     Let's go to IRL page 35.  We're back to --

 5     this is the report that you compiled; correct?

 6     A.     Yes.

 7     Q.     Okay.  We're going to page 35 and we see a

 8     -- we see a description in the passenger PNR.  Do

 9     you see that on line 23?

10     A.     Yes.

11     Q.     Okay.  Could you read that, please?

12     A.     Mr. Clowdus, originally traveling on

13     flight 1303, MIA Mexico, seat 1F.  At departure

14     time, passenger was asked by number one flight

15     attendant to stow a small bag he had on the floor.

16     Since he was sitting in bulkhead at the time, flight

17     attendant complaint pax, which means passenger,

18     Clowdus threw the bag into the empty seat next to

19     him and hit flight attendant.  Captain advised and

20     later passenger removed as per flight attendant

21     request.  And then -- I'm sorry.  MIA OC Henriquez.

22     Q.     And in your interpretation of this PNR, who

23     is OC Henriquez?

24     A.     Well, what I know of OC, that means

25     operational coordinator.
```

Aristides Maldonado
March 08, 2022

```
1    Q.      Okay.  And did you have occasion to read

2    this as part of what you compiled when you put it in

3    your report?

4    A.      Yes.

5    Q.      And does this -- does this clearly allege

6    that the passenger intentionally struck the flight

7    attendant?

8    A.      It doesn't say that in there.

9    Q.      It says he threw the bag into the empty seat

10   next to him and hit the flight attendant; correct?

11   A.      Yes.

12   Q.      And when you read that, did -- did you think

13   that you would like more information about this

14   person's version of events?

15   A.      I went with what the CERS report showed.

16   Q.      And you didn't -- you didn't check to see if

17   maybe there was another CERS report that you didn't

18   -- that you didn't have?

19   A.      Like I said, they're usually added to the

20   same CERS reports that are originally filed by the

21   flight attendants.  It's in the same case.

22               (Exhibit-D was marked for

23        identification.)

24   BY MR. WOODROW:

25   Q.      Okay.  Well, let's go to the CERS reports.
```

Aristides Maldonado
March 08, 2022

1    This is Exhibit-D.

2                    MR. KOLB:  What was C?

3                    MR. WOODROW:  C was the customer

4         service manual that we went to briefly.

5                    MR. KOLB:  Okay.

6    BY MR. WOODROW:

7    Q.    I'll just ask you to -- I'm not going to

8    make you read this out loud because of your voice.

9    A.    Thank you.

10   Q.    I'll read it out loud and you tell me if I

11   read it correctly.  Okay?  You read along and you

12   tell me if that's what you read.  I'm not a sadist.

13   A.    Thanks.

14   Q.    Okay.  If we look here, page 1 of 2, could

15   you identify this document?

16   A.    Yes.  CERS report, yes.

17   Q.    Okay.  And have you ever seen this CERS

18   report before?

19   A.    It was in the packet; correct?  Yes, it was

20   in the packet.

21   Q.    This is not in the packet, no.

22   A.    It's not in the packet?  No, no.  I don't

23   remember seeing that.

24   Q.    Okay.  Let me read it and see if it

25   refreshes your memory.

Aristides Maldonado
March 08, 2022

1            Facts related to the incident.  Created on
2     6/10/21 at 10:52 a.m.
3            Is 10:52 a.m. prior to when you opened the
4     investigation into Mr. Clowdus?
5     A.     I don't remember.
6     Q.     6/10/21, 10:52 a.m.  Let's quickly go back
7     here.  Your page 1, what time did you open your
8     investigation?  If you read at the top right here.
9     A.     12:29 p.m.
10                    MR. KOLB:  Objection.  Form.
11    BY MR. WOODROW:
12    Q.     Okay.  So am I correct that you just
13    testified that you opened your investigation into
14    Mr. Clowdus on 6/10/2021 at 12:29 p.m.?
15                    MR. KOLB:  Objection.  Form.
16                    THE WITNESS:  That's the first
17          published.  I don't know if that's the
18          actual time that I opened the investigation.
19    BY MR. WOODROW:
20    Q.     Okay.  That's when you first generated that
21    form; correct?
22    A.     Yes.
23    Q.     And is that after 10:52 a.m. when
24    Mr. Henriquez created his CERS report?
25    A.     Yes.

Aristides Maldonado
March 08, 2022

1    Q.      Okay.  So I'll read the facts here.

2    Mr. Clowdus/Troy seat 1F was using his cellphone

3    when he was approached by number one flight

4    attendant and was asked to stow a small bag he had

5    on the floor since he was seated in the bulkhead and

6    crew was ready for departure.  At that time

7    Mr. Clowdus' reaction was to throw the small bag in

8    the empty seat next to him.  Immediately purser

9    (Merino) complained to captain he got hit and at

10   that point I am not sure if mentioned what part of

11   his body got hit by the bag.  Pax got removed from

12   flight as per purser and captain request.

13           Did I read that accurately?

14   A.      Yes.

15   Q.      Okay.  Have you ever seen that set of facts

16   -- has it refreshed your memory as to whether you've

17   seen this CERS report before?

18   A.      No.

19   Q.      Okay.  Have you seen this CERS report

20   before?

21   A.      I don't recall seeing this before.

22   Q.      Okay.  And does this report allege the

23   intent necessary for assault?

24                    MR. KOLB:  Objection to form.

25                    THE WITNESS:  It says that the

Aristides Maldonado
March 08, 2022

```
 1              passenger got hit.
 2      BY MR. WOODROW:
 3      Q.      Does this report say intentionally or any
 4      similar word anywhere in it?
 5      A.      No, I don't see anything with that word.
 6      Q.      Okay.  So I'm just trying to figure out why
 7      this report would not have made its way to you or
 8      you would not have found it?  Do you have an
 9      explanation?
10      A.      No.
11      Q.      Okay.  Were you aware that Mr. Henriquez was
12      the individual who spoke with both the flight
13      attendant and the passenger in the direct aftermath
14      of the incident in an attempt to resolve it?
15      A.      No.
16      Q.      Were you aware that Mr. Henriquez claims to
17      have been the American Airlines employee closest to
18      the incident when it occurred standing inside the
19      plane and just around the bulkhead?
20                      MR. KOLB:  Objection.  Form.
21                      THE WITNESS:  No.
22      BY MR. WOODROW:
23      Q.      Were you aware that Mr. Henriquez had eyes
24      on the incident as soon as he heard Mr. Merino say,
25      You hit me, he poked his head around the corner?
```

Aristides Maldonado
March 08, 2022

```
 1              MR. KOLB:  Objection.  Form.

 2              THE WITNESS:  No.

 3    BY MR. WOODROW:

 4    Q.     Were you aware that Mr. Henriquez disputed

 5    the credibility of any other flight attendant

 6    statements claiming to be firsthand witnesses

 7    because he observed them all to be in the back of

 8    the plane in the moments directly following the

 9    incident?

10              MR. KOLB:  Objection.  Form.

11              THE WITNESS:  No.

12    BY MR. WOODROW:

13    Q.     Were you aware that Mr. Henriquez disagreed

14    with the decision to remove Mr. Clowdus from the

15    flight because he believed Mr. Merino unnecessarily

16    escalated the situation?

17              MR. KOLB:  Objection.  Form.

18              THE WITNESS:  No.

19    BY MR. WOODROW:

20    Q.     Would any of these facts have been important

21    to you at the time you were conducting your

22    investigation?

23              MR. KOLB:  Objection.  Form.

24              THE WITNESS:  If the report was

25        available to me, I would have included it.
```

Aristides Maldonado
March 08, 2022

1   BY MR. WOODROW:

2   Q.     Is there any reason why a report filed at

3   10:52 a.m. in the CERS system would not have been

4   available to you?

5   A.     I don't know.

6   Q.     Did you check the CERS system for additional

7   reports as a component of your investigation?

8   A.     Yes.

9   Q.     What time did you check?

10  A.     I don't remember.

11  Q.     Is there any reason why when you checked the

12  CERS system you wouldn't have found this CERS

13  report?

14                  MR. KOLB:  Objection.  Form.

15                  THE WITNESS:  I don't know.

16  BY MR. WOODROW:

17  Q.     If you had found this CERS report, would you

18  have taken additional steps in your investigation?

19                  MR. KOLB:  Objection.  Form.

20                  THE WITNESS:  Maybe.

21  BY MR. WOODROW:

22  Q.     What might you have done?

23                  MR. KOLB:  Objection.  Form.

24                  THE WITNESS:  Maybe talk to

25          Henriquez.

Aristides Maldonado
March 08, 2022

1   BY MR. WOODROW:

2   Q.      If you had seen this -- this report, would

3   it have caused you to read the CERS reports of

4   Mr. Merino and Ms. Gray with a more critical eye?

5                   MR. KOLB:  Objection.  Form.

6                   THE WITNESS:  As I said, I would

7           have tried to get additional information if

8           required.

9                   (Exhibit-E was marked for

10          identification.)

11  BY MR. WOODROW:

12  Q.      Okay.  Let's go to Exhibit-E, and this is

13  the tour report.  I believe you testified so forgive

14  me for asking again, but have you ever sought out a

15  tour report as part of looking more deeply into an

16  investigation?

17  A.      No.

18  Q.      Okay.  And can you identify this document?

19  A.      It says tour report, Tuesday, June 10th, CSM

20  D. Gonzalez.

21  Q.      Okay.  And underneath its says CSC and then

22  there are three names.  And what is the middle name?

23  A.      J. Henriquez.

24  Q.      Okay.  So presumably -- well, okay.  I'll do

25  this again.  I'll read it and you tell me if I read

Aristides Maldonado
March 08, 2022

1   it correctly.  Okay?

2   A.      Okay.

3   Q.      All right.  Irregularities, T2416MEX

4   received a call from corporate security to deny

5   board Clowdus/Troy.  He was traveling on trip

6   1303 MEX on seat 1A and allegedly he hit the purser

7   while relocating a laptop briefcase from the floor

8   into the next to him.  According to the customers,

9   his laptop case hit the purser accidentally because

10  it's a heavy bag.

11          CSC Jose Henriquez was present and he felt

12  that removing the customer was not proper as to his

13  understanding that FA unnecessary escalated the

14  situation.  The CSC then rebooked him on the next

15  departure and once again was surprised when he

16  learned that the customer had been removed for a

17  second time.

18          I spoke to corporate security and he stated

19  that three different flight attendants filed a CERS

20  report where they witnessed the purser getting hit.

21  CSC stated, Well, that is not possible because I was

22  closest to the purser and when the incident occurred

23  with the FA were on the back of the aircraft.

24  Passenger stated he travels every week.  He was

25  still confused about why the purser took that

Aristides Maldonado
March 08, 2022

1    approach.

2            Did I read that accurately?

3    A.      Yes.

4    Q.      Okay.  So my concern is how it is that you

5    did not obtain this very pertinent tour report as

6    part of your investigation?

7                      MR. KOLB:  Objection.  Form.

8                      THE WITNESS:  We don't normally get

9            those reports.  This is the first time I've

10           seen one.

11   BY MR. WOODROW:

12   Q.      Okay.  So are there any protocols in place

13   to direct all pertinent evidence towards

14   investigators when an incident occurs?

15   A.      I try to obtain whatever relevant documents

16   are available, but, you know, this is -- like I

17   said, this is the first time I've seen one of these

18   tour reports.

19   Q.      Okay.  And is -- all right.

20           Are American Airlines management employees

21   trained to direct evidence such as this towards the

22   proper person I guess is what I'm getting at?

23                      MR. KOLB:  Objection.  Form.

24                      THE WITNESS:  I don't know.

25   BY MR. WOODROW:

Aristides Maldonado
March 08, 2022

```
 1    Q.      Okay.  Whose responsibility ultimately was

 2    it to direct this tour report towards you?  Or was

 3    it your responsibility to obtain it?

 4                     MR. KOLB:  Objection.  Form.

 5                     THE WITNESS:  I don't know whose

 6           responsibility it would have been to direct

 7           it to us.

 8    BY MR. WOODROW:

 9    Q.      Okay.  Have you ever seen tour reports as

10    part of documentation for your investigations?

11                     MR. KOLB:  Objection.  Asked and

12           answered.

13                     THE WITNESS:  No.

14    BY MR. WOODROW:

15    Q.      Never.  Would you have liked to have seen

16    this tour report at the time?

17                     MR. KOLB:  Objection.  Form.

18                     THE WITNESS:  If it was available

19           to me, yes.

20    BY MR. WOODROW:

21    Q.      And if you had received this tour report,

22    what would you have done?

23    A.      It would have been made part of my packet.

24                     (Exhibit-F was marked for

25           identification.)
```

Aristides Maldonado
March 08, 2022

```
1    BY MR. WOODROW:

2    Q.      All right.  We're going to do the same thing

3    with Exhibit-F.  Do you recognize this document?

4    A.      It says customer contact information.

5    Q.      Have you ever had occasion to review a

6    document such as this in the course of your

7    investigation?

8                   MR. KOLB:  Objection.  Form.

9                   THE WITNESS:  No.

10   BY MR. WOODROW:

11   Q.      I'll represent to you this is a customer

12   complaint.  Are you saying that you've never

13   reviewed a customer complaint as part of an

14   investigation?

15                  MR. KOLB:  Objection.  Form.

16                  THE WITNESS:  Not in this format,

17        no.

18   BY MR. WOODROW:

19   Q.      Okay.  Have you reviewed customer complaints

20   in different formats as part of an investigation?

21                  MR. KOLB:  Objection.  Form.

22                  THE WITNESS:  Yes.

23   BY MR. WOODROW:

24   Q.      Do you ever -- do you ever check to see if

25   there are customer complaints in the course of
```

Aristides Maldonado
March 08, 2022

```
 1    conducting an investigation?

 2                    MR. KOLB:  Objection.  Form.

 3                    THE WITNESS:  No.

 4    BY MR. WOODROW:

 5    Q.    Okay.  I'm going to read this out loud.  You

 6    tell me if I read it accurately.

 7          Message one.  I was seated in business class

 8    front row window seat.  The flight attendant was

 9    Carlos Merino.  I noticed after taking my seat that

10    he was verbally aggressive with passengers as they

11    boarded.  He seemed agitated and very anxious.

12          After last passengers boarded he asked me to

13    give him my leather briefcase to store overhead.  I

14    reached down and handed it to him.  As I was leaning

15    over the other seat attempting to hand my bag to

16    him, he looked away and I accidently bumped the side

17    of his leg because of the long reach of the seat.  I

18    apologized immediately.  He got very angry and said

19    I hit him.  I was baffled and apologized again.  He

20    said he didn't care, I had to get off the plane.

21    The other flight attendant and the ground crew at

22    the gate tried to intercede but he refused to listen

23    insisting I must deplane.

24          I fly every week business class with

25    American and have never experienced this before.
```

Aristides Maldonado
March 08, 2022

```
1    The other flight attendant and the attendant working

2    the gate were very kind and apologetic.  My only

3    concern is making certain that my status with

4    American is not affected by this unfortunate

5    incident.  Thank you for your consideration.  Please

6    contact me if any further information is required.

7           Did I read that correctly?

8    A.     Yes.

9    Q.     And do you still maintain that you have

10   never seen this document before?

