## Report Information

| Report identifier | Create date | Title |
|---|---|---|
| 2106003756 | 06/10/21 10:52 | Customer Misconduct |

## Reported By Employee Information

| Employee id | Last name | First name | Crew base |
|---|---|---|---|
| 495431 | Henriquez | Jose | |

## Flight Details

| Company | Flight date | Flight | Dep | Arr | Int | Aircraft | Fleet | FAA Reg nbr | Nose nbr | Phase |
|---|---|---|---|---|---|---|---|---|---|---|
| AA-American Airlines | 06/10/21 | 1303 | MIA | MEX | | B737-MAX | B737 | N378SC | 3SC | Boarding |

Involvement list:

| Involved as a | Last name | First name | Middle init | Employee nbr | Seat nbr | Report |
|---|---|---|---|---|---|---|
| WebAdmin | Clowdus | Troy | | | 1F | |

## Categories selected
Customer Misconduct

## Facts related to the event
Created on: 06/10/21 10:52
MR CLOWDUS/TROY SEAT 1F WAS USING HIS CELLPHONE WHEN HE WAS APPROACHED BY NUMBER ONE FLIGHT ATTENDANT AND WAS ASKED TO STOW A SMALL BAG HE HAD ON THE FLOOR, SINCE HE WAS SEATED IN THE BULKHEAD AND CREW WAS READY FOR DEPARTURE. AT THAT TIME MR CLOWDUS REACTION WAS TO THROW THE SMALL BAG IN THE EMPTY SEAT NEXT TO HIM; INMEDIATELY PURSER (MERINO) COMPLAINT TO CAPTAIN HE GOT HIT AND AT THAT POINT I AM NOT SURE IF HE MENTIONED WHAT PART OF HIS BODY GOT HIT BY THE BAG. PAX GOT REMOVED FROM FLIGHT AS PER PURSER AND CAPTAIN REQUEST.

## Comments/Concerns/Recommendations related to this event
Created on: 06/10/21 10:52
NO SUGGESTION

## Person Details
Basic information for:
Name: CLOWDUS, TROY
Address:
Email
Work: TROYMF1@GMAIL.COM  Cell:
Other: TROYMF1@GMAIL.COM  Other:

Phones
Home: 305-915-2093
Work: 305-915-2093

Position Information

| | |
|---|---|
| Job Title: | Scheduled Days Off: |
| Months in Current Position: | Normal Shift: : : |
| Work Location: | Rotation Days Off: |
| Department: | Technical Exp.: |
| Qualification: | Line: |
| Base: | |

Pax/Vendor/Misc Information

| | |
|---|---|
| Gender: Male | Bag Tag: |
| Passport: | Photo ID Verified: |
| Passport Country: | |
| Seat: 1F | Driver License: |
| Age: | Medical License: |
| PNR: VZCMGE | Badge Number: |
| Pax No: 0 | Vendor Company: |
| Fare Class: | Vendor Equipment: |
| AAdvantage No: | Vendor Phone: |

Category Answers (Customer Misconduct) for Clowdus, Troy

| | |
|---|---|
| Was the suspect / passenger restrained? | No |
| Was this person taken into custody? | No |
| Was the Captain notified of the Event? | Yes |
| Was Passenger In-flight Disturbance Report issued? | Unknown |
| What disturbance issue(s) is being reported? | Failure to Comply with Crewmember Instructions |

Category Answers (Report Data)

| | |
|---|---|
| Was routine traffic between the flight deck and cabin suspended? | No |
| Was there a FAM onboard? | No |
| Which law enforcement met the flight? | None requested |
| Which law enforcement met the flight? | GSC |
| Enter the three or four letter station code | MIA |
| Date and time of the event | 06/10/2021 07:00 |
| Select the location where the Event happened | Cabin |

Attachment Listing

| File Name | Description | Create Date |
|---|---|---|

AA00009