## DECLARATION OF TROY CLOWDUS

I, Troy Clowdus, pursuant to 28 U.S.C. § 1746, hereby state under penalty of perjury that the following is true and correct:

1. My name is Troy Clowdus. I am over 18 years of age. I have personal knowledge of the matters stated below.
2. I am the plaintiff in the matter captioned Troy Clowdus in the matter captioned *Clowdus v. American Airlines, Inc.*, Case No. 1:21-CV-23155-KMM.
3. I have not worn a business suit for any reason in 20 years.
4. On the morning of June 10, 2021, I was wearing jeans and a T-shirt.

TROY CLOWDUS