

Global Investigations: GI-2021-11221

First Published: 6/10/2021 12:29 PM Last Updated: 6/10/2021 3:13 PM

## Investigation Details

### Investigator

| | | |
|---|---|---|
| | | **High Severity:** |
| **Lead Investigator:** | MALDONADO, ARISTIDES ███ | **Lead Investigation Field Office:** MIA |
| **Lead Investigator Title:** | Security Specialist | |
| **Assisting Investigator:** | | **Assisting Investigator Field Office:** |
| **Assisting Investigator Title:** | | |
| **Additional Investigator:** | | **Status:** Open |
| | | **Hours Worked:** |
| **Number of days of Inactivity:** 0 | | **Comments:** |

### General Information

| | | | |
|---|---|---|---|
| **Tracking ID:** | GI -11221 | **Date Reported:** | 6/10/2021 |
| **Case Number:** | GI-2021-11221 | **Time (Military):** | 0838 |
| **Main Category:** | ASSAULT | **Received By:** | Employee |
| | | | Security Operations |
| **Sub - Category:** | Assault | **AA Complainant( s):** | MERINO, CARLOS ███ |
| | Physical | | |
| | | **Non AA Complainant( s):** | |
| **Category Type:** | Physical | | |
| | Simple | | |
| **Participants:** | Passenger/Employee | | |

1

AA00028

# American Airlines

| | |
|---|---|
| **Station:** | MIA |
| **Is the subject of the investigation an employee?:** | No |
| **Profit Center:** | AA – American Airlines |
| **Synopsis:** | On June 10, 2021, after boarding of flight 1303 MIA-MEX, pax Troy CLOWDUS VZCMGE physically assaulted FA 1 Carlos MERINO by grabbing his carry-on bag and hitting the FA in the stomach.   The pax was upset that the FA instructed him to stow his bag in the overhead bin.   Pax removed, travel canceled, and added to IRL pending investigation. |

## Add New Incident

| Occurrence From Date | Occurence To Date | Synopsis |
|---|---|---|
| No Records Found | | |

## Law Enforcement Information

| | |
|---|---|
| **Law Enforcement File:** | No |

## Related Investigations

i.e.: Ethics Point, wAAtchdog, CERS, etc.

**Add New:**    CERS 21062818

## Archer Related Investigations

| Case Number | Additional Category | Lead Investigator | Status |
|---|---|---|---|
| No Records Found | | | |

## Narrative

### Narrative

| Narratives | Description | Date | Investigator |
|---|---|---|---|
| Sec Ops notified GI MIA of an incident between a passenger and a crew member, after boarding of flight 1303 MIA-MEX.  According to the victim, FA 1 Carlos MERINO (563798) in his CERS report, passenger seated on 1F, identified as Troy CLOWDUS (VZCMGE) was asked by the FA to place his carry-on bag on the overhead bin, since he was in a bulkhead row in business class and there was no floor storage space.  The passenger became upset about the instructions, but told the FA he would store it later.   Once boarding was complete, FA1 MERINO saw that the passenger had not stowed the bag yet.   He even offered to stow the bag for him, when the passenger became | Assault on crew member by passenger | 6/10/2021 | MALDONADO, ARISTIDES |

2

AA00029

**American Airlines**

aggressive, grabbed his bag and deliberately hit the FA in the stomach with it.   The FA told the passenger that he just hit him with the bag, and the passenger began to deny it.

FA3 Deon GRAY ▮▮▮▮▮▮ witnessed the actions by the passenger, and on his CERS report GRAY states he saw CLOWDUS   become irate, grabbed the bag which was hidden behind his legs, and intentionally aimed it at FA1 MERINO, hitting him hard in the stomach.

LEO's were not requested, and after removal of the passenger the flight left uneventfully.   Further travel was canceled on his PNR.

Passenger CLOWDUS was added by Sec Ops to the temporary IRL pending investigation, RPU 9102534.

