| From: | AA Refuse |
| --- | --- |
| To: | troymf1@gmail.com |
| Subject: | Revocation of Flight Privileges |
| Attachments: | image003.png |

**\*\*\*Please do not reply.  This is not a monitored email address\*\*\***

Dear Mr. Troy Clowdus,

114 14th Rivo
Miami Beach, FL 33139
troymf1@gmail.com

American Airlines is currently conducting an internal investigation into a recent incident you were involved in on American Airlines flight # 1303, between MIA - MEX on June 10, 2021. Based upon reports of the incident, we have determined that you, have violated the passenger responsibilities outlined in our conditions of carriage which you agreed to at the purchase of your ticket(s).  This constitutes a material breach of contract.

As a result of your actions, we have decided that your future travel will be denied, and that any future reservations will not be honored on American Airlines flights or related code-share flights. If you have upcoming travel, it will be canceled. Your ability to travel on American Airlines will be revoked pending the outcome of the investigation.

Corporate Security



NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient(s). If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this in error, please notify

AA00010

me immediately by return email and promptly delete this message and its attachments from your computer.

AA00011

**King, Joshua**

| | |
|---|---|
| **From:** | AA Refuse <Z1058197.Aa.refuse@aa.com> |
| **Sent:** | Tuesday, June 22, 2021 10:56 AM |
| **To:** | troymf1@gmail.com |
| **Subject:** | Permanent Revocation of Flight Privileges |

June 22, 2021

**\*\*Please do not reply.  This is not a monitored email address\*\*\***

Dear Mr. Troy Clowdus,

114 14th Rivo
Miami Beach, FL 33139
troymf1@gmail.com

American Airlines has completed an internal investigation into a recent incident you were involved in on American Airlines flight # 1303, MIA - MEX on June 10, 2021. Based upon our investigation, we have determined that you have violated the passenger responsibilities outlined in our conditions of carriage which you agreed to at the purchase of your ticket(s). This constitutes a material breach of contract.

As a result of your actions, we have decided that your future travel will be denied, and that any future reservations will not be honored on American Airlines flights or related code-share flights. If you have upcoming travel, it will be canceled. Your ability to travel on American Airlines will be permanently revoked.

Corporate Security



NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient(s). If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this in error, please notify me immediately by return email and promptly delete this message and its attachments from your computer.

1

AA00013