NADEGE COLAS
April 06, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

- - -

TROY CLOWDUS,             :   NO. 1:21-cv-23155-MM
                         :
          Plaintiff,     :
                         :
vs.                      :
                         :
AMERICAN AIRLINES,       :
INC.,                    :
                         :
          Defendant.

- - -

VIDEOCONFERENCE DEPOSITION OF NADEGE COLAS

WEDNESDAY, APRIL 6, 2022

9:58 A.M.
- - -

REPORTED BY:

Jean M. Walker, Court Reporter - Notary Public

APPEARING REMOTELY FROM CAMDEN COUNTY, NEW JERSEY

NADEGE COLAS
April 06, 2022

1    REMOTE APPEARANCES:

2

     STONE & WOODROW, LLP
3    BY:   WILLIAM T. WOODROW, ESQUIRE
           250 West Main Street, Suite 201
4          Charlottesville, Virginia 22903
           (855) 275-7378
5          will@stoneandwoodrowlaw.com

6          Representing the Plaintiff

7

     BUCHANAN, INGERSOLL & ROONEY, PC
8    BY:   ROBERT D. PECCHIO, ESQUIRE
           Bank of America Plaza
9          401 East Las Olas Boulevard, Suite 2250
           Ft. Lauderdale, Florida 33301-4251
10         (954) 703-3944
           robert.pecchio@bipc.com
11
           Representing the Defendant
12

13

14

15

16

17

18

19

20

21

22

23

24

25

NADEGE COLAS
April 06, 2022

```
1                      I N D E X

2

3

4    WITNESS                               PAGE

5    NADEGE COLAS
         (Witness sworn.)
6
     DIRECT EXAMINATION
7    BY:  MR. WOODROW                        5

8

9

10

11                  E X H I B I T S

12

13    NO.           DESCRIPTION            PAGE

14        Whereupon, no Exhibits have been marked.

15

16

17

18

19

20

21

22

23

24

25
```

NADEGE COLAS
April 06, 2022

```
 1          REPORTED REMOTELY FROM CAMDEN COUNTY, NEW JERSEY

 2              WEDNESDAY, APRIL 6, 2022, 9:58 A.M.

 3                        - - -

 4                  (It is agreed by and between

 5          counsel that the sealing, filing, and

 6          certification are hereby waived and all

 7          objections, except as to the form of the

 8          questions, are reserved until the time of

 9          trial.)

10                        - - -

11                  The attorneys participating in

12          this deposition acknowledge that I am not

13          physically present in the deposition room

14          and that I will be reporting this

15          deposition remotely.  The parties and

16          their counsel consent to this arrangement

17          and waive any objections to this manner of

18          reporting.  Please indicate your agreement

19          by stating your name and your agreement on

20          the record.

21                  MR. WOODROW:  Will Woodrow for

22          the plaintiff, I agree.

23                  MR. PECCHIO:  Robert Pecchio for

24          the defendant, we agree.

25                        - - -
```

NADEGE COLAS
April 06, 2022

```
 1                    NADEGE COLAS after having been
 2              duly sworn, was examined and testified as
 3              follows:
 4                           - - -
 5                    DIRECT EXAMINATION
 6                           - - -
 7      BY MR. WOODROW:
 8      Q.        Good morning, Ms. Colas.  Is that how you
 9      pronounce your name, Colas?
10      A.        Well, yeah, the English way.
11      Q.        The English way?
12      A.        Yeah.
13      Q.        Okay.  Well, then that's how I'll say it.
14      A.        Yes.
15      Q.        My name is Will Woodrow.  I'm the lawyer
16      for Troy Clowdus.  He was a passenger on the flight
17      that you worked last year and he got kicked off that
18      flight.  I understand that you were not directly
19      involved, but I just have a few questions I'd like
20      to ask you anyway.
21              First, have you given a deposition before?
22      A.        No.
23      Q.        Okay.  A few of the ground rules, wait
24      until I finish my question before you answer, you
25      need to give verbal answers, speak loud and clearly
```

NADEGE COLAS
April 06, 2022

1    for the sake of the court reporter.  From time to

2    time, Mr. Pecchio may say he objects to one of my

3    questions.  This is a lawyerly thing and this is for

4    our benefit for later.  It's not an instruction to

5    you to take a cue off of that objection or to not

6    answer the question fully.  Unless he tells you

7    don't respond, just answer the question as if he

8    said nothing, okay?

9    A.       (No response given.)

10   Q.       What did you do to prepare for this

11   deposition?

12                    MR. PECCHIO:  I'm going to

13            object.  (Inaudible.)

14                    MR. WOODROW:  We can't hear you.

15                    MR. PECCHIO:  You can't hear me

16            at all?

17                    (At this time, the court

18            reporter asks for clarification.)

19                    MR. PECCHIO:  I'm going to

20            object to the disclosure of

21            attorney/client privilege communication

22            here.  Obviously, don't talk about

23            anything we spoke about in our

24            conversation.

25   BY MR. WOODROW:

NADEGE COLAS
April 06, 2022

```
 1     Q.        That's correct, Ms. Colas.  I don't want
 2    to know what you spoke about with Mr. Pecchio, but
 3    I'd like to know what documents you reviewed, if
 4    any.
 5                        MR. PECCHIO:  Again, I'm going
 6                to object to this question here.  This
 7                also would require the disclosure of
 8                attorney/client privileged communication
 9                as to which documents our client reviewed
10                in any meetings with their attorney and
11                their counsel.
12                        MR. WOODROW:  No, that's not
13                accurate.  She can say what documents she
14                reviewed.  She just can't say what you
15                guys discussed about them.
16                        MR. PECCHIO:  I'm going to
17                object, nonetheless.
18                        MR. WOODROW:  That's fine.
19    BY MR. WOODROW:
20     Q.        You may answer.
21                        MR. PECCHIO:  I'm going to
22                instruct her not to answer that.
23                        MR. WOODROW:  Are you sure about
24                that?
25                        MR. PECCHIO:  Yes.
```

NADEGE COLAS
April 06, 2022

```
 1                    MR. WOODROW:  Okay, because
 2              that's not accurate.  I do have a right to
 3              know what documents she reviewed, either
 4              with you or on her own.  That's not
 5              attorney/client privilege.
 6                    MR. PECCHIO:  Okay.  Thank you.
 7                    MR. WOODROW:  Are you
 8              instructing her not to answer?
 9                    MR. PECCHIO:  Yes.
10     BY MR. WOODROW:
11     Q.       Ms. Colas, did you review documents in
12     preparation for this deposition?
13                    MR. PECCHIO:  You can answer.
14                    THE WITNESS:  This is the same
15              question.
16     BY MR. WOODROW:
17     Q.       No, it's not.  I asked if you reviewed the
18     document in preparation for the deposition.
19                    MR. PECCHIO:  Jean, can you
20              hear?
21                    (At this time, an off-the-record
22              discussion took place.)
23                    MR. PECCHIO:  If you don't mind,
24              let me take a break here and figure out
25              how to get her better audio.
```

NADEGE COLAS
April 06, 2022

```
 1                        (At this time, a short break was
 2            taken.)
 3     BY MR. WOODROW:
 4     Q.       Ms. Colas, I just asked did you review any
 5     documents in preparation for your deposition today?
 6     A.       What kind of documents are you talking
 7     about?
 8     Q.       Any documents.  Were you shown any
 9     documents in preparation for your deposition?
10     A.       I'm not certain of what you're talking
11     about.
12     Q.       Did you arrive early to prepare for your
13     deposition this morning?
14     A.       I was running late.
15     Q.       Okay.  When you arrived at Mr. Pecchio's
16     office, did you prepare for your deposition by
17     having a conversation with Mr. Pecchio?
18     A.       No, we came directly to the office.
19     Q.       Okay.  In advance of your deposition, did
20     you speak with anyone from American Airlines to
21     prepare for your deposition today?
22     A.       Not certain.
23     Q.       You're not certain whether you spoke with
24     anyone about your deposition?
25     A.       No.
```

NADEGE COLAS
April 06, 2022

1    Q.        Did you review any documents or were you

2    shown any documents to prepare yourself for your

3    deposition today?

4    A.        I am not understanding when you say

5    documents.

6    Q.        Pieces of paper, computer files, anything

7    that might have helped you to prepare for your

8    testimony today.  It's not a trick question.  Do you

9    have an answer?

10   A.        No.

11   Q.        Okay.  When is the first time that you

12   learned of this litigation against American

13   Airlines?

14   A.        When my supervisor called me.

15   Q.        When was that?

16   A.        A couple months ago, a month ago, I'm not

17   sure.

18   Q.        What did your supervisor tell you?

19   A.        That American Airlines will call me

20   regarding an incident that happened.

21   Q.        Did American Airlines call you about that

22   incident?

23   A.        Recently.

24   Q.        When did they call you?

25   A.        I don't have a time frame.  I don't know.

NADEGE COLAS
April 06, 2022

1    Q.       Last week?  Last month?  Two months?

2    A.       It could be last month.  I'm not certain.

3    Q.       Okay.  Did you ever take any steps to

4    prepare for your testimony that you're giving today?

5    A.       Yes.

6    Q.       What did you do to prepare?

7    A.       I came here to talk to you.

8    Q.       Okay.  Prior to speaking with me, were you

9    shown any documents?

