```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF FLORIDA

                        - - -




  TROY CLOWDUS,            :   NO. 1:21-cv-23155-MM
                           :
           Plaintiff,      :
                           :
  vs.                      :
                           :
  AMERICAN AIRLINES,       :
  INC.,                    :
                           :
            Defendant.

                        - - -

        VIDEOCONFERENCE DEPOSITION OF FERNANDO BASTOS

               MONDAY, MARCH 28, 2022

                     1:04 P.M.
                      - - -


  REPORTED BY:

  Jean M. Walker, Court Reporter - Notary Public

  APPEARING REMOTELY FROM CAMDEN COUNTY, NEW JERSEY
```

Fernando Bastos
March 28, 2022

```
 1    REMOTE APPEARANCES:

 2

      STONE & WOODROW, LLP
 3    BY:  WILLIAM T. WOODROW, ESQUIRE
           250 West Main Street, Suite 201
 4         Charlottesville, Virginia 22903
           (855) 275-7378
 5         will@stoneandwoodrowlaw.com

 6         Representing the Plaintiff

 7

      BUCHANAN, INGERSOLL & ROONEY, PC
 8    BY:  KELLY KOLB, ESQUIRE
           Bank of America Plaza
 9         401 East Las Olas Boulevard, Suite 2250
           Ft. Lauderdale, Florida 33301-4251
10         (954) 703-3944
           Kelly.kolb@bipc.com
11
           Representing the Defendant
12

13

14

15

16              ALSO PRESENT:
                TROY CLOWDUS
17

18

19

20

21

22

23

24

25
```

Fernando Bastos
March 28, 2022

1                        I N D E X

2

3

4    WITNESS                                    PAGE

5    FERNANDO BASTO
         (Witness sworn.)
6
      DIRECT EXAMINATION
7     BY:  MR. WOODROW                            5

8

9

10

11                      E X H I B I T S

12

13     NO.           DESCRIPTION              PAGE

14          Whereupon, no Exhibits have been marked.

15

16

17

18

19

20

21

22

23

24

25

Fernando Bastos
March 28, 2022

```
 1        REPORTED REMOTELY FROM CAMDEN COUNTY, NEW JERSEY

 2              MONDAY, MARCH 28, 2022, 1:04 P.M.

 3                          - - -

 4                    (It is agreed by and between

 5              counsel that the sealing, filing, and

 6              certification are hereby waived and all

 7              objections, except as to the form of the

 8              questions, are reserved until the time of

 9              trial.)

10                          - - -

11                    The attorneys participating in

12              this deposition acknowledge that I am not

13              physically present in the deposition room

14              and that I will be reporting this

15              deposition remotely.  The parties and

16              their counsel consent to this arrangement

17              and waive any objections to this manner of

18              reporting.  Please indicate your agreement

19              by stating your name and your agreement on

20              the record.

21                    MR. WOODROW:  Will Woodrow for

22              plaintiff and I agree.

23                    MR. KOLB:  Kelly Kolb, counsel

24              for defendant, I agree.

25                          - - -
```

Fernando Bastos
March 28, 2022

1                        FERNANDO BASTOS, after having

2                   been duly sworn, was examined and

3                   testified as follows:

4                             - - -

5                        DIRECT EXAMINATION

6                             - - -

7    BY MR. WOODROW:

8    Q.        Good morning, Mr. Bastos.  Can you hear

9    me?

10   A.        Yes.

11   Q.        Hi.  I am the lawyer for Troy Clowdus.

12   A.        Okay.

13   Q.        A passenger that was kicked off of a

14   flight that you were working on last June.

15   A.        Okay.

16   Q.        I understand you're not directly involved

17   with the incident and probably don't remember much,

18   but I just have a few questions I'd like to ask you.

19   A.        Sure.

20   Q.        Have you given a deposition before?

21   A.        No.  No, sir.

22   Q.        Okay.  Well, a little bit about it.  Wait

23   until I finish my question before you answer.  The

24   reporter needs verbal responses, so no nodding or

25   shaking your head.

Fernando Bastos
March 28, 2022

```
1    A.        Okay.

2    Q.        From time to time, if Mr. Kolb says that

3    he objects to one of my questions, unless he

4    specifically instructs you not to answer, those

5    objections are for the judge and for the record, and

6    you just ignore those and you just answer the

7    question, okay?

8    A.        Okay.

9    Q.        Okay.  What did you do to prepare for this

10   deposition, Mr. Bastos?

11   A.        What did I do?

12   Q.        Yes.

13   A.        Not much.  I don't think I had to get

14   ready for this.  It's just a common thing that --

15   something that I have to say and what I saw and what

16   really happened.

17   Q.        Did you speak --

18                      (Simultaneous crosstalk.)

19                      THE WITNESS:  I'm sorry.

20   BY MR. WOODROW:

21   Q.        Did you speak with any lawyers for

22   American Airlines in preparation for your

23   deposition?

24   A.        No, sir.  No, just Mr. Kolb.

25                      MR. KOLB:  Yes, there you go.
```

Fernando Bastos
March 28, 2022

1          THE WITNESS:  Just my man, right

2          here, that's it, yes.

3     BY MR. WOODROW:

4     Q.      Did you review any documents when you were

5     speaking with them?

6     A.      Yes, one, something about a sworn document

7     or something like that.

8               THE WITNESS:  What was it

9               called, Mr. Kolb?

10              MR. KOLB:  You can't ask me

11              questions.

12              THE WITNESS:  Okay.  I didn't

13              know.  I reviewed one piece of paper that

14              I don't remember.  It was something about

15              -- what do you call it?  One of

16              supervisors wrote something about the

17              flight, about a passenger that got kicked

18              out, but I didn't really pay attention to

19              it because what I saw is what I saw.  You

20              know, that's it.  It was pretty simple.

21              There's not much I can say.

22    BY MR. WOODROW:

23    Q.      Was it called a Tour Report?

24    A.      Yes.

25    Q.      Was it prepared by --

Fernando Bastos
March 28, 2022

```
1    A.        One of --

2    Q.        -- Gonzalez?  Does that sound familiar?

3    A.        If I'm not mistaken, yes.

4    Q.        Did it recount what Mr. Henriquez, the GSC

5    on the plane, had observed that morning?

6    A.        I'm not sure.

7    Q.        Okay.  How long have you worked for

8    American Airlines, Mr. Bastos?

9    A.        This is my 24th year.

10   Q.        Twenty-fourth year?

11   A.        This 23, 24, yeah.

12   Q.        In that time, how many flights have you

13   taken with Carlos Merino?

14   A.        Several.  I don't remember, but several.

15   I think he's from '98 and I'm from '97, so we've

16   been working, kind of, together for that amount of

17   time, 23 years, you know, three, four, five times,

18   ten times a year.  It's a long time.

19   Q.        Okay.

20   A.        Several times a year.

21   Q.        Do you consider yourself to be friends

22   with Mr. Merino?

23   A.        We don't go to each other's house or

24   anything.  Whenever we fly together, we're friends.

25   We talk and we confide things with each other,
```

