# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

TROY CLOWDUS,

                              Plaintiff,

v.

AMERICAN AIRLINES, INC.,

                              Defendant.

Case No.: 1:21-cv-23155-KMM

---

## PROPOSED ORDER GRANTING DEFENDANT AMERICAN AIRLINES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

THIS CAUSE came before the Court upon American Airlines, Inc.'s ("Defendant" or "AA") Unopposed Motion for Extension of Time to File Reply to Plaintiff's Response in Opposition to Defendant's Motion for Partial Summary Judgment [DE # 96], and the Court being advised as to the agreement between the parties in this regard and being otherwise duly advised, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1.     The Unopposed Motion is GRANTED.

2.     American Airlines, Inc. shall reply to Plaintiff's Response in Opposition to Motion for Partial Summary Judgment by September 9, 2022.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of _____, 2022.

_____
Magistrate Judge Lauren Fleischer Louis

Copies furnished to:
*All Counsel of Record*