UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TROY CLOWDUS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | Case No.: 1:21-cv-23155-KMM |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S CROSS-MOTION SANCTIONS**

Defendant, AMERICAN AIRLINES, INC. ("AA"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), files this Motion for Extension of Time to file its Reply to Plaintiff's Response in Opposition to Defendant's Cross-Motion for Sanctions [DE #93], and in support thereof, states:

1. On August 26, 2022, Plaintiff, Troy Clowdus, filed his Response in Opposition to Defendant's Cross-Motion for Sanctions [DE #93].

2. The deadline for AA to reply to Plaintiff's Response in Opposition to Cross Motion for Sanctions is September 2, 2022.

3. Lead counsel for Defendant is currently out of the country, and Defendant requires this extension to review and reply to Plaintiff's Response to Defendant's Cross-Motion for Sanctions, and file its Reply in support of two other pending motions.

4. AA therefore respectfully requests a 14-day extension of time, through and including September 16, 2022, within which to file its Reply to Plaintiff's Response in Opposition to Defendant's Cross-Motion for Sanctions.

5. As detailed in the Certificate of Good Faith Conferral below, the undersigned counsel has conferred with Plaintiff's counsel, and Plaintiff does not oppose the instant Motion.

6. AA has not previously sought an extension to file its Reply to Plaintiff's Response in Opposition to Defendant's Cross-Motion for Sanctions.

7. Undersigned counsel represents to this Court that this Motion is not being interposed for purposes of delay or harassment.

8. Pursuant to Local Rule 7.1(a)(2), a copy of the proposed Order granting this Motion is attached hereto as Exhibit "A."

## MEMORANDUM OF LAW

9. Federal Rule of Civil Procedure 6(b) allows the Court, for good cause, to extend the time to respond when an act may or must done within a specified time if a request is made before the original time expires. The district court has considerable discretion in ruling upon an application for an extension to a filing deadline. *See Chrysler Int'l. Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) (citing *Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001)).

10. Defendant seeks this extension prior to the expiration of its deadline to file its Reply to Response in Opposition to Plaintiff's Motion for Sanctions.

11. As this Motion for Extension of Time sets forth good cause for the relief sought, and, as indicated by Plaintiff's consent, neither the parties nor these proceedings would be

prejudiced, the granting of this Motion for Extension of Time would be an appropriate exercise of the Court's discretion.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), the undersigned conferred with Plaintiff's counsel by email on August 30, 2022, wherein Plaintiff's counsel confirmed (upon review of this Motion) that it had no opposition to this Motion.

WHEREFORE, Defendant, American Airlines, Inc. respectfully requests that the Court enter an Order extending the time for Defendant to file its Reply to Plaintiff's Response in Opposition to Defendant's Cross-Motion for Sanctions to September 16, 2022.

Dated: September 1, 2022.

By: <u>/s/Robert Pecchio</u>
Robert Pecchio, Esq.
robert.pecchio@bipc.com
Buchanan Ingersoll & Rooney, PC
401 E Las Olas Boulevard, Suite 2250
Fort Lauderdale, FL 33301
Tel: 954-468-2300
Fax: 954-527-9915
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this the 1st day of September, 2022, a true and correct copy of the above and foregoing has been filed with the Clerk of Court using the CM/ECF system. I FURTHER CERTIFY that the foregoing document is being served this date, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic filing on the counsel of record or *pro se* parties identified on the attached Service List.

By: <u>/s/Robert Pecchio</u>
Robert Pecchio

**SERVICE LIST:**

William T. Woodrow III
250 West Main Street, Suite 201
Charlottesville, VA 22902

Rook Elizabeth Ringer, Esq.
LENTO LAW GROUP
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
Tel: (855) 275-7378
Tel: (904) 602-9400
E-mail: reringer@lentolawgroup.com
E-mail: will@stoneandwoodrowlaw.com

David H. Pollack, Esq.
THE LAW OFFICE OF DAVID H. POLLACK, LLC
75 Valencia Avenue, Suite 100
Coral Gables, FL 33134
Tel. No. 305-372-5900
Fax No. 305-372-5904
david@davidpollacklaw.com
*Counsel for Plaintiff*