UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TROY CLOWDUS, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN AIRLINES, INC., <br><br> Defendant. | Case No.: 1:21-cv-23155-KMM |

**PROPOSED ORDER GRANTING DEFENDANT AMERICAN AIRLINES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR SANCTIONS**

THIS CAUSE came before the Court upon American Airlines, Inc.'s ("Defendant" or "AA") Unopposed Motion for Extension of Time to File Reply to Plaintiff's Response in Opposition to Defendant's Cross-Motion for Sanctions [DE # 93], and the Court being advised as to the agreement between the parties in this regard and being otherwise duly advised, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Unopposed Motion is GRANTED.

2. American Airlines, Inc. shall reply to Plaintiff's Response in Opposition to Cross-Motion for Sanctions by September 16, 2022.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of _____, 2022.

_____
Magistrate Judge Lauren Fleischer Louis

Copies furnished to:
*All Counsel of Record*