IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Troy Clowdus<br><br>PLAINTIFF<br><br>VS.<br><br>American Airlines Inc.,<br><br>DEFENDANT. | Civil Action No.: 1:21-cv-23155-MM |

## JOINT MOTION TO RESET TRIAL DATE

Plaintiff TROY CLOWDUS ("Clowdus") and Defendant AMERICAN AIRLINES, INC. ("AA") (collectively, "the Parties") move this Court to reset the trial date in this matter and state as grounds:

1. The pre-trial conference in this action is scheduled for October 11, 2022, with a calendar call following on October 20, 2022 and a two-week trial period commencing on October 24, 2022.

2. There are currently eight outstanding motions before the Court, five of which are fully briefed and three of which are not. Specifically:

  a. There are two potentially dispositive motions: Defendant's Second Motion to Dismiss (ECF #51), fully briefed on 6/27/2022; and Defendant's Motion for Partial Summary Judgment (ECF #81), which will be fully briefed on September 2, 2022;[1]

  b. There are currently two Motions for Sanctions pending before the Court: Plaintiff's Motion for Sanctions (ECF #55), fully briefed on July 18, 2022; and Defendant's Cross Motion for Sanctions (ECF #83), which will be fully briefed on September 2, 2022;[2]

  c. There are currently two Motions to Compel pending before the Court: Plaintiff's Motion to Compel (ECF #64), fully briefed on July 26, 2022; Plaintiff's Motion to Compel (ECF #79), fully briefed on August 22, 2022; and

  d. There are currently two Motions in Limine before the Court: Plaintiff's Motion in Limine (ECF #80), fully briefed on August 26, 2022; Defendant's Motion in Limine (ECF #82), which will be fully briefed on September 2, 2022.

  3. The outcome of each of these motions will likely have a significant impact upon the shape of the trial and the parties' preparations for it. Additionally, the outcome of the dispositive motions could render incipient trial preparations moot.

  4. Furthermore, the Court will need time to conduct the hearings it has indicated it intends to conduct on the pending motions and issue orders and findings with respect to those motions. .[3] Those orders and findings could also potentially impact the

---

[1] Or September 9, 2022 if the Court grants AA's unopposed motion to extend time to Reply.

[2] Or September 16, 2022 if the Court grants AA's unopposed motion for an extension of time to Reply.

[3] Since Defendant's Counsel, Kolb, is overseas and will not return until the day of September 14, the parties anticipate AA's request to move the first evidentiary hearing until a later date.

shape of the trial.  With the current scheduling as it is, it will be difficult for the Court to issue its decision on these motions in time for the trial, as currently noticed, though the relief asked for by both sides pertains to trial.

       5.       In addition, the pending Motions to Compel also contain matters that could influence the parties' approach to trial.   The outcome of these motions could also affect the parties' settlement discussions.

       6.       It is in the interest of justice, as well as judicial economy, to allow the parties sufficient time between the time the court rules on all pending motions and the commencement of the trial in this case.

       7.       Extending the trial date in this matter to allow the Court sufficient time to rule on the pending motions and the parties a brief time thereafter to prepare for trial will not prejudice any of the parties and will facilitate the trial proceeding smoothly.

WHEREFORE  the parties respectfully request this Court reset the trial date in this matter until 30-45 days after its currently scheduled date, or if the dispositive and discovery motions are still not fully adjudicated, until 30 -45 days after they are fully adjudicated.[4]

---

[4] Neither party's counsel is available in early January due to the anticipated arrival of Mr. Pecchio's firstborn child and a pre-paid overseas family trip Mr. Woodrow has scheduled. The parties' proposal for rescheduling takes into account Defendant's need to ensure witness availability of its numerous witnesses following the Court's rulings, including witnesses traveling from out of state.  Defendant's counsel is also set for trial on another matter in the Southern District of Florida on the February 13, 2022 trial docket.

Respectfully Submitted,

_/s/William T. Woodrow_
William T. Woodrow III (*pro hac vice*)
Stone & Woodrow LLP
250 West Main St. Suite 201
Charlottesville, VA 22902
Fax:    646 873-7529
Voice: 855-275-7378
will@stoneandwoodrowlaw.com
*Counsel for Plaintiff*

_/s/Robert Pecchio_
Robert Pecchio, Esq.
robert.pecchio@bipc.com
Buchanan Ingersoll & Rooney, PC
401 E. Las Olas Boulevard, Suite 2250
Fort Lauderdale, FL 33301
Tel: 954-468-2300
Fax: 954-527-9915
*Counsel for Defendant*

_/s/David H. Pollack_

David Pollack, Esq.
The Pollack Law Firm
75 Valencia Avenue, suite 100
Coral Gables, FL 33134
Fax:    305-372-5904
Voice: 305.372.5900
www.DavidPollackLaw.com
*Counsel for Plaintiff*