UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TROY CLOWDUS, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN AIRLINES, INC., <br><br> Defendant. | Case No.: 1:21-cv-23155-KMM |

**SUPPLEMENTAL FILING IN SUPPORT OF PARTIES'
JOINT MOTION TO RESET TRIAL DATE**

Defendant, AMERICAN AIRLINES, INC. ("AA"), hereby submits the following Supplemental Filing in Support of the Parties' Joint Motion to Reset Trial Date [DE 101] ("Joint Motion"), the filing of which is not opposed by Plaintiff.

1. As the parties notified the Court in their Joint Motion, lead counsel for Defendant, Kelly Kolb is currently overseas and is not set to return to the United States until September 14, 2022—the same day this Court, (on August 31, 2022 [DE 99]), set the evidentiary hearing and motions hearing on the multiple motions pending for the Court.

2. Defendant plans to file a motion to reset the date of this evidentiary hearing to a date later than September 14, 2022, based on the impossibility/difficulty that will arise from Mr. Kolb's being overseas until the day of the evidentiary hearing. The Court has required that all parties and witnesses appear live and in attendance at that evidentiary hearing. Defendant will be filing a forthcoming motion to reschedule this evidentiary hearing to allow Defendant to

sufficiently prepare and arrange witness appearances (some of which will be traveling from foreign countries as well).

3. Accordingly, Defendant submits this supplemental filing for the purpose of showing further good cause for the relief requested in the parties' Joint Motion. If the Court grants Defendant's forthcoming motion to reschedule the evidentiary hearing (based on Mr. Kolb being overseas until the day of the hearing), the resetting of this evidentiary hearing (and the potential further evidentiary hearings subsequent to September 14, 20220) provides further good cause for resetting of the trial date, and the expedited review of the parties' Joint Motion.

### **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)**

Pursuant to Local Rule 3.01(g), the undersigned conferred with Plaintiff's counsel by telephone on September 2, 2022, wherein Plaintiff's counsel confirmed that it had no opposition to the filing of this Supplement in Support of the parties' Joint Motion to Reset Trial Date, but requested that if the date of the evidentiary hearing is reset that it be for a date that both Plaintiff's counsel and their client do not have conflicts.

Dated: September 2, 2022.

By:   */s/Robert Pecchio*
      Robert Pecchio, Esq.
      robert.pecchio@bipc.com
      Buchanan Ingersoll & Rooney, PC
      401 E Las Olas Boulevard, Suite 2250
      Fort Lauderdale, FL 33301
      Tel: 954-468-2300
      Fax: 954-527-9915
      *Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this the 2nd day of September, 2022, a true and correct copy of the above and foregoing has been filed with the Clerk of Court using the CM/ECF system. I FURTHER CERTIFY that the foregoing document is being served this date, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic filing on the counsel of record or *pro se* parties identified on the attached Service List.

By: */s/Robert Pecchio*
Robert Pecchio

**SERVICE LIST:**

William T. Woodrow III
250 West Main Street, Suite 201
Charlottesville, VA 22902

Rook Elizabeth Ringer, Esq.
LENTO LAW GROUP
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
Tel: (855) 275-7378
Tel: (904) 602-9400
E-mail: reringer@lentolawgroup.com
E-mail: will@stoneandwoodrowlaw.com

David H. Pollack, Esq.
THE LAW OFFICE OF DAVID H. POLLACK, LLC
75 Valencia Avenue, Suite 100
Coral Gables, FL 33134
Tel. No. 305-372-5900
Fax No. 305-372-5904
david@davidpollacklaw.com
*Counsel for Plaintiff*