UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

TROY CLOWDUS,

    Plaintiff,

v.

AMERICAN AIRLINES, INC.,

    Defendant.

Case No.: 1:21-cv-23155-KMM

## DEFENDANT'S UNOPPOSED MOTION TO RESET EVIDENTIARY AND MOTIONS HEARING SET FOR SEPTEMBER 14, 2022

Defendant, AMERICAN AIRLINES, INC. ("AA"), by and through its undersigned counsel, hereby moves this Court to reset the Evidentiary and Motions Hearing Set for September 14, 2022, and in support thereof, states:

1. On August 31, 2022, this Court entered its Paperless Order setting evidentiary and motions hearing [DE 99] on Plaintiff's Motion for Sanctions [DE 55], Plaintiff's Motion to Compel Discovery [DE 64], [DE 79], and Defendant's Cross-Motion for Sanctions [DE 83]. The Court scheduled this hearing for September 14, 2022 at 10:00AM.

2. In the Paperless Order, the Court instructed all parties, witnesses, and their counsel to appear in-person at the hearing on September 14, 2022, and indicated that this hearing would be one of several set in order to resolve the many allegations raised in the various motion(s).

3. At the time in which this Paperless Order was entered, lead counsel for Defendant Kelly Kolb was out of the country, and he is not set to return to the United States until late evening the day prior to the hearing on September 13, 2022.

4. As lead counsel for Defendant will be out of the country until the late evening prior to the date of the hearing, Defendant will have significant difficulty preparing for this evidentiary hearing and also arranging its travel for its witnesses (some who will be traveling internationally to appear in-person at the hearing).

5. Accordingly, Defendant requests that the Court reset this hearing for at least a week, to allow Defendant and its counsel to prepare for this evidentiary hearing.

6. As detailed in the Certificate of Good Faith Conferral below, the undersigned counsel has conferred with Plaintiff's counsel, and Plaintiff does not oppose the instant Motion. However, while Plaintiff does not oppose the request to reset this hearing based on the circumstances presented in this Motion, counsel for Plaintiff requests that if the hearing is rescheduled, the parties engage in a brief scheduling conference to ensure that Plaintiff's counsel and Plaintiff can be available at the reset date.

7. As an alternative to resetting the hearing entirely, Defendant represents that it would be prepared to argue the two (non-evidentiary) motions set for hearing—Plaintiff's two motions to compel discovery [DE 64], [DE 79]. The Paperless Order indicates that the Court anticipates more than one hearing to resolve all motions. Defendant suggests that if the Court does not favor resetting the hearing, that the Court would grant Defendant's request to use the September 14, 2022, hearing date as the hearing to resolve Plaintiff's motions to compel, and thereafter, set another date for the evidentiary hearing on the Motion for Sanctions and Cross-Motion for Sanctions. Plaintiff also does not oppose this arrangement.

8. AA has not previously sought a resetting of the evidentiary hearing set on the motions identified in the Court's Paperless Order [DE 99].

9. Undersigned counsel represents to this Court that this Motion is not being interposed for purposes of delay or harassment.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), the undersigned conferred with Plaintiff's counsel by email and by telephone on September 6, 2022, wherein Plaintiff's counsel confirmed (upon review of this Motion) that it had no opposition to this Motion, but requested that if the date of the evidentiary hearing is reset that it be for a date that both Plaintiff's counsel and their client do not have conflicts, and that a brief telephonic conference be held to ensure such availability.

WHEREFORE, Defendant, American Airlines, Inc. respectfully requests that the Court enter an Order resetting the date of the evidentiary hearing set for September 14, 2022.

Dated: September 6, 2022.

By: */s/Robert Pecchio*
Robert Pecchio, Esq.
robert.pecchio@bipc.com
Buchanan Ingersoll & Rooney, PC
401 E Las Olas Boulevard, Suite 2250
Fort Lauderdale, FL 33301
Tel: 954-468-2300
Fax: 954-527-9915
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this the 6th day of September, 2022, a true and correct copy of the above and foregoing has been filed with the Clerk of Court using the CM/ECF system. I FURTHER CERTIFY that the foregoing document is being served this date, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic filing on the counsel of record or *pro se* parties identified on the attached Service List.

By: */s/Robert Pecchio*
Robert Pecchio

**SERVICE LIST:**

William T. Woodrow III
250 West Main Street, Suite 201
Charlottesville, VA 22902

Rook Elizabeth Ringer, Esq.
LENTO LAW GROUP
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
Tel: (855) 275-7378
Tel: (904) 602-9400
E-mail: reringer@lentolawgroup.com
E-mail: will@stoneandwoodrowlaw.com

David H. Pollack, Esq.
THE LAW OFFICE OF DAVID H. POLLACK, LLC
75 Valencia Avenue, Suite 100
Coral Gables, FL 33134
Tel. No. 305-372-5900
Fax No. 305-372-5904
david@davidpollacklaw.com

*Counsel for Plaintiff*