UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TROY CLOWDUS, | Case No.: 1:21-cv-23155-KMM |
| Plaintiff, | |
| v. | |
| AMERICAN AIRLINES, INC., | |
| Defendant. | |

**DEFENDANT'S AMENDED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant, AMERICAN AIRLINES, INC. ("AA" or "Defendant"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), files this Amended Motion for Extension of Time to file its Reply to Plaintiff's Response in Opposition to Defendant's Motion for Partial Summary Judgment [DE #96], and in support thereof, states:

1. On August 5, 2022, AA filed its Motion for Partial Summary Judgment [DE 81].

2. On August 17, 2022, this Court granted Plaintiff's Unopposed Motion for Extension of Time [DE 88] to file its Response in Opposition to Defendant's Motion for Partial Summary Judgment ("Response in Opposition"), which provided Plaintiff with a three-week period to file its Response in Opposition.

3. On August 26, 2022, Plaintiff filed his Response in Opposition [DE #96], triggering a one week deadline for Defendant to file its Reply to Plaintiff's Response in Opposition.

4. On August 31, 2022, AA filed an unopposed Motion for Extension of Time to file its Reply to Plaintiff's Response in Opposition [DE 98]. This Motion for Extension of Time requested an extension to this deadline until September 9, 2022.

5. The basis for that Motion for Extension of Time was based on the fact(s) that lead counsel for Defendant, Kelly Kolb, was (and continues to be) out of the country, and Defendant required this extension to review and reply to Plaintiff's Response in Opposition, which includes over 1200 pages of exhibits. Since filing that Motion, lead counsel has lost web access and access to Defendant's counsel's law firm portal(s) that would allow him to properly review, research, and reply to Plaintiff's substantive Response in Opposition and its exhibits.

6. Accordingly, Defendant requests an additional extension of time to reply to Plaintiff's Response in Opposition up to and including September 19, 2022, which will give Mr. Kolb time to return to the United States, revive his web access, and have ample opportunity to file the Reply to Plaintiff's Response in Opposition. Furthermore, this extension would provide Defendant with approximately equal time to respond to Plaintiff's Response in Opposition that was provided to Plaintiff to respond to Defendant's Motion for Partial Summary Judgment— approximately three weeks.

7. As detailed in the Certificate of Good Faith Conferral below, the undersigned counsel has conferred with Plaintiff's counsel. Plaintiff's position is dependent on whether or the Court grants the parties' Joint Motion to Reset Trial Date [DE 101].

8. This case is currently set for trial for the two week period beginning October 24, 2022, with the final pretrial conference scheduled for October 11, 2022.

9. Plaintiff does not oppose this extension to the deadline to Reply to Plaintiff's Response in Opposition if the Court grants the parties' Joint Motion to Reset Trial Date. However, if the trial date remains as scheduled, Plaintiff opposes the motion.

10. Undersigned counsel represents to this Court that this Amended Motion is not being interposed for purposes of delay or harassment.

11. Pursuant to Local Rule 7.1(a)(2), a copy of the proposed Order granting this Motion is attached hereto as Exhibit "A."

## MEMORANDUM OF LAW

12. Federal Rule of Civil Procedure 6(b) allows the Court, for good cause, to extend the time to respond when an act may or must done within a specified time if a request is made before the original time expires. The district court has considerable discretion in ruling upon an application for an extension to a filing deadline. *See Chrysler Int'l. Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) (citing *Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001)).

13. As this Amended Motion for Extension of Time sets forth good cause for the relief sought, granting of this Amended Motion for Extension of Time would be an appropriate exercise of the Court's discretion.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), the undersigned conferred with Plaintiff's counsel by email and telephone on September 7, 2022. Plaintiff's position is dependent on whether or not the Court grants the parties' Joint Motion to Reset Trial Date [DE 101]. Plaintiff does not oppose this extension to the deadline to Reply to Plaintiff's Response in Opposition if the Court grants the parties' Joint Motion to Reset Trial Date.

WHEREFORE, Defendant, American Airlines, Inc. respectfully requests that the Court enter an Order extending the time for Defendant to file its Reply to Plaintiff's Response in Opposition to Defendant's Motion for Partial Summary Judgment to September 19, 2022.

Dated: September 8, 2022.

By:   */s/Robert Pecchio*
Robert Pecchio, Esq.
robert.pecchio@bipc.com
Buchanan Ingersoll & Rooney, PC
401 E Las Olas Boulevard, Suite 2250
Fort Lauderdale, FL 33301
Tel: 954-468-2300
Fax: 954-527-9915
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this the 8th day of September, 2022, a true and correct copy of the above and foregoing has been filed with the Clerk of Court using the CM/ECF system. I FURTHER CERTIFY that the foregoing document is being served this date, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic filing on the counsel of record or *pro se* parties identified on the attached Service List.

By:   */s/Robert Pecchio*
Robert Pecchio

**SERVICE LIST:**

William T. Woodrow III
250 West Main Street, Suite 201
Charlottesville, VA 22902

Rook Elizabeth Ringer, Esq.
LENTO LAW GROUP
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
Tel: (855) 275-7378
Tel: (904) 602-9400
E-mail: reringer@lentolawgroup.com

E-mail:  will@stoneandwoodrowlaw.com

David H. Pollack, Esq.
THE LAW OFFICE OF DAVID H. POLLACK, LLC
75 Valencia Avenue, Suite 100
Coral Gables, FL 33134
Tel. No. 305-372-5900
Fax No. 305-372-5904
david@davidpollacklaw.com
*Counsel for Plaintiff*