# EXHIBIT A

## DECLARATION OF DAVID H. POLLACK

I, David Pollack, pursuant to 28 U.S.C. § 1746, hereby state under penalty of perjury that the following is true and correct:

1. I have personal knowledge of the matters stated below.

2. On September 6, 2022, I spoke with Eduardo Muriel. Michelle Samuelson, a Spanish speaking legal assistant of one of my colleagues, and William Woodrow, were also on the call.

3. During the call, Mr. Muriel informed me that his visa expired on September 3, 2022, and that his passport expired in April, 2022.

4. I asked Mr. Muriel to send me a copy of his passport and visa so I could submit them to the court. Following our call, I sent Mr. Muriel a copy of a declaration I prepared, as well as a Spanish language translation, which Ms. Samuelson prepared. A copy of the Spanish translation is attached to the accompanying Motion to Allow Mexican Witnesses to Testify Remotely at Evidentiary Hearing ("motion") as Exhibit B.

5. Mr. Muriel subsequently sent me the attached copies of his passport and visa, along with the executed declaration, which are attached to the accompanying motion as Exhibits C and D.

6. I also spoke with Julio Cesar Ramirez y Villafana, counsel for Juan Ramirez and Jairo Espinoza Jimenez, on September 6, 2022, to advise him about the pending hearing on the Motion for Sanctions. Mr. Ramirez y Villafana told me that Mr. Espinosa's visa had expired and that his appointment to renew it was not until November and that Mr. Ramirez had just begun a

EXHIBIT A

new job, which would make it impossible for him to come to Miami for the hearing. I asked Mr. Ramirez y Villafana to send me a copy of Mr. Espinosa's visa and for a letter explaining this.

7. On September 8, 2022, Mr. Ramirez y Villafana sent me the attached e-mail along with a copy of Mr. Espinosa's visa, which are attached to the accompanying motion as Exhibits E and F.

Under penalty of perjury, I declare that the foregoing is true, correct and with my personal knowledge.

_____
DAVID H. POLLACK