# EXHIBIT

# B

## **DECLARACIÓN DE EDUARDO MURIEL**

Yo, Eduardo Muriel, de conformidad con 28 U.S.C. § 1746, por la presente declaro bajo pena de perjurio que lo siguiente es verdadero y correcto:

1. Mi nombre es Eduardo Muriel. Tengo 89 años de edad y resido en México. Tengo conocimiento personal de los asuntos que se indican a continuación.

2. El 6 de agosto de 2022, David Pollack y William Woodrow me contactaron por teléfono. También en la llamada había una señora que hablaba español y que ayudó en la traducción.

3. El Sr. Pollack me informó que había una audiencia programada para el 14 de septiembre de 2022 en Miami, Florida en el caso del Sr. Clowdus y me preguntó si podía asistir en persona para testificar.

4. Informé al Sr. Pollack y al Sr. Woodrow que mi pasaporte, que me permite ingresar a los Estados Unidos, venció en abril de 2022 y mi visa venció el 3 de septiembre de 2022.

5. Además, tengo entendido que la vacuna Covid-19 que me dieron, la Sputnik, no está aprobada para su uso en los Estados Unidos.

6. Mi cita para renovar mi visa y mi pasaporte no será por varios meses. Como resultado, no podré viajar a los Estados Unidos en la fecha programada para la audiencia. Sin embargo, puedo y estoy dispuesto a testificar de forma remota por Zoom u otros medios electrónicos aceptables para el tribunal.

7. He pasado muchas décadas construyendo mi reputación y soy consciente de que AA me ha calumniado. Pido a la Corte que por favor me permita comparecer a distancia y defender mi integridad.

8. Durante muchos años he estado registrado en la Embajada de los Estados Unidos en México, como investigador privado. En algunas ocasiones me han enviado encargos. Sin embargo, no tengo autoridad para revocar ninguna visa de un ciudadano de los Estados Unidos.

9. Nunca hablé con él Sr. Juan Ramirez sobre su visa ni lo amenacé de ninguna manera.

10. Nunca le aconseje a Juan Ramírez sobre qué decir o lo que observó en el vuelo de American Airlines que está en cuestión en este caso ni intenté de alguna manera influir en su testimonio.

11. Nunca he hablado con Jairo Espinoza.

Bajo pena de perjurio, declaro que lo anterior es verdadero, correcto y con mi conocimiento personal.

_____
EDUARDO MURIEL