# EXHIBIT D

## DECLARATION OF

I, Eduardo Muriel, pursuant to 28 U.S.C. 1746, hereby state under penalty of perjury that the following is true and correct:

1. My name is Eduardo Muriel. I am 89 years of age and reside in Mexico. I have personal knowledge of the matters stated below.

2. On August 6, 2022 I was contacted by phone by David Pollack and William Woodrow. Also on the call was a lady who spoke Spanish and who assisted in translating.

3. Mr. Pollack informed me that there was a hearing scheduled for September 14, 2022 in Miami in Mr. Clowdus's case and asked me if I could attend in person to testify.

4. I informed Mr. Pollack and Mr. Woodrow that my passport, which allows me entry into the United States, expired in April, 2022 and my visa expired on September 3, 2022.

5. Additionally, it is my understanding that the Covid-19 vaccine which I was given, the Sputnik, is not approved for use in the United States.

6. My appointment to renew my visa and my passport is not for several months. As a result, I will be unable to travel to the United States on the date when the hearing is scheduled. However, I am able and willing to testify remotely by zoom or other electronic means acceptable to the court.

7. I have spent many decades building my reputation, and I am aware that AA has slandered it. I ask the Court to please allow me to appear remotely and defend my integrity.

8. For many years I have been registered with the United States Embassy as a private investigator. On occasion they have sent me assignments. However, I have no authority to revoke any visa of a United States citizen.

9. I never discussed Juan Ramirez's visa with him or threatened him in any way.

10. I never told Juan Ramirez what to say about what he observed on the flight on American Airlines that is at issue in this case or attempted in any way to influence his testimony.

11. I have never spoken with Jairo Espinoza.

Under penalty of perjury, I declare that the foregoing is true, correct and with my personal knowledge.

EDUARDO MURIEL