# EXHIBIT E

**From:** JR RV [mailto:jcramirezyv5@hotmail.com]
**Sent:** Thursday, September 8, 2022 5:04 PM
**To:** David Pollack <david@davidpollacklaw.com>
**Subject:** RV:

SEÑOR POLLACK, ESTA ES LA VISA DEL SEÑOR JAIRO ESPINOZA JIMENEZ, Y PODRA OBSERVAR QUE SE VENCIO EL DIA CUATRO DE SEPTIEMBRE DEL AÑO 2022, Y SU FECHA PARA LA CITA DE RENOVACION ES EN EL MES DE NOVIEMBRE, POR LO QUE NO ES POSIBLE ACUDA A CORTE EN LA CIUDAD DE MIAMI FLORIDA, SIN EMBARGO TANTO EL SEÑOR JAIRO ESPINOZA COMO JUAN PLABLO HERNANDEZ ESTAN DISPUESTOS A DECLARAN VIA REMOTA DESDE MEXICO ANTE LA CORTE PARA DECLARAR LO QUE ELLOS VIERON Y LES CONSTA EN EL MOMENTO DE LOS HECHOS QUE OCURRIERON CON MOTIVO DE IR EN EL VUELO MATERIA DE SU PROCEDIMIENTO.
QUEDO ATENTO A LAS INDICACIONES QUE EN SU MOMENTO TENGA LA JUEZ O LA CORTE PARA ESTABLECER DIA Y HORA SI ES QUE REQUIERE QUE SEAN RENDIDAS SUS DECLARACIONES NUEVAMENTE O RATIFIQUEN LAS QUE YA HICIERON ANTE FEDATATIO PUBLICO RESPECTIVAMENTE
SALUDOS CORDIALES.
JULIO CESAR RAMIREZ Y VILLAFAÑA.
DIRECTOR GENERAL DE LEIGH & COIR CONSULTORIA S.C.