# EXHIBIT

# F

