

*18*

This is my labor ID.

4:30 PM ✓✓

If I needed you to testify in court would you be willing to travel to Miami for three days? I would pay of course

4:32 PM ✓✓

No I can't

4:34 PM ✓✓

Okay first things first

4:35 PM ✓✓

I can't leave my job, I control and coordinate more than 120 people throughout the Mexican Republic. To be able to leave it takes me months of accommodation from all the work

4:37 PM ✓✓

I understand

4:37 PM ✓✓

Let's wait for you to come and then you will have a clearer semblance of us and there you will see if I can be trusted or not. Greetings



EXHIBIT "A"