**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:  1:21-CV-23155-KMM**

TROY CLOWDUS,

     Plaintiff,

v.

AMERICAN AIRLINES, INC.,

     Defendant.

_____/

**DEFENDANT'S RULE 26(A)(3) TRIAL DISCLOSURES**

Pursuant Federal Rule of Civil Procedure 26(a)(3) and this Court's Order on Motion for Clarification [DE 48], Defendant discloses the following witnesses and exhibits it expects or may call to testify or introduce at trial in this matter:

**Witnesses Expected To Testify**

1.     Troy Powell Clowdus
       c/o Plaintiff's counsel

2.     Fernando S. Bastos
       c/o Defense counsel

3.     Nadege Colas
       c/o Defense counsel

4.     Deon Gray,
       c/o Defense counsel

5.     Jose Henriquez
       c/o Defense counsel

6.     Elja Keizer, address and telephone previously provided

7.     Jae Won "Nicole" Kim, Ecuador; by deposition

8.     John Kirby
       c/o Defense counsel

9.      Captain N.J. Lakhani
        c/o Defense counsel

10.     Carlos Merino
        c/o Defense counsel

## Witnesses Who May Testify

11.     Shane Adelman, AA Senior Manager, Security Operations,
        c/o Defense counsel

12.     Angelica Cookson, by deposition
        2833 West Avenue K12, 130,
        Lancaster, California 93536
        Telephone unknown

13.     Randy Engberg, AA Safety
        c/o Defense counsel

14.     Jairo Espinoza
        Calzada Zaragoza #503,
        Colonia el Calvario, Atotonilco City
        Hidalgo 43300

15.     Daniel Santiago Gonzalez, AA Customer Care Management
        c/o Defense counsel

16.     Ronald Heyl, AA Premium Customer Service Coordinator/Admirals Club
        c/o Defense counsel

17.     Steven M. Kennedy, AA Manager, Travel Strategy and Services
        c/o Defense counsel

18.     Aristides Maldonado, AA Ground Security Coordinator (GSC)
        c/o Defense counsel

19.     Hilda Minaya, AA Premium Service Representative/Admirals Club
         c/o Defense counsel

20.     Federico Quintana,
        Anillo Perif. Blvd., Adolfo López Mateos
        5146, Pedregal de Carrasco Secc A,
        Coyoacán, 04700 Ciudad de México,
        CDMX, Mexico Departamento
        2706 Torre B

786-514-7696

21.     Juan Hernandez Ramirez
        Piracanto No 4,
        Puebla, MX 72520
        Telephone number unknown

22.     Linda Scammel, AAdvantage Fraud Analyst, Corporate Security
        c/o Defense counsel

23.     Impeachment witnesses.

24.     Without waiving any applicable objections, any witnesses properly listed on
        Plaintiff's Trial Witness list and disclosed during discovery.

**Exhibits Expected to be Offered**

1.      Plaintiff's July 22, 2021 Affidavit

2.      June 10, 2021 Customer Misconduct Report filed by Carlos Merino regarding
        Plaintiff's conduct onboard the airplane for flight #1303 (AA 00039-42)

3.      June 10, 2021 Customer Misconduct Report filed by Deon Gray regarding
        Plaintiff's conduct onboard the airplane for flight #1303 (AA 00043-45)

4.      June 10, 2021 Customer Misconduct Report filed by Jose Henriquez regarding
        Plaintiff's conduct onboard the airplane for flight #1303 (AA 0008-9)

5.      AA Customer Service Manual §4.03 (AA 00048-55)

6.      AA Conditions of Carriage (AA 00072-95)

7.      AA's AAdvantage™ Program Terms and Conditions (AA 00063-71)

8.      AA Inflight Manual §4-10-1 to 4-10-2 (AA 00015-19)

9.      AA Inflight Manual §4-44-1 to 4-44-11 (AA 00056-62)

10.     Plaintiff's Amended Response [sic] to AA's Second Set of Interrogatories

11.     Plaintiff's Amended Answers to AA's First Set of Interrogatories

**Exhibits Which May be Offered**

12.     List of AA partner airlines, accessible via https://www.aa.com/i18n/aadvantage-
        program/miles/partners/partner-airlines.jsp

13.     AA Redeem miles options, accessible via https://www.aa.com/i18n/aadvantage-program/miles/redeem/redeem-miles.jsp

14.     Plaintiff's June 10, 2021 Customer Complaint to AA (AA 00096)

15.     AA IRL Packet (AA 00028-38)

16.     AA Internal Refuse Checklist (AA 00047)

17.     June 22, 2021 email to Plaintiff (AA 00013)

18.     Depiction of what an AA ticketing agent will see should Plaintiff attempt to obtain a boarding pass for a ticketed flight (AA 00146)

19.     List of Plaintiff's redemption of his AAdvantage™ miles for air travel on AA after June 10, 2021

20.     Screen shot of Plaintiff's AAdvantage™ account depicting continue accrual of mileage credits and redemption of same

21.     AA's AAdvantage™ Elite Status Terms and Benefits

22.     Impeachment documents

23.     Without waiving any applicable objections, any documents and materials properly listed on Plaintiff's Trial Exhibit list and disclosed during discovery.

24.     Depiction of competing air fares to Mexico and South America, accessible via Kayak.com

Dated: September 23, 2022

By:____*/s/Kelly H. Kolb*_____
        Kelly H. Kolb, Esq.
        Florida Bar Number: 0343330
        kelly.kolb@bipc.com
        Robert D. Pecchio, Esq.
        Florida Bar Number: 1005955
        Robert.pecchio@bipc.com
        Buchanan Ingersoll & Rooney, PC
        401 E Las Olas Boulevard, Suite 2250
        Fort Lauderdale, FL 33301
        Tel: 954-468-2300
        Fax: 954-527-9915
        *Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this the 23rd day of September, 2022, a true and correct copy of the above and foregoing has been filed with the Clerk of Court using the CM/ECF system.  I FURTHER CERTIFY that the foregoing document is being served this date, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic filing on the counsel of record or *pro se* parties identified on the attached Service List.

By: */s/  Kelly H. Kolb* _____

Kelly H. Kolb, Esq.

**SERVICE LIST:**
William T. Woodrow III
250 West Main Street, Suite 201
Charlottesville, VA 22902

Rook Elizabeth Ringer, Esq.
LENTO LAW GROUP
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
Tel:  (855) 275-7378
Tel:  (904) 602-9400
E-mail:  reringer@lentolawgroup.com
E-mail:  will@stoneandwoodrowlaw.com

David H. Pollack, Esq.
THE LAW OFFICE OF DAVID H. POLLACK, LLC
75 Valencia Avenue, Suite 100
Coral Gables, FL 33134
Tel. No. 305-372-5900
Fax No. 305-372-5904
david@davidpollacklaw.com
*Counsel for Plaintiff*