IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Troy Clowdus<br><br>PLAINTIFF<br><br>VS.<br><br>American Airlines Inc.,<br><br>DEFENDANT. | Civil Action No.: 1:21-cv-23155-MM |

**PLAINTIFF'S Rule 26(a)(3) TRIAL DISCLOSURES**

Pursuant Federal Rule of Civil Procedure 26(a)(3), Plaintiff discloses the following witnesses and exhibits he expects or may call to testify or introduce at trial in this matter:

**Witnesses Expected to Testify**

1. Troy Powell Clowdus, c/o Plaintiff's counsel
2. Carlos Merino, c/o Defense counsel
3. Deon Gray, c/o Defense counsel
4. Jose Henriquez, c/o Defense counsel
5. Elja Keizer, address and telephone previously provided
6. Jae Won "Nicole" Kim, Ecuador, by deposition
7. Aristides Maldonado, c/o Defense counsel
8. John Kirby, c/o Defense counsel
9. Daniel Santiago Gonzalez, c/o Defense counsel

**Witnesses Who May Testify**

10. Captain N. J. Lakhani, c/o Defense counsel
11. Angelica Cookson, by deposition, address provided by AA
12. Jairo Espinoza, address provided by AA

13. Federico Quintana, by deposition or live, address provided by AA
14. Juan Ramirez, address provided by AA
15. Barbara Lebron, Puerto Rico, telephone number previously disclosed
16. Gabriele Schuetz, address and telephone number previously disclosed
17. Kathryn Parrish, address and telephone number previously disclosed
18. Massimiliano Collicelli, address and telephone number disclosed
19. James Collicelli, address and telephone number previously disclosed
20. AA Corporate Representative
21. Impeachment witnesses
22. Without waiving any applicable objections, any witnesses properly listed on Defendant's witness list and disclosed during discovery

## Exhibits Expected to Be Offered

1. June 10, 2021 CERS Report filed by Carlos Merino (AA 00039-42)
2. June 10, 2021 CERS Report filed by Deon Gray (AA 00043-45)
3. June 10, 2021 CERS Report filed by Jose Henriquez (AA 00008-9)
4. June 10, 2021 Tour Report written by Daniel Gonzalez (AA 00014)
5. June 10 2021 Customer Complaints by Troy Clowdus (AA 00096-97)
6. Internal Refuse List Packet, (AA 00028-47)
7. AA emails to Plaintiff (AA 00010-13)
8. AA Inflight Manual (AA 00015-19, 56-62)
9. Plaintiff Passenger Name Record (PNR) (AA 00020-26)
10. AA Customer Service Manual (AA 00048-55)
11. Plaintiff's Travel History (AA 000106-109)
12. Plaintiff's carry-on bag
13. Plaintiff's Tickets (P0005)
14. Impeachment Documents
15. Without waiving any applicable objections, any documents and materials properly listed on Defendant's Trial Exhibit list and disclosed during discovery

**Exhibits Which May Be Offered**

16. Plaintiff's July 22, 2021 Affidavit
17. Form # JPIDR-M06-D01 (AA 00027)
18. AAdvantage Elite Terms (AA 00063-71, 98-105)
19. Airplane Schematics (AA 000110-117)
20. Cookson benefits (AA 000118-119, 139-41)
21. Time stamps (AA 000144-145)
22. Defendant's Answers to Plaintiff's First Interrogatories dated December 23, 2021
23. Defendant's Answers to Plaintiff's Second Set of Interrogatories dated February 10, 2022
24. Defendant's draft and signed passenger statements (AA 000120-138, 142-143)
25. Video of 737-MAX seating (P0019)
26. Video of 737-MAX seating (P0020)
27. Depiction of competing airfares to Mexico and South America accessible via Kayak.com
28. Affidavit of Juan Ramirez dated May 27, 2022
29. Affidavit of Jairo Espinoza dated July 1, 2022
30. Email from Juan Ramirez dated June 8, 2022
31. Peccio Emails to Cookson dated April 27, 2022 (Cookson 000008-9)
32. June 10-11, 2021 texts between Cookson and Quintana (Cookson 000001-4)
33. Any exhibits generated in conjunction with the Court's upcoming September 28, 2022 evidentiary hearing.

Dated: September 23, 2022

Respectfully Submitted,

/s/ William T Woodrow

William T. Woodrow III (*pro hac vice*)
Stone & Woodrow LLP
250 West Main St. Suite 201
Charlottesville, VA 22902
will@stoneandwoodrowlaw.com
Fax:   646 873-7529
Voice: 855-275-7378
*Attorney for Plaintiff*

/s/ David Pollack

David Pollack, Esq.
Law Offices of David Pollack, LLP
75 Valencia Avenue, Ste. 100
Coral Gables, FL 33134
David@davidpollacklaw.com
Fax: (305) 372-5904
Voice: (305) 372-5900
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served upon the following attorneys of record by CM/ECF on this 23rd day of September, 2022.

Kelly Kolb
Robert D. Pecchio
Labor & Employment Practice Group
401 East Las Olas Boulevard
Suite 2250
Ft. Lauderdale, FL 33301
954 703 3900 (office)
954 703 3944 (direct)
kelly.kolb@bipc.com
robert.pecchio@bipc.com

                                              /s/ William T. Woodrow III
                                              William T. Woodrow III