UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

TROY CLOWDUS,

        Plaintiff,

v.

        Case No.: 1:21-cv-23155-KMM

AMERICAN AIRLINES, INC.,

        Defendant.

**DEFENDANT'S UNOPPOSED MOTION FOR PERMISSION TO TEST, USE, AND INSTALL LAPTOP COMPUTERS AND RELATED TECHNOLOGY EQUIPMENT IN THE COURTROOM FOR THE SEPTEMBER 28, 2022 HEARING [DE 107]**

Defendant, AMERICAN AIRLINES, INC. ("AA" or "Defendant"), by and through its undersigned counsel, request the Court to enter an Order allowing counsel to use technology equipment in the courtroom during the Evidentiary and Motions hearing in this action set for September 28, 2022 at 9:30 a.m. [DE 107].

The specific technology equipment includes laptop computers, accompanying cables and cords for connection, and counsel cellphones ("technology equipment"). The specific people for whom Defendant seeks Court approval to bring the equipment into the Courthouse are counsel for Defendant Kelly H. Kolb and Robert Pecchio. Defendant seeks further permission to enter the courtroom for purposes of testing the technology equipment and connections on September 26th or September 27, 2022.

Use of laptop computers and related equipment by counsel during the hearing will assist Defendant with regard to their case presentation and monitoring the remote testimony of two of Plaintiff's witnesses. The above request is consistent with the "just, speedy and inexpensive determination of every action." Fed. R. Civ. P. 1.

WHEREFORE, Defendant, American Airlines, Inc. respectfully requests that the Court enter an Order allowing Defendant's counsel to use the technology equipment and bring their cellphones into the Courthouse for the hearing on September 28, 2022, and to test the technology equipment on September 26th or September 27, 2022.

Dated: September 24, 2022.

By:    /s/Kelly H. Kolb
Kelly H. Kolb, Esq.
kelly.kolb@bipc.com
Robert D. Pecchio, Esq.
Florida Bar Number: 1005955
Robert.pecchio@bipc.com
Buchanan Ingersoll & Rooney, PC
401 E Las Olas Boulevard, Suite 2250
Fort Lauderdale, FL 33301
Tel: 954-468-2300
Fax: 954-527-9915
*Counsel for Defendant*

## CERTIFICATE OF CONFERRAL

On September 23, 2022, the undersigned conferred with opposing counsel by email and by sending a draft of this Motion. Opposing counsel does not oppose the relief sought in this Motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this the 24th day of September, 2022, a true and correct copy of the above and foregoing has been filed with the Clerk of Court using the CM/ECF system. I FURTHER CERTIFY that the foregoing document is being served this date, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic filing on the counsel of record or *pro se* parties identified on the attached Service List.

By: /s/ Kelly H. Kolb
Kelly H. Kolb, Esq.

**SERVICE LIST:**

William T. Woodrow III

250 West Main Street, Suite 201
Charlottesville, VA 22902

Rook Elizabeth Ringer, Esq.
LENTO LAW GROUP
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
Tel:  (855) 275-7378
Tel:  (904) 602-9400
E-mail:  reringer@lentolawgroup.com
E-mail:  will@stoneandwoodrowlaw.com

David H. Pollack, Esq.
THE LAW OFFICE OF DAVID H. POLLACK, LLC
75 Valencia Avenue, Suite 100
Coral Gables, FL 33134
Tel. No. 305-372-5900
Fax No. 305-372-5904
david@davidpollacklaw.com
*Counsel for Plaintiff*