**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:21-cv-23155-KMM

TROY CLOWDUS,

    Plaintiff,

v.

AMERICAN AIRLINES, INC.,

    Defendant.

_____ /

**ORDER PERMITTING COUNSEL TO BRING**
**ELECTRONIC EQUIPMENT INTO THE COURTHOUSE**

**THIS CAUSE** is before the Court upon Defendant American Airlines, Inc.'s Unopposed Motion for Permission to Test, Use, and Install Laptop Computers and Related Technology Equipment in the Courtroom for the September 28, 2022 Hearing (ECF No. 121). Upon consideration of the Motion, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that:

    1.    Defendant American Airlines, Inc.'s Unopposed Motion for Permission to Test, Use, and Install Laptop Computers and Related Technology Equipment in the Courtroom for the September 28, 2022 Hearing (ECF No. 121) is **GRANTED**.

    2.    Counsel for Defendant—**Kelly Haze Kolb, Esq.** and **Robert Daniel Pecchio, Esq.**—are permitted to bring the following electronic equipment into the C. Clyde Atkins U.S Courthouse on September 28, 2022 for the Evidentiary and Motions Hearing:

        a.    One (1) laptop computer each, with accompanying cables and cords for connection and charging; and,

    b. Counsel's cell phones, with accompanying cords for charging.

  3. Counsel for both Parties may familiarize themselves with the courtroom and its equipment on **Tuesday, September 27, 2022, at 3:00 P.M**.

  **DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of September, 2022.

                _____
                LAUREN F. LOUIS
                UNITED STATES MAGISTRATE JUDGE

cc: United States Marshals Service, C. Clyde Atkins U.S. Courthouse
   Counsel of record