UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 2021-cv-23153

TROY CLOWDUS,

    Plaintiff,

v.

AMERICAN AIRLINES, INC.,

    Defendant.

_____/

## NOTICE OF FILING

Plaintiff TROY CLOWDUS ("Clowdus") files the following documents in connection with the evidentiary hearing scheduled for September 28, 2022 before the Honorable Lauren F. Louis:

1.     Declaration of David H. Pollack with attachments

    Respectfully Submitted,

**THE LAW OFFICE OF
DAVID H. POLLACK, LLC**
75 Valencia Avenue, Suite 100
Coral Gables, FL 33134
Tel. No.: (305) 372-5900
Fax No.: (305) 372-5904

BY: /s/David H. Pollack
    DAVID H. POLLACK
    Fla. Bar No. 0955840

 /s/ William T. Woodrow

William T. Woodrow III (*pro hac vice*)
Stone & Woodrow LLP
250 West Main St. Suite 201
Charlottesville, VA 22902
will@stoneandwoodrowlaw.com
Phone: 855-275-7378

1

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system and plaintiff was served by U.S. Mail at the address on file with the Court on September 26, 2022.

                                                BY:   /s/David H. Pollack
                                                           **DAVID H. POLLACK**
                                                           Fla. Bar No. 0955840