## DECLARATION OF DAVID H. POLLACK

I, David Pollack, pursuant to 28 U.S.C. § 1746, hereby state under penalty of perjury that the following is true and correct:

1. I have personal knowledge of the matters stated below.

2. On September 12, 2022, I advised Eduardo Muriel that the court had reset the evidentiary hearing in this matter for September 28, 2022. Mr. Muriel responded through whats app by telling me that he had scheduled a medical consultation at 9 a.m. that morning and asked if it was possible to change the date of the hearing. I told him that it was not. He told me that it would be ideal if he could testify in the afternoon, but if that were not possible he would postpone his medical appointment. Copies of these communications are attached.

3. On Friday, September 23, 2022, at around 4 p.m., I received the attached Whats App messages from Mr. Muriel informing him that he was not, in fact, able to reschedule of postpone his medical appointment. Upon receiving these messages, I immediately called Mr. Muriel, who told me that the testing and/or procedure should be completed around 2 p.m., after which he would be able to testify. Alternatively, Mr. Muriel advised that he would be available to testify on October 3, 2022.

Under penalty of perjury, I declare that the foregoing is true, correct and with my personal knowledge.

_____

DAVID H. POLLACK

## David Pollack

**From:** David Pollack
**Sent:** Sunday, September 25, 2022 4:58 PM
**To:** David Pollack
**Subject:** Muriel



4:44

You

Mr. Muriel: Thank you for
speaking with me today. I am
writing this in English as you...

**Good morning lawyer,
unfortunately last month I
made an appointment at a
hospital and it is precisely
on the 28th at 9 in the
morning and it is a very
important consultation for
health reasons. Would it be
possible for you to change
the day? of course if the
court accepts it, otherwise
I will have to try to change
it.**

3:55 PM

**Unfortunately we cannot
change the date. The
court already changed it
once. We could ask that**

1



4:44

**2   Eduardo Muriel**

3:55 PM

**Unfortunately we cannot change the date. The court already changed it once. We could ask that you testify first. What time is your appointment?**

5:29 PM

**We could ask the court if you could testify later in the morning or in the afternoon but I don't know if it will be possible. Do you know how long the appointment will be?**

5:30 PM

I think it takes us all morning until 2 in the afternoon

5:42 PM

I understand that it is the schedule set by the court

+

2



is your appointment?

We could ask the court if you could testify later in the morning or in the afternoon but I don't know if it will be possible. Do you know how long the appointment will be?

I think it takes us all morning until 2 in the afternoon

I understand that it is the schedule set by the court and it must be respected, but if I could testify in the afternoon it would be ideal, but if it is not possible, I will postpone the appointment.

3

4:05   .ıll 🗢 ◼

< 1    **Eduardo Muriel**    

# Friday

➤ *Forwarded*



12:47 PM

➤ *Forwarded*



2

4:05

  **Eduardo  Muriel**  

12:47 PM

➔ *Forwarded*



12:47 PM

# Esta es mi cita y los

4

4:06

< 1  **Eduardo Muriel**



12:47 PM

Esta es mi cita y los análisis que debo hacer y se los mando por qué no me permiten posponer la cita

12:48 PM

This is my appointment and the analyzes that I must do and I am sending them to you because they do not allow me to postpone the appointment

6

4:06

< 1  **Eduardo Muriel**  

This is my appointment and the analyzes that I must do and I am sending them to you because they do not allow me to postpone the appointment

4:34 PM

→ *Forwarded*



4:06     .ıll 📶 🔋

< 1     **Eduardo Muriel**    📹 📞

↪ *Forwarded*



12:51 PM

↪ *Forwarded*



8

4:06

 

< 1 **Eduardo Muriel**  



4:34 PM

➤ Forwarded



4:34 PM

12