**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

TROY CLOWDUS,

    Plaintiff,                                                              CASE NO: 2021-cv-23155

v.

AMERICAN AIRLINES, INC.,

    Defendant.

_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR PERMISSION TO TEST, USE, AND INSTALL LAPTOP COMPUTERS AND RELATED TECHNOLOGY EQUIPMENT IN THE COURTROOM FOR THE SEPTEMBER 28, 2022 HEARING [DE 107]**

       Plaintiff TROY CLOWDUS ("Clowdus") by and through his undersigned counsel, request the Court to enter an Order allowing the undersigned counsel to use technology equipment in the courtroom during the Evidentiary and Motions hearing in this action set for September 28, 2022 at 9:30 a.m. [DE 107].

       The specific technology equipment includes laptop computers, accompanying cables and cords for connection, and counsel cellphones ("technology equipment"). The specific people for whom Plaintiff seeks Court approval to bring the equipment into the Courthouse are counsel for Plaintiff Troy Clowdus.

       Use of laptop computers and related equipment by counsel during the hearing will assist Plaintiff with regard to their case presentation and monitoring the remote testimony of two of Plaintiff's witnesses. The above request is consistent with the "just, speedy and inexpensive determination of every action." Fed. R. Civ. P. 1.

       Counsel for both Parties may familiarize themselves with the courtroom and its equipment on Tuesday, September 27, 2022, at 3:00 P.M

1

WHEREFORE, Plaintiff, Troy Clowdus respectfully requests that the Court enter an Order allowing Plaintiff's counsel to use the technology equipment and bring their cellphones into the Courthouse for the hearing on September 28, 2022, and to test the technology equipment on September 26th or September 27, 2022.

Respectfully Submitted,

/s/ William T. Woodrow III                              /s/ David H. Pollack

| | |
|---|---|
| William T. Woodrow III (*pro hac vice*) | THE LAW OFFICE OF |
| Stone & Woodrow LLP | DAVID H. POLLACK, LLC |
| 250 West Main St. Suite 201 | Fla. Bar No. 0955840 |
| Charlottesville, VA 22902 | 75 Valencia Avenue, Suite 100 |
| will@stoneandwoodrowlaw.com | Coral Gables, FL  33134 |
| Phone: 855-275-7378 | Tel:  305-372-5900 |
| Attorneys for Plaintiff | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 26, 2022.

/s/ David H. Pollack
*Attorney for Plaintiff*