UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TROY CLOWDUS,

    Plaintiff,                                        CASE NO: 2021-cv-23155

v.

AMERICAN AIRLINES, INC.,

    Defendant.

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF TROY CLOWDUS' UNOPPOSED MOTION FOR PERMISSION TO TEST, USE, AND INSTALL LAPTOP COMPUTERS AND RELATED TECHNOLOGY EQUIPMENT IN THE COURTROOM DURING THE SEPTEMBER 28, 2022 HEARING [DE 107]**

      THIS CAUSE came before the Court upon American Airlines, Inc.'s ("Defendant" or "AA") Unopposed Motion to allow counsel to enter courtroom to test the computer connections, use laptop computers, cell phones and related connectivity cords in the courtroom on September 26th or September 27, 2022 and to permit use of the computer equipment for the hearing on Plaintiff's Motion for Sanctions [DE 55], Plaintiff's Motion to Compel Discovery [64], Plaintiff's Motion to Compel [79], and Defendant's Cross-Motion for Sanctions Against Plaintiff and Plaintiff's Counsel [DE 83] set for September 28, 2022 at 9:30 a.m. [DE 107]. The Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby:

      ORDERED AND ADJUDGED that Defendant's counsel shall be allowed to enter the courtroom to test the computer equipment on September 26th or September 27, 2022 and to bring laptop computers, cell phones and accompanying cables and cords for

1

connection ("technology equipment") into the courtroom for the hearing in the above mentioned case, on September 28, 2022.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of _____, 2022.

_____
Magistrate Judge Lauren Fleischer Louis

Copies furnished to:
*All Counsel of Record*