IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Troy Clowdus<br><br>PLAINTIFF<br><br>VS.<br><br>American Airlines Inc.,<br><br>DEFENDANT. | Civil Action No.: 1:21-cv-23155-MM |

**PLAINTIFF'S Witness List for September 28, 2022 Evidentiary Hearing**

Plaintiff discloses the following witnesses he expects or may call to testify in this matter:

**Witnesses Expected to Testify**

1. Jairo Espinoza
2. Eduardo Muriel[1]
3. Mauricio Fernandez
4. Earnesto Velarde
5. Robert Peccio
6. Kelly Kolb

**Witnesses Who May Testify**

7. Troy Powell Clowdus
8. Sonia San Martin
9. Any witnesses listed on Defendant's witness list

---

[1] As indicated in Plaintiff's Notice of Filing, Mr. Muriel was unable to move his previously scheduled appointment for surgery, though he had previously indicated that he would do so. He is available in the afternoon if the Court chooses to extend the hearing or on October 3 if the hearing is continued.

Dated: September 26, 2022

Respectfully Submitted,

| /s/ William T Woodrow | /s/ David Pollack |
|---|---|
| William T. Woodrow III (*pro hac vice*) | David Pollack, Esq. |
| Stone & Woodrow LLP | Law Offices of David Pollack, LLP |
| 250 West Main St. Suite 201 | 75 Valencia Avenue, Ste. 100 |
| Charlottesville, VA 22902 | Coral Gables, FL 33134 |
| will@stoneandwoodrowlaw.com | David@davidpollacklaw.com |
| Fax:   646 873-7529 | Fax: (305) 372-5904 |
| Voice: 855-275-7378 | Voice: (305) 372-5900 |
| *Attorney for Plaintiff* | *Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon the following attorneys of record by CM/ECF on this 26rd day of September, 2022.

Kelly Kolb
Robert D. Pecchio
Labor & Employment Practice Group
401 East Las Olas Boulevard
Suite 2250
Ft. Lauderdale, FL 33301
954 703 3900 (office)
954 703 3944 (direct)
kelly.kolb@bipc.com
robert.pecchio@bipc.com

/s/ William T. Woodrow III
William T. Woodrow III