IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23155-KMM

TROY CLOWDUS,

    Plaintiff,

v.

AMERICAN AIRLINES, INC.,

    Defendant.

_____/

**AMENDED DEFENDANT'S WITNESS LIST – EVIDENTIARY HEARING**

Pursuant to this Court's Omnibus Order on Motion to Allow Remote Testimony and Setting Procedures for Evidentiary Hearing [DE 118], Defendant discloses the following witnesses it expects to call to testify at the Evidentiary Hearing currently scheduled for October 3rd, 2022 in this matter:

**Defendant's Witnesses Expected to Testify Live**

1. Troy Clowdus
2. Jairo Espinosa
3. Mauricio Fernandez
4. Juan Hernandez-Ramirez – should he present in person
5. Hilda Minaya c/o Defendant's Counsel
6. Eduardo Muriel
7. Sonia San Martin
8. Ernesto Velarde Denache
9. Will Woodrow and/or David Pollack

Any witnesses listed on Plaintiff's witness list

Dated: September 29, 2022

By:    /s/Kelly H. Kolb
Kelly H. Kolb, Esq.
Florida Bar Number: 0343330
kelly.kolb@bipc.com
Robert D. Pecchio, Esq.
Florida Bar Number: 1005955
Robert.pecchio@bipc.com
Buchanan Ingersoll & Rooney, PC
401 E Las Olas Boulevard, Suite 2250
Fort Lauderdale, FL 33301
Tel: 954-468-2300
Fax: 954-527-9915
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29th day of September, 2022, a true and correct copy of the above and foregoing has been filed with the Clerk of Court using the CM/ECF system. I FURTHER CERTIFY that the foregoing document is being served this date, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic filing on the counsel of record or *pro se* parties identified on the attached Service List.

By: /s/ Kelly H. Kolb
Kelly H. Kolb, Esq.

**SERVICE LIST:**
William T. Woodrow III
250 West Main Street, Suite 201
Charlottesville, VA 22902

Rook Elizabeth Ringer, Esq.
LENTO LAW GROUP
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
Tel: (855) 275-7378
Tel: (904) 602-9400
E-mail: reringer@lentolawgroup.com
E-mail: will@stoneandwoodrowlaw.com

David H. Pollack, Esq.
THE LAW OFFICE OF DAVID H. POLLACK, LLC
75 Valencia Avenue, Suite 100
Coral Gables, FL 33134
Tel. No. 305-372-5900

Fax No. 305-372-5904
david@davidpollacklaw.com
*Counsel for Plaintiff*