UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

TROY CLOWDUS,

                Plaintiff,

v.                                    Case No.: 1:21-cv-23155-KMM

AMERICAN AIRLINES, INC.,

                Defendant.

## JOINT MOTION TO PERMIT ENTRY OF TECHNOLOGY EQUIPMENT INTO COURTROOM FOR PRE-TRIAL CONFERENCE AND CALENDAR CALL AND PERMISSION FOR USE OF THE COURT'S WIRELESS INTERNET

Defendant, AMERICAN AIRLINES, INC. and Plaintiff, TROY CLOWDUS (collectively "the parties"), by and through their undersigned counsel, request the Court to enter an Order allowing counsel to use technology equipment in the courtroom during the pre-trial conference set for October 11, 2022 at 11:00 a.m. and the calendar call set for October 20, 2022, at 2:00 p.m. [DE 48].

The specific technology equipment includes laptop computers and/or tablet(s), accompanying cables and cords for connection, and counsel cellphones ("technology equipment"). The specific people for whom Defendant seeks Court approval to bring the equipment into the courthouse are counsel for Defendant, Kelly H. Kolb and Robert Pecchio and counsel for Plaintiff, William Woodrow and David H. Pollack.

Use of laptop computers and related equipment by the Parties during the hearing(s) will assist counsel with their pre-trial arguments. The above request is consistent with the "just, speedy and inexpensive determination of every action." Fed. R. Civ. P. 1.

WHEREFORE, the Parties jointly and respectfully request the Court enter an Order allowing the Parties' counsel to use technology equipment (laptops/tablets/cellphones together with their accompanying connection cables) and to use the court's wireless internet in the courtroom for the pre-trial conference on October 11, 2022, and the calendar call on October 20, 2022.

Dated: October 10, 2022.

By: /s/Kelly H. Kolb
Kelly H. Kolb, Esq.
kelly.kolb@bipc.com
Robert D. Pecchio, Esq.
Florida Bar Number: 1005955
Robert.pecchio@bipc.com
Buchanan Ingersoll & Rooney, PC
401 E Las Olas Boulevard, Suite 2250
Fort Lauderdale, FL 33301
Tel: 954-468-2300
Fax: 954-527-9915
*Counsel for Defendant*

## CERTIFICATE OF CONFERRAL

On October 10, 2022, the undersigned conferred with opposing counsel by email and by sending a draft of this Motion. The parties agree to the relief sought in this Motion and have agreed to a Joint filing.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this the 10th day of October, 2022, a true and correct copy of the above and foregoing has been filed with the Clerk of Court using the CM/ECF system. I FURTHER CERTIFY that the foregoing document is being served this date, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic filing on the counsel of record or *pro se* parties identified on the attached Service List.

By: /s/ Kelly H. Kolb
Kelly H. Kolb, Esq.

**SERVICE LIST:**

William T. Woodrow III
250 West Main Street, Suite 201
Charlottesville, VA 22902
Tel: (855) 275-7378
E-mail:  will@stoneandwoodrowlaw.com

Rook Elizabeth Ringer, Esq.
LENTO LAW GROUP
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
Tel:  (904) 602-9400
E-mail:  reringer@lentolawgroup.com

David H. Pollack, Esq.
THE LAW OFFICE OF DAVID H. POLLACK, LLC
75 Valencia Avenue, Suite 100
Coral Gables, FL 33134
Tel. No. 305-372-5900
Fax No. 305-372-5904
E-mail: david@davidpollacklaw.com
*Counsel for Plaintiff*