UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

TROY CLOWDUS,

           Plaintiff,

v.
                                            Case No.: 1:21-cv-23155-KMM

AMERICAN AIRLINES, INC.,

           Defendant.

**[PROPOSED] ORDER GRANTING JOINT MOTION TO PERMIT ENTRY OF TECHNOLOGY EQUIPMENT INTO COURTROOM FOR PRE-TRIAL CONFERENCE AND CALENDAR CALL AND PERMISSION FOR USE OF THE <u>COURT'S WIRELESS INTERNET</u>**

      **THIS CAUSE** came before the Court upon the parties Joint Motion to Permit Entry of Technology Equipment into Courtroom for Pre-Trial Conference and Calendar Call and Permission for Use of the Court's Wireless Internet on October 11, 2022 and at the Calendar Call scheduled on October 20, 2022 [DE 48].

      **THE COURT** having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby:

      **ORDERED AND ADJUDGED** that counsel for the parties (counsel for Defendant, Kelly Kolb, Esq., and Robert Pecchio, Esq. and counsel for Plaintiff, William Woodrow, Esq. and David H. Pollack) shall be allowed to enter the courtroom on October 11, 2022 and October 20, 2022 and to bring laptop computers and/or tablets, cell phones and accompanying cables and cords for connection ("technology equipment") and may be permitted to use the court's wireless internet.

      **DONE AND ORDERED** in Chambers at Miami, Florida, this ____ day of _____, 2022.

_____
Judge K. Michael Moore

Copies furnished to:
*All Counsel of Record*