UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-cv-23155-KMM

TROY CLOWDUS,

    Plaintiff,

v.

AMERICAN AIRLINES, INC.,

    Defendant.
_____/

## ORDER

THIS CAUSE having come before this Court upon the Parties' Joint Motion for Leave to Bring Electronic Equipment into the Courtroom (ECF No. 135). Therein, the Parties request permission for counsel to bring various electronic devices into the courtroom for use during trial. UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion is GRANTED. Counsel for the Parties are permitted to bring into Court certain computers and technological devices for use during the final pretrial conference set for October 11, 2022, and the calendar call set for October 20, 2022, including but not limited to laptop computers, tablets, cell phones, and miscellaneous wires and cables to support those devices.

DONE AND ORDERED in Chambers at Miami, Florida, this **11th** day of October, 2022.

                                                K. MICHAEL MOORE
                                                UNITED STATES DISTRICT JUDGE

c: All counsel of record