**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

TROY CLOWDUS,

                Plaintiff,                          CASE NO: 2021-cv-23153

v.

AMERICAN AIRLINES, INC.,

                Defendant.

_____/

**Plaintiff's Motion Requesting that Judgment Be Set Out in a Separate Document**

      Troy Clowdus, by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 58 requests the Court to set out its judgment in a separate document and in support of his motion states:

1. Fed. R. Civ. P 58(a) requires that "Every judgment and amended judgment must be set out in a separate document."
2. The advisory notes to Rule 58 explain that this requirement avoids confusion over whether an order is appealable under Fed. R. App. P. 4, and it also removes uncertainty about when the time begins to run for post-verdict motions and for the purpose of the appeal.
3. The Court's order dismissing the Plaintiff's claim, dated October 12, 2021, ECF#139, does not set out its judgment in a separate document.
4. Fed. R. Civ. P. 58(d) authorizes a "party to request that judgment be set out in a separate document as required by Rule 58(a)."

      For the foregoing reasons the Plaintiff asks that the requested action be taken.

**Certificate of Compliance With Local Rule 3.01(G)**

Pursuant to Local Rule 3.01(g), the undersigned conferred with Defendant's counsel by email on October 26, 2022, whereupon Defendant's counsel indicated that it had no opposition to the requested action.

Respectfully Submitted,                                                          Dated: October 27, 2022

  /s/ William T. Woodrow

    William T. Woodrow III (*pro hac vice*)
    Stone & Woodrow LLP
    250 West Main St. Suite 201
    Charlottesville, VA 22902
    will@stoneandwoodrowlaw.com
    Phone: 855-275-7378
    *Attorney for Plaintiff*


  /s/ David Pollack, Esq

    David Pollack, Esq.
    The Pollack Law Firm
    75 Valencia Avenue, suite 100
    Coral Gables, FL 33134
    Fax:   305-372-5904
    Voice: 305.372.5900
    www.DavidPollackLaw.com
    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                                                  /s/ William T Woodrow
                                                                  *Attorney for Plaintiff*