UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:21-cv-23155-KMM

TROY CLOWDUS,

                Plaintiff,

v.

AMERICAN AIRLINES, INC.,

                Defendant.        /

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58, it is hereby ORDERED AND ADJUDGED that:

1. Defendant's Motion to Dismiss (ECF No. 51) is GRANTED and Plaintiff's First Amended Complaint (ECF No. 40) is DISMISSED WITH PREJUDICE.

2. The Clerk of Court is instructed to CLOSE this case.

3. All pending motions, if any, are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this  1st   day of November, 2022.

                                                K. MICHAEL MOORE
                                                UNITED STATES DISTRICT JUDGE

c: All counsel of record