**Veritext Corporate Services LLC**
Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



Bill To:
American Airlines
1 Skyview Drive
Mail Drop 8B307
Fort Worth, TX, 76155

| | |
|---|---:|
| **Invoice #:** | **5578175** |
| **Invoice Date:** | **2/16/2022** |
| **Balance Due:** | **$0.00** |

**Case:** Clowdus, Troy v. American Airlines (1:21cv23155)   **Proceeding Type:** Depositions

Job #: 5002471 | Job Date: 2/1/2022 | Delivery: Normal
Location:  Tampa, FL
Billing Atty:
Scheduling Atty:  Kelly H. Kolb | Buchanan Ingersoll & Rooney PC

AA Claims Analyst:
Claim #:

| Witness: Troy Clowdus | Quantity | Price | Amount |
|---|---:|---:|---:|
| Original with 1 Certified Transcript | 199.00 | $3.95 | $786.05 |
| Attendance - Hourly | 4.00 | $40.00 | $160.00 |
| Exhibits - Color | 1.00 | $1.00 | $1.00 |
| Exhibits | 73.00 | $0.35 | $25.55 |
| Veritext Virtual Primary Participants | 1.00 | $195.00 | $195.00 |
| Litigation Package-Secure File Suite | 1.00 | $34.00 | $34.00 |
| Witness Read and Sign Services | 1.00 | $35.00 | $35.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 | $28.00 |

Notes:

| | |
|---|---:|
| **Invoice Total:** | **$1,264.60** |
| **Payment:** | **($1,264.60)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 5578175
**Invoice Date:** 2/16/2022
**Balance Due:** $0.00

66247

**Composite Exhibit 2**

**Veritext Corporate Services LLC**
Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



| Bill To: | | Invoice #: | 5678317 |
|---|---|---|---|
| American Airlines | | Invoice Date: | 3/30/2022 |
| 1 Skyview Drive | | Balance Due: | $0.00 |
| Mail Drop 8B307 | | | |
| Fort Worth, TX, 76155 | | | |

**Case: Clowdus, Troy v. American Airlines (1:21cv23155)**     **Proceeding Type: Depositions**

| Job #: 5141192 | Job Date: 3/22/2022 | Delivery: Normal | AA Claims Analyst: | |
|---|---|---|---|---|
| Location: | Tampa, FL | | Claim #: | |
| Billing Atty: | | | | |
| Scheduling Atty: | Robert Pecchio \| Buchanan Ingersoll & Rooney PC | | | |

| Witness: Federico Quintana | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $345.00 | $345.00 |
| Video - Additional Hours | 2.00 | $105.00 | $210.00 |
| Video - MPEG/Digitizing | 3.00 | $98.00 | $294.00 |
| Video - Media and Cloud Services | 3.00 | $46.00 | $138.00 |
| Video - Electronic Access | 1.00 | $85.00 | $85.00 |

| Notes: | | | |
|---|---|---|---|
| | Invoice Total: | | $1,072.00 |
| | Payment: | | ($1,072.00) |
| | Credit: | | $0.00 |
| | Interest: | | $0.00 |
| | Balance Due: | | $0.00 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454  **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 5678317
**Invoice Date:** 3/30/2022
**Balance Due:** $0.00

**Veritext Corporate Services LLC**
Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



| Bill To: | | Invoice #: | 5697150 |
|---|---|---|---|
| American Airlines | | Invoice Date: | 4/8/2022 |
| 1 Skyview Drive | | Balance Due: | $0.00 |
| Mail Drop 8B307 | | | |
| Fort Worth, TX, 76155 | | | |

| Case: Clowdus, Troy v. American Airlines (1:21cv23155) | Proceeding Type: Depositions |
|---|---|

Job #: 5141192   |   Job Date: 3/22/2022   |   Delivery: Expedited      AA Claims

