UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TROY CLOWDUS,

                Plaintiff,                            CASE NO: 2021-cv-23153

v.

AMERICAN AIRLINES, INC.,

                Defendant.

_____/

**<u>Proposed Order Granting Plaintiff Troy Clowdus' Motion to Bifurcate the Issue of Entitlement to Attorneys' Fees and Costs from Amount of Award.</u>**

      THIS CAUSE came before the Court upon Plaintiff, Troy Clowdus' Motion to Bifurcate the Issue of Entitlement to Attorneys' Fees and Costs from Amount of Award. Based upon a careful review of the record as a whole, it is hereby:

      **ORDERED AND ADJUDGED** that Plaintiff's Motion to Bifurcate is GRANTED as follows:

1. Defendant American Airlines shall file a Motion for Entitlement to Attorneys' Fees and Costs as to their *entitlement* to attorneys' fees and costs only.
2. Within 30 days of the entry of this Court's Order resolving the Defendant's Motion for Entitlement to Attorneys' Fees and Costs, Defendant shall file its submissions as to the appropriate *amount* of attorneys' fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this \_\_ day of November, 2022.

                                            _____
                                            K. MICHAEL MOORE
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
*All Counsel of Record*