**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

TROY CLOWDUS,

        Plaintiff,                                      CASE NO: 2021-cv-23153

v.

AMERICAN AIRLINES, INC.,

        Defendant.

_____/

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiff TROY CLOWDUS hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered on November 2, 2022, Docket Entry Number 141, and from all prior orders subsumed within that final judgment, including, but not limited to: (1) the District Court's Order on Motion for Judgment on the Pleadings as entered on April 29, 2022 (ECF No. 32); and (2) the District Court's Order on Motion to Dismiss, as entered on October 12, 2022 (ECF No. 139).

Respectfully Submitted,                                                                     Dated: November 29, 2022

  /s/ William T. Woodrow

      William T. Woodrow III (*pro hac vice*)
      Stone & Woodrow LLP
      250 West Main St. Suite 201
      Charlottesville, VA 22902
      will@stoneandwoodrowlaw.com
      Phone: 855-275-7378
      *Attorney for Plaintiff*

/s/ David Pollack, Esq

David Pollack, Esq.
The Pollack Law Firm
75 Valencia Avenue, suite 100
Coral Gables, FL 33134
Fax:   305-372-5904
Voice: 305.372.5900
www.DavidPollackLaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ William T Woodrow
*Attorney for Plaintiff*