UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TROY CLOWDUS,

          Plaintiff,                        CASE NO: 2021-cv-23155

v.

AMERICAN AIRLINES, INC.,

          Defendant.

_____/

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S
MOTION TO BIFURCATE THE ISSUE OF ENTITLEMENT
TO ATTORNEY'S FEES AND COSTS FROM AMOUNT OF AWARD**

    Plaintiff Troy Clowdus ("Clowdus") hereby withdraws his Notice of Withdrawal of Plaintiff's Motion to Bifurcate the Issue of Entitlement to Attorney's Fees and Costs from Amount of Award. (D.E. 147) Based on agreement between the parties and counsel, the notice is moot.

**RULE 7.1 CERTIFICATION**

    Undersigned counsel hereby certifies that he has conferred with counsel for American Airlines, who does not oppose the withdrawal of the notice.

                                                                     Dated: December 2, 2022

Respectfully Submitted,

| /s/ William T. Woodrow III | /s/ David H. Pollack |
|---|---|
| William T. Woodrow III (*pro hac vice*) | THE LAW OFFICE OF |
| Stone & Woodrow LLP | DAVID H. POLLACK, LLC |
| 250 West Main St. Suite 201 | Fla. Bar No. 0955840 |
| Charlottesville, VA 22902 | 75 Valencia Avenue, Suite 100 |
| will@stoneandwoodrowlaw.com | Coral Gables, FL  33134 |
| Phone: 855-275-7378 | Tel:  305-372-5900 |

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ William T. Woodrow

William T. Woodrow III (*pro hac vice*)
Stone & Woodrow LLP
250 West Main St. Suite 201
Charlottesville, VA 22902
will@stoneandwoodrowlaw.com
Phone: 855-275-7378
*Attorneys for Plaintiff*