# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 07, 2022

David Henry Pollack
Law Office of David H. Pollack, LLC
75 VALENCIA AVE STE 100
CORAL GABLES, FL 33134

Rook Elizabeth Ringer
The Law Office of Rook Ringer
222 SAN MARCO STE C
ST AUGUSTINE, FL 32084

William T. Woodrow III
Stone & Woodrow, LLP
250 W MAIN ST STE 101
CHARLOTTESVILLE, VA 22902



Appeal Number: 22-14053-B
Case Style: Troy Clowdus v. American Airlines, Inc.
District Court Docket No: 1:21-cv-23155-KMM

Please use the appeal number for all filings in this court.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Certificate of Interested Persons and Corporate Disclosure Statement ("CIP")
Every motion, petition, brief, answer, response, and reply must contain a CIP. See FRAP 26.1; 11th Cir. R. 26.1-1. In addition:

- Appellants/Petitioners must file a CIP within 14 days after this letter's date.
- Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after this letter's date, regardless of whether Appellants/Petitioners have filed a CIP.
- Only parties represented by counsel must complete the web-based CIP. Counsel must complete the web-based CIP, through the Web-Based CIP link on the Court's website, on the same day the CIP is first filed.

The failure to comply with 11th Cir. Rules 26.1-1 through 26.1-4 may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), no action taken on deficient documents, or other sanctions on counsel, the party, or both. See 11th Cir. R. 26.1-5(c).

Civil Appeal Statement
Appellants and Cross-Appellants must file a Civil Appeal Statement, which is available on the Court's website, within 14 days after this letter's date. See 11th Cir. R. 33-1(a).

Mediation
This appeal and all related matters will be considered for mediation by the Kinnard Mediation Center. The mediation services are free, and the mediation process is confidential. You may confidentially request mediation by calling the Kinnard Mediation Center at 404-335-6260 (Atlanta) or 305-714-1900 (Miami). See 11th Cir. R. 33-1.

Attorney Admissions
Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding, See 11th Cir. R. 46-1; 46-3; 46-4. In addition, all attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an appearance form within fourteen (14) days after this letter's date. The Application for Admission to the Bar and Appearance of Counsel Form are available on the Court's website. **The clerk generally may not process filings from an attorney until that attorney files an appearance form.** See 11th Cir. R. 46-6(b).

Defaults
Pursuant to 11th Cir. R. 42-1(b), **this appeal will be dismissed after 14 days and without further notice** unless the following default(s) have been corrected:

Transcript Information Form
Pursuant to FRAP 10(b), the appellant must, within 14 days, file a Transcript Information Form, which is available on the Court's website. See FRAP 10(b)(1); 11th Cir. R. 10-1. Unless a transcript is ordered, the appellant's brief is due 40 days after 12/02/2022, except as otherwise provided in 11th Cir. R. 31-1. See 11th Cir. R. 12-1 and 31-1.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this court of any changes to the party's or attorney's addresses during the pendency of the case in which the party or attorney is participating. See 11th Cir. R. 25-7.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Michelle L. Dowdell, B
Phone #: 404-335-6135

DKT-2 Appeal WITH Deficiency

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

TROY CLOWDUS,

        Plaintiff,                     CASE NO: 2021-cv-23155

v.

AMERICAN AIRLINES, INC.,

        Defendant.

_____/

### CORRECTED NOTICE OF APPEAL
*(Corrects Case Number)*

Notice is hereby given that Plaintiff TROY CLOWDUS hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered on November 2, 2022, Docket Entry Number 141, and from all prior orders subsumed within that final judgment, including, but not limited to: (1) the District Court's Order on Motion for Judgment on the Pleadings as entered on April 29, 2022 (ECF No. 32); and (2) the District Court's Order on Motion to Dismiss, as entered on October 12, 2022 (ECF No. 139).

Respectfully Submitted,                                              Dated: November 29, 2022

   /s/ William T. Woodrow

      William T. Woodrow III (*pro hac vice*)
      Stone & Woodrow LLP
      250 West Main St. Suite 201
      Charlottesville, VA 22902
      will@stoneandwoodrowlaw.com
      Phone: 855-275-7378
      *Attorney for Plaintiff*