UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TROY CLOWDUS,

                Plaintiff,                              CASE NO: 2021-cv-23155

v.

AMERICAN AIRLINES, INC.,

                Defendant.

_____/

## PLAINTIFF'S UNOPPOSED MOTION TO STAY PROCEEDINGS TO ENFORCE COST JUDGMENT AND TO APPROVE SUPERSEDEAS BOND

Pursuant to Federal Rule of Civil Procedure 62, Plaintiff Troy Clowdus ("Clowdus") requests this Court enter an Order staying proceedings to enforce the award of taxable costs entered in favor of American Airlines, Inc. and to approve the supersedeas bond obtained by Clowdus to secure payment of those costs and states as grounds:

1. On November 2, 2022, this Court entered final judgment in this action in favor of Defendant American Airlines, Inc. ("American").

2. On November 29, 2022, Clowdus filed a Notice of Appeal from the final judgment. The appeal is currently pending before the Eleventh Circuit.

3. On November 3, 2022, American moved to tax costs pursuant to Federal Rule of Civil Procedure 54 (d).

4. On May 12, 2023, this Court entered an order awarding American taxable costs in the amount of $6,630.75.

5. On May 31, 2023, Plaintiff obtained a surety bond in the amount of $7,293.83 to secure payment of the award of taxable costs in the event the final judgment is affirmed on appeal. A copy of the surety bond is attached as Exhibit A.

6. Federal Rule of Civil Procedure 62 (b) permits a party to obtain a stay of execution on a judgment and proceedings to enforce it by providing a bond or other security. Fed.R.Civ.P. 62 (b). The stay takes effect when the court approves the bond or other security remains in effect for the time specified in the bond. *Id.*

7. The undersigned has conferred with opposing counsel, who does not oppose the granting of this motion.

WHEREFORE Plaintiff Troy Clowdus requests the entry of an order: (1) staying proceedings to enforce its order awarding taxable costs; and (2) approving the supersedeas bond in this action.

### RULE 7.1 CERTIFICATION

Undersigned counsel hereby certifies that he has conferred with counsel for American Airlines in a good faith effort to resolve the issues raised in the motion and American Airlines does not oppose the granting of this motion.

Dated: June 7, 2023

Respectfully Submitted,

/s/ William T. Woodrow III

William T. Woodrow III (*pro hac vice*)
Stone & Woodrow LLP
250 West Main St. Suite 201
Charlottesville, VA 22902
will@stoneandwoodrowlaw.com
Phone: 855-275-7378

/s/ David H. Pollack

THE LAW OFFICE OF
DAVID H. POLLACK, LLC
Fla. Bar No. 0955840
75 Valencia Avenue, Suite 100
Coral Gables, FL 33134
Tel: 305-372-5900

Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ William T. Woodrow

William T. Woodrow III (*pro hac vice*)
Stone & Woodrow LLP
250 West Main St. Suite 201
Charlottesville, VA 22902

will@stoneandwoodrowlaw.com
Phone: 855-275-7378
*Attorneys for Plaintiff*