IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| TROY CLOWDUS, | ) | |
| | ) | Case No. 1:21-cv-23155-KMM |
| Plaintiff(s), | ) | |
| vs | ) | |
| | ) | **Supersedeas/Appeal Bond** |
| AMERICAN AIRLINES, INC., | ) | No.: S-940674 |
| | ) | |
| Defendant(s) | ) | |

WE, TROY CLOWDUS, as Principal, and NGM INSURANCE COMPANY, as Surety, are bound to AMERICAN AIRLINES, INC., as Obligee, jointly and severally in the sum of $7,293.83, for the payment of which we bind ourselves, our heirs, personal representatives, successors and assigns, jointly and severally.

THE CONDITION OF THIS BOND, is that if the Principal shall satisfy any money judgment contained in the above case in full, including, if allowed by law, costs, interest, attorney's fees and damages for delay in the event an appeal of said order/judgment is dismissed or is affirmed, but in no event to exceed the penalty amount set out above, then this obligation shall be null and void; otherwise, to remain in full force and effect.

Signed and sealed this 31st day May, 2023

_____
Principal or Attorney for Principal

NGM Insurance Company
4601 Touchton Road, Ste. 3400, Jacksonville, FL  32246

_____
By:  Nicholas A. Hanley, Attorney-in-Fact
       and Florida Resident Agent

APPROVED BY ME ON THIS

_____DAY OF _____, 20____

_____
(Judge)(Clerk)



**NGM INSURANCE COMPANY**
A member of The Main Street America Group

**POWER OF ATTORNEY**
S-940674

**KNOW ALL MEN BY THESE PRESENTS:** That NGM Insurance Company, a Florida corporation having its principal office in the City of Jacksonville, State of Florida, pursuant to Article IV, Section 2 of the By-Laws of said Company, to wit:

> "SECTION 2. The board of directors, the president, any vice president, secretary, or the treasurer shall have the power and authority to appoint attorneys-in-fact and to authorize them to execute on behalf of the company and affix the seal of the company thereto, bonds, recognizances, contracts of indemnity or writings obligatory in the nature of a bond, recognizance or conditional undertaking and to remove any such attorneys-in-fact at any time and revoke the power and authority given to them."

does hereby make, constitute and appoint  Nicholas A Hanley, William R Hanley, April Reagan   its true and lawful Attorney-in-fact, to make, execute, seal and deliver for and on its behalf, and as its act and deed bond number  S-940674    dated May 31, 2023    ,
on behalf of  Troy Clowdus
in favor of  American Airlines, Inc.
for  Seven Thousand Two Hundred Ninety Three and 83/100                                                    Dollars ($ 7,293.83        )
and to bind NGM Insurance Company thereby as fully and to the same extent as if such instrument was signed by the duly authorized officers of NGM Insurance Company; this act of said Attorney is hereby ratified and confirmed.

This power of attorney is signed and sealed by facsimile under and by the authority of the following resolution adopted by the Directors of NGM Insurance Company at a meeting duly called and held on the 2nd day of December 1977.

> Voted: That the signature of any officer authorized by the By-Laws and the company seal may be affixed by facsimile to any power of attorney or special power of attorney or certification of either given for the execution of any bond, undertaking, recognizance or other written obligation in the nature thereof; such signature and seal, when so used being hereby adopted by the company as the original signature of such officer and the original seal of the company, to be valid and binding upon the company with the same force and effect as though manually affixed.

*IN WITNESS WHEREOF,* NGM Insurance Company has caused these presents to be signed by its Vice President, General Counsel and Secretary and its corporate seal to be hereto affixed this 26th day of September, 2019.

NGM INSURANCE COMPANY By: *Kimberly K. Law*

Kimberly K. Law
Vice President, General Counsel and Secretary

State of Florida,
County of Duval
On this 26th day of September, 2019 before the subscriber a Notary Public of State of Florida in and for the County of Duval duly commissioned and qualified, came Kimberly K. Law of NGM Insurance Company, to me personally known to be the officer described herein, and who executed the preceding instrument, and he acknowledged the execution of same, and being by me fully sworn, deposed and said that he is an officer of said Company, aforesaid: that the seal affixed to the preceding instrument is the corporate seal of said Company, and the said corporate seal and his signature as officer were duly affixed and subscribed to the said instrument by the authority and direction of the said Company; that Article IV, Section 2 of the By-Laws of said Company is now in force.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed by official seal at Jacksonville, Florida this day 26th of September, 2019.

TERI S SHELTON
Notary Public - State of Florida
Commission # GG 368040
My Comm. Expires Sep 7, 2023
Bonded through National Notary Assn.

I, Nancy Giordano-Ramos, Vice President of NGM Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney executed by said Company which is still in force and effect. IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Company at Jacksonville, Florida this   31   day of         May          ,  2023   .

**WARNING: Any unauthorized reproduction or alteration of this document is prohibited.**
TO CONFIRM VALIDITY of the attached bond please call **1-603-354-5281.**
TO SUBMIT A CLAIM: Send all correspondence to 55 West Street, Keene, NH 03431
Attn: Bond Claim Dept. or call our Bond Claim Dept. at 1-603-358-1437