11                  MR. KOLB:  Good lord.  Asked and

12           answered four times now.

13                  THE WITNESS:  No.  I mean, yes, I

14           have not seen it.

15   BY MR. WOODROW:

16   Q.     Okay.  And are there any protocols in place

17   to connect passenger complaints with ongoing

18   passenger investigations?

19   A.     I don't know.

20   Q.     Are there any that you are aware of?

21                  MR. KOLB:  Same objection.  Asked

22           and answered.

23                  THE WITNESS:  I don't know.

24   BY MR. WOODROW:

25   Q.     Have you ever been sent a passenger
```

Aristides Maldonado
March 08, 2022

1   complaint from an outside source in the course of

2   one of your investigations?

3   A.      Can you explain outside source?

4   Q.      Someone other than yourself.  You testified

5   that you have never gone and sought out passenger

6   complaints; correct?

7   A.      Yes.  You mean like coming through the

8   airline or you mean directly from a passenger?

9   Q.      Coming through the airline.

10  A.      Through the airline, yes.

11  Q.      Okay.  And would you have liked to see this

12  passenger complaint at the time you were conducting

13  your investigation?

14                  MR. KOLB:  Objection.  Form.

15                  THE WITNESS:  If it would have been

16       available, yes.

17  BY MR. WOODROW:

18  Q.      And is it reasonable to presume in most

19  conflicts between a passenger and a flight

20  attendant, there are going to be different sides to

21  the story?

22                  MR. KOLB:  Objection.  Form.

23                  THE WITNESS:  There might be.

24  BY MR. WOODROW:

25  Q.      Is it ever important to you to discover what

Aristides Maldonado
March 08, 2022

```
1    the other side of the story might be?
2                    MR. KOLB:  Objection.  Form.
3                    THE WITNESS:  In certain cases,
4         yes.
5    BY MR. WOODROW:
6    Q.    And why wasn't it important to you in this
7    case?
8                    MR. KOLB:  Objection.  Form.
9         Misconstrues prior testimony.
10   BY MR. WOODROW:
11   Q.    Was it important --
12   A.    I'm sorry.  What was that?
13   Q.    Was it important to you in this case to
14   determine whether there was another side to the
15   story?
16   A.    I believe I had the information available
17   through the reports and I went with the information
18   I had available at the time.
19   Q.    What steps would you have taken if you had
20   lost confidence in the credibility of Mr. Merino's
21   report?
22                    MR. KOLB:  Objection.  Form.
23                    THE WITNESS:  I would look for
24        additional information.
25   BY MR. WOODROW:
```

Aristides Maldonado
March 08, 2022

1    Q.      Okay.  So let's go to the back to the --

2    well, if the additional information had led to the

3    conclusion that reports of Mr. Clowdus' aggression

4    were overblown and his bag had only made accidental

5    conduct with Mr. Merino, is it likely that he would

6    have received a lifetime ban from American Airlines?

7                    MR. KOLB:  Objection.  Form.

8                    THE WITNESS:  I wouldn't make that

9           determination.  I wouldn't know.

10   BY MR. WOODROW:

11   Q.      Okay.  Let's go back to the IRL exhibit.

12   Let's go down to page 33.  What is this document?

13   A.      That is an E-mail.

14   Q.      Is this the first E-mail that was generated

15   as a result of the incident?

16                    MR. KOLB:  Objection.  Form.

17                    THE WITNESS:  It seems to be that

18          one.

19   BY MR. WOODROW:

20   Q.      What is the purpose of this E-mail?

21                    MR. KOLB:  Objection.  Form.

22                    THE WITNESS:  Basically to notify

23          us about an incident.

24   BY MR. WOODROW:

25   Q.      Okay.  So is this the first contact that you

Aristides Maldonado
March 08, 2022

```
1    personally had with the incident?
2                    MR. KOLB:  Objection.  Form.
3                    THE WITNESS:  Yes.
4    BY MR. WOODROW:
5    Q.      Okay.  Could you read the subject line out
6    loud, please?
7    A.      It says SITREP AA1303, 10 June Miami-Mexico,
8    physical assault.
9    Q.      Okay.  And could you read the sentence
10   underneath summary?
11   A.      After boarding, passenger Clowdus/Troy
12   became unruly about storage in the overhead bins and
13   hit a flight attendant in the stomach with his bag.
14   LEOs were not requested and the passenger was
15   deplaned.  Passenger Clowdus has been denied further
16   travel on his current PNR.
17   Q.      Okay.  So I'm -- I'm concerned.  Why is this
18   framed in such a way to already conclude intent?
19                   MR. KOLB:  Objection.  Form.
20                   THE WITNESS:  I don't know.
21   BY MR. WOODROW:
22   Q.      Okay.  Let's go up to page 28 -- 29.  This
23   is, I believe, page 2 of the -- the form that you
24   generated; is that correct?
25   A.      Yes.
```

Aristides Maldonado
March 08, 2022

1    Q.      Okay.   And do you see where it says

2    synopsis?

3    A.      Yes.

4    Q.      And was this synopsis generated before --

5    who wrote this synopsis?

6    A.      I did.

7    Q.      And did you write this before or after you

8    conducted your investigation?

9                    MR. KOLB:  Objection.  Form.

10                   THE WITNESS:  I believe that was

11         during the investigation.

12   BY MR. WOODROW:

13   Q.      Was this -- at what point in the

14   investigation did you write this synopsis?

15   A.      When I started writing the report.

16   Q.      Okay.  So this was -- if we go to page 1,

17   you started writing the report at 12:29 p.m. on

18   6/10; is that correct?

19   A.      Yes.

20   Q.      And about how long after opening this report

21   would you have filled in this synopsis?

22   A.      At the beginning.

23   Q.      Okay.  So at some point on 6/10; correct?

24   A.      Yes.

25   Q.      Okay.  I'm going to read the synopsis out

Aristides Maldonado
March 08, 2022

1    loud and you tell me if it's correct.

2          On June 10, 2021, after boarding of

3    flight 1303, Miami to Mexico, passenger Troy

4    Clowdus, VZCMGE, physically assaulted FA 1 Carlos

5    Merino by grabbing his carry-on bag and hitting the

6    FA in the stomach.  The pax was upset that the FA

7    instructed him to stow his bag in the overhead bin.

8    Pax removed, travel canceled, and added to IRL

9    pending investigation.

10         Did I read that correctly?

11   A.    Yes.

12   Q.    And if this synopsis is presumed to be true,

13   what is left for you to investigate?

14               MR. KOLB:  Objection.  Form.

15               THE WITNESS:  That's just like a

16        brief of what is in the report.  It's not

17        the actual investigation.

18   BY MR. WOODROW:

19   Q.    Mm-hmm.  And at this point have you

20   concluded that the passenger had intended to hit the

21   flight attendant?

22               MR. KOLB:  Objection.  Form.

23               THE WITNESS:  No.

24   BY MR. WOODROW:

25   Q.    Did you ever question as part of your

Aristides Maldonado
March 08, 2022

```
 1   investigation whether the passenger had intended to

 2   hit the flight attendant?

 3                    MR. KOLB:  Objection.  Form.

 4                    THE WITNESS:  Can you repeat the

 5          question again?

 6   BY MR. WOODROW:

 7   Q.     As -- as part of your investigation -- well,

 8   let me -- let me come back to that.

 9          What was your investigation seeking to

10   establish?

11                    MR. KOLB:  Objection.  Form.

12                    THE WITNESS:  Just to gather the

13          facts in the reports to see if -- to see

14          what happened and include it in my report.

15   BY MR. WOODROW:

16   Q.     Okay.  Let's move on.  We'll stay on this,

17   but first let me take a little detour.  Can you

18   explain to me what ethics point and what watchdog

19   are?

20   A.     Ethics point is a system for employees to

21   file complaints.  Watchdog, I have no idea what that

22   is.  And CERS is -- CERS reports of the corporate

23   event reporting system.

24   Q.     And why are these listed as related

25   investigations?
```

Aristides Maldonado
March 08, 2022

1              MR. KOLB:  Objection.  Form.

2              THE WITNESS:  I don't know if they

3         call it investigations.  CERS is just I put

4         that in there as a reference.

5    BY MR. WOODROW:

6    Q.     Why are -- why are ethics point and watchdog

7    in your report?

8    A.     That's included in the report automatically.

9    I don't add that in there.

10   Q.     Okay.  Was there any information or evidence

11   that you reviewed that came in through either ethics

12   point or watchdog?

13   A.     No.

14   Q.     Okay.  All right.  Let's go down to the

15   bottom of 29, top of 30.  It says narrative.  Who

16   wrote this narrative?

17   A.     I did.

18   Q.     And at what point during the investigation

19   did you write this narrative?

20   A.     Sometime during the day because -- well, on

21   June 10th to 11th.  I'm sorry.

22   Q.     Okay.  And so this -- let me read this out

23   loud.  I won't make you.

24   A.     Thank you.

25   Q.     Security ops notified GIMIA -- let me just

Aristides Maldonado
March 08, 2022

1    stop.  Who is GIMIA?

2    A.      That is Global Investigations Miami, our

3    office in Miami.

4    Q.      Okay.  Security ops notified GIMIA of an

5    incident between a passenger and a crew member after

6    boarding of flight 1303 Miami to Mexico.  According

7    to the victim, FA 1 Carlos Merino, 563798, in his

8    CERS report, passenger seated on 1F identified as

9    Troy Clowdus, VZCMGE, was asked by the FA to place

10   his carry-on bag on the overhead bin since he was in

11   a bulkhead row in business class and there was no

12   floor storage space.  The passenger became upset

13   about the instructions but told the FA he would

14   store it later.

15           Once boarding was complete, FA 1 Merino saw

16   that the passenger had not stowed the bag yet.  He

17   even offered to stow the bag for him when the

18   passenger became aggressive, grabbed his bag, and

19   deliberately hit the FA in the stomach with it.  The

20   FA told the passenger that he just hit him with the

21   bag and the passenger began to deny it.

22           FA 3 Deon Gray witnessed the actions by the

23   passenger and on his CERS report Gray states he saw

24   Clowdus become irate, grab the bag which was hidden

25   behind his leg, and intentionally aimed it at FA 1

Aristides Maldonado
March 08, 2022

1    Merino, hitting him hard in the stomach.  LEOs were

2    not requested and after removal of the passenger,

3    the flight left uneventfully.  Further travel was

4    canceled on his PNR.  Passenger Clowdus was added by

5    sec ops to the temporary IRL pending investigation.

6    RPU 9102534.

7           Did I read that correctly?

8    A.     Yes.

9    Q.     Now, that sounds like a synthesis of the two

10   CERS reports from flight attendant Merino and Gray.

11   Is that an accurate understanding?

12   A.     Yes.

13   Q.     Okay.  And this -- and was it you who

14   synthesized the two points -- the two CERS reports

15   into this one narrative?

16   A.     Yes.

17   Q.     And this narrative also sounds very sure of

18   how the events transpired.  What was the most

19   important thing to establish in making the decision

20   to ban Mr. Clowdus for life from flying on American

21   Airlines?

22                 MR. KOLB:  Objection.  Asked and

23           answered.  He's repeatedly stated he did not

24           make the determination.

25                 THE WITNESS:  I don't know.  Like I

Aristides Maldonado
March 08, 2022

1              said, I don't make the determination as far

2              as the permanent banning.

3    BY MR. WOODROW:

4    Q.     Okay.  What did you do to conduct an

5    investigation beyond reading the two tour reports

6    and synthesizing them together?

7                     MR. KOLB:  Objection.  Form.

8                     THE WITNESS:  Just what I had

9              available at the time and I included it in

10             my reports.

11   BY MR. WOODROW:

12   Q.     Okay.  Let's go to -- let's go back to the

13   actual CERS reports.  We're going to go up to Gray

14   and Merino.  I was going to have you read these out

15   loud, but I'll do it.

16   A.     Thank you.

17                     MR. KOLB:  Do you really want to

18             read from a document?  I mean --

19                     MR. WOODROW:  Yeah, I do.

20                     MR. KOLB:  It says what it says.

21                     MR. WOODROW:  I'll read it quickly.

22             I just want to read it into the record.

23                     MR. KOLB:  Into the record.  Okay.

24             You think you're going to introduce you're

25             reading a document in a deposition?  It's

Aristides Maldonado
March 08, 2022