## Person

### Persons Involved

### AA Personnel- Detailed

| Employee Number | Name(AA/AE) | Alias | Company_Code | Employee_Status | Position/Job Title | Type/Relationship | Group | DOB | Pers. Address | Pers. Address 2 | Pers. City | Pers. State | Pers. Country | Phone (Business Direct) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00565087 | DEON GRAY | | AA | A | FLIGHT ATTENDANT | Employee | FLIGHT SERVICE MIA-19 | 4/13 | 5101 SAGO PALM CIR | | TAMARAC | FL | USA | |
| 00563798 | CARLOS MERINO | Carlos | AA | A | FLIGHT ATTENDANT | Employee | FLIGHT SERVICE MIA-17 | 2/22 | 15061 SW 115TH ST | | MIAMI | FL | USA | ▮▮▮▮▮2 |

### External Persons

| Last Name | First Name | Alias |
|---|---|---|
| Clowdus | Troy | |

### AA Personnel- Archived

| Name (Active Employee) | Name (Employee Not Found in Directory) | Alias | Position | Department | Employee Number |
|---|---|---|---|---|---|
| No Records Found | | | | | |

### AA Contractor

| Contractor Company Name | Role | Position |
|---|---|---|
| No Records Found | | |

3

AA00030



## Aircraft/Vehicle/Facility

### Aircraft Information

**From:**

**Flight #:**

**Scheduled Departure:**

**Actual Departure:**

**Gate Departure:**

**Baggage Claim:**

**PNR:**

**First Name:**

**To:**

**Tail Number:**

**Scheduled Arrival:**

**Actual Arrival:**

**Gate Arrival:**

**Last Name:**

### Additional Related PNR

| PNR | First Name | Last Name |
|---|---|---|
| No Records Found | | |

### Vehicle Information

**Make:**

**Color:**

**Registered To:**

**Model:**

**Year:**

**Registration Number:**

### Facility    Information

**Facility Type:**

**Street Address:**

**State:**

**Name:**

**City:**

**Zip Code:**

## Attachment(s)

### Attachments

| Name | Size | Type | Upload Date | Downloads |
|---|---|---|---|---|
| CLOWDUS, Troy.docx | 62978 | .docx | 6/10/2021 3:13 PM | 0 |

## Disposition/Restitution

### Disposition Details

4

AA00031



| Disposition | Date Disposition | Reason | | |
|---|---|---|---|---|
| No Records Found | | | | |

**Restitution Payment**

| Payment Date | Payment Type | | Identifier | Amount |
|---|---|---|---|---|
| No Records Found | | | | |

**W.A.R.**

**W.A.R.**

Please use the following format:  Case number, Station, Legacy American Airlines (LAA) or U.S. Airways (LUS), Brief Summary or Update, Status, Investigator

Example:
GI-2014-00123 - Chicago (ORD): (2 spaces) LAA Corpsec assisted Chicago Police officers in the investigation of an iPhone theft.  The device was stolen from the desk of an Admiral's Club Representative. The missing property was tracked and recovered at the home of a cleaning vendor employee.  The cleaner was arrested and charged with theft and subsequently terminated. Case Closed. (Smith)

**Date:**

**Text:**

5

AA00032

3.1.1 - Passengers who assault any employee of American Airlines, such as airport agents, flight crew, or any American Airlines passenger, law enforcement or security screening personnel, including but not limited to passengers who display, or show the potential to display, disorderly, offensive, abusive, or violent conduct;

AAdvantage Status: Gold

TSA Notification: None

| RPU | 9102534 | CLOWDUS | Troy |
|-----|---------|---------|------|

**Chris Reddig**
Specialist – Security Operations
682-315-012█ SecOps



American Airlines
You are why we fly

**From:** Security Operations
**Sent:** Thursday, June 10, 2021 8:38 AM
**To:** Crowley, Kevin <Kevin.Crowley@aa.com>; Gilbert, Phil <Phil.Gilbert@aa.com>; Heh, Jeffrey <Jeffrey.Heh@aa.com>; Henson, Trace <Trace.Henson@aa.com>; Maldonado, Aristides <Aristides.Maldonado@aa.com>; Mia corporate security, Z1085430 <Z1085430.Mia.corporate.security@aa.com>; Ruiz, Jose <jos.ruiz@aa.com>; Soto, Luis <Luis.A.Soto@aa.com>
**Cc:** Adleman, Shane <Shane.Adleman@aa.com>; Khan, Sohail <sohail.khan@aa.com>; Security Operations <Security.Operations@aa.com>
**Subject:** SITREP - AA1303/10JUN MIA-MEX | Physical Assault

Primary City: MIA
Event Location: Onboard A/C at Gate
Passenger Name: CLOWDUS/Troy
PNR: VZCMGE

Summary:

After boarding, passenger CLOWDUS/Troy became unruly about storage in the overhead bins and hit a flight attendant in the stomach with his bag.

LEOs were not requested and the passenger was deplaned.

Passenger CLOWDUS has been denied further travel on his current PNR.