10   A.       Documents regarding what?

11   Q.       Regarding anything that might help you to

12   provide testimony today.

13   A.       You've got to be specific with the

14   document.  I don't know what document you're talking

15   about because I don't know anything about the guy.

16   Q.       Were you shown any CERS reports that were

17   taken at the time?

18   A.       I did not do a CERS report.  I was not

19   involved with that.

20   Q.       Were you shown any CERS reports of any

21   other individuals?

22   A.       Excuse me?

23   Q.       Were you shown any CERS reports that were

24   submitted by other individuals?

25   A.       No.

NADEGE COLAS
April 06, 2022

```
 1     Q.        Were you shown any other reports or
 2     summaries of the incident?
 3     A.        No.
 4     Q.        Were you shown any pieces of paper
 5     whatsoever to help provide your testimony today?
 6     A.        What piece of paper?
 7     Q.        Any?
 8     A.        That's what you're talking about,
 9     documents?
10     Q.        Yes.
11     A.        They told me about the incident, but I
12     don't know anything about the incident.
13     Q.        Okay.  Don't tell me what they told you
14     because that is covered.
15     A.        I'm not trying to.
16     Q.        Okay.  In conjunction with telling you
17     about the incident, did you review any pieces of
18     paper?
19     A.        There's nothing for me to review because I
20     was not involved.
21     Q.        Okay.  Then let's move on.  How long have
22     you worked for American Airlines, Ms. Colas?
23     A.        Twenty-four years.
24     Q.        Have you been a flight attendant that
25     whole time?
```

NADEGE COLAS
April 06, 2022

```
 1    A.        Yes.

 2    Q.        Do you enjoy your job?

 3    A.        Yes, I do.

 4    Q.        As a flight attendant, did you receive any

 5    training in passenger service?

 6    A.        We do.

 7    Q.        You do?  What kind of training do you get?

 8    A.        About the emergency, the equipment.

 9    Q.        Do you receive any training in how to

10    relate with passengers?

11    A.        We do.

12    Q.        What kind of training?

13    A.        They talk to us how to interact with our

14    passengers.  We call it the phase three, how you

15    interact with the passengers.

16    Q.        What can you tell me about that, phase

17    three?

18    A.        We talk.  You know, when somebody wants to

19    talk to you, you talk to them.

20    Q.        Is that in relation to conflict or just --

21    A.        No.

22    Q.        -- casual conversation?

23    A.        Casual conversation.

24    Q.        Okay.  What are you instructed to -- what

25    are you instructed to do if anything, other than
```

NADEGE COLAS
April 06, 2022

1    what one would normally just already know from

2    living on this planet, about how to interact with

3    others?

4                    MR. PECCHIO:  Object to form.

5            You can answer.

6                    THE WITNESS:  Every situation is

7            different, so it depends.

8    BY MR. WOODROW:

9    Q.       Do you receive any training in conflict

10   resolution or de-escalation?

11   A.       I walk away.

12   Q.       Are you saying that you're trained to walk

13   away?

14   A.       No, that's me.

15   Q.       You're saying you personally walk away?

16   A.       Yes.

17   Q.       Okay.  That's good.  I'm asking if, in

18   general, you receive training in conflict resolution

19   or de-escalation?

20                    MR. PECCHIO:  Object to form.

21           You can answer.

22                    THE WITNESS:  Yes.

23   BY MR. WOODROW:

24   Q.       What kind of training is it?  Let me just

25   say, Ms. Colas, I'm not attacking you here today.

NAREGE COLAS
April 06, 2022

1       I'm just trying to get general questions about life

2       as a flight attendant.  I understand that you

3       probably didn't see much.  Don't feel under attack.

4       It's just a fact-finding inquiry, okay?

5       A.       Um-hum.

6       Q.       I believe the last question was, what kind

7       of -- what does that training look like in conflict

8       resolution or de-escalation?

9       A.       We call the purser.  If you cannot resolve

10      the problem with the passenger you call the purser

11      or you call another crew member.

12      Q.       Are you trained in techniques to not need

13      to do that, techniques in how to relate with the

14      passenger to resolve the problem on your own?

15                       MR. PECCHIO:  Object to form.

16              Go ahead, you can answer.

17                       THE WITNESS:  It helps for

18              certain situations not to escalate.

19      BY MR. WOODROW:

20      Q.       Are you given any ongoing training in

21      these things or is this just something that you

22      received when you took the job?

23                       MR. PECCHIO:  Object to form.

24              You can answer.

25                       THE WITNESS:  It depends.

NADEGE COLAS
April 06, 2022

1    BY MR. WOODROW:

2    Q.        For me, every year as a lawyer we have to

3    do a certain number of hours of ongoing legal

4    training.  The thrust of my question is, do you, as

5    a flight attendant, do you get ongoing training in

6    your job?

7    A.        We do security training.  The most

8    important thing is security.  We do safety training

9    once a year.  They do talk about the passengers, how

10   to handle certain situations.

11   Q.        Okay.  Let's go straight to it.  Where

12   were you stationed in the plane that day?

13   A.        What happened?  Can you --

14   Q.        On the day of the incident, on the flight

15   in question, where were you positioned in the plane?

16   A.        In the rear of the aircraft.

17   Q.        You were working with Mr. Bastos, correct?

18   A.        I heard.  I don't remember who I work with

19   every day.

20   Q.        Okay.  Fair enough.  Did you observe any

21   of the incident at question in this litigation?

22   A.        No, I was not there.

23   Q.        Do you remember hearing Mr. Merino say,

24   you hit me?

25   A.        I was in the rear of the aircraft.

NADEGE COLAS
April 06, 2022

1    Q.        So you heard nothing of what occurred?

2                       MR. PECCHIO:  Object to form.

3              You can answer.

4                       THE WITNESS:  No.

5    BY MR. WOODROW:

6    Q.        Okay.  When did you first learn about a

7    passenger getting kicked off the plane?

8    A.        After we left.

9    Q.        After you left where?

10   A.        After we left the terminal -- I mean,

11   after we left the gate.  Sorry.

12   Q.        Who told you about it?

13   A.        We asked what happened, why we were so

14   delayed.  He said a passenger was removed.

15   Q.        Do you recall who you had this

16   conversation with?

17   A.        No.

18   Q.        Do you know Dionne Gray?

19   A.        Yes, I do, but not personally.

20   Q.        You wouldn't consider yourself to be

21   friends with her then?

22   A.        No, co-workers.

23   Q.        Okay.  Do you remember if you had a

24   conversation with her about the passenger that day?

25   A.        No.

NADEGE COLAS
April 06, 2022

1    Q.       When you guys arrived in Mexico, were you

2    all staying at the same hotel?

3    A.       Yes.

4    Q.       Did you also have a conversation about

5    what occurred as you guys were walking towards your

6    hotel?

7    A.       No, it was already done.  We don't go

8    back.

9    Q.       Okay.  That's when Mr. Bastos told us that

10   he learned about it, that's why I asked you.

11            Do you remember what exactly you were told

12   about the incident, when you asked about it?

13   A.       Not certain.

14   Q.       Do you remember the details of what the

15   incident was alleged to have been?

16                     MR. PECCHIO:  Object to form.

17            You can answer.

18                     THE WITNESS:  Can you please

19            repeat that?

20   BY MR. WOODROW:

21   Q.       What were you told about why a passenger

22   got kicked off the plane?

23   A.       Because he hit the flight attendant.

24   Q.       Okay.  Did you observe Mr. Merino

25   discussing the incident with Mrs. Gray?

NADEGE COLAS
April 06, 2022

```
 1    A.       No.

 2    Q.       Do you remember if it was Mr. Merino or

 3    Mrs. Gray that told you what happened?

 4    A.       No, I don't remember.

 5    Q.       How well do you know Mr. Merino?

 6    A.       We don't fly often.

 7    Q.       You do fly often?

 8    A.       We do not fly often.

 9    Q.       Do you know --

10    A.       I do not know Mr. Merino.

11    Q.       You don't know him?

12    A.       No.

13    Q.       How many times a year do you think you fly

14    with him?

15    A.       One, two times, not sure.

16    Q.       Okay.  You don't know anything about

17    Mr. Merino's personal life?

18    A.       No.

19                      MR. PECCHIO:  Object to form.

20    BY MR. WOODROW:

21    Q.       Has he ever spoken to you about having a

22    side career in broadcasting?

23    A.       Yes, he did mention that.

24    Q.       What did he say about that?

25    A.       Not much.  I don't know anything.
```

NADEGE COLAS
April 06, 2022

1    Q.        Did he say he was a broadcaster for a

2    Spanish station?

3    A.        I heard of that, but I don't know.

4    Q.        Okay.

5    A.        I don't know much about it, sir.

6    Q.        Do you know if he's actively involved in

7    the LGBT community in Miami?

8    A.        That's personal.  I don't know anything

9    about Mr. Merino.

10   Q.        Okay.  That's fine.  If you don't know,

11   you don't know.

12   A.        I don't know.  I can't help you on this

13   one.

14   Q.        Okay.  Do you know a ground security

15   coordinator -- I believe that's what it stands for,

16   GSC, named Mr. Henriquez?

17   A.        No.

18   Q.        Did you observe a ground security

19   coordinator come aboard the plane that morning to

20   remove the passenger?