Fernando Bastos
March 28, 2022

```
1    things about family and friends, you know.  Yeah, I

2    could say that, yes.  He's -- yeah, I trust him as a

3    friend.  Yeah, I do.

4         Q.        Okay.  Have you ever felt rudely treated

5    by Mr. Merino?

6         A.        Never, no.  I don't think he would -- no,

7    not at all.

8         Q.        Okay.

9         A.        He's very polite.

10        Q.        I'm sorry, what was that?

11        A.        He's a very polite person, very soft.

12        Q.        How many flights have you taken with

13   Dionne Gray?

14        A.        Same thing, several.  She's from '90 -- I

15   think she's from the class of '99, so she's been

16   flying for like 21 years.  Same thing, yeah.

17        Q.        Okay.

18        A.        Very polite lady too.  I think she was

19   brought up in England.  Her parents are from Jamaica

20   or something.  She's a very nice lady too.

21        Q.        Okay.  Would you consider yourself to be

22   friends with her?

23        A.        No, not friends.  No.

24        Q.        No?

25        A.        No.
```

Fernando Bastos
March 28, 2022

1    Q.        Okay.  Are you aware of other incidents

2    where Mr. Merino has occasioned the removal of a

3    passenger from a flight?

4    A.        I don't understand the question.  If there

5    were other incidents?

6    Q.        Yeah, in the course of your years working

7    with Mr. Merino, can you remember any other times

8    where he's asked the captain to remove a passenger?

9    A.        No, not that I know of.  No.

10   Q.        Have you ever asked the captain to remove

11   a passenger?

12   A.        No.

13   Q.        In 24 years, never once?

14   A.        No.  No.  I've already told passengers

15   what the FARs are.  If they continue doing

16   something, I can request -- but no, never.  I've

17   told passengers, hey, listen, you cannot do this.

18   It's Federal Air Regulations.  If you continue

19   intimidating or doing things like you're doing, you

20   know, I'm going to call the captain, but I've never

21   actually done it.

22             I tell passengers not to continue, if

23   they're doing something wrong.  If they're breaking

24   the FAR, I tell them, if you continue doing this I

25   might tell the captain, you know, that, you know,

Fernando Bastos
March 28, 2022

```
1   you're breaking Federal Air Regulations and you
2   might have to be removed.  Then they're very
3   compliant with me.  I'm very polite to them, very
4   soft spoken.
5               I've worked with another airline before.
6   That's why they hired me, because I treat -- I treat
7   people the way I like to be treated.  Let's put it
8   this way.  I never had a problem.  I never had to --
9   I never had really to remove anybody.
10  Q.       Okay.  Have you ever given a witness
11  statement that was supporting another flight
12  attendant's request to remove a passenger?
13  A.       No, never.  No.
14  Q.       Have you ever filed a CERS report?
15  A.       No, never.  I'm the kind of guy that I
16  don't really get in trouble or I'm not into trouble.
17  I don't -- I'm very low -- they say, fly under the
18  radar, and that's what I do.  I go there, do my job
19  and come back home to my family.
20  Q.       That's great.
21  A.       Yeah.
22  Q.       Let me ask a question in a different vein.
23  Explain to me how flight attendants divide
24  responsibility for the cabin when there are four
25  positions.
```

Fernando Bastos
March 28, 2022

1    A.        What was the question again?

2    Q.        You have positions one through four and

3    there's four flight attendants --

4    A.        Um-hum.

5    Q.        -- working on the plane.

6    A.        Um-hum.

7    Q.        Explain to me how you guys divide the

8    responsibility for the cabin, vis-à-vis, each

9    position.

10   A.        Okay.  Number 1 stays in first class,

11   usually through to departures, making sure the --

12   all the baggage is stowed properly and, you know,

13   doing the FARs, making sure everybody has the seat

14   belt fastened and all that.

15            Number 3 does all the -- the same things,

16   closing all the bins and all that.  We all know our

17   positions.  We know, by the tablet, we have the --

18   what do you call it?  We have our position on the

19   tablet.  Number 2 does this, Number 3 sits where in

20   the seat, in the jump seat, and we know our

21   responsibilities.  We go by the tablet.  We know

22   what to do already.

23   Q.        Yeah.  Explain that to me.  You said

24   Number 1 does first class, makes sure the baggage is

25   stowed.  What does Number 3 do?

Fernando Bastos
March 28, 2022

1    A.        Number 3 does -- sits beside the Number 1

2    and basically does the same thing, be concerned

3    about the safety and comfort of the passengers.

4    That's what we do, safety and comfort.

5              They sit one beside the other, by the 1L

6    door on the 737.

7    Q.        Does Number 3 help 2 and 4 in the back, do

8    the final sweep stowing the baggage?

9    A.        No, not at all.  They have their own

10   responsibilities up front.  The Number 2 and the

11   Number 4 stays in the back.

12   Q.        What is --

13   A.        We do the same thing, safety compliance,

14   which is overhead bins, baggage under the seat, seat

15   belts fastened, overhead -- what do you call it --

16   exit seats briefed and all the FARs and all that.

17   Usually, we stay in the back and they stay in the

18   front.  We don't cross.

19   Q.        When you're doing final sweeps, do you

20   split the cabin up into sections or do you overlap?

21   A.        No.  We -- yeah, we usually do coach,

22   Number 2 and Number 4, we do coach, and Number 1 and

23   Number 3, they do business class, which is first

24   class or whatever you call it.

25   Q.        Okay.  Where were you stationed that day?

Fernando Bastos
March 28, 2022

1    A.      I was all the way in the back in the

2    galley.

3    Q.      Okay.  Why don't you just tell me what

4    your recollection of the incident, if any, is?

5    A.      I don't remember -- I mean, during

6    whatever happened, I don't know anything about it

7    because I was in the back.  I was setting up the

8    cart.  I did whatever I was supposed to do, you

9    know, setting up the cart and all that.

10           When the purser says, which was Carlos,

11   when Number 1 says, you know, flight attendants,

12   prepare the cabin for departure, I leave the galley,

13   I close all the cabinets and all that.  We put the

14   carts away.  Then, we close the overhead bins,

15   safety compliance check and all that.

16           That's what we did.  I don't remember

17   anything that was -- I didn't know that there was

18   anything going on.  I didn't.  I had no idea.

19   Q.      How did you find out that something

20   happened?

21   A.      When we deplaned, we were at the terminal

22   and Dionne and Carlos were talking in the terminal,

23   and that's how I found out.  They were talking, hey,

24   the passenger, whatever, you know, got removed.  I

25   was like, what happened?  They said, well, we had to

Fernando Bastos
March 28, 2022

1    remove a passenger.  He was physically abusive to

2    one of us.  I said, wow, that's bad.  We walked to

3    the hotel, I went to McDonald's and that was it.  I

4    never heard about anything...

5    Q.        When you were on the plane you didn't hear

6    anything about it?

7    A.        No, not at all.  I was in the back.  It's

8    a very small airplane.  We're in the corner, kind

9    of, hiding.  People are walking and they're going to

10   the bathroom and all that, so no.