Location:      Tampa, FL                                                  Claim #:
Billing Atty:
Scheduling Atty:   Robert Pecchio | Buchanan Ingersoll & Rooney PC

| Witness: Federico Quintana | Quantity | Price | Amount |
|---|---:|---:|---:|
| Original with 1 Certified Transcript | 153.00 | $4.15 | $634.95 |
| Transcript Services - Priority Request | 153.00 | $2.08 | $318.24 |
| Attendance - Hourly | 3.00 | $45.00 | $135.00 |
| Exhibits | 3.00 | $0.40 | $1.20 |
| Veritext Virtual Primary Participants | 1.00 | $195.00 | $195.00 |
| Litigation Package-Secure File Suite | 1.00 | $40.00 | $40.00 |
| Witness Read and Sign Services | 1.00 | $45.00 | $45.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 | $28.00 |

| Notes: | Invoice Total: | $1,397.39 |
|---|---|---|
| | Payment: | ($1,397.39) |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 5697150
**Invoice Date:** 4/8/2022
**Balance Due:** $0.00

Pay by Credit Card: www.veritext.com

66247

**Veritext Corporate Services LLC**
Tel. 973-410-4098  Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



| Bill To: | |
|---|---|
| American Airlines | |
| 1 Skyview Dr, MD 8B503 | |
| Fort Worth, TX, 76155 | |

| | |
|---|---:|
| Invoice #: | **5867433** |
| Invoice Date: | **6/27/2022** |
| Balance Due: | **$0.00** |

**Case: Clowdus, Troy v. American Airlines (1:21cv23155)**          **Proceeding Type: Depositions**

Job #: 5269448   |   Job Date: 6/9/2022   |   Delivery: Normal
Location:        Fort Lauderdale, FL
Billing Atty:
Scheduling Atty:  Robert Pecchio | Buchanan Ingersoll & Rooney PC

AA Claims Analyst:
Claim #:

| Witness: Hilda Minaya | Quantity | Price | Amount |
|---|---:|---:|---:|
| Original with 1 Certified Transcript | 76.00 | $4.15 | $315.40 |
| Attendance - Hourly | 2.00 | $45.00 | $90.00 |
| Veritext Virtual Primary Participants | 1.00 | $195.00 | $195.00 |
| Litigation Package-Secure File Suite | 1.00 | $40.00 | $40.00 |
| Witness Read and Sign Services | 1.00 | $45.00 | $45.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 | $28.00 |

Notes:

| | |
|---|---:|
| **Invoice Total:** | $713.40 |
| **Payment:** | ($713.40) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454  **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

Invoice #: 5867433
Invoice Date: 6/27/2022
Balance Due: $0.00

66247

**Veritext Corporate Services LLC**
Tel. 973-410-4098 Email: Billing-Corp@veritext.com
Fed. Tax ID: 20-3457913



| Bill To: | | Invoice #: | 5932303 |
|---|---|---|---|
| American Airlines | | Invoice Date: | 7/27/2022 |
| 1 Skyview Dr. | | Balance Due: | $513.00 |
| Fort Worth, TX, 76155 | | | |

**Case: Clowdus, Troy v. American Airlines, Inc. (1:21CV23155(MM))**   **Proceeding Type: Depositions**

Job #: 5310526   |   Job Date: 7/14/2022   |   Delivery: Normal
Location:  Fort Lauderdale, FL
Billing Atty:
Scheduling Atty:  Robert Pecchio | Buchanan Ingersoll & Rooney PC

AA Claims Analyst:
Claim #:

| Witness: Ronald Heyl | Quantity | Price | Amount |
|---|---|---|---|
| Minimum Charge for Transcript Services | 1.00 | $160.00 | $160.00 |
| Attendance - Hourly | 1.00 | $45.00 | $45.00 |
| Veritext Virtual Primary Participants | 1.00 | $195.00 | $195.00 |
| Surcharge - Video Proceeding | 1.00 | $0.00 | $0.00 |
| Litigation Package-Secure File Suite | 1.00 | $40.00 | $40.00 |
| Witness Read and Sign Services | 1.00 | $45.00 | $45.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 | $28.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $513.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $513.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 89 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Pay by Check - Remit to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3457913