```
 1          time to waste, I'm just saying.
 2                    MR. WOODROW:  Thank you.  Let me
 3          waste my time.  Just saying.
 4                    MR. KOLB:  Mine as well.  There's
 5          consequences for that.
 6     BY MR. WOODROW:
 7     Q.      Okay.  Mr. Maldonado, what is this document
 8     right here?
 9     A.      It's a CERS -- copy of a CERS report
10     submitted by flight attendant Deon Gray.
11     Q.      Okay.  And are you familiar with this
12     document?
13     A.      Yes.
14     Q.      Okay.  And did you review this document as
15     part of preparing for your deposition today?
16     A.      Yes.
17     Q.      All right.  Now, I just have actually a
18     question that I'm going to do a little detour here.
19     It says right here web admin Gray Deon, crew five.
20     Do you know what that means?
21     A.      No, I don't.
22     Q.      Okay.  Because up in your narrative in the
23     IRL packet where we just read, it says FA 3 Deon
24     Gray.  And what does FA 3 mean?
25     A.      Well, normally on this -- when you call a
```

Aristides Maldonado
March 08, 2022

1    small aircraft, they have four flight attendants and

2    they refer to them by number.

3    Q.      And does that number have to do with their

4    stationing in the cabin?

5    A.      I believe so, but I'm not sure.

6    Q.      And so where would you have picked up

7    station three, FA 3 in writing your narrative?

8    A.      That would have been in the CERS report.

9    There's a tab that shows the employees and it lists

10   all the crew.

11   Q.      Okay.  Could you show me in this CERS report

12   where that is, where that's reflected?

13   A.      That's not in there.

14   Q.      That would not be in -- well, let's see.

15   There's a lot of tabs down here that are printed

16   out.  We have seat crew five.  Would that be --

17   would that --

18   A.      No, that would not be it.  That's on the

19   actual -- on the computer there is a tab and when

20   you click on it, it will say employee.  And you

21   click on that tab, it will have a list of the

22   members of the crew and it will tell you what the

23   position was in the aircraft.

24   Q.      So if this here says crew five and the tab

25   that you pulled down says crew three, then one of

Aristides Maldonado
March 08, 2022

1    those is wrong; right?

2    A.      In the positions it would not say crew.  It

3    would say flight attendant and the number.

4    Q.      Okay.  So you don't know what crew five

5    means?

6    A.      No.

7    Q.      Okay.  So let's go back to this.  This is

8    created on 6/10/21 at 8:42 a.m.

9          Pax seated at bulkhead.  The number one

10   explained the bulkhead rules regarding carry-on

11   bags.  During the boarding pass, was asked several

12   times by FA 1 to put his bag in the overhead bin.

13   Pax hid the bag behind his leg.  When we were

14   preparing cabin door for door closure, number one

15   offered to put the bag in the overhead.  Pax became

16   irate, grabbed his bag from behind his legs, and

17   intentionally aimed at number one and hit him hard

18   in his stomach with it and stood there glaring at

19   the number one.  The pax was removed from the

20   flight.

21         Comments, concerns, recommendations related

22   to the incident.  Created on 6/10/21, 8:42.  No form

23   of assault is acceptable on the crew.  The company

24   needs to support and protect their crews.  If the

25   company keeps refusing to prosecute these violent

Aristides Maldonado
March 08, 2022

1    offenders, then the crews will be left with no

2    choice but to do it ourselves.  The company must

3    start providing a safe work environment.  The FAA

4    will be notified by us.

5         Did I read that accurately?

6    A.    Yes.

7    Q.    Okay.  So my first question is:  These

8    threats at the end to do something on their own, did

9    that have any influence on how you conducted your

10   investigation?

11   A.    No --

12                 MR. KOLB:  Objection.  Form.

13                 THE WITNESS:  I'm sorry.  No.

14   BY MR. WOODROW:

15   Q.    Okay.  So when you read this CERS report by

16   an alleged witness, as an investigator did you

17   presume that every factual allegation that she made

18   in here was supported by her firsthand observation?

19                 MR. KOLB:  Objection.  Form.

20                 THE WITNESS:  Yes.

21   BY MR. WOODROW:

22   Q.    Okay.  Let's do the same with Merino.  We're

23   going to tie them together.  Do you recognize this

24   -- this document?

25   A.    Yes.

Aristides Maldonado
March 08, 2022

1    Q.      And what is this?

2    A.      The CERS report that was submitted by flight

3    attendant Merino.

4                    MR. KOLB:  Which exhibit is this

5           for the depo?

6                    MR. WOODROW:  This is Exhibit-D.

7                    MR. KOLB:  I thought Gray was D.

8                    MR. WOODROW:  All three of them are

9           together in one exhibit; Gray, Merino, and

10          Henriquez.

11                   MR. KOLB:  Got it.  Thanks.

12   BY MR. WOODROW:

13   Q.      And is this a CERS report that you relied

14   upon in conducting your investigation?

15                   MR. KOLB:  Objection.  Form.

16                   THE WITNESS:  Yes.

17   BY MR. WOODROW:

18   Q.      Okay.  Same deal.  Facts related to the

19   event.  Created on 6/10/21 at 8:13.  Passenger was

20   asked at the beginning of boarding process to place

21   his bag on the OHB before we were to go out of

22   space.  Passenger got mad about it but accepted to

23   do it later.  After being finished boarding and

24   checking the cabin, I asked passenger to place his

25   bag in the OHB, even I offered to do it myself.  He

Aristides Maldonado
March 08, 2022

1    was so aggressive about it, I explained the rule to

2    him about bulkhead and he grabbed his bag and

3    deliberately hit me in my stomach very hard with it.

4    I asked him, you just hit me with your bag.  And he

5    replied very aggressively, no, I didn't.  I advised

6    the captain about it immediately and because his

7    aggressively behavior it was decided to remove him

8    from the flight.  This behavior should not be

9    tolerated by AA at all.  I was physically assaulted

10   by this man and the company should do something

11   about it.

12           Okay.  We can stop right there.  As an

13   investigator, did you consider it at all unusual

14   that Mr. Gray's account was more rich in factual

15   detail than Merino's despite the fact that she

16   presumably had her own job that she was doing that

17   morning?

18                   MR. KOLB:  Objection.  Form.

19                   THE WITNESS:  I don't know what

20           you're saying as far as she was doing

21           another job.

22   BY MR. WOODROW:

23   Q.      Well, she was another flight attendant, was

24   she not?

25   A.      Yes, but what are you referring to?  I did

Aristides Maldonado
March 08, 2022

1    not understand that question.

2    Q.      Well, did both Mr. Merino and Mrs. Gray have

3    their own jobs that they were performing that

4    morning in preparation for the airplane to depart?

5                      MR. KOLB:  Objection.  Form.

6                      THE WITNESS:  I don't know.

7    BY MR. WOODROW:

8    Q.      Do you have any reason to believe that

9    Mrs. Gray was for some reason shadowing Mr. Merino

10   in his duties that morning?

11                     MR. KOLB:  Objection.  Form.

12                     THE WITNESS:  I don't know.

13   BY MR. WOODROW:

14   Q.      Was it your belief at the time that you

15   conducted your investigation that Mrs. Gray was

16   shadowing Mr. Merino and that is how her report was

17   so flush with detail?

18                     MR. KOLB:  Objection.  Form.

19                     THE WITNESS:  No.

20   BY MR. WOODROW:

21   Q.      Okay.  As an investigator, did it give you

22   pause that Ms. Gray placed Mr. Clowdus as standing

23   there glaring at Merino after he hits him, but

24   Merino never claims in his report that Clowdus rose

25   from his window seat?

Aristides Maldonado
March 08, 2022

1              MR. KOLB:  Objection.  Form.

2                    THE WITNESS:  Can you repeat the

3         question?

4    BY MR. WOODROW:

5    Q.      We just read Mrs. Gray's report.  And in it

6    she says, After the passenger struck him and stood

7    there glaring at the number one.  Do you see that?

8    A.      Yes.

9    Q.      Okay.  And now Merino's report, does he ever

10   say that the passenger rose from his 1F window seat?

11   A.      No.

12   Q.      Did you notice that discrepancy at the time?

13   A.      I don't know if that's a discrepancy.

14   Q.      If a passenger is standing there glaring in

15   one report and he's sitting in a window seat in the

16   other, is that not a discrepancy?

17                    MR. KOLB:  Objection.

18        Misrepresents the documents, argumentative.

19                    THE WITNESS:  Like I said, I don't

20        know.  I wasn't there, so I don't know what

21        he might have put in there.  Maybe he forgot

22        to put it in the report.  I don't know.

23   BY MR. WOODROW:

24   Q.      But you didn't question further into the

25   possible discrepancy at the time, did you?

Aristides Maldonado
March 08, 2022

1          MR. KOLB:  Objection.  Misconstrues

2      testimony.

3          THE WITNESS:  Like I said, I didn't

4      consider it a discrepancy.

5  BY MR. WOODROW:

6  Q.    Okay.  As an investigator, did you wonder at

7  all what made Gray so sure that Mr. Clowdus struck

8  Merino intentionally?

9          MR. KOLB:  Objection.  Form.

10          THE WITNESS:  Like I said, I don't

11      know.  I wasn't there.  I relied on the

12      report that it was accurate.

13  BY MR. WOODROW:

14  Q.    Would it have made a difference to the

15  outcome of your investigation if the passenger had

16  struck Mr. Merino accidentally?

17          MR. KOLB:  Objection.  Form.

18          THE WITNESS:  No.

19  BY MR. WOODROW:

20  Q.    And why not?

21  A.    Like I said, I was still made the

22  information in the report.  Everything would be

23  included, but like I stated before I don't make

24  determinations for permanent ban.

25  Q.    Do you think it would have made a difference

Aristides Maldonado
March 08, 2022

1    to the decision makers who did make that

2    determination whether the passenger had accidentally

3    bumped the flight attendant or had intentionally hit

4    him in the stomach as this CERS report alleges?

5                      MR. KOLB:  Objection.  Calls for

6            speculation.

7                         THE WITNESS:  I don't know.

8    BY MR. WOODROW:

9    Q.      Okay.  As an investigator, did you notice

10   that Mrs. Gray alleges that Mr. Merino asked

11   Mr. Clowdus three times -- several times, to be

12   precise, to put his back in the overhead bin, but

13   Mr. Merino himself only identifies two instances?

14                      MR. KOLB:  Objection.  Form.

15   BY MR. WOODROW:

16   Q.      Did you notice that --

17   A.      No.

18   Q.      You did not notice that when you conducted

19   the investigation?

20                      MR. KOLB:  Objection.  Form.

21                      THE WITNESS:  No.

22   BY MR. WOODROW:

23   Q.      Okay.  As an investigator, did it give you

24   pause that Merino recounts saying, I asked him, you

25   just hit me with your bag, or otherwise as he

Aristides Maldonado
March 08, 2022

```
 1    explained in his deposition, I stood there and

 2    waited for him to apologize?

 3                  MR. KOLB:  Are you asking him to

 4          talk about what someone said in a deposition

 5          he didn't attend?

 6                  MR. WOODROW:  No.  That was an

 7          extra.

 8    BY MR. WOODROW:

 9    Q.     Did it give you pause that Merino recounts

10    saying, I asked him, you just hit me with your bag?

11                  MR. KOLB:  Objection.  Form.

12                  THE WITNESS:  Okay.  I got a little

13          confused here with that question where you

14          were talking about a depo.  Can you repeat

15          that?

16    BY MR. WOODROW:

17    Q.     Okay.  As an investigator, did it give you

18    pause in Merino's statement that he recounts saying,

19    I asked him, you just hit me with your bag?  And --

20                  MR. KOLB:  Objection.

21                  MR. WOODROW:  Let me follow along

22          with that.

23    BY MR. WOODROW:

24    Q.     In your experience as an investigator, is it

25    likely that someone who knows they have been struck
```

Aristides Maldonado
March 08, 2022

```
 1   intentionally stands and waits for an apology?
 2                    MR. KOLB:  Objection.  Form.
 3                    THE WITNESS:  I don't know.
 4   BY MR. WOODROW:
 5   Q.     Is that the sort of question that as an
 6   investigator you were trained to ask?
 7                    MR. KOLB:  Objection.  Form.
 8                    THE WITNESS:  Okay.  I'm getting
 9          sidetracked here with the apology thing.
10          Are you asking me about the apology?  I
11          never saw that in there.
12   BY MR. WOODROW:
13   Q.     That was not in there.  That was what
14   Mr. Merino said in his deposition, so I'm sorry to
15   confuse you.  We'll stick to the question I asked,
16   which is where he said -- Mr. Merino recounts saying
17   after being struck with the bag, his response was, I
18   asked him, you just hit me with your bag.
19          And my question to you is:  In your
20   experience as an investigator, is it likely that
21   someone who knows they have been struck
22   intentionally stands and waits for an apology?
23                    MR. KOLB:  Objection.  Speculation.
24                    THE WITNESS:  I don't know.
25   BY MR. WOODROW:
```

Aristides Maldonado
March 08, 2022

```
 1   Q.      Did you ask yourself that question as part
 2   of conducting an investigation?
 3                   MR. KOLB:  Objection.  Form.
 4                   THE WITNESS:  No.
 5   BY MR. WOODROW:
 6   Q.      As an investigator, do you ever question the
 7   credibility of the CERS reports that you read?
 8                   MR. KOLB:  Objection.  Asked and
 9           answered four times now.
10                   Go ahead, sir, you can answer it a
11           fifth time.  If you don't understand the
12           question, let him know.
13                   THE WITNESS:  Okay.  It depends.
14   BY MR. WOODROW:
15   Q.      Did you answer the question?
16   A.      Yes.
17   Q.      Okay.  But as an investigator, did you feel
18   the need to question the credibility of these
19   specific CERS reports?
20                   MR. KOLB:  Objection.  Asked and
21           answered.
22                   THE WITNESS:  No.
23                   MR. WOODROW:  Okay.  All right.  I
24           think I'm getting close to the end.  Do you
25           guys want to take a little break?  15-minute
```

Aristides Maldonado
March 08, 2022

 1          break, come back, wrap it up?

 2                    MR. KOLB:  That works fine.  Thank

 3          you.

 4                    (A recess was taken at 12:06 p.m.

 5          and resumed at 12:11 p.m.)

 6     BY MR. WOODROW:

 7     Q.     All right.  I just have a couple more

 8     questions.

 9          Mr. Maldonado, let's go back to the IRL

10     report briefly.  See if I can share it again.

11          All right.  Let's go down to the last page.

12     And I'm just curious as to -- you see where it says

13     required documentation?

14     A.     Yes.

15     Q.     And you have three categories that are all

16     checked.  The first one is the CERS category which

17     we discussed thoroughly today.  Can you explain the

18     other two, please?

19     A.     The other one is the reports for accounts

20     and the third victim witness statements for that

21     account.

22     Q.     And what are those?

23     A.     Those are the statements provided by the

24     team member station and witnesses.

25     Q.     So are these redundant categories?

Aristides Maldonado
March 08, 2022

1   A.      Yes.  Because if everything is included in

2   the CERS reports, you can also check those too.  You

3   can individually, the victim or witness statement

4   that came through E-mail or perhaps another

5   different way.

6   Q.      Okay.  And now we have incident summary.

7   And is this the -- is this the final conclusion of

8   your investigation, this summary?

9   A.      Yes, that's basically what I have on my

10  reports and I included in the incident summary.

11  Q.      Okay.  And is this -- is this the -- is this

12  the summary that your superiors rely upon to make

13  their decision?

14              MR. KOLB:  Objection.  Speculation.

15              THE WITNESS:  I don't know.

16  BY MR. WOODROW:

17  Q.      How is this summary used?

18  A.      I don't know.

19  Q.      And does your report conclude that an

20  assault occurred?

21  A.      That's not a conclusion.  It just has all

22  the information regarding what happened.

23  Q.      Okay.  And if we go to section one, there's

24  a checkmark next to 3.1.1.  What is that?

25  A.      That is called internal refuse list policy

Aristides Maldonado
March 08, 2022

1   criteria.

2   Q.      And what is it?

3   A.      3.1.1 is passengers who assault any employee

4   of American Airlines such as airport agents, flight

5   crew, or any American Airlines passenger, law

6   enforcement or security screening personnel,

7   including but not limited to passengers who display

8   or show the potential to display disorderly,

9   offensive, abusive, or violent conduct.

10  Q.      Okay.  And why does this section have a

11  checkmark next to it?

12  A.      That's what the criteria was when the

13  passenger was put on the refuse list.

14  Q.      Mm-hmm.  And is that checkmark an indication

15  that this passenger had assaulted somebody?

16  A.      Just an indication that that's what the

17  internal refuse list criteria was --

18  Q.      And --

19  A.      -- following this incident.

20  Q.      And does your report indicate that the

21  passenger met this criteria?

22                  MR. KOLB:  Objection.  Form.  Asked

23          and answered.

24                  THE WITNESS:  I don't make that

25          determination.

Aristides Maldonado
March 08, 2022

1    BY MR. WOODROW:

2    Q.     You keep saying you don't make that

3    determination, but you're representing to your

4    superior a conclusion for them to act upon.  And so

5    is there anything in this final report that displays

6    any ambiguity about whether an assault occurred?

7                    MR. KOLB:  Objection.  Compound,

8          misconstrues prior testimony.

9    BY MR. WOODROW:

10   Q.     Is there anything in this final report that

11   displays any ambiguity about whether an assault

12   occurred?

13                   MR. KOLB:  Objection.  Asked and

14         answered.

15                   THE WITNESS:  Like I said, I just

16         put everything in my report as far as what

17         the criteria is or what happened, that was

18         determining the addition to the internal

19         refuse list.  But as far as determination,

20         that's not my job.

21   BY MR. WOODROW:

22   Q.     Okay.  Based on what you've learned here

23   today, Mr. Maldonado, do you think that you have

24   heard enough new information to amend Mr. Clowdus'

25   report and resubmit it for higher review as you

Aristides Maldonado
March 08, 2022

1    earlier discussed that you sometimes do?

2                    MR. KOLB:  Objection.  Form.

3                    THE WITNESS:  No.

4    BY MR. WOODROW:

5    Q.     Why not?

6    A.     I submitted everything that I had available

7    at the time and I don't think I need any other

8    information.

9    Q.     Have you heard any information today that

10   runs counter to what you submitted at the time?

11   A.     If there are other conflicting statements,

12   but like I said this is what I had available at the

13   time.

14   Q.     You testified earlier that you have

15   occasionally had new information come to light and

16   in that instance you would resubmit it up the chain.

17   Is that not correct?

18   A.     I attach information to the report, yes.

19   Q.     So I'm asking you, have you heard enough

20   information here today that in the normal course of

21   events you would add the information to the report

22   and submit it up the chain of command?

23                    MR. KOLB:  Objection.  Asked and

24        answered.

25                    THE WITNESS:  Like I said before,

Aristides Maldonado
March 08, 2022