Passenger Record Locator:

\* AADVANTAGE GOLD \* RUBY \*

2

AA00033

```
                    .
* PREMIUM CREDIT CARD *
 1.1CLOWDUS/TROY*DO NOT REBOOK
 1  2416Y 10JUN Q MIAMEX HK1  1020A 1243P HRS /E
 2   505R 15JUN T MEXMIA HK1   420P  855P HRS /E
   /MEX CHECK-IN WITH NEG COVID TST RQD LT 3DAYS OF DEPT
TKT/TIME LIMIT
 1.T-15MAY-XTM7I72
 2.TE 0012174807074 CLOWD/T XTM7I72 0901/15MAY
VCR COUPON DATA EXISTS  *VI TO DISPLAY
PHONES
 1.WWWTROYMF1
AGMAIL.COM-E
 2.WWW1305-915-2093-C
ADDRESS
   N/TROY CLOWDUS
   A/114 4TH RIVO
   C/MIAMI BEACH, FL
   Z/33139
PRICE QUOTE RECORD EXISTS - *PQS
FREQUENT TRAVELER
 1.AA 1BCV410         HK AA  1.1 CLOWDUS/TROY
    * GLD/RBY/PCC *
SEATS/BOARDING PASS
 1  2416Y 10JUN MIAMEX HK 10D NAH  LP 1.1 CLOWDUS/TROY
 2   505R 15JUN MEXMIA HK  1F NW  B  1.1 CLOWDUS/TROY
AA FACTS
  PCTC DATA EXISTS - PLEASE USE *P4 TO VIEW
 1.SSR CTCM AA HK1/13059152093
 2.SSR CTCE AA HK1/TROYMF1//GMAIL.COM
 3.SSR DOCO AA HK1//R/158226034
 4.OSI PURCHASED ON AA.COM US 05/15/2021 IN US CURRENCY
 6.SSR CCRD  /CB3V NN1
 7.SSR DBSS  /AA1303IMIAMEX202106101110AUCR202106101437MIAMEX2
   02106101040 NN1
 8.SSR DOCO AA HK1//K/158226034///US
 9.SSR DOCS AA HK1/P/USA/588688560/USA/29APR67/M/15AUG28/CLOWD
   US/TROY/POWELL//S1
 12.SSR DOCA AA HK1/R/US
REMARKS
 1.-TBM*IKXXXXXXXXXXXXX1723
XXXXX
 2.-TROY CLOWDUS
 3.H-/T
DOC
VCR
 4.H-/T
DLV
EMAIL
TROYMF1
AGMAIL.COM
 5.H-/T
SP
```

3

INTL
  6.H-/T
CCBC US
  7.H-/T
WWW EAU
  8.H-WWW/AUTH/CIDAX
  9.H-IPPADDR99.1.238.211

  10.H-TRANP 28540FCD-5D91-40B5-A216-2C4562198D8B
  11.H-PTI1.1-ADT-ADT
  12.H-BOOKED VIA AMERICAN AIRLINES WEB SITE US IN US CURRENCY
  13.H-IPHADDR99.1.238.211

  14.H-TRANH 28540FCD-5D91-40B5-A216-2C4562198D8B
  15.H-TBMUSD673.6 BASE AMT PLUS SECURITY PER ADT/0901/15MAY
  16.XXAUTH/GATEWF  *Z/IK1723
  17.H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01
  18.H-UPGRADE AUTO REQUEST FAILED -
  19.H-DEPARTURE DATE TIME BELOW 3.5 HOURS
  20.H-FOR FLT 2416
  21.H-------------------------------------------*A
  22.H--------------------------------------------
  23.H-MR CLOWDUS/T ORIGINALLY TRAVELING ON FLIGHT 1303
  24.H-MIA-MEX SEAT 1F. AT DEPARTURE TIME PAX WAS ASKED
  25.H-BY NUMBER ONE FLIGHT ATTENDANT TO STOW SMALL BAG
  26.H-HE HAD ON THE FLOOR SINCE HE WAS SEATING IN BULK HEAD
  27.H-AT THAT TIME F/ATTENDANT COMPLAINT PAX CLOWDUS THREW
  28.H-THE BAG INTO EMPTY SEAT NEXT TO HIM AND HIT FLIGHT
  29.H-ATTENDANT...CAPTAIN ADVISED AND LATER PAX REMOVED
  30.H-AS PER FLIGHT ATTENDANT REQUEST. MIA OC HENRIQUEZ
  31.H-----------------------------------------------------
  32.**********************************************************
  33.H-************ DO NO ATTEMPT TO OVERRIDE **********
  34.H-******CONTACT AA SECURITY OPS AT 682-315-0121******
  35.H-*******DO NOT REBOOK PAX  PAX ON IRL PENDING******
  36.**********************************************************
RECEIVED FROM - WWW
1BCV410
WWW.HDQ2RED 0900/15MAY21 VZCMGE H
AA FACTS
  1.SSR CTCM AA HK1/13059152093    1.1 CLOWDUS/TROY
  2.SSR CTCE AA HK1/TROYMF1//GMAIL 1.1 CLOWDUS/TROY
  .COM
  3.SSR DOCO AA HK1//R/158226034   1.1 CLOWDUS/TROY
  4.OSI PURCHASED ON AA.COM US 05/15/2021 IN US CURRENCY
  5.SSR PCTC AA HK/ALLEN BRYCE/US3 1.1 CLOWDUS/TROY
  059152070
  6.SSR CCRD /CB3V NN1        1.1 CLOWDUS/TROY
  7.SSR DBSS /AA1303IMIAMEX202106101110AUCR202106101437MIAMEX2
  02106101040 NN1
  8.SSR DOCO AA HK1//K/158226034// 1.1 CLOWDUS/TROY
  · /US