21   A.        Sir, I said I was in the rear of the

22   aircraft.  I don't know anything that happened in

23   flux.

24   Q.        You didn't even see the aftermath of the

25   passenger being removed then?

NADEGE COLAS
April 06, 2022

```
 1    A.        I didn't see anything.  When you're in the
 2    rear of the aircraft you don't see things.
 3    Q.        Okay.  Fair enough.  Did the captain ever
 4    make an announcement about a delay because of a
 5    passenger being removed or anything of that sort?
 6    A.        I don't remember.
 7    Q.        Did Mr. Merino ever ask you to file a CERS
 8    report for him?
 9    A.        No.
10    Q.        Did you observe Mr. Merino having any
11    conversations with passengers that morning?
12                    MR. PECCHIO:  Object to form.
13          You can answer.
14                    THE WITNESS:  No.
15    BY MR. WOODROW:
16    Q.        Did you speak with any passengers about
17    what occurred that morning?
18    A.        No.
19    Q.        Are you aware if any passengers asked
20    about why somebody had been removed?
21    A.        No.
22    Q.        Afterwards, were you ever contacted by
23    anyone from American Airlines to ask about what you
24    may have witnessed?
25    A.        No.
```

NADEGE COLAS
April 06, 2022

1    Q.      Do you participate in social media with

2    the other flight attendants?

3    A.      No, I don't think so.

4    Q.      Is there a Facebook group for flight

5    attendants where they share stories about what

6    happens on their flights?

7    A.      Sir, I don't have time to hang out with

8    flight attendants and do what they say or any of

9    that.  I got my own life at home.  I got kids.  I

10   don't have time for that.

11   Q.      Okay.  Are you aware if other flight

12   attendants do have time for that and participate in

13   some form of group media?

14   A.      None of my business, sir.

15   Q.      We were told, by Mr. Bastos, that there's

16   a specific Facebook group for flight attendants to

17   go and share stories.  You don't know anything about

18   that?

19   A.      Sir, I don't do Facebook.  I just told

20   you, I have my own life.  I got two kids at home.  I

21   don't have time for these flight attendants.

22   Q.      I don't do Facebook either.  I feel you on

23   that one.  It's a waste of time.

24   A.      Yes, sir.

25   Q.      Did you observe if Mr. Merino had a friend

NADEGE COLAS
April 06, 2022

1    on the plane that morning?

2    A.        I don't know.

3    Q.        Okay.  Tell me about the benefits that you

4    get as an American Airlines employee.

5                        MR. PECCHIO:  Object to form.

6                 You can answer.

7                        THE WITNESS:  What does that

8                 have to do with the incident, sir?

9    BY MR. WOODROW:

10   Q.        Let me worry about that.  I'm curious

11   about, as an American Airlines employee, what sorts

12   of benefits you get.  Do you have access to a credit

13   union?

14   A.        That's personal, if you're asking me if I

15   have access to a credit union.

16   Q.        I'm not asking in your personal capacity.

17   I'm asking, as an employee in general.  Do American

18   Airlines employees have access to a credit union?

19   A.        The credit union is there.  I'm not sure

20   what that has to do with the case.

21   Q.        Okay.  This is my deposition, Ms. Colas,

22   and I get to ask questions that I think are

23   relevant.  I think that benefits of an American

24   Airlines employee is relevant to my case, and so I

25   have some questions to ask you about it.

NADEGE COLAS
April 06, 2022

```
1                    I don't care about your life personally.

2         I don't want to know what you may or may not have.

3         I'm just curious about the benefits that American

4         Airlines employees receive.  I have some, kind of,

5         generalized questions to ask you about that.  I'd

6         appreciate if you would just give me the answers.

7                    How many years do you have to work to get

8         a pension?

9         A.         I will not answer that question, sir.

10        Q.         Excuse me?

11        A.         I will not answer that question.

12        Q.         How many years does an American Airlines

13        employee need to work in order to receive a pension?

14        Do you know the answer to that?

15        A.         (No response given.)

16        Q.         Do you know that answer, Ms. Colas?

17        A.         (No response given.)

18        Q.         Are you refusing to answer that question?

19        A.         Excuse me?

20        Q.         Are you refusing to answer my question?

21        A.         Because I don't see what that has to do

22        with the case, sir.

23        Q.         Ma'am, that doesn't matter.  I do see what

24        it has to do and you don't have to see what it has

25        to do.  If I'm not asking you personal information
```

NADEGE COLAS
April 06, 2022

1    about your life, that you feel uncomfortable

2    answering, please don't play the lawyer, this is my

3    deposition and please just answer my question.

4    A.        Okay.  I will not answer that question,

5    sir.

6    Q.        Does an American Airlines employee get

7    health insurance?

8                        MR. PECCHIO:  Object to form.

9            You can answer.

10                       THE WITNESS:  Yes, we do.

11   BY MR. WOODROW:

12   Q.        Okay.  Now, after you retire, if you work

13   long enough to get a pension, does American Airlines

14   continue to provide you with health insurance?

15                       MR. PECCHIO:  Object to form.

16           You can answer.

17                       THE WITNESS:  Yes, you do.

18   BY MR. WOODROW:

19   Q.        Now, let's say you worked for American

20   Airlines and you were married, and you worked long

21   enough to receive a pension and to also receive

22   health insurance, and say you die, would that health

23   insurance convey to your spouse?

24   A.        Sir, this is not about me.  This is about

25   Mr. Clowdus.

NADEGE COLAS
April 06, 2022

```
 1    Q.       I am not asking about you, Ms. Colas.  Do
 2    not feel like --
 3                         (Simultaneous crosstalk.)
 4                         MR. PECCHIO:  Counsel, you are
 5                getting quite hypothetical.  They're
 6                gearing more towards corporate-type
 7                questions.  She's a witness you called as
 8                a fact witness.
 9                         MR. WOODROW:  I'm not asking --
10                         MR. PECCHIO:  To the extent --
11                         MR. WOODROW:  I'm not asking as
12                a 30(b)(6).  These answers aren't binding.
13                I'm just asking what she knows in her
14                personal capacity.  These questions are
15                very relevant to the case.  I'm not just
16                going off on a strange lark here.
17                         MR. PECCHIO:  I'm saying, if
18                they are geared or targeted towards her
19                personally, they are quite hypothetical
20                for that purpose.  Also, she's expressed
21                that she may be asked here to disclose
22                some private information about what health
23                insurance she has, what kind of retirement
24                plan she has.  I don't think that would be
25                her specific or individual plans and
```

1                           benefits, that would not be relevant.

2                                 MR. WOODROW:  I'm not, and

3                           you're engaging in a speaking objection

4                           right now.  I'm being very clear that I'm

5                           not asking about her hypothetically or

6                           specifically.  I'm asking about what she

7                           knows of general benefits that American

8                           Airlines employees receive.

9                                 Those answers are not binding on

10                          the company, but inasmuch as she has

11                          answers, they are relevant and it is very

12                          within the scope of what I'm allowed to

13                          ask.

14                                MR. PECCHIO:  I'll object to the

15                          form.

16                                MR. WOODROW:  Great.

17      BY MR. WOODROW:

18      Q.        If you know, Ms. Colas, and understanding

19      I'm not asking about you personally, I have a few

20      more questions in this vein.

21                Is I'm aware from doing this for a while with

22      airlines that oftentimes, one of the great perks of

23      being an employee of an airline is you get to fly on

24      standby for free.  Is that the same at American

25      Airlines?

NADEGE COLAS
April 06, 2022

1                    MR. PECCHIO:  Object to form.

2               You can answer.

3                    THE WITNESS:  That depends on

4               what you call free.  It depends on your

5               destination.

6     BY MR. WOODROW:

7     Q.        Is it the case that you would fly standby

8     if you wanted to go somewhere, there's certain

9     categories of standby that you would have access to

10    as an employee?  Is that the case?

11                   MR. PECCHIO:  Object to form.

12              You can answer.

13                   THE WITNESS:  I didn't quite

14              understand what you're asking me.

15    BY MR. WOODROW:

16    Q.        Well, when I say you get to fly for free,

17    and I don't know if -- you may have to pay taxes or

18    there may be fees, so it may not be actually free.

19    My understanding, at least with other airlines, is

20    you get to fly standby, and that even your parents

21    -- one of the perks of working at an airline is that

22    your parents could get to fly free.  It might be a

23    different category of standbys.  They may not get

24    the same preference as you, but also would be able

25    to extend that benefit to them.

NADEGE COLAS
April 06, 2022

1           Is it similar at American Airlines to

2     that?

3                     MR. PECCHIO:  Object to form.

4           You can answer.

5                     THE WITNESS:  It's the same

6           question you are asking that is irrelevant

7           to the case, sir, from standby to

8           insurance and the credit union.

9     BY MR. WOODROW:

10    Q.      Ma'am, don't concern yourself with whether

11    you think that this is relevant because there are a

12    lot of different aspects to this case and there have

13    been different witnesses.  We're interested in the

14    motivation of certain witnesses.  Please, just

15    answer the question and --

16    A.      Well, I was not involved.

17    Q.      I understand that.  My question to you is,

18    are you able to give your family access to reduced

19    or free flights via standby?