11   Q.        Okay.  Where was Mrs. Gray working that

12   morning, if you recall?

13   A.        She was position Number 3, which is she's

14   assigned to the business class, up front, with

15   Carlos.

16   Q.        Is it common that Number 3 will sometimes

17   come back and assist in coach since there's so many

18   more passengers to get ready back there?

19   A.        Very rarely, unless there's an emergency.

20   It's very rare.  Number 3 stays over there in

21   business class with Number 1.

22   Q.        Do Number 3s -- when you're in business

23   class, is it common for 1 and 3 to split

24   responsibilities, like, for instance, 3 might be

25   getting the drinks for the passenger --

Fernando Bastos
March 28, 2022

```
1    A.        Right.

2    Q.        -- and 1 might be checking the cabin?

3    A.        Yes, that's possible.

4    Q.        Is that common?

5    A.        Yes.  Yes.

6    Q.        Was that --

7    A.        Yes, that happens.

8    Q.        Do you always work 2 or do you sometimes

9    work 1 and 3 as well?

10   A.        No, I work 1 and 3 too.  I work every

11   position.

12   Q.        Okay.  Is it common for both flight

13   attendants to be performing a final sweep of the 16

14   seats in business class or is it more common that

15   one is getting drinks and the other is performing

16   the final sweep to close the cabin?

17   A.        We are both responsible, together, the

18   same amount as -- the same percentage as -- when we

19   talk about safety and comfort, it's the same

20   responsibility for both.  We do it together.  We

21   share responsibility.  We both do safety compliance

22   and comfort, pick up the drinks and cups and glasses

23   and trash and do the compliance before takeoff.

24   Q.        Okay.  Do you have any other memories that

25   stand out from that flight?
```

Fernando Bastos
March 28, 2022

1  A.        Not at all.

2  Q.        Can you recall where Mrs. Gray was during

3  the final sweep prior to takeoff?

4  A.        No.  No, not at all.

5  Q.        Did you observe the ground security

6  coordinator, Mr. Henriquez, come onto the plane or

7  any of the incident as it occurred?

8  A.        No.  No, I was all the way in the back,

9  throughout the whole time.

10 Q.        So you don't know then if either

11 Mr. Merino or Mrs. Gray took any witness statements

12 after the incident occurred, once the flight took

13 off?

14 A.        I don't know.

15 Q.        If there is an incident with a passenger,

16 is it customary to fill out a PIDR, Passenger

17 Inflight Disturbance Report?

18 A.        We -- for the most involved flight

19 attendant, we usually fill out the CERS form, but

20 it's not mandatory.  If you're completely involved

21 in the situation, you should, but if you're not

22 involved, if you don't know what happened, you don't

23 have to.  To be honest with you, I never had to.

24 Like I told you, low key, I don't...

25 Q.        Sir, are you familiar with not the CERS

Fernando Bastos
March 28, 2022

1    report, but something called a PIDR?

2    A.         No, I'm not.

3    Q.         That's a Passenger Inflight Disturbance

4    Report.

5    A.         Well, we have that in the safety -- what

6    do you call it -- the passenger or the safety kit

7    that we have, but I never had to fill one out.  I

8    know what that is.

9    Q.         Okay.

10   A.         That's a big no-no for the passengers

11   because if they behave bad -- I know that's a big

12   no-no, but I never -- I'm easy.

13   Q.         Why is it a big no-no?  Do they usually

14   get banned from flying if they get one of those?

15   A.         I believe so.

16   Q.         Okay.  I guess you read on that report

17   this morning that the supervisor, the ground

18   security coordinator, felt that Mr. Merino had

19   unnecessarily escalated the situation and caused the

20   passenger to be removed.  Have you ever witnessed

21   Mr. Merino to escalate situations in other settings?

22   A.         No.  I think he uses a lot of common

23   sense.  He's a very -- he's -- I don't see him doing

24   that unfair.  I don't think he would do something

25   like that, like taking a passenger out

Fernando Bastos
March 28, 2022

1   unnecessarily.

2   Q.       Did you speak with Mr. Merino

3   subsequently?  After the interaction that you had

4   before heading on to your hotel, have you spoken

5   with Mr. Merino about this litigation?

6   A.       No, not at all.

7   Q.       Did he ever bring up the incident to you

8   in a later context?

9   A.       No.  I remember -- I remember sending him

10  a text when I heard from Mr. Kolb first, but he

11  never returned me back.  I said, listen, there's

12  something going on about a passenger that you kicked

13  out, you know, you had to deplane a passenger, and

14  we need to talk to about it.  He said, well, I'll

15  call you later.  He never called me back.

16          I don't know if it's because of court or

17  if it is because of law.  I don't know what

18  happened.  I remember sending him a message.

19  Q.       Okay.  What did you want to talk to him

20  about it?

21  A.       To see what happened because -- just to

22  check him out to see if everything was okay, if he

23  was being called about it and what was going on.  He

24  never answered me.

25  Q.       Do you remember hearing, you hit me,

Fernando Bastos
March 28, 2022

1     coming from the front of the plane --

2     A.        No.

3     Q.        -- at any point?

4     A.        No, I was --

5                       MR. KOLB:  Let him finish.

6                       THE WITNESS:  Sorry.

7                       MR. KOLB:  The court reporter is

8           going to jump out at you.

9     BY MR. WOODROW:

10    Q.        Okay.  So you didn't hear anything coming

11    from up front?

12    A.        No, sir.

13    Q.        Okay.  Did you observe Mr. Merino having a

14    conversation with a passenger that morning?

15    A.        No.  With that specific passenger?

16    Q.        Not that specific passenger, but after the

17    flight departed, another passenger?

18    A.        No.

19    Q.        Do you know if he was friends with a

20    certain passenger on the flight that morning?

21    A.        No, sir.

22    Q.        Do you know an individual named Federico

23    Quintana?

24    A.        No.

25    Q.        Okay.  Did the captain ever say anything

Fernando Bastos
March 28, 2022

1     about the incident?

2     A.        Um-umm.  Nope.

3     Q.        Okay.

4                    MR. KOLB:  Make sure to give him

5          a yes or no.

6                    THE WITNESS:  Okay.  No, the

7          captain never said anything.  No.

8     BY MR. WOODROW:

9     Q.        If a flight attendant submits a CERS

10    report and they're claiming to be an eyewitness, but

11    they actually submit a secondhand account, is that

12    something that would cause them to be disciplined,

13    if it were to be found out?

14                    MR. KOLB:  Objection to form.

15                    MR. WOODROW:  Say that again.  I

16         missed the question.  What was the

17         question again?

18    BY MR. WOODROW:

19    Q.        When you submit a CERS report, it's

20    supposed to be a firsthand account, if you're a

21    witness, right, if you're submitting a witness

22    statement?

23    A.        Okay.

24    Q.        Is that a fair understanding of the

25    expectations surrounding a CERS report?