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Invoice #: 5932303
Invoice Date: 7/27/2022
Balance Due: $513.00

Pay by Credit Card: www.veritext.com

66247



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220112411-13 | 2/24/2022 | Due upon receipt |

| Job No. | Job Date | Balance |
|---|---|---|
| 6074068 | 2/3/2022 | $305.30 |

**NE - WASHINGTON, DC**
**1818 Market Street # Suite 1400**
**Philadelphia PA 19103**
**Phone: 8774792484  Fax: 8778769330**

| Case Name |
|---|
| Troy Clowdes v. American Airlines |

| Case No. |
|---|
| |

**Kelly Kolb Esquire**
**Buchanan Ingersoll & Rooney PC**
**Bank of America Plaza 401 East Las Olas Boulevard # 2250**
**Fort Lauderdale FL 33301**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote Videoconference | Kelly Kolb Esquire<br>Buchanan Ingersoll & Rooney PC<br>Bank of America Plaza 401 East Las Olas Boulevard # 2250<br>Fort Lauderdale FL 33301 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: General | | | | |
| Read & Sign Service | 1.00 | N/A | $30.00 | $30.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Jose Henriquez | | | | |
| Copy | 65.00 | Pages | $3.95 | $256.75 |
| Exhibit | 17.00 | Pages | $0.65 | $11.05 |
| Exhibits (Color) | 6.00 | Pages | $1.25 | $7.50 |
| | | | Total Due | $305.30 |
| | | | AFTER 3/26/2022 PAY | $305.30 |
| | | | (-) Payments/Credits | $0.00 |
| | | | (+) Finance Charges/Late Fees | $0.00 |
| | | | (=) New Balance | $305.30 |

**Tax ID : 76-0523238**                                                                                           Phone: 9544682300

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

| | | | |
|---|---|---|---|
| Kelly Kolb Esquire<br>Buchanan Ingersoll & Rooney PC<br>Bank of America Plaza 401 East Las Olas Boulevard # 2250<br>Fort Lauderdale FL 33301 | **Invoice No.** 20220112411-13<br>**Job No.** 6074068<br>**Total Due** $305.30 | **Invoice Date** 2/24/2022<br>**Case No.** | |

Remit To:   **U.S. Legal Support, Inc.**
            **P.O. Box 4772**
            **Houston, TX 77210**

**PAY BY CREDIT CARD**  

**Cardholder's Name:**

**Card Number:**

**Exp. Date:**          **Phone:**

**Billing Address:**

**Zip:**                **Card Security Code:**

**Amount to Charge:**

**Cardholder's Signature:**



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220138187-13 | 3/30/2022 | Due upon receipt |

| Job No. | Job Date | Balance |
|---|---|---|
| 6100589 | 3/8/2022 | $702.40 |

**NE - WASHINGTON, DC**
**1818 Market Street # Suite 1400**
**Philadelphia PA 19103**
**Phone: 877-479-2484  Fax: 877-876-9330**

| Case Name |
|---|
| Troy Clowdus v. American Airlines, Inc. |

**Kelly Kolb Esquire**
**Buchanan Ingersoll & Rooney PC**
**Bank of America Plaza 401 East Las Olas Boulevard # 2250**
**Fort Lauderdale FL 33301**

| Case No. |
|---|
|  |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote Videoconference | Kelly Kolb Esquire<br>Buchanan Ingersoll & Rooney PC<br>Bank of America Plaza 401 East Las Olas Boulevard # 2250<br>Fort Lauderdale FL 33301 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: General | | | | |
| Read & Sign Service | 1.00 | N/A | $30.00 | $30.00 |
| 1 CERTIFIED COPY TRANSCRIPT OF: Aristides Maldonado | | | | |
| Copy | 126.00 | Pages | $3.95 | $497.70 |
| Exhibit | 38.00 | Pages | $0.65 | $24.70 |
| Condensed Transcript | 1.00 | N/A | $30.00 | $30.00 |
| Transcript Handling & Processing | 1.00 | N/A | $65.00 | $65.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| | | **Total Due** | | **$702.40** |
| | | AFTER 4/29/2022 PAY | | $702.40 |
| | | (-) Payments/Credits | | $0.00 |
| | | (+) Finance Charges/Late Fees | | $0.00 |
| | | (=) New Balance | | $702.40 |