```
 1              if I had additional information I would add
 2              it to the reports.
 3    BY MR. WOODROW:
 4    Q.     Have you heard additional information today
 5    that satisfies that in your mind?
 6                   MR. KOLB:  Objection.  Asked and
 7              answered.
 8                   THE WITNESS:  No.
 9    BY MR. WOODROW:
10    Q.     Why not?
11                   MR. KOLB:  Objection.  Asked and
12              answered.
13                   MR. WOODROW:  No, it hasn't been
14              answered, Kelly, so stop.
15                   MR. KOLB:  Objection stands.
16                   THE WITNESS:  Like I said, I added
17              the information I had available.  If there
18              was other information available, I would
19              have submitted it in the reports.
20    BY MR. WOODROW:
21    Q.     Mr. Maldonado, I appreciate that but I'm not
22    asking about what you did at the time.  We discussed
23    earlier what you do in a situation where additional
24    information comes to light at a later date.  And at
25    that point you said, well, if it's new information I
```

Aristides Maldonado
March 08, 2022

1    submit it -- I open the report and I add it and I

2    send it back up.  Is that not what you said,

3    Mr. Maldonado?

4    A.     It's not that we send it back up.  It's that

5    we include it in the reports.

6    Q.     Right.  So what I'm asking you is today, has

7    the quality of the information that you have

8    learned, which we have thoroughly established you

9    did not know at the time, has the quality of that

10   information been such that in the normal course of

11   events you would feel a moral obligation to add it

12   to the report and submit it?

13                    MR. KOLB:  Objection.  Vague as to

14         what a moral obligation is.  Asked and

15         answered, calls for speculation.

16                    THE WITNESS:  No.

17   BY MR. WOODROW:

18   Q.     In your opinion then, Mr. Maldonado, does

19   Mr. Henriquez's view of what occurred and what

20   should have occurred have no bearing upon the

21   decision -- have no -- have no potential value in

22   making the decision that was made against

23   Mr. Clowdus?

24                    MR. KOLB:  Objection.  Form.

25         Previously stated he doesn't make the

Aristides Maldonado
March 08, 2022

```
1            decision.

2                     THE WITNESS:  Like I said, I don't

3            know what Mr. Merino saw or heard because I

4            never saw that report.

5    BY MR. WOODROW:

6    Q.    Mr. Henriquez --

7    A.    Henriquez.  Sorry.  Thank you.

8    Q.    Right.  And today we did see that report;

9    correct?

10   A.    Yes.

11   Q.    And today we saw the tour report where he

12   expressed the opinion that it was really the flight

13   attendant's fault for escalating the situation;

14   correct?

15   A.    Yes.

16   Q.    And should Mr. Henriquez's opinion been also

17   included and evaluated in the decision whether or

18   not to ban Mr. Clowdus?

19                     MR. KOLB:  Objection.  Form.

20                     THE WITNESS:  It would go in the

21            report if I had it available, but like I

22            said the determination it was not up to me.

23   BY MR. WOODROW:

24   Q.    I understand that it was not.  And that's

25   why I'm asking you whether it should have been
```

Aristides Maldonado
March 08, 2022

1    included such that now that you've seen it, it would

2    be the type of situation where you include it after

3    the fact?

4                    MR. KOLB:  Objection.  Form.

5                    THE WITNESS:  If I had it

6          available, I would have included it, yes.

7    BY MR. WOODROW:

8    Q.      And if you had it available and there was

9    not this lawsuit and you came to your attention

10   through the normal course of events, would you

11   reopen the file and include it for further

12   consideration?

13                   MR. KOLB:  Objection.  Form.

14                   THE WITNESS:  I would include the

15         report.  But like I said the reconsideration

16         part, I don't know.

17   BY MR. WOODROW:

18   Q.      Okay.  Are you testifying then that if you

19   had the tour report and Mr. Henriquez's CERS

20   statement after the fact, that you would include it

21   and resend it up the chain of command?

22   A.      I would have included them and just put them

23   in the report.  That's what I would have done.

24   Q.      Mm-hmm.  I understand that that's what you

25   would've done.  I'm asking you is that what you

Aristides Maldonado
March 08, 2022

1    would do after the fact in the situation like we

2    discussed where sometimes you go back and try to fix

3    something that you got wrong?

4                    MR. KOLB:  Objection.  Misconstrues

5           prior testimony, calls for speculation.

6                    THE WITNESS:  I don't know.

7                    MR. WOODROW:  Okay.  All right.

8           That's all I got.

9                    MR. KOLB:  Reserve all of our

10          questions until the time of trial.  Madam

11          Court Reporter, we will read and sign.

12                   THE REPORTER:  Okay.  So, Mr. Kolb,

13          you'd like a copy of the transcript?

14                   MR. KOLB:  Yes.

15                   (Witness excused.)

16                   (The deposition concluded at

17          12:23 p.m.)

18

19

20

21

22

23

24

25

Aristides Maldonado
March 08, 2022

1                C E R T I F I C A T I O N

2

3          I, JENNIFER D'ANGELO, Registered

4    Professional Reporter, do hereby certify:

5          That prior to being examined, the witness in

6    the foregoing proceedings was by me duly sworn to

7    testify to the truth, the whole truth, and nothing

8    but the truth;

9          That said proceedings were taken remotely

10   before me at the time and places therein set forth

11   and were taken down by me in shorthand and

12   thereafter transcribed into typewriting under my

13   direction and supervision;

14         I further certify that I am neither counsel

15   for, nor related to, any party to said proceedings,

16   not in anywise interested in the outcome thereof.

17         In witness whereof, I have hereunto

18   subscribed my name.

19

20                     - - -

21

22   DATE: 3/29/22      _____

23                 Jennifer D'Angelo, RPR, CCR-NJ

24

25

Aristides Maldonado
March 08, 2022

```
1                    ACKNOWLEDGEMENT OF DEPONENT

2

3

4                    I, ARISTIDES MALDONADO, have read the

5     foregoing deposition given on February 8, 2022,

6     consisting of page one to page 100 inclusive, and it

7     is true, correct and complete to the best of my

8     knowledge, recollection and belief, except for the

9     corrections, if any, attached on a separate sheet

10    herewith.