4

AA00035

```
 9.SSR DOCS AA HK1/P/USA/58868856  1.1 CLOWDUS/TROY
   0/USA/29APR67/M/15AUG28/CLOWDU
   S/TROY/POWELL//S1
10.SSR PCTC AA HK/PSGR/DECLINED    1.1 CLOWDUS/TROY
11.SSR PCTC AA HK/PSGR/DECLINED    1.1 CLOWDUS/TROY
12.SSR DOCA AA HK1/R/US        1.1 CLOWDUS/TROY
13.SSR PCTC AA HK/PSGR/DECLINED    1.1 CLOWDUS/TROY
A5H H-*********** DO NO ATTEMPT TO OVERRIDE **********
A5H H-******CONTACT AA SECURITY OPS AT 682-315-0121******
A5H H-*******DO NOT REBOOK PAX   PAX ON IRL PENDING******
HDQ HDQ8WCR 0823/10JUN21
XN  1CLOWDUS/TROY
AN  1CLOWDUS/TROY*DO NOT REBOOK
HDQ HDQ8WCR 0822/10JUN21
A4G   2416Y 10JUN MIAMEX NN/SS  10D NAHLP -CLOWDUS/TROY
R- CKI
 0751/10JUN21
X4G   2416Y 10JUN MIAMEX SS/HK  10D NAHLP -CLOWDUS/TROY
R- CKI
 0751/10JUN21
A5H H----------------------------------------*A
A5H H---------------------------------------
A5H H-MR CLOWDUS/T ORIGINALLY TRAVELING ON FLIGHT 1303
A5H H-MIA-MEX SEAT 1F. AT DEPARTURE TIME PAX WAS ASKED
A5H H-BY NUMBER ONE FLIGHT ATTENDANT TO STOW SMALL BAG
A5H H-HE HAD ON THE FLOOR SINCE HE WAS SEATING IN BULK HEAD
A5H H-AT THAT TIME F/ATTENDANT COMPLAINT PAX CLOWDUS THREW
A5H H-THE BAG INTO EMPTY SEAT NEXT TO HIM AND HIT FLIGHT
A5H H-ATTENDANT...CAPTAIN ADVISED AND LATER PAX REMOVED
A5H H-AS PER FLIGHT ATTENDANT REQUEST. MIA OC HENRIQUEZ
A5H H-------------------------------------------
MIA MIA7JHE 0649/10JUN21
A5H H-UPGRADE AUTO REQUEST FAILED -
A5H H-DEPARTURE DATE TIME BELOW 3.5 HOURS
A5H H-FOR FLT 2416
R- RPTPIE
HDQ HDQ82CP 0640/10JUN21
A4G   2416Y 10JUN MIAMEX NN/SS  10D NAHLP -CLOWDUS/TROY
R- CKI
 0634/10JUN21
A4S SSR PCTC AA HK/PSGR/DECLINED  -CLOWDUS/TROY
R- CKI
 0634/10JUN21
X4S SSR DOCA AA HK1/R/US  -CLOWDUS/TROY
A4S SSR DOCA AA HK1/R/US  -CLOWDUS/TROY
R- CKI
 0634/10JUN21
XS   2416R 10JUN MIAMEX SA/SA1  1020A 1243P/E
MIA MIA5RHM 0634/10JUN21
AS   2416Y 10JUN MIAMEX NN/SS1  1020A 1243P/E
MIA MIA5RHM 0633/10JUN21
A4S SSR PCTC AA HK/PSGR/DECLINED  -CLOWDUS/TROY
```