20    A.      That's personal.

21    Q.      I'm not asking in a personal capacity.

22    I'm saying, as an --

23                     (Simultaneous crosstalk.)

24                     (At this time, the court

25           reporter asks for clarification.)

NADEGE COLAS
April 06, 2022

```
 1     BY MR. WOODROW:

 2     Q.        I'm not asking about you or your mom or

 3     anything like that.  I'm asking, in general, as an

 4     American Airlines employee, if you have family, and

 5     I don't know what family you have, but are you able

 6     to extend flight benefits to your immediate family?

 7     A.        It depends.

 8     Q.        What does it depend on?

 9     A.        It depends.

10     Q.        Can you clarify that, please?

11     A.        Clarify what?

12     Q.        Excuse me?  I didn't catch that.  Can you

13     repeat that, please?

14     A.        (No response given.)

15                       MR. WOODROW:  Madam Reporter,

16             can you read back that question, please?

17                       (At this time, the court

18             reporter read back from the record as was

19             requested.)

20                       MR. WOODROW:  I didn't catch the

21             clarify what.  My apologies.

22     BY MR. WOODROW:

23     Q.        The question is, what does it depend upon

24     to determine whether or not you can give your

25     immediate family access to reduced or free flights?
```

NADEGE COLAS
April 06, 2022

1                       MR. PECCHIO:  Object to the

2             form.

3                       THE WITNESS:  The load.

4    BY MR. WOODROW:

5    Q.       Basically, if there are empty seats, then

6    you can fly standby?  Is that what you're saying?

7                       MR. PECCHIO:  Object to form.

8             You can answer.

9                       THE WITNESS:  Yes.

10   BY MR. WOODROW:

11   Q.       That makes perfect sense.  Thank you for

12   clarifying that.  Then my question would be, after

13   you retire, do you still retain a form of flight

14   benefits?  Maybe you don't get as good a standby

15   code, but do you still have the ability to fly with

16   American Airlines in a preferential status?

17                       MR. PECCHIO:  Object to the

18             form.  She's a fact witness here.  You can

19             answer.

20                       THE WITNESS:  Yes.

21   BY MR. WOODROW:

22   Q.       Is that something that would convey, even

23   along with your pension, if you died, to your

24   spouse?

25                       MR. PECCHIO:  Object to form.

NADEGE COLAS
April 06, 2022

```
 1                         THE WITNESS:  I'm not retired,
 2            so I'm not there yet.
 3     BY MR. WOODROW:
 4     Q.       So you don't know?
 5     A.       I'm not there yet.
 6     Q.       It's fine if you don't know.  You can just
 7     say you don't know.
 8                         MR. PECCHIO:  Object to form.
 9     BY MR. WOODROW:
10     Q.       After you retire, are you able to still
11     provide reduced fare or standby flights to your
12     immediate family?
13                         MR. PECCHIO:  Object to form.
14                         THE WITNESS:  I don't have to
15            answer that question.
16     BY MR. WOODROW:
17     Q.       I'm not asking anything invasive about
18     your life, Ms. Colas.  I'm just trying to get some
19     facts.
20                         MR. PECCHIO:  You're asking her
21            whether she can, correct?  You're saying,
22            you're.  That would be --
23                         MR. WOODROW:  I'm not speaking
24            in the specific, you're.
25     BY MR. WOODROW:
```

NADEGE COLAS
April 06, 2022

1    Q.      Would an individual who retires from
2    American Airlines, under your flight benefits
3    policy, still be able to provide reduced fare
4    flights or standby flights to their immediate
5    family?
6                     MR. PECCHIO:  Object to form.
7    BY MR. WOODROW:
8    Q.      If you know.
9    A.      (No response given.)
10   Q.      Do you have an answer, Ms. Colas?  Do you
11   know?
12                    MR. PECCHIO:  You can answer, if
13             you know.
14                    THE WITNESS:  I don't have an
15             answer for you on that.
16   BY MR. WOODROW:
17   Q.      I'm sorry, I couldn't hear that.
18   A.      I said, I don't have an answer for you on
19   that.
20   Q.      Okay.  As a flight attendant, do you work
21   hourly or are you salary?
22   A.      (No response given.)
23   Q.      Are American Airlines flight attendants
24   paid hourly or are they paid salary?
25   A.      I don't want to answer that question.

```
 1    Q.        Ms. Colas, I am not asking about you.

 2    It's not your job to come here and stonewall and not

 3    answer questions in service of American Airlines.

 4    Your job is to come here and just answer the

 5    questions that are asked.  I'm asking fair

 6    questions, they are relevant questions and you have

 7    no basis to not answer.  I'm not asking personal

 8    questions about you.

 9                    MR. PECCHIO:  If you're not

10              asking personal questions -- are you

11              asking her to speak on every flight

12              attendant that works for American

13              Airlines, if you're not asking her to

14              answer specifically as to her?  How is she

15              to know that answer?

16                    MR. WOODROW:  I'm asking about

17              -- that's, again, a speaking objection,

18              Robert.  I'm asking her generally what she

19              knows about how flight attendants are

20              compensated, whether it's salary or

21              hourly.

22                    THE WITNESS:  Hourly.

23    BY MR. WOODROW:

24    Q.        Hourly?  Okay.

25    A.        Hourly.
```

NADEGE COLAS
April 06, 2022

1    Q.        When does the clock start if you're --

2    thank you for answering that.  If you're paid

3    hourly, when does the clock start?  Is it when you

4    arrive at the airport, clear security, cabin doors

5    close?  How does it begin?

6    A.        I wish.  After pushbacks.

7    Q.        After pushbacks?  Thank you for answering

8    that.

9              When you take a flight, when you work on a

10   flight, what is the busiest time during that flight?

11   A.        During boarding.

12   Q.        After the flight takes off and you reach

13   your cruising altitude and the seatbelt sign comes

14   off, what are your responsibilities?

15   A.        It all depends.

16   Q.        What does it depend on?

17   A.        It depends on your position.  It depends

18   on the destination.

19   Q.        Okay.  Let's make the destination more

20   specific, at least.  We'll say it's an international

21   flight of three or more hours.  What do you do when

22   that seat belt sign comes off?

23   A.        You do the forms, the immigration forms.

24   Q.        Immigration, okay.  Do you immediately

25   begin preparing cabin service?

NADEGE COLAS
April 06, 2022

1    A.        Depends on the position.

2    Q.        The position that you were working on the

3    morning of that flight, what did you do after the

4    flight reached cruising altitude?

5    A.        The forms.

6    Q.        Okay.  Your position was Number 2?

7    A.        Sir, I don't remember my position.

8    Q.        Okay.  What are the two numbers that are

9    in the back of the plane?

10   A.        The Number 2 and the Number 4.

11   Q.        Two and four, okay.  Do you have certain

12   duties that correspond with the number that you're

13   working that day or is it more casual?

14   A.        Can you please repeat the question?

15   Q.        Well, if you're working a Number 2 on,

16   say, an international flight, does the Number 2

17   always have the same breakdown of duties between

18   them and Number 4 or do you guys just informally

19   decide who does what?

20   A.        No, the Number 2 takes care of the galley.

21   Q.        Okay.  They would provide cabin service?

22   Is that what you're saying?

23   A.        They take care of the cart to get ready

24   for the service.

25   Q.        Okay.  Is the Number 4 then the one who

NADEGE COLAS
April 06, 2022

```
1     does the forms?

2     A.        Yes.

3     Q.        Okay.  Do you always work in the back of

4     the plane or do you ever work up in 1 and 3?

5     A.        I like to work in the back.

6     Q.        Have you ever worked in the front?

7     A.        In the beginning of my career.

8     Q.        Okay.  What is the -- Number 3, what is

9     their duty when you reach cruising altitude?

10    A.        They do the forms as well or --

11                      (At this time, the court

12              reporter asks for clarification.)

13                      THE WITNESS:  They have the

14              purser and then they come to the back to

15              work.

16    BY MR. WOODROW:

17    Q.        Okay.  So 3 and 4, the first thing they do

18    are forms; is that correct?

19    A.        Yes.

20    Q.        Okay.  Let's see, so 1 and 2, do they

21    begin the cabin service, preparing the carts?

22    A.        Yes.

23    Q.        Okay.  How long, in a flight like this,

24    until you can get a break?

25    A.        We don't get breaks on those flights.
```

NADEGE COLAS
April 06, 2022

1    Q.        Well, I don't mean a break, but how long

2    until the rush of the doing the forms and providing

3    cabin service is over, and then presumably you're

4    just dealing with individual passengers who have

5    needs; is that correct?

6                        MR. PECCHIO:  Object to form.

7              Go ahead.  You can answer.

8                        THE WITNESS:  Yes.

9    BY MR. WOODROW:

10   Q.        About how long does it take to do the

11   forms and the initial beverage service?

12   A.        I don't time myself.  I don't know.

13   Q.        Is it about an hour?  Is it 10 minutes?

14   Is it half a flight?

15   A.        I don't time myself.

16                        MR. PECCHIO:  Object to form.

17             Go ahead.  You can answer.

18                        THE WITNESS:  I don't time

19             myself, sir.  I don't know.

20   BY MR. WOODROW:

21   Q.        Okay.  That's fair enough that you don't

22   know it to the exact minute.  In general, how long

23   does it take you?  Does it feel like it takes half

24   the flight or does it feel shorter than that?