Fernando Bastos
March 28, 2022

1    A.        I still don't understand the question.

2    I'm so sorry.

3    Q.        If you're a witness to an incident and

4    you're required to file a CERS report as a

5    witness --

6    A.        As a passenger?

7    Q.        As another flight attendant.

8    A.        Oh, I see.

9    Q.        You witness an incident and American

10   Airlines wants you to file a CERS report, everybody

11   who has knowledge of the incident is supposed to

12   file one, right?

13   A.        Right.  It's not mandatory.  If you were

14   involved, you should.

15   Q.        Okay.  If you do file one, then the

16   understanding from AA is that you were involved and

17   that you personally witnessed the events, correct?

18                  MR. KOLB:  Objection to form.

19             Go ahead.

20                  THE WITNESS:  If something

21             happens inflight that you are involved,

22             you have to fill out a CERS form, if you

23             are directly involved.  In my situation, I

24             was not involved, so I did not have to

25             fill out --

Fernando Bastos
March 28, 2022

1    BY MR. WOODROW:

2    Q.        I understand that.

3    A.        -- a CERS report, yes.

4    Q.        The question is more in general.  It has

5    nothing to do with you.  But it is, if you were --

6    if you were a witness to what occurred, the

7    expectation would be that you would fill out a CERS

8    report, correct?

9                        MR. KOLB:  Objection to form.

10                       THE WITNESS:  Yes.

11   BY MR. WOODROW:

12   Q.        By filling that out, you would give

13   American Airlines the understanding that you had

14   personally witnessed what occurred, not that you

15   were potentially filing a secondhand report, right?

16   A.        I would write whatever I saw, whatever the

17   truth was.  I would write whatever happened.

18   Q.        If you didn't actually see what happened,

19   but you wanted to support a friend and just file a

20   report saying that you did see what happened, is

21   that something that you would get disciplined for,

22   if American found out?

23                       MR. KOLB:  Objection to form.

24                       THE WITNESS:  I would never do

25           that.

Fernando Bastos
March 28, 2022

```
1    BY MR. WOODROW:

2    Q.        I know you wouldn't, I'm just asking in

3    general.

4    A.        Okay.  No, I wouldn't.

5                        MR. KOLB:  Same objection.

6    BY MR. WOODROW:

7    Q.        Is it an expectation by American Airlines

8    that the witness reports you file in the CERS system

9    only be what people have witnessed firsthand, I

10   guess is what I'm asking?

11                       MR. KOLB:  Objection to form.

12              Go ahead.

13                       THE WITNESS:  I think what

14              American is looking for is the truth,

15              regardless of what the team on the plane,

16              on the airplane -- if we're working

17              together, if we're in on it or not,

18              American doesn't -- I think it's American

19              wants the truth and the fairness of the

20              situation.

21                       I think that -- I would never

22              fill out a report to cover a co-worker's

23              back and uncover my back, if you know what

24              I'm saying, I wouldn't -- if that's the

25              question.
```

Fernando Bastos
March 28, 2022

 1                        I wouldn't write anything, okay,

 2               to cover or whatever, you know, okay, you

 3               kicked this passenger out and I'm for it

 4               because you are for it.  I wouldn't do

 5               that.

 6     BY MR. WOODROW:

 7     Q.        It would be the expectation of American

 8     Airlines that you wouldn't do that, correct?

 9     A.        I wouldn't --

10                        MR. KOLB:  Objection to form.

11                        THE WITNESS:  I don't know.  I

12               don't know.

13     BY MR. WOODROW:

14     Q.        Okay.  When you instruct a passenger about

15     bulkhead seating and the requirement that they're

16     bag is stowed overhead, do you expect them to

17     immediately put their bag up or do you expect that

18     they should get it done before the cabin is prepared

19     for takeoff?

20     A.        I usually -- I play it by ear.  It

21     depends.  If we have, you know, 10 minutes before

22     takeoff and the bag is still there, I say, sir,

23     please remember.  I never say, put your bag up,

24     fasten your seat belt, you know, would you please,

25     sir, don't forget.  It all depends.

Fernando Bastos
March 28, 2022

1    Q.      If a passenger had just come onboard and

2    you said, sir, you're going to need to put that bag

3    up --

4    A.      Right.

5    Q.      -- if he doesn't immediately comply, do

6    you consider that he's failing to follow your

7    instructions about --

8    A.      No, I give him five minutes, and I'll tell

9    him twice.  Maybe he forgot, actually forgot.

10   Q.      The important thing is, is that the bag

11   needs to go up --

12   A.      Right.

13   Q.      -- before the cabin is swept for takeoff,

14   right?

15   A.      Yes.

16   Q.      Okay.  Do you go back multiple times and

17   tell the passenger again or do you tell him the

18   first time and then, when you do your final sweep,

19   if you still don't see it, at that point you say,

20   all right, the bag needs to go up now because we're

21   getting ready to close the door?

22   A.      No, I'll give him a second chance.

23   Sometimes, I give people three times, a third

24   chance, yeah.

25   Q.      Does the captain ever instruct the

Fernando Bastos
March 28, 2022

1    bulkhead passengers to stow the bag over the

2    intercom or does he leave that responsibility to the

3    flight attendant?

4    A.        No, the flight attendants do that.  That's

5    in our PA card and the prams.  That's already

6    automatic.

7    Q.        Would you ever hear the captain say over

8    the intercom, you need to stow your bags now?

9    A.        Not the captain.

10   Q.        Okay.  Does your performance get dinged if

11   you don't depart on time?

12   A.        If it's delayed on flight service, we get

13   an e-mail or maybe a call from our supervisors, if

14   the door closes late; 2, 3, 4, 5 minutes late

15   because of flight service.  In other words, bins

16   haven't been closed, baggage is not under the seat,

17   things like that, yeah, we get called in.  Nothing

18   happens, but we get a call.  They slap our hand.

19   Q.        Do you ever get any kind of reward for

20   consistently departing on time?

21   A.        No.

22   Q.        No perks?

23   A.        No rewards.

24   Q.        What kind of company wouldn't rewards its

25   employees like that?  I don't understand.

Fernando Bastos
March 28, 2022

```
1                       MR. KOLB:  A company that's done

2              by collective bargaining agreement that

3              dictates compensation.

4     BY MR. WOODROW:

5     Q.       If a flight attendant goes to the captain

6     and says, this passenger needs to be removed, does

7     the captain ever second guess that decision?

8                       MR. KOLB:  Object to the form.

9                       THE WITNESS:  In my cases, I

10             never really had to do it, but I would say

11             -- I know he has the last word.  I don't

12             know.

13    BY MR. WOODROW:

14    Q.       I guess you've never done it, so you don't

15    know.  That's fair enough.

16    A.       Yeah.

17    Q.       As flight attendants, do you have a

18    Facebook page or some collective social media or

19    message board where you post the funny or crazy

20    stuff that happens?

21    A.       They do, funny -- Facebook.  They do.

22    Q.       Do you ever post on that?

23    A.       No.  No, I'm too old for that.

24    Q.       Do you know if Mr. Merino posts on that?

25    A.       Probably.  He's on TV, I think.  He's
```

Fernando Bastos
March 28, 2022

1    on -- yeah, he likes that kind of thing, I'm sure.