Tax ID : 76-0523238                                                                                                                              Phone: 9544682300

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Kelly Kolb Esquire
Buchanan Ingersoll & Rooney PC
Bank of America Plaza 401 East Las Olas Boulevard # 2250
Fort Lauderdale FL 33301

| Invoice No. | 20220138187-13 | Invoice Date | 3/30/2022 |
|---|---|---|---|
| Job No. | 6100589 | Case No. | |
| Total Due | $702.40 | | |

Remit To:   U.S. Legal Support, Inc.
            P.O. Box 4772
            Houston, TX 77210

**PAY BY CREDIT CARD**   

**Cardholder's Name:**

**Card Number:**

**Exp. Date:**          **Phone:**

**Billing Address:**

**Zip:**                **Card Security Code:**

**Amount to Charge:**

**Cardholder's Signature:**



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220138575-13 | 3/30/2022 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6100595 | 3/14/2022 | $0.00 |

| Case Name |
|---|
| Troy Clowdus v. American Airlines Inc. |

| Case No. |
|---|
| 121cv23155MM |

**NE - WASHINGTON, DC**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 877-479-2484  Fax: 877-876-9330**

**Kelly Kolb, Esquire**
**Labor & Employment Practice Group**
**401 East Olas Boulevard 2250**
**Fort Lauderdale FL 33301**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote VideoConference | Kelly Kolb, Esquire<br>Labor & Employment Practice Group<br>401 East Olas Boulevard 2250<br>Fort Lauderdale FL 33301 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| 1 CERTIFIED COPY TRANSCRIPT OF: John Kirby | | | | |
| Copy | 159.00 | Pages | $3.95 | $628.05 |
| Exhibit | 38.00 | Pages | $0.65 | $24.70 |
| Condensed Transcript | 1.00 | N/A | $30.00 | $30.00 |
| Transcript Handling & Processing | 1.00 | N/A | $65.00 | $65.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |

| | |
|---|---|
| Total Due | $802.75 |
| (-) Payments/Credits | $802.75 |
| (+) Finance Charges/Late Fees | $0.00 |
| (=) New Balance | $0.00 |

Tax ID : 76-0523238  Nevada Firm Registration # 067F                    Phone: 9547033944

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Kelly Kolb, Esquire
Labor & Employment Practice Group
401 East Olas Boulevard 2250
Fort Lauderdale FL 33301

| Invoice No. | 20220138575-13 | Invoice Date | 3/30/2022 |
|---|---|---|---|
| Job No. | 6100595 | Case No. | 121cv23155MM |
| Total Due | $0.00 | | |

Remit To:   U.S. Legal Support, Inc.
            P.O. Box 4772
            Houston, TX 77210

**PAY BY CREDIT CARD**   

**Cardholder's Name:**
**Card Number:**
**Exp. Date:**          **Phone:**
**Billing Address:**
**Zip:**                **Card Security Code:**
**Amount to Charge:**
**Cardholder's Signature:**



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220140291-13 | 4/1/2022 | Net 30 |

**NE - WASHINGTON, DC**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 877-479-2484  Fax: 877-876-9330**

| Job No. | Job Date | Balance |
|---|---|---|
| 6115672 | 3/28/2022 | $406.87 |

| Case Name |
|---|
| Troy Clowdus v. American Airlines Inc. |

**Kelly Kolb Esquire**
**Buchanan Ingersoll & Rooney PC**
**Bank of America Plaza 401 East Las Olas Boulevard # 2250**
**Fort Lauderdale FL 33301**