11

12

13    _____

14    Aristides Maldonado

15

16

17

18

19

20

21

22

23

24

25
```

Aristides Maldonado
March 08, 2022

1                          ERRATA

2       Page, Line                           Change

3       _____

4       _____

5       _____

6       _____

7       _____

8       _____

9       _____

10      _____

11      _____

12      _____

13      _____

14      _____

15      _____

16      _____

17      _____

18      _____

19      _____

20      _____

21      _____

22      _____

23      _____

24      _____

25      _____

Aristides Maldonado
March 08, 2022

---
### Exhibits
---

**EX A Aristides Maldonado 030822**
 3:13 39:24 40:2

**EX B Aristides Maldonado 030822**
 3:14 42:8,12

**EX C Aristides Maldonado 030822**
 3:15 44:6,9

**EX D Aristides Maldonado 030822**
 3:16 53:22 54:1 82:6

**EX E Aristides Maldonado 030822**
 3:17 60:9,12

**EX F Aristides Maldonado 030822**
 3:18 63:24 64:3

---
### 1
---

**1**
 54:14 55:7 71:16 72:4 75:7,15,25 80:12
**10**
 70:7 72:2
**10:52**
 55:2,3,6,23 59:3
**10th**
 19:21 40:16 60:19 74:21

**11:24**
 41:23
**11th**
 41:22 74:21
**12:06**
 91:4
**12:11**
 91:5
**12:23**
 100:17
**12:29**
 40:17 41:1 55:9,14 71:17
**1303**
 52:13 61:6 72:3 75:6
**15-minute**
 90:25
**1500**
 5:15
**1987**
 9:1
**1A**
 61:6
**1F**
 52:13 56:2 75:8 85:10

---
### 2
---

**2**
 54:14 70:23
**2000s**
 9:7
**2015**
 9:8,11
**2020**
 11:16
**2021**
 72:2
**22nd**
 42:16
**23**
 52:9

**24**
 41:25
**28**
 9:2 70:22
**29**
 70:22 74:15

---
### 3
---

**3**
 75:22 78:23, 24 79:7
**3.1.1**
 92:24 93:3
**30**
 74:15
**33**
 69:12
**35**
 51:8 52:4,7

---
### 4
---

**4**
 45:7
**47**
 41:7

---
### 5
---

**53**
 44:12
**563798**
 75:7

---
### 6
---

**6/10**
 71:18,23
**6/10/2021**
 41:1 55:14
**6/10/21**
 55:2,6 80:8, 22 82:19
**6b(4)**
 44:12

---
### 7
---

**79**
 8:15

---
### 8
---

**8:13**
 82:19
**8:42**
 80:8,22

---
### 9
---

**9102534**
 76:6

---
### A
---

**a.m.**
 55:2,3,6,23 59:3 80:8
**A2**
 45:7
**AA**
 12:9 16:18 17:5 29:24 38:8,15 39:5 83:9
**AA's**
 29:1
**AA1303**
 70:7
**able**
 34:10 50:17, 18
**above**
 12:5
**abusive**
 93:9
**acceptable**
 80:23
**accepted**
 82:22

Aristides Maldonado
March 08, 2022

access
 19:7,9,10
accidental
 69:4
accidentally
 61:9 86:16
 87:2
accidently
 65:16
account
 23:4 32:21
 34:19,22
 83:14 91:21
accounts
 30:17 33:3
 91:19
accurate
 17:13 76:11
 86:12
accurately
 56:13 62:2
 65:6 81:5
accused
 38:1
act
 94:4
action
 13:23 14:12,
 17 23:13
 27:2,4
 34:11,14
 38:17 39:1
 44:4
actions
 6:25 75:22
active
 8:20
actual
 46:8,22
 55:18 72:17
 77:13 79:19
add
 74:9 95:21
 96:1 97:1,11
added
 27:15 46:23,
 24 53:19

72:8 76:4
 96:16
addition
 94:18
additional
 16:3 18:3,9,
 10,19 19:4,5
 20:20,21
 21:7 27:8,11
 28:4 36:13,
 22 38:24
 59:6,18 60:7
 68:24 69:2
 96:1,4,23
address
 5:10
admin
 78:19
adverse
 38:17
advised
 52:19 83:5
affect
 40:23
affected
 66:4
aftermath
 57:13
afternoon
 40:17
agency
 38:3,5
agents
 10:17 45:3
 93:4
aggression
 69:3
aggressive
 65:10 75:18
 83:1
aggressively
 83:5,7
agitated
 65:11
ago
 6:11

agree
 24:7
ahead
 5:17 21:2
 35:23 43:19
 90:10
aimed
 75:25 80:17
aircraft
 9:19 10:4,8
 12:25 45:12,
 15 61:23
 79:1,23
airline
 38:9 67:8,9,
 10
Airlines
 9:10,14
 38:24 51:6
 57:17 62:20
 69:6 76:21
 93:4,5
airplane
 84:4
airport
 12:16 44:20
 48:16 93:4
allegation
 37:11 81:17
allege
 53:5 56:22
alleged
 81:16
allegedly
 19:24 61:6
alleges
 87:4,10
allergies
 40:22
allow
 10:3,4
allowed
 10:8
ambiguity
 94:6,11
amend
 94:24

America
 8:10 12:15
American
 9:10,14
 38:24 51:6
 57:17 62:20
 65:25 66:4
 69:6 76:20
 93:4,5
amount
 8:22 37:24
angry
 65:18
answer
 6:4,5,19,22
 90:10,15
answered
 31:7 63:12
 66:12,22
 76:23 90:9,
 21 93:23
 94:14 95:24
 96:7,12,14
 97:15
answers
 47:2
anxious
 65:11
apologetic
 66:2
apologies
 40:23
apologize
 88:2
apologized
 65:18,19
apology
 89:1,9,10,22
appeals
 39:5
appreciate
 96:21
approach
 62:1
approached
 56:3

Aristides Maldonado
March 08, 2022

area
    12:13 13:12
argumentative
    85:18
ARISTIDES
    5:6
around
    57:19,25
asked
    31:6 52:14
    56:4 63:11
    65:12 66:11,
    21 75:9
    76:22 80:11
    82:20,24
    83:4 87:10,
    24 88:10,19
    89:15,18
    90:8,20
    93:22 94:13
    95:23 96:6,
    11 97:14
asking
    33:25 35:15
    60:14 88:3
    89:10 95:19
    96:22 97:6
    98:25 99:25
assault
    37:12,20
    56:23 70:8
    80:23 92:20
    93:3 94:6,11
assaulted
    72:4 83:9
    93:15
assaulting
    38:1
assess
    45:12
assign
    13:23
assigned
    12:4
assist
    44:24

attach
    51:2 95:18
attempt
    57:14
attempting
    65:15
attend
    88:5
attendant
    19:23,24
    20:14,16
    22:15,16,17
    23:3,18
    24:16,25
    26:14 30:1,
    5,11 32:19
    33:15,16
    34:2 36:15,
    18,20 45:13,
    19 46:13
    50:20,21
    52:15,17,19,
    20 53:7,10
    56:4 57:13
    58:5 65:8,21
    66:1 67:20
    70:13 72:21
    73:2 76:10
    78:10 80:3
    82:3 83:23
    87:3
attendant's
    23:4 98:13
attendants
    10:17 33:11
    50:21 53:21
    61:19 79:1
attention
    99:9
authority
    28:13,17,21
    29:8,12
automatically
    74:8
available
    14:15 16:12,
    13 17:11,17
    18:2,4,11,22

    20:5 43:9
    50:9 51:12
    58:25 59:4
    62:16 63:18
    67:16 68:16,
    18 77:9
    95:6,12
    96:17,18
    98:21 99:6,8
avoid
    10:5 38:16
aware
    57:11,16,23
    58:4,13
    66:20

_____

            B

back
    8:14,15 9:1
    11:16 15:23
    20:11 42:24
    51:14,16,21,
    25 52:4 55:6
    58:7 61:23
    69:1,11 73:8
    77:12 80:7
    87:12 91:1,9
    97:2,4 100:2
background
    8:3
baffled
    65:19
bag
    52:15,18
    53:9 56:4,7,
    11 61:10
    65:15 69:4
    70:13 72:5,7
    75:10,16,17,
    18,21,24
    80:12,13,15,
    16 82:21,25
    83:2,4 87:25
    88:10,19
    89:17,18
bags
    80:11

ban
    13:24 14:5,
    25 27:5,6,22
    28:11,14,18,
    21 29:5
    42:14 69:6
    76:20 86:24
    98:18
banned
    14:3 42:20
banning
    77:2
bans
    15:3
based
    27:22 94:22
basically
    9:17 10:1,6,
    14 11:2,12,
    19 12:11
    13:20 17:3,
    10 20:14
    69:22 92:9
basis
    24:2
bearing
    97:20
began
    75:21
beginning
    28:3,6 71:22
    82:20
behalf
    5:24
behavior
    21:17 83:7,8
behind
    75:25 80:13,
    16
belief
    84:14
believe
    7:12 19:21
    20:15 29:3
    44:5 60:13
    68:16 70:23
    71:10 79:5

Aristides Maldonado
March 08, 2022

84:8

**believed**
58:15

**below**
12:5

**benefit**
6:17

**big**
51:16,19,24
52:2

**bin**
72:7 75:10
80:12 87:12

**bins**
70:12

**Biscayne**
5:13,14

**bit**
8:2 44:10
47:23

**blanks**
41:13

**board**
9:24 10:2,8
61:5

**boarded**
10:5 65:11,
12

**boarding**
45:2,8 70:11
72:2 75:6,15
80:11 82:20,
23

**body**
56:11

**Border**
10:11

**born**
8:11

**bottom**
41:20 46:3
74:15

**Boulevard**
5:14

**break**
90:25 91:1

**brief**
72:16

**briefcase**
61:7 65:13

**briefly**
54:4 91:10

**bringing**
10:2

**broaden**
19:13

**brought**
9:24

**bulkhead**
52:16 56:5
57:19 75:11
80:9,10 83:2

**bumped**
65:16 87:3

**business**
22:10 65:7,
24 75:11

---

### C

**cabin**
79:4 80:14
82:24

**call**
9:17 10:14,
19 15:15,21
23:9 43:14
45:12 48:17
61:4 74:3
78:25

**called**
16:8 29:1,2
41:9 43:11
45:15 92:25

**calls**
36:4 48:15
87:5 97:15
100:5

**Cana**
13:9

**canceled**
72:8 76:4

**capacity**
48:9

**captain**
45:11,13,19
52:19 56:9,
12 83:6

**card**
45:8

**care**
65:20

**Caribbean**
12:17

**Carlos**
20:15 65:9
72:4 75:7

**carry-on**
72:5 75:10
80:10

**case**
10:23 18:22
25:3 44:5
53:21 61:9
68:7,13

**cases**
28:1,2 68:3

**categories**
91:15,25

**category**
91:16

**caterer**
10:9

**caterers**
10:1

**catering**
9:18,23,24
10:5

**caught**
30:5

**caused**
60:3

**CBP**
9:18,23
10:3,7,10
11:15

**cellphone**
56:2

**CERS**
18:6,25 19:7
20:6,9,13,24
21:16 30:16,
24 31:4,13,
20 32:19
33:2,14
34:17 35:5
36:14 43:7,
9,18,22
46:13,19,21
47:3 49:3,
10,17 50:25
51:2,9
53:15,17,20,
25 54:16,17
55:24 56:17,
19 59:3,6,
12,17 60:3
61:19 73:22
74:3 75:8,23
76:10,14
77:13 78:9
79:8,11
81:15 82:2,
13 87:4
90:7,19
91:16 92:2
99:19

**certain**
9:22 10:21
12:25 28:3
36:11 66:3
68:3

**chain**
95:16,22
99:21

**change**
11:18

**charge**
15:2,5
47:16,24
48:2

**chat**
40:1

**check**
53:16 59:6,9
64:24 92:2

Aristides Maldonado
March 08, 2022

checked
59:11 91:16
checking
82:24
checklist
41:9,11
checkmark
92:24 93:11,
14
checkmarks
41:14
choice
81:2
choose
32:7
claiming
58:6
claims
57:16 84:24
clarification
47:11
class
22:10 65:7,
24 75:11
clear
36:10,14,17,
24 45:21
clearly
34:17,18
53:5
click
79:20,21
close
90:24
closest
57:17 61:22
closure
80:14
Clowdus
5:24 7:14,23
19:15 40:4
42:13,19
52:12,18
55:4,14
58:14 70:15
72:4 75:9,24
76:4,20

84:22,24
86:7 87:11
97:23 98:18
Clowdus'
56:7 69:3
94:24
Clowdus/troy
56:2 61:5
70:11
coast
8:15,17 12:4
collaborative
45:2,18
collected
43:17 49:20
50:6,12
come
73:8 91:1
95:15
comes
96:24
command
95:22 99:21
Comments
80:21
commingling
10:6
company
80:23,25
81:2 83:10
compile
35:7
compiled
20:18 28:5
52:5 53:2
complained
56:9
complaint
7:23 21:24
22:4,16
23:2,17
24:16,25
25:4,8,10,
12,23 26:4
47:3 51:5
52:17 64:12,
13 67:1,12

complaints
25:18,21
26:10 64:19,
25 66:17
67:6 73:21
complete
15:21 17:13
41:17,18
75:15
completed
42:19 43:19
comply
10:16 34:14
component
59:7
Compound
94:7
comprises
43:2
computer
13:19 79:19
concern
30:15 62:4
66:3
concerned
70:17
concerns
80:21
conclude
70:18 92:19
concluded
72:20 100:16
conclusion
69:3 92:7,21
94:4
conduct
16:18,24
17:7 18:6
37:3 38:24
39:12 44:20
45:6 69:5
77:4 93:9
conducted
71:8 81:9
84:15 87:18
conducting
21:16,25

25:11 36:5
50:4 58:21
65:1 67:12
82:14 90:2
conducts
39:19
confidence
34:1 68:20
confident
33:14
conflicting
23:9 95:11
conflicts
67:19
confuse
89:15
confused
61:25 88:13
confusing
33:23
connect
66:17
consequences
78:5
consider
21:23 34:9
83:13 86:4
consideration
21:15 66:5
99:12
contact
36:23 44:23
64:4 66:6
69:25
Contacting
18:20
contradict
30:24 31:4,
12
contradiction
31:19
contradicts
23:4
conversation
7:4
cool
51:20

Aristides Maldonado
March 08, 2022

coordinator
  11:19 12:8
  44:24 52:25
copy
  25:23,24
  43:14 78:9
  100:13
corner
  57:25
corporate
  11:22,24
  61:4,18
  73:22
correct
  41:24 43:3
  47:25 52:5
  53:10 54:19
  55:12,21
  67:6 70:24
  71:18,23
  72:1 95:17
  98:9,14
correctly
  54:11 61:1
  66:7 72:10
  76:7
counter
  95:10
couple
  91:7
course
  12:9 36:3
  48:4 50:2
  64:6,25 67:1
  95:20 97:10
  99:10
Court
  100:11
Covid
  11:16
created
  49:7 55:1,24
  80:8,22
  82:19
credibility
  20:24 58:5
  68:20 90:7,

18
crew
  37:12 38:2
  50:6 56:6
  65:21 75:5
  78:19 79:10,
  16,22,24,25
  80:2,4,23
  93:5
crews
  80:24 81:1
criminal
  37:6,8
criteria
  20:12 41:12
  93:1,12,17,
  21 94:17
critical
  30:19 35:6,
  11,16,18
  60:4
Crowley
  12:1,6
CSC
  60:21 61:11,
  14,21
CSM
  47:21,22
  48:4 60:19
CSMS
  47:15
curious
  32:8 42:12,
  17 91:12
current
  48:13,14
  70:16
customer
  22:5,10 25:1
  44:15,17
  45:1,8,16,20
  46:4 54:3
  61:12,16
  64:4,11,13,
  19,25
customer's
  44:20 45:6

customers
  61:8
Customs
  10:11

———————

D

date
  40:13 41:20,
  22 42:14
  96:24
day
  19:20 42:2
  74:20
day's
  12:9
days
  12:10,11
deal
  82:18
dealing
  50:22
decide
  43:16
decided
  83:7
deciding
  34:11
decision
  27:22 28:7
  29:4,22
  31:25 38:7
  39:9 58:14
  76:19 87:1
  92:13 97:21,
  22 98:1,17
deeply
  60:15
deliberately
  75:19 83:3
denied
  70:15
deny
  45:2 61:4
  75:21
Deon
  20:16 75:22

78:10,19,23
depart