5

AA00036

```
R- CKI
 0607/10JUN21
X4S SSR DOCA AA HK1/R/US  -CLOWDUS/TROY
A4S SSR DOCA AA HK1/R/US  -CLOWDUS/TROY
R- CKI
 0607/10JUN21
XS   1303R 10JUN MIAMEX NN/HK1  710A  937A/E
AS   2416R 10JUN MIAMEX SA/SA1 1020A 1243P/E
MIA MIA5JHE 0603/10JUN21
X4G  1303R 10JUN MIAMEX SS/HK  1F NWB  -CLOWDUS/TROY
R- CKI
 0600/10JUN21
A4S SSR PCTC AA HK/PSGR/DECLINED  -CLOWDUS/TROY
R- CKI
 0414/10JUN21
X4S SSR DOCA AA HK1/R/US///FL  -CLOWDUS/TROY
A4S SSR DOCA AA HK1/R/US  -CLOWDUS/TROY
R- CKI
 0414/10JUN21
X4S SSR DOCS AA HK1/DB/29APR1967/M/CLOWDUS/TROY
   -CLOWDUS/TROY
A4S SSR DOCS AA HK1/P/USA/588688560/USA/29APR67/M/15AUG28/CLOW
   DUS/TROY/POWELL//S1  -CLOWDUS/TROY
R- CKI
 0414/10JUN21
A4S SSR DOCO AA HK1//K/158226034///US  -CLOWDUS/TROY
R- CKI
 0413/10JUN21
A4S SSR DBSS /AA1303IMIAMEX202106101110AUCR202106101437MIAMEX
   202106101040 NN1
R- WWW
DBAPRSS
HDQ HDQ5FY1 2238/09JUN21
A4S SSR CCRD /CB3V NN1  -CLOWDUS/TROY
R- RIPACLIENT
CRC CRC8OD2 0515/07JUN21
A5H H-PC/PSGR CLEARED FOR TRAVEL/CORPORATE SECURITY/01
R- SCC UPDATE
CRC HDQ8PAY 0515/07JUN21
A4S SSR PCTC AA HK/ALLEN BRYCE/US3059152070  -CLOWDUS/TROY
R- WWW
MWS
HDQ HDQ5MWS 1218/30MAY21
X7  T-PGW INSTANT TICKET
A7  T-15MAY-XTM7I72
R- AACOM
XTM XTM7I72 0901/15MAY21
AW  N/TROY CLOWDUS
AW  A/114 4TH RIVO
AW  C/MIAMI BEACH, FL
AW  Z/33139
A5F -TBM*IKXXXXXXXXXXXXX1723
```

6

AA00037

XXXXX
A5F  -TROY CLOWDUS
A5H  H-/T
DOC
VCR
A5H  H-/T
DLV
EMAIL
TROYMF1
AGMAIL.COM
A5H  H-/T
SP
INTL
A5H  H-/T
CCBC US
A5H  H-/T
WWW EAU
A5H  H-WWW/AUTH/CIDAX
A5H  H-IPPADDR99.1.238.211

A5H  H-TRANP 28540FCD-5D91-40B5-A216-2C4562198D8B
A5H  H-TBMUSD673.6 BASE AMT PLUS SECURITY PER ADT/0901/15MAY
A4O  OSI PURCHASED ON AA.COM US 05/15/2021 IN US CURRENCY
X8   TLMIAAA1015A/15MAY-SAT
A7   T-PGW INSTANT TICKET
R-   WWW
1BCV410
WWW HDQ2777 0901/15MAY21
A4G    505R 15JUN MEXMIA NN/SS  1F NWB  -CLOWDUS/TROY
R-  ITKTS FULFILLMENT
XTM XTM7IGW 0900/15MAY21
A4G    1303R 10JUN MIAMEX NN/SS  1F NWB  -CLOWDUS/TROY
R-  ITKTS FULFILLMENT
XTM XTM7IGW 0900/15MAY21