25   A.        It depends, sir.

NADEGE COLAS
April 06, 2022

1   Q.        What does it depend on?

2                       MR. PECCHIO:  Object to form.

3              You can answer.

4                       THE WITNESS:  Destination.

5   BY MR. WOODROW:

6   Q.        Okay.  So let's keep with our

7   hypothetical, that it just happens to also be the

8   actual, of a flight from Miami to Mexico.  How often

9   do you do flights of that intermediate distance?

10  A.        Often.

11  Q.        Is that a common flight for you?  Often?

12  About how many hours does that take?  I've never

13  flown from Miami to Mexico.  Am I right in guessing

14  that's about three to four hours?

15  A.        Not four hours, sir, up to three, two and

16  a half.

17  Q.        Closer to three?

18  A.        2:40, almost three.

19  Q.        2:40 to 3.  On a flight of that length,

20  would you provide a beverage service?

21  A.        Yes.

22  Q.        Okay.  About how long, on a flight of that

23  length, would it take you to get the beverage

24  service completed?

25  A.        I just answered that question, sir.

NADEGE COLAS
April 06, 2022

```
 1    Q.        What was your answer?  I forget.  I
 2    apologize.
 3    A.        I don't know.  It's all depends.  I don't
 4    know.  I don't time myself.
 5    Q.        You said it depended upon the length of
 6    the flight.  That's why I asked you to specify.
 7    This is a flight two hours and 40 minutes, what you
 8    just said.
 9    A.        I still don't know.
10    Q.        Well, does it take more than half the
11    flight to accomplish the beverage service?
12                      MR. PECCHIO:  Object to form.
13              You can answer.
14                      THE WITNESS:  I don't pay
15              attention to that, sir.
16    BY MR. WOODROW:
17    Q.        Well, does it take the entire flight to
18    provide the beverage service?
19    A.        It can't take the entire flight, but I do
20    not time myself, sir.
21    Q.        Okay.  You know it doesn't take the entire
22    flight.  Does it take most of the flight to provide
23    the beverage service?
24                      MR. PECCHIO:  Object to form.
25              You can answer.
```

NADEGE COLAS
April 06, 2022

```
 1                          THE WITNESS:  Like I said, I do

 2              not time myself, sir.  I don't know.

 3    BY MR. WOODROW:

 4    Q.        I understand you don't time yourself,

 5    Ms. Colas.  We can be here a long time and I ask

 6    questions in a number of different ways, and you try

 7    not to answer, or we can be out of here really

 8    quickly.  I'm not asking you any trick questions.

 9    I'm not asking you any game changers for the case

10    that you're going to inadvertently give us.

11              I'm just trying to paint a picture, build

12    a picture in my mind.  If you just answer these

13    questions, to the best of your ability, we can wrap

14    this up really quickly.

15                          MR. PECCHIO:  Object to form.

16    BY MR. WOODROW:

17    Q.        I'm not asking for exactly how many

18    minutes it takes.  My question is, in general, what

19    is your sense of how long it takes to provide

20    beverage service on this flight?

21                          MR. PECCHIO:  Object to form,

22              asked and answered.

23    BY MR. WOODROW:

24    Q.        More than an hour or less than an hour?

25                          MR. WOODROW:  It hasn't been
```

NADEGE COLAS
April 06, 2022

```
 1                    answered, Robert, and you know it hasn't

 2                    been answered.

 3                             MR. PECCHIO:  Objection.  Object

 4                    to the form to that last question.

 5      BY MR. WOODROW:

 6      Q.      Does it take more than an hour or less

 7      than an hour to accomplish beverage service?

 8                             MR. PECCHIO:  Object to form.

 9                    Go ahead.  You can answer.

10                             THE WITNESS:  I do not time

11                    myself, like I said.  Every flight is

12                    different.  I provide a service and I like

13                    to provide the service.  Like I said, I do

14                    not time myself.

15                        I can sit here all day with you

16                    and say the same thing because I don't,

17                    sir.

18      BY MR. WOODROW:

19      Q.      Are there ever moments on a flight where

20      you get to sit back down in your seat?

21      A.      Yes, I do.

22      Q.      Are there moments in the flight that are

23      busier than other moments?

24                             MR. PECCHIO:  Object to form.

25                    You can answer.
```

NADEGE COLAS
April 06, 2022

1      BY MR. WOODROW:

2      Q.        On a typical flight.

3      A.        Yes.

4      Q.        What is the busiest portion of the flight

5      for you?

6                         MR. PECCHIO:  Objection, asked

7                and answered.  You can answer again.

8                         THE WITNESS:  The service.

9      BY MR. WOODROW:

10     Q.        The service?  How many services do you

11     provide on an intermediate flight of less than three

12     hours?

13                        MR. PECCHIO:  Object to form.

14                You can answer.

15                        THE WITNESS:  One service.

16     BY MR. WOODROW:

17     Q.        I'm sorry, I didn't catch that.

18     A.        One service.

19                        MR. WOODROW:  Let's take a

20                five-minute break and I'll come back and

21                wrap this up, all right?

22                        (At this time, a short break was

23                taken.)

24                        MR. WOODROW:  I don't have

25                anything else for you, Ms. Colas.  Do you

NADEGE COLAS
April 06, 2022

1               have anything, Robert?

2                       MR. PECCHIO:  No.

3                       THE COURT REPORTER:

4               Mr. Woodrow, you need a copy of the

5               transcript?

6                       MR. WOODROW:  Yes, please, but I

7               don't need it expedited.

8                       THE COURT REPORTER:

9               Mr. Pecchio?

10                      MR. PECCHIO:  Yes, we would like

11              it.

12                      (Deposition concluded at 11:09

13              a.m.)

14

15

16

17

18

19

20

21

22

23

24

25

NADEGE COLAS
April 06, 2022

1                  C E R T I F I C A T I O N

2

3                        I, Jean M. Walker, do hereby

4               certify:

5                        That prior to being examined,

6               the witness in the foregoing proceedings

7               was by me duly sworn to testify to the

8               truth, the whole truth, and nothing but

9               the truth;

10                       That said proceedings were taken

11              remotely before me at the time and place

12              therein set forth and were taken down by

13              me in shorthand and thereafter transcribed

14              into typewriting under my direction and

15              supervision;

16                       I further certify that I am

17              neither counsel for, nor related to, any

18              party to said proceedings, not in anywise

19              interested in the outcome thereof.

20                       In witness thereof, I have

21              hereunto subscribed my name.

22

23       Dated:  April 6, 2022

24

25

NADEGE COLAS
April 06, 2022

```
 2              _____

 3              Court Reporter - Notary Public

 7                     (The foregoing certification of

 8              this transcript does not apply to any

 9              reproduction of the same by any means,

10              unless under the direct control and/or

11              supervision of the certifying reporter.)

12                   INSTRUCTIONS TO WITNESS

14                     Please read your deposition over

15              carefully and make any necessary

16              corrections.  You should state the reason

17              in the appropriate space on the errata

18              sheet for any corrections that are made.

19                     After doing so, please sign the

20              errata sheet and date it.  You are signing

21              same subject to the changes you have noted

22              on the errata sheet, which will be

23              attached to your deposition.

24                     It is imperative that you return

25              the original errata sheet to the deposing
```

NADEGE COLAS
April 06, 2022

1           attorney within thirty (30) days of

2           receipt of the deposition transcript by

3           you.  If you fail to do so, the deposition

4           transcript may be deemed to be accurate

5           and may be used in court.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NADEGE COLAS
April 06, 2022

```
1                    - - - - - - - -

2                  E  R  R  A  T  A

3                    - - - - - - - -

4

5     PAGE    LINE    CHANGE

6     - - -   - - -   - - - - - - - - - - - - -

7     - - -   - - -   - - - - - - - - - - - - -

8     - - -   - - -   - - - - - - - - - - - - -

9     - - -   - - -   - - - - - - - - - - - - -

10    - - -   - - -   - - - - - - - - - - - - -

11    - - -   - - -   - - - - - - - - - - - - -

12    - - -   - - -   - - - - - - - - - - - - -

13    - - -   - - -   - - - - - - - - - - - - -

14    - - -   - - -   - - - - - - - - - - - - -

15    - - -   - - -   - - - - - - - - - - - - -

16    - - -   - - -   - - - - - - - - - - - - -

17    - - -   - - -   - - - - - - - - - - - - -

18    - - -   - - -   - - - - - - - - - - - - -

19    - - -   - - -   - - - - - - - - - - - - -

20    - - -   - - -   - - - - - - - - - - - - -

21    - - -   - - -   - - - - - - - - - - - - -

22    - - -   - - -   - - - - - - - - - - - - -

23    - - -   - - -   - - - - - - - - - - - - -

24    - - -   - - -   - - - - - - - - - - - - -

25    - - -   - - -   - - - - - - - - - - - - -
```

NADEGE COLAS
April 06, 2022

1                    ACKNOWLEDGMENT OF DEPONENT

2

3                         I, [          ], do hereby certify

4              that I have read the foregoing pages, and

5              that the same is a correct transcription

6              of the answers given by me to the

7              questions therein propounded, except for

8              the corrections or changes in form or

9              substance, if any, noted in the attached

10             errata sheet.