2    Q.       What is that Facebook page?

3    A.       I'm not sure.  It's -- I don't know.  It's

4    a flight attendant thing.  I'm not sure.

5    Q.       Okay.  You were working also with

6    Mr. Colas (phonetic) [sic] that morning, correct?

7    A.       Yes, Nadesh (phonetic), she's a female.

8    Q.       Nadesh, I couldn't tell if that was a male

9    or female.  How long have you worked with Nadesh?

10   A.       She was my classmate, believe it or not,

11   in '97.  I've known her forever.

12   Q.       Has she known Mr. Merino forever as well?

13   A.       I'm not sure.

14   Q.       Do you know if she's -- you don't know

15   whether she's friends with Mr. Merino or not?

16   A.       No, I'm not.  I don't know.

17   Q.       Is she friends with Mrs. Gray?

18   A.       I don't know.

19                   MR. WOODROW:  I think we're just

20            going to take a quick five-minute break.

21                   THE WITNESS:  Okay.

22                   MR. WOODROW:  We'll come back

23            and wrap it up.

24                   (At this time, a short break was

25            taken.)

Fernando Bastos
March 28, 2022

1          MR. WOODROW:  Mr. Bastos, I have

2     no further questions.

3               THE WITNESS:  You don't?

4               MR. KOLB:  We will reserve ours

5     until the time of trial.  He'll read and

6     sign.

7               THE COURT REPORTER:  Send it to

8     your office?

9               MR. KOLB:  Yes.

10              THE COURT REPORTER:

11    Mr. Woodrow, you need a copy, I assume?

12              MR. WOODROW:  Yes, please.

13              THE COURT REPORTER:  Does

14    anybody need anything expedited?

15              MR. WOODROW:  No.

16              MR. KOLB:  No.

17              (Deposition concluded at 1:37

18    p.m.)

19

20

21

22

23

24

25

Fernando Bastos
March 28, 2022

1              C E R T I F I C A T I O N

2

3                        I, Jean M. Walker, do hereby

4              certify:

5                        That prior to being examined,

6              the witness in the foregoing proceedings

7              was by me duly sworn to testify to the

8              truth, the whole truth, and nothing but

9              the truth;

10                       That said proceedings were taken

11             remotely before me at the time and place

12             therein set forth and were taken down by

13             me in shorthand and thereafter transcribed

14             into typewriting under my direction and

15             supervision;

16                       I further certify that I am

17             neither counsel for, nor related to, any

18             party to said proceedings, not in anywise

19             interested in the outcome thereof.

20                       In witness thereof, I have

21             hereunto subscribed my name.

22

23       Dated:  March 28, 2022

24

25

Fernando Bastos
March 28, 2022

1

_____

2

Court Reporter - Notary Public

3

4

5

6

7                    (The foregoing certification of

8          this transcript does not apply to any

9          reproduction of the same by any means,

10         unless under the direct control and/or

11         supervision of the certifying reporter.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Fernando Bastos
March 28, 2022

```
 1                    INSTRUCTIONS TO WITNESS

 2

 3                    Please read your deposition over

 4           carefully and make any necessary

 5           corrections.  You should state the reason

 6           in the appropriate space on the errata

 7           sheet for any corrections that are made.

 8                    After doing so, please sign the

 9           errata sheet and date it. You are signing

10           same subject to the changes you have noted

11           on the errata sheet, which will be

12           attached to your deposition.

13                    It is imperative that you return

14           the original errata sheet to the deposing

15           attorney within thirty (30) days of

16           receipt of the deposition transcript by

17           you.  If you fail to do so, the deposition

18           transcript may be deemed to be accurate

19           and may be used in court.

20

21

22

23

24

25
```

Fernando Bastos
March 28, 2022

```
1                        - - - - - - - -

2                       E R R A T A

3                        - - - - - - - -

4

5      PAGE    LINE    CHANGE

6      - - -   - - -   - - - - - - - - - - - - -

7      - - -   - - -   - - - - - - - - - - - - -

8      - - -   - - -   - - - - - - - - - - - - -

9      - - -   - - -   - - - - - - - - - - - - -

10     - - -   - - -   - - - - - - - - - - - - -

11     - - -   - - -   - - - - - - - - - - - - -

12     - - -   - - -   - - - - - - - - - - - - -

13     - - -   - - -   - - - - - - - - - - - - -

14     - - -   - - -   - - - - - - - - - - - - -

15     - - -   - - -   - - - - - - - - - - - - -

16     - - -   - - -   - - - - - - - - - - - - -

17     - - -   - - -   - - - - - - - - - - - - -

18     - - -   - - -   - - - - - - - - - - - - -

19     - - -   - - -   - - - - - - - - - - - - -

20     - - -   - - -   - - - - - - - - - - - - -

21     - - -   - - -   - - - - - - - - - - - - -

22     - - -   - - -   - - - - - - - - - - - - -

23     - - -   - - -   - - - - - - - - - - - - -

24     - - -   - - -   - - - - - - - - - - - - -

25     - - -   - - -   - - - - - - - - - - - - -
```

Fernando Bastos
March 28, 2022

ACKNOWLEDGMENT OF DEPONENT

        I, [      ], do hereby certify
that I have read the foregoing pages, and
that the same is a correct transcription
of the answers given by me to the
questions therein propounded, except for
the corrections or changes in form or
substance, if any, noted in the attached
errata sheet.

DATE                    _____

Fernando Bastos
March 28, 2022

**1**

**1**
  12:10,24
  13:1,22
  14:11 15:21,
  23 16:2,9,10
**10**
  25:21
**16**
  16:13
**1:04**
  4:2
**1:37**
  30:17
**1L**
  13:5

**2**

**2**
  12:19 13:7,
  10,22 16:8
  27:14
**2022**
  4:2
**21**
  9:16
**23**
  8:11,17
**24**
  8:11 10:13
**24th**
  8:9
**28**
  4:2

**3**

**3**
  12:15,19,25
  13:1,7,23
  15:13,16,20,
  23,24 16:9,
  10 27:14

**3s**
  15:22

**4**

**4**
  13:7,11,22
  27:14

**5**

**5**
  3:7 27:14

**7**

**737**
  13:6

**9**

**90**
  9:14
**97**
  8:15 29:11
**98**
  8:15
**99**
  9:15

**A**

**AA**
  22:16
**abusive**
  15:1
**account**
  21:11,20
**acknowledge**
  4:12
**agree**
  4:22,24
**agreed**
  4:4
**agreement**
  4:18,19 28:2

**ahead**
  22:19 24:12
**Air**
  10:18 11:1
**airline**
  11:5
**Airlines**
  6:22 8:8
  22:10 23:13
  24:7 25:8
**airplane**
  15:8 24:16
**American**
  6:22 8:8
  22:9 23:13,
  22 24:7,14,
  18 25:7
**amount**
  8:16 16:18
**answer**
  5:23 6:4,6
**answered**
  19:24
**anybody**
  11:9 30:14
**arrangement**
  4:16
**asked**
  10:8,10
**asking**
  24:2,10
**assigned**
  15:14
**assist**
  15:17
**assume**
  30:11
**attendant**
  17:19 21:9
  22:7 27:3
  28:5 29:4
**attendant's**
  11:12
**attendants**
  11:23 12:3
  14:11 16:13
  27:4 28:17