| Case No. |
|---|
| 121cv23155MM |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote Videoconference | Kelly Kolb Esquire<br>Buchanan Ingersoll & Rooney PC<br>Bank of America Plaza 401 East Las Olas Boulevard # 2250<br>Fort Lauderdale FL 33301 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| 1 CERTIFIED COPY TRANSCRIPT OF: General | | | | |
| Read & Sign Service | 1.00 | N/A | $30.00 | $30.00 |
| 1 CERTIFIED COPY TRANSCRIPT OF: Fernando Bastos | | | | |
| Copy | 44.00 | Pages | $3.95 | $173.80 |
| Condensed Transcript | 1.00 | N/A | $30.00 | $30.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Transcript Handling & Processing | 1.00 | N/A | $65.00 | $65.00 |
| **Total Due** | | | | **$353.80** |
| **(-) Payments/Credits** | | | | **$0.00** |
| **(+) Finance Charges/Late Fees** | | | | **$53.07** |
| **(=) New Balance** | | | | **$406.87** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                              Phone: 9544682300

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Kelly Kolb Esquire
Buchanan Ingersoll & Rooney PC
Bank of America Plaza 401 East Las Olas Boulevard # 2250
Fort Lauderdale FL 33301

| Invoice No. | 20220140291-13 | Invoice Date | 4/1/2022 |
|---|---|---|---|
| Job No. | 6115672 | Case No. | 121cv23155MM |
| Total Due | $406.87 | | |

Remit To:   **U.S. Legal Support, Inc.**
            **P.O. Box 4772**
            **Houston, TX 77210**

**PAY BY CREDIT CARD** 

**Cardholder's Name:**

**Card Number:**

**Exp. Date:**           **Phone:**

**Billing Address:**

**Zip:**                 **Card Security Code:**

**Amount to Charge:**

**Cardholder's Signature:**

# INVOICE

**U.S. Legal Support**

NE - WASHINGTON, DC
1818 Market Street # Suite 1400
Philadelphia PA 19103
Phone: 877-479-2484  Fax: 877-876-9330

Kelly Kolb, Esquire
Labor & Employment Practice Group
401 East Olas Boulevard 2250
Fort Lauderdale FL 33301

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220146347-13 | 4/11/2022 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6100598 | 3/23/2022 | $719.80 |

| Case Name |
|---|
| Troy Clowdus v. American Airlines Inc. |

| Case No. |
|---|
| 121cv23155MM |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote Videoconference | Kelly Kolb, Esquire<br>Labor & Employment Practice Group<br>401 East Olas Boulevard 2250<br>Fort Lauderdale FL 33301 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| 1 CERTIFIED COPY TRANSCRIPT OF: Deon Gray | | | | |
| Copy | 128.00 | Pages | $3.95 | $505.60 |
| Condensed Transcript | 1.00 | N/A | $30.00 | $30.00 |
| Transcript Handling & Processing | 1.00 | N/A | $65.00 | $65.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Video Pages | 107.00 | Pages | $0.60 | $64.20 |

|   |   |
|---|---|
| **Total Due** | **$719.80** |
| AFTER 5/26/2022 PAY | $719.80 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Late Fees** | **$0.00** |
| **(=) New Balance** | **$719.80** |

Tax ID : 76-0523238                                                                                       Phone: 9547033944

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Kelly Kolb, Esquire
Labor & Employment Practice Group
401 East Olas Boulevard 2250
Fort Lauderdale FL 33301

| Invoice No. | 20220146347-13 | Invoice Date | 4/11/2022 |
|---|---|---|---|
| Job No. | 6100598 | Case No. | 121cv23155MM |
| Total Due | $719.80 | | |

Remit To:   U.S. Legal Support, Inc.
            P.O. Box 4772
            Houston, TX 77210

**PAY BY CREDIT CARD**   

**Cardholder's Name:**

**Card Number:**

**Exp. Date:**            **Phone:**

**Billing Address:**

**Zip:**                  **Card Security Code:**

**Amount to Charge:**

**Cardholder's Signature:**

# U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220148671-13 | 4/13/2022 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6115679 | 4/6/2022 | $420.95 |