  84:4
departing
  11:8
department
  18:20 26:3,5
  29:1
departments
  26:6
departure
  52:13 56:6
  61:15
depending
  13:2,18 14:1
depends
  13:25 25:7
  26:5 46:6
  49:7 90:13
deplane
  65:23
deplaned
  70:15
depo
  82:5 88:14
deposition
  6:10 7:1
  77:25 78:15
  88:1,4 89:14
  100:16
description
  48:13 52:8
detail
  83:15 84:17
determination
  14:7,9,16,
  18,21 15:7
  37:1 69:9
  76:24 77:1
  87:2 93:25
  94:3,19
  98:22
determination
s
  27:8 86:24
determine
  30:18,20

Aristides Maldonado
March 08, 2022

34:6,7 45:1
68:14
**determining**
14:5 46:18
94:18
**detour**
73:17 78:18
**difference**
86:14,25
**different**
23:24,25
26:6 48:2
61:19 64:20
67:20 92:5
**direct**
57:13 62:13,
21 63:2,6
**directly**
23:3 58:8
67:8
**disagreed**
58:13
**discover**
18:16 49:16
51:4 67:25
**discrepancy**
85:12,13,16,
25 86:4
**discussed**
91:17 95:1
96:22 100:2
**discussion**
40:18 45:3,
18 48:21
**disorderly**
93:8
**display**
93:7,8
**displays**
94:5,11
**disputed**
58:4
**disruptive**
13:1
**document**
7:13,15
44:13 54:15

60:18 64:3,6
66:10 69:12
77:18,25
78:7,12,14
81:24
**documentation**
63:10 91:13
**documents**
7:7,9,18
62:15 85:18
**doing**
9:17 10:2,22
11:19 13:15,
16 43:25
83:16,20
**Dominican**
13:9
**door**
80:14
**drink**
40:21 45:23
**drop**
40:1
**duly**
5:7
**duties**
84:10
**duty**
14:24

**E**

**E-MAIL**
15:22 19:18
20:1 25:25
26:4 36:21
43:14 69:13,
14,20 92:4
**E-MAILED**
25:23 43:12
**E-MAILS**
26:1
**earlier**
26:7,18
95:1,14
96:23

**early**
9:7
**easier**
39:25
**easily**
51:9
**effect**
6:8,18
**effort**
36:23 45:17
**eight**
8:20
**either**
25:22 74:11
**electronics**
8:18
**employee**
12:23 57:17
79:20 93:3
**employees**
62:20 73:20
79:9
**empty**
52:18 53:9
56:8
**end**
47:15 81:8
90:24
**ended**
11:16
**enforcement**
11:1 31:22
32:1,8,11
93:6
**engage**
17:2,18
**ensure**
38:25
**entry**
9:13,15
**environment**
81:3
**equal**
26:21
**escalated**
58:16 61:13

**escalating**
98:13
**escalation**
44:21
**establish**
73:10 76:19
**established**
97:8
**ethics**
73:18,20
74:6,11
**evaluated**
98:17
**event**
73:23 82:19
**events**
53:14 76:18
95:21 97:11
99:10
**everyone**
49:9
**evidence**
16:10 43:2
62:13,21
74:10
**EXAMINATION**
5:19
**examined**
5:7
**excuse**
45:11
**excused**
100:15
**exhibit**
39:24 69:11
82:4,9
**exhibit-a**
40:2
**exhibit-b**
42:8,12
**exhibit-c**
44:6,9
**exhibit-d**
53:22 54:1
82:6
**exhibit-e**
60:9,12

Aristides Maldonado
March 08, 2022

exhibit-f
  63:24 64:3
existence
  49:3 51:9
exists
  46:19,22
experience
  29:19 50:11
  88:24 89:20
experienced
  17:3 65:25
explain
  19:14 21:19
  35:14 67:3
  73:18 91:17
explained
  80:10 83:1
  88:1
explanation
  57:9
expressed
  98:12
extra
  16:23 37:19
  88:7
eye
  30:19 35:6,
  11,16,18
  60:4
eyes
  57:23

—————————
        F
—————————

FA
  61:13,23
  72:4,6 75:7,
  9,13,15,19,
  20,22,25
  78:23,24
  79:7 80:12
FAA
  38:13 81:3
face
  20:25
fact
  10:20 83:15

99:3,20
  100:1
factor
  22:6 43:22
factors
  21:14,20
facts
  14:14 55:1
  56:1,15
  58:20 73:13
  82:18
factual
  81:17 83:14
fair
  24:18
familiar
  44:11 47:14,
  22 78:11
far
  14:7,18
  15:4,5 16:20
  17:20 19:3,
  8,11 20:11
  23:8 27:23
  28:7 34:13
  43:24 44:3
  77:1 83:20
  94:16,19
fault
  98:13
federal
  45:22
feel
  18:25 90:17
  97:11
felony
  37:2,13
felt
  61:11
fifth
  90:11
figure
  57:6
file
  15:15 29:5
  49:10 50:24
  73:21 99:11

filed
  49:16 51:5
  53:20 59:2
  61:19
files
  23:2 32:19
fill
  41:13
filled
  71:21
final
  15:6 29:22
  92:7 94:5,10
find
  18:17 48:18
finding
  18:18
findings
  15:7
fine
  27:18 52:2
  91:2
finish
  6:3 33:6
finished
  82:23
first
  22:10 32:3
  40:11 55:16,
  20 62:9,17
  69:14,25
  73:17 81:7
  91:16
firsthand
  32:21 34:3
  58:6 81:18
five
  33:11 78:19
  79:16,24
  80:4
fix
  100:2
flag
  31:5,10
flight
  10:17,21
  11:8 12:16

13:24 19:23,
  24 20:1,3,
  14,16 22:15,
  17 23:3,4,18
  24:16,25
  26:14 30:1,
  5,11 32:19
  33:11,15,16
  34:2 36:15,
  18,20 38:2
  45:13,19
  46:12 49:2
  50:6,16,18,
  20,21 52:13,
  14,16,19,20
  53:6,10,21
  56:3,12
  57:12 58:5,
  15 61:19
  65:8,21 66:1
  67:19 70:13
  72:3,21 73:2
  75:6 76:3,10
  78:10 79:1
  80:3,20 82:2
  83:8,23 87:3
  93:4 98:12
flights
  9:22,25 48:2
floor
  52:15 56:5
  61:7 75:12
Florida
  5:15 6:13
  9:4
flush
  84:17
fly
  65:24
flying
  9:19 76:20
follow
  13:23 36:3,
  18 88:21
following
  36:19 58:8
  93:19

Aristides Maldonado
March 08, 2022

follows
  5:8
food
  9:24 10:2
force
  9:3
forgive
  60:13
forgot
  85:21
form
  15:9,25
  16:19 17:9
  18:7 19:16
  21:1,9,18
  22:2,7,12,
  19,23 23:6,
  15,19 25:6,
  14 26:16,23
  28:23 29:6,
  16 30:7,12,
  22 31:6
  32:13 33:18
  34:4,12,20
  35:8,22 36:6
  37:5,15,22
  38:19 39:2,
  14,20 42:1,
  21 43:4
  46:5,16,20
  48:6 49:5,
  11,22 50:8
  51:11 55:10,
  15,21 56:24
  57:20 58:1,
  10,17,23
  59:14,19,23
  60:5 62:7,23
  63:4,17
  64:8,15,21
  65:2 67:14,
  22 68:2,8,22
  69:7,16,21
  70:2,19,23
  71:9 72:14,
  22 73:3,11
  74:1 77:7
  80:22 81:12,

19 82:15
83:18 84:5,
11,18 85:1
86:9,17
87:14,20
88:11 89:2,7
90:3 93:22
95:2 97:24
98:19 99:4,
13
format
  64:16
formats
  64:20
forth
  51:21
found
  57:8 59:12,
  17
four
  33:11 44:21
  45:9 66:12
  79:1 90:9
framed
  70:18
front
  32:1,3,5
  65:8
fully
  6:4 15:24
function
  13:14

---

## G

gate
  48:17 65:22
  66:2
gates
  47:16 48:2
gather
  13:16 17:11,
  16,22 26:8
  73:12
gathering
  17:24

gave
  18:25 36:15
general
  36:16
generalized
  21:13
generate
  13:17 47:15
generated
  18:21 41:5
  55:20 69:14
  70:24 71:4
Georgia
  12:14
get all
  14:10
getting
  19:3 46:3
  61:20 62:22
  89:8 90:24
GIMIA
  74:25 75:1,4
give
  5:2 15:18
  22:11,17
  26:21 34:19
  37:2,19,23
  47:1 50:14
  65:13 84:21
  87:23 88:9,
  17
given
  6:10 47:18
glaring
  80:18 84:23
  85:7,14
Global
  75:2
God
  5:4
goes
  14:20,25
  39:17
going
  19:21 39:24,
  25 47:1
  48:20 51:24

52:7 54:7
64:2 65:5
67:20 71:25
77:13,14,24
78:18 81:23
Gonzalez
  60:20
Good
  5:21,22
  66:11
government
  38:3,5
grab
  75:24
grabbed
  75:18 80:16
  83:2
grabbing
  72:5
Gray
  20:16 60:4
  75:22,23
  76:10 77:13
  78:10,19,24
  82:7,9 84:2,
  9,15,22 86:7
  87:10
Gray's
  83:14 85:5
Greece
  8:8
Greek
  8:3
ground
  44:23 65:21
GSC
  10:22 11:4,
  5,9 43:21,
  23,25 44:1,
  10,25 45:12,
  14,16,19
  46:3,11,14,
  19 49:3,7,16
  51:9
GSCS
  47:24

Aristides Maldonado
March 08, 2022

**guard**
  8:15,17
**guess**
  8:7 23:9
  25:23 32:9
  42:3 46:7
  62:22
**guys**
  90:25

———————————

**H**

**hand**
  65:15
**handed**
  65:14
**handle**
  28:1
**happen**
  12:15,18
**happened**
  11:3 12:12
  13:9,18
  19:20 29:19
  33:1 36:16,
  17,24 46:9
  48:18 73:14
  92:22 94:17
**hard**
  76:1 80:17
  83:3
**head**
  57:25
**hear**
  40:25
**heard**
  5:23 57:24
  94:24 95:9,
  19 96:4 98:3
**heavy**
  61:10
**heightened**
  37:3
**held**
  40:18 48:21
**help**
  5:3 51:24

**Henriquez**
  7:13,14
  52:21,23
  55:24 57:11,
  16,23 58:4,
  13 59:25
  60:23 61:11
  82:10 98:6,7
**Henriquez's**
  97:19 98:16
  99:19
**hid**
  80:13
**hidden**
  75:24
**higher**
  94:25
**Highway**
  6:14 9:4
**history**
  21:23
**hit**
  19:24 52:19
  53:10 56:9,
  11 57:1,25
  61:6,9,20
  65:19 70:13
  72:20 73:2
  75:19,20
  80:17 83:3,4
  87:3,25
  88:10,19
  89:18
**hits**
  84:23
**hitting**
  72:5 76:1
**hours**
  41:25

———————————

**I**

**idea**
  73:21
**identificatio
n**
  40:3 42:9

  44:7 53:23
  60:10 63:25
**identified**
  75:8
**identifies**
  87:13
**identify**
  54:15 60:18
**immediately**
  56:8 65:18
  83:6
**importance**
  37:24
**important**
  34:9,10
  58:20 67:25
  68:6,11,13
  76:19
**inadvertently**
  6:19
**incident**
  10:15 12:12,
  22,24 13:8,
  20 14:1 18:2
  19:19,22
  20:17 22:5
  32:4,5,20,25
  33:17 36:1
  43:8,22 45:4
  46:3,7,15
  49:1,10,14
  50:7,16 55:1
  57:14,18,24
  58:9 61:22
  62:14 66:5
  69:15,23
  70:1 75:5
  80:22 92:6,
  10 93:19
**incidents**
  9:20 10:12
  11:7 12:15,
  17 13:1 44:2
  48:10,15
**include**
  18:11 25:17
  27:9 41:11
  73:14 97:5

  99:2,11,14,
  20
**included**
  35:3 58:25
  74:8 77:9
  86:23 92:1,
  10 98:17
  99:1,6,22
**including**
  12:17 93:7
**indicate**
  93:20
**indication**
  93:14,16
**individual**
  5:25 21:24
  28:13 31:21
  57:12
**individually**
  92:3
**influence**
  81:9
**information**
  10:20 13:25
  14:10,14
  15:20,21
  17:11,17,23,
  24 18:19
  19:1,3,5
  20:18 26:9
  27:8,11,22
  28:3,4,5
  34:15 35:25
  36:11,12
  38:3,4
  43:13,17
  53:13 60:7
  64:4 66:6
  68:16,17,24
  69:2 74:10
  86:22 92:22
  94:24 95:8,
  9,15,18,20,
  21 96:1,4,
  17,18,24,25
  97:7,10
**informed**
  42:19

Aristides Maldonado
March 08, 2022

informing
  42:13
input
  46:2
inside
  57:18
insisting
  65:23
instance
  30:17 95:16
instances
  87:13
instructed
  72:7
instructions
  10:17 75:13
intended
  72:20 73:1
intent
  56:23 70:18
intentionally
  53:6 57:3
  75:25 80:17
  86:8 87:3
  89:1,22
interact
  13:5,7,10
  48:4,18
interacted
  46:12
intercede
  65:22
Interesting
  8:7
internal
  20:11 41:9,
  12 92:25
  93:17 94:18
internationall
y
  9:19
interpretatio
n
  52:22
interpreted
  34:18

interruption
  48:23
interviewed
  43:12
interviews
  36:4
introduce
  77:24
investigate
  5:25 15:24
  17:5 19:14
  20:23 21:8
  25:2 72:13
investigated
  29:2
investigates
  38:17
investigating
  46:14 51:4
investigation
  6:3 18:6
  21:17,25
  22:6 24:24
  25:11,13
  29:25 31:23
  32:9 36:4,5
  37:4,8,20
  38:16,23
  39:13,19
  40:11,14
  41:1,25
  42:18 43:3
  47:6,19
  49:21 50:4
  55:4,8,13,18
  58:22 59:7,
  18 60:16
  62:6 64:7,
  14,20 65:1
  67:13 71:8,
  11,14 72:9,
  17 73:1,7,9
  74:18 76:5
  77:5 81:10
  82:14 84:15
  86:15 87:19
  90:2 92:8

investigation
s
  16:18,24
  17:8 25:18
  48:5 63:10
  66:18 67:2
  73:25 74:3
  75:2
investigator
  30:4 35:16,
  17 46:2 49:1
  81:16 83:13
  84:21 86:6
  87:9,23
  88:17,24
  89:6,20
  90:6,17
investigators
  17:3 19:10
  62:14
involved
  10:13 29:22,
  25 32:6
  33:16 43:21
  45:3 49:9
involving
  9:21 10:15
  12:22,23
  31:25
irate
  75:24 80:16
IRL
  7:9,22 16:7,
  8 38:8 40:12
  42:24,25
  43:1 51:15
  52:4 69:11
  72:8 76:5
  78:23 91:9
Irregularitie
s
  61:3
issue
  10:21 25:1
  45:17

J

job
  11:17 13:13
  48:12,13
  83:16,21
  94:20
jobs
  84:3
John
  12:2,3 14:25
  15:15 28:14
  29:2 39:12
  42:6
joined
  8:15 9:10
  40:4
Jose
  61:11
Judge
  6:17
June
  19:21 40:16
  41:22 42:16
  60:19 70:7
  72:2 74:21

K

keep
  94:2
Kelly
  96:14
Kevin
  12:1,5
kind
  10:12,23
  11:3 16:17
  17:21 18:1
  21:12,20
  27:4 36:12
  37:7 50:14
  66:2
Kirby
  12:2,3 14:25
  15:15 28:15

Aristides Maldonado
March 08, 2022

29:2,15
39:12 42:6
**knew**
  51:8
**know**
  7:3 8:9 9:21
  10:2 11:1
  12:7,24
  13:16 14:18,
  22 15:4,10,
  11 17:25
  18:2 19:8,11
  20:2 23:8,20
  24:20,23
  26:2,5 28:1,
  7,9,12,16
  29:14,17,21
  32:6 33:5,
  10,13,20
  34:10,11
  37:11,12
  38:4,8,10,
  12,14 39:3,
  7,8,11,15,
  17,21 42:22
  43:24 46:8
  48:1,15
  49:6,12
  52:24 55:17
  59:5,15
  62:16,24
  63:5 66:19,
  23 69:9
  70:20 74:2
  76:25 78:20
  80:4 83:19
  84:6,12
  85:13,20,22
  86:11 87:7
  89:3,24
  90:12 92:15,
  18 97:9 98:3
  99:16 100:6
**Kolb**
  5:14 6:15,21
  7:2 15:9,25
  16:19 17:9
  18:7 19:16

21:1,9,18
22:2,7,12,
19,23 23:6,
15,19,23
24:3,6,13,19
25:6,14
26:16,23
28:23 29:6,
16 30:7,12,
22 31:6
32:13 33:6,
18 34:4,12,
20,25 35:8,
20,22 36:6
37:5,15,22
38:19 39:2,
14,20 42:1,
21 43:4
46:5,16,20
47:8 48:6
49:5,11,22
50:8 51:11,
16,20,23
54:2,5
55:10,15
56:24 57:20
58:1,10,17,