Reddig, William
Specialist, Security Operations

7

AA00038

CERS

# Submitter info

**Submitter**
Merino, Carlos

**Report id**
2106003695

**Employee number**
███████

**Submit date**
06/10/2021

**Bid status**
-/-/-/-

**Report status**
New

**Reply requested**
-

**Report type**
Debrief

# Flight info

**Flight number**
1303

**Departure station**
MIA

**Departure terminal/gate**
N/D5

**Flight date time**
06/10/2021, 12:00 AM

**Arrival station:**
MEX

**Arrival terminal/gate**
1/-

**Nose number**

AA00039

CERS

3SC

Interrupt station
-

Fleet
B737

Phase of flight
Boarding

# Description

06/10/2021 at 8:14 AM Passenger was asked at the beginning of boarding process to place his bag on the OHB before we were to go out of space, passenger got mad about it but accepted to do it latter , after being finished boarding and checking the cabin I asked passenger to place his bag in the OHB even I offered to do it myself, he was so aggressive about it I explaning the rule to him about bulkhead and he grabbed his bag and deliberately hit me in my stomach very hard with it ! I asked him You just hit me with your bag and he replied very aggresivily NO I DIDN'T, I advised the captain about it immediately and because his aggresivily behavior it was decided to remove him from the flight This behavior SHOULD NOT BE TOLERATED BY AA AT ALL I was fiscally assaulted by this man and the company should do something about it

# Recommendation

06/10/2021 at 8:14 AM
I was fiscally assaulted by this man and the company should do something about It !

# Questions / answers

Enter the three or four letter station code
MIA

Select the location where the Event happened
Aircraft

Select the location where the Event happened
Seat

Date and time of the event
06/10/2021 06:55

Which law enforcement met the flight?
None requested

Was routine traffic between the flight deck and cabin suspended?
No

Who else was involved?
Witness

Was there a FAM onboard?
No

## People Involved

**Disturbance suspect - Clowdus, Troy**

### Person details

Last, First
Clowdus, Troy

Gender
Male

### Passenger info

PNR
Na

Seat
1F

### Questions

Was the suspect / passenger restrained?
No

Was this person taken into custody?
No

Was the Captain notified of the Event?
No

Was Passenger In-flight Disturbance Report issued?
No

What disturbance issue(s) is being reported?
Crew member assault

**Witness - GRAY, Deon**

CERS

## Person details

Last, First
GRAY, Deon

## Contact info

Best contact phone
955606111

## Passenger info

Seat
Crew e

**Witness - N/A, N/A**

## Person details

Last, First
N/A, N/A

# Replies to submitter

No Replies to show

# Attachment

No Attachment Provided

6/10/2021
AA00042

**Maldonado, Aristides**

| | |
|---|---|
| **From:** | CERS |
| **Sent:** | Thursday, June 10, 2021 9:45 AM |
| **Subject:** | Customer Misconduct Notification - AA, , 3SC, 06/10/2021 |

**Please do NOT reply to this notification.  This email is for notification purposes only**

Information in this report is preliminary and subject to change

## Report Information

| Report identifier | Create date | Title |
|---|---|---|
| 2106003706 | 06/10/21 08:42 | Customer Misconduct |

## Reported By Employee Information

| Employee id | Last name | First name | Crew base |
|---|---|---|---|
| 565087 | Gray | Deon | MIA |

## Flight Details

| Company | Flight date | Flight | Dep | Arr | Int | Aircraft | Fleet | FAA Reg nbr | Nose nbr | Phase |
|---|---|---|---|---|---|---|---|---|---|---|
| AA-American Airlines | 06/10/21 | 1303 | MIA | MEX | | B737-MAX | B737 | N378SC | 3SC | Boarding |

## Involvement list:

| Involved as a | Last name | First name | Middle init | Employee nbr | Seat nbr | Report |
|---|---|---|---|---|---|---|
| WebAdmin | Gray | Deon | | | Crew 5 | |
| WebAdmin | Troy | Clowdus | | | 1F | |

## Categories selected

Customer Misconduct

## Facts related to the event

Created on: 06/10/21 08:42

Pax seated at bulkhead.The #1 explained the bulkhead rules regarding carry on bags.During the boarding Pax was asked several times by FA #1 to put his bag in the overhead bin.Pax hid the bag behind his legs.When we were preparing the cabin prior to door closure #1 offered to put the bag in the overhead .Pax became irate, grabbed his bag from behind his legs & intentionally aimed at the #1 & hit him hard in his stomach, with it, & stood there glaring at the #1.The pax was removed from the flight

## Comments/Concerns/Recommendations related to this event

Created on: 06/10/21 08:42

No form of assault is acceptable on the crew!!!The company needs to support & protect their crews.If the company keeps refusing to prosecute these violent offenders, the the crews will be left with no choice but to do it ourselves! The company must start providing a safe work environment.The FAA will be notified by us.