11

12     DATE                          _____

13

14

15

16

17

18

19

20

21

22

23

24

25

NADEGE COLAS
April 06, 2022

**1**

**1**
 37:4,20

**10**
 38:13

**11:09**
 44:12

**2**

**2**
 36:6,10,15,
 16,20 37:20

**2022**
 4:2

**2:40**
 39:18,19

**3**

**3**
 37:4,8,17
 39:19

**30(b)(6)**
 26:12

**4**

**4**
 36:10,18,25
 37:17

**40**
 40:7

**5**

**5**
 3:7

**6**

**6**
 4:2

**9**

**9:58**
 4:2

**A**

**a.m.**
 4:2 44:13

**ability**
 31:15 41:13

**able**
 28:24 29:18
 30:5 32:10
 33:3

**aboard**
 20:19

**access**
 23:12,15,18
 28:9 29:18
 30:25

**accomplish**
 40:11 42:7

**accurate**
 7:13 8:2

**acknowledge**
 4:12

**actively**
 20:6

**actual**
 39:8

**advance**
 9:19

**aftermath**

20:24

**Afterwards**
 21:22

**ago**
 10:16

**agree**
 4:22,24

**agreed**
 4:4

**agreement**
 4:18,19

**ahead**
 15:16 38:7,
 17 42:9

**aircraft**
 16:16,25
 20:22 21:2

**airline**
 27:23 28:21

**airlines**
 9:20 10:13,
 19,21 12:22
 21:23 23:4,
 11,18,24
 24:4,12
 25:6,13,20
 27:8,22,25
 28:19 29:1
 30:4 31:16
 33:2,23
 34:3,13

**airport**
 35:4

**alleged**
 18:15

**allowed**
 27:12

**altitude**
 35:13 36:4
 37:9

**American**
 9:20 10:12,
 19,21 12:22
 21:23 23:4,
 11,17,23
 24:3,12
 25:6,13,19
 27:7,24 29:1
 30:4 31:16
 33:2,23
 34:3,12

**announcement**
 21:4

**answer**
 5:24 6:6,7
 7:20,22 8:8,
 13 10:9
 14:5,21
 15:16,24
 17:3 18:17
 21:13 23:6
 24:9,11,14,
 16,18,20
 25:3,4,9,16
 28:2,12
 29:4,15
 31:8,19
 32:15 33:10,
 12,15,18,25
 34:3,4,7,14,
 15 38:7,17
 39:3 40:1,
 13,25 41:7,
 12 42:9,25
 43:7,14

**answered**
 39:25 41:22
 42:1,2 43:7

**answering**
 25:2 35:2,7

**answers**
 5:25 24:6
 26:12 27:9,

NADEGE COLAS
April 06, 2022

11

anyone
9:20,24
21:23

apologies
30:21

apologize
40:2

appreciate
24:6

APRIL
4:2

arrangement
4:16

arrive
9:12 35:4

arrived
9:15 18:1

asked
8:17 9:4
17:13 18:10,
12 21:19
26:21 34:5
40:6 41:22
43:6

asking
14:17 23:14,
16,17 24:25
26:1,9,11,13
27:5,6,19
28:14 29:6,
21 30:2,3
32:17,20
34:1,5,7,10,
11,13,16,18
41:8,9,17

asks
6:18 29:25
37:12

aspects

29:12

attack
15:3

attacking
14:25

attendant
12:24 13:4
15:2 16:5
18:23 33:20
34:12

attendants
22:2,5,8,12,
16,21 33:23
34:19

attention
40:15

attorney
7:10

attorney/
client
6:21 7:8 8:5

attorneys
4:11

audio
8:25

aware
21:19 22:11
27:21

_____

**B**

_____

back
18:8 30:16,
18 36:9
37:3,5,14
42:20 43:20

Basically
31:5

basis
34:7

Bastos
16:17 18:9
22:15

begin
35:5,25
37:21

beginning
37:7

believe
15:6 20:15

belt
35:22

benefit
6:4 28:25

benefits
23:3,12,23
24:3 27:1,7
30:6 31:14
33:2

best
41:13

better
8:25

beverage
38:11 39:20,
23 40:11,18,
23 41:20
42:7

binding
26:12 27:9

boarding
35:11

break
8:24 9:1
37:24 38:1
43:20,22

breakdown
36:17

breaks
37:25

broadcaster
20:1

broadcasting
19:22

build
41:11

busier
42:23

busiest
35:10 43:4

business
22:14

_____

C

_____

cabin
35:4,25
36:21 37:21
38:3

call
10:19,21,24
13:14 15:9,
10,11 28:4

called
10:14 26:7

CAMDEN
4:1

capacity
23:16 26:14
29:21

captain
21:3

care
24:1 36:20,
23

career
19:22 37:7

cart
36:23

NADEGE COLAS
April 06, 2022

carts
  37:21

case
  23:20,24
  24:22 26:15
  28:7,10
  29:7,12 41:9

casual
  13:22,23
  36:13

catch
  30:12,20
  43:17

categories
  28:9

category
  28:23

CERS
  11:16,18,20,
  23 21:7

certain
  9:10,22,23
  11:2 15:18
  16:3,10
  18:13 28:8
  29:14 36:11

certification
  4:6

changers
  41:9

clarification
  6:18 29:25
  37:12

clarify
  30:10,11,21

clarifying
  31:12

clear
  27:4 35:4

clearly
  5:25

client
  7:9

clock
  35:1,3

close
  35:5

Closer
  39:17

Clowdus
  5:16 25:25

co-workers
  17:22

code
  31:15

Colas
  3:5 5:1,8,9
  7:1 8:11 9:4
  12:22 14:25
  23:21 24:16
  26:1 27:18
  32:18 33:10
  34:1 41:5
  43:25

come
  20:19 34:2,4
  37:14 43:20

comes
  35:13,22

common
  39:11

communication
  6:21 7:8

community
  20:7

company
  27:10

compensated

completed
  39:24

computer
  10:6

concern
  29:10

concluded
  44:12

conflict
  13:20 14:9,
  18 15:7

conjunction
  12:16

consent
  4:16

consider
  17:20

contacted
  21:22

continue
  25:14

conversation
  6:24 9:17
  13:22,23
  17:16,24
  18:4

conversations
  21:11

convey
  25:23 31:22

coordinator
  20:15,19

copy
  44:4

corporate-type
  26:6

correct

7:1 16:17
  32:21 37:18
  38:5

correspond
  36:12

counsel
  4:5,16 7:11
  26:4

COUNTY
  4:1

couple
  10:16

court
  6:1,17 29:24
  30:17 37:11
  44:3,8

covered
  12:14

credit
  23:12,15,18,
  19 29:8

crew
  15:11

crosstalk
  26:3 29:23

cruising
  35:13 36:4
  37:9

cue
  6:5

curious
  23:10 24:3

---

**D**

day
  16:12,14,19
  17:24 36:13
  42:15

NADEGE COLAS
April 06, 2022

de-escalation
    14:10,19
    15:8
dealing
    38:4
decide
    36:19
defendant
    4:24
delay
    21:4
delayed
    17:14
depend
    30:8,23
    35:16 39:1
depended
    40:5
depends
    14:7 15:25
    28:3,4 30:7,
    9 35:15,17
    36:1 38:25
    40:3
deposition
    4:12,13,15
    5:21 6:11
    8:12,18 9:5,
    9,13,16,19,
    21,24 10:3
    23:21 25:3
    44:12
DESCRIPTION
    3:13
destination
    28:5 35:18,
    19 39:4
details
    18:14

determine
    30:24
die
    25:22
died
    31:23
different
    14:7 28:23
    29:12,13
    41:6 42:12
Dionne
    17:18
DIRECT
    3:6 5:5
directly
    5:18 9:18
disclose
    26:21
disclosure
    6:20 7:7
discussed
    7:15
discussing
    18:25
discussion
    8:22
distance
    39:9
document
    8:18 11:14
documents
    7:3,9,13
    8:3,11 9:5,
    6,8,9 10:1,
    2,5 11:9,10
    12:9
doing
    27:21 38:2

doors
    35:4
duly
    5:2
duties
    36:12,17
duty
    37:9

─────────
        E
─────────

early
    9:12
either
    8:3 22:22
emergency
    13:8
employee
    23:4,11,17,
    24 24:13
    25:6 27:23
    28:10 30:4
employees
    23:18 24:4
    27:8
empty
    31:5
engaging
    27:3
English
    5:10,11
enjoy
    13:2
entire
    40:17,19,21
equipment
    13:8
escalate
    15:18

exact
    38:22
exactly
    18:11 41:17
EXAMINATION
    3:6 5:5
examined
    5:2
Excuse
    11:22 24:10,
    19 30:12
Exhibits
    3:14
expedited
    44:7
expressed
    26:20
extend
    28:25 30:6
extent
    26:10

─────────
        F
─────────

Facebook
    22:4,16,19,
    22
fact
    26:8 31:18
fact-finding
    15:4
facts
    32:19
fair
    16:20 21:3
    34:5 38:21
family
    29:18 30:4,
    5,6,25 32:12