**attention**
  7:18
**attorneys**
  4:11
**automatic**
  27:6
**aware**
  10:1

**B**

**back**
  11:19 13:7,
  11,17 14:1,7
  15:7,17,18
  17:8 19:11,
  15 24:23
  26:16 29:22
**bad**
  15:2 18:11
**bag**
  25:16,17,22,
  23 26:2,10,
  20 27:1
**baggage**
  12:12,24
  13:8,14
  27:16
**bags**
  27:8
**banned**
  18:14
**bargaining**
  28:2
**basically**
  13:2
**BASTO**
  3:5
**Bastos**
  5:1,8 6:10
  8:8 30:1
**bathroom**
  15:10
**behave**
  18:11
**believe**
  18:15 29:10

Fernando Bastos
March 28, 2022

**belt**
  12:14 25:24
**belts**
  13:15
**beside**
  13:1,5
**big**
  18:10,11,13
**bins**
  12:16 13:14
  14:14 27:15
**bit**
  5:22
**board**
  28:19
**break**
  29:20,24
**breaking**
  10:23 11:1
**briefed**
  13:16
**bring**
  19:7
**brought**
  9:19
**bulkhead**
  25:15 27:1
**business**
  13:23 15:14,
  21,22 16:14

**C**

**cabin**
  11:24 12:8
  13:20 14:12
  16:2,16
  25:18 26:13
**cabinets**
  14:13
**call**
  7:15 10:20
  12:18 13:15,
  24 18:6
  19:15 27:13,
  18

**called**
  7:9,23 18:1
  19:15,23
  27:17
**CAMDEN**
  4:1
**captain**
  10:8,10,20,
  25 20:25
  21:7 26:25
  27:7,9 28:5,
  7
**card**
  27:5
**Carlos**
  8:13 14:10,
  22 15:15
**cart**
  14:8,9
**carts**
  14:14
**cases**
  28:9
**caused**
  18:19
**CERS**
  11:14 17:19,
  25 21:9,19,
  25 22:4,10,
  22 23:3,7
  24:8
**certain**
  20:20
**certification**
  4:6
**chance**
  26:22,24
**check**
  14:15 19:22
**checking**
  16:2
**claiming**
  21:10
**class**
  9:15 12:10,
  24 13:23,24
  15:14,21,23

  16:14
**classmate**
  29:10
**close**
  14:13,14
  16:16 26:21
**closed**
  27:16
**closes**
  27:14
**closing**
  12:16
**Clowdus**
  5:11
**co-worker's**
  24:22
**coach**
  13:21,22
  15:17
**Colas**
  29:6
**collective**
  28:2,18
**come**
  11:19 15:17
  17:6 26:1
  29:22
**comfort**
  13:3,4
  16:19,22
**common**
  6:14 15:16,
  23 16:4,12,
  14 18:22
**company**
  27:24 28:1
**compensation**
  28:3
**completely**
  17:20
**compliance**
  13:13 14:15
  16:21,23
**compliant**
  11:3
**comply**
  26:5

**concerned**
  13:2
**concluded**
  30:17
**confide**
  8:25
**consent**
  4:16
**consider**
  8:21 9:21
  26:6
**consistently**
  27:20
**context**
  19:8
**continue**
  10:15,18,22,
  24
**conversation**
  20:14
**coordinator**
  17:6 18:18
**copy**
  30:11
**corner**
  15:8
**correct**
  22:17 23:8
  25:8 29:6
**counsel**
  4:5,16,23
**COUNTY**
  4:1
**course**
  10:6
**court**
  19:16 20:7
  30:7,10,13
**cover**
  24:22 25:2
**crazy**
  28:19
**cross**
  13:18
**crosstalk**
  6:18

Fernando Bastos
March 28, 2022

cups
16:22
customary
17:16

———————————

**D**

day
13:25
decision
28:7
defendant
4:24
delayed
27:12
depart
27:11
departed
20:17
departing
27:20
departure
14:12
departures
12:11
depends
25:21,25
deplane
19:13
deplaned
14:21
deposition
4:12,13,15
5:20 6:10,23
30:17
DESCRIPTION
3:13
dictates
28:3
different
11:22
dinged
27:10
Dionne
9:13 14:22

DIRECT
3:6 5:5
directly
5:16 22:23
disciplined
21:12 23:21
Disturbance
17:17 18:3
divide
11:23 12:7
document
7:6
documents
7:4
doing
10:15,19,23,
24 12:13
13:19 18:23
door
13:6 26:21
27:14
drinks
15:25 16:15,
22
duly
5:2

———————————

**E**

e-mail
27:13
ear
25:20
easy
18:12
either
17:10
emergency
15:19
employees
27:25
England
9:19
escalate
18:21

escalated
18:19
events
22:17
everybody
12:13 22:10
EXAMINATION
3:6 5:5
examined
5:2
Exhibits
3:14
exit
13:16
expect
25:16,17
expectation
23:7 24:7
25:7
expectations
21:25
expedited
30:14
Explain
11:23 12:7,
23
eyewitness
21:10

———————————

**F**

Facebook
28:18,21
29:2
failing
26:6
fair
21:24 28:15
fairness
24:19
familiar
8:2 17:25
family
9:1 11:19
FAR
10:24

FARS
10:15 12:13
13:16
fasten
25:24
fastened
12:14 13:15
Federal
10:18 11:1
Federico
20:22
felt
9:4 18:18
female
29:7,9
FERNANDO
3:5 5:1
file
22:4,10,12,
15 23:19
24:8
filed
11:14
filing
4:5 23:15
fill
17:16,19
18:7 22:22,
25 23:7
24:22
filling
23:12
final
13:8,19
16:13,16
17:3 26:18
find
14:19
finish
5:23 20:5
first
12:10,24
13:23 19:10
26:18
firsthand
21:20 24:9

Fernando Bastos
March 28, 2022

**five**
  8:17 26:8
**five-minute**
  29:20
**flight**
  5:14 7:17
  10:3 11:11,
  23 12:3
  14:11 16:12,
  25 17:12,18
  20:17,20
  21:9 22:7
  27:3,4,12,15
  28:5,17 29:4
**flights**
  8:12 9:12
**fly**
  8:24 11:17
**flying**
  9:16 18:14
**follow**
  26:6
**follows**
  5:3
**forever**
  29:11,12
**forget**
  25:25
**forgot**
  26:9
**form**
  4:7 17:19
  21:14 22:18,
  22 23:9,23
  24:11 25:10
  28:8
**found**
  14:23 21:13
  23:22
**four**
  8:17 11:24
  12:2,3
**friend**
  9:3 23:19
**friends**
  8:21,24 9:1,
  22,23 20:19