**NE - WASHINGTON, DC**
**1818 Market Street # Suite 1400**
**Philadelphia PA 19103**
**Phone: 877-479-2484  Fax: 877-876-9330**

| Case Name |
|---|
| Troy Clowdus v. American Airlines Inc. |

**Robert Pecchio, Esquire**
**Buchanan Ingersoll & Rooney PC**
**Bank of America Plaza 401 East Las Olas Boulevard # 2250**
**Fort Lauderdale FL 33301**

| Case No. |
|---|
| 121cv23155MM |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote Videoconference | Robert Pecchio, Esquire<br>Buchanan Ingersoll & Rooney PC<br>Bank of America Plaza 401 East Las Olas Boulevard # 2250<br>Fort Lauderdale FL 33301 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| 1 CERTIFIED COPY TRANSCRIPT OF: General | | | | |
| Read & Sign Service | 1.00 | N/A | $30.00 | $30.00 |
| 1 CERTIFIED COPY TRANSCRIPT OF: Nadege Colas | | | | |
| Copy | 61.00 | Pages | $3.95 | $240.95 |
| Condensed Transcript | 1.00 | N/A | $30.00 | $30.00 |
| Transcript Handling & Processing | 1.00 | N/A | $65.00 | $65.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| **Total Due** | | | | **$420.95** |
| AFTER 5/28/2022 PAY | | | | $420.95 |
| (-) Payments/Credits | | | | $0.00 |
| (+) Finance Charges/Late Fees | | | | $0.00 |
| (=) New Balance | | | | $420.95 |

Tax ID : 76-0523238                                                                                           Phone: 9544682300

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

**Robert Pecchio, Esquire**
**Buchanan Ingersoll & Rooney PC**
**Bank of America Plaza 401 East Las Olas Boulevard # 2250**
**Fort Lauderdale FL 33301**

| Invoice No. | 20220148671-13 | Invoice Date | 4/13/2022 |
|---|---|---|---|
| Job No. | 6115679 | Case No. | 121cv23155MM |
| Total Due | $420.95 | | |

Remit To: **U.S. Legal Support, Inc.**
**P.O. Box 4772**
**Houston, TX 77210**

**PAY BY CREDIT CARD**  

**Cardholder's Name:**

**Card Number:**

**Exp. Date:**                          **Phone:**

**Billing Address:**

**Zip:**                          **Card Security Code:**

**Amount to Charge:**

**Cardholder's Signature:**

# INVOICE

**U.S. Legal Support**

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220166088-13 | 5/5/2022 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6130997 | 4/22/2022 | $335.65 |

**NE - WASHINGTON, DC**
**1818 Market Street # Suite 1400**
**Philadelphia PA 19103**
**Phone: 877-479-2484  Fax: 877-876-9330**

| Case Name |
|---|
| Troy Clowdus v. American Airlines Inc. |

**Kelly Kolb Esquire**
**Buchanan Ingersoll & Rooney PC**
**Bank of America Plaza 401 East Las Olas Boulevard # 2250**
**Fort Lauderdale FL 33301**

| Case No. |
|---|
| 121cv23155MM |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote Videoconference | Kelly Kolb Esquire<br>Buchanan Ingersoll & Rooney PC<br>Bank of America Plaza 401 East Las Olas Boulevard # 2250<br>Fort Lauderdale FL 33301 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| 1 CERTIFIED COPY TRANSCRIPT OF: Jae Won Kim | | | | |
| Copy | 47.00 | Pages | $3.95 | $185.65 |
| Condensed Transcript | 1.00 | N/A | $30.00 | $30.00 |
| Transcript Handling & Processing | 1.00 | N/A | $65.00 | $65.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| | | | **Total Due** | **$335.65** |
| | | | AFTER 6/19/2022 PAY | $335.65 |
| | | | (-) Payments/Credits | $0.00 |
| | | | (+) Finance Charges/Late Fees | $0.00 |
| | | | (=) New Balance | $335.65 |

Tax ID : 76-0523238                                                                                     Phone: 9544682300