23 59:14,19,
23 60:5
62:7,23
63:4,11,17
64:8,15,21
65:2 66:11,
21 67:14,22
68:2,8,22
69:7,16,21
70:2,19 71:9
72:14,22
73:3,11 74:1
76:22 77:7,
17,20,23
78:4 81:12,
19 82:4,7,
11,15 83:18
84:5,11,18
85:1,17
86:1,9,17
87:5,14,20
88:3,11,20

89:2,7,23
90:3,8,20
91:2 92:14
93:22 94:7,
13 95:2,23
96:6,11,15
97:13,24
98:19 99:4,
13 100:4,9,
12,14

---

**L**

**ladder**
  39:18
**lap**
  25:5
**laptop**
  61:7,9
**law**
  11:1 31:22
  32:1,7,11
  93:5
**lawsuit**
  99:9
**leaning**
  65:14
**learned**
  61:16 94:22
  97:8
**leather**
  65:13
**leave**
  10:4 51:18,
  23 52:1
**led**
  17:18 69:2
**left**
  72:13 76:3
  81:1
**leg**
  65:17 75:25
  80:13
**legal**
  29:1
**legs**
  80:16

**LEOS**
  70:14 76:1
**letter**
  42:13,15
**level**
  37:24
**lie**
  30:6
**life**
  8:10 76:20
**lifetime**
  27:5,6
  28:11,14,18,
  21 69:6
**light**
  95:15 96:24
**limit**
  24:9
**limited**
  93:7
**line**
  32:2,3,5
  52:9 70:5
**list**
  20:11,12
  38:8 79:21
  92:25 93:13,
  17 94:19
**listed**
  73:24
**listen**
  45:24 65:22
**lists**
  79:9
**little**
  8:2 44:10
  47:23 73:17
  78:18 88:12
  90:25
**lived**
  8:10
**long**
  6:11 8:19,24
  10:8 11:10
  65:17 71:20
**long-term**
  22:4

longer
  11:1
look
  17:25 20:6,
  13,19 22:22,
  24 31:14,16
  35:13 43:18
  44:9,20 45:7
  54:14 68:23
looked
  19:25 65:16
looking
  35:12,18
  40:10 41:8
  60:15
looks
  41:22 51:17
lord
  66:11
losing
  27:17
lost
  48:19 51:22
  68:20
lot
  47:2 79:15
loud
  44:21 45:9
  54:8,10 65:5
  70:6 72:1
  74:23 77:15
loyal
  22:5
luggage
  19:25
lying
  30:11

———————

M

mad
  82:22
Madam
  40:1 100:10
made
  22:4 28:8
  29:4 31:25

37:1 57:7
63:23 69:4
81:17 86:7,
14,21,25
97:22
maintain
  66:9
make
  6:23 14:8,
  11,13 17:12
  27:7 35:24
  36:23 38:7
  54:8 69:8
  74:23 76:24
  77:1 86:23
  87:1 92:12
  93:24 94:2
  97:25
makers
  87:1
makes
  14:9,16,21
  15:6 22:16
  23:17 24:15,
  24 25:4
  33:13
making
  10:7 21:24
  29:22 30:5
  66:3 76:19
  97:22
Maldonado
  5:6,9,21 6:8
  48:25 78:7
  91:9 94:23
  96:21 97:3,
  18
man
  83:10
management
  44:24 45:14,
  20 62:20
manager
  12:1,3 15:2
  48:11,17,18
managers
  47:23,24

manual
  44:15 54:4
marked
  40:2 42:8
  44:6 53:22
  60:9 63:24
mask
  37:14,20
material
  47:19
matter
  19:14
mean
  34:5 66:13
  67:7,8 77:18
  78:24
meaning
  32:3,5
meaningful
  39:8
means
  52:17,24
  78:20 80:5
medication
  6:7
meet
  7:4
member
  37:12 38:2
  44:24 45:14,
  19 75:5
  91:24
members
  79:22
memory
  54:25 56:16
mentioned
  56:10
Merino
  20:15 56:9
  57:24 58:15
  60:4 65:9
  69:5 72:5
  75:7,15
  76:1,10
  77:14 81:22
  82:3,9 84:2,

9,16,23,24
86:8,16
87:10,13,24
88:9 89:14,
16 98:3
Merino's
  68:20 83:15
  85:9 88:18
Message
  65:7
met
  7:2 93:21
method
  17:7
MEX
  61:6
Mexico
  19:22 52:13
  72:3 75:6
MIA
  52:13,21
Miami
  5:15 72:3
  75:2,3,6
Miami-mexico
  70:7
middle
  60:22
mind
  96:5
Mine
  78:4
misconduct
  44:17
misconstrues
  68:9 86:1
  94:8 100:4
Misrepresents
  85:18
mistreating
  30:1
Mm-hmm
  72:19 93:14
  99:24
moments
  58:8

Aristides Maldonado
March 08, 2022

monitor
  10:1
moral
  97:11,14
morning
  5:21,22
  41:23 83:17
  84:4,10
move
  8:14 73:16
moved
  8:13
multiple
  31:3
muscle
  10:23,25

———————————

N

———————————

name
  5:23 8:3
  60:22
names
  60:22
narrative
  74:15,16,19
  76:15,17
  78:22 79:7
nature
  16:24
necessary
  44:4 56:23
need
  6:21 29:21
  40:21 90:18
  95:7
needed
  43:19
needing
  37:3
needs
  80:24
never
  22:5 25:3
  30:10 44:14
  48:3 63:15
  64:12 65:25

66:10 67:5
84:24 89:11
98:4
normal
  95:20 97:10
  99:10
notice
  85:12 87:9,
  16,18
noticed
  65:9
notifications
  12:21
notified
  28:10 74:25
  75:4 81:4
notify
  69:22
number
  18:22 52:14
  56:3 79:2,3
  80:3,9,14,
  17,19 85:7

———————————

O

———————————

object
  6:16
objection
  15:9,25
  16:19 17:9
  18:7 19:16
  21:1,9,18
  22:2,7,12,
  19,23 23:6,
  15,19,23
  24:7,19
  25:6,14
  26:16,23
  28:23 29:6,
  16 30:7,12,
  22 31:6
  32:13 33:18
  34:4,12,20,
  25 35:8,20,
  22 36:6
  37:5,15,22

38:19 39:2,
14,20 42:1,
21 43:4
46:5,16,20
48:6 49:5,
11,22 50:8
51:11 55:10,
15 56:24
57:20 58:1,
10,17,23
59:14,19,23
60:5 62:7,23
63:4,11,17
64:8,15,21
65:2 66:21
67:14,22
68:2,8,22
69:7,16,21
70:2,19 71:9
72:14,22
73:3,11 74:1
76:22 77:7
81:12,19
82:15 83:18
84:5,11,18
85:1,17
86:1,9,17
87:5,14,20
88:11,20
89:2,7,23
90:3,8,20
92:14 93:22
94:7,13
95:2,23
96:6,11,15
97:13,24
98:19 99:4,
13 100:4
objections
  6:17,22
  23:22
obligation
  97:11,14
observation
  10:7 81:18
observe
  30:10

observed
  58:7
obtain
  43:22 51:10
  62:5,15 63:3
obtaining
  25:20 46:13
OC
  52:21,23,24
occasion
  5:25 6:12
  25:17 27:20
  30:10 48:3
  53:1 64:5
occasionally
  95:15
occasions
  9:20
occurred
  57:18 61:22
  92:20 94:6,
  12 97:19,20
occurs
  32:6 62:14
offenders
  81:1
offensive
  93:9
offered
  75:17 80:15
  82:25
office
  75:3
officer
  8:22
OHB
  82:21,25
okay
  6:10,15,25
  7:7,15,18,22
  8:2,7,10,14,
  17,21 9:9
  10:10,12
  11:10,17,24
  12:2,8 14:4
  15:6,14
  16:17 18:18

19:7,13
21:12 24:6,
9,20 25:3
31:21 32:17,
19 33:25
35:5 36:3
38:6,15
39:23 40:7,
9,13 41:4,24
42:5,11,17,
24 43:7,11,
16 44:16
45:5,23
47:1,12
48:3,19
49:19 51:3,
8,14 52:7,11
53:1,25
54:5,11,14,
17,24 55:12,
20 56:1,15,
19,22 57:6,
11 60:12,18,
21,24 61:1,2
62:4,12,19
63:1,9 64:19
65:5 66:16
67:11 69:1,
11,25 70:5,
9,17,22
71:1,16,23,
25 73:16
74:10,14,22
75:4 76:13
77:4,12,23
78:7,11,14,
22 79:11
80:4,7 81:7,
15,22 82:18
83:12 84:21
85:9 86:6
87:9,23
88:12,17
89:8 90:13,
17,23 92:6,
11,23 93:10
94:22 99:18
100:7,12

ON'D
  45:9
on-the-job
  16:21 17:1
onboard
  9:18
once
  13:14 20:9,
  19 43:18
  45:7 61:15
  75:15
one
  5:12 10:9
  24:1 42:11
  48:4 49:7
  52:14 56:3
  62:10,17
  65:7 67:2
  69:18 76:15
  79:25 80:9,
  14,17,19
  82:9 85:7,15
  91:16,19
  92:23
ones
  7:21 23:24
  50:22
ongoing
  11:13 66:17
online
  51:6
open
  55:7 97:1
opened
  40:14 41:1
  55:3,13,18
opening
  71:20
operational
  52:25
operations
  12:22 13:4
  14:20,23
  19:19
opinion
  97:18 98:12,
  16

opposed
  37:20
ops
  74:25 75:4
  76:5
original
  27:13 36:14
originally
  8:6 46:23
  52:12 53:20
originate
  13:12
originating
  12:16
outcome
  38:25 86:15
outcomes
  38:16
outside
  67:1,3
overblown
  69:4
overhead
  65:13 70:12
  72:7 75:10
  80:12,15
  87:12

---

**P**

---

p.m.
  41:1 55:9,14
  71:17 91:4,5
  100:17
packet
  7:9,22 16:7,
  8,11,15
  20:22 40:12
  41:11,14
  42:25 43:2,
  8,14,20
  51:15 54:19,
  20,21,22
  63:23 78:23
page
  40:11 41:7
  44:12 51:8

52:4,7 54:14
55:7 69:12
70:22,23
71:16 91:11
painful
  45:24
parents
  8:12
parroting
  33:15 34:2
part
  9:22 11:15
  25:18 27:21
  32:8,25 36:5
  47:5,19 48:1
  49:20 53:2
  56:10 60:15
  62:6 63:10,
  23 64:13,20
  72:25 73:7
  78:15 90:1
  99:16
particular
  19:20
parties
  26:19
parties'
  26:22
party
  46:11
pass
  80:11
passenger
  7:23 10:15,
  16,24 12:23
  14:6,20
  15:20 19:23,
  24 20:10
  22:16 23:2,
  17 24:15,24
  25:4,12,18,
  21 26:4,10,
  14 27:3,6
  28:10 30:2
  32:20 36:24
  37:2 38:1,18
  39:1 44:2,5
  46:12,15

Aristides Maldonado
March 08, 2022

47:3 49:2,
15,19,23
50:5,15,17
51:4,5 52:8,
14,17,20
53:6 57:1,13
61:24 66:17,
18,25 67:5,
8,12,19
70:11,14,15
72:3,20 73:1
75:5,8,12,
16,18,20,21,
23 76:2,4
82:19,22,24
85:6,10,14
86:15 87:2
93:5,13,15,
21
**passenger's**
21:17
**passengers**
9:21 10:13
13:2,6,11
31:22 39:6
50:23 65:10,
12 93:3,7
**Patrol**
6:14 9:5
**pause**
84:22 87:24
88:9,18
**pax**
52:17 56:11
72:6,8 80:9,
13,15,19
**peek**
47:1
**pending**
72:9 76:5
**people**
19:8,12 32:6
**performing**
84:3
**permanent**
77:2 86:24
**permit**

45:2
**person**
14:2,24 15:4
20:2 31:1
39:18 62:22
**person's**
53:14
**personally**
33:4 70:1
**personnel**
93:6
**pertaining**
43:7
**pertinent**
16:14 62:5,
13
**phone**
36:4
**phrase**
6:16
**physical**
70:8
**physically**
72:4 83:9
**picked**
79:6
**piece**
19:25 43:2
**pilot**
32:6
**place**
28:10 45:20
62:12 66:16
75:9 82:20,
24
**plaintiff**
5:24
**plane**
45:6,7 49:15
57:19 58:8
65:20
**please**
5:11 6:3,6
7:11 15:18
24:9 44:22
45:10,23
52:11 66:5

70:6 91:18
**PNR**
52:8,22
70:16 76:4
**point**
19:11 20:4
56:10 71:13,
23 72:19
73:18,20
74:6,12,18
96:25
**points**
76:14
**poked**
57:25
**police**
8:22 18:3,
10,20,21,24
**policy**
92:25
**position**
9:13,16
79:23
**positions**
80:2
**possible**
26:10 61:21
85:25
**potential**
93:8 97:21
**precise**
87:12
**preparation**
7:8 84:4
**prepare**
7:1
**preparing**
78:15 80:14
**present**
10:9 11:9
32:24 61:11
**presumably**
9:6 60:24
83:16
**presume**
49:3 51:9
67:18 81:17

**presumed**
32:20 72:12
**presumption**
22:18
**Previously**
97:25
**printed**
79:15
**prior**
55:3 68:9
94:8 100:5
**privileged**
6:20
**probably**
15:19 25:1
**proceed**
23:5 26:15
**proceedings**
40:5
**process**
39:5,9 82:20
**program**
9:18,23
**proper**
61:12 62:22
**prosecute**
80:25
**protect**
80:24
**Protection**
10:11
**protocol**
46:8
**protocols**
17:17,20,21
62:12 66:16
**provide**
33:2 50:19
**provided**
49:20,24
50:5,12
91:23
**providing**
10:23 81:3
**published**
55:17

Aristides Maldonado
March 08, 2022

Puerto
   8:6,12
pulled
   79:25
punished
   30:1
punishment
   13:23
Punta
   13:9
purpose
   13:22,24
   69:20
purser
   56:8,12
   61:6,9,20,
   22,25
pushback
   15:14
put
   13:19 14:14
   16:7,10
   20:12 23:8
   26:18,24
   31:1,17,18
   34:15 35:2,7
   53:2 74:3
   80:12,15
   85:21,22
   87:12 93:13
   94:16 99:22

                Q

quality
   97:7,9
question
   6:16,19
   15:16 24:17,
   18 33:7,10,
   13,20,22
   38:21 46:1
   47:9,11
   72:25 73:5
   78:18 81:7
   84:1 85:3,24
   88:13 89:5,

   15,19 90:1,
   6,12,15,18
questions
   6:2,4,22
   21:13 23:25
   47:5 91:8
   100:10
quick
   6:21
quickly
   55:6 77:21
quite
   40:24

                R

raise
   31:5,10
raised
   8:12
rare
   9:20
reach
   38:25 65:17
reached
   65:14
reaching
   38:16
reaction
   56:7
read
   35:5,11,15
   44:21 45:9
   52:11 53:1,
   12 54:8,10,
   11,12,24
   55:8 56:1,13
   60:3,25 62:2
   65:5,6 66:7
   70:5,9 71:25
   72:10 74:22
   76:7 77:14,
   18,21,22
   78:23 81:5,
   15 85:5 90:7
   100:11

reading
   77:5,25
ready
   56:6
realtime
   48:11,16
reason
   59:2,11
   84:8,9
reasonable
   67:18
reasons
   45:21
rebooked
   61:14
recall
   7:12,20
   50:20 56:21
recant
   29:3
receive
   16:18,23
   27:11 33:14
   34:1
received
   19:17,18
   25:22 30:16
   50:15 61:4
   63:21 69:6
recess
   91:4
recognize
   44:13 64:3
   81:23
recommend
   28:21
recommendatio
n
   14:11 23:12
recommendatio
ns
   14:13 80:21
reconsider
   27:2,6 28:14
reconsiderati
on
   27:21,23

   28:9 99:15
record
   40:19 43:13
   48:22 77:22,
   23
recounts
   87:24 88:9,
   18 89:16
red
   31:5,10
redundant
   91:25
refer
   31:21 32:7
   79:2
reference
   74:4
referred
   32:10
referring
   17:20 83:25
reflected
   16:15 79:12
refreshed
   56:16
refreshes
   54:25
refusals
   15:5
refuse
   20:11,12
   41:9,13
   92:25 93:13,
   17 94:19
refused
   65:22
refusing
   80:25
regarding
   10:14 14:19,
   25 15:20
   18:2 19:6,19
   80:10 92:22
region
   12:12 13:3
regional
   15:2

Aristides Maldonado
March 08, 2022

**regions**
12:18
**regulations**
45:22
**related**
14:2 55:1
73:24 80:21
82:18
**relevant**
25:13 26:8
36:1 62:15
**reliable**
21:5
**relied**
16:11 43:3
82:13 86:11
**relocating**
61:7
**rely**
18:5,14
92:12
**remember**
54:23 55:5
59:10
**removal**
44:5 76:2
**remove**
58:14 83:7
**removed**
20:3 45:21
49:2,15
52:20 56:11
61:16 72:8
80:19
**removing**
61:12