## Person Details

Basic information for:

1

AA00043

Name: Gray, Deon

Address:

Email

Work:

Other:

Phones

Home: ~~9545606111~~

Work: ~~9545606111~~

Cell:

Other:

Position Information

Job Title:

Months in Current Position:

Work Location:

Department:

Qualification:

Base:

Pax/Vendor/Misc Information

Gender: Not Stated

Passport:

Passport Country:

Seat: Crew 5

Age:

PNR:

Pax No: 0

Fare Class:

AAdvantage No:

Scheduled Days Off:

Normal Shift: : :

Rotation Days Off:

Technical Exp.:

Line:

Bag Tag:

Photo ID Verified:

Driver License:

Medical License:

Badge Number:

Vendor Company:

Vendor Equipment:

Vendor Phone:

Basic information for:

Name: Troy, Clowdus

Address:

Email

Work:

Other:

Phones

Home:

Work:

Cell:

Other:

Position Information

Job Title:

Months in Current Position:

Work Location:

Department:

Qualification:

Base:

Pax/Vendor/Misc Information

Gender: Male

Passport:

Passport Country:

Seat: 1F

Age:

PNR:

Pax No: 0

Fare Class:

AAdvantage No:

Scheduled Days Off:

Normal Shift: : :

Rotation Days Off:

Technical Exp.:

Line:

Bag Tag:

Photo ID Verified:

Driver License:

Medical License:

Badge Number:

Vendor Company:

Vendor Equipment:

Vendor Phone:

2

AA00044

Category Answers (Customer Misconduct) for Gray, Deon

Category Answers (Customer Misconduct) for Troy, Clowdus

| | |
|---|---|
| What disturbance issue(s) is being reported? | Crew member assault |
| Was the suspect / passenger restrained? | No |
| Was this person taken into custody? | No |
| Was the Captain notified of the Event? | No |
| Was Passenger In-flight Disturbance Report issued? | No |

Category Answers (Report Data)

| | |
|---|---|
| Who else was involved? | Witness |
| Was routine traffic between the flight deck and cabin suspended? | No |
| Was there a FAM onboard? | No |
| Which law enforcement met the flight? | None requested |
| Enter the three or four letter station code | MIA |
| Date and time of the event | 06/10/2021 06:55 |
| Select the location where the Event happened | Aisle |
| Who else was involved? | Witness |
| Was routine traffic between the flight deck and cabin suspended? | No |
| Was there a FAM onboard? | No |
| Which law enforcement met the flight? | None requested |
| Enter the three or four letter station code | MIA |
| Date and time of the event | 06/10/2021 06:55 |
| Select the location where the Event happened | Aisle |

Attachment Listing

| File Name | Description | Create Date |
|---|---|---|

Notified:
Security.Operations@aa.com


Simon.Bridges@aa.com
Michael.O'Dwyer@aa.com
Julie.Rath@aa.com
Melissa.Leach@aa.com

AA00045

**Maldonado, Aristides**

| | |
|---|---|
| **From:** | Security Operations |
| **Sent:** | Thursday, June 10, 2021 10:01 AM |
| **To:** | Maldonado, Aristides; Crowley, Kevin; Gilbert, Phil; Heh, Jeffrey; Henson, Trace; Mia corporate security, Z1085430; Ruiz, Jose; Soto, Luis |
| **Cc:** | Kirby, John; Adleman, Shane; Khan, Sohail |
| **Subject:** | RE: IRL Addition / CLOWDUS / 9102534 **Privileged and Confidential** |
| **Attachments:** | Customer Misconduct Notification - AA, , 3SC, 06/10/2021 |

Additional FA report received.

**Chris Reddig**
Specialist – Security Operations
882-315-0121 SecOps

 American Airlines
You are why we fly

**From:** Maldonado, Aristides
**Sent:** Thursday, June 10, 2021 8:41 AM
**To:** Security Operations <Security.Operations@aa.com>; Crowley, Kevin <Kevin.Crowley@aa.com>; Gilbert, Phil <Phil.Gilbert@aa.com>; Heh, Jeffrey <Jeffrey.Heh@aa.com>; Henson, Trace <Trace.Henson@aa.com>; Mia corporate security, Z1085430 <Z1085430.Mia.corporate.security@aa.com>; Ruiz, Jose <jos.ruiz@aa.com>; Soto, Luis <Luis.A.Soto@aa.com>
**Cc:** Kirby, John <John.a.kirby@aa.com>; Adleman, Shane <Shane.Adleman@aa.com>; Khan, Sohail <sohail.khan@aa.com>; Security Operations <Security.Operations@aa.com>
**Subject:** Re: IRL Addition / CLOWDUS / 9102534 **Privileged and Confidential**