NADEGE COLAS
April 06, 2022

33:5

**fare**
32:11 33:3

**feel**
15:3 22:22
25:1 26:2
38:23,24

**fees**
28:18

**figure**
8:24

**file**
21:7

**files**
10:6

**filing**
4:5

**fine**
7:18 20:10
32:6

**finish**
5:24

**first**
5:21 10:11
17:6 37:17

**five-minute**
43:20

**flight**
5:16,18
12:24 13:4
15:2 16:5,14
18:23 22:2,
4,8,11,16,21
30:6 31:13
33:2,20,23
34:11,19
35:9,10,12,
21 36:3,4,16
37:23 38:14,
24 39:8,11,

19,22 40:6,
7,11,17,19,
22 41:20
42:11,19,22
43:2,4,11

**flights**
22:6 29:19
30:25 32:11
33:4 37:25
39:9

**flown**
39:13

**flux**
20:23

**fly**
19:6,7,8,13
27:23 28:7,
16,20,22
31:6,15

**follows**
5:3

**forget**
40:1

**form**
4:7 14:4,20
15:15,23
17:2 18:16
19:19 21:12
22:13 23:5
25:8,15
27:15 28:1,
11 29:3
31:2,7,13,
18,25 32:8,
13 33:6
38:6,16 39:2
40:12,24
41:15,21
42:4,8,24
43:13

**forms**
35:23 36:5

37:1,10,18
38:2,11

**four**
36:11 39:14,
15

**frame**
10:25

**free**
27:24 28:4,
16,18,22
29:19 30:25

**friend**
22:25

**friends**
17:21

**front**
37:6

**fully**
6:6

———————
G
———————

**galley**
36:20

**game**
41:9

**gate**
17:11

**geared**
26:18

**gearing**
26:6

**general**
14:18 15:1
23:17 27:7
30:3 38:22
41:18

**generalized**
24:5

**generally**
34:18

**getting**
17:7 26:5

**give**
5:25 24:6
29:18 30:24
41:10

**given**
5:21 6:9
15:20 24:15,
17 30:14
33:9,22

**giving**
11:4

**going**
6:12,19 7:5,
16,21 26:16
41:10

**good**
5:8 14:17
31:14

**Gray**
17:18 18:25
19:3

**great**
27:16,22

**ground**
5:23 20:14,
18

**group**
22:4,13,16

**GSC**
20:16

**guessing**
39:13

**guy**
11:15

**guys**
7:15 18:1,5

NADEGE COLAS
April 06, 2022

36:18

**H**

**half**
  38:14,23
  39:16 40:10

**handle**
  16:10

**hang**
  22:7

**happened**
  10:20 16:13
  17:13 19:3
  20:22

**health**
  25:7,14,22
  26:22

**hear**
  6:14,15 8:20
  33:17

**heard**
  16:18 17:1
  20:3

**hearing**
  16:23

**help**
  11:11 12:5
  20:12

**helped**
  10:7

**helps**
  15:17

**Henriquez**
  20:16

**hit**
  16:24 18:23

**home**
  22:9,20

**hotel**
  18:2,6

**hour**
  38:13 41:24
  42:6,7

**hourly**
  33:21,24
  34:21,22,24,
  25 35:3

**hours**
  16:3 35:21
  39:12,14,15
  40:7 43:12

**hypothetical**
  26:5,19 39:7

**hypothetically**
  27:5

**I**

**immediate**
  30:6,25
  32:12 33:4

**immediately**
  35:24

**immigration**
  35:23,24

**important**
  16:8

**inadvertently**
  41:10

**Inaudible**
  6:13

**incident**
  10:20,22
  12:2,11,12,
  17 16:14,21
  18:12,15,25
  23:8

**indicate**

4:18

**individual**
  26:25 33:1
  38:4

**individuals**
  11:21,24

**informally**
  36:18

**information**
  24:25 26:22

**initial**
  38:11

**inquiry**
  15:4

**instruct**
  7:22

**instructed**
  13:24,25

**instructing**
  8:8

**instruction**
  6:4

**insurance**
  25:7,14,22,
  23 26:23
  29:8

**interact**
  13:13,15
  14:2

**interested**
  29:13

**intermediate**
  39:9 43:11

**international**
  35:20 36:16

**invasive**
  32:17

**involved**

5:19 11:19
  12:20 20:6
  29:16

**irrelevant**
  29:6

**J**

**Jean**
  8:19

**JERSEY**
  4:1

**job**
  13:2 15:22
  16:6 34:2,4

**K**

**keep**
  39:6

**kicked**
  5:17 17:7
  18:22

**kids**
  22:9,20

**kind**
  9:6 13:7,12
  14:24 15:6
  24:4 26:23

**know**
  7:2,3 8:3
  10:25 11:14,
  15 12:12
  13:18 14:1
  17:18 19:5,
  9,10,11,16,
  25 20:3,5,6,
  8,10,11,12,
  14,22 22:17
  23:2 24:2,
  14,16 27:18
  28:17 30:5

32:4,6,7
33:8,11,13
34:15 38:12,
19,22 40:3,
4,9,21 41:2
42:1

---

**L**

**lark**
 26:16

**late**
 9:14

**lawyer**
 5:15 16:2
 25:2

**lawyerly**
 6:3

**learn**
 17:6

**learned**
 10:12 18:10

**left**
 17:8,9,10,11

**legal**
 16:3

**length**
 39:19,23
 40:5

**LGBT**
 20:7

**life**
 15:1 19:17
 22:9,20 24:1
 25:1 32:18

**litigation**
 10:12 16:21

**living**
 14:2

**load**
 31:3

**long**
 12:21 25:13,
 20 37:23
 38:1,10,22
 39:22 41:5,
 19

**look**
 15:7

**lot**
 29:12

**loud**
 5:25

---

**M**

**Madam**
 30:15

**make**
 21:4 35:19

**makes**
 31:11

**manner**
 4:17

**marked**
 3:14

**married**
 25:20

**matter**
 24:23

**mean**
 17:10 38:1

**media**
 22:1,13

**meetings**
 7:10

**member**
 15:11

**mention**
 19:23

**Merino**
 16:23 18:24
 19:2,5,10
 20:9 21:7,10
 22:25

**Merino's**
 19:17

**Mexico**
 18:1 39:8,13

**Miami**
 20:7 39:8,13

**mind**
 8:23 41:12

**minute**
 38:22

**minutes**
 38:13 40:7
 41:18

**mom**
 30:2

**moments**
 42:19,22,23

**month**
 10:16 11:1,2

**months**
 10:16 11:1

**morning**
 5:8 9:13
 20:19 21:11,
 17 23:1 36:3

**motivation**
 29:14

**move**
 12:21

---

**N**

**NADEGE**
 3:5 5:1

**name**
 4:19 5:9,15

**named**
 20:16

**need**
 5:25 15:12
 24:13 44:4,7

**needs**
 38:5

**never**
 39:12

**nonetheless**
 7:17

**number**
 16:3 36:6,
 10,12,15,16,
 18,20,25
 37:8 41:6

**numbers**
 36:8

---

**O**

**object**
 6:13,20 7:6,
 17 14:4,20
 15:15,23
 17:2 18:16
 19:19 21:12
 23:5 25:8,15
 27:14 28:1,
 11 29:3
 31:1,7,17,25
 32:8,13 33:6
 38:6,16 39:2
 40:12,24
 41:15,21

NADEGE COLAS
April 06, 2022

42:3,8,24
43:13

objection
6:5 27:3
34:17 42:3
43:6

objections
4:7,17

objects
6:2

observe
16:20 18:24
20:18 21:10
22:25

Obviously
6:22

occurred
17:1 18:5
21:17

off-the-record
8:21

office
9:16,18

oftentimes
27:22

okay
5:13,23 6:8
8:1,6 9:15,
19 10:11
11:3,8
12:13,16,21
13:24 14:17
15:4 16:11,
20 17:6,23
18:9,24
19:16 20:4,
10,14 21:3
22:11 23:3,
21 25:4,12
33:20 34:24
35:19,24

36:6,8,11,
21,25 37:3,
8,17,20,23
38:21 39:6,
22 40:21

once
16:9

one
6:2 14:1
19:15 20:13
22:23 27:22
28:21 36:25
43:15,18

ongoing
15:20 16:3,5

order
24:13

―――――――――――

P

PAGE
3:4,13

paid
33:24 35:2

paint
41:11

paper
10:6 12:4,6,
18

parents
28:20,22

participate
22:1,12

participating
4:11

parties
4:15

passenger
5:16 13:5
15:10,14

17:7,14,24
18:21 20:20,
25 21:5

passengers
13:10,14,15
16:9 21:11,
16,19 38:4

pay
28:17 40:14

Pecchio
4:23 6:2,12,
15,19 7:2,5,
16,21,25
8:6,9,13,19,
23 9:17
14:4,20
15:15,23
17:2 18:16
19:19 21:12
23:5 25:8,15
26:4,10,17
27:14 28:1,
11 29:3
31:1,7,17,25
32:8,13,20
33:6,12 34:9
38:6,16 39:2
40:12,24
41:15,21
42:3,8,24
43:6,13
44:2,9,10