  29:15,17
**front**
  13:10,18
  15:14 20:1,
  11
**funny**
  28:19,21

---

### G

**galley**
  14:2,12
**general**
  23:4 24:3
**getting**
  15:25 16:15
  26:21
**give**
  21:4 23:12
  26:8,22,23
**given**
  5:20 11:10
**glasses**
  16:22
**goes**
  28:5
**going**
  10:20 14:18
  15:9 19:12,
  23 20:8 26:2
  29:20
**Gonzalez**
  8:2
**Good**
  5:8
**Gray**
  9:13 15:11
  17:2,11
  29:17
**great**
  11:20
**ground**
  17:5 18:17
**GSC**
  8:4
**guess**
  18:16 24:10

  28:7,14
**guy**
  11:15
**guys**
  12:7

---

### H

**hand**
  27:18
**happened**
  6:16 14:6,
  20,25 17:22
  19:18,21
  23:17,18,20
**He'll**
  30:5
**head**
  5:25
**heading**
  19:4
**hear**
  5:8 15:5
  20:10 27:7
**heard**
  15:4 19:10
**hearing**
  19:25
**help**
  13:7
**Henriquez**
  8:4 17:6
**hey**
  10:17 14:23
**hiding**
  15:9
**hired**
  11:6
**hit**
  19:25
**home**
  11:19
**honest**
  17:23
**hotel**
  15:3 19:4

**house**
  8:23

---

### I

**idea**
  14:18
**ignore**
  6:6
**immediately**
  25:17 26:5
**important**
  26:10
**incident**
  5:17 14:4
  17:7,12,15
  19:7 21:1
  22:3,9,11
**incidents**
  10:1,5
**indicate**
  4:18
**individual**
  20:22
**inflight**
  17:17 18:3
  22:21
**instance**
  15:24
**instruct**
  25:14 26:25
**instructions**
  26:7
**instructs**
  6:4
**interaction**
  19:3
**intercom**
  27:2,8
**intimidating**
  10:19
**involved**
  5:16 17:18,
  20,22 22:14,
  16,21,23,24

Fernando Bastos
March 28, 2022

**J**

Jamaica
  9:19
JERSEY
  4:1
job
  11:18
judge
  6:5
jump
  12:20 20:8
June
  5:14

**K**

Kelly
  4:23
key
  17:24
kicked
  5:13 7:17
  19:12 25:3
kind
  8:16 11:15
  15:8 27:19,
  24 29:1
kit
  18:6
know
  7:13,20 8:17
  9:1 10:9,20,
  25 12:12,16,
  17,20,21
  14:6,9,11,
  17,24 17:10,
  14,22 18:8,
  11 19:13,16,
  17 20:19,22
  24:2,23
  25:2,11,12,
  21,24 28:11,
  12,15,24
  29:3,14,16,
  18

knowledge
  22:11
known
  29:11,12
Kolb
  4:23 6:2,24,
  25 7:9,10
  19:10 20:5,7
  21:4,14
  22:18 23:9,
  23 24:5,11
  25:10 28:1,8
  30:4,9,16

**L**

lady
  9:18,20
late
  27:14
law
  19:17
lawyer
  5:11
lawyers
  6:21
leave
  14:12 27:2
likes
  29:1
listen
  10:17 19:11
litigation
  19:5
little
  5:22
long
  8:7,18 29:9
looking
  24:14
lot
  18:22
low
  11:17 17:24

**M**

Make
  21:4
makes
  12:24
making
  12:11,13
male
  29:8
man
  7:1
mandatory
  17:20 22:13
manner
  4:17
MARCH
  4:2
marked
  3:14
Mcdonald's
  15:3
mean
  14:5
media
  28:18
memories
  16:24
Merino
  8:13,22 9:5
  10:2,7 17:11
  18:18,21
  19:2,5 20:13
  28:24 29:12,
  15
message
  19:18 28:19
minutes
  25:21 26:8
  27:14
missed
  21:16
mistaken
  8:3
MONDAY

  4:2
morning
  5:8 8:5
  15:12 18:17
  20:14,20
  29:6
multiple
  26:16

**N**

Nadesh
  29:7,8,9
name
  4:19
named
  20:22
need
  19:14 26:2
  27:8 30:11,
  14
needs
  5:24 26:11,
  20 28:6
never
  9:6 10:13,
  16,20 11:8,
  9,13,15 15:4
  17:23 18:7,
  12 19:11,15,
  24 21:7
  23:24 24:21
  25:23 28:10,
  14
nice
  9:20
no-no
  18:10,12,13
nodding
  5:24
Number
  12:10,15,19,
  24,25 13:1,
  7,10,11,22,
  23 14:11
  15:13,16,20,
  21,22

Fernando Bastos
March 28, 2022

**O**

**Object**
  28:8
**objection**
  21:14 22:18
  23:9,23
  24:5,11
  25:10
**objections**
  4:7,17 6:5
**objects**
  6:3
**observe**
  17:5 20:13
**observed**
  8:5
**occasioned**
  10:2
**occurred**
  17:7,12
  23:6,14
**office**
  30:8
**okay**
  5:12,15,22
  6:1,7,8,9
  7:12 8:7,19
  9:4,8,17,21
  10:1 11:10
  12:10 13:25
  14:3 15:11
  16:12,24
  18:9,16
  19:19,22
  20:10,13,25
  21:3,6,23
  22:15 24:4
  25:1,2,14
  26:16 27:10
  29:5,21
**onboard**
  26:1
**once**
  10:13 17:12

**one**
  6:3 7:6,13,
  15 8:1 12:2
  13:5 15:2
  16:15 18:7,
  14 22:12,15
**other's**
  8:23
**overhead**
  13:14,15
  14:14 25:16
**overlap**
  13:20

**P**

**p.m.**
  4:2 30:18
**PA**
  27:5
**page**
  3:4,13 28:18
  29:2
**paper**
  7:13
**parents**
  9:19
**participating**
  4:11
**parties**
  4:15
**passenger**
  5:13 7:17
  10:3,8,11
  11:12 14:24
  15:1,25
  17:15,16
  18:3,6,20,25
  19:12,13
  20:14,15,16,
  17,20 22:6
  25:3,14
  26:1,17 28:6
**passengers**
  10:14,17,22
  13:3 15:18
  18:10 27:1

**pay**
  7:18
**people**
  11:7 15:9
  24:9 26:23
**percentage**
  16:18
**performance**
  27:10
**performing**
  16:13,15
**perks**
  27:22
**person**
  9:11
**personally**
  22:17 23:14
**phonetic**
  29:6,7
**physically**
  4:13 15:1
**pick**
  16:22
**PIDR**
  17:16 18:1
**piece**
  7:13
**plaintiff**
  4:22
**plane**
  8:5 12:5
  15:5 17:6
  20:1 24:15
**play**
  25:20
**please**
  4:18 25:23,
  24 30:12
**point**
  20:3 26:19
**polite**
  9:9,11,18
  11:3
**position**
  12:9,18
  15:13 16:11