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Kelly Kolb Esquire
Buchanan Ingersoll & Rooney PC
Bank of America Plaza 401 East Las Olas Boulevard # 2250
Fort Lauderdale FL 33301

| Invoice No. | 20220166088-13 | Invoice Date | 5/5/2022 |
|---|---|---|---|
| Job No. | 6130997 | Case No. | 121cv23155MM |
| Total Due | $335.65 | | |

Remit To:   **U.S. Legal Support, Inc.**
            **P.O. Box 4772**
            **Houston, TX 77210**

**PAY BY CREDIT CARD**  

**Cardholder's Name:**
**Card Number:**
**Exp. Date:**           **Phone:**
**Billing Address:**
**Zip:**                  **Card Security Code:**
**Amount to Charge:**
**Cardholder's Signature:**

# INVOICE

**U.S. Legal Support**

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220212321-13 | 7/12/2022 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6175448 | 7/1/2022 | $602.20 |

**NE - WASHINGTON, DC**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 877-479-2484  Fax: 877-876-9330**

| Case Name |
|---|
| Troy Clowdus v. American Airlines Inc. |

| Case No. |
|---|
| 121cv23155MM |

**Kelly Kolb, Esquire**
**Labor & Employment Practice Group**
**401 East Olas Boulevard 2250**
**Fort Lauderdale FL 33301**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Miami<br>Suntrust International Center 1 Southeast 3rd Avenue Suite 2500<br>Miami FL 33131 | Kelly Kolb, Esquire<br>Labor & Employment Practice Group<br>401 East Olas Boulevard 2250<br>Fort Lauderdale FL 33301 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Angelica Cookson | | | | |
| Copy | 127.00 | Pages | $3.50 | $444.50 |
| Exhibit | 33.00 | Pages | $0.65 | $21.45 |
| Exhibits (Color) | 13.00 | Pages | $1.25 | $16.25 |
| Condensed Transcript | 1.00 | N/A | $20.00 | $20.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |
| | | **Total Due** | | **$602.20** |
| | | AFTER 8/26/2022 PAY | | $602.20 |
| | | (-) Payments/Credits | | $0.00 |
| | | (+) Finance Charges/Late Fees | | $0.00 |
| | | (=) New Balance | | $602.20 |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                                    Phone: 9547033944

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

| Kelly Kolb, Esquire<br>Labor & Employment Practice Group<br>401 East Olas Boulevard 2250<br>Fort Lauderdale FL 33301 | **Invoice No.** 20220212321-13<br>**Job No.** 6175448<br>**Total Due** $602.20 | **Invoice Date** 7/12/2022<br>**Case No.** 121cv23155MM |
|---|---|---|

Remit To:   U.S. Legal Support, Inc.
            P.O. Box 4772
            Houston, TX 77210

**PAY BY CREDIT CARD**  

**Cardholder's Name:**

**Card Number:**

**Exp. Date:**            **Phone:**

**Billing Address:**

**Zip:**                  **Card Security Code:**

**Amount to Charge:**

**Cardholder's Signature:**

# U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220107259-13 | 2/18/2022 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6074074 | 2/4/2022 | $0.00 |

| Case Name |
|---|
| Troy Clowdes v. American Airlines |

| Case No. |
|---|
|  |

**NE - WASHINGTON, DC**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 877-479-2484  Fax: 877-876-9330**

**Kelly Kolb Esquire**
**Buchanan Ingersoll & Rooney PC**
**Bank of America Plaza 401 East Las Olas Boulevard # 2250**
**Fort Lauderdale FL 33301**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote VideoConference | Kelly Kolb Esquire<br>Buchanan Ingersoll & Rooney PC<br>Bank of America Plaza 401 East Las Olas Boulevard # 2250<br>Fort Lauderdale FL 33301 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Carlos Adan Merino | | | | |
| Copy | 149.00 | Pages | $3.95 | $588.55 |
| Exhibit | 9.00 | Pages | $0.65 | $5.85 |
| Exhibits (Color) | 13.00 | Pages | $1.25 | $16.25 |
| Condensed Transcript | 1.00 | N/A | $30.00 | $30.00 |
| Transcript Handling & Processing | 1.00 | N/A | $65.00 | $65.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| | | Total Due | | $760.65 |
| | | (-) Payments/Credits | | $760.65 |
| | | (+) Finance Charges/Late Fees | | $0.00 |
| | | (=) New Balance | | $0.00 |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                                              Phone: 9544682300