**reopen**
29:4 99:11
**repeat**
38:20 73:4
85:2 88:14
**repeatedly**
76:23
**rephrase**
33:22
**replied**
83:5

**report**
11:2,4,24
12:1 13:17
15:8,15,16
17:12 18:21,
24 20:13,15,
19,22 21:5,
16 23:7,10,
13 26:18,22,
25 27:10,13,
14,15 30:24
31:1,13,17,
18,20 32:3,
20,25 33:14
34:1,15,17
35:2,7 36:15
39:9,13,17
40:12 41:2,
3,4,15,17,21
42:5 43:7,9,
23,25 46:14,
19,21 47:3,
4,18,21
49:4,10,17
51:2,10 52:5
53:3,15,17
54:16,18
55:24 56:17,
19,22 57:3,7
58:24 59:2,
13,17 60:2,
13,15,19
61:20 62:5
63:2,16,21
68:21 71:15,
17,20 72:16
73:14 74:7,8
75:8,23 78:9
79:8,11
81:15 82:2,
13 84:16,24
85:5,9,15,22
86:12,22
87:4 91:10
92:19 93:20
94:5,10,16,
25 95:18,21
97:1,12
98:4,8,11,21

99:15,19,23
**reported**
36:11
**reporter**
5:9,16 6:5
40:1 100:11,
12
**reporting**
73:23
**reports**
11:6 13:3,8,
10,11,14,17,
19,22 14:5,
8,19 15:11
17:13 18:3,
6,10,11,15,
16,25 19:7
20:5,6,9,19,
24 30:16,21
31:4 34:14
35:5 43:18
46:22 47:14
53:20,25
59:7 60:3
62:9,18 63:9
68:17 69:3
73:13,22
76:10,14
77:5,10,13
90:7,19
91:19 92:2,
10 96:2,19
97:5
**represent**
64:11
**representing**
10:7 94:3
**Republic**
13:10
**request**
52:21 56:12
**requested**
70:14 76:2
**requesting**
36:21
**required**
14:10 38:2

60:8 66:6
91:13
**requirement**
6:18
**resend**
99:21
**Reserve**
100:9
**resolve**
45:17 57:14
**resolving**
43:21
**respect**
44:2
**respond**
10:18,19
44:3 48:14
**responded**
9:20 48:10
**responding**
11:6
**response**
89:17
**responsibilit
y**
18:15,17
26:3,8 63:1,
3,6
**responsible**
12:13,14,19,
20
**resubmit**
27:14 94:25
95:16
**result**
31:22 69:15
**resumed**
91:5
**reveal**
6:20
**reverse**
28:17 29:5
**reversed**
28:22
**review**
7:7 27:17
30:19 39:8

Aristides Maldonado
March 08, 2022

64:5 78:14
94:25
reviewed
7:19,22
64:13,19
74:11
reviews
23:18 24:17,
21,23
rich
83:14
Rico
8:6,12
right
7:5 11:18
25:5 28:7
32:5 34:19
38:25 39:23
40:21,22,24
41:7 42:24
44:19 55:8
61:3 62:19
64:2 74:14
78:8,17,19
80:1 83:12
90:23 91:7,
11 97:6 98:8
100:7
role
10:22 11:10,
12,14,15,20
44:1,10
47:22
roots
8:8
rose
84:24 85:10
row
65:8 75:11
RPU
76:6
rule
83:1
rules
80:10
runs
95:10

**S**

sadist
54:12
safe
81:3
said/she
26:13
satisfies
96:5
saying
64:12 78:1,3
83:20 87:24
88:10,18
89:16 94:2
says
30:25 31:12,
20 42:16
44:14,23
53:9 56:25
60:19,21
64:4 70:7
71:1 74:15
77:20 78:19,
23 79:24,25
85:6 91:12
scanned
45:8
scene
11:5 48:11
screen
48:19 51:14,
17,19,24
52:2
screening
93:6
scrutiny
22:11
search
26:9
seat
52:13,18
53:9 56:2,8
61:6 65:8,9,
15,17 79:16
84:25 85:10,

15
seated
56:5 65:7
75:8 80:9
sec
76:5
second
32:9 61:17
secondary
13:6
secondhand
33:3 34:3,
18,22
section
92:23 93:10
section's
44:16
security
9:15 11:19,
22,25 12:8,
21 13:3
14:20,23
19:18 44:23
61:4,18
74:25 75:4
93:6
see
10:12 11:2
19:1,3,5
20:1,5,19,21
21:15 28:5
30:20 33:12
40:7,9
44:10,16,17
48:20 52:7,
8,9 53:16
54:24 57:5
64:24 67:11
71:1 73:13
79:14 85:7
91:10,12
98:8
seeing
54:23 56:21
seeking
73:9

self-
interested
30:6
send
13:18 14:19
15:22 18:14
36:21 39:13
42:5 97:2,4
sense
12:20 37:3
sentence
70:9
seriously
37:13,17
service
25:1 44:15
54:4
serving
9:18
set
56:15
seven
45:6
several
80:11 87:11
shadowing
84:9,16
share
38:2 51:14
91:10
shared
51:19
shares
38:8
sharing
38:4
shift
47:15
show
79:11 93:8
showed
7:10 53:15
shows
40:15,16
41:12 79:9
side
65:16 68:1,

Aristides Maldonado
March 08, 2022

14

**sides**
67:20

**sidetracked**
89:9

**sign**
100:11

**similar**
57:4

**sip**
27:18

**sir**
5:22 6:9,11
41:16,19
45:25 90:10

**site**
43:23,24
47:24

**SITREP**
70:7

**sitting**
52:16 85:15

**situation**
44:25 45:13
50:14 58:16
61:14 96:23
98:13 99:2
100:1

**small**
52:15 56:4,7
79:1

**solely**
18:5

**sort**
17:1 89:5

**sought**
60:14 67:5

**sounds**
8:21 76:9,17

**source**
67:1,3

**South**
12:15

**space**
75:12 82:22

**speak**
44:25 45:16

**specialist**
9:15

**specific**
17:7 90:19

**speculating**
24:15

**speculation**
24:3,5 87:6
89:23 92:14
97:15 100:5

**spoke**
57:12 61:18

**stand**
10:10

**standing**
57:18 84:22
85:14

**stands**
24:19 89:1,
22 96:15

**start**
81:3

**started**
40:16 41:2,3
71:15,17

**state**
6:13 9:4
26:25

**stated**
61:18,21,24
76:23 86:23
97:25

**statement**
26:22 49:24
50:15,18,19,
24 88:18
92:3 99:20

**statements**
18:1 33:3
49:19 50:5
58:6 91:20,
23 95:11

**states**
75:23

**station**
79:7 91:24

**stationing**
79:4

**status**
66:3

**stay**
73:16

**steps**
19:1 20:23
21:7 31:15
38:15,25
59:18 68:19

**stick**
89:15

**stomach**
70:13 72:6
75:19 76:1
80:18 83:3
87:4

**stood**
80:18 85:6
88:1

**stop**
75:1 83:12
96:14

**storage**
70:12 75:12

**store**
65:13 75:14

**stories**
23:9

**story**
33:15 67:21
68:1,15

**stow**
52:15 56:4
72:7 75:17

**stowed**
75:16

**straight**
26:12

**struck**
53:6 85:6
86:7,16
88:25 89:17,
21

**subject**
10:15 70:5

**submit**
17:12,14
23:10,12
27:9 39:10
51:1 95:22
97:1,12

**submitted**
7:23 27:10
41:14 78:10
82:2 95:6,10
96:19

**substance**
7:3 25:10
30:20

**sufficient**
15:19 18:25

**Suite**
5:15

**summary**
41:15 70:10
92:6,8,10,
12,17

**superior**
94:4

**superiors**
92:12

**support**
80:24

**supported**
81:18

**supposed**
11:9 49:10

**sure**
17:12 35:24
56:10 76:17
79:5 86:7

**surprised**
61:15

**swear**
5:1

**sworn**
5:7

**synopsis**
71:2,4,5,14,
21,25 72:12

**synthesis**
76:9

Aristides Maldonado
March 08, 2022

| | | | |
|---|---|---|---|
| **synthesized** | **taught** | **think** | 78:1,3 84:14 |
| 76:14 | 17:5,16,22 | 7:5,20 16:1 | 85:12,25 |
| **synthesizing** | **teach** | 19:20 27:24 | 90:11 95:7, |
| 77:6 | 17:6 | 41:8 53:12 | 10,13 96:22 |
| **system** | **team** | 77:24 86:25 | 97:9 100:10 |
| 13:19 27:16 | 91:24 | 90:24 94:23 | **times** |
| 50:25 51:6 | **technical** | 95:7 | 31:7 66:12 |
| 59:3,6,12 | 48:23 | **thinking** | 80:12 87:11 |
| 73:20,23 | **technician** | 48:12 | 90:9 |
| | 8:18 | **third** | **title** |

**T**

| | | | |
|---|---|---|---|
| **T2416mex** | **tell** | 91:20 | 11:17,18 |
| 61:3 | 6:21,25 16:3 | **thorough** | **titled** |
| **tab** | 27:16 29:9, | 37:4 | 13:20 |
| 79:9,19,21, | 12 54:10,12 | **thoroughly** | **today** |
| 24 | 60:25 65:6 | 91:17 97:8 | 6:7 7:1 |
| **tabs** | 72:1 79:22 | **thought** | 11:17 78:15 |
| 79:15 | **temporary** | 82:7 | 91:17 94:23 |
| **take** | 20:10 76:5 | **threats** | 95:9,20 96:4 |
| 19:1 20:23, | **testified** | 81:8 | 97:6 98:8,11 |
| 24 21:7,14 | 5:7 26:7 | **three** | **told** |
| 27:18 31:15 | 43:1 55:13 | 8:13 31:7,12 | 33:16 34:2 |
| 32:11 34:11 | 60:13 67:4 | 60:22 61:19 | 75:13,20 |
| 37:13,16 | 95:14 | 79:7,25 82:8 | **tolerated** |
| 38:15,24 | **testifying** | 87:11 91:15 | 83:9 |
| 42:17 44:4 | 99:18 | **threw** | **top** |
| 45:20,23 | **testimony** | 52:18 53:9 | 42:14 55:8 |
| 73:17 90:25 | 5:1 6:8 34:3 | **throw** | 74:15 |
| **taken** | 68:9 86:2 | 56:7 | **tour** |
| 14:12,17 | 94:8 100:5 | **thrust** | 47:4,14,18, |
| 27:2 28:9 | **Thank** | 14:4 47:4 | 21 60:13,15, |
| 39:1 59:18 | 5:16,18 | **tie** | 19 62:5,18 |
| 68:19 91:4 | 45:5,23 54:9 | 81:23 | 63:2,9,16,21 |
| **takeoff** | 66:5 74:24 | **time** | 77:5 98:11 |
| 49:2 | 77:16 78:2 | 6:11,15 8:22 | 99:19 |
| **takes** | 91:2 98:7 | 9:6 10:3,8 | **trained** |
| 39:18 | **Thanks** | 11:1 14:15 | 33:2 62:21 |
| **taking** | 51:21 54:13 | 16:12 20:1 | 89:6 |
| 38:17 65:9 | 82:11 | 29:24 30:4 | **training** |
| **talk** | **that'll** | 32:24 40:4, | 16:17,20,21, |
| 8:2 59:24 | 51:24 | 13 41:20 | 23 17:1 |
| 88:4 | **theoretically** | 50:7 52:14, | **transcript** |
| **talking** | 29:4 | 16 55:7,18 | 100:13 |
| 17:21 23:24 | **thing** | 56:6 58:21 | **transpired** |
| 88:14 | 28:7 34:10 | 59:9 61:17 | 11:3 19:6 |
| | 42:11 64:2 | 62:9,17 | 76:18 |
| | 76:19 89:9 | 63:16 67:12 | **travel** |
| | | 68:18 77:9 | 70:16 72:8 |

Aristides Maldonado
March 08, 2022

76:3
**traveling**
  52:12 61:5
**travels**
  61:24
**trial**
  100:10
**trip**
  61:5
**trooper**
  6:13 9:4
**Troy**
  5:24 72:3
  75:9
**true**
  48:25 72:12
**truth**
  5:2,3 22:18
**truthful**
  30:17
**truthfully**
  6:5
**try**
  20:19 22:24
  36:17 37:9,
  23 43:22
  51:10 62:15
  100:2
**trying**
  7:12 21:21
  27:24 57:6
**TSA**
  38:11
**Tuesday**
  60:19
**two**
  5:14 31:11
  42:18 45:9
  76:9,14 77:5
  87:13 91:18
**type**
  99:2

**U**

**ultimately**
  63:1

**umbrella**
  11:21
**unavailable**
  45:14
**uncover**
  19:2
**underneath**
  60:21 70:10
**understand**
  6:23 17:18
  44:3 84:1
  90:11 98:24
  99:24
**understanding**
  41:24 61:13
  76:11
**uneventfully**
  76:3
**unfortunate**
  66:4
**unnecessarily**
  58:15
**unnecessary**
  61:13
**unruly**
  70:12
**unusual**
  83:13
**upset**
  72:6 75:12
**usual**
  14:4 18:5

**V**

**Vague**
  97:13
**valid**
  15:8
**value**
  20:25 46:2,
  13,18 97:21
**verbally**
  6:5 65:10
**version**
  53:14

**victim**
  75:7 91:20
  92:3
**video**
  18:1
**view**
  97:19
**violation**
  37:14,21
**violations**
  45:21
**violent**
  80:25 93:9
**voice**
  27:17 40:23
  54:8
**VZCMGE**
  72:4 75:9

**W**

**wait**
  30:18
**waited**
  88:2
**waits**
  89:1,22
**want**
  7:3 21:12
  35:13 77:17,
  22 90:25
**wanted**
  17:7 29:10
  36:13
**waste**
  78:1,3
**watchdog**
  73:18,21
  74:6,12
**watching**
  10:9
**way**
  12:14 28:3
  33:19 34:6
  49:16 51:3
  57:7 70:18
  92:5

**web**
  78:19
**week**
  7:6 61:24
  65:24
**weeks**
  42:18
**weight**
  26:21 37:19
**went**
  20:11 21:3
  43:19 53:15
  54:4 68:17
**west**
  12:4
**whatsoever**
  35:6
**window**
  65:8 84:25
  85:10,15
**winds**
  25:4
**witness**
  5:5,12 15:10
  16:1,20
  17:10 18:1,8
  19:17 20:17
  21:3,10,19
  22:8,13,20,
  24 23:7,20
  24:20 25:7,
  15 26:17,24
  27:21 28:24
  29:3,7,17
  30:8,13,23
  31:8,11
  32:14 33:4,
  8,19 34:3,5,
  13,21 35:1,
  9,21,24 36:7
  37:6,16,23
  38:20 39:3,
  15,21 42:2,
  22 43:5
  46:6,21
  47:12 48:7
  49:6,12,19,
  23,24 50:5,

Aristides Maldonado
March 08, 2022

9,15,17
51:12 55:16
56:25 57:21
58:2,11,18,
24 59:15,20,
24 60:6
62:8,24
63:5,13,18
64:9,16,22
65:3 66:13,
23 67:15,23
68:3,23
69:8,17,22
70:3,20
71:10 72:15,
23 73:4,12
74:2 76:25
77:8 81:13,
16,20 82:16
83:19 84:6,
12,19 85:2,
19 86:3,10,
18 87:7,21
88:12 89:3,
8,24 90:4,
13,22 91:20
92:3,15
93:24 94:15
95:3,25
96:8,16
97:16 98:2,
20 99:5,14
100:6,15
**witnessed**
29:25 61:20
75:22
**witnesses**
17:25 19:4
22:25 26:13
31:3,11,12,
20 58:6
91:24
**wonder**
86:6
**wondering**
35:16
**Woodrow**
5:17,18,20,

23 15:13
16:6,22
17:15 18:13
20:7 21:6,
11,22 22:3,
9,14,21
23:1,11,16,
21 24:1,4,9,
11,14,22
25:9,16
26:20 27:1
28:25 29:11,
18 30:9,14
31:2,9 32:16
33:9,21
34:8,16,23
35:4,10
36:2,8
37:10,18,25
38:22 39:4,
16,22,23
40:6,20
42:4,10,23
43:6 44:8
46:10,17,25
47:10,13
48:8,24
49:8,13,25
50:10 51:13,
18,22 52:1,3
53:24 54:3,6
55:11,19
57:2,22
58:3,12,19
59:1,16,21
60:1,11
62:11,25
63:8,14,20
64:1,10,18,
23 65:4
66:15,24
67:17,24
68:5,10,25
69:10,19,24
70:4,21
71:12 72:18,
24 73:6,15
74:5 77:3,
11,19,21

78:2,6
81:14,21
82:6,8,12,17
83:22 84:7,
13,20 85:4,
23 86:5,13,
19 87:8,15,
22 88:6,8,
16,21,23
89:4,12,25
90:5,14,23
91:6 92:16
94:1,9,21
95:4 96:3,9,
13,20 97:17
98:5,23
99:7,17
100:7
**word**
57:4,5
**work**
11:21 12:9
19:10 81:3
**working**
9:17 29:24
30:4 40:16
41:3 51:17
66:1
**works**
91:2
**would've**
99:25
**wrap**
91:1
**write**
27:13 50:18
71:7,14
74:19
**writing**
71:15,17
79:7
**written**
21:15
**wrong**
29:3 38:16
80:1 100:3
**wrote**

71:5 74:16

---

**Y**

**yeah**
11:8 27:24
33:24 42:25
44:23 48:14
77:19
**year**
6:1
**years**
8:20 9:2
**York**
8:12

---

**Z**

**Zoom**
7:5