Received GI MIA

Get Outlook for iOS

**From:** Security Operations <Security.Operations@aa.com>
**Sent:** Thursday, June 10, 2021 9:39:57 AM
**To:** Crowley, Kevin <Kevin.Crowley@aa.com>; Gilbert, Phil <Phil.Gilbert@aa.com>; Heh, Jeffrey <Jeffrey.Heh@aa.com>; Henson, Trace <Trace.Henson@aa.com>; Maldonado, Aristides <Aristides.Maldonado@aa.com>; Mia corporate security, Z1085430 <Z1085430.Mia.corporate.security@aa.com>; Ruiz, Jose <jos.ruiz@aa.com>; Soto, Luis <Luis.A.Soto@aa.com>
**Cc:** Kirby, John <John.a.kirby@aa.com>; Adleman, Shane <Shane.Adleman@aa.com>; Khan, Sohail <sohail.khan@aa.com>; Security Operations <Security.Operations@aa.com>
**Subject:** IRL Addition / CLOWDUS / 9102534 **Privileged and Confidential**

Individual below has been added to the Internal Refuse List pending investigation.

Requesting Party: REDDIG

Behavior/Offense: Passenger hit flight attendant in stomach with bag

IRL Criteria Met:

1

AA00046

# *Internal Refuse List Checklist*

**Instructions**
Reset  1. Reset and clear form data and save a copy under a new file name.
2. Fill in blanks to complete the form. Red border boxes are required fields.
3. Click into the signature box at the bottom of form to add your signature, save a copy and submit the form.



## SECTION 1 - <u>INTERNAL REFUSE LIST POLICY CRITERIA</u>

**Internal Refuse List Policy Criteria:** Only passengers with behaviors meeting one or more of the criteria listed below may be consider for placement on the AA permanent internal refuse list.

[✓] **3.1.1 -** *Passengers who assault any employee of American Airlines, such as airport agents, flight crew, or any American Airlines passenger, law enforcement or security screening personnel, including but not limited to passengers who display, or show the potential to display, disorderly, offensive, abusive, or violent conduct;*

[ ] **3.1.2 -** *Passengers who pose a credible safety, security or COVID-19 health threat to American Airlines, including but not limited to passengers who fail to comply with, or interfere with, the duties of the members of the flight crew, federal regulations, security directives or law enforcement;*

[ ] **3.1.3 -** *Passengers who engage in illegal activity onboard the aircraft (such as transport of drugs or human trafficking);*

[ ] **3.1.4 -** *Passengers who used to be employed by American Airlines Group who have made threats against American Airlines Group;*

[ ] **3.1.5 -** *Passengers who, as a result of their conduct or deception, expose American Airlines, our passengers, or our crews to any loss, damage, or expense from damage to property or physical harm (in cases where restitution is collected by Corporate Security or through a court order, passenger will be removed from AA Internal Refuse List);*

[ ] **3.1.6 -** *Passengers who engage in sexual misconduct onboard the aircraft such as contact with another person without consent, inappropriately touching oneself, exposing genitalia or other actions deemed inappropriate of a sexual nature.*

## SECTION 2 - <u>CASE & INCIDENT INFORMATION</u>

| Name of Investigator | GI Archer Case Number | IRL Archer Case Number | SID # |
|---|---|---|---|
| Aristides Maldonado | 2021-11221 | | 9102534 |

**Required Documentation**

[✓] CERS/SOS Reports

[✓] Team Member Reports *(firsthand accounts)*

[✓] Victim & Witness Statements *(firsthand accounts)*

[ ] Property Damage *(applicable for 3.1.5 policy violation)*

**Recommended Documentation**

[ ] Law Enforcement Report

[ ] Airport Video/Witness Video

| Incident Date | Flight Number | Customer Name | Customer PNR | Customer DOB | Victim Name *(if applicable)* |
|---|---|---|---|---|---|
| Jun 10, 2021 | 1303 | Troy Clowdus | VZCMGE | April 29, 1967 | Carlos Merino |

**Incident Summary**

After boarding of flight 1303 MIA-MEX, passenger CLOWDUS physically assaulted FA 1 Carlos MERINO, by grabbing his carry-on bag and deliberately hitting the FA in the stomach with it.  The passenger earlier tried to hide the bag under his feet, and the FA told him twice to stow it, even offering to do it for him. The passenger was in a bulkhead (seat 1F) row. The passenger was removed from the flight, PNR canceled. LEO's were not requested to respond.



Aristides Maldonado
Digitally signed by Aristides Maldonado
Date: 2021.06.11 11:24:02 -04'00'

Signature

CONFIDENTIAL

Revision Date: 11/12/2020


AA00047