Pecchio's
9:15

pension
24:8,13
25:13,21
31:23

perfect
31:11

perks
27:22 28:21

personal
19:17 20:8
23:14,16
24:25 26:14
29:20,21
34:7,10

personally
14:15 17:19
24:1 26:19
27:19

phase
13:14,16

physically
4:13

picture
41:11,12

piece
12:6

pieces
10:6 12:4,17

place
8:22

plaintiff
4:22

plan
26:24

plane
16:12,15
17:7 18:22
20:19 23:1
36:9 37:4

planet
14:2

plans
26:25

play
25:2

please
4:18 18:18
25:2,3 29:14

NADEGE COLAS
April 06, 2022

30:10,13,16
36:14 44:6

**policy**
33:3

**portion**
43:4

**position**
35:17 36:1,
2,6,7

**positioned**
16:15

**preference**
28:24

**preferential**
31:16

**preparation**
8:12,18 9:5,
9

**prepare**
6:10 9:12,
16,21 10:2,7
11:4,6

**preparing**
35:25 37:21

**present**
4:13

**presumably**
38:3

**Prior**
11:8

**private**
26:22

**privilege**
6:21 8:5

**privileged**
7:8

**probably**
15:3

**problem**
15:10,14

**pronounce**
5:9

**provide**
11:12 12:5
25:14 32:11
33:3 36:21
39:20 40:18,
22 41:19
42:12,13
43:11

**providing**
38:2

**purpose**
26:20

**purser**
15:9,10
37:14

**pushbacks**
35:6,7

---

**Q**

---

**question**
5:24 6:6,7
7:6 8:15
10:8 15:6
16:4,15,21
24:9,11,18,
20 25:3,4
29:6,15,17
30:16,23
31:12 32:15
33:25 36:14
39:25 41:18
42:4

**questions**
4:8 5:19 6:3
15:1 23:22,
25 24:5
26:7,14

27:20 34:3,
5,6,8,10
41:6,8,13

**quickly**
41:8,14

**quite**
26:5,19
28:13

---

**R**

---

**reach**
35:12 37:9

**reached**
36:4

**read**
30:16,18

**ready**
36:23

**rear**
16:16,25
20:21 21:2

**recall**
17:15

**receive**
13:4,9 14:9,
18 24:4,13
25:21 27:8

**received**
15:22

**Recently**
10:23

**record**
4:20 30:18

**reduced**
29:18 30:25
32:11 33:3

**refusing**
24:18,20

**regarding**
10:20 11:10,
11

**relate**
13:10 15:13

**relation**
13:20

**relevant**
23:23,24
26:15 27:1,
11 29:11
34:6

**remember**
16:18,23
17:23 18:11,
14 19:2,4
21:6 36:7

**remotely**
4:1,15

**remove**
20:20

**removed**
17:14 20:25
21:5,20

**repeat**
18:19 30:13
36:14

**report**
11:18 21:8

**REPORTED**
4:1

**reporter**
6:1,18 29:25
30:15,18
37:12 44:3,8

**reporting**
4:14,18

**reports**
11:16,20,23
12:1

NADEGE COLAS
April 06, 2022

requested
  30:19

require
  7:7

reserved
  4:8

resolution
  14:10,18
  15:8

resolve
  15:9,14

respond
  6:7

response
  6:9 24:15,17
  30:14 33:9,
  22

responsibiliti
es
  35:14

retain
  31:13

retire
  25:12 31:13
  32:10

retired
  32:1

retirement
  26:23

retires
  33:1

review
  8:11 9:4
  10:1 12:17,
  19

reviewed
  7:3,9,14
  8:3,17

right

8:2 27:4
39:13 43:21

Robert
  4:23 34:18
  42:1 44:1

room
  4:13

rules
  5:23

running
  9:14

rush
  38:2

——————————

S

safety
  16:8

sake
  6:1

salary
  33:21,24
  34:20

saying
  14:12,15
  26:17 29:22
  31:6 32:21
  36:22

scope
  27:12

sealing
  4:5

seat
  35:22 42:20

seatbelt
  35:13

seats
  31:5

security

16:7,8
20:14,18
35:4

see
  15:3 20:24
  21:1,2
  24:21,23,24
  37:20

sense
  31:11 41:19

service
  13:5 34:3
  35:25 36:21,
  24 37:21
  38:3,11
  39:20,24
  40:11,18,23
  41:20 42:7,
  12,13 43:8,
  10,15,18

services
  43:10

share
  22:5,17

short
  9:1 43:22

shorter
  38:24

shown
  9:8 10:2
  11:9,16,20,
  23 12:1,4

side
  19:22

sign
  35:13,22

similar
  29:1

simultaneous
  26:3 29:23

sir
  20:5,21
  22:7,14,19,
  24 23:8
  24:9,22
  25:5,24 29:7
  36:7 38:19,
  25 39:15,25
  40:15,20
  41:2 42:17

sit
  42:15,20

situation
  14:6

situations
  15:18 16:10

social
  22:1

sort
  21:5

sorts
  23:11

Spanish
  20:2

speak
  5:25 9:20
  21:16 34:11

speaking
  11:8 27:3
  32:23 34:17

specific
  11:13 22:16
  26:25 32:24
  35:20

specifically
  27:6 34:14

specify
  40:6

spoke
  6:23 7:2

NADEGE COLAS
April 06, 2022

9:23

**spoken**
19:21

**spouse**
25:23 31:24

**standby**
27:24 28:7,
9,20 29:7,19
31:6,14
32:11 33:4

**standbys**
28:23

**stands**
20:15

**start**
35:1,3

**stating**
4:19

**station**
20:2

**stationed**
16:12

**status**
31:16

**staying**
18:2

**steps**
11:3

**stonewall**
34:2

**stories**
22:5,17

**straight**
16:11

**strange**
26:16

**submitted**
11:24

**summaries**
12:2

**supervisor**
10:14,18

**sure**
7:23 10:17
19:15 23:19

**sworn**
3:5 5:2

---

**T**

**take**
6:5 8:24
11:3 35:9
36:23 38:10,
23 39:12,23
40:10,17,19,
21,22 42:6
43:19

**taken**
9:2 11:17
43:23

**takes**
35:12 36:20
38:23 41:18,
19

**talk**
6:22 11:7
13:13,18,19
16:9

**talking**
9:6,10 11:14
12:8

**targeted**
26:18

**taxes**
28:17

**techniques**
15:12,13

**tell**
10:18 12:13
13:16 23:3

**telling**
12:16

**tells**
6:6

**terminal**
17:10

**testified**
5:2

**testimony**
10:8 11:4,12
12:5

**thank**
8:6 31:11
35:2,7

**thing**
6:3 16:8
37:17 42:16

**things**
15:21 21:2

**think**
19:13 22:3
23:22,23
26:24 29:11

**three**
13:14,17
35:21 39:14,
15,17,18
43:11

**thrust**
16:4

**time**
4:8 6:1,2,17
8:21 9:1
10:11,25
11:17 12:25
22:7,10,12,
21,23 29:24

**tell**
30:17 35:10
37:11 38:12,
15,18 40:4,
20 41:2,4,5
42:10,14
43:22

**times**
19:13,15

**today**
9:5,21 10:3,
8 11:4,12
12:5 14:25

**told**
12:11,13
17:12 18:9,
11,21 19:3
22:15,19

**trained**
14:12 15:12

**training**
13:5,7,9,12
14:9,18,24
15:7,20
16:4,5,7,8

**transcript**
44:5

**trial**
4:9

**trick**
10:8 41:8

**Troy**
5:16

**try**
41:6

**trying**
12:15 15:1
32:18 41:11

**Twenty-four**
12:23

NADEGE COLAS
April 06, 2022

two
11:1 19:15
22:20 36:8,
11 39:15
40:7

typical
43:2

___

U

Um-hum
15:5

uncomfortable
25:1

understand
5:18 15:2
28:14 29:17
41:4

understanding
10:4 27:18
28:19

union
23:13,15,18,
19 29:8

___

V

vein
27:20

verbal
5:25

___

W

wait
5:23

waive
4:17

waived
4:6

walk
14:11,12,15

walking
18:5

want
7:1 24:2
33:25

wanted
28:8

waste
22:23

way
5:10,11

ways
41:6

WEDNESDAY
4:2

week
11:1

whatsoever
12:5

witness
3:4,5 8:14
14:6,22
15:17,25
17:4 18:18
21:14 23:7
25:10,17
26:7,8 28:3,
13 29:5
31:3,9,18,20
32:1,14
33:14 34:22
37:13 38:8,
18 39:4
40:14 41:1
42:10 43:8,
15

witnessed
21:24

witnesses
29:13,14

Woodrow
3:7 4:21
5:7,15 6:14,
25 7:12,18,
19,23 8:1,7,
10,16 9:3
14:8,23
15:19 16:1
17:5 18:20
19:20 21:15
23:9 25:11,
18 26:9,11
27:2,16,17
28:6,15 29:9
30:1,15,20,
22 31:4,10,
21 32:3,9,
16,23,25
33:7,16
34:16,23
37:16 38:9,
20 39:5
40:16 41:3,
16,23,25
42:5,18
43:1,9,16,
19,24 44:4,6

work
16:18 24:7,
13 25:12
33:20 35:9
37:3,4,5,15

worked
5:17 12:22
25:19,20
37:6

working
16:17 28:21
36:2,13,15

works
34:12

worry
23:10

wrap
41:13 43:21

___

Y

yeah
5:10,12

year
5:17 16:2,9
19:13

years
12:23 24:7,
12