**positions**
  11:25 12:2,
  17
**possible**
  16:3
**post**
  28:19,22
**posts**
  28:24
**potentially**
  23:15
**prams**
  27:5
**preparation**
  6:22
**prepare**
  6:9 14:12
**prepared**
  7:25 25:18
**present**
  4:13
**pretty**
  7:20
**prior**
  17:3
**probably**
  5:17 28:25
**problem**
  11:8
**properly**
  12:12
**purser**
  14:10
**put**
  11:7 14:13
  25:17,23
  26:2

**Q**

**question**
  5:23 6:7
  10:4 11:22
  12:1 21:16,
  17 22:1 23:4
  24:25

Fernando Bastos
March 28, 2022

questions
 4:8 5:18 6:3
 7:11 30:2
quick
 29:20
Quintana
 20:23

R

radar
 11:18
rare
 15:20
rarely
 15:19
read
 18:16 30:5
ready
 6:14 15:18
 26:21
recall
 15:12 17:2
recollection
 14:4
record
 4:20 6:5
recount
 8:4
Regulations
 10:18 11:1
remember
 5:17 7:14
 8:14 10:7
 14:5,16
 19:9,18,25
 25:23
remotely
 4:1,15
removal
 10:2
remove
 10:8,10
 11:9,12 15:1
removed
 11:2 14:24
 18:20 28:6

report
 7:23 11:14
 17:17 18:1,
 4,16 21:10,
 19,25 22:4,
 10 23:3,8,
 15,20 24:22
REPORTED
 4:1
reporter
 5:24 20:7
 30:7,10,13
reporting
 4:14,18
reports
 24:8
request
 10:16 11:12
required
 22:4
requirement
 25:15
reserve
 30:4
reserved
 4:8
responses
 5:24
responsibilit
ies
 12:21 13:10
 15:24
responsibilit
y
 11:24 12:8
 16:20,21
 27:2
responsible
 16:17
returned
 19:11
review
 7:4
reviewed
 7:13
reward
 27:19

rewards
 27:23,24
right
 7:1 16:1
 21:21 22:12,
 13 23:15
 26:4,12,14,
 20
room
 4:13
rudely
 9:4

S

safety
 13:3,4,13
 14:15 16:19,
 21 18:5,6
saying
 23:20 24:24
says
 6:2 14:10,11
 28:6
sealing
 4:5
seat
 12:13,20
 13:14 25:24
 27:16
seating
 25:15
seats
 13:16 16:14
second
 26:22 28:7
secondhand
 21:11 23:15
sections
 13:20
security
 17:5 18:18
see
 18:23 19:21,
 22 22:8
 23:18,20
 26:19

Send
 30:7
sending
 19:9,18
sense
 18:23
service
 27:12,15
setting
 14:7,9
settings
 18:21
several
 8:14,20 9:14
shaking
 5:25
share
 16:21
short
 29:24
sic
 29:6
sign
 30:6
simple
 7:20
simultaneous
 6:18
sir
 5:21 6:24
 17:25 20:12,
 21 25:22,25
 26:2
sit
 13:5
sits
 12:19 13:1
situation
 17:21 18:19
 22:23 24:20
situations
 18:21
slap
 27:18
small
 15:8

Fernando Bastos
March 28, 2022

social
  28:18
soft
  9:11 11:4
sound
  8:2
speak
  6:17,21 19:2
speaking
  7:5
specific
  20:15,16
specifically
  6:4
split
  13:20 15:23
spoken
  11:4 19:4
stand
  16:25
statement
  11:11 21:22
statements
  17:11
stating
  4:19
stationed
  13:25
stay
  13:17
stays
  12:10 13:11
  15:20
stow
  27:1,8
stowed
  12:12,25
  25:16
stowing
  13:8
stuff
  28:20
submit
  21:11,19
submits
  21:9

submitting
  21:21
subsequently
  19:3
supervisor
  18:17
supervisors
  7:16 27:13
support
  23:19
supporting
  11:11
supposed
  14:8 21:20
  22:11
sure
  5:19 8:6
  12:11,13,24
  21:4 29:1,3,
  4,13
surrounding
  21:25
sweep
  13:8 16:13,
  16 17:3
  26:18
sweeps
  13:19
swept
  26:13
sworn
  3:5 5:2 7:6
system
  24:8

_____

                T
_____

tablet
  12:17,19,21
take
  29:20
taken
  8:13 9:12
  29:25
takeoff
  16:23 17:3
  25:19,22

  26:13
taking
  18:25
talk
  8:25 16:19
  19:14,19
talking
  14:22,23
team
  24:15
tell
  10:22,24,25
  14:3 26:8,17
  29:8
ten
  8:18
terminal
  14:21,22
testified
  5:3
text
  19:10
thing
  6:14 9:14,16
  13:2,13
  26:10 29:1,4
things
  8:25 9:1
  10:19 12:15
  27:17
think
  6:13 8:15
  9:6,15,18
  18:22,24
  24:13,18,21
  28:25 29:19
third
  26:23
three
  8:17 26:23
time
  4:8 6:2
  8:12,17,18
  17:9 26:18
  27:11,20
  29:24 30:5

times
  8:17,18,20
  10:7 26:16,
  23
told
  10:14,17
  17:24
Tour
  7:23
trash
  16:23
treat
  11:6
treated
  9:4 11:7
trial
  4:9 30:5
trouble
  11:16
Troy
  5:11
trust
  9:2
truth
  23:17 24:14,
  19
TV
  28:25
Twenty-fourth
  8:10
twice
  26:9

_____

                U
_____

Um-hum
  12:4,6
Um-umm
  21:2
uncover
  24:23
understand
  5:16 10:4
  22:1 23:2
  27:25
understanding

Fernando Bastos
March 28, 2022

21:24 22:16
23:13
**unfair**
18:24
**unnecessarily**
18:19 19:1

---

**V**

---

**vein**
11:22
**verbal**
5:24
**vis-à-vis**
12:8

---

**W**

---

**Wait**
5:22
**waive**
4:17
**waived**
4:6
**walked**
15:2
**walking**
15:9
**want**
19:19
**wanted**
23:19
**way**
11:7,8 14:1
17:8
**went**
15:3
**witness**
3:4,5 6:19
7:1,8,12
11:10 17:11
20:6 21:6,21
22:3,5,9,20
23:6,10,24
24:8,13
25:11 28:9

29:21 30:3
**witnessed**
18:20 22:17
23:14 24:9
**Woodrow**
3:7 4:21 5:7
6:20 7:3,22
20:9 21:8,
15,18 23:1,
11 24:1,6
25:6,13
28:4,13
29:19,22
30:1,11,12,
15
**word**
28:11
**words**
27:15
**work**
16:8,9,10
**worked**
8:7 11:5
29:9
**working**
5:14 8:16
10:6 12:5
15:11 24:16
29:5
**wow**
15:2
**wrap**
29:23
**write**
23:16,17
25:1
**wrong**
10:23
**wrote**
7:16

---

**Y**

---

**yeah**
8:11 9:1,2,
3,16 10:6
11:21 12:23

13:21 26:24
27:17 28:16
29:1
**year**
8:9,10,18,20
**years**
8:17 9:16
10:6,13