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Kelly Kolb Esquire
Buchanan Ingersoll & Rooney PC
Bank of America Plaza 401 East Las Olas Boulevard # 2250
Fort Lauderdale FL 33301

| Invoice No. | 20220107259-13 | Invoice Date | 2/18/2022 |
|---|---|---|---|
| Job No. | 6074074 | Case No. | |
| Total Due | $0.00 | | |

Remit To:   U.S. Legal Support, Inc.
            P.O. Box 4772
            Houston, TX 77210

**PAY BY CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:            Phone:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:

 **Ellen Rassie, RMR-CRR**
HOLLYWOOD, FL 330204776
(216) 509-3599

# Receipt

VISA 4555
Entry Method: Keyed

SALE
06/17/2022
08:11 AM

## $52.80

| Custom Amount | 52.80 |
|---|---|
| 1 x $52.80 Each | |
| Subtotal | 52.80 |
| Total | $52.80 |

No additional transfer fees or taxes apply.

VISA 4555
KELLY KOLB
SIGNED

Transaction ID: MU0090399271

Auth ID: 017111

I agree to pay the above total amount according to the card issuer agreement.

Please retain for your records.

Payment services brought by:
Intuit Payments Inc.
2700 Coast Avenue,
Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819

For more information about Intuit Payments' money transmission licenses, please visit https://www.intuit.com/legal/licenses/payment-licenses/.

Thank you!

Ellen_rassie@flsd.uscourts.gov

### Ellen Rassie, RMR-CRR

HOLLYWOOD, FL 330204776

(216) 509-3599

powered by

Sent using QuickBooks GoPayment.
Get the app to take payments on-the-go with your mobile device.

## Payment Approved
### Secure Payment Form

   

## Payment Approved

Thank you, Your payment has been accepted. Please retain this receipt for your records.

**Date**

02/11/22

**Amount**

35.00

**Invoice Number**

2022001523

**Transaction reference number**

3036863814

**Authorization number**

311124

| | | |
|---|---|---|
| Burke Process Service, Inc<br>7200 W. Camino Real<br>Suite 102<br>Boca Raton, FL 33433<br>Phone: (954) 514-0116<br>Fax: (954) 949-2344<br>831516596 | **INVOICE** | Invoice #BII-2022001523<br>2/9/2022<br> |

Buchanan Ingersoll & Rooney, PC
401 E. Las Olas Boulevard
Suite 2250
Fort Lauderdale, FL 33301

Your Contact: Sonia San martin
**Case Number:  1:21-CV-23155-MM**

Plaintiff:
**TROY CLOWDUS**

Defendant:
**AMERICAN AIRLINES INC**

Received: 2/7/2022    Served: 2/9/2022 11:30 am   CORPORATE
To be served on: SOUTHEAST OFFSET INC C/O TROY CLOWDUS, REGISTERED AGENT

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---:|---:|---:|
| Subpoena - Miami-Dade County - Routine Service | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $35.00 |

| | |
|---|---:|
| **BALANCE DUE:** | **$35.00** |

Please enclose a copy of this invoice with your payment.  Taxpayer I.D. # 83-1516596
Remit to: Burke Process Service, Inc. 7200 W. Camino Real, Suite 102, Boca Raton, FL 33433
Payment is due upon receipt of this invoice. Any fees associated with collections will be added to the account.

To pay by Mastercard, Visa or American Express please visit our website www.BURKESERVE.com.
NO PERSONAL CHECKS ACCEPTED.

Thank you in advance for your timely payment. It has been our pleasure to serve for you